# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2005 MAY 11 A 10:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:05 CV 439-A

I, Richard Wahye Wright, Sr., declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Ventress Correctional Facility__

   Are you employed at the institution? __Yes__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Polistic Plastic, Opelika Ala. 36801   Oct 1995   $800.00 monthly up to 1,000 monthly__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   __Aunt and/or sister send money periodically in order for me to purchase basic cosmetics products__

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _N.A._

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N.A.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Meshundra Sharnae Reese and Richard Wayne Wright, Sr. receive no support (incarcerated)

I declare under penalty of perjury that the above information is true and correct.

29 April 2005        Richard W Wright Jr.
___Date___           ___Signature of Applicant___
                     Richard Wayne Wright, Sr. #187140

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case Number

___ ___ ___
ID  YR  NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

United states District Court Middle District of Alabama
[Insert appropriate court]

Richard W. Wright. Sr,
(Petitioner)

vs.

Selvester Nettles, et al.
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Richard Wayne Wright, Sr, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No  X

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

      N.A

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

      Oct 1995 approximately $1,000 per month
      Polistic Plastic, Opelika, Ala. 36801

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____      No  X

   b. Rent payments, interest, or dividends?
      Yes _____      No  X

   c. Pensions, annuities, or life insurance payments?
      Yes _____      No  X

   d. Gifts or inheritances?
      Yes _____      No  X

   e. Any other sources?
      Yes  X        No _____

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

Dorothy Frederick (Aunt) Latoshia Wright (sister) Money for monthly needs hygiene products

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____   No __X__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   .21¢ at bullock

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____   No __X__

   If the answer is "yes", describe the property and state its approximate value.

   N.A.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Richard Wayne Wright Jr. (son) Meshundra Sharnoe Reese (daughter) receive no support

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on March 25th 2005.
   (Date)

   Richard W Wright Jr #187140
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 3.20 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _____Ventress_____ institution:

Computed monthly balances attached

4/13/05
DATE

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
CLAYTON, AL 36016

AUTHORIZED OFFICER OF INSTITUTION

045

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                  BULLOCK CORRECTIONAL FACILITY


   AIS #: 187140       NAME: WRIGHT, RICHARD               AS OF: 04/14/2005

                  # OF         AVG DAILY          MONTHLY
         MONTH    DAYS          BALANCE           DEPOSITS
   ---------------------------------------------------------------------

         APR       15            $12.29           $20.00
         MAY       31             $1.46            $0.00
         JUN       30            $38.70          $105.00
         JUL       31             $4.46           $20.00
         AUG       31             $4.15            $0.00
         SEP       30             $3.91           $20.00
         OCT       31             $2.64           $20.00
         NOV       30             $0.09            $0.00
         DEC       31             $2.99           $10.00
         JAN       31            $10.09            $0.00
         FEB       28            $13.61           $15.00
         MAR       31             $0.13            $0.00
         APR       14             $0.00            $0.00
```

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


AIS #: 187140     NAME: WRIGHT, RICHARD WAYNE SR        AS OF: 04/13/2005
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 17 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.67 | $20.21 |
| APR | 13 | $7.12 | $0.00 |