Richard Wayne Wright, Sr.    *  
     Plaintiff,    *  
     VS    *     CASE NO. _____  
Selvester Nettles, et. al.    *  
     Defendants.    *     2:05CV 439-A

RECEIVED  
2005 MAY 11  A 10:42  
DEBRA P. HACKETT, CLK  
U.S. DISTRICT COURT  
MIDDLE DISTRICT ALA

## MOTION FOR A PROTECTION ORDER

    Petitioner, Wright, comes now before the Court seeking protection from further abuse from defendant(s) and defendant(s) agents from the facts stated in which plaintiff has submitted to the Court in the form of a Complaint. 28 USC 5003 and Section 30-5-1, et seq. Ala. Code 1975.

    On March 10, 2005, plaintiff was threaten by Lieutenant (here after refered to as (Lt.)) Hollie (if I did not leave the kitchen when an officer told me to leave, I can get ready for some action), because she did not approve of the shaving profile given to plaintiff by the nurse at the Ventress Correctional Facility as prescribe by the doctor at the Bullock Correctional Facility

ON March 11, 2005 plantiff was harrassed by Sergeant (here after refered to as (sgt.)) CarGill due to the previous conversation I had with her as Lt. Hollie a day before. Due to Lt. Hollie having the nurse to alter the shaving profile, I was not permitted to have hair over my top lip or side burns.

ON March 16, 2005 Sgt. CarGill threaten me by stating I was really pushing it, because she was insinuating the hair on my face was to long.

ON March 17, 2005 I was taken to Mr. Bruton (Classification Specialist Supervisor) by Lt. Dowling in the Classification building. This was Concerning another inmate which had made indirect threats while talking to me in the segregation unit at Bullock Correctional Facility. Mr. Bruton resolve the conversation by recommending I be placed in protective custody (P.C.) status in the presents of Lt. Dowling and stated, he was going to do what ever he could to make sure I never make parole and I be transfered as far as possible from my home

town ( to create visitation difficulties) R.W.W Petitioner ask that this Court will excute this motion if granted upon defendants and defendant(s) agents to avoid and/or prevent harrassment, intimidation, or any further acts of abuse upon plaintiff as describe in plaintiff initial Complaint and/or this motion.

Wherefore, the premisis considered, the petitioner ardently prays that this Honorable Court will consider and grant this motion for protection order.

Done this the <u>30</u> day of <u>April</u>, 2005.

Respectfully Submitted,
<u>Richard W. Wright, Sr.</u>
Richard Wayne Wright, Sr., #187140
Petitioner, pro-se
Ventress Correctional Facility
Dorm 9-B (Seg.)
P.O. Box 767
Clayton, Ala. 36016

<u>Plaintiff Address</u>
Richard Wayne Wright, Sr. # 187140
Ventress Correctional Facility
Dorm 9-B Bed 4-Top
P.O. Box 767
Clayton, Ala. 36016

<u>CERTIFICATE OF SERVICE</u>

This is to Certify that I am the petitioner in the above / attach encomptioned matter and I have this <u>30</u> day of <u>April</u>, 2005 sent this motion for protection order to the Clerk of this Court and the following defendant:

Selvester Nettles, et. al.
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Ala. 36089

properly address and mailed by way of U.S. Mail with pre-paid postage.

Done this the <u>30</u> day of <u>April</u>, 2005.

Respectfully, Submitted
<u>Richard W Wright, Sr.</u>
Richard Wayne Wright, Sr.
Petitioner, Pro-se.

Page 4 OF 4