IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR., *
   Plaintiff, *
   Vs. * Case Action
SELVESTER NETTLES, et. al., * No. 2:05CV439-WHA-CSC
   Defendants. *

## MOTION REQUESTING STATUS OF COMPLAINT

I filed on April 30, 2005 and mailed on May 13, 2005, a 1983 Civil Suit Complaint against the defendant(s), accompanied with the said complaint was a motion requesting an appointment of Counsel and a motion for a protection order. I would like to know the status of said complaint and what steps are being taken concerning said complaint to ensure plaintiff safety. Further more, if this Court has assign plaintiff a

Page 1 of 3

Case number and/or an attorney for said Complaint would this Court inform plaintiff of such Case number and attorney name.

Your prompt response, earliest and most serious attention to this motion is most appreciated.

Done this the 8th day of June, 2005.

Respectfully Submitted,
Richard W. Wright Sr.
Richard Wayne Wright, Sr. #187140
Petitioner, Pro-se.

Plaintiff Address
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Dorm 9-B (seg.) #904
P.O. Box 767
Clayton, Al. 36016

Page 2 of 3

# CERTIFICATE OF SERVICE

This is to certify that I am the petitioner in the above/attach encamptioned matter and I have this the <u>8th</u> day of <u>June</u>, 2005, sent this motion to the Clerk of this Court, properly address and mailed by way of U.S. mail with pre-paid postage.

Done this the <u>8th</u> day of <u>June</u>, 2005.

Respectfully Submitted,
Richard W. Wright Sr.
Richard Wayne Wright, Sr. #187140
Petitioner, Pro-se.