IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ) <br> SYLVESTER NETTLES, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A <br> WO |

**ORDER ON MOTION**

The plaintiff filed a motion for appointment of counsel on May 11, 2005 (Court Doc. No. 4). The court notes that the facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *see also Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 27th day of June, 2005.

                                          /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE