IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br><br> Plaintiff, <br><br> v. <br><br> SYLVESTER NETTLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-439-A <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion for status filed by the plaintiff on June 10, 2005 (Court Doc. No. 5), and in light of the orders entered in this case, it is

ORDERED that this motion be and is hereby DENIED as moot..

Done this 27th day of June, 2005.

       /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE