UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION.

RICHARD WAYNE WRIGHT, SR.,   *
   Plaintiff,
  - VS -   * CIVIL Action No.
                                 * 2:05-CV-439-A
SYLVESTER NETTLES, et. al.,   *
   Defendants.   *

## MOTION Requesting Extention of Time

   Petitioner's Wright earnestly ask that this Court grant him an extention of time to prepare the amended portions to his complaint. Plaintiff has a limited time of approximately three (3) hours, four (4) to five (5) days out of any given week. For uncertain security reasons the law library closes at any given time this creates a problem as well for the petitioner.

Page 1 of 2

Done this the 7th day of July, 2005.

Respectfully Submitted,

Richard W. Wright Sr.
---
Richard Wayne Wright Sr. #187140
Pro-Se.

ADDRESS OF Plaintiff

Richard Wayne Wright, Sr.,
AIS #187140 Dorm
Ventress Correction Facility
P.O. Box 767
Clayton, Alabama 36016

## Certificate of Service

I hereby certify that I have served a copy of the foregoing pleading upon the Middle District Clerk by placing said copy in the U.S. Mail First Class, postage prepaid and properly addressed on this the 7th day of July, 2005.

Richard W. Wright Sr.

Page 2 of 2