IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br>     ) <br>     Plaintiff, ) <br>     ) <br> v.   ) <br>     ) <br> SYLVESTER NETTLES, et al., ) <br>     ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on July 12, 2005 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from July 11, 2005 to and including July 26, 2005 to file an amended complaint in compliance with the order entered on June 27, 2005.

Done this 15th day of July, 2005.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE