Defendant and his agent(s) at Bullock Prison have over and over again forbid plaintiff to leave this institution. These are the defendant never ending rebuke prescribe unto me for my unwillingness to accept what ever burden they place upon me. Now plaintiff has filed this complaint he knows not what defendant and his agents shall do to him. This leave this court plaintiff only source of protection from any further harm as exhibited by defendant and his agents upon plaintiff.

Here by, plaintiff prays this Court will take the necessary measures to insure plaintiff life and liberty interest. May this Court appoint plaintiff an attorney to assist him concerning these important issues and to grant any and all other relief in which plaintiff shows himself intitled (to).

Here to may this Court order an injunction against the defendant and his associate/agents warning them of their liability shall be accounted for in any event they shall try to force unnecessary psychotropic medication into me or in the event my life is lost due to their retaliation measures. Finally that the defendant may provide the medical care necessary to repair the damage to plaintiff nerves system due to their excessive use of the psychotropic drugs they administer into plaintiff.

DONE THIS 20th DAY OF August, 2004.

_____
Richard Wayne Wright, Sr.

Sworn to and subscribed to before me this 20th day of August, 2004.

_____
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007
My commission expires_____.

PAGE 7

Exhibit 1