IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2004 SEP 22 A 10: 22
DEBRA P. HACKETT, CLK
MIDDLE DISTRICT ALA

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| VS. ) | Case Action No. _____ |
| ) | |
| ) | |
| ARNOLD M. HOLT, et.al., ) | |
| Defendants ) | |
| ) | |

## MOTION REQUESTING STATUS OF COMPLAINT

I filed a 1983 Civil Suit Complaint against the defendant(s) on August 20, 2004, accompanied with a sworn affidavit written by me. I would like to know the status of such complaint and what steps are being taken concerning said complaint to ensure plaintiff safety. Further more, if this Court has assign plaintiff a case number and attorney for said complaint would this Court inform plaintiff of such case number.

The response of this Court is requested.

DONE THIS THE 15th DAY OF September, 2004.

*Richard W. Wright Sr.*
RICHARD WAYNE WRIGHT, SR., #187140
BULLOCK PRISON DORM 20 BED 59
P.O. BOX 5107
UNION SPRINGS, ALABAMA 36801

Exhibit Q2