UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 22, 2004

Richard Wayne Wright, Sr.
AIS# 187140
PO Box 5107
Union Springs, AL 36801

Re:   Returning of Motion Requesting Status of Complaint

Dear Mr. Wright

The clerk's office is in receipt of your Motion Requesting Status of Complaint. After searching our records, we could not find where any new cases have been filed by you in 2004. We are now returning the Motion Requesting Status of Complaint to you. If you wish to file a new case, please complete the enclosed forms and return them to us for filing.

If we can be of further assistance, please contact our office.

Sincerely,

Debra P. Hackett, Clerk

By: _____
Deputy Clerk

DPH/wl

Enclosure

Exhibit 3