NOTICE OF RESCHEDULING
OF DISCIPLINARY HEARING

INMATE'S NAME _Richard Wright_  AIS # _187740_

VIOLATION(S) _Rule 38_

Notice is hereby given that your disciplinary hearing which was scheduled on _8/3/03_, has been rescheduled on _a later date_.

Reason for rescheduling: _Arresting Ofcr unavailable due to illness in her family_

_Richard Wright 8/3/03_    _[signature] 8/3/03_
INMATE'S SIGNATURE         SERVING OFFICER'S SIGNATURE

ANNEX E to AR-403

Exhibit 4