# AFFIDAVIT

BEFORE ME, A Notary Public in and for said County and State of Alabama at Large, personally appeared Robert Young, who being known to me and being by me first confirmed his statements, depose and says under oath as follows:

My name is Robert Young and I am currently a shift office Aid while incarcerated in the Bullock Correctional facility, at P.O. Box 5107, Union Spring, Alabama 36809. I am over twenty-one (21) years of age, and have personal knowledge of the facts set forth below.

On September 3, 2003, I was sent by Janet Hicks to inform Richard Wayne Wright Sr. that his present was needed in the Shift office. Once he enter the Shift office he spent approximately 3 to 6 minutes inside then exit. Outside the door he tells me

Page 1

Exhibit 5

the dates are not right about the notification papers he had in his hand. He reenter the shift office spent approximately 2 to 4 more minutes inside and exit the office.

These are the Course of events I witness on the said date above.

_Robert Young 142608_
Robert Young

Confirmed and subscribed before me on this __23__ day of __September__ 2003.

_L ane L. Anthony_
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

_Robert Young_
Robert Young

MY COMMISSION EXPIRES: _____

Exhibit 5