Mrs. Seals

## INMATE REQUEST SLIP

Name: Richard W. Wright   Quarters: 20-7   Date: 4-15-04
AIS #: 187140

( ) Telephone Call   (✗) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

I would like to be put in for Childersburg, J.O. Davis. IF you won't recommend me for the above honor Camps, I would like to be put in for a transfer to Staton Prison. I talk to Ms. Biven-Tutt Monday 4-12-04 and Thursday 4-15-04. After talking to her Thursday, that mental health issue you mention should be resolve.

**Do Not Write Below This Line - For Reply Only**

Wright, Ms. Biven-Tutt has already spoke to me about this. I will consider this at your next review.

S. Seals

Approved   Denied   Pay Phone   Collect Call

**Request Directed To:** (Check One)
( ) Warden          ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

N176

Mrs. Seals

Exhibit 6