Mrs. Seals

# INMATE REQUEST SLIP

Name: Richard Wright    Quarters: 20-7    Date: 27 April 04
AIS #: 187140

( ) Telephone Call    (X) Custody Change    ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet    (X) Other: Transfer

**Briefly Outline Your Request** - **Then Drop In Mail Box**

I'm not certain why a mental health hold was place on me from the start, but I am satisfied that it has been corrected. I now request a special review to be reconsider for a honor camp/work release or a transfer. Your response in this matter is requested.

**Do Not Write Below This Line** - **For Reply Only**

Wright, your next review will be September. You just had an annual review last month (March). It has to be 90 days before another PR can be submitted, and then it will be whenever I can fit you in along with my monthly Profiles

(✓) Approved    ( ) Denied    ( ) Pay Phone    ( ) Collect Call

Request Directed To: (Check One)
( ) Warden    ( ) Deputy Warden    ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

Review
Mrs. Seals

N176

Exhibit 6A