IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,       )
AIS #187140,                     )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          CIVIL ACTION NO. 2:05-CV-439-A
                                 )
SYLVESTER NETTLES, et al.,       )
                                 )
          Defendants.            )

**ORDER**

In his complaint, the plaintiff names Dr. Hammer, Michael Strickland, officer Franklin, Dr. Smith, Mrs. Biven-Tutt, Keith Armagost and Timothy Holmes as defendants in this cause of action.  Service was attempted but unperfected on these individuals because they were not at the address provided by the plaintiff.  If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances.  Consequently, in order to maintain litigation against Dr. Hammer, Michael Strickland, officer Franklin, Dr. Smith, Mrs. Biven-Tutt, Keith Armagost and Timothy Holmes, the plaintiff must furnish the clerk's office with a correct address for these individuals.

Accordingly, it is

ORDERED that on or before August 24, 2005 the plaintiff shall furnish the clerk's office with the correct addresses of Dr. Hammer, Michael Strickland, officer Franklin, Dr. Smith, Mrs. Biven-Tutt, Keith Armagost and Timothy Holmes.  The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue

has been served.  This is the plaintiff's responsibility.

The plaintiff is cautioned that if he fails to comply with this order Dr. Hammer, Michael Strickland, officer  Franklin, Dr. Smith, Mrs. Biven-Tutt, Keith Armagost and Timothy Holmes will not be served, they will therefore not be a parties to this cause of action and this case will proceed only against those defendants on whom service is perfected.

Done this 11th day of August, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

**2**