IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In his complaint, the plaintiff names Walton Solomon as a defendant in this cause of action. Service was attempted but unperfected on this individual because he was not at the address provided by the plaintiff. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Walton Solomon, the plaintiff must furnish the clerk's office with a correct address for this individual.

Accordingly, it is

ORDERED that on or before August 25, 2005 the plaintiff shall furnish the clerk's office with the correct address of Walton Solomon. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is the plaintiff's responsibility.**

The plaintiff is cautioned that if he fails to comply with this order Walton Solomon will not be served, he will therefore not be considered a party to this cause of action and this

case will proceed only against those defendants on whom service is properly perfected.

    Done this 16th day of August, 2005.


                                                /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE