IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Richard Wayne Wright, Sr., *
   Plaintiff, *
    - vs - * Civil Action No.
Sylvester Nettles, et al., * 2:05-CV-439-A-WO
   Defendants. *

## MOTION REQUESTING EXTENTION OF TIME

Plaintiff humbly ask that this Honorable Court grant (him) an extention of time in order to obtain the defendants addresses, which were order by this Honor-

Page 1 of 4

Able Court on August 11, 2005 And August 16, 2005 upon plaintiff to Furnish this Court With the Correct Address of said defendants. The said defendant's were employed With the AlAbAmA Department of Correction (A.D.O.C.) at Bullock Correctional Facility (B.C.F.) At the time plaintiff WAS deprived of Due process and Civil rights violation. Plaintiff has submitted to this Court a motion requesting An order to be placed upon defendants' Nettles, Holt And Boyd to submit to plaintiff the home and/or occupational Address's of said defendants.

Page 2 of 4

For which cause plaintiff ask that this motion be granted for extention of time.

Done this the 21st day of August, 2005.

Respectfully Submitted,

*Richard W. Wright, Jr.*

Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Dorm 101B Bed 551B
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

I hereby certify that I have served a copy of the

Page 3 of 4

Foregoing motion upon the Middle district Clerk and defendant's Nettles properly addressed as following:

    Sylvester Nettles, et. al.
    Bullock Correctional Facility
    Post office Box 5107
    Union Springs, Alabama 36089

by placing said copy in the U.S. Mail First Class, postage prepaid and properly addressed on this the 21st day of August, 2005.

    Respectfully Submitted,
    _Richard W. Wright Sr._
    Richard Wayne Wright, Sr.,
    Plaintiff, Pro-Se.

Page 4 of 4