IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | * | |
| Plaintiff, | * | 2005 AUG 25 P 2:40 |
| | * | |
| VS. | * | CIVIL ACTION NO. 2:05-CV-439-A-WO |
| | * | |
| SYLVESTER NETTLES, ET.al., | * | |
| Defendant. | * | |
| | * | |

MOTION FOR DEFENDANT'S CHANGE OF ADDRESSES

Plaintiff Wright request that this Honorable Court order defendants Holt, Boyd and Nettles to submit to the plaintiff Dr. Hammer, Mr. Steve (Dr. Hammer assistant), Michael Strickland, officer Franklin, Dr. Smith Mrs. Biven-Tutt, Keith Armagost and Timothy Holmes addresses. Where in, these named individuals may have transfered from Bullock Correctional Facility (B.C.F.) to another facilities or/and agencies afiliated with the Alabama Depaartment of Correction (A.D.O.C.) or other wise known to them. To include the following listed individuals defendants which was brought in by defendants, Holt, Boyd, and Nettles. For example, Dr. Hammer and his associate ( Mr. Steve) which perform the mental health hearing on plaintiff concerning their efforts to force involuntary pyschotropic medication into plaintiff boyd to silence him. Plaintiff cannot hirer an investigator to tract down defendants Dr. Hammer, Michael Strickland, officer Franklin, Dr. Smith, Mrs. Biven-Tutt, Keith Armagost, Timothy Holmes and Walton Solomon. Planintiff cannot afford an attorney to find these individuals. Neither does plaintiff have the training/schooling in law or in general needed to find people in such cases. Nor does plaintiff know the technic to perform such task.

For such reasons plaintiff ask that this Honorable Court order defenants Holt, Boyd, and Nettles to furnish plaintiff with these listed defendants addresses, home or/and occupational, so that, plaintiff can furnish the Clerk's

PAGE 1

office with a correct, current address for these individuals.

DONE THIS THE 21st DAY OF AUGUST, 2005.

Respectfully Submiited,

*Richard W. Wright, Jr.*
RICHARD WAYNE WRIGHT, SR.,
Plaintiff, Pro-Se.

PLAINTIFF ADDERESS'S
RICHARD WAYNE WRIGHT, SR., #187140
VENTRESS CORRECTIONAL FACILITY
DORM 10/B BED 55/B
POST OFFICE BOX 767
CLAYTON, ALABAMA 36016

## CERTIFICATE OF SERVICE

This is to certify that I am the petitioner in the above/attach en-camptioned matter and I have this 21st Day of August, 2005 sent this motion for defendant's change of addresses to the Clerk of this Court and the following defendant:

> Sylvester Nettles
> Bullock Correctional Facility
> Post Officer Box 5107
> Union Springs, Alabama 36089

properly address and mailed by way of U.S. Mail with pre-paid postage.

DONE THIS THE 21st DAY OF AUGUST, 2005.

RESPECTFULLY SUBMITTED,

*Richard W. Wright, Jr.*
RICHARD WAYNE WRIGHT, SR.,
Plaintiff, Pro-Se.