IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br><br> Plaintiff, <br><br> v. <br><br> SYLVESTER NETTLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-439-A <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion for production of addresses filed by the plaintiff on August 25, 2005 (Court Doc. No. 20), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent that the plaintiff seeks addresses for defendants employed by the Alabama Department of Corrections or the health care provider for the Alabama prison system. It is further

ORDERED that on or before September 14, 2005 General Counsel for the Alabama Department of Corrections and/or counsel for Prison Health Services, Inc. shall furnish to the plaintiff the employment addresses of Dr. Hammer, Dr. Smith, Michael Strickland, officer Franklin, Mrs. Biven-Tutt, Keith Armagost, Timothy Holmes and Walton Solomon if such individuals are presently employed at a facility within the control of the Alabama Department of Corrections. If these individuals are no longer employed at a state correctional facility, counsel shall so advise the plaintiff. The Clerk is hereby DIRECTED to provide a copy of this order to the General Counsel for the Alabama Department of

Corrections and counsel for Prison Health Services, Inc.

    Done this 31st day of August, 2005.

                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE