IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | | |
| AIS #187140, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | | |
| SYLVESTER NETTLES, et al., ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on August 25, 2005 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from August 24, 2005 and August 25, 2005 to and including September 22, 2005 to provide the court with correct addresses for defendants Hammer, Strickland, Franklin, Smith, Biven-Tutt, Armagost, Holmes and Solomon.

Done this 31st day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE