IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, | ) | |
| AIS # 187140 | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARENCE

Come now Greg Biggs and files his notice of appearance as counsel for Defendants, Nettles, Ligon, Phillips, Foster, Williams, Barnes, Rudolph, Austin, Washington, Laseter, Jackson, Austin, Davis, Ruffin, Specks, Ellis, Franklin, Blackledge, Williams Hampton, Bailey, Strickland and Hicks

Respectfully submitted,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

 /s/GREG BIGGS
GREG BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
ALABAMA DEPARTMENT OF CORRECTIONS
LEGAL DIVISION
301 RIPLEY STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA   36130
334-353-3885

CERTIFICATE OF SERVICE

I hereby certify that on the 6th of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and this is to certify that a copy of the foregoing was served upon:

Inmate Richard Wayne Wright, Sr., #187140
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this 6th day of September 2005.

/s/GREG BIGGS
GREG BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL