IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, | ) | |
| AIS # 187140 | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, Nettles, Ligon, Phillips, Foster, Williams, Barnes, Rudolph, Austin, Washington, Laseter, Jackson, Austin, Davis, Ruffin, Specks, Ellis, Franklin, Blackledge, Williams Hampton, Bailey, Strickland and Hicks in the above styled-cause, by and through undersigned counsel, and respectfully request an additional sixty (60) days, in which to file their special report and as grounds state as follows:

1. That the Defendants need the additional time to obtain the necessary records to sufficiently respond to the Court's Order of August 4, 2005.

2. That the granting of this extension will not unduly prejudice the Plaintiff.

WHEREFORE, the Defendants request an additional sixty (60) days to file their special report.

Respectfully submitted,

KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

      /s/Greg Biggs
      GREG M. BIGGS (BIG 004)
      ASSISTANT ATTORNEY GENERAL
      ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
**ALABAMA DEPARTMENT OF CORRECTIONS**
**LEGAL DIVISION**
**301 RIPLEY STREET**
**P.O. BOX 301501**
**MONTGOMERY, ALABAMA   36130**
**334-353-3885**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and this is to certify that a copy of the foregoing was served upon:

Inmate Richard Wayne Wright, Sr., #187140
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this 6th day of September 2005.

      /s/Greg Biggs
      GREG BIGGS (BIG 004)
      ASSISTANT ATTORNEY GENERAL
      ASSISTANT GENERAL COUNSEL