IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.**,       ) | |
|                                   ) | |
|     **Plaintiff,**       ) | |
|                                   ) | |
| **v.**       ) | **CIVIL ACTION NO.** |
|                                   ) | **2:05-CV-439-A** |
|                                   ) | |
| **SYLVESTER NETTLES,** *et al.*,       ) | |
|                                   ) | |
|     **Defendants.**       ) | |

**RESPONSE TO ORDER FOR EMPLOYMENT STATUS
AND ADDRESS OF NAMED DEFENDANTS**

COMES NOW Defendant PRISON HEALTH SERVICES, INC. ("PHS") and, in Response to this Court's Order dated August 31, 2005, provides the employment status and/or address of the following named Defendants:

1. PHS does not presently employ any Defendants with the following names: Dr. Hammer, Dr. Smith, Michael Strickland, officer Franklin, Mrs. Biven-Tutt, Keith Armagost, Timothy Holmes and/or Walton Solomon. Therefore, PHS cannot provide the employment addresses of these individuals.

Respectfully submitted on this the 12th day of September, 2005.

83464.1

/S/ William R. Lunsford
One of the Attorneys for Defendant, Prison Health Services, Inc.

**OF COUNSEL**:
David B. Block
William R. Lunsford
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (888) 282-1594
E-mail: blunsford@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and this is to certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 12th day of September, 2005.

Richard Wayne Wright, Sr., AIS# 187140
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

Kim T. Thomas
Gregg M. Biggs
Alabama Department of Corrections Legal Division
301 Ripley Street
Montgomery, Alabama 36130

Respectfully submitted,

/S/ William R. Lunsford
Of Counsel

83464.1

2