**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.**,    ) | |
| )     | |
| Plaintiff,    ) | |
| )     | **CIVIL ACTION NO.** |
| v.    ) | **2:05-CV-439-A** |
| )     | |
| **SYLVESTER NETTLES**, *et al.*,    ) | |
| )     | |
| Defendants.    ) | |

**MOTION TO WITHDRAW**

COMES NOW Defendant PRISON HEALTH SERVICES, INC. ("PHS") and moves this Court to permit undersigned counsel to withdraw from representing Defendant JANET HICKS. As grounds for and the basis of this Motion to Withdraw, undersigned counsel states as follows:

1. PHS filed a motion for extension of time on August 30, 2005, and this Court subsequently granted the motion by Court Order on August 31, 2005. Among the parties counsel for PHS and its employees, William R. Lunsford, listed as a represented party included JANET HICKS ("Hicks").

2. Counsel for PHS and its employees, William R. Lunsford, now wishes to withdraw from representing Hicks in the current action.

3. Hicks is currently represented by attorneys for the Alabama Department of Corrections ("ADOC"), Kim T. Thomas and Gregg M. Biggs, pursuant to the September 6, 2005 Notice of Appearance and Motion for Extension of Time.

WHEREFORE, PHS respectfully requests this Court to withdraw William R. Lunsford from the representation of Hicks in the current action.

Respectfully submitted on this the 12th day of September, 2005.

83486.1

        /S/ William R. Lunsford
        One of the Attorneys for Defendant, Prison Health Services, Inc.

**OF COUNSEL:**
David B. Block
William R. Lunsford
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (888) 282-1594
E-mail: blunsford@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and this is to certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 12th day of September, 2005.

    Richard Wayne Wright, Sr., AIS# 187140
    Ventress Correctional Facility
    P.O. Box 767
    Clayton, Alabama 36016-0767

    Kim T. Thomas
    Gregg M. Biggs
    Alabama Department of Corrections Legal Division
    301 Ripley Street
    Montgomery, Alabama 36130

        Respectfully submitted,

        /S/ William R. Lunsford
        Of Counsel