IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WRIGHT,           ) | |
|     Plaintiff,            ) | |
|                        ) | |
| v.                         ) | CIVIL ACTION NO. 2:05-CV-439-A |
|                        ) | |
| SYLVESTER NETTLES, et al., ) | |
|     Defendants.           ) | |

## MOTION FOR ENLARGEMENT OF TIME

Comes now the State of Alabama and its Board of Pardons and Paroles, and shows unto the Court as follows:

1. Respondents request a fourteen (14) day enlargement of time (calculated from the original due date of 9-13-05) to adequately prepare an answer, resulting in a due date of **September 27, 2005,** if granted.

2. Respondents assert that said granting of additional time to file an answer will not prejudice Petitioner.

                Respectfully submitted,
                TROY KING
                ATTORNEY GENERAL

                GREGORY O. GRIFFIN, SR.
                CHIEF COUNSEL

                s/STEVEN M. SIRMON
                ASSISTANT ATTORNEY GENERAL
                State Bar#: ASB-5949-S61S
                Ala. Bd. Pardons and Paroles
                P.O. Box 302405
                Montgomery, Alabama 36130
                Telephone: (334) 242-8700
                Fax: (334) 353-4423
                steve.sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 9-13-05, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**RICHARD WAYNE WRIGHT, SR.**
**AIS# 187140**
**VENTRESS CF**
**P.O. BOX 767**
**CLAYTON, AL  36016**

Done this **13th** day of **September**, 2005.

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov