IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-cv-439-A |
| SYLVESTER NETTLES, et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw filed by counsel for Prison Health Services, Inc. on September 12, 2005 (Court Doc. No. 31), in which counsel seeks to withdraw from representing defendant Janet Hicks, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 13th day of September, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE