IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the parole defendants on September 13, 2005 (Court Doc. No. 32), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants be GRANTED an extension from September 13, 2005 to and including September 27, 2005 to file their special report and answer.

Done this 14th day of September, 2005.

                                           /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE