IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION    RECEIVED

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | * | 2005 SEP 15 P 2: 40 |
| Plaintiff, | * | |
| | * | |
| VS. | * | Civil Case No.2:05-CV-439-A |
| | * | |
| SYLVESTER NETTES, et. al., | * | |
| Defendants | * | |
| | * | |

## NOTICE OF APPEAL

Plaintiff files a notice of appeal to the portion of his complaint

that was recommended to be dismissed by the magistrate Judge and finalized

by the Senior United States District Judge Honorable W.Harold Albritton,

and referred back to the magistrate Judge for further  proceedings. Plaintiff

ask for an extention of time to file his brief in support for notice of

appeal. This institution does not have the appeals forms available to inmates

for the federal court and for such reason plaintiff had to design such form

in this manner.

DONE THIS THE 8th DAY OF SEPTEMBER, 2005.


Respectfully Submitted,

*Richard W Wright Sr.*

RICHARD WAYNE WRIGHT, SR., #187140
Plaintiff, Pro-Se.


## CERTIFICATE OF SERVICE

This is to certify that I Richard Wayne Wright,Sr., am the plaintiff

in the above encaptioned notice of appeal and I have sent this notice of

appeal to the clerk of this Court and the following defendant's:

                    SYLVESTER NETTLES,et.al.,
                    BULLOCK CORRECTIONAL FACILITY
                    POST OFFICE BOX 5107
                    UNION SPRINGS, ALABAMA 36089

by placing said notice in the Ventress Correctional Facility legal mail box

located in the kitchen, which postage is to be properly paid and properly

mailed to the addresses to the people noted above on the 8th day of

September 2005.

Respectfully Submitted,

RICHARD WAYNE WRIGHT, SR, #187140
VENTRESS CORRECTIONAL FACILITY
POST OFFICE BOX 767
CLAYTON, AL. 36016-0767

NAME Richard W Wright AIS # 187140 DORM # 1C13

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

VENTRESS
LAW LIBRARY
36104-4056

MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURT HOUSE
15 LEE STREET POST OFFICE
BOX 711
MONTGOMERY, ALABAMA 36104