IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,         *
    Plaintiff,                  *
                                *
    VS.                         *    Civil Case No. 2:05-CV-439-A
                                *
SYLVESTER NETTLES, et.al.,         *
    Defendants.                 *
                                *
                                *

### MOTION TO INFORM PLAINTIFF OF THE CONTENTS INCLOSE IN LEGAL MAIL

On Thursday, September 15, 2005, officer William (B/F) call plaintiff from the kitchen (Institutional Job Assignment) to sign for his legal mail. After plaintiff sign for such mail he was then inform by officer William that the Warden had open it by mistake. Plaintiff had already sign for the mail before he was notified by officer William that the mail had been opened. For such reason plaintiff ask that this Honorable Court order defendant's

Counsel:    DAVID B. BLOCK
           WILLIAM R. LUNSFORD
           BALCH & BINGHAMLLP
           POST OFFICE BOX 18668
           HUNTSVILLE, AL. 35804-8668

to inform plaintiff of the contents which they had placed in the envirlope deliver to him on September 14, 2005, at the hand of officer William. Lastly, that the above defendant's counsel label all mail (they) send to plaintiff "Legal mail" on the outside of such mail sent to plaintiff in the future.

DONE THIS THE 15th DAY OF SEPTEMBER, 2005.

                                RESPECTFULLY SUBMITTED,

                                /s/ Richard W. Wright, Sr.
                                RICHARD WAYNE WRIGHT, SR., #187140
                                Plaintiff, Pro Se.

PAGE 1

ADDRESS OF PLAINTIFF
RICHARD WAYNE WRIGHT, SR.,#187140
VENTRESS CORRECTIONAL FACILITY
DORM 10/B BED 55/B
POST OFFICE BOX 767
CLAYTON, ALA. 36016

CERTIFICATE OF SERVICE

This is to certify that I am the petitioner in the above encaptioned matter and I have this 15th day of September, 2005, sent this MOTION TO INFORM PLAINTIFF OF THE CONTENTS INCLOSE IN LEGAL MAIL to the clerk of this Court and the following defendant's counsels:

DAVID B. BLOCK
WILLIAM R. LUNSFORD
BALCH & BINGHAM LLP
POST OFFICE BOX 18668
HUNTSVILLE, ALA. 35804-8668

KIM T. THOMAS
GREGG M. BIGGS
ALABAMA DEPARTMENT OF CORRECTION
LEGAL DIVISION
301 RIPLEY STREET
MONTGOMERY, ALABAMA 36130

by placing same in the United States mail box at Ventress Correctional facility, first class postage prepaid and properly address this on the 15th day of September, 2005.

RESPECTFULLY SUBMITTED,

_Richard W. Wright Sr._
RICHARD WAYNE WRIGHT, SR.,#187140
Plaintiff, Pro Se.