IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,     *
     plaintiff.     *
          *
     VS.     *     Civil Case No.2:05-CV-439-A
          *
SYLVESTER NETTLES, et.al.,     *
     Defendants.     *
          *

## MOTION TO PREVENT FURTHER MAIL TAMPERMENT

On Thursday September 14,2005, I receive legal mail through the inmate mail serviec and one of my legal mail envirlopes had been open prior to me receiving it (outside of my presents). For such reason plaintiff ask that this Honorable Court order defendant''s counsel:

>TROY KING (ATTORNEY GENERAL)
>GREGORY O. GRIFFIN, SR. (CHIEF COUNSEL)
>STEVEN M. SIRMON (ASSISTANT ATTORNEY GENERAL)
>STATE BAR# ASB-5949-5615
>ALABAMA BOARD PARDON AND PAROLES
>POST OFFICE BOX 302405
>MONTGOMERY, ALABAMA 36130

to specify the contents they mail plaintiff, which he received (only) a MOTION FOR ENLARGEMENT OF TIME WITH CERTIFICATE OF SERVICES. Lastly, Plaintiff ask this Honorable Court to order defendant to label all mail sent to plaintiff concerning such complaint/issues "Legal Mail" on the outside of all mail/envirlopes sent to him in the future.

DONE THE 15th DAY OF SEPTEMBER, 2005.

RESPECTFULLY SUBMITTED,

_Richard W. Wright Sr._
RICHARD WAYNE WRIGHT,SR.,#187140
Plaintiff, Pro-Se.

PAGE 1

ADDRESS OF PLAINTIFF
RICHARD WAYNE WRIGHT, SR.,#187140
VENTRESS CORRECTIONAL FACILITY
DORM 10/B BED 55/B
POST OFFICE BOX 767
CLAYTON, ALA. 36016

## CERTIFICATE OF SERVICE

This is to certify that I am the petitioner in the above encaptioned matter and I have this 15th day of September, 2005, sent this MOTION TO PREVENT FURTHER MAIL TAMPERMENT to the clerk of this Court, and the following defendant's counsels:

DAVID B. BLOCK
WILLIAM R. LUNSFORD
BALCH & BINGHAMLLP
POST OFFICE BOX 18668
HUNTSVILLE, ALA. 35804-8668

KIM T. THOMAS
GREGG M. BIGGS
ALABAMA DEPARTMENT OF CORRECTION
LEGAL DIVISION
301 RIPLEY STREET
MONTGOMERY, ALABAMA 36130

by placing same in the United States mail box at Ventress Correctional facility, first class postage prepaid and properly address this on the 15th day of September, 2005.

Respectfully Submitted,

/s/ Richard W. Wright, Sr.
RICHARD WAYNE WRIGHT,SR.,#187140
Plaintiff, Pro-Se.

PAGE 2