IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTIONS**

Upon review of the documents filed by the plaintiff on September 20, 2005 (Court Doc. No. 39 and Court Doc. No. 40), which the court construes as motions for order, and for good cause, it is

ORDERED that:

1. These motions be and are hereby GRANTED to the extent that the plaintiff requests that counsel for the defendants label mail furnished to him as "Legal Mail" on the envelope containing the mail.

2. All mail served upon the plaintiff by the defendants shall be clearly labeled as "legal mail" on the outside of the corresponding envelope.

3. These motions be and are hereby DENIED in all other respects. .

Done this 21st day of September, 2005.

                         /s/Charles S. Coody
                       CHARLES S. COODY
                       CHIEF UNITED STATES MAGISTRATE JUDGE