**STATE OF ALABAMA**
**MONTGOMERY COUNTY**

**AFFIDAVIT**

Before me, the undersigned authority, personally appeared William Segrest, who is know to me, and after being duly sworn, deposed and said as follows:

"My name is William Segrest. I am employed by the Alabama Board of Pardons & Paroles as its Executive Director. Among my other duties, I supervise the Probation & Parole Officers who manage the various divisions of the agency; I serve as custodian of the agency's records; and I certify the official acts of the Board. I do not have a vote in the decision to grant or deny parole. By statute, that power is vested solely in the Board.

"Carolyn Miles-Pruitt is a retired probation & parole officer, formerly employed by the Alabama Board of Pardons & Paroles. This action arises from a report she submitted in 1996, when she was employed in that capacity. That report contains a detailed description of the prosecution's version of the offenses and surrounding circumstances. That report also contains a statement by Wright regarding the offenses.

1

"Wright has previously challenged the content of that report in court. He has also had numerous opportunities to explain his position to the Board through letters.

"I am prohibited by statute from producing a copy of any document in the Board's files."

                                    William Segrest

Sworn to & subscribed before me this 29th day of September, 2005.