IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR.,<br>　　　Plaintiff, | * | 2005 SEP 26 P 1: 4 |
| | * | |
| VS. | * | CIVIL CASE NO. 2:05-CV-439-A |
| | * | |
| SYLVESTER NETTLES, et. al., | * | |
| 　　　Defendants. | * | |
| | * | |
| | * | |

MOTION TO NOTIFY COURT OF DEFENDANT'S

CHANGE OF ADDRESSES

Comes Now, Tichard Wayne Wright,Sr., Plaintiff, Pro-Se and filed this

motion to inform the Court of the following defendant's current addresses

which are as following:

> ALPHANZO FRANKLIN
> RED EAGLE HONOR FARM
> 1209 RED EAGLE ROAD
> MONTGOMERY, ALABAMA 36110

> MICHAEL STRICKLAND
> ELBA WORK RELEASE
> P.O. BOX 710
> ELBA, ALABAMA 36323

All other name persons, Dr. Hnmmer, Dr. Smith, Mrs. Biven-Tutt, Keith

Armagost, Timothy Holmes and Walton Solomon (inmate) address's are not to

be supplied to this Court due to restrictions placed upon plaintiff due

to incarceration.

DONE THIS THE 21th DAY OF SEPTEMBER, 2005.


RESPECTFULLY SUBMITTED,

RICHARD WAYNE WRIGHT, SR.#187140
Plaintiff, Pro-Se

ADDRESS OF PLAINTIFF
RICHATD WAYNE WRIGHT,SR.#187140
VENTRESS CORRECTIONAL FACILITY
DORM 10/B BED 55/B
POST OFFICE BOX 767
CLAYTON, ALA, 36016

## CERTIFICATE OF SERVICE

This is to certify that I am the petitioner in the above encaptioned matter and I have this 21st day of September, 2005, sent the MOTION TO NOTIFY COURT OF DEFENDANT'S CHANGE OF ADDRESS to the clerk of this Court and the following defendant's counsels:

DAVID B. BLOCK
WILLIAM R. LUNSFORD
BALCH & BINGHAMLLP
POST OFFICE BOX 18668
HUNTSVILLE, ALA. 35804-8668

KIM T. THOMAS
GREGG M. BIGGS
ALABAMA DEPARTMENT OF CORRECTION
LEGAL DIVISION
301 RIPLEY STREET
MONTGOMERY, ALABAMA 36130

by placing same in the United States mail box at Ventress Correctional Facility, first class plstage prepaid and properly address this on the 21st day of September, 2005.

RESPECTFULLY SUBMITTED,

RICHARD WAYNE WRIGHT, SR.#187140
Plaintiff, Pro-Se.

PAGE 2 OF 2