IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> SYLVESTER NETTLES, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

**ORDER ON MOTION**

Upon consideration of the motion to supplement special report filed by defendant Segrest on September 29, 2005 (Court Doc. No. 45), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 30th day of September, 2005.

                                          /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE