IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,    )
AIS #187140,                  )
                              )
        Plaintiff,            )
                              )
v.                            )    CIVIL ACTION NO. 2:05-CV-439-A
                              )
SYLVESTER NETTLES, et al.,    )
                              )
        Defendants.           )

## ORDER ON MOTION

Upon consideration of the motion to hold in abeyance defendants on whom service

has not been perfected filed by the plaintiff on September 27, 2005 (Court Doc. No. 44), and

as the court does not deem such action appropriate in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 30th day of September, 2005.


         /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE