IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

In his complaint, the plaintiff names Carolyn Miles-Pruitt as a defendant in this cause of action. Service was attempted but unperfected on this individual because she was not at the address provided by the plaintiff. The plaintiff is advised that neither counsel for the Alabama Board of Pardons and Paroles ["the Board"] nor anyone now employed by the Board is authorized to accept service on behalf of Carolyn Miles-Pruitt. Additionally, this court cannot require counsel nor any employee of the Board to provide the plaintiff with an address for this defendant as this individual is no longer employed by the Board. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Carolyn Miles-Pruitt the plaintiff must obtain and furnish the clerk's office with a correct address for this individual.

Accordingly, it is

ORDERED that on or before October 12, 2005 the plaintiff shall furnish the clerk's office with the correct address of Carolyn Miles-Pruitt. **The plaintiff is advised that the**

**court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**.  This is the plaintiff's responsibility.  The plaintiff is cautioned that if service is not perfected on Carolyn Miles-Pruitt she will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Carolyn Miles-Pruitt, and this case will proceed against only those defendants on whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

      Done this 30th day of September, 2005.

                            /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE