IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br><br> Plaintiff, <br><br> v. <br><br> SYLVESTER NETTLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-439-A <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On September 26, 2005, the plaintiff filed a document in which he advises the court of addresses for officer Alphanzo Franklin and Michael Strickland. The Clerk is hereby DIRECTED to serve a copy of the amended complaint, the August 4, 2005 order of procedure (Court Doc. No. 14) and this order on officer Alphanzo Franklin, c/o the Red Eagle Honor Farm, 1209 Red Eagle Road, Montgomery, Alabama 36110 and Michael Strickland, c/o the Elba Work Release Center, P.O. Box 710, Elba, Alabama 36323. Accordingly, it is

ORDERED that Alphanzo Franklin and Michael Strickland file a written report within thirty (30) days of service of this order.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Alphanzo Franklin and Michael

Strickland these individuals will not be considered parties to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 30th day of September, 2005.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE