IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the special report filed by defendant Segrest on September 27, 2005 (Court Doc. No. 42), and for good cause, it is

ORDERED that on or before October 12, 2005 defendant Segrest shall file a supplement to his special report, supported by an affidavit, which addresses the plaintiff's claim that false information is contained in his pre-sentence investigation report.

Done this 30th day of September, 2005.

                                                                   /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE