IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.,**     **AIS # 187140,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **SYLVESTER NETTLES, et al. ,** | ) ) |
| **Defendants.** | |

CIVIL ACTION NO. 2:05-CV-439-A

## MOTION TO EXTEND TIME TO ANSWER
## OF DEFENDANTS ALPHONZO FRANKLIN AND MICHAEL STRICKLAND

Come now the Defendants, Alphonso Franklin and Michael Strickland, by and through their undersigned counsel and move this Honorable Court to extend their time to answer to the Complaint filed by the Plaintiff for the following:

1. On or about September 6, 2005, the undersigned counsel filed a Notice of Appearance (Doc. No. 28) and Motion to Extend Time to File Special Report and Answer on behalf of several named defendants, including Defendants Franklin and Strickland.

2. On or about September 9, 2005, this Honorable Court granted the Motion to Extend Time to File Special Report and Answer for these defendants and ordered the same to be filed by no later than November 14, 2005 (Doc. No. 29).

3. In response to a filing of the Plaintiff, this Honorable Court entered an order on September 30, 2005 directing the service of the complaint upon the defendants Franklin and Strickland and ordering that they should file an answer within 30 days of the order (Doc. No. 49).

4. Defendants Franklin and Strickland pray that this Honorable Court allow them the additional time until November 14, 2005 to file their answer as previously ordered.

Respectfully submitted,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

   /s/GREG BIGGS
GREG BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
ALABAMA DEPARTMENT OF CORRECTIONS
LEGAL DIVISION
301 RIPLEY STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA   36130
334-353-3885

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and this is to certify that a copy of the foregoing was served upon:

Inmate Richard Wayne Wright, Sr., #187140
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this 4th day of October 2005.

   /s/GREG BIGGS
GREG BIGGS (BIG 004)
Assistant Attorney General
Assistant General Counsel