Wright

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alphanzo Franklin
c/o Red Eagle Honor Farm
1209 Red Eagle Road
Montgomery, AL 361110

2:05CV439 (Amdcmo order #49 ¶ 4)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Michael Isaac_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Michael Fiscovery
C. Date of Delivery: 10/1/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 3017 0484

PS Form 3811, August 2001    Domestic Return Receipt    2595-02-M-1540