**SENDER: COMPLETE THIS SECTION**

Wright

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Strickland
   c/o Elba Work Release Center
   P. O. Box 710
   Elba, AL 36323

   2:05CV439 (Amdcmp, o10u ✱ ✱ ✱)

2. Article Number
   (Transfer from service label)    7005 1160 0001 3017 0491

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-154?

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Jerome Ward                    10-3-05

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes