IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-A ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Franklin and Strickland on September 13, 2005 (Court Doc. No. 51), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants be GRANTED an extension from November 9, 2005 to and including November 14, 2005 to file their special report and answer.

Done this 5th day of October, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE