IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION   RECEIVED

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | * | 2005 OCT -6  P 3: 22 |
| Plaintiff, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 2:05-CV-439-A  CLK |
| | * | |
| SYLVESTER NETTLES, et.al., | * | |
| Defendants. | * | |
| | * | |

## MOTION FOR INJUNCTION PREVENTING THE USE OF PYSCHOTROPIC DRUGS IMPLEMENT UPON PLAINTIFF

Comes Now, Plaintiff, Richard Wayne Wright, Sr., Pro-Se., and filed this motion requesting an order by this Honorable Court be issued upon defendants and defendant's co-workers (A.D.O.C. employees) restricting and forbidding (their) use of pyschotropic drugs into plaintiff body to further interrupt his thought pattern. Plaintiff has first hand knowledge (from past experience--June 2001 thur August 2002 approximately) as to what lenghts the defendants and defendant's co-workers/agents will go to in order to inject mind alter drugs into plaintiff body without due process of law. Defendants and/or defendant's co-workers/agents knows their use of such drugs (pyschotropic) would make plaintiff incomprehensible to this Court and disorient in his thought pattern, as were done to plaintiff in 2001 October. Plaintiff thus far, seek such protection from this Honorable Court to prevent a re-occurrance of said action as listed above.

Since here at Ventress Correction Facility (V.C.F.) plaintiff has been refered to the mental health staff twice on two seperate occation for pyschaitric medication/evaluation by defendant Jenkin and Dr. Rayapati. Defendant are continually tring to place plaintiff on pyschotropic drugs as malicious motives in which plaintiff has no need for such medication.

For such reason as listed above plaintiff prayers this Court will grant said motion/infunction and issue such order upon defendants preventing them

PAGE 1

said motion/injunction and issue such order upon defendants preventing them from induce plaintiff with pyschotropic drugs again without due process off law.

DONE THIS THE 4th DAY OF October, 2005.

RESPECTFULLY SUBMITTED,

RICHARD WAYNE WRIGHT SR. #187140
VENTRESS CORRECTIONAL FACILITY
DORM 10/B BED 55/B
POST OFFICE BOX 767
CLAYTON, ALABAMA 36016

## CERTIFICATE OF SERVICE

This is to certify that I Richard Wayne Wright,Sr., am the plaintiff in the above encaptioned motion and I have sent this motion to the clerk of this Court and the following defendant's:

| | | |
|---|---|---|
| DAVID B. BLOCK | /KIM T. THOMAS | /STEVEN M. SIRMON |
| WILLIAM R. LUNSFORD | /GREGG M. BIGGS | /HUGH DAVIS |
| BALCH & BINGHAMLLP | /ALABAMA DEPARTMENT OF | /ALA. BD. PARDONS AND |
| POST OFFICE BOX 18668 | /CORRECTION LEGAL DIVISION | / PAROLES |
| HUNTSVILLE, ALA. 35804-8668 | /MONTGOMERY, ALABAMA 36130 | /301 SOUTH RIPLEY STREET |
| | | /P.O. BOX 302405 |
| | | /MONTGOMERY, ALA. 36130 |

by placing same in the legal mail box located in the kitchen at Ventress Correctional Facility, for first class postage to be prepaid by(A.D.O.C.) officals at (V.C.F.) and properly address this on the 4th day of October, 2005.

RESPECTFULLY SUBMITTED,

RICHARD WAYNE WRIGHT, SR.,#187140
Petitioner, Pro-Se.

## NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF BARBOUR)

Confirmed to and subscribed before me and given under my hand and

PAGE 2

BEFORE ME, a notary public in and for said County, in said state, personally appeared Tichard Wayne Wright,Sr., whose name is signed to the foregoing complain. Who being first duly confirms, desposes on oath and says that the information set fourth in the foregiong motion is true and correct to the best of his knowledge and belief.

                                              Signature of Affiant

CONFIRM TO AND SUBSCRIBED BEFORE ME ON THIS THE 4th DAY OF October, 2005.

                                              NOTARY PUBLIC

My Commission Expires August 18, 2007
MY COMISSION EXPIRES

```
                        DEPARTMENT OF CORRECTIONS
                          VENTRESS CORR FAC
APR. 28, 2005           BED ASSIGNMENT ROSTER FOR 09A                    BEDPRT
--------------------------------------------------------------------------------
BED ID    AIS #    R   OB   INMATE NAME              RS JOB ASSIGNMENT    CUS  SCL
--------------------------------------------------------------------------------
09A025    180709   B   G0   MACK, CARLOS GLEN        00 KITCHEN            ME
09A025T   235517   W   00   PANEDOS, LEONTE MARTINEZ    YARD CREW      =   ME
09A026    238700   B   00   BROWN, JAMES             00 SQ. 7           =   MI
09A026T   181436   W        MARLOW, THOMAS              CHAPEL RUNNER       ME
09A027    234736   B   00   BURT, GERALD             00 MEDICAL STOP        ME
09A027T   198538   B   .0   SUMMERS, LEVI JR         00 DORM JAN 1ST        ME
09A028    135807   B   00   TUCKER, EDDIE            00 YARD CREW           ME
09A028T   143516   W   00   TAYLOR, JOHN                YARD CREW           ME
09A029    111885   W   00   GRIFFIN, JAMES           00 DORM JAN 1ST        ME
09A029T   191765   B   00   LOTT, KELVIN             00 VISITATION RUN      ME
09A030    225272   W   00   ELDANI, SOFYAN           00 CHAIR PLANT     =   ME
09A030T   202393   W   00   IVEY, IAN ALEXANDER         YARD CREW           MI
09A031    235119   W   00   KISER, TONY                 A/C     TC         ME
09A031T   139834   B   00   WILLIAMS, ALVIN          00 DORM JAN 2ND    =   ME
09A032    135130   B   00   WILEY, ANDRE             00 SQ. 7           =   MI
09A032T   189764   B   00   BURKS, LORENZO           00 YARD CREW       =   ME
09A033    190899   W   00   ADKINS, STEVEN VON       00 K-9 CLEAN UP    =   MI
09A033T                00   ***UN-ASSIGNED***
09A034    171666   B   00   HODGE, ULYSESUS             ABE TUTOR      =    ME
09A034T   230904   W   00   MARSH, CLIFFTON             KITCHEN             ME
09A035    155684   B   00   WRIGHT, KURTAVIOUS K     00                     ME
09A035T   230038   B   00   ALLEN, CHARLES ANDRE        DORM JAN 1ST        ME
09A036    176030   B   00   HILL, MILTON                 JAN 1ST            ME
09A036T   234
```