IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-A ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

Upon review of the document filed by the plaintiff on October 6, 2005 (Court Doc. No. 55), which the court construes as a motion for preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, and for good cause, it is

ORDERED that on or before October 28, 2005 the defendants shall show cause why this motion should not be granted.

Done this 14th day of October, 2005.

                                                  /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE