IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 05-15253-C

RICHARD WAYNE WRIGHT, SR.,

                                          Plaintiff-Appellant,

versus

SYLVESTER NETTLES, Captain,
DR. HAMMER, et al.,

                                          Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, BIRCH, and BLACK, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The district court's August 31, 2005, order dismissing some, but not all, of Appellant's claims, is not final and appealable. See 28 U.S.C. § 1291; Beluga Holding, Ltd. v. Commerce Capital Corp., 212 F.3d 1199, 1202 (11th Cir. 2000); Fed.R.Civ.P. 54(b); Williams v. Bishop, 732 F.2d 885, 886 (11th Cir. 1984); In re Yarn Processing Patent Validity Litig., 680 F.2d 1338, 1340 (11th Cir. 1982).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit
By: _____
Deputy Clerk Atlanta, Ga