# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Benadryl 50mg PO
qd x 5 days
7/1/05 - 7/6/05  Rayapati    3P

Motrin 400mg po BID
x 90d (7/21 → 10/21/05)    P 3A
Hoyd/Scott/MW              R 3P

CHARTING FOR
Physician: Rayapati
Alt. Physician:
THROUGH: July 31/05

Allergies: NKDA
Diagnosis:
Medicaid Number:
Medicare Number:

PATIENT: Wright, Richard
PATIENT CODE: 18714

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Motrin 400mg 1 BID prn x5 days 6/7/05 - 6/12/05 Rajapati | 3A/3P | (entries marked around days 7-12) |
| Benzoyl Peroxide daily 1x30 days 6/1/05 - 9/17/05 Rajapati | K/O/P | (entries around days 10-13) |
| CTM 8mg p.o. QHS x7d 6-23 → 6-29-05 Rajapati | 3P | (entries around days 23-29) |
| (illegible) 400mg BID x2 days 6-7-05 Rajapati | 3A/3P | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Physician: Rajapati
THROUGH: June 30, 05
Alt. Physician:
Telephone No.:
Alt. Telephone:
Medical Record No.: 18740
Allergies: NKDA
Rehabilitative Potential:
Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By: T. Smith
Title: LPN
Date: 6/7/05
PATIENT: Wright, Richard
PATIENT CODE: 18740
ROOM NO.: VCF
BED / FACILITY:

# MEDICATION ADMINISTRATION RECORD

904

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| CTM 8 mg po H.S. x 2 wks 5-5-05 to 5-19-05  Rayapati/AC | 3P | → |
| Sudafed 60 mg po H.S. x 2 wks 5-5 to 5-19-05  Rayapati/AC | 3P | → |
| Benzoyl H2O2 daily x 30d 5-16 to 6-16-05  Rayapati/AC | KOP | # 1 bottle given 5-16-05 |

CHARTING FOR: May '05
Physician: Rayapati
Alt. Physician:
Allergies: NKA
Diagnosis:
Medicaid Number:
Medicare Number:
Medical Record No: 187140
PATIENT: [illegible] Richard