704

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzoyl Peroxide 10% QD x 1 month Floyd/CH 3-23-05/4-22-05 | KOP | | | | | | | Given 3-23-05 | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 200mg ii PO BID x 1 month Floyd/CH 3-23-05/4-22-05 | 9A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: April '05
THROUGH:
Physician:
Alt. Physician: Floyd
Allergies: Tylenol; PPD Mantox
Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By: Chunter
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Date: LPN 3/30/05
Medical Record No.: 187140
PATIENT CODE: 187140
ROOM NO.:
BED:
FACILITY: VCF

PATIENT: Wright, Richard — Wright, R.

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Benzoyl Peroxide 10%
everyday x three months
3-23-05 – 4-22-05
Ms. Floyd CRNP / G. Johnson LPN
— 30cc Bottle given 3/23/05 @ 13 7A/D Rcd'd —

Motrin 200mg ii PO BID X1
mt 3/23/05 – 4/22/05
Ms Floyd CRNP/GJ
3A / 3P

Sudafed ii PO BID X 3D
3-23-05 — 3-26-05
Ms. Floyd CRNP/GJ
3A / 3P

---

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR ___ THROUGH ___
Physician: ___
Alt. Physician: ___
Allergies: Tylenol; PPD Mantoux
Diagnosis: ___
Medicaid Number: ___  Medicare Number: ___
Complete Entries Checked By: (G) Johnson    Title: LPN    Date: 3/23
PATIENT: Miriam Richmond   PATIENT CODE: 187140   ROOM NO.: ___   BED: ___   FACILITY: ___

March 2005

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Aglul 500 mg po  
Tid x 7 days  
2/25/05 – 3/4/05    0400  
                    1400  

Benzoyl Peroxide  
x 30 day  
2/25/05 – 3/7/05    KOP  

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 3/1/05    THROUGH: 3/31/05  
Physician: Siddiq  
Alt. Physician:  
Telephone No:  
Alt. Telephone:  
Medical Record No: 187140  

Rehabilitative Potential:  
Allergies:  
Diagnosis:  
Medicaid Number:    Medicare Number:  
PATIENT: Wright, Richard  
PATIENT CODE: 187140   ROOM NO:   BED:   FACILITY: