# MEDICATION ADMINISTRATION RECORD

Ventress

| STDT01 MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advil 800 mg PO Tid x 7 days 2/25/05 - 3/4/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl Peroxide X 20 days 2/25/05 - 3/17/05 | Kop Kop | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 2/2/05 | THROUGH 2/28/05 | | |
|---|---|---|---|
| Physician Silberg | | Telephone No. | Medical Record No. 187140 |
| Alt. Physician | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Patrick Robbins   Title: LPN   Date 2/25 | |
| PATIENT Wright Richard | | PATIENT CODE 187140 | ROOM NO. | BED | FACILITY |

## MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 500mg T PRN
Po Bid PRN x14 days 0900
Stop 1/0/06 Dr Darbouze Cber 1700

Mirala 30cc BO TID 900
PRN x14 days 1700
Stop 1/5/05 Dr Darbouze Cber

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/1/05    THROUGH 1/31/05

Physician: Dr Darq

Physician:

Allergies: NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No. 187140

Diagnosis

Medicaid Number    Medicare Number

By Carolyn Lee RN    Date 12/31/04

Title RN    Patient Code 187140    Room No.    Bed    Facility Bld Dr

PATIENT Wright, Richard

# MEDICATION ADMINISTRATION RECORD

STOT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg P.O. tid X 10 days 1/25/05 - 2/5/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advil 800mg tid X 10 days 1/25/05 - 2/5/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | | |
|---|---|---|---|
| Physician Siddiq | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies NKA | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries, Check As Given By: MRoen | Title RN Date 1/25/05 |
| | | | PATIENT CODE 187 140 ROOM NO. BED FACILITY BCF |
| PATIENT Wright, Richard | | | |