# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Tylenol 650mg PO TID x 10 days 12/14 – 12/24/04 Siddiq/chart | 0700 1300 1900 | |
| Maalox 1 PO TID x 10 days 12/14 – 12/24/04 Siddiq/ | 0700 1300 | |
| Anuso1 Sup 1 BID x 7 days 12-17-04 – 12-25-04 | 0700 1900 | |
| [illegible] 500mg 1 PO BID x [ ] days 12-23-04 – 1-5-05 | | |
| Maalox 30cc PO TID PRN x 14 days 12-23-04 – 1-5-05 | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 12/14/04   THROUGH: 12/31/04
Physician: Siddiq
Alt. Physician:
Allergies: NKDA
Diagnosis:
Medicaid Number:    Medicare Number:
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
By: [signature]   Title: LPN   Date: 12/14/04
PATIENT CODE: 187140   ROOM NO.:   BED:   FACILITY: Bull[ock]
PATIENT: Wright, Richard
Medical Record No.: 187140

# MEDICATION ADMINISTRATION RECORD

12/01/2004
STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMCINOLONE CREAM (15GM) 0.1% CRM<br>APPLY TWICE DAILY FOR 20 DAYS<br>RX: 6550710 SIDDIQ, M.D. (MD DIR. TAHIR, M<br>START - 11/20/2004   STOP - 12/09/2004 | KOP | | | | | | | | | | | | | | | | | STOP | | | | | | | | | | | | | | |

MEDICATIONS
NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  12/01/2004   THROUGH   12/31/2004

Physician: SIDDIQ, M.D. (MD DIR. TAHIR)
Alt. Physician:
Allergies: NO KNOWN DRUG ALLERGY

Diagnosis:
Medicaid Number:    Medicare Number:
By: S. Rogers   Title: LPN   Date: 11/30
PATIENT CODE: 187140   ROOM NO.: 1   BED:   FACILITY: BUL

PATIENT:
WRIGHT, RICHARD