# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Mylanta tabs ii PO PRN x 10 days
11-19-04 — 11-29-04
PRN

Mom[?]cinolone Cream x 20 days
11-19-04 — 12-9-04
KOP

AF cream x 20days
11/24 – 12/14/04  Siddiq[scr?]

[illegible] cream x 20 days
11/24 – 12/14/04  Siddiq[…]

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-19-04 THROUGH 11-30-04

Physician: Siddiq
Alt. Physician:
Allergies: NKA
Diagnosis:
Medicaid Number:
Medicare Number:
By: Martha Jackson    Title: LPN    Date: 11-19-[04]
Medical Record No: 187140
PATIENT: Uriah A. Richard[son]
PATIENT CODE:    ROOM NO:    BED:    FACILITY: BU

# MEDICATION ADMINISTRATION RECORD


NaphCare

| MEDICATIONS | HOUR 1-29 |
|---|---|
| 24475 HALOPERIDOL 2 MG TAB<br>Start: 12/13/02  Stop: 06/04/03<br>TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 90 DAYS RX844631 | |
| 124476 LITHIUM CARBONATE 300 MG CAP<br>Start: 12/13/02  Stop: 06/04/03<br>TAKE TWO CAPSULE(S) AT BEDTIME BY MOUTH FOR 90 DAYS RX844633 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/03    THROUGH 06/01/03

Physician:
Alt. Physician:
Allergies: NKA
Diagnosis:
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:

Inmate No: 187148-AL0(

Medicaid Number:    Medicare Number:

PATIENT: WRIGHT, RICHARD
PATIENT CODE: 187148