# Exhibit "B"
# to Affidavit of Nettie Burks

Mental Services Psychiatric Progress Notes
dated June 20, 2005

Case 2:05-cv-00439-WHA-CSC    Document 63-9    Filed 10/28/2005    Page 1 of 2

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

**DATE:** 6/20/05  **TIME:**

**Target Symptoms** | Behavioral Rating Scale 0=No problem 5=worst | **Today vs Before**

No target sx's at this time. | N/A

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Medications:** He is not on any medicines (psychotropics)

**Compliance:** Inmate report ___ % vs MAR ___ %    **Informed Consent** ✓

In addition to the information in the tables above and below, then inmate-patient:

**S** "I have no mental illness. The last time I even took any mental health medicine was some four years ago. I feel fine. I have no problems. I don't know why I am even seeing mental health for." Reports ⊘ sx's of mood, anxiety or thought d/o. ⊘ thoughts to hurt himself or anyone else.

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ⊘ sx's of psychosis, ⊘ SI, ⊘ HI |
| Serious Depression | ✓ | | ⊘ sx's of anxiety ⊘ HA, ⊘ paranoia |
| Self-Injurious Thoughts | ✓ | | Denies or depression noted. Denies any suicidal attempts in past |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted at present time. |
| Situational Upset | ✓ | | Re: being referred to mental health. |

**Lab info:** None  **Labs Ordered:**  **Labs Reviewed:** from mental health.  **AIMS:?**

**ASSESSMENT/Diagnosis (DSM-IV):** None / No psychiatric Dx at this time.

**PLAN:** Im clinically stable. Exhibits ⊘ sx's or signs of mental illness at this time. Has not been on any psychotropic meds. since 2001. Doing well clinically. Will see him on PRN basis at this time. Will keep mental health code as HIST at present time.

**Return to clinic:** RTC PRN   **Print Last Name:** DR. BANERJEE   **Sign:** Banerjee, M.D.

**Patient's Name:** Wright, Richard   **AIS#** 187140   **Age:** ___   **R/S:** B/M   **Code:** HIST   **Institution:** Ventress

**Disposition:** Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. continue care, RTC PRN at this time.