# Exhibit "C"
# to Affidavit of Nettie Burks

Psychological Interview/Data Entry Form
dated May 22, 1996

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: WRIGHT, RICHARD     AIS #: 187140     R/S: B/M

Date: 5 / 22 / 96     DOB: 8 / 15 / 67     AGE: 28

Beta II: 96     WAIS: __ / __ / __     WRAT-RL: 7.2     Last School Grade Completed: 12

MMPI Welsh Code: 4*8765'3920-1:     Megargee Type: F-L/K:

### General Appearance
___ a. Neat and generally appropriate          ___ c. Flat or avoiding interaction
___ b. Poorly groomed                          ___ d. Sad or worried
_X_ e. Other ___(No PSI) Eyes off (center)___

### I. Interpersonal Functioning
___ a. Normal-good relationships likely        ___ d. Lacks skill or confidence
___ b. Withdrawn / apparent loner              ___ e. Probably difficult to get along with
___ c. Likely to ignore rights / needs         *Other (Specify) ___ 1. ___ 2.
___ 3. ___ 4. _X_ 5. ___ 6. (See Copy) _____

### II. Personality
___ a. Healthy                                 _X_ d. Explosive
___ b. Antisocial                              ___ e. Dependent
___ c. Paranoid                                ___ f. Passive-Aggressive

Other (Specify): ___ 1. Schizoid ___ 2. Schizotypal ___ 3. Histrionic ___ 4. Narcissistic
___ 5. Borderline ___ 6. Avoidant ___ 7. Compulsive ___ 8. Atypical/mixed
___ 9. See Copy (Write in your wording) _____

### III. Substance Abuse
_X_ a. Alcohol addiction / abuse history ___Admitted to excessive use w/ onset of marital problems in 1993.___

___ b. Drug addiction / abuse history _____

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records                    *See manual for selections and numbers for "other"

Case 2:05-cv-00439-WHA-CSC    Document 63-10    Filed 10/28/2005    Page 3 of 4

_____ c. Current use _____

_____ d. Current addiction _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____

IV. Emotional Status

    _____ a. No significant problems

    _____ b. Depressed _____ Rosalui

    _____ c. Anxious or stressful

    _____ d. Angry or resentful

    _____ e. Confusion or psychotic symptoms _____ None

    _____ f. Mood disturbances

    _____ g. Sexual maladjustment

    ✗✗ h. Paranoid (ideation) _____ REACTIVE

    _____ i. Sleep / appetite disorder

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. ✗✗ 6. _____ 7. _____ 8.
✗ 9. (See Copy) _____ rule out psychosis

[Stamp: FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTO COPIED]

V. Mental Deficiency

    _____ a. Mild                _____ d. Borderline

    _____ b. Moderate          _____ e. Organic impairment suspected

    _____ c. Severe             _____ f. Memory deficit

Remarks: _____

*See manual for selections and numbers for "*other"

Psychological Interview / Data Entry Form
Page Three

VI. Management Problems        Ideation _____ None _____
   ____ a. Suicide potential   Plans _____
                               History of attempts / gestures _____

   ____ b. Serious mental history (specify) _____

   ____ c. Impulsive / acting-out behaviors predicted _____

   ____ d. Authority conflict _____

   ____ e. Manipulative / untrustworthy _____

   ____ f. Easily victimized _____

   ____ g. Escape potential _____

   ____ h. Assaultiveness _____

   *Other ____ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____ 7. ____ 8. ____ 9. (See Copy)
   Burg. I w/ Victim Injury (Assault)

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

VII. Educational Needs
   ___ a. ABE        ___ b. Special Education        ___ c. Trade School        ___ d. Jr. College

VIII. Mental Health Needs                              Date referred Month _____ Year _____
   ___ A. Refer to psychiatric service    ___ C. Depression              ___ K. Personal Development
   ___ B. Substance abuse counseling      ___ E. Sexual adjustment
   ___ D. Stress management               ___ G. Anger induced acting out
   ___ F. Reality therapy                 ___ I. Self-concept enhancement
   ___ H. Values clarification            ___ J. Healthy use of leisure

   RECOMMENDATIONS / REMARKS: _Med. Custody d Acc._

   _____                    _5/20/86_
          Signature                                      Date

*See manual (pages 23-25) for selections for "other" Give number and wording of selection.