# Exhibit "D"
# to Affidavit of Nettie Burks

Emergency Treatment Form
dated November 3, 2004


PHS PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: BCC |  | ☐ SICK CALL  ☑ EMERGENCY |
|---|---|---|---|---|
| 11/3/04 | 2220 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ |  | ☐ OUTPATIENT |

| ALLERGIES: NKA | CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 100.9 ORAL/RECTAL  RESP. 20  PULSE 120  B/P 144/94  RECHECK IF 148/98  SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S: "I was fighting. I got a few bumps and bruises, nothing great."

O: Hemostoma frontal of cranial
① 3cm ② 2.5cm skin intact @ frontal of cranial
③ scratch 5 inches ④ 3.5 ⑤ 2 inches
⑥ 2½ Broken skin 4 inches on below it on back. Rt foot 1 inch 2cm healed (old area)

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE Z/Z  LACERATION/_____ SUTURES

Nose broken  small laceration

PROFILE RIGHT OR LEFT

scratches

scratch

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A: Body Chart per DOC

P: Release to DOC

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT:** Consider following through c̄ mental health referral.

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 11/3/04 | 2230 PM | ☑ DOC ☐ AMBULANCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: T. Meuleman, RN  DATE 11/3/04  PHYSICIAN'S SIGNATURE: [signature] 11/4/04  CONSULTATION:

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8/15/67 | B/M | BCC |

PHS-MD-70007  (White – Record Copy, Yellow – Pharmacy Copy)