# Exhibit "E"
# to Affidavit of Nettie Burks

Referral to Mental Health
dated November 3, 2004

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## REFERRAL TO MENTAL HEALTH

Inmate Name: Wright, Richard   AIS# 187146   Date of Referral: 11-3-04

**REASON FOR REFERRAL:**

☐ CRISIS INTERVENTION   (11-3-04)
☐ Family problem: Picking fights / Non compliance - off meds
☒ Problems with other inmates: _____
☐ Recent stress: _____
☐ Other: _____

☐ EVALUATION OF MENTAL STATUS
  ☐ Suicidal          ☐ Anxious         ☐ Physical complaints
  ☐ Homicidal         ☐ Depressed       ☐ Sleep disturbance
  ☐ Mutilative        ☐ Withdrawn       ☐ Hallucinations/delusions
  ☒ Hostile, angry    ☐ Poor hygiene    ☐ Suspicious
  ☐ Other inappropriate behavior

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION    hx SMI

☒ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER   Non Compliant

☐ OTHER: _____

COMMENTS:

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Referred by: E Meulema RN    Phone Contact #: #119
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

See in ct 11/08/04 - see blue note mw

Follow-Up by: _____    Date: _____

Inmate Name: Wright, Richard    AIS #: _____

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Richard Wright    AIS#: BM/187140
Institution: BCCF    Date of Disciplinary Report: Nov. 3, 2004
#31 Assault on Another Inmate
Is the inmate currently on the mental health caseload?    Yes  (No)
If Yes, referred for mental health evaluation/consultation on: November 8, 2004
Mental Health Outpatient

### HEARING OFFICER:

Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

Does the inmate know where he is?    Does the inmate know what date it is?    Does inmate know why he is seeing hearing officer?
Is the inmate appropriately dressed?    Is inmate able to speak coherently?    Does the inmate avoid eye contact?
Does the inmate make sense?    Are the inmate's statements logical and organized or unusual?

Should the inmate be referred for mental health evaluation of competency?    Yes    No
If Yes, referred for mental health evaluation/consultation on: _____

### MENTAL HEALTH STAFF:
Date request for consult received: 11-9-04    Date consult returned: 11-9-04

Is the inmate competent to participate in the hearing?
If NO, why is the inmate not competent?    (Yes)    No

If NO, what treatment will assist the inmate in becoming competent?

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: Mike Haynes    Phone Contact: 132

### DISCIPLINARY HEARING:

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer: _____    Date: _____

| Inmate Name | AJS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was reviewed in the MH staff meeting and interviewed
6.) me in the seg. unit. His thinking was clear. He
was oriented in all spheres. He was able to explain his side
of the incident. He can go to disciplinary court.
    Mike Haynes CII
File: Mrs. Perry    logs: MHM