# Exhibit "A"
# to Affidavit of Nettie Burks

Medication Administration Records
dated June 2003 through August 2005

# MEDICATION ADMINISTRATION RECORD



Motrin 400mg PO BID x 90 days 7·21·05 → 10·21·05

3A: B B B B B
3P: B B B B B
D/C 8-6-05

CHARTING FOR 8·1·05 THROUGH 8·31·05
Physician: Dr. Rajapati
Allergies: NKDA
Medical Record No: 187140
Patient: Wright, Richard
Patient Code: 187140
Bed/Facility: A-47

**Facility Name:** Ventress Correctional Facility
**Month/Year of Charting:** 09/05

| Medication | Start Date | Stop Date | Prescriber | RX # |
|---|---|---|---|---|
| Ibuprofen 400MG Tab  60.00 — Take 1 tablet(s) by mouth twice daily as needed | 07-23-2005 | 10-20-2005 | Floyd, Linda | 250262580 |

(Annotation in chart area: "D/C 9-16-05")

**Diagnosis:**
**Allergies:** NKDA
**Housing Unit:** Population
**Patient ID Number:** 187140
**Patient Name:** Wright, Richard

**Documentation Codes:**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

10/24/2005 15:15 FAX 334 775 8178    VENTRESS CORR. FACILITY    ☒003