**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 31, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Wright v. Nettles et al

Case Number:   2:05-cv-00439-A

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached as Exhibit A part 1 to affidavit.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 63   filed on   October 28, 2005.**