# Exhibit "A"
# to Affidavit of Nettie Burks

Medication Administration Records
dated June 2003 through August 2005

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 400mg PO BID x 90 days 7·21·05 → 10·21·05 Floyd CRNP /S.Huicy,ln | 3A | B | B | B | B | B | B | | | | | | | D/C 8-6-05 | | | | | | | | | | | | | | | | |
| | 3P | B | B | B | B | B | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8·1·05    THROUGH 8·31·05

Physician: Dr. Rajapati

Allergies: NKDA

Medical Record No.: 187140

PATIENT: Wright, Richard

PATIENT CODE: 187140   BED: A-47



| Facility Name: Ventress Correctional Facility | | Month/Year of Charting: 09/05 |
|---|---|---|

| Ibuprofen 400MG Tab  60.00 Take 1 tablet(s) by mouth twice daily as needed | Start Date: 07-23-2005 | Prescriber: Floyd, Linda |
| | Stop Date: 10-20-2005 | RX #: 250262580 |

Diagnosis:
Allergies: NKDA
Housing Unit: Population
Patient ID Number: 187140
Patient Name: Wright, Richard

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other