IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br><br> Plaintiff, <br><br> v. <br><br> SYLVESTER NETTLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> CIVIL ACTION NO. 2:05-CV-439-A |

**ORDER ON MOTION**

Upon consideration of the motion for an order to show cause filed by the plaintiff on October 27, 2005 (Court Doc. No. 61), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 31st day of October, 2005.

                                          /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE