IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br><br> Plaintiff, <br><br> v. <br><br> SYLVESTER NETTLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-439-A <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Sylvester Nettles, Sr., who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Sylvester Nettles, Sr., and I am presently employed as a Correctional Officer Supervisor II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL  36089.  I am over twenty-one (21) years of age.

I, Capt. Sylvester Nettles, Sr., have no relevant information about inmate Wright's claims. Inmate Wright has a mental problem and refuses to get treatment for the problem. He was placed in Segregation for assault on another inmate. When time came to be released, inmate Wright claimed that the inmate he assaulted was his enemy and,


DEFENDANT'S EXHIBIT A

Page 2

therefore, he (Wright) did not want to go back into population, so he (Wright) was transferred to another institution.

This is all I know.

*Sylvester Nettles, Sr.*   31 Aug 05
Sylvester Nettles, Sr.
Correctional Officer Supervisor II
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 31st day of August 2005.

_____
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL