IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) |
| Plaintiff, | ) |
| vs. | )   CASE NO. 2:05-OV-439-WHA-CSC |
| SYLVESTER NETTLES, et. al., | ) |
| Defendants. | ) |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Alfonso Franklin, who being known to me and being by me first duly sworn, deposes, and says on oath as follows:

My name is Alfonso Franklin. I am currently employed as a Correctional Officer assigned to Red Eagle Honor Farm, Montgomery, Alabama 36110. I am over twenty-one years of age. On August 20, 2004, I was not at work. My regular assigned off days were Friday and Saturday. Captain Sylvester Nettles has never instructed me to tamper with any inmates' mail at Bullock Correctional Facility.

_____
COI Alfonso Franklin



STATE OF ALABAMA:

COUNTY OF MONTGOMERY:

Sworn and subscribed before me and given under my hand and official seal on this the 21 day of September, 2005.

_____
Notary Public, State of Alabama at Large

My Commissioner Expires: 4/9/07