## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,    )
AIS #187140,    )
    )
    Plaintiff,    )
    )
    v.    )    CIVIL ACTION NO. 2:05-CV-439-A
    )
SYLVESTER NETTLES, et al.,    )
    )
    Defendants.    )

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Sherry Seals, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Sherry Seals, and I am presently employed as a Classification Specialist, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL  36089.  I am over twenty-one (21) years of age.

Inmate Wright claims Mrs. Seals placed information/language in his file, which would cause any viewer to believe he is mentally ill.

The only documents placed in inmate Wright's file (if any) were informational documents passed on to me by the Mental Health staff.

Inmate Wright claims that Mrs. Seals, under the supervision of Capt. (Sylvester) Nettles and Mr. (Charles) Blackledge, created other holds or restraints to hinder his liberty interest and subjected him to physical and psychological pains and injuries.



Page 2

I have no knowledge of what Inmate Wright is referring to. I have not put any holds or restraints on him.

Inmate Wright claims that Mrs. Seals, under the supervision of Captain Nettles and Mr. Blackledge, recommended his custody to be raised from minimum to maximum and for him to be sent to a maximum camp. He was taken off Trash/Squad detail job, which permitted him to go outside. He further claims that Mrs. Seals' explanation for her course of action was subject being denied parole.

Inmate Wright's custody was recommended for an increase to medium (not maximum) due to his parole reset of five (5) years. Per Classification guidelines, inmate Wright no longer met the criteria for remaining in minimum custody. However, inmate Wright's security level remained at Security Level IV.

Inmate Wright claims that Mrs. Seals reconsidered her recommendation to Security Level V and changed the security level back to Level IV.

Inmate Wright's security level was never recommended for an increase.

Inmate Wright claims that he met with Mrs. Seals again in April 2004, and was still denied a transfer. He claims that Mrs. Seals made a comment during a conversation that subject had a serious demerit. When Mrs. Seals was asked what she meant, Mrs. Seals chose to change the subject. He further claims he later found out about a disease that's called dementia, and that's what he believes Mrs. Seals was talking about.

If inmate Wright was not recommended for a transfer at that time – it was due to the Mental Health staff (who decided that it was not in inmate Wright's best interest to transfer due to his Mental Health status).

Page 3

_Sherry Seals_

Sherry Seals, Classification Specialist
Bullock County Correctional Facility


STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal

on this the _2nd_ day of _September_ 2005.

_Justine B. Person_

NOTARY PUBLIC

My Commission Expires: _2/24/2009_.


SEAL