IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., | ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Larry Ligon, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Larry Ligon, and I am presently employed as a Correctional Officer II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Sgt. Larry Ligon, did not conduct the Disciplinary Hearing on December 1, 2004, for DISC: #04-2484 (copy attached). The violation occurred on November 3, 2004. I was not a participant in the hearing, but was present only in a learning capacity.

I have also attached a copy of the Incident Report (BCCF: 04-2484) for this violation.

I have done no wrong to inmate Wright.


Page 2

*Larry Ligon, CO II* (signature)
Larry Ligon, Correctional Officer II
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___12th___ day of September 2005.

*Justine B. Reven* (signature)
NOTARY PUBLIC

My Commission Expires: ___2/24/2009___.

SEAL

DOC Form 225B (Revised 7/92)

DISC: #04-2484
BCCF: #04-2484

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. INMATE: Richard Wright       CUSTODY: MIN-9       AIS: BM/187140

2. FACILITY: BULLOCK COUNTY CORRECTIONAL FACILITY

3. The above inmate is being charged by Officer Timothy Holmes with a violation of Rule Number 31 specifically Assault on Another Inmate from regulation # 403, which occurred on or about November 3, 2004 at (time) 10:10 (am/pm), Location: Dormitory #20 - T.V. Area.
A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, inmate Richard Wright, BM/187140, did admit to Lt. Gwendolyn Babers that you approached inmate Walton Solomon, WM/217565, while he was watching T.V. and began to fight him because you had not fought in a long time and were overdue for a fight.

5. Timothy Holmes, COI / Gwendolyn Babers, COSI
   Arresting Officer/Signature/Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate on this the 9 day of November, 20 04 at (time) 2:04 (am/pm).

7. Melvin Austin CCI       Refused to Sign (Melvin Austin COI)
   Serving Officer/Signature/Rank       Inmate's Signature/AIS Number

8. Witnesses desired? NO _____       YES _____
   Inmate's Signature       Inmate's Signature

9. If yes, list: _____

10. Hearing Date 12-7-04       TIME 1:30 AM       PLACE Classification

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.
    Signature/Hearing Officer

13. Plea: Richard W Wright ____ Not Guilty _____ Guilty
14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.
    Signature/Hearing Officer

15. Arresting Officer's testimony (at the hearing): I observed two (2) inmates fighting in Dorm #13. I escorted both inmates to the Lt.'s office. In the Lt.'s office, inmate Wright admitted to Lt. Gwendolyn Babers that he approached inmate Walter Solomon while he was watching t.v. and began to fight him, because he had not fought in a long time and was overdue for a fight.

Annex C of AR 403 (Page 1 of 3)

16. Inmate's Testimony: See attached statement. Inmate Wright wanted his questions for Lt. Babers to be his statement.

Witness: N/A          Substance of Testimony:

Witness: N/A          Substance of Testimony:

Witness: N/A          Substance of Testimony:

17. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

   Signature/Hearing Officer

18. The following witnesses were not called — Reason not called
   1. N/A
   2.
   3.

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
   The Hearing Officer finds that: On 11/3/04, at approximately 10:10 p.m., in Dorm #20 T.V. area, inmate Richard Wright, BM/187140, did admit to Lt. Gwendolyn Babers that he approached inmate Walton Solomon, WM/217565, while he was watching t.v. and began to fight him, because he had not fought in a long time and was overdue for a fight.

20. Basis for Findings of Fact: The hearing officer find inmate Wright guilty based on the arresting officer's sworn testimony under oath.

21. Hearing Officer's Decision:  X  Guilty     X  Major
                                    Not Guilty      Minor

22. Recommendation of Hearing Officer: 30 days loss of store, visiting, phone use privileges, and confine to Segregation for 21 days (to run consecutively).

   Signature/Hearing Officer
   ROBERT WASHINGTON, COI
   Type Name and Title

23. Warden's Action - Date 12-1-04
   Approved
   Disapproved
   Other (Specify)

24. Reason if more than 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this 1 day of December 20 04, at (time) 11:58 (am/pm).

   Signature/Serving Officer/Title          Inmate's Signature/AIS Number

   Annex C of AR 403 (Page 2 of 3)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Richard Wright   AIS#: BM/187140
Institution: BCCF   Date of Disciplinary Report: Nov. 3, 2004
#31 Assault on Another Inmate
Is the inmate currently on the mental health caseload?   Yes   (No)
  If Yes, referred for mental health evaluation/consultation on: November 8, 2004
Mental Health Outpatient

### HEARING OFFICER:
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

| | | |
|---|---|---|
| Does the inmate know where he is? | Does the inmate know what date it is? | Does inmate know why he is seeing hearing officer? |
| Is the inmate appropriately dressed? | Is inmate able to speak coherently? | Does the inmate avoid eye contact? |
| Does the inmate make sense? | Are the inmate's statements logical and organized or unusual? | |

Should the inmate be referred for mental health evaluation of competency?   Yes   No
  If Yes, referred for mental health evaluation/consultation on: _____

### MENTAL HEALTH STAFF:
Date request for consult received: 11-9-04   Date consult returned: 11-9-04

Is the inmate competent to participate in the hearing?   (Yes)   No
  If NO, why is the inmate not competent?

  If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes   (No)
  If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?   Yes   (No)
  If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes   (No)
Mental Health Staff Member: Mike Haynes   Phone Contact: 132

### DISCIPLINARY HEARING:
Does the inmate appear to be competent to participate in the hearing?   (Yes)   No
Have the mental health recommendations been considered?   (Yes)   No
Hearing Officer: _____   Date: 11-30-04  12-1-04

| Inmate Name | AJS # |
|---|---|
| Richard Wright | 187140 |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was reviewed in the MH staff meeting and interviewed by me in the seg. unit. His thinking was clear. He was oriented in all spheres. He was able to explain his side of the incident. He can go to disciplinary court.
  Mike Haynes MH
file: Mrs. Perry   log: MHH

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Richard Wright                     AIS#: BM/187140
Institution: BCCF                Date of Disciplinary Report: Nov. 3, 2004

#31 Assault on Another Inmate
Is the inmate currently on the mental health caseload?           Yes   (No)
If Yes, referred for mental health evaluation/consultation on: November 8, 2004
Mental Health Outpatient

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?        Does the inmate know what date it is?    Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?     Is inmate able to speak coherently?       Does the inmate avoid eye contact?*
*Does the inmate make sense?              Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?   Yes   No
— — If Yes, referred for mental health evaluation/consultation on: _____

**MENTAL HEALTH STAFF:**
Date request for consult received: 11-9-04       Date consult returned: 11-9-04

Is the inmate competent to participate in the hearing?                     (Yes)  No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes  (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?  Yes  (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes  (No)
Mental Health Staff Member: MrRo Haynes          Phone Contact: 132

**DISCIPLINARY HEARING:**
Does the inmate appear to be competent to participate in the hearing?    (Yes)  No
Have the mental health recommendations been considered?                  (Yes)  No
Hearing Officer: Robert Washington            Date: 12-1-04

Inmate Name: Richard Wright                   AIS #: 187140

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was reviewed in the MH staff meeting and interviewed by me in the seg. unit. His thinking was clear. He was oriented in all spheres. He was able to explain his side of the incident. He can go to disciplinary court.
MrRo Haynes MH
file: Mrs. Perry        Log: MHm

Form 225-D

## NOTICE OF RESCHEDULING OF DISCIPLINARY HEARING

INMATE'S NAME _Richard Wright_ AIS # _BM/187140_

VIOLATION(s) _#31 Assault on Another Inmate_

Notice is hereby given that your Disciplinary Hearing which was scheduled on _Nov. 19, 2004_ has been rescheduled for _Nov. 23, 2004_.

Reason for rescheduling: _Arresting Officer out on sick leave_

_Refused to Sign (B. Hampton)_                    _B. Hampton C/O_
INMATE'S SIGNATURE                                  SERVING OFFICER'S SIGNATURE

STATE OF ALABAMA
BOARD OF CORRECTIONS
INSTITUTIONAL INCIDENT REPORT

| 1. Institution: BULLOCK COUNTY CF | 2. Date: 11-3-04 | 3. Time: 10:10 p.m. | 4. Incident Number: BCCF: 04-2484 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Dormitory #20 – Television Area | | 6. Type of Incident: Rule #31, Assault on Another Inmate | |
| 7. Time Incident Reported: 10:12 a.m. | | 8. Who received Report: Lt. Gwendolyn Babers  /s/ Gwendolyn Babers, COI | |

9. Victim:
  a. Walton Solomon          No. WM/217565
     (type full name)

  b. _____          No. _____
     (type full name)

10. Suspects:
a. Richard Wright    No. BM/187140
b. _____    No. _____
c. _____    No. _____
d. _____    No. _____
e. _____    No. _____
f.

11. Witnesses:
a. N/A               No. _____
b. _____    No. _____
c. _____    No. _____
d. _____    No. _____
e. _____    No. _____

Physical Evidence:
12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence: N/A
a.
b.
c.
d.
e.

15. NARRATIVE SUMMARY: On 11/3/04, at approximately 10:10 p.m., while exiting Cubicle #4, retrieving equipment for duty, Officer Timothy Holmes observed two (2) inmates in Dorm #20 around the television area. Officer Holmes alerted the Cubicle Officer, Elizabeth Laseter, to call for Officer Paul Phillips, Dorms #22 and #23 Rover, and to lockdown. Officers Holmes and Phillips entered Dorm #20 and separated the two (2) inmates. At approximately 10:12 p.m., Lt. Gwendolyn Babers was notified of the incident. Officers Holmes and Phillips then escorted the two (2) inmates to the Shift Commander's office. At approximately 10:15 p.m., Lt. Babers and Sgt. Anthony Jackson reported to the Shift office. Lt. Babers questioned both inmates concerning the incident. The inmates were identified as Richard Wright, BM/187140, and Walton Solomon, WM/217565. Inmate Solomon stated that he was sitting on the bench watching the news and inmate Wright approached him and began swinging at him. Inmate Wright stated to Lt. Babers that he had not fought in a long time and tonight was his time because he was way overdue for a fight. At approximately 10:20 p.m., Sgt. Jackson handcuffed inmate Wright behind his back. Sgt. Jackson, Officer Eric

Distribution:   Original to I & I Division
                Copy to Institutional File
                Copy to Central Records

Annex A (page 1 of 2)
ADOC Form 601 Revised 4-6-99
AR 302 – April 6, 1999

# CONTINUATION SHEET

| Institution: | Incident Number: |
|---|---|
| Bullock County CF | BCCF: 04-2484 |
| Date: | Type of incident: |
| 11-3-04 | Rule #31, Assault on Another Inmate |

PAGE 2

Williams and Lt. Babers escorted inmate Wright to the Infirmary for a body chart (see attached). Officer Holmes then escorted inmate Solomon to the Infirmary for a body chart. At approximately 10:20 p.m., Nurse Ed Meuleman examined inmate Wright (see attached body chart). At approximately 10:22 p.m., Nurse Martha Jackson examined inmate Solomon (see attached body chart). At approximately 10:30 p.m., inmate Solomon was released back to DOC officials and then to his assigned dorm. At approximately 10:38 p.m., Sgt. Jackson, Lt. Babers and Officer Holmes escorted inmate Wright from the Infirmary to Segregation where he was placed in Cell #8. At approximately 10:40 p.m., after questioning several other inmates in Dorm #20, it was revealed that inmate Wright had been acting strange, walking around in circles in the dorm. Lt. Babers informed inmate Wright that he would be receiving disciplinary action for violation of Rule #31, Assault on Another Inmate. Due to inmate Wright being a Mental Health Outpatient, a Mental Health Referral Form was completed on inmate Wright (see attached). An Unusual Incident Report was completed and faxed to Staton Communications (see attached). Due to no serious injuries occurring, Warden III Arnold Holt was notified at approximately 6:00 a.m. No further action was taken.

*J.E. Babers /051*
*for Timothy Holmes, COI*
Timothy Holmes, Correctional Officer I

ANNEX B

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL ☐ | EMERGENCY ☑ |
|---|---|---|---|---|---|
| 11/3/04 | 2220 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | | OUTPATIENT ☐ |

ALLERGIES: NKA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 100.9 ORAL/RECTAL    RESP. 20    PULSE 80    B/P 144/94    RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S: "I was fighting. I got a few bumps and bruises, nothing great."

O: ① small area reddened on cranial
② area ② small ③ painful @ nose
③ scratch 5 inches @ 85 @ a...
④ ... broken skin 4 inches on
reddened on back. R foot
pain noted (old area)

**PHYSICAL EXAMINATION**

A: Body Chart per DOC

ABRASION ///  CONTUSION #  BURN XX/XX  FRACTURE Z/Z  LACERATION / _____ SUTURES

[body diagram annotations: "nose swelling", "cranial", "scratches", "scratch"]

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

P: Release to DOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ FAIR | ☐ POOR ☐ CRITICAL |
|---|---|---|---|---|---|
| 11/3/04 | 2230 AM/PM | | | | |

NURSE'S SIGNATURE: E. Meuleman (RN)    DATE: 11/3/04    PHYSICIAN'S SIGNATURE: _____    DATE: _____    CONSULTATION: _____

INMATE NAME (LAST, FIRST, MIDDLE): Wright, Richard    DOC# 187140    DOB 8/15/67    R/S B/M    FAC. BCC

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 11/3/04 | TIME 10:20 AM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98° (ORAL) RECTAL    RESP 20    PULSE 86    B/P 130/90    RECHECK IF SYSTOLIC <100> 50 ____/____

**NATURE OF INJURY OR ILLNESS**
S - Altercation č another inmate

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**
O - w/A Male Ambulatory to HCU Alert & Oriented X3 resp regular and even. Skin w/o to touch redness to R side of face, upper back and outer R arm, no bleeding noted no swelling or bruises present

A - Body Chart for DOC

PROFILE RIGHT OR LEFT
RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS**
P - No Medical tx required, Released to DOC

| TIME | BY |
|---|---|

**DIAGNOSIS** ∅

**INSTRUCTIONS TO PATIENT** ∅

| DISCHARGE DATE 11/3/04 | TIME 10:34 AM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Martha Jackson | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Solomon Walt | DOC# 217565 | DOB 12/27/76 | R/S W/M | FAC. Bullock |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)