IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Paul Phillips, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Paul Phillips, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

Inmate Richard Wayne Wright, AIS #187140, list me, Officer Paul Phillips, as a defendant in his lawsuit. I have no knowledge of the incident or procedures surrounding the disciplinary concerning inmate Wright.

The above statement is true and correct.

Paul Phillips, Correctional Officer I
Bullock County Correctional Facility


DEFENDANT'S EXHIBIT F

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___26th___ day of September 2005.

_____Justine B. Person_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL