IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., ) ) | |
| Defendants. ) | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Johnny Bailey, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Johnny Bailey, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Officer Johnny Bailey, have no knowledge, whatsoever, of any problems inmate Richard Wright, B/187140, complains he was having, while housed in the Segregation Unit of Bullock County Correctional Facility.

_Johnny Bailey, CO I_
Johnny Bailey, Correctional Officer I
Bullock County Correctional Facility


DEFENDANT'S EXHIBIT H

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the _15th_ day of September 2005.

_Justine B. Person_
NOTARY PUBLIC

My Commission Expires: _2/24/2009_.

SEAL