IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., ) ) | |
| Defendants. ) | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Eric Williams, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Eric Williams, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Officer Eric Williams, do not understand what I'm being accused of by inmate Richard Wright, B/187140. But, I believe I have done him no wrong.

Eric Williams, COI<br>
Eric Williams, Correctional Officer I<br>
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the __15th__ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL