IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., ) ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Bruce Hampton, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Bruce Hampton, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Officer Bruce Hampton, have fully read and understand the lawsuit, Richard Wayne Wright, Sr. vs. Sylvester Nettles, et.al. After reading the lawsuit in full, I acknowledge that I have no knowledge of the lawsuit or any detail about or regarding this matter.

Bruce Hampton, Correctional Officer I
Bullock County Correctional Facility



DEFENDANT'S EXHIBIT J

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___22nd___ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: ___2/24/2009___.

SEAL