IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-A ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Charles S. Blackledge, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Charles S. Blackledge, and I am presently employed as a Classification Specialist Supervisor, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

Wright involves me in his complaint in only the following two instances.

He charges, on page 5, that I directed other people to create holds and restraints upon him and to subject him to pain and injury.

I have no idea of what exactly he is describing. He is not here now and neither is his file. Nevertheless, I declare I have never done any such thing.



DEFENDANT'S EXHIBIT K

Page 2

He charges, on page 9, that I supervised a proposal to reclass him last August, 2004, for transfer to a maximum security prison. The attached Transfer Display shows Wright was here, at the Bullock Correctional Facility, in 2004. I am the Bullock Correctional Facility Classification Supervisor. I do not recall such a reclass. Nevertheless, this attachment shows Wright went nowhere in 2004, he has not gone to a maximum prison, and he has only gone, this March, to another medium security prison, the Ventress Correctional Facility, where he is now.

I know nothing more of this complaint.

_____
Charles S. Blackledge
Classification Specialist Supervisor
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the _____25_____ day of August 2005.

_____
NOTARY PUBLIC

My Commission Expires: __3/3/09__.

SEAL


```
                        DISPLAY TRANSFER/LEAVE DATE          ** PRODUCTION **
 05/AUG/2005      11:14:52    CDTLD    419    045CB      CDTLD01    150
   A I S NUMBER : 00187140    COMMITMENT NAME : WRIGHT, RICHARD WAYNE SR
 SEQ#    DATE     TYPE FRM-INST-DRM  TO-INST-DRM   RECPT-DT   PRLRVK-DT   REL-TYPE
 040  06-27-2005   T      043-SC       043-00
 039  04-26-2005   T      043-00       043-SC/AS/SC
 038  04-11-2005   T      043-SC       043-00
 037  03-17-2005   T      043-00       043-SC/PC/SC
 036  03-04-2005   T      045-SC       043-00
 035  01-06-2005   T      045-SC       045-SC/AS/SC
 034  11-13-2004   T      045-SC       045-SC/AS/SC
 033  11-03-2004   T      045-00       045-SC/AS/SC
 032  09-29-2003   T      045-DP       045-00
 031  04-10-2003   T      045-MH       045-DP
 030  08-28-2002   T      045-SC       045-MH
 029  08-16-2002   T      045-MH       045-SC/AS/SC
 028  07-09-2002   T      045-00       045-MH
 027  07-03-2002   T      045-TU       045-00
 026  06-13-2002   T      045-HO       045-TU
 025  06-12-2002   T      045-TU       045-HO
 024  06-13-2002   T      045-HO       045-TU
 023  06-12-2002   T      045-SC       045-HO
 022  06-07-2002   T      045-00       045-SC/AS/SC
```

[handwritten annotation, circled: "Attach to AM-06 CSB"]

```
                       CDINC    INMATE DISPLAY    05/AUG/2005    ** PRODUCTION **
 AIS: 00187140      WRIGHT, RICHARD WAYNE SR        R/S: BM    DOB: 08/15/1967
INST: 043 - VENTRESS CORRECTIONAL CENTER        DORM: 00
 OFF: 101A - BURGLARY I                                         NCIC OFF: 0082

 1. ADMIT    DT: 04/30/1996 09 COMMIT CNTY : 41 LEE      MENTAL HEALTH: HIST
 2. RELEASE  DT:            00-INCARCERATED              JAIL CREDIT  : 0186
 3. SENTENCE DT: 04/30/1996                              STAT CODE    : 54
 4. LONG RLS DT: 10/23/2020    TIME SERVED : 009Y09M11D  YOUTH OFF    : A
 5. MIN RLS  DT: 10/23/2020    DEAD TIME   : 000Y00M00D  PR INC LOC   : 00
 6.                            TOT GT REC'D: 000Y00M00D  PRIM JURIS   : 0
 7. RECAPTURE DT:              TOT GT RVK'D: 000Y00M00D  SECURITY LVL : 4
 8. READMIT  DT:               GT BALANCE  : 000Y00M00D  446 SENT/SERV: Y Y
 9. RETRO CIT DT:              TOTAL TERM  : 025Y00M00D  TRANSFER CNT : 40
10. GEN PROG DT: 02/03/2006                              DISCIP   CNT : 4
11. TOLL     DT:               SERVING CASE: 1996 000005 DET/WAR  CNT : 0
12. 446 CLASS DT: 04/30/1996   S I D  NBR  : 01059232    ENEMY    CNT : 1
13. COMP     DT: 09/24/2003    R E D  NBR  : 000000      DENY SIR     :
14. LST TRAN DT: 06/29/2005    S S N  NBR *: 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 DENY PDL     :

15. CURR CUST DT: 08/24/2004   CUST CODE   : 29 MED9     CUST RETAIN  :
16. PRES  HRG DT:              PRES  PRL DT: 08/2009     PRES  HRG DEC: 00
17. PRIOR HRG DT: 08/16/2004   PRIOR PRL DT: 08/2004     PRIOR HRG DEC: 02
    COMMENTS:                                               >END<  ARCH: N
```