IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYLVESTER NETTLES, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Julia Ellis, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Julia Ellis, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

In the case of Richard Wayne Wright, Sr., AIS #187140 v. Sylvester Nettles, et al., I, Officer Julia Ellis, have no knowledge of any information involving this case.

                                          _____
                                          Julia Ellis, Correctional Officer I
                                          Bullock County Correctional Facility

DEFENDANT'S EXHIBIT L

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the _28th_ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: _1-15-2006_

SEAL