IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-A ) |
| SYLVESTER NETTLES, et al., | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Cedric Specks, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Cedric Specks, and I am presently employed as a Correctional Officer II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Sgt. Cedric Specks, have no knowledge of any of the incidents that inmate Richard Wayne Wright, Sr., BM/187140, is referring to. Also, my name is not mentioned in the lawsuit, other than being a defendant.

Cedric Specks
Correctional Officer II
Bullock County Correctional Facility



DEFENDANT'S EXHIBIT M

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___23rd___ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__ .

SEAL