IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR., )
AIS #187140, )
 )
    Plaintiff, )
 )
v. ) CIVIL ACTION NO. 2:05-CV-439-A
 )
SYLVESTER NETTLES, et al., )
 )
    Defendants. )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Harvey Ruffin, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Harvey Ruffin, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL  36089.  I am over twenty-one (21) years of age.

Wright says he asked me to give him a report about forced medication. I told him he should contact the Mental Health professionals. He had that opportunity because the Mental Health professionals come to the Segregation Unit three (3) times a week. I do not know if there is such a thing as this report.

Wright says that I discarded his sick call slips. I never did.

This is all I know.


DEFENDANT'S EXHIBIT N

Page 2

_[signature]_ Harvey Ruffin CO I
Harvey Ruffin, Correctional Officer I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 30th day of August 2005.

_[signature]_ Justine B. Person
NOTARY PUBLIC

My Commission Expires: 2/24/2009

SEAL