IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) ) | |
| Defendants. ) | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Alex J. Rudolph, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Alex J. Rudolph, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Officer Alex J. Rudolph, have no direct knowledge of the plaintiff's (Richard Wayne Wright, B/187140) allegation of mistreatment while incarcerated at Bullock County Correctional Facility.

Alex J. Rudolph, Correctional Officer I
Bullock County Correctional Facility



Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___15th___ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: _2/24/2009_.

SEAL