# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR.,<br>AIS #187140, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., | )<br>)<br>) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Billy Davis, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Billy Davis, and I am presently employed as a Correctional Officer II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Sgt. Billy Davis, have no knowledge of this incident concerning inmate Richard Wayne Wright, Sr., AIS #187140.

_Billy Davis CO II_
Billy Davis, Correctional Officer II
Bullock County Correctional Facility


DEFENDANT'S EXHIBIT P

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the __23rd__ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL