IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-A ) |
| SYLVESTER NETTLES, et al., | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Melvin Austin, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Melvin Austin, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Officer Melvin Austin, never witnessed nor heard anyone mention or tell inmate Richard Wayne Wright, Sr., B/M #187140, anything. Therefore, I have no knowledge of what inmate Wright is talking about.

_____
Melvin Austin, Correctional Officer I
Bullock County Correctional Facility



DEFENDANT'S EXHIBIT

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___22nd___ day of September 2005.

___Justine B. Person___
NOTARY PUBLIC

My Commission Expires: ___2/24/2009___.

SEAL