IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYLVESTER NETTLES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Anthony Jackson, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Anthony Jackson, and I am presently employed as a Correctional Officer II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Sgt. Anthony Jackson, have no knowledge of the incident concerning inmate Richard Wright.

_Anthony Jackson, CO II_
Anthony Jackson
Correctional Officer II
Bullock County Correctional Facility



DEFENDANT'S EXHIBIT R

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___22nd___ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/22/2009__.

SEAL