IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYLVESTER NETTLES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Elizabeth Laseter, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Elizabeth Laseter, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Officer Elizabeth Laseter, have no knowledge of the incident that inmate Richard Wayne Wright, Sr., BM/187140, alleges.

_Elizabeth Laseter_ COI
Elizabeth Laseter, Correctional Officer I
Bullock County Correctional Facility



DEFENDANT'S EXHIBIT S

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 23rd day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL