IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., ) ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Robert Washington, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Robert Washington, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

I, Officer Robert Washington, have fully read and understand the lawsuit, Richard Wayne Wright, Sr. vs. Sylvester Nettles, et.al. After reading the lawsuit in full, I acknowledge that I have no knowledge concerning the lawsuit, or any detail matter regarding the aforementioned lawsuit.

This statement is true and correct.



Page 2

*Robert Washington, COI* (signature)
Robert Washington, Correctional Officer I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 22nd day of September 2005.

*Justine B. Person* (signature)
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL