### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Brenda Austin, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Brenda Austin, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

On the date in question (August 16, 2003), I, Officer Brenda Austin, did not falsely accuse inmate Richard Wright, BM/187140, of Rule Violation #38, Indecent Exposure/Exhibitionism. As stated in the incident report, and at the hearing with inmate Wright present, he (Wright) was stroking his (Wright) erect, bare, exposed penis in a backward and forward motion, while looking directly at me (Officer Austin). All questions inmate Wright presented to the Hearing Officer (Sgt. Cedric Smith) were answered truthfully, under oath, by me (Officer Austin).

DEFENDANT'S EXHIBIT 4

Page 2

Please see attached Incident Report #BCCF:03-1134 and Disciplinary Report DISC: #03-1134 for further information.

*Brenda Austin*
Brenda Austin, Correctional Officer I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the __14th__ day of __September,__ 2005.

*Justine B. Penn*
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL