## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,    )
AIS #187140,    )
    )
    Plaintiff,    )
    )
    v.    )    CIVIL ACTION NO. 2:05-CV-439-A
    )
SYLVESTER NETTLES, et al.,    )
    )
    Defendants.    )

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Linda Rudolph, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Linda Rudolph, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

Inmate Richard Wayne Wright, Sr., B/187140, makes no specific allegations against me, Officer Linda Rudolph. Also, I have no knowledge of any of the allegations alleged in Wright's complaint.

_Linda Rudolph, CO/_
Linda Rudolph, Correctional Officer I
Bullock County Correctional Facility



Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal

on this the _____22nd_____ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires:____2/24/2009____.

SEAL