IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION NO. 2:05-CV-439-A<br>) |
| SYLVESTER NETTLES, et al., | )<br>)<br>) |
| Defendants. | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Alberta Williams, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Alberta Williams, and I am presently employed as a Correctional Officer II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

Inmate Wright name me, Sgt. Alberta Williams, as a defendant in his lawsuit; however, he does not make any specific claims against me. Also, I do not have any knowledge of the claims inmate Wright makes against the other defendants.

The above statement is true and correct.

_Alberta Williams, CCII_
Alberta Williams, Correctional Officer II
Bullock County Correctional Facility


DEFENDANT'S EXHIBIT W

Page 2

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___14th___ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL