IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., )<br>AIS #187140, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>SYLVESTER NETTLES, et al., )<br>  )<br>  Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Gwendolyn Babers, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Babers, and I am presently employed as a Correctional Officer Supervisor I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

On the date in question concerning inmate Richard Wright, B/187140, I, Lt. Gwendolyn Babers, was present in the Shift Office when he was brought in. I questioned inmate Wright concerning the incident he was involved in. Inmate Wright did state to me that he had not fought in a long time and was overdue for a fight.


DEFENDANT'S EXHIBIT X

Page 2

This, in no way, is a plot, as stated by inmate Wright.

_Gwendolyn E. Babers, COS1_
Gwendolyn Babers
Correctional Officer Supervisor I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the __22nd__ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL