IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Mose Foster, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Mose Foster, and I am presently employed as a Correctional Officer I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

In response to inmate Wright's allegations that I, Officer Mose Foster, discarded his sick call request slips; this is false. All sick call request slips that I receive from inmates housed in the Segregation Unit are placed in the Sick Call Request Box, which is located on the main hallway, near the Health Care Unit lobby.

This statement is true and correct.



DEFENDANT'S
EXHIBIT
Y

Page 2

_Mose Foster C.I_ (signature)
Mose Foster, Correctional Officer I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 30th day of August 2005.

_Justine B. Person_ (signature)
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL