IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR. )
AIS#187140 )
                                                            )
    Plaintiff, )
                                                            )
vs. )   CIVIL ACTION NO. 2:05-CV-439-A
                                                            )
SYLVESTER NETTLES, et.al. )
                                                            )
    Defendants. )
                                                            )

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Camelia A. Cargle, who being duly sworn, deposes and presents the following affidavit.

My name is Camelia A. Cargle and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer II. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., #187140, alleges that he was harassed by me in the kitchen due to his written shaving profile.



DEFENDANT'S EXHIBIT 2

Page 2
Affidavit – Camelia Cargle

On the aforementioned dates I, Sergeant Camelia A. Cargle cannot recall any of the alleged incidents between Lt. Sharon McSwain-Holland, Inmate Richard Wayne Wright, Sr., #187140 and myself. At approximately 3:00 a.m., all inmates are given a wake up call for their morning meal and advised to be in compliance with their hygiene before exiting the dormitory (clippers are kept in the Shift Commanders office for all inmates to use with shaving profiles).

At approximately 3:30 a.m., the first dormitory is usually called to chow. Once an inmate enters the chow hall and provides me with a medical profile, all limitations and medical provisions are honored and adhered to as written. If the profile is faded, torn above recognition or appears to be altered then I, Sergeant Cargle will call the medical provider, Prison Health Services here at Ventress and ask any of the medical staff for clarification of that specific profile. All findings will be discussed with that particular inmate and he would be advised to report to the Health Care Unit during the 5:00 a.m. treatment call for a copy of that particular profile at no cost to the inmate. I have never harassed Inmate Wright about his shaving profile, never been unprofessional with Inmate Wright nor have I ever caused Inmate Wright to feel unsafe while here at Ventress Correctional Facility.

The before mentioned facts are true and correct to the best of my knowledge.

_____
Camelia A. Cargle

State of Alabama )

Barbour County  )

Page 3
Affidavit – Camelia A. Cargle

Sworn to and subscribed before me this 25th day of August, 2005.

*Reba T. Currie*
Notary Public
My Commission Expires: 9-8-08