IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR. ) | |
| AIS#187140 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et.al. ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear David Pullom, who being duly sworn, deposes and presents the following affidavit.

My name is David Pullom and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer I. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., alleges that I violated his civil rights. I make this affidavit in the defense thereof.



DEFENDANT'S EXHIBIT AA

Page 2
Affidavit – David Pullom

I have read the complaint that inmate Richard Wright, #187140 alleges that I violated his civil rights.

I, David Pullom have no knowledge of violating inmate Richard Wright, #187140 civil rights.

The before mentioned facts are true and correct to the best of my knowledge.

*David Pullom*

State of Alabama )

Barbour County )

Sworn to and subscribed before me this 16th day of August, 2005.

*Reba J Currie*
Notary Public
My Commission Expires: 9-8-08