IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR. )
AIS#187140 )
 )
 )
    Plaintiff, )
 )
vs. )   CIVIL ACTION NO. 2:05-CV-439-A
 )
SYLVESTER NETTLES, et.al. )
 )
    Defendants. )
 )

## AFFIDAVIT

    Before me, the undersigned Notary Public, did personally appear Veronica Stringer, who being duly sworn, deposes and presents the following affidavit.

    My name is Veronica Stringer and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer I. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., alleges that I violated his civil rights. I make this affidavit in the defense thereof.



DEFENDANT'S
EXHIBIT
BB

Page 2
Affidavit – Veronica Stringer

I have read the complaint that inmate Richard Wright, #187140 alleges that I violated his civil rights.

I, Veronica Stringer, have no knowledge of violating inmate Richard Wright, #187140 civil rights. On April 26, 2005, I wrote inmate Wright a disciplinary from Administrative Regulation 403, Rule Violation #62, "Intentionally Creating a Security, Safety or Health Hazard" for refusing to take a T.B. Skin Test.

The before mentioned facts are true and correct to the best of my knowledge.

_____
Veronica Stringer

State of Alabama )

Barbour County )

Sworn to and subscribed before me this ___16th___ day of August, 2005.

_____
Notary Public
My Commission Expires: 9-8-08