IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR.<br>AIS#187140 | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 2:05-CV-439-A<br>) |
| SYLVESTER NETTLES, et.al. | )<br>)<br>) |
| Defendants. | )<br>) |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear James G. Jenkins, who being duly sworn, deposes and presents the following affidavit.

My name is James G. Jenkins and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Psychological Associate II. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., alleges that I violated his civil rights. I make this affidavit in the defense thereof.



DEFENDANT'S EXHIBIT
CC

Page 2
Affidavit – James G. Jenkins

Plaintiff in his complaint delivered to me on August 5, 2005, lists respondent as a defendant, however, respondent is not referred to in his narrative at any point. Plaintiff fails to indicate how respondent has violated any of plaintiff's rights. Respondent denies having violated any of plaintiff's constitutional rights. The before mentioned facts are true and correct to the best of my knowledge.

_____
James G. Jenkins

State of Alabama )

Barbour County )

Sworn to and subscribed before me this 12th day of August, 2005.

_____
Notary Public
My Commission Expires: 9-8-08