IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR.<br>AIS#187140<br><br>   Plaintiff,<br><br>vs.<br><br>SYLVESTER NETTLES, et.al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:05-CV-439-A<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Carolyn Longmire, who being duly sworn, deposes and presents the following affidavit.

My name is Carolyn Longmire and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer II. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., alleges that I violated his civil rights. I make this affidavit in the defense thereof.


DEFENDANT'S EXHIBIT
DD

Page 2
Affidavit – Carolyn Longmire

I have read the complaint that inmate Richard Wright, #187140 alleges that I violated his civil rights. I have no knowledge of violating inmate Wright's civil rights.

The before mentioned facts are true and correct to the best of my knowledge.

*Carolyn Longmire*
Carolyn Longmire

State of Alabama )

Barbour County  )

Sworn to and subscribed before me this __18th__ day of August, 2005.

*Reba J Currie*
Notary Public
My Commission Expires: 9-08-08