IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR. )
AIS#187140 )
 )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 2:05-CV-439-A
 )
SYLVESTER NETTLES, et.al. )
 )
    Defendants. )
 )

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear John S. Dowling, who being duly sworn, deposes and presents the following affidavit.

My name is John S. Dowling and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer Supervisor I. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., alleges that he talked with me about his history of threats he had received from inmate Jones.



DEFENDANT'S
EXHIBIT
E E

Page 2
Affidavit – John S. Dowling

The only information that I can remember concerning inmate Richard Wayne Wright is that he claimed an enemy at Ventress Correctional Facility. I escorted inmate Wright to Classification and no verification of the enemy could be found in his file.

Inmate Wright further alleges that I had him locked up in the segregation unit and placed a disciplinary infraction upon him.

Inmate Wright was placed in a holding cell per Standard Operating Procedures for inmate's refusing to comply with TB test procedures.

The before mentioned facts are true and correct to the best of my knowledge.

John S. Dowling COSI
John S. Dowling


State of Alabama )

Barbour County  )

Sworn to and subscribed before me this  9th  day of August, 2005.

Reba J Curtis
Notary Public
My Commission Expires: 9-8-08