IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR.<br>AIS#187140<br><br>　　Plaintiff,<br><br>vs.<br><br>SYLVESTER NETTLES, et.al.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:05-CV-439-A<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Marshall L. Monk, who being duly sworn, deposes and presents the following affidavit.

My name is Marshall L. Monk and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer Supervisor II. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., alleges that I violated his civil rights. I make this affidavit in the defense thereof.



DEFENDANT'S EXHIBIT FF

Page 2
Affidavit – Marshall L. Monk

I have not violated any of inmate Richard Wayne Wright, Sr., #187140 civil rights nor have I prescribed him any medications.

The before mentioned facts are true and correct to the best of my knowledge.

_____
Marshall L. Monk

State of Alabama )

Barbour County )

Sworn to and subscribed before me this ___9th___ day of August, 2005.

_____
Notary Public
My Commission Expires: 9-8-08