IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR. )
AIS#187140 )
 )
 )
    Plaintiff, )
 )
vs. )  CIVIL ACTION NO. 2:05-CV-439-A
 )
SYLVESTER NETTLES, et.al. )
 )
    Defendants. )
 )

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Mary R. Taylor, who being duly sworn, deposes and presents the following affidavit.

My name is Mary R. Taylor and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer Supervisor I. I have read the complaint in the above styled cause and note that inmate Richard Wayne Wright, Sr., alleges that I violated his civil rights. I make this affidavit in the defense thereof.



DEFENDANT'S EXHIBIT GG

Page 2
Affidavit – Mary R. Taylor

The plaintiff, Richard W. Wright, #187140, listed me as a defendant in his complaint that was delivered to me on August 7, 2005. In his narrative of his complaint, the plaintiff did not indicate how I violated any of his rights. In fact, I have not violated of his constitutional rights.

The before mentioned facts are true and correct to the best of my knowledge.

_____
Mary R. Taylor

State of Alabama )

Barbour County  )

Sworn to and subscribed before me this ___9th___ day of August, 2005.

_____
Notary Public
My Commission Expires: 9-8-08