IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.　　)
AIS#187140　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO. 2:05-CV-439-A
　　　　　　　　　　　　　　　　　　　　　)
SYLVESTER NETTLES, et.al.　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

## A F F I D A V I T

　　　Before me, the undersigned Notary Public, did personally appear Sharon

McSwain-Holland, who being duly sworn, deposes and presents the following

affidavit.

　　　My name is Sharon McSwain-Holland and I am an individual over the age of

twenty-one years.  I am employed with the State of Alabama Department of

Corrections at Ventress Correctional Facility, Clayton, Alabama.  I am employed

in this capacity as a Correctional Officer Supervisor I.  I have read the complaint

in the above styled cause and note that inmate Richard Wayne Wright, Sr.,



DEFENDANT'S EXHIBIT
HH

Page 2
Affidavit – Sharon McSwain-Holland

#187140, alleges that he was threatened with violence by me in the kitchen due to his written shaving profile.

I do not have any recollection of the alleged allegation made by inmate Richard Wayne Wright, #187140. I supervise the feeding of breakfast at Ventress Correctional Facility each morning. I monitor the appearance of inmates entering the dining hall to ensure their compliance with departmental and institutional grooming/hygiene policies. Inmates having medical profiles are inspected and acknowledged when in compliance. The inmate is therefore expected to be in compliance with the specifications of the profile. In the event that the inmate is not in compliance, he is directed to the infirmary for the medical staff to orientate or validate the profile as necessary. At no time have I, Sharon McSwain-Holland threatened violence of any nature toward Inmate Wright. I can't recall inmate Wright ever being a person of conflict regarding my performing my duties as a Correctional Officer Supervisor I here at Ventress Correctional Facility. I am very capable of providing professional, tactful, and assertive supervision of inmate Wright without the need for threats. Therefore, inmate Wright may be reassured that he is safe from any unwarranted action on my behalf or that under my supervision. Furthermore, I have no direct access to inmate Wright's medical records at any time. If there were changes made to inmate Wright's shaving profile it was done by that of a certified medical staff member.

The before mentioned facts are true and correct to the best of my knowledge.

Page 3
Affidavit – Sharon McSwain-Holland

_____
Sharon McSwain-Holland

State of Alabama )

Barbour County   )

Sworn to and subscribed before me this ____9th____ day of August, 2005.

_____
Notary Public
My Commission Expires: _9-8-08_