IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN, DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | * | |
| Plaintiff, Pro-Se., | * | |
| -VS- | * | CIVIL ACTION NO. 2:05-CV-439-A-WO |
| SYLVESTER NETTLES, ET.AL., | * | |
| DEFENDANTS. | * | |

### MOTION REQUESTING AN EXTENTION OF TIME TO RESPOND TO WILLIAM SEGREST SPECIAL REPORT AND SUPPLEMENTAL SPECIAL REPORT

COMES NOW, Richard Wayne Wright, Sr., Plaintiff, Pro-Se., before this Honorable Court on a motion for an extention of time. The Plaintiff Will respectfully show this Honorable Court as following:

1). Due to plaintiff indegency status the copies plaintiff need to submit to this Honorable Court are not able to be furnish at this such time. Plaintiff needs time to submit to this Honorable Court motion(s) reguesting order for defendants here at Ventress Correctional facility to supple plaintiff with copies of important documents to support his claims.

2). Plaintiff Wright has limited time on the type writer (one (1) hour average sessions) inmate population and his "slowness" in typing each character.

3). Plaintiff has an average of four (4) hours per day, Five (5) days a week except when the law library is over crowded which cause a lesser amount of time to plaintiff right access to Court (through such means).

From the above difficulties as described plaintiff Wright hopes this Honorable Court will grant this motion. Herefore, Plaintiff request an extention of Ten (10) days to ensure [he] can properly respond to defendant Segrest

special reports in the prescribe time.

YOUR GRANTABLE APPROVAL OF THIS MOTION WILL BE GREATLY APPRECIATED.

Done this the 8th day of November, 2005.

Respectfully Submitted,

*Richard W. Wright, Sr.*
Richard Wayne Wright Sr., #187140
Plaintiff, Pro-Se.

PLAINTIFF'S ADDRESS
RICHARD WAYNE WRIGHT SR.,#187140
VENTRESS CORRECTIONAL FACILITY
DORM 10/B BED 55/B
POST OFFICE BOX 767
CLAYTON, ALABAMA 35016

CERTIFICATE OF SERVICE

This is to certify that I am the Plaintiff in the above encaptioned motion and I have sent this motion to the clerk of this Court and the following defendant's counsel(s):

DAVID B. BLOCK
WILLIAM R. LUNSFORD
BALCH & BINGHAMLLP
POST OFFICE BOX 18668
HUNTSVILLE, ALABAMA 35804-8668

STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
ALABAMA BOARD PARDON AND PAROLES
POST OFFICE BOX 302405
MONTGOMERY, ALABAMA 36130

KIM T. THOMAS
GREGG M. BIGGS
ALABAMA DEPARTMENT OF CORRECTION
    LEGAL DIVISION
301 RIPLEY STREET
MONTGOMERY, ALABAMA 36130

by placing this motion in the United States mail box at Ventress Correctional Facility ( Ventress Legal Mail Box) for first class postage prepaid (to be furnish by D.O.C. officials at (V.C.F.)) and properly address this on the 8th day of November, 2005.

Respectfully Submitted,

*[signature: Richard W. Wright Sr.]*
_____
RICHARD WAYNE WRIGHT SR.,#187140
Plaintiff, Pro-Se.,


## NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF BARBOUR)

BEFORE ME, A NOTARY PUBLIC in and for said County, in said State, personally appeared Rischard Wayne Wright, Sr., Plaintiff, Pro-Se., whose name is signed to the foregoing motion. Who being first duly confirms, desposes on oath and says, that the information set fourth in the foregoing motion is true and correct to the best of [his] knowledge and belief.

*[signature: Richard W. Wright Sr.]*
_____
RICHARD WAYNE WRIGHT, SR.,#187140
Signature of Affiant

CONFIRMS TO AND SUBSCRIBED BEFORE ME ON THIS THE  8th  DAY OF  November , 2005.

*[signature: Carolyn R. Abercrombie]*
_____
NOTARY PUBLIC

My Commission Expires August 18, 2007
_____
MY COMMISSION EXPIRES

PAGE 3 OF 3