# Exhibit "H"
## Dorothy Stanford's Affidavit with Plaintiff's Medical Records

# A F F I D A V I T

STATE OF ALABAMA )
)
Barbour COUNTY )

   I, Dorothy Stanford, hereby certify and affirm that I am a Medical Records Clerk, at Ventress Correctional Facility; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one Richard Wright, AIS# 187140; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

   I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Ventress Correctional Facility and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

   This, I do hereby certify and affirm to on this the 29th day of August, 2005.

                              _____

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
29th Day of August, 2005.

_____
Notary Public
9-8-08
My Commission Expires

# PROBLEM LIST

Name: Wright, Richard
ID #: 187140
D.O.B. 8-15-67

Medication Allergies: Tylenol NKA (HIST) SB, MD

| Date Identified | Chronic (Long-Term) Problems<br>Roman Numerals for Medical/Surgical<br>Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 6 June 01 | Mental: Schizoaffective Disorder | | WSee |
| 7/19/01 | Will f/u 7/26/01 | | CO |
| | SMI | | |
| 3/26/04 | Tx team - Hx Code | | REEL |
| 6/20/05 | MH code HIST | | SB, MD |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

01/94


**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

I. HISTORY – (LPN or RN)    YES    NO    COMMENT(S)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | ~~✓~~ | 198  4-14-04 / ~~172~~  5-4-05 |
| | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | ~~✓~~ | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

Weight 176 1/4  Temp 97.8  Height 5'11"  Pulse 70  Resp 20  Blood Pressure 100/80
If greater than > 140/90, repeat in 1 hour.
Eye Exam: 20/70 OD  20/70 OS  20/70 OU        Refer to M.D. if remains > 140/90.

II. TESTING – (LPN or RN)    RESULTS
04-26-05 – refused
Tuberculin Skin Test (q yr)    Date given 6-24-05  Site (L) FA
                                Read on _____ Results _____ mm
Past Positive TB Skin Test  →  Survey Completed _____
(Chest x-ray if clinical symptoms)    Date _____ Results _____
RPR (q 3 yrs)    Date _____ Results _____
EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs)    12-3-04    184
Tetanus/Diptheria (q 10 yrs)    Last Given 5-20-96  Due 2006
   (if done today)    Site given ___  Dose ___  Lot # ___
Optometry Exam (@ 50 if not already seen)    NA
Mammogram    Date N/A  Results ___
   (females @ 40, q 2 yrs/other M.D. order)

III. PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)
Class (1) 2  3  4  5    Restrictions NONE
Heart                   RRL
Lungs                   Bilat. CTA, equal expansion
Breast Exam             Self-exam taught
Rectal (yearly after 45)    Results  NA
   with Hemoccult       Results  ___
Pelvic and PAP (q 1 yr)    Date  NA  Results ___

Facility Ventress  Nurse Signature H Castle LPN  Date 04-26-05
M.D. or Mid-Level Signature J Hay CRNP  Date 5/4/05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Wright, Richard | 187140 | 8/15/61 | B/M |

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTOCOPIED**

# HEALTH EVALUATION

**Wright, Richard**

Age 36  Sex M  Race B  Ht 5'11  Wt 198

| Temp | BP | Pulse | Resp |
|---|---|---|---|
| 98.8 | 157/98 | 76 | 18 |

Do you now or have you ever had, or been treated for:

| Problems | Y | N | Problems | Y | N |
|---|---|---|---|---|---|
| Head Trauma | | ✓ | Kidney Stones/Disease | | ✓ |
| Loss of Consciousness | | ✓ | Bladder/Kidney Infection | | ✓ |
| Severe Headaches | | ✓ | Alcoholism | ✓ | |
| Vertigo/Dizziness | | ✓ | Drug Abuse | ✓ | |
| Vision Problems | ✓ | | Tobacco Use | | ✓ |
| Hearing Problems | | ✓ | Psychiatric Hx | ✓ | |
| Dental Prob./ Dentures | | ✓ | Suicidal | | ✓ |
| Seizures | | ✓ | Communicable/Contagious | | |
| Strokes | | ✓ | Tuberculosis | | ✓ |
| Nervous Disorders | ✓ | | HIV/ AIDS | | ✓ |
| DT's | | ✓ | Hepatitis- Type | | ✓ |
| Heart Condition | | ✓ | Gonorrhea | | ✓ |
| Angina/Heart Attack | | ✓ | Syphilis | ✓ | |
| High B.P. | | ✓ | Lice; Crabs; Scabies | | ✓ |
| Anemia/Blood | | ✓ | OB/ GYN | | |
| Lung Condition | | ✓ | LMP Date: | | |
| Asthma | | ✓ | Duration: | | |
| Bronchitis | ✓ | ∅ | LMP Normal: N/A | | |
| Emphysema | | ✓ | Regularity: N/A | Y | N |
| Pneumonia | | ✓ | Gravida/Para: N/A | | |
| Diabetes | | ✓ | AB/Miscarriage: | | |
| Hay Fever/ Allergies | | ✓ | Contraception: | Y | N |
| Gastritis | | ✓ | Describe: | | |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab |
| Bleeding | | ✓ | RPR 7/21/99 | | |
| Gall Bladder/Pancreas | | ✓ | PPD- Date given: 4/15/04 | | |
| Liver Problems | | ✓ | RFA/LFA | | |
| Arthritis | | ✓ | Date read: 4/17/04 | | |
| Joint Muscle Problem | | ✓ | Results in mm.: 0 | | |
| Back/Neck Problem | | ✓ | Deferred/ Follow-up: | | |

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| Screening Observation | ☐ | Check items below & initial |
| General  Movement, Deformity, Pain, Bleeding | ✓ | |
| Habitus, Hygiene | | |
| Neuro  Mental Status, Intox Withdrawal, Tremors | ✓ | |
| Neuro-deficits | | |
| Skin  Injury, Bruises, Trauma Jaundice Diaphoretic, Rash Lesions, Infestations Needle Marks Color, Turgor | ✓ | |
| Head  Normocephalic Atraumatic Hair, Scalp | ✓ | |
| Eyes  Glasses/ Vision Pupils Sclera, Conjunctiva | ☐ | Glasses ne |
| Ears  Appearance Canals, TM's, Hearing | ✓ | |
| Nose  Epistaxsis, Sinuses | ✓ | |
| Throat  Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ✓ | |
| Neck  C Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | ✓ | |
| Chest  Config. Ausc./ Resp. Cough/ Sputum | ✓ | |
| (Breasts) Masses | ✓ | |
| Heart  Ausc. Rate, Rhythm Murmurs, Ectopy | ✓ | |
| Abdomen  Bowel Sounds Palp, G/R/T, Hernia | ✓ | |
| GU  Flank Tenderness Bladder Tenderness /Distention | ✓ | |
| Back  ROM, Spasm, Injury | ✓ | |
| Extrem  Edema, Pulse Cyanosis- ROM, Injury | ✓ | |
| Genitals  Injuries/ Lesions | ✓ | |
| Pelvic/ Pap    Deferred ☐ | | |
| Rectal/ Gulac  Deferred ☐ | | |

Duty Status # 1

**FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTOCOPIED**

Comments:

Placement:  ( ) General Population  ( ) Emergency Dept.  ( ) Isolation  ( ) Medical Observation  ( ) Other: _____
Referral:    ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Other _____  When: ( ) Immediately  ( ) Next Sick Call

M. Eubanks RN    4/14/04    [signature] 3/20/04  3P
Screener's Signature    Date/Time    Evaluator's Signature/Title    Date/Time

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, Alabama 36130-3017

# TB
## Skin Test Report

**County Code** 12    **Target Testing** ✓    **PROJECT** 0401    **CHR#** 187140

**Last Name** Wright

**First Name** Richard     MI

**Patient Home Address** Bullock

**City** Union Springs

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**State** AL    **Zip Code**    **Home Phone** - -

**SSN:** - -

**Date of Birth:** 08-15-1967    **SEX:** ✓ M   F

**Race:** W  B  AI  A  AN  H/PI  O — ✓ (B)

**ETHNICITY:** Hispanic or Latino: YES  ✓ NO

**Test Administered By:** ✓ TB Staff   PH Nurse   Other

**Site Test:** Health Department   ✓ Other   Other

**Reason Tested:**
- Health Care Worker
- Medical Risk
- Shelter
- Student
- Occupational
- Foreign Born
- Homeless
- ✓ Jail/Prison
- Not at Risk

**Contact to Case/Suspect:** YES   NO

**Risk Categories:** A   ✓ B   C

### PPD ONE:
Provider#:    Lot#:
**Date of Test** 03-11-2004    **Antigen** ✓ AP   TU
Provider#:
**Date Read** 05-14-2004    **Result** 00 mm   Not Read

### PPD TWO:
Provider#:    Lot#:
**Date of Test** 07-27-2004    **Antigen** ✓ AP   TU
Provider#:
**Date Read** 07-30-2004    **Result** 00 mm   Not Read

Race codes: W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002

4739494381



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _____

**FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED**

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _[signature]_ RN          DATE: 3/4/05

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Richard W Wright Jr._          DATE: 4 MAr 05

EXPIRATION DATE: 4-15-05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187141 | 8/15/67 | B m | VCF |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

# VENTRESS CORRECTIONAL FACILITY

# VERIFICATION OF ACESS TO HEALTHCARE

THIS IS TO CERTIFY THAT I HAVE RECEIVED VERBAL AND WRITTEN ACESS TO HEALTH CARE INSTRUCTIONS, TO INCLUDE ORAL HYGIENE INSTRUCTIONS. I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS AND TO HAVE MY QUESTIONS ANSWERED.

_Richard W. Wright Jr._
SIGNATURE

_187140_
AIS NUMBER

_[signature] RN_
WITNESS

_3-14-05_
DATE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: __Wright, Richard__   BCDC#: __187140__

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

__Richd W Wright__    **FOR PROFESSIONAL USE ONLY**
Patient's Signature   **CONFIDENTIAL RECORD**
                      __31 MAY 05__
                      Date

__W. E. Shirley, D.D.S.__    __5-31-05__
Dentist's Signature           Date

PHS MD-70090

## Lee County Detention Center Medical Department
P.O. Box 2407
Opelika, Al. 36801
(334) 749-7141

NAME: Wright, Richard             R/S: B/M   DOB: 08-15-67
ALIAS/AKA: _____                SSN: 083585792
ALLERGIES: NKDA
MEDICAL SUMMARY: ↑ B/P, Hx Suicide Attempt, Muscle spasms, Neck/shoulders,

CURRENT MEDICATIONS: Wellbutrin 100mg q AM + noon, Tenormin 25 qd Rx 1

I.B. DATE: 11-14-95   RESULTS: Ø        TREATMENT: _____   DATE: _____
G.C. DATE: N/A        RESULTS: N/A      TREATMENT: _____   DATE: _____
VDRL DATE: 11-14-95   RESULTS: NR       TREATMENT: _____   DATE: _____

SPECIAL MEDICAL HANDLING: N/A
SPECIAL HOUSING INFORMATION: N/A

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

SPECIAL DIET: N/A
OTHER PERTINENT INFORMATION: HIV 11-14-95 NR

IF YOU DESIRE COMPLETE MEDICAL RECORDS, PLEASE SEND ORIGINAL SIGNED RELEASED/AUTHORIZ/

DATE: 5/17/96

Nurse, Lee County Detention Center Medical

# DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

**RECEIVED: Inmate/Health Record**
Institution: JCF
Date: 3/4/05  Time: 715 AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

**RECEIVING MEDICAL STATUS**
- [x] Population
- [ ] Infirmary
- [ ] Isolation

**RELEASED: Inmate/Health Record**
Institution: Bullock
Date: 3-4-05  Time: 1030 AM/PM
RELEASE FROM:
- [ ] Infirmary   [ ] Segregation
- [x] Population  [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [x] DOC   [ ] Infirmary   [ ] Mental Health
- [ ] _____
Institution/Work Release Center/Free-World Hospital

**ALLERGIES:** NKA

**PHYSICAL EXAMINATION**
Date of last exam: _____
Chest X-Ray Date: _____ Result: _____
PPD Reading: 4/15/04  Ø
Classification: _____
Limitations: _____

**LAB RESULTS -- LAST REPORT**
| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 12/04 | ✓ | |
| Urinalysis | UA | | |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ✓ | |
| Dental Prosthesis | | ✓ |
| Hearing Aide | | ✓ |
| Other Prosthesis | | ✓ |

Signature of Receiving Nurse: [signature] Jelio RN

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**
no med

**CURRENT MEDICATION -- DOSAGE AND FREQUENCY**
not on med

| | Sent w/inmate | Not sent w/inmate |
|---|---|---|
| MEDICATIONS | | ✓ |
| X-RAY FILM | | ✓ |
| HEALTH RECORD | | ✓ |

Released to: _____
Date: _____ Time: _____ AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | | |
| X-RAY FILM | | |
| HEALTH RECORD | | |
| CHART REVIEWED | | |

Received by: _____
Signature of Receiving Nurse: _____
Date: _____ Time: _____ AM/PM

**SCHEDULE FOR CHRONIC CARE CLINIC**
DATE: 3/4/05   LAST CLINIC: N/A

*[Stamp: FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTO COPIED]*

**FOLLOW-UP CARE NEEDED**
- [ ] Medical
- [ ] Dental
- [x] Mental Health

Date: _____ Time: _____ With Whom -- Location (Sending Nurse): _____   Date/Appt. Made w/Whom (Rec. Nurse): _____

**HISTORY (SENDING NURSE from health record documentation)**
| | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | ✓ | |
| Suicide Attempt | | ✓ |
| Chronic Care | | ✓ |

**STATUS**
| | Yes | No |
|---|---|---|
| Special Diet | | ✓ |
| Appearance | ✓ | |

OTHER PERTINENT NURSING ASSESSMENT: _____

**NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)**

SKIN:
| | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | |

CONDITION:
| | Yes | No |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | |
| Depressed | | |

**INTAKE**
- Sick Call Procedures Explained ✓
- Height: 5'11"
- Weight: 172
- Blood Pressure: 138/80
- Temperature: 98.6
- Pulse Resp.: 80-18
- Other: _____

Signature of Nurse Completing Assessment (Sending Nurse): [signature]   Date: 3/4/05
Signature of Intake Screening Nurse (Receiving Nurse): [signature] Jelio RN   Date: 3/4/05

**INMATE NAME (LAST, FIRST, MIDDLE):** Wright Richard
**DOC#:** 187140   **DOB:** 8-15-67   **Race/Sex:** B/M   **FAC.:** Bcc

N610

**ALABAMA DEPARTMENT OF CORRECTIONS**

*RECEIVING SCREENING FORM*

Inmate's Name: Wright, Richard   Date: 3/4/05   Time: 1:15 PM

DOB: 8/15/67   Officer: ABruce   Institution: VCF

| | *Receiving Officer's Visual Opinion* | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | Yes | No |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. | Have you ever attempted suicide? (If YES, When? _____ How? _____) | | ✓ |
| 16. | Do you want to do any harm to yourself now? | | ✓ |

CONFIDENTIAL RECORD — USE ONLY — NOT TO BE PHOTOCOPIED