|     |                                                         | Yes | No | No Response |
|-----|---------------------------------------------------------|-----|----|-------------|
| 17. | Do you want to talk to a mental health counselor?       | ✓   |    |             |
| 18. | Are you allergic to any medication?                     | ✓   |    |             |
| 19. | Have you recently fainted or had a head injury?         | ✓   | 11/04 |          |
| 20. | Do you have epilepsy?                                   |     | ✓  |             |
| 21. | Do you have a history of tuberculosis?                  |     | ✓  |             |
| 22. | Do you have diabetes?                                   |     | ✓  |             |
| 23. | Do you have hepatitis?                                  |     | ✓  |             |
| 24. | Do you have a painful dental problem?                   |     | ✓  |             |
| 25. | Do you have any medical problem we should know about?   |     | ✓  |             |
| 26. | Do you have a past alcohol or drug history?             | ✓   |    |             |

What type? _____ How much use? _large_

For how long? _9 yrs_ Last time used? _1993_

Comments: (Unusual behavior, etc.)

_____

_____

*For the Officer:*

27. Was the new inmate briefed on sick/dental call procedures?   X

28. This inmate was:  a. Released for normal processing    ✓

                      b. Referred to appropriate health care unit

                      c. Immediately sent to health care unit

_A. Brown_
Officer's Signature

**Note:** This form is completed on inter and intra system transfers at receiving and will be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_Richard W Wright 187140_
Inmate's Signature



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

__Susie Oliver__                                     __(Aunt)__
**Name**                                             **Relationship**

__223 Vero Court__                                   __(334) 749-1742__
**Street Address**                                   **Phone Number**

__Opelika__                         __AL__           __36801__
**City**                            **State**        **Zip Code**

__Richard W. Wright__  __187140__   __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__  __4-26-05__
**Inmate Signature**   **AIS#**     **SS#**          **Date**

__C. Hunter, LPN__                                   __4-26-05__
**Witness**                                          **Date**

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8/15/67 | Bm | VCF |



# DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

Name: Suzie Oliver
Relationship: Aunt
Street Address: 223 Vero Ct.
Phone Number: (334) 749-1749
City: Opelika
State: Al
Zip Code: 36801
Inmate Signature: X Richard W. Wright
Doc#: #187140
S.S.#:
Date:
Witness: M. Eubanks RN
Date:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8/15/67 | BM | Bullock |



# SPECIAL NEEDS COMMUNICATION FORM

PC 3A-3P
x90d
(7.21 → 10.21.05)

Date: 7.21.05

To: DOC

From: HCU

Inmate Name: Wright, Richard   ID#: 187140

The following action is recommended for medical reasons:

1. House in ~~~~~~~~~
2. Medical Isolation ~~~~~~~
3. Work restrictions ÷ pr arch support insoles x 6 mo. (7.21 → 7.21.06)
4. May have extra ~~~~~ until ~~~~~
5. Other OK for Master Lock x ÷ yr (7.21.05 → 7.21.06)

Comments:

**CONFIDENTIAL RECORD** — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTOCOPIED

Date: 7.21.05   MD Signature: Hoyd, CRNP / Heath, MW   Time: 1140

60418

Richard W Wright, Sr.

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Wright, Richard_
                                 LAST               FIRST        MI

DATE OF BIRTH _8-15-67_     AIS# _187140_

**Housing Recommendations:**

    General Population _____
    Medical Observation Unit _____
    Lower Level/Lower Bunk _____
    Suicide Precautions _____
    Special Watch (15 Minute Checks) _____
    Isolation _____
    Initiate Universal Precautions _____

_To HCU 7/21 Thur. @ 8 AM for apt. w/ MS Floyd._

**Individual found to be:**

    Frail/Elderly _____
    Physically Handicapped _____
    Developmentally Disabled _____
    Drug/Alcohol Withdrawal _____
    Special Mental Health Needs _____
    Expressed Suicidal Ideation _____
    History of Seizures _____
    Other _____
    Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _[signature]_    Date _7-18-05_

_Richard W. Wright Sr. #187140_

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) __Wright, Richard__
LAST                FIRST              MI

DATE OF BIRTH __8-5-67__   SS# __187140__

**Housing Recommendations:**

General Population _✗_
Medical Observation Unit _✗_
Lower Level/Lower Bunk _✗_
Suicide Precautions _✗_
Special Watch (15 Minute Checks) _✗_
Isolation _✗_
Initiate Universal Precautions _✗_

Benzoyl $H_2O_2$ topical to affected area daily × 30 days 5-16 to 6-16-05 (KOP)

**Individual found to be:**

Frail/Elderly _✗_
Physically Handicapped _✗_
Developmentally Disabled _✗_
Drug/Alcohol Withdrawal _✗_
Special Mental Health Needs _✗_
Expressed Suicidal Ideation _✗_
History of Seizures _✗_
Other _✗_
Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _[signature]_   Date __5-16-05__
_Richard W Wright_

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  Wright, Richard  187140
                                   LAST             FIRST        MI

DATE OF BIRTH  8/5/67         SS#  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

**Housing Recommendations:**

~~General Population~~ ____
~~Medical Observation Unit~~ ____
~~Lower Level/Lower Bunk~~ ____
~~Suicide Precautions~~ ____
~~Special Watch (15 Minute Checks)~~ ____
~~Isolation~~ ____
~~Initiate Universal Precautions~~ ____

Benzoyl peroxide 10% everyday X one month) 3/23/05 — 4/22/05 KOP

Pill call time is 3A/3P as needed X one month) 3/23/05 — 4/22/05

**Individual found to be:**

~~Frail/Elderly~~ ____
~~Physically Handicapped~~ ____
~~Developmentally Disabled~~ ____
~~Drug/Alcohol Withdrawal~~ ____
~~Special Mental Health Needs~~ ____
~~Expressed Suicidal Ideation~~ ____
~~History of Seizures~~ ____
~~Other~~ ____
Specify _____

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Nurse  G Johnson LPN            Date  3/23/05

Rich'd W. Wright 187140

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit



# SPECIAL NEEDS COMMUNICATION FORM

Date: 2/ /05

To: Inmate

From: Medical

Inmate Name: Wright, Richard   ID#: 187140

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments: Benzoyl Peroxide x20 days. Expired 3/17/05

Date: 2/1/05   MD Signature: Dr Siddiq   Time: 2100

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 1/25/05

To: Inmate

From: Bullock Correctional (HCU)

Inmate Name: WRIGHT, Richard   ID#: 187140

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments: Apply antifungal cream to affected area(s) x 20 days. Expires 2/15/05 - Keep on Person

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Date: 1/25/05   MD Signature: Dr Siddiq   Time: 0930

60418

**PHS** PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 11/24/04

To: Inmate

From: Bullock Correctional Facil

Inmate Name: Wright, Richard          ID#: 187140

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED*

Comments:
① Apply Triamcinolone cream to affected area(s) x 20 days. Exp: 12/14/04 - Keep on Person

② Apply antifungal cream to affected area(s) x 10 days. Exp 12/14/04 - Keep on Person

Date: 11/14/04   MD Signature: Dr. Siddiq /CDees   Time: 1300

60418