

# SPECIAL NEEDS COMMUNICATION FORM

Date: 11/18/04

To: Doc

From: BCCF HCU

Inmate Name: Wright, Richard   ID#: 187140

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments:
Antifungal cr. to affected area x 20 days
KOP expires 12/08/04

Date: 11/18/04   MD Signature: Dr. Siddiq /M Rives   Time: 0100

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 11/16/04

To: Doc

From: Hcu

Inmate Name: Wright, Richard    ID#: 187140

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

Comments:

① Benzoyl Peroxide to affected area x 30 days due to razor bumps KOP 12/06/04

② Antifungal cr to affected area x 30 day KOP due to itch of pins 12/06/04

Date: 11/16/04   MD Signature: Dr. Siddiq / M Rivers   Time: 0300

60418

## DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 5/5/05    ORIGINATING INSTITUTION/WORK RELEASE CENTER: Ventress

REASON FOR PROFILE: Rash

TREATMENT: Shave to 1/8" in shaded area

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 5/5/06.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ___/___/___
☒ Inmate 5/5/05

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

NURSE'S SIGNATURE: M Benefield Jr (Distributed By)
PHYSICIAN'S SIGNATURE: Dr. Rayapati (Authorization)

FULL NAME (Last, First, Middle): Wright, Richard
Date-of-Birth: 8-15-67
Age:
R/S: B/M
AIS #: 187140

ORIGINAL - Blue Medical Jacket    Richard W Wright Sr    PINK - Warden
YELLOW - Inmate

F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 03/02/05   ORIGINATING INSTITUTION/WORK RELEASE CENTER: Bullock

REASON FOR PROFILE: Razor Bumps

TREATMENT: Shaving profile x 60 days

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on ____/____/____ .
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____ DATE
☐ Inmate ____/____/____ DATE

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

NURSE'S SIGNATURE: V Smith, LPN
(Distributed By)

PHYSICIAN'S SIGNATURE: Dr. Siddiq
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Wright, Richard | 8/15/67 | | BM | 187140 |

ORIGINAL - Blue Medical Jacket           PINK - Warden
YELLOW - Inmate

F-13

# DEPARTMENT OF CORRECTIO[NS]
## SHAVE PROFILE AUTHORIZATION

DATE: 3/02/05   ORIGINATING INSTITUTION/WORK RELEASE CENTER: Bullock

REASON FOR PROFILE: Razor Bumps

TREATMENT: Shaving Profile X 60 days

Benzoyl Peroxide X 20 days. RTP 3/19/05

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on ___/___/___.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

☐ Warden ___/___/___
☐ Inmate ___/___/___

Physician: Richard W. Wright

NURSE'S SIGNATURE (Distributed By)   PHYSICIAN'S SIGNATURE (Authorization)

FULL NAME (Last, First, Middle): Wright, Richard
Date-of-Birth: 8/15/67
R/S: Bm
AIS #: 187140

ORIGINAL - Blue Medical Jacket          PINK - Warden
YELLOW - Inmate

F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 3/02/05   ORIGINATING INSTITUTION/WORK RELEASE CENTER: Ventress

REASON FOR PROFILE: Razor Bumps

TREATMENT: Shaving profile x 60 days
Benzoyl Peroxide x 20 days  exp. 3/19/05
No mustache. No side burns.

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 6/2/05.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ___/___/___   DATE
☐ Inmate ___/___/___   DATE

NURSE'S SIGNATURE (Distributed By): J. Deal

PHYSICIAN'S SIGNATURE (Authorization): Richard W. Wright

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Wright, Richard | 8-15-67 | | B/M | 187140 |

ORIGINAL - Blue Medical Jacket   PINK - Warden
YELLOW - Inmate

F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 11/18/04   ORIGINATING INSTITUTION/WORK RELEASE CENTER _____

REASON FOR PROFILE: Bumps from Razor

TREATMENT: Shaving Profile X 60 days

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 01/18/05.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
              DATE

☐ Inmate ____/____/____
              DATE

Mary Zuess RN
NURSE'S SIGNATURE
(Distributed By)

Dr. Siddiq / M Rineish
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Wright, Richard | 8-15-67 | | | 187140 |

ORIGINAL - Blue Medical Jacket          PINK - Warden
YELLOW - Inmate

F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 11/19/20   ORIGINATING INSTITUTION/WORK RELEASE CENTER: Bullock

REASON FOR PROFILE: Razor Bumps

TREATMENT: Shaving profile x 60 days

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 1/19/04.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ___/___/___  DATE
☐ Inmate ___/___/___  DATE

M. Jackson LPN
NURSE'S SIGNATURE
(Distributed By)

Dr Siddiq /M. Jackson
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Wright, Richard | 8-15-67 | | B/M | 187140 |

ORIGINAL - Blue Medical Jacket        PINK - Warden
YELLOW - Inmate

F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 11/16/04    ORIGINATING INSTITUTION/WORK RELEASE CENTER _____

REASON FOR PROFILE: Bumps from Razor

TREATMENT: Shaving Profile x 60 days

### SHAVE PROFILE INSTRUCTIONS

1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 01/16/05.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ___/___/___ DATE
☐ Inmate ___/___/___ DATE

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

NURSE'S SIGNATURE (Distributed By): M. Rnew

PHYSICIAN'S SIGNATURE (Authorization): Dr. Siddiq / M. Rnew

FULL NAME (Last, First, Middle): Wright, Richard
Date-of-Birth: 11/16/67
AIS #: 187140

ORIGINAL - Blue Medical Jacket    PINK - Warden
YELLOW - Inmate

F-13

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Richard Wright_   AIS#: _BM/187140_
Institution: _BCCF_   Date of Disciplinary Report: _Nov. 3, 2004_
_#31 Assault on Another Inmate_
Is the inmate currently on the mental health caseload?   Yes  (No)
   If Yes, referred for mental health evaluation/consultation on: _November 8, 2004_
_Mental Health Outpatient_

HEARING OFFICER:
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*   *Does the inmate know what date it is?*   *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*   *Is inmate able to speak coherently?*   *Does the inmate avoid eye contact?*
*Does the inmate make sense?*   *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?   Yes   No
   — — If Yes, referred for mental health evaluation/consultation on: _____

MENTAL HEALTH STAFF:
Date request for consult received: _11-9-04_   Date consult returned: _11-9-04_

Is the inmate competent to participate in the hearing?   (Yes)   No
   If NO, why is the inmate not competent?

   If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes  (No)
   If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?   Yes  (No)
   If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes  (No)
Mental Health Staff Member: _Mike Haynes_   Phone Contact: _132_

DISCIPLINARY HEARING:
Does the inmate appear to be competent to participate in the hearing?   Yes   No
Have the mental health recommendations been considered?   Yes   No

Hearing Officer: _____   Date: _____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 — December 11, 2001

S was reviewed in the MH staff meeting and interviewed by me in the seg. unit. His thinking was clear. He was oriented in all spheres. He was able to explain his side of the incident. He can go to disciplinary court.
   Mike Haynes MH
File: Mrs. Perry   Log: MHM

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: Wright, Richard   AIS# 187146   Date of Referral: 11-3-04

REASON FOR REFERRAL:

- ☐ CRISIS INTERVENTION   (11-3-04)   Non compliance - off meds
  - ☐ Family problem: Picking fights
  - ☒ Problems with other inmates: ~~G/F~~
  - ☐ Recent stress:
  - ☐ Other:

- ☐ EVALUATION OF MENTAL STATUS
  - ☐ Suicidal           ☐ Anxious          ☐ Physical complaints
  - ☐ Homicidal         ☐ Depressed       ☐ Sleep disturbance
  - ☐ Mutilative         ☐ Withdrawn       ☐ Hallucinations/delusions
  - ☒ Hostile, angry    ☐ Poor hygiene    ☐ Suspicious
  - ☐ Other inappropriate behavior:

  hx SMI

- ☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

- ☒ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER
  Non Compliant

- ☐ OTHER:

COMMENTS:

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Referred by: E. Meulema, RN   Phone Contact #: #119
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

See in S[eg] 11/03/04 See blue note mw

Follow-Up by: _____   Date: _____

| Inmate Name: Wright, Richard | AIS # |