# PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: WRIGHT, RICHARD      AIS #: 187140      R/S: B/M

Date: 5 / 22 / 96      DOB: 8 / 15 / 67      AGE: 28

Beta II: 96      WAIS: __/__/__      WRAT-RL: 7.2      Last School Grade Completed: 12

MMPI Welsh Code: 4+8765'3920-1;      Megargee Type: F-L/K;

### General Appearance
___ a. Neat and generally appropriate       ___ c. Flat or avoiding interaction
___ b. Poorly groomed                        ___ d. Sad or worried
_X_ e. Other   (N&P)  EYES OFF (FNTER)

I. **Interpersonal Functioning**
   ___ a. Normal-good relationships likely    ___ d. Lacks skill or confidence
   ___ b. Withdrawn / apparent loner          ___ e. Probably difficult to get along with
   ___ c. Likely to ignore rights / needs     *Other (Specify) ___ 1. ___ 2.
   ___ 3. ___ 4. _X_ 5. ___ 6. (See Copy)

II. **Personality**
   ___ a. Healthy              _X_ d. Explosive
   ___ b. Antisocial           ___ e. Dependent
   ___ c. Paranoid             ___ f. Passive-Aggressive
   Other (Specify): ___ 1. Schizoid ___ 2. Schizotypal ___ 3. Histrionic ___ 4. Narcissistic
   ___ 5. Borderline ___ 6. Avoidant ___ 7. Compulsive ___ 8. Atypical/mixed
   ___ 9. See Copy (Write in your wording)

III. **Substance Abuse**
   _X_ a. Alcohol addiction / abuse history   ADMITTED TO EXCESSIVE USE W/ ONSET OF MARITAL PROBLEMS IN 1993.
   ___ b. Drug addiction / abuse history

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records         *See manual for selections and numbers for "other"

_____ c. Current use _____

_____ d. Current addiction _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____

IV. Emotional Status

_____ a. No significant problems

_____ b. Depressed _____ *Rosalin*

_____ c. Anxious or stressful _____

_____ d. Angry or resentful _____

_____ e. Confusion or psychotic symptoms _____ *None*

_____ f. Mood disturbances _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_____ g. Sexual maladjustment _____

✗ h. Paranoid (ideation) _____ *(ACTIVE)*

_____ i. Sleep / appetite disorder _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. ✗ 6. _____ 7. _____ 8.
✗ 9. (See Copy) _____ *rule out psychosis*

V. Mental Deficiency

_____ a. Mild                                    _____ d. Borderline

_____ b. Moderate                                _____ e. Organic impairment
                                                         suspected

_____ c. Severe                                  _____ f. Memory deficit

Remarks: _____

*See manual for selections and numbers for "*other"

Psychological Interview / Data Entry Form
Page Three

VI. Management Problems    Ideation _____ None _____

_____ a. Suicide potential    Plans _____ None _____

History of attempts / gestures _____

_____ b. Serious mental history (specify) _____

_____ c. Impulsive / acting-out behaviors predicted _____

_____ d. Authority conflict _____

_____ e. Manipulative / untrustworthy _____

_____ f. Easily victimized _____

_____ g. Escape potential _____           **FOR PROFESSIONAL USE ONLY**
                                          **CONFIDENTIAL RECORD**
                                          **NOT TO BE PHOTO COPIED**

_____ h. Assaultiveness _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.(See Copy)
Burg I w/ Victim Injury (Assault)

VII. Educational Needs

_____ a. ABE        _____ b. Special Education        _____ c. Trade School        _____ d. Jr. College

VIII. Mental Health Needs                                    Date referred Month _____ Year _____

_____ A. Refer to psychiatric service    _____ C. Depression            _____ K. Personal Development

_____ B. Substance abuse counseling     _____ E. Sexual adjustment

_____ D. Stress management              _X_ G. Anger induced acting out

_X_ F. Reality therapy                  _____ I. Self-concept enhancement

_____ H. Values clarification           _____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____ Med. Custody d/ Acc. _____

_____                    _____
         Signature                                          Date

*See manual (pages 23-25) for selections for "other" Give number and wording of selection.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

"MMPI-2" is a registered trademark of the University of Minnesota.

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

**CONFIDENTIAL RECORD**
**FOR PROFESSIONAL USE ONLY**
**NOT TO BE PHOTOCOPIED**

------------------------------

Prepared for: DEPARTMENT OF CORRECTIONS on 05/21/96

File Name        : 187140
Education        :                      Date of Birth   : 08/15/67
Sex              : Male                 Marital Status  :
Client           : WRIGHT, RICHARD      Age             : 28

--- CLIENT INFORMATION ---

and PAR Staff
Robert C. Brown, Jr., Ph.D.
Roger L. Greene, Ph.D.

developed by

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### PSYCHIATRIC PROGRESS NOTES

**DATE:** 6/20/05 **TIME:**

**Target Symptoms** | **Behavioral Rating Scale 0=No problem 5=worst** | **Today vs Before**
---|---|---
No target sx's at this time. | | N/A

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Medications:** He is not on any medicines (psychotropics)
**Compliance:** Inmate report ___ % vs MAR ___ %
**Informed Consent:** ✓

**S** "I have no mental illness. The last time I even took any mental health medicine was some four years ago. I feel fine. I have no problems. I don't know why I am even seeing mental health for." Reports ∅ sx's of mood, anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else.

**Side effects:**

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ sx's of psychosis, ∅ SI, ∅ HI — Denies of |
| Serious Depression | ✓ | | ∅ sx's of anxiety, ∅ HA, ∅ paranoia any suicide |
| Self-Injurious Thoughts | ✓ | | Denies or depression noted. attempts in |
| Suicidal intent | ✓ | | Denies past |
| Aggressive | ✓ | | None noted at present time. |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Re: being referred to mental health. |

**Lab info:** None from mental health. **Labs Ordered:** **Labs Reviewed:** **AIMS:**

**ASSESSMENT/Diagnosis (DSM-IV)**
None / No psychiatric Dx at this time.

**PLAN:** Im clinically stable. Exhibits ∅ sx's or signs of mental illness at this time. Has not been on any psychotropic meds. since 2001. Doing well clinically. Will see him on PRN basis at this time. Will keep mental health code as HIST at present time.

**Return to clinic:** RTC PRN **Print Last Name:** DR. BANERJEE **Sign:** Banerjee, M.D.

**Patient's Name:** Wright, Richard **AIS#** 187140 **Age:** **R/S:** B/M **Code:** HIST **Institution:** Ventress

**Disposition:** Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

Discussed Tx plan c Im. He understands and agrees c Tx plan. continue care, RTC PRN at this time.

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 5/31/05 | | S- Im denies any MH concerns/complaints. Im reports he has refused TB shots b/c he believed they "had sores all over my body and now my bones crack all the time.... none of this happened until I started having too many TB shots." Im denies SI/HI. O- Oriented x3 w/ speech + thought WNL. No current overt sx. of psychosis. Appropriate affect. Im tends to try and focus on complaints about officers and "due process." He is very concerned w/ his rights. A- Im has agreed to take TB shot. ~~more~~ No change to current code recommendation P- Refer to Mr Jenkins for monitoring | Morris [illegible] PhD |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, RICHARD | 187140 | | B/M | VCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 12/1/4 | | S: "I feel stressed!" O: Inmate discussed recent problems he's had c security and related stress. MHP + Im reviewed deep muscle relaxation + deep breathing to relieve stress. Inmate also discussed problems related to security + MHP referred him back to ADOC as MHP has no influence regarding security issues. A: Stable, clear, articulate P: MHP to refer to ADOC Psych staff as inmate is coded history | B. Fell, MS |
| 01/03/05 seen in 2nd rounds | | (S) Denies any MH needs/concerns (O) Polite, appropriate (A) Ø MH needs (P) Pt advised of availability of MH services on PRN | M Wyer, CRNP |
| 12/27/04 | | No major difficulty reported. No major signs disordered observed. He is coded "History." He will be monitored by the DOC Mental health team. | J Jones/M Haynes |

**CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTO COPIED**

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | Prison F |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3/26/04 | | TX team. Seen for initial code — Hx Code — [illegible] downhill — | Dr. EEC |
| 6/21/04 | | Note: Outpatient Review, S reported that he is making a good adjustment to BCF. At the time of the interview, he was not psychotic, anxious or depressed. His mental health code is history. He will continue to be monitored every ninety days. | L. Perry / Mike Haynes |
| 11/08/04 | | (Seen a/t MH referral from medical nurse — Pt in seg unit) <br> S) Pt denies any MH concerns at this time. Off meds @ 20 months. Admits to prn c anger. ØSI ØHI <br> O) Polite, calm <br> A) hx code <br> P) Continue to monitor in seg — offered MH services if needed | MW Lynch |
| 11/23/04 | | Mental Health Disciplinary File | L. Perry / Mike Haynes |
| 11/30/04 | 1040 | S) Denies any MH concerns. Requests seen in seg, phone call etc. <br> O) Polite, compliant A) stbl <br> P) cn't wk | MW Jefferson |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | BM | BCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| | | Inmate reports he wants to go to Staton to be closer to family. At present he taking classes in chapel + english class. MNP will speak w/ Mrs Seals about the above. Later, I spoke with Mrs. Seals about the above. She pulled his card he had requested to go to Bibb or Easterling. But now he want to go to Staton, classification will put in for transfer doing his review in Sept. O- polite, coherent, oriented to place + time. A- appear stable P- continue to monitor. Monthly contact. | Burns-Jett MS MNP |
| 15 Apr 04 | | Treatment Coordinator Notes — Rec request from inmate regarding MN hold. Explain to him the above and inform him if nothing happen to send me another request to follow T. | Burns-Jett MS-MNP |
| 16 Apr 04 | 2:56 | Treatment Coordinator Notes — Outpt MNP forward this inmate name to treatment team to address MN hold. Monday 19 Apr 04 they will meet. | Burns-Jett MS-MNP |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/m | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| June 29th | | Sign-off<br>No meds x months<br>△MS = 0<br>Nvrm MHtrmt | [signature]<br>FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTOCOPIED |
| 8/18/03 | | S: Pt comes to discuss angry feelings toward D/e Purswell re incident which he considers unfair. & requests methods & choices as to how to deal w/them.<br>O: Coherent - Bothered but not overly intense. No paranoid flavor now masochistic & angry<br>A: Impulse control disorder<br>P: No meds - refused - leave door open | [signature] Jeff |
| 12 Apr 04 | 1:40 | Treatment Coordinator Notes:<br>A- MHP rec request slip hand delivered to me by Capt. Nettles. Inmate is concerned about a MH hold. Inmate has not been on medication since 2003. Inmate reported that his classification stated he can't to have MH hold. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

F-61