ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

Institution: Draper  ☐ RTU  ☑ SU   Date/Time of Admission: _____
Inmate Name: Wright, Richard   AIS#: 187140   DOB: 8-15-67

### Vital Signs
BP 100/76   P 62   R 18   HT 5'11½"   WT 175   Allergies: NKA

### Past Medical History
☐ Diabetes   ☐ Heart Disease   ☑ Kidney Disease   ☐ Hypertension   ☐ Cancer   ☐ TB
☐ Seizures   ☐ Peptic Ulcer   ☐ Back Problems   ☐ Liver Disease   ☐ Stroke
☐ COPD   ☐ Congenital D/O   ☐ Peripheral Vascular Disease   ☐ Other____

### Assistive Devices
☐ Walker   ☐ Crutches   ☐ Cane   ☐ Wheelchair   ☐ Artificial Limb(s)
☑ Glasses   ☐ Hearing Aid   ☐ Partial Dentures   ☐ Upper Dentures   ☐ Lower Dentures
☐ Other:

Major Illnesses / Accidents / Surgeries / etc.
None

Current Medical Problems:

Current Medications / Dosages:
None

Medication Compliance:   ☐ 100%   ☐ 50% to 90%   ☐ 10% to 40%   ☐ 0%
Sleep Pattern: ☐ Insomnia  ☑ Difficulty Falling Asleep  ☐ Difficulty Waking Up  ☐ Other:____
Tobacco/Amount: No   Caffeine/Amount: _____
Hygiene: ☑ Good  ☐ Fair  ☐ Poor   Showers ___ times a week
Appetite: ☑ Good  ☐ Fair  ☐ Poor  ☐ Appears Adequately Nourished  ☐ Deficit____
History of Failure to Eat / Hunger Strikes: ☑ No  ☐ Yes  Last Episode (explain)____

### PSYCHIATRIC HISTORY
Symptoms of First Psychiatric Event / Age of Onset:
None

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:
Sent here for evaluation & Non Compliant c̄ Meds.

Side-Effects Experienced / Causative Medications:
None

History of Aggression / Acting Out Behavior:   ☐ Yes   ☑ No
Last Episode (explain):

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Page 1 of 2

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

### Educational Assessment

Highest Grade Completed: __12__  ☐ Regular Classes  ☒ Special Education
☐ Able to Read   ☐ Able to Write   ☒ Able to Communicate   ☐ Able to Understand Current Diagnosis
☐ Unable to Read ☐ Unable to Write ☐ Unable to Communicate ☐ Unable to Understand Current Diagnosis

### Mental Status

**Age:** 33   ☒ Appears Stated Age   ☐ Appears Younger   ☐ Appears Older

**Dress/Grooming:** ☒ Appropriate   ☐ Marginal   ☐ Disheveled   ☐ Bizarre

**Posture:** ☒ Unremarkable   ☐ Rigid   ☐ Stooped

**Facial:** ☒ Unremarkable   ☐ Hostile   ☐ Worried   ☐ Tearful   ☐ Sad

**Eyes:** ☒ Unremarkable   ☐ Glances Furtively   ☐ Stares   ☐ Poor Eye Contact

**Motor Activity:** ☐ Increased   ☐ Decreased   ☐ Gait Unsteady   ☐ Gait Rigid   ☐ Gait Slow
☐ Agitation   ☐ Tremors   ☐ Tics

**General Attitude/Behavior:** ☒ Spontaneous   ☐ Preoccupied   ☐ Suspicious   ☐ Argumentative
☐ Self-Destructive   ☐ Withdrawn   ☐ Regressed   ☐ Seductive   ☐ Hostile

**Mood / Affect:** ☐ Flat   ☐ Depressed   ☐ Euphoric   ☐ Apathetic   ☐ Fearful   ☐ Labile
☐ Blunt   ☐ Inappropriate   ☐ Constricted

**Speech / Communication:** ☒ Normal   ☐ Aphasia   ☐ Slurred   ☐ Rapid   ☐ Mute
☐ Flight of Ideas   ☐ Confabulation   ☐ Muttering   ☐ Tangential   ☐ Loose Associations   ☒ Over Productive

**Thought Content:** ☒ Suicidal Thoughts/Plans   ☐ Homicidal Thoughts/Plan   ☐ Antisocial Attitudes
☐ Phobias ☐ Indecisiveness ☐ Self-Derogatory ☐ Excessive Religion ☐ Bizarre ☐ Self-Pity
☐ Assaultive Ideas ☐ Hypochondriasis ☐ Alienation ☐ Obsessive ☐ Blames Others ☐ Suspiciousness
☐ Helplessness ☐ Inadequacy ☐ Poverty of Content ☐ Ideas of Guilt ☐ No Deficit Identified

**Abstract Thinking:** ☒ Unimpaired   ☐ Concrete

**Delusions:** ☒ None   ☐ Persecution   ☐ Systematized   ☐ Somatic   ☐ Other _____

**Hallucinations:** ☒ None   ☐ Auditory   ☐ Visual   ☐ Olfactory   ☐ Tactile

**Memory:** ☒ Grossly Intact   ☐ Inability to Concentrate   ☐ Poor Recent Memory   ☐ Poor Remote Memory

**Insight / Judgment:** ☒ Unimpaired   ☐ Poor Judgment   ☐ Poor Insight

☐ Does not know reason for transfer to RTU/SU   ☐ Unmotivated for Treatment

Assessment Completed by: _H. Delaware, LPN_   Date: _6-6-01_

☐ ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Wright, Richard   I.D. #: 18714   Institution: K.C.F.

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/8/01 | | S - "Hi" <br> A&Ox3 Clear, cooperative. Accepts po + inj meds w/o resistance. Tolerates passes to southward c̄ no problems or risks noted at this time. <br> A - Alteration in mental status R/T Dx <br> P - Continue to monitor | |
| 6-21-01 | 0300 | S - No c/o discomfort <br> O - A+Ox3 - resting quietly in bunk c̄ eyes closed - resp. regular with ease <br> A - alt level of comfort R/T mental illness <br> P - will cont to monitor | W Solomon |
| 6/8/01 | | S - "Thank ya" <br> A&Ox3 Accepts p.o. meds well. Clean appearance. Appetite excellent. Continue passes to southward. Tolerated well. <br> A - Alteration in mental status R/T Dx <br> P - Continue to monitor | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Wright, Richard     I.D. #: 187140     Institution: KCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/8/01 | 0300 | Cont. | P - Cont. to monitor et document changes | W. Salomon, L. |
| 6/8/01 | 1900 | S - Thank you | |
| | | O - Alert, Responsive, Resp reg & @ ease, cooperative | |
| | | A - Alter comfort R/T mental status | |
| | | P - Cont to monitor | R. McPhee |
| 6-9-01 | 0300 | S - No c/o discomfort | |
| | | O - A+O x3 - Resting quietly on bunk c eyes closed - Respirations Regular with ease - no acute distress noted | |
| | | A - alt level of comfort R/T mental status | |
| | | P - Cont. to monitor | W. Salomon, L. |
| 6/9/01 | 13:00 | S - no c/o's voiced | |
| | | O - A&O x3, resting quietly, Resp @ ease, no acute distress noted | |
| | | A - Alteration in comfort R/T mental status | |
| | | P - Continue to assess | C. Tatum |
| 6-9-01 | 2-10 | S - no c/o's voiced | |
| | | O - A&O x3 Resting quietly in cell, no acute distress noted, Resp @ ease & Regular | |
| | | A - Alt level of comfort R/T mental status | |
| | | P - Continue to monitor | C. Tatum |
| 6-10-01 | 0300 | S - No c/o discomfort | |
| | | O - A+O x3 - Resting on bed with eyes closed - Resp reg. & ease | |
| | | A - alt level of comfort R/T mental illness | |
| | | P - Cont to monitor | W. Salomon |

FORM #7113 8/94

| ATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/10/01 6-2 | | S - no c/o's voiced<br>O - A&Ox3, Resting quietly, Resp ease, no acute distress noted<br>A - Alt in comfort R/T mental illness<br>P - Continue to monitor | C. T. [illegible] |
| 6/12/01 | 2130 | S+O - Alert, responsive, resp reg w/ ease. No c/o voiced. Med & meds accepted. Cooperative. Resting quietly in single cell in MHU.<br>A - Altered comfort R/T mental health status.<br>P - Cont to monitor. | R. M[illegible] |
| 6-13-01 | 0200 | S - No c/o discomfort<br>O - A&Ox3. Resting on bed with eyes closed. Resp regular with ease.<br>A - Alt level of comfort R/T mental status<br>P - Cont to monitor | A. Salamanca |

CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTOCOPIED

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Client Name: Wright, Richard       I.D. # 187140       Institution: DCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3/7/00 | 6ʰA | P – Shave profile x 2 wks per Dr. Warren. | [signature] |
| 4/5/00 | | S: Referral for evaluation of facial dermatitis. h/o pseudofolliculitis barbae. | |
| | | O: VSS Afebrile | |
| | | exam – pustules and papules noted along jawline | |
| | | A: Acute folliculitis | |
| | | P: tetracycline 250 mg BID | |
| | | Benzoyl peroxide 5% | |
| | | shaving profile x 2 weeks — [signature] John Warren MD | |

*[Stamp: FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTOCOPIED]*

FORM #7113 9/04

Patient Name: Wright Richard   I.D. #: 187140   Institution: DCC

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/29/99 | | To DCC/SHU medical records. No meds UOI IofT | L. Luk |
| 6/5/00 | | For evaluation of facial dermatitis | [illegible] |
| | WT 190 | 130/82   76   [?] | |
| 06/03/01 | 10:10 A | Spoke c̄ Dr. Bell. Stated that since inmate was not going to harm self or anyone else, DOC would take proper steps to redirect him. Sign him up to see him on 06/06/01. Spoke c̄ Sgt. Hartho~~rown~~ ~~Harthorne~~ Harthorne. Stated that inmate was placed in SEG for security reasons. | D. Austin Lw |
| 7/01 | 11:40p | O. p.c. from C.O.I. Franks @ DCC seg stating inmate in #24 cell was washing down walls, yelling, masturbating, washing self out of toilet, had thrown clothes out of cell, pouring water over self. No attempts or threats to hurt self or anyone, no c/o hearing voices. See ↑ notes | N Wirth [illegible] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

FORM #7113 8/94

Wright, Richard   187140   KCF

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/19/01 | 0134 | S - no c/o's or discomforts voiced<br>O - Resting quietly, Resp @ ease & regular, no acute distress noted<br>A - Alteration in comfort R/T mental status<br>P - Continue to monitor ——— C. Turner LPN | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Wright, Richard  I.D. #: 187140  Institution: DCC/NKA

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/4/96 | | Rec'd to Draper Med Records Vol 1 of 1   No Meds | J Murchison |
| 6/5/96 | | Staton Health Care Unit | |
| 6/30/98 | | Transferred to Bullock, CF — Volume 1 of 1 — no meds sent | AB |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

FORM #7113 8/94

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _____  I.D. # _____  Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |