## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Ventress_
**INSTITUTION**

Wright, Richard          187140
**NAME**                 **NUMBER**    **R/S**

Lay-in for _____ days from _____ to
                            (date)

_____ due to _____
      (date)

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

**Instructions:** Report to Health Care Unit on 5-31-05 at 7:00 Am for dental Appointment

*Failure to follow the directions above may result in a disciplinary.*

5/19/05                  R. Thompkins DA.
**Date Issued**          **Signature**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

### RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, __Wright, Richard   # 187140__
   (Print Name)                           (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
( ) Eyeglasses
( ) Dentures
( ) Prothesis        describe _____
( ) Wheelchair
( ) Cane
( ) Crutches
(✓) Other            describe __Insoles x2 for 6 months__
                              __8/18/05 - 2/18/06__

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

I acknowledge that the equipment/appliance is functional for my use.
I also acknowledge the equipment/appliance is in good working condition.

X __Richard V Wright__                    __8/19/05__
   (Inmate)                                (Date)

__T. Stanlyn__                             __8-19-05__
   (Witness)                                (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 5/15/67 | BM | VCF |

PHS-MD-70005           (White – Medical File, Yellow – Security Property Officer)



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, __Wright, Richard__                    AIS # __187140__
   (Print Name)                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
(X) Eyeglasses
( ) Dentures
( ) Prothesis    describe _____
( ) Wheelchair
( ) Cane
( ) Crutches
( ) Other        describe _____

*FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTOCOPIED*

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

__Richard W. Wright  187140__          __7-30-05__
(Inmate)                                 (Date)

__G Johnson LPN__                        __7.30.05__
(Witness)                                (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8/15/67 | B/M | VCF |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Wright, Richard # 187140_
   (Print Name)                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
( ) Eyeglasses
( ) Dentures
( ) Prothesis       describe  *- Benzoyl Peroxide - Apply once daily x 30 days  6/7/05 - 7/7/05
( ) Wheelchair
( ) Cane
( ) Crutches
(✓) Other           describe _____

I acknowledge that the equipment/appliance is functional for my use.
I also acknowledge the equipment/appliance is in good working condition.

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

_____        _____
(Inmate)                       (Date)

_____        _____
(Witness)                      (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8/15/61 | BM | VCF |

PHS-MD-70005      (White – Medical File, Yellow – Security Property Officer)

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE

I, _Richard Wright 187140_ acknowledge receipt of the
(Inmate's Name, AIS #)
following medical equipment/appliance.

- (✓) Eyeglasses
- ( ) Dentures
- ( ) Prosthesis    (please specify) _____
- ( ) Wheelchair
- ( ) Other    (please specify) _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Richard W Wright_                          _187140  13 Oct 96_
(Inmate's Signature)                         (Date)

_Linda C Cooker_                             _10-13-96_
(Witness' Signature)                         (Date)

Distribution:

Original - Blue Medical Jacket
Yellow - Kilby Medical Supply

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

F-42



**PRISON HEALTH SERVICES INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: Wright, Richard # 187140

Date of Birth: 8/15/87        Social Security No.: _____

Date: 6/29/05        Time: 7:30 pm        **P.M.**

This is to certify that I, Richard Wright, currently in
(Print Inmate's Name)

custody at the V.C.F.,
(Print Facility's Name)

am refusing to accept the following treatment/recommendations: No Show for Sick Call.
(Specify in Detail)

*[Stamp: FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTOCOPIED]*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X Refused to Sign        _A. Williams_
(Signature of Inmate)**        (Signature of Medical Person)

_T. Stalls, LPN_        _Jafio RN_
(Witness)        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

**PHS** — PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| | |
|---|---|
| ADMISSION DATE: 4/26/05 | TIME: 745 AM |
| ORIGINATING FACILITY: Ventress | ☐ SIR ☐ PDL ☐ ESCAPEE |
| | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
| ALLERGIES: NKDA   Wt 176.25 | CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
| VITAL SIGNS: TEMP 97.8 ORAL | RESP. 20   PULSE 70   B/P 100/80   RECHECK IF SYSTOLIC <100> 50 ___ |

**NATURE OF INJURY OR ILLNESS**

S - DOC Body Chart

**PHYSICAL EXAMINATION**

O - Awake et alert x 3. Ambulatory c̄ steady gait. Resp. even et unlabored. Skin warm et dry to touch. No abrasions, bruises or lacerations noted to upper or lower extremities, chest, abd. or back area

A - DOC Body Chart

P - Release to DOC

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE: 4/26/05 | TIME: 750 AM | RELEASE / TRANSFERRED TO: ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE: C. Hunter, LPN | DATE: 4/26/05 | PHYSICIAN'S SIGNATURE | DATE   CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE): Wright, Richard | DOC# 187140 | DOB 8/15/67 | R/S B/M | FAC. VCF |

PHS-MD 70007   (White - Record Copy, Yellow - Pharmacy Copy)

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

O₂ sat - 97%

| ADMISSION DATE | TIME | ORIGINATING FACILITY VCF | |
|---|---|---|---|
| 03/17/05 | 8:45 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES: Tylenol, PPD       WT - 176#

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96.8 ORAL   RESP. 20   PULSE 52   B/P 130/90   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S- "I need body chart b/c I'm getting put in lock up"

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |

**PHYSICAL EXAMINATION**

D- B/m ambulated to HCU c̄ DOC officer s̄ difficulty. A/O x3. Resp. c̄ ease/unlabored. NAD noted. Noted ∅ cuts, bruises, edema, redness to ↑↓ extremities. Denies any c/o pain or discomfort.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY

P- Release to DOC in satisfactory condition

A- DOC Body Chart
**DIAGNOSIS**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**INSTRUCTIONS TO PATIENT**
Sick call procedure explained

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 03/17/05 | 8:55 AM | ☒ DOC ☐ AMBULANCE | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: A. Alvice, LPN   DATE: 3/17/05
PHYSICIAN'S SIGNATURE:    DATE:    CONSULTATION:

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8/15/67 | B/m | VCF |