**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 11/18/04 | 11:40 AM | Bullock | ☐ SICK CALL  ☐ EMERGENCY | |
| | | ☐ SIR  ☐ PDL  ☐ ESCAPEE | ☐ OUTPATIENT | |

**ALLERGIES:** N/A

**CONDITION ON ADMISSION:** ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98° (ORAL) RESP. 18  PULSE 86  B/P 130/80  RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S - Body chart for MHM.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |

**PHYSICAL EXAMINATION**

O - Blk Male Ambulatory to HCU escorted by Lt. Cunningham c̄ hand hand cuffed behind back. Small spot of redness noted around neck, no problems c̄ SOB present, no broken areas noted at this time. Inmate in no acute distress.

A - Body chart for MHM + Doc

*(Stamp: FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED)*

**ORDERS / MEDICATIONS / IV FLUIDS**

P- Released to MH placed in cell #2 on Suicide Watch per Dr Sonders.

| | TIME | BY |
|---|---|---|

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:** See Above

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 11/18/04 | 12:45 PM | ☑ DOC  ☐ AMBULANCE | ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: Martha Jackson  DATE  PHYSICIAN'S SIGNATURE: [signed] 11/19/04  CONSULTATION

**INMATE NAME (LAST, FIRST, MIDDLE):** Winfield, Corey  **DOC#** 180239  **DOB** 10-8-56  **R/S** B/M  **FAC.** Bullock

PHS-MD-70007  (White – Record Copy, Yellow – Pharmacy Copy)

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 11/6/04 | 9:58 AM | Bullock  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |

ALLERGIES: NKA

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98° (ORAL) RECTAL    RESP. 18    PULSE 74    B/P 112/80    RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S- I cut my hand on the inside of the commode

ABRASION ///  CONTUSION #  BURN xx/xx  FRACTURE Z/Z  LACERATION / ___ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- B/M Male ambulatory to HCU escorted by Sgt. Davis & officer Paxton. Inmate is alert and oriented x3. Resps regular and even. Skin w/ abrasion to R thumb and back of R hand.

A- Alteration in Skin integrity

**ORDERS / MEDICATIONS / IV FLUIDS**

P- Cleaned c H2O, TAO & bandaid applied.

FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTOCOPIED

DIAGNOSIS:

INSTRUCTIONS TO PATIENT:

DISCHARGE DATE 11/6/04   TIME 10:04 AM   RELEASE / TRANSFERRED TO: ☒ DOC ☐ AMBULANCE

CONDITION ON DISCHARGE: ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE: Martha Jackson

PHYSICIAN'S SIGNATURE: ___   DATE: ___   CONSULTATION: ___

INMATE NAME (LAST, FIRST, MIDDLE): Wright, Richard

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 187140 | 8-15-67 | B/M | Bullock |

PHS-MD-76007    (White – Record Copy, Yellow – Pharmacy Copy)

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY BCC | | SICK CALL ☑ EMERGENCY |
|---|---|---|---|---|
| 11/3/04 | 2220 PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ OUTPATIENT |

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 100.9 ORAL/RECTAL  RESP. 20  PULSE 120  B/P 144/94  RECHECK IF SYSTOLIC <100> 50  148/98

**NATURE OF INJURY OR ILLNESS**

S: "I was fighting. I got a few bumps and bruises, nothing great"

O: Hemostoma frontal of cranial
① 3cm ② 2.5 cm skin intact @ frontal of crania
③ scratch 5 inches ④ 3.5 ⑤ 2 inches
⑥ 2½ Broken skin 4 inches on below it on back. Rt foot ~~~ 2cm healed (old area)

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |

Notebook small hematoma
frontal of crania
PROFILE RIGHT OR LEFT
scratches
scratch
RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A: Body Chart per DOC

P: Release to DOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Consider following through c̄ mental health referral.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 11/3/04 | 2230 PM | ☑ DOC ☐ AMBULENCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| T. Neuleman, RN | 11/3/04 | [signature] 11/4/04 | | |

**INMATE NAME (LAST, FIRST, MIDDLE)** Wright, Richard

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 187140 | 8/15/67 | B/M | BCC |

PHS-MD-70007                     (White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES INCORPORATED**

# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | |

*CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTO COPIED*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8-15-67 | BM | VCF |

PHS-MD-70049     **Complete Both Sides Before Using Another Sheet**



## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6-24-05 / 0745 | I/m to HCU per DOC Seg. Officer, given 0.1cc ID TB skin test (L) FA. info. sheet on site care/reading date given. States understanding of all. —L Castle, LPN |
| 6-25-05 | 0 BM w/o on 3+6 rounds this evening. C/o headache. P. Instructed to sign up for sick call. —A. Mayben L |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_BCF_
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright    SERIAL NO: BB7140   CELL: 19 T
VIOLATION #3
OR REASON: Assault on another Inmate   ADMITTANCE AUTHORIZED BY: Lt. Balers
DATE & TIME RECEIVED: 11/3/05 @ 10:40 P.M.    DATE & TIME RELEASED: _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/05 Mon. | MORN | N | | | N | N | Lindsey | N | Ø meds | M. Fitzpatrick CO |
| | DAY | Y | | | N | Refused | Slone | N | Ø meds | Hall, CO1 |
| | EVE | Y | | Y | N | N | Bibb | N | Ø meds | J. Johnson, CO1 |
| 2/22/05 | MORN | Y | | | N | N | Morgan | N | Ø meds | B. Holmes CO1 |
| | DAY | Y | Y | | Y | N | Slone | Y | Ø res | Hall, CO1 |
| | EVE | Y | | Y | Y | N | Tigler | N | Ø meds | C. Otwell, CO1 |
| 2/23/05 Wed | MORN | Y | | | N | N | Morgan | N | Ø meds | B. Holmes CO1 |
| | DAY | Y | Y | | N | N | Slone | N | Ø res | Hall, CO1 |
| | EVE | | | Y | Y | N | Tigler | N | Ø meds | J. Johnson, CO1 |
| 2/24/05 Thur. | MORN | Y | | | N | N | Lindsey | N | Ø meds | M. Fitzpatrick CO |
| | DAY | | Y | | N | Refused | Slone | N | Ø res | Hall, CO |
| | EVE | | | Y | Y | N | Scott | N | Ø meds | Pennington CO1 |
| 2/25/05 Fri. | MORN | N | | | N | N | Morgan | N | Ø meds | H. Johnson, CO1 |
| | DAY | | Y | | Y | Refused | Knill | N | to med | Hall, CO1 |
| | EVE | | | Y | N | N | Bibb | N | Ø meds | C. Otwell, CO1 |
| 2/26/05 Sat | MORN | N | | | N | N | Morgan | N | Meds given | C. Young CO |
| | DAY | | Y | | N | Refused | Cowart | N | Meds given | Hall, CO1 |
| | EVE | Y | | Y | Y | N | Cow | N | Meds given | Lynn CO1 |
| 2/27/05 Sun | MORN | N | | | N | N | Morgan | N | Meds given | E. Williams, CO |
| | DAY | | Y | | Y | N | Knill | N | no'd meds | Hall, CO |
| | EVE | | | Y | Y | N | Tigler | N | no'd meds | Lynn, CO1 |

Pertinent Info:  i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH:  Shower - Yes (Y); No (N); Refused (R)
Exercise:  Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
Medical:  Physician will sign each time the inmate is seen.
Psych:  Psychological Counselor will sign each time the inmate is seen.
Comments:  i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature;  OIC must sign all record sheets each shift.

FOR INSTITUTIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL: # 19 T
VIOLATION OR REASON: 3) Assault On Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 P.M.  DATE & TIME RELEASED: ___
PERTINENT INFORMATION: ___

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-14-05 MON | MORN | Y | | | N | N | Glaser | N | Ø meds | H. Johnson, COI |
| | DAY | | Y | | N | controlled | Kyler | N | Medina | C. Parker, CO |
| | EVE | | | Y | N | N | RPL | N | Served | Pennington COI |
| 2-15-05 TUE | MORN | Y | | | N | N | Kluer | N | Ø meds | B. Helms, COI |
| | DAY | | Y | | N | Y | other | N | Refused med | Hall, CO |
| | EVE | | | Y | Y | N | Kyler | N | ref'd med | Simmons co |
| 2-16-05 WED | MORN | Y | | | N | N | Kluer | N | Ø meds | C. Young COI |
| | DAY | | N | | Y | Y | Brown | N | refus | Hall, CO |
| | EVE | | | Y | NO | NO | Brown | NO | meds given | A Scott / D. Rai, COI |
| -05 THUR | MORN | Y | | | N | N | Kluer | N | Ø meds | M. Kirkpatrick cet |
| | DAY | | Y | | N | N | Water | N | Received | Hall, CO |
| | EVE | | | Y | Y | N | Kyler | N | Ø meds | J. Johnson, CO |
| 2-18-05 FRI | MORN | Y | | | N | N | Kluer | N | Ø meds | H. Johnson, COI |
| | DAY | | Y | | N | N | other | N | Received | Hall, CO |
| | EVE | | | Y | Y | N | Kyler | RAY | refus meds | J. Johnson, COI |
| 2-19-05 SAT | MORN | N | | | N | N | Glaser | N | Ø meds | C. Young COI |
| | DAY | | Y | | N | N | Duty | N | Refused | Hall, CO |
| | EVE | | | Y | Y | N | Kyler | N | refus meds | Hyatt, CO |
| 2-21-05 SUN | MORN | N | | | N | N | Crumley | N | Ø meds | H. Johnson, COI |
| | DAY | | Y | | N | N | MD | N | no sugar | D. Harris, CO I |
| | EVE | | | Y | Y | NO | Pook | N | Refused | D. Rai, CO I |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTO COPIED

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright
AIS NO: B187128   CELL #: 197
VIOLATION OR REASON: 31 Assault on Another Inmate
ADMITTANCE AUTHORIZED BY: Lt. Baker
DATE & TIME RECEIVED: 11-3-04 @ 10:20 pm
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/7/05 MON | MORN | Y | | | N | N | L. Anderson | N | O meds | A. Johnson, COI |
| | DAY | | Y | | N | Y | Knox | N | & med | B. Hall, COI |
| | EVE | | | Y | N | N | Tigler | N | O meds | Briggs, COI |
| 8/05 TUE | MORN | Y | | | N | N | L. Anderson | N | O meds | M. Fitzpatrick, COI |
| | DAY | | Y | | N | Y | V. Shade | N | d m y | Hall, COI |
| | EVE | | | Y | Y | N | Tigler | N | Rec'd meds | C. Clark, COI |
| 9/05 WED | MORN | Y | | | N | N | L. Anderson | N | O meds | M. Fitzpatrick, COI |
| | DAY | | Y | | N | N | Knox | N | meds gave | S. Smart, COI |
| | EVE | | | Y | Y | N | Tigler | N | Rec'd med | Brown, COI |
| 10/05 THU | MORN | Y | | | N | N | McNeal | N | O meds | A. Johnson, COI |
| | DAY | | Y | | Y | N | Dupree | N | Rec'd med | Hill, COI |
| | EVE | | | Y | Y | N | Bailey | N | Rec'd meds | Lynn, COI |
| 11/05 FRI | MORN | Y | | Y | N | McNeal | N | n | O meds | M. Fitzpatrick, COI |
| | DAY | | Y | | N | Cancelled | Knox | N | meds gave | S. Smart, COI |
| | EVE | | | Y | Y | N | Tigler | N | Rec'd med | Lynn, COI |
| 12/05 SAT | MORN | N | | | N | N | McNeal | N | O meds | C. Young, COI |
| | DAY | | Y | | N | Y | Crawthon | N | Refused meds | Bell, COI |
| | EVE | | | Y | Y | N | M. Jackson | N | Rec'd med | Lynn, COI |
| 13/05 | MORN | N | | | N | N | Green | N | O meds | E. Williams, COI |
| | DAY | | Y | | N | N | 11:00-12:00 Knox | N | meds gave | S. Smart, COI |
| | EVE | | | Y | A | N | Bigler | N | Rec'd med | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY   CONFIDENTIAL RECORD   NOT TO BE PHOTOCOPIED

N912