Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

**INMATE NAME:** Richard Wright  **AIS NO:** B187148  **CELL:** 19T

**VIOLATION OR REASON:** 31 Assault on Another Inmate

**ADMITTANCE AUTHORIZED BY:** T. Dobbs

**DATE & TIME RECEIVED:** 21-3-04 @ 10:00 pm

**DATE & TIME RELEASED:**

**PERTINENT INFORMATION:**

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|---------------|-------------|-----------|---------------|
| 1/31/05 MON | MORN | Y | N | N | N | N | Alver | N | Refused Meds | R. Ellis, COI |
|  | DAY |  | N |  | N | N | Kim | N | Refused | Hall, CO |
|  | EVE |  |  | Y | N | N | Clegg | N | Ref. Tylenol | Bogen COI |
| 2/1/05 TUE | MORN | Y |  | N | N | N | Alver | N | Meds given | M. Fitzpatrick COI |
|  | DAY | Y | Y | Y | N | R | Watson | N | Rehab | G. Dean CO |
|  | EVE |  |  | Y | Y | N | Clegg | N | O meds | C. Hostel COI |
| 2/2/05 WED | MORN | Y |  |  | Y | N | Alver | N | Meds given | M. Fitzpatrick COI |
|  | DAY |  | Y |  | N | N | Dubn | Sensbaard | O meds | Mock CO |
|  | EVE |  |  | Y | N |  | Igl | N | Ref. med | Adams CO |
| 2/3/05 THUR | MORN | Y |  |  | N | N | Alver | N | Meds given | H. Johnson, COI |
|  | DAY |  | Y |  | N | N | Johns | N | Refusing | Hall, CO |
|  | EVE |  |  | Y | N | N | Battle | N | Took meds | Lynn, COI |
| 2/4/05 FRI | MORN | Y |  |  | N | N | Alver | N | Meds given | H. Johnson, COI |
|  | DAY |  | Y |  | N | N | Kim | N | O meds | Hall, CO |
|  | EVE |  |  | Y | N | N | Taylor | P. Malley | Ref. med | Adams CO |
| 2/5/05 SAT | MORN | N |  |  | N | N | Alver | N | Meds given | E. Williams, COI |
|  | DAY |  | Y |  | N | N | Brown | N | O med | Hall, CO |
|  | EVE |  |  | Y | N | N |  | N | N/M | Bogen CO |
| 2/6/05 SUN | MORN | N |  |  | N | N | Lindsey | N | O med | G. Long COI |
|  | DAY |  | Y |  | N | N |  | N | O med | Hall, CO |
|  | EVE |  |  | Y | N | N | Battle | N | Ref. Meds | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B187140  CELL: #15T
VIOLATION OR REASON: 31 Assault on Another Inmate   ADMITTANCE AUTHORIZED BY: _____
DATE & TIME RECEIVED: 11-3-04 @ 10:40    DATE & TIME RELEASED: _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/5 MON | MORN | Y | | | N | N | L. Anderson | N | ⊘ meds | H. Johnson, COI |
| | DAY | | Y | | N | Requested | Kn cell | | ⊘ meal | R. Maldin COI |
| | EVE | | | Y | N | N | O. Robby | N | Refused meds | T. Biggin, COI |
| 1/25 TUE | MORN | Y | N | N | N | N | M. Kver | N | Breakfast/lunch yes / meds | COI R. Ellis |
| | DAY | | Y | | N | Refused | Both | N | | R. Maldin COI |
| | EVE | | | Y | Y | N | N | N | Refused meds | Grimes COI |
| 1/26 WED | MORN | Y | | Y | N | N | M. Kver | N | Meds given | B. Holm, COI |
| | DAY | | Y | | N | N | | N | Meds | S. Smart, COI |
| | EVE | | | Y | N | N | Chapter | N | Refused meds | T. Biggin, COI |
| 1/27 THUR | MORN | Y | | | N | N | M. Kver | N | Meds given | H. Johnson, COI |
| | DAY | | N | | | | Yes law | | meds given | J. Cole |
| | EVE | | | Y | Y | N | Robby | N | Refused | T. Johnson, COI |
| 1/28 FRI | MORN | Y | | | N | N | M. Kver | N | Meds given | M. Patrick CO |
| | DAY | | Y | | N | Cancelled | | N | Meal given | F. Parry |
| | EVE | | | Y | N | N | M. Kng | N | Refused | Ryan, COI |
| 1/29 SAT | MORN | N | | | N | N | Gloria | N | Meds given | C. Young COI |
| | DAY | N | Y | | N | N | Kn | N | Refused | D. Brown |
| | EVE | | | Y | N | N | M. Kng | N | Refused | Ryan COI |
| 1/30 SUN | MORN | N | | | N | N | M. Kver | N | Refused | B. Holm, COI |
| | DAY | | Y | | N | Refused | | N | Refused | Holt, CO1 |
| | EVE | | | Y | B | N | S. Stayed | N | Refused | T. Biggin, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: 318714O  CELL: #151
VIOLATION OR REASON: #31 Assault on Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Butlers
DATE & TIME RECEIVED: 11/3/04 @ 10:40p  DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/17 MON | MORN | N | | | N | N | Player | N | 0 meds | H. Johnson, COI |
| | DAY | Y | | | N | N | Know | N | 6 meds | Hall, COI |
| | EVE | | | Y | N | N | J. Ifla | N | 0 meds | Brogan, COI |
| 1/18 TUE | MORN | Y | | | n | n | m.jab | n | 0 meds | M. Fitzpatrick, COI |
| | DAY | Y | N | | N | N | Ath | N | 0 med | C. Akers, COI |
| | EVE | | | Y | N | N | Bobby | N | 0 meds | Brown, COI |
| 1/19 WED | MORN | Y | | | n | n | N.Koen | n | 0 meds | M. Fitzpatrick, COI |
| | DAY | Y | N | | N | R | Slo | N | 1 dns | S. Earhart, COI |
| | EVE | | | Y | N | N | J.Ifla | N | 0 meds | Brogan, COI |
| 1/20 THUR | MORN | Y | N | X | N | N | m.Jab | n | 0 meds | M. Fitzpatrick, COI |
| | DAY | | | | N | Refused | W/vs | N | Ref | Adams |
| | EVE | | | Y | Y | N | Roberts | n | 0 meds | Lina, COI |
| 1/21 FRI | MORN | Y | | | n | n | M. Jab | n | 0 meds | M. Fitzpatrick, COI |
| | DAY | | N | | N | N | Know | | 6 meal | Hall, COI |
| | EVE | | | Y | Y | N | P.Roo | Y | 0 meds | C. Burns, COI |
| 1/22 SAT | MORN | N | | | N | N | L. Anders | N | 0 meds | O. Young, COI |
| | DAY | Y | | | N | N | Ath | | 0 mia | Hall, COI |
| | EVE | | | | | | Eubanks | N | Ref. med | Brogan, COI |
| 1/23 SUN | MORN | N | | | N | N | Chrislyp | N | 0 meds | H. Johnson, COI |
| | DAY | Y | | | N | N | Ath | N | 0 dns | Hall, COI |
| | EVE | | | Y | R | N | J. Roberts | N | 0 meds | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

**INMATE NAME:** Richard Wright  **AIS NO:** B/187140  **CELL:** # 15 T
**VIOLATION #3 OR REASON:** Assault On Another Inmate  **ADMITTANCE AUTHORIZED BY:** Lt. Babers
**DATE & TIME RECEIVED:** 11/3/04  10:40 P.M.  **DATE & TIME RELEASED:**
**PERTINENT INFORMATION:**

FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/10 | MORN | Y | | | N | N | L. Anderson | N | Ø meds | D. Johnson, COI |
|  | DAY | N | N | | N | N | | | Ø meds | Morris, COI |
|  | EVE | | | Y | N | N | Roby | N | Ø meds | Badger, COI |
| MON | | | | | | | | | | |
| 1/11 | MORN | Y | | | N | N | Glaser | N | Ø meds | B. Holmes, COI |
|  | DAY | | N | | N | Refused | VSD | | | Ronaldo, COI |
|  | EVE | | | Y | Y | N | Roby | N | Ø meds | C. Jones, COI |
| TUE | | | | | | | | | | |
| 1/12 | MORN | Y | | | N | N | Glaser | N | Ø meds | C. Young, COI |
|  | DAY | Y | N | | N | R | Kugler | N | Ø meds | D. Henry, COI |
|  | EVE | | | Y | ND | ND | Roby | ND | Ø meds | D. Davis, COI |
| WED | | | | | | | | | | |
| 1/13 | MORN | Y | | | N | N | Kluver | N | Ø meds | W. Fitzpatrick, CO |
|  | DAY | | N | | N | N | Kugler | N | Refused | Smith, CO |
|  | EVE | | | Y | Y | N | Kugler | N | Ø meds | Thomas, COI |
| THUR | | | | | | | | | | |
| 1/14 | MORN | Y | | | N | N | Kluver | N | Ø meds | D. Johnson, COI |
|  | DAY | | N | | N | N | K-medline | N | Ø meds | Hall, COI |
|  | EVE | | | Y | N | N | D. Albertino | N | Ø meds | |
| FRI | | | | | | | | | | |
| 1/15 | MORN | N | | | N | N | Kluver | N | Ø meds | E. Williams, COI |
|  | DAY | | N | | N | N | Kugler | N | Ø meds | Hall, COI |
|  | EVE | | | Y | Y | N | Kugler | N | Ø meds | Bragg, COI |
| SAT | | | | | | | | | | |
| 1/16 | MORN | N | | | N | N | Kluver | N | Ø meds | C. Young, COI |
|  | DAY | | Y | | N | N | Kugler | N | Ø meds | Hall, COI |
|  | EVE | | | Y | Y | N | Roby | N | Ø meds | Lipia, COI |
| SUN | | | | | | | | | | |

**Pertinent Info:** I.e. Epileptic, Diabetic, Suicidal, etc.

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL #: 4/15
VIOLATION OR REASON: #31 - Assault on Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04  10:40 p.m.  DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/3 MON | MORN | Y | | | No | No | Glover | No | Ø meds | Julia Ellis |
| | DAY | | N | | no | no | Smith | N | Ø med | Hall, COI |
| | EVE | | | Y | NO | NO | Jenk | ND | Ø med | B.Wo, COI |
| 11/4 TUE | MORN | Y | | | no | no | McLeod | No | Ø meals | Julia Ellis |
| | DAY | Y | H | | N | N | Dunn | N | Ø med | Hall, COI |
| | EVE | | | Y | N | N | Taylor | N | Ø med | Biggs, COI |
| 11/5 WED | MORN | Y | | | NO | NO | Glover | NO | Ø meds | B.Holmes, COI |
| | DAY | | N | | NO | Reynold | Winn | NO | Ø meds | Parker, COI |
| | EVE | | | Y | N | N | Taylor | N | Ø med | C. Oats, COI |
| 11/6 THUR | MORN | Y | | | N | N | McLeod | N | Ø meds | M.Fitzpatrick, COI |
| | DAY | Y | N | | N | Refused | Dunn | N | Need med | L.Rudolph, COI |
| | EVE | | | Y | Y | Y | Keller | N | Ø meds | Broom, COI |
| 11/7 FRI | MORN | Y | | | N | N | McLeod | N | Ø meds | C. Young, COI |
| | DAY | Y | H | | N | N | K meds | Y | Ø med | Hall, COI |
| | EVE | | | Y | N | N | Taylor | N | Ø med | Hayes, COI |
| 11/8 SAT | MORN | N | | | N | N | Winn | N | Ø meds | C. Young, COI |
| | DAY | Y | N | | N | N | Glover | N | Ø med | Hall, COI |
| | EVE | | | N | N | N | Shelby | N | Ø med | Biggs, COI |
| 11/9 SUN | MORN | N | | | N | N | Glover | N | Ø meds | E. Williams, COI |
| | DAY | Y | N | | N | N | Dunn | N | Refused meds | Hill, CO |
| | EVE | | | Y | Y | N | Figg | N | Ø med | Lynn, COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e. 9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

BULLOCK CO. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B187140  CELL: # 4
VIOLATION 31 OR REASON: Assault on Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04  10:40 P.M.  DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/27 MON | MORN | Y | | | N | N | Moore | N | Ø meds | D. Johnson, COI |
| | DAY | | N | | N | N | | Refused meds | L. Rudolph, COI |
| | EVE | | | Y | Y | N | Roberts | N | Needs meds | Broom COI |
| 12/28 TUE | MORN | Y | | | NO | NO | Morgan | NO | Ø meds | Julie Ellen |
| | DAY | Y | N | | N | N | Webb | | | Hall, COI |
| | EVE | | | Y | Y | N | Kiefer | N | Refused med | Broom COI |
| 12/29 WED | MORN | Y | | | N | N | Moore | N | Ø meds | C. Young COI |
| | DAY | | N | | N | Refused | Webb | Lancaster | | A. Percy |
| | EVE | | | | N | N | Dix | N | Refused med | Broom |
| 12/30 THUR | MORN | Y | | | N | N | McKeever | N | Ø meds | Lt. Fitzpatrick COI |
| | DAY | Y | No | N | | Refused | Webb | N | | Hadden COI |
| | EVE | | | Y | | | J. Roberts | | Refused meds | Broom COI |
| 12/31 FRI | MORN | N | | | n | n | McKeever | n | Ø meds | Lt. Fitzpatrick COI |
| | DAY | | Y | | N | N | Kinsel | N | Ø med | Hall, COI |
| | EVE | | | Y | N | N | Roberts | N | Ø meds | Broom COI |
| 1/1 SAT | MORN | | | N | N | N | Morgan | N | Ø med | Brown COI |
| | DAY | Y | | | N | Refused | | N | Ø med | Hadden COI |
| | EVE | | | Y | Y | N | Allen | N | Bipolar meds | Bogg COI |
| 1/2 SUN | MORN | N | | | N | N | Robert RN | N | Ø Meds | C. Young COI |
| | DAY | | Y | | N | N | K med | N | Ø med | Hall COI |
| | EVE | | | Y | Y | N | Roberts | N | Ø meds | Ryan COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside
  9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
  and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Case 2:05-cv-00439-WHA-CSC  Document 73-16  Filed 11/14/2005  Page 7 of 10

# Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL: # 4
VIOLATION OR REASON: #3 - Assault on Another Inmate
ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 p.m.
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/20 MON | MORN | ✓ | | | No | No | Thomp | No | Refused Med | Julia Ellis |
| | DAY | | N | | N | R | KR | Webb | Refused | L. Rudolph CO |
| | EVE | ✓ | | R | N | N | Ross | N | Rest on beds | Ripps CO1 |
| 12/21 TUE | MORN | R | | | N | N | McKee | N | Refused meds | B. Holmes COI |
| | DAY | | N | | N | Refused | Oliver | N | Refused med | Compadon CO1 |
| | EVE | | | N | Y | N | Riley | N | Refused meds | Simms CO1 |
| 12/22 WED | MORN | R | | | No | No | L.Anders | No | Refused | Julia Ellis |
| | DAY | | N | | N | Refused | Ross | Seg Rev. | Refused | D. Jackson CO1 |
| | EVE | | | Y | N | IN | Roberts | N | Refused | Osborne CO1 |
| 12/23 THUR | MORN | ✓ | | | N | No | L.Anders | N | Refused | C. Young CO1 |
| | DAY | | N | | N | N | Ross | N | Refused | G. Morris CO1 |
| | EVE | | | Y | Y | N | Oliver | N | Refused | Simps CO1 |
| 12/24 FRI | MORN | N | | | No | No | Ross | No | 0 med | Julia Ellis |
| | DAY | ✓ | | | N | Cancelled | KR | N | Dr meds | S. Smart CO1 |
| | EVE | | | Y | Y | N | McKee | N | Refused meds | Simms CO1 |
| 12/25 SAT | MORN | N | | | N | N | L.Anders | N | 0 meds | C. Young CO1 |
| | DAY | ✓ | N | | N | N | D.Best | N | Ran | Morris CO1 |
| | EVE | | | Y | Y | N | Roach | N | Refused Meds | Simms CO1 |
| 12/26 SUN | MORN | N | | | N | N | Thomp | N | Refused meds | C. Young CO1 |
| | DAY | | Y | N | N | R | KR | N | Refused | L. Rudolph CO |
| | EVE | ✓ | | | N | N | Kigler | A | Ref'd med | Brogan CO1 |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.
                9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
                and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  
AIS NO: B/187140   CELL: # 4  
VIOLATION # OR REASON: 31 - Assault on Another Inmate  
ADMITTANCE AUTHORIZED BY: H. Babers  
DATE & TIME RECEIVED: 11/3/04  10:20 p.m.  
DATE & TIME RELEASED:  
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13 MON | MORN | Y | | | no | no | no | no | Ø Meds | Julia Ellis |
| | DAY | Y | N | | N | R | | N | G meds | R. Ruelph, CO |
| | EVE | Y | | Y | NO | NO | | NO | Ø meds | R. Davis, COI |
| 12/14 TUE | MORN | Y | | | no | no | N/Green | no | Ø meds | Julia Ellis |
| | DAY | Y | N | | N | R | | Webb | Rec'd meds | R. Ruelph, CO |
| | EVE | Y | | Y | | N | | N | Ø meds | Thomas CO |
| 12/15 WED | MORN | Y | | | no | no | N/Green | no | Ø meds | Julia Ellis |
| | DAY | Y | N | | N | N | | | Refused | Henry CO |
| | EVE | Y | | Y | N | N | | N | Ø meds | Thomas CO |
| 12/16 THUR | MORN | Y | | | N | No | N/Green | N | Refused meds | C. Young CO |
| | DAY | Y | N | | N | NO | | N | Refused meds | |
| | EVE | Y | | Y | Y | N | | N | Ø meds | Thomas CO |
| 12/17 FRI | MORN | Y | | | no | no | N/Green | no | Ref. meds | Julia Ellis |
| | DAY | Y | N | | N | R | | N | Med gave | R. Ruelph, CO |
| | EVE | Y | | Y | N | N | | N | Ø meds | Thomas CO |
| 12/18 SAT | MORN | N | | | N | N | L. Anders | N | Refused meds | E. Williams, COI |
| | DAY | Y | N | | N | Refused | M. Luck | N | Refused med | |
| | EVE | Y | | R | Y | NO | Dixon | NO | Refused meds | R. Davis, COI |
| 12/19 SUN | MORN | N | | | N | N | Anders | N | Refused meds | H. Johnson, CO |
| | DAY | Y | | | N | N | | N | Refused meds | S. Smart, CO |
| | EVE | | | N | N | N | Dixon | N | Refused meds | Burgess CO |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assault risk.  
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)  
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e. 9:30/10:00 IN; 2:00/2:30 OUT)  
**Medical:** Physician will sign each time the inmates is seen.  
**Psych:** Psychological Counselor will sign each time the inmate is seen.  
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.  
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY  
CONFIDENTIAL RECORD  
NOT TO BE PHOTOCOPIED

FORM N912

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright   AIS NO: B/187140   CELL: # 4
VIOLATION #3
OR REASON: Assault On Another Inmate   ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 PM   DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/6 MON | MORN | Y | | | N | N | Vis | N | Ø Meds | H. Johnson, COI |
| | DAY | | N | | N | NO | VS/BP | N | Ø meds | Harris COI |
| | EVE | | | Y | ND | ND | BBY | ND | Ø meds | Rev, COI |
| 12/7 TUE | MORN | Y | | | N | N | Nurse | N | Ø meds | M. Fitzpatrick COI |
| | DAY | | N | | N | R | VS/BP | N | Ø meds | L. Adolph COI |
| | EVE | | | Y | N | N | Booty | N | Ø meds | Sloop C.O.I |
| 12/8 WED | MORN | Y | | | NO | NO | Nurse | NO | Ø meds | Julia Ellis |
| | DAY | | N | | N | Refused | R | N | Ø meds | R. Mumm COI |
| | EVE | | | Y | N | N | Dr. | N | Ø meds | Simmons COI |
| 12/9 THUR | MORN | Y | | | NO | NO | Nurse | NO | Ø meds | Julia Ellis |
| | DAY | | N | | N | Refused | VS/BP | N | Ø meds | Maldon, COI |
| | EVE | | | Y | Y | N | Dr. | N | Ø meds | Simmons COI |
| 12/10 FRI | MORN | Y | | | NO | NO | Nurse | NO | Ø meds | Julia Ellis |
| | DAY | | N | | N | R | Sm | N | Ø meds | B. Fitzpatrick COI |
| | EVE | | | Y | N | N | Booty | N | Ø meds | Brooms COI |
| 12/11 SAT | MORN | N | | | N | N | Nurse | N | Ø meds | C. Young COI |
| | DAY | Y | N | | N | R | VS/BP | N | Ø meds | F. Henry COI |
| | EVE | | | | | N | VS/BP | N | Ø meds | Diggen, COI |
| 12/12 SUN | MORN | N | | | N | N | L. Underwood | N | Ø meds | C. Young COI |
| | DAY | Y | | | N | N | | N | Ø meds | S. Smart, COI |
| | EVE | | | Y | N | N | Booty | N | Ø meds | Bergen COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e.
9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FORM N912

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL: # 4
VIOLATION # OR REASON: 31-Assault on Another Inmate  ADMITTANCE AUTHORIZED BY: L. Gwendolyn Babers
DATE & TIME RECEIVED: 11/3/04 10:40 pm  DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29 MON | MORN | Y | | | no | no | L.Lindsey | no | 0 meds | Julia Ellis |
| | DAY | | N | | no | 9:45-8:30 | RN | no | 0 meds | R. Rocker |
| | EVE | | | Y | N | N | VSTAT | N | 0 meds | Lynn, COI |
| 11/30 TUE | MORN | Y | | | n | n | Nkren | n | 0 meds | L. Fitzpatrick COI |
| | DAY | | N | | N | 12:00-12:45 p | VS | n | 0 meds | K. Waldon COI |
| | EVE | | | Y | Y | ND | Right | ND | 0 meds | D. Day, COI |
| 12/1 WED | MORN | X | | | no | no | Nkren | no | 0 meds | Julia Ellis |
| | DAY | | N | | N | N | VSTAT | N | 0 meds | S. Smart, COI |
| | EVE | | | Y | N | N | RSCP | N | No meds | Biggin COI |
| 12/2 THUR | MORN | Y | | | no | no | Nkren | no | 0 meds | Julia Ellis |
| | DAY | | N | - | N | Refused | VSTAT | N | 0 meds | K. Waldon COI |
| | EVE | | | Y | Y | N | Right | N | 0 meds | C. Otolo, COI |
| 12/3 FRI | MORN | Y | | | no | no | Nkren | no | 0 meds | Julia Ellis |
| | DAY | | N | | N | Refused | | N | 0 meds | Lynn, COI |
| | EVE | | | Y | N | N | Right | N | 0 meds | C. Otolo, COI |
| 12/4 SAT | MORN | N | | | N | N | L.Lindsey | N | 0 meds | D. Johnson, COI |
| | DAY | | N | | N | N | | N | 0 meds | C. Otolo, COI |
| | EVE | | | | Y | N | Right | N | 0 meds | Biggin COI |
| 12/5 SUN | MORN | N | | | N | N | Nkren | N | 0 meds | C. Hurd COI |
| | DAY | Y | | | No | Refused | | No | 0 meds | R. Rocker |
| | EVE | Y | | | Y | R | DeRu | N | 0 meds | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive;
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (ie.,
  9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
  and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912