## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Winfield, Carey  
AIS NO: B/180239   CELL: #12  
VIOLATION # OR REASON: 69 - Destroying State Property  
ADMITTANCE AUTHORIZED BY: Sgt. Strickland  
DATE & TIME RECEIVED: 11-26-04 / 9:04 pm  
DATE & TIME RELEASED:  
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| /MON | MORN | | | | | | | | | |
|  | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
| /TUE | MORN | | | | | | | | | |
|  | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
| /WED | MORN | | | | | | | | | |
|  | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
| /THUR | MORN | | | | | | | | | |
|  | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
| 11/26/04 FRI | MORN | | | | | | | | | |
|  | DAY | N | | | N | N | Queslep | N | Xmed | S. Boykin, COI |
|  | EVE | | | Y | N | N | Asleep | N | no sign | T. Johnson, COI |
| 11/27/04 SAT | MORN | N | | | N | N | Blot | N | F Stat/meds | Off. Fitzpatrick, COI |
|  | DAY | Y | N | | N | N | Bk | N | meds | T. Jackson, CT |
|  | EVE | | | Y | Y | N | Body | N | Sent meds | T. Johnson, COI |
| 11/28/04 SUN | MORN | N | | | N | N | Body | N | no meds | E. Williams, COI |
|  | DAY | Y | — | | N | 10:15-11:00 in | N | meds | R. Maldon, COI |
|  | EVE | Y | | | Y | N | Body | N | Recd meds | Douglas, CO |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.  
Meals/SH: Shower- Yes (Y); No (N); Refused (R)  
Exercise: Enter Actual Time Period and Inside or Outside (i.e.,  
    9:30/10:00 IN; 2:00/2:30 OUT)  
Medical: Physician will sign each time the inmates is seen.  
Psych: Psychological Counselor will sign each time the inmate is seen.  
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments  
    and include date, signature, and title.  
OIC Signature: OIC must sign all record sheets each shift.

DOC FORM N912

*Stamp: FOR PROFESSIONAL USE ONLY - CONFIDENTIAL RECORD - NOT TO BE PHOTOCOPIED*

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL: # 4
VIOLATION OR REASON: 31 - Assault on Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 pm  DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|---------------|-------------|-----------|---------------|
| 11/22 MON | MORN | ✓ | | | no | no | McKee | no | O meds | Julia Ellis |
| | DAY | | N | | N | 8⁰⁰-8⁴⁵ | Clough | N | Rec'd meds | F. Smith, PhD, CM |
| | EVE | | | y | N | N | MRP | N | meds given | Byrd CO1 |
| 11/23 TUE | MORN | ✓ | | | no | no | McKee | no | O meds | Julia Ellis |
| | DAY | | N | | N | 8⁰⁰-8⁴⁵ | Clough | N | Rec'd meds | F. Smith, PhD, CM |
| | EVE | | | y | y | N | w/o | N | meds | L. Haynes CO1 |
| 11/24 WED | MORN | ✓ | | | no | no | McKee | no | O meds | Julia Ellis |
| | DAY | | N | | N | No rain | Jim Schoonebeek | N | meds | Jasmin CM |
| | EVE | | | y | N | N | Slater | N | Rec'd meds/ointment | Bryan CO1 |
| 11/25 THUR | MORN | N | | | N | cancelled lack of security | Mequin | N | O meds | H. Johnson, CO1 |
| | DAY | | y | - | N | N | N/A | N | checks | Gilmore CO |
| | EVE | | | y | y | N | K Taylor | N | Rec'd meds | L. Haynes CO1 |
| 11/26 FRI | MORN | N | | | no | no | Alex | no | O meds | Julia Ellis |
| | DAY | | y | | N | 8⁴⁵-9³⁵ | Clayton | N | Rec'd meds | S. Smart CO1 |
| | EVE | | | y | N | N | MRP | N | meds given | D. Adrian CO1 |
| 11/27 SAT | MORN | N | | | N | N | Slater | N | O med | Sgt. Fitzpatrick CO1 |
| | DAY | | y | N | N | 11²⁰-12⁰⁰ | Slater | N | O med | Jolly CO1 |
| | EVE | | | y | y | N | Bobby | N | Rec'd meds (Byrd) | J. Johnson CO1 |
| 11/28 SUN | MORN | N | | | N | N | Bost | N | O med | E. Williams CO1 |
| | DAY | | y | - | N | 10¹⁵-11⁰⁰ | Slater | N | checks | Maldon CO1 |
| | EVE | | | y | y | N | Bobby | N | Recd meds | Bryan CO1 |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT).
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Bullock Correction
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright
AIS NO: B/187140  CELL: # H
VIOLATION OR REASON: 31 Assault On Another Inmate
ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04  10:40 PM
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/15 MON | MORN | Y | | | N | N | Schubn | N | Ø Meds | D. Johnson, CO |
|  | DAY | | Y | | N | 1235-1250 | N/Owen | Webb | Ø meds | L. Mead PM, COI |
|  | EVE | | | Y | N | N | Julian | N | Ø med | Ryans COI |
| 11/16 TUE | MORN | Y | | | no | no | L.Anders | no | Ø med | Julia Elliott |
|  | DAY | | Y | | N | R | Vsit | N | Ø meds | B. Hall PM, COI |
|  | EVE | | | Y | Y | N | KTate | N | Ø med | R.Haynes, COI |
| 11/17 WED | MORN | Y | | | no | no | MOwen | no | Ø meds | Julia Elliott |
|  | DAY | Y | yes | | no | no | Vsit | Ø meds | Ø med | Morris COI |
|  | EVE | | | Y | N | N | MSlop | N | No meds | Roger COI |
| 11/18 THUR | MORN | Y | | | n | n | MOwen | n | Ø meds | M. Fitzpatrick COI |
|  | DAY | | Y | | N | 952-1041 | VSit | N | Ø med | S.Martin COI |
|  | EVE | | | Y | Y | N | VSit | N | day | Adams COI |
| 11/19 FRI | MORN | Y | | | n | n | MOwen | n | Ø meds | M. Fitzpatrick COI |
|  | DAY | | N | | N | Cancelled | VSit | Y | Rec'd meds | P. Maldon COI |
|  | EVE | | | Y | Y | N | JRobb | Y | Ø Meds | L. Johnson, COI |
| 11/20 SAT | MORN | N | | | N | N | MSlop | N | No meds | C. Young COI |
|  | DAY | Y | NO | | NO | 850-935 | CDavis | NO | Rec'd meds | Medical |
|  | EVE | | | Y | N | N | M.Jackson | N | Rec'd Meds | Biggers SGT |
| 11/21 SUN | MORN | N | | | N | N | DOwen | N | Ø meds | C. Young COI |
|  | DAY | Y | - | - | N | 930-1015 | VSit | N | Rec'd med | P. Maldon COI |
|  | EVE | | | Y | Y | R | N | N | No meds | Owens CO |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive, etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
    9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
    and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL: # 3B 84
VIOLATION OR REASON: 31 Assault on Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 PM  DATE & TIME RELEASED: ___
PERTINENT INFORMATION: ___

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/8 MON | MORN | Y | | | N | N | MRren | N | Omeds | H. Johnson, COL |
| | DAY | | — | | | | 10/07 | | | moms col |
| | EVE | | | Y | N | N | mslap | N | Omeds | T Boggen col |
| 11/9 TUE | MORN | Y | | | no | no | MRren | N | Omed | Julia Ellio |
| | DAY | Y | Y | | NO | 1055-1147 | vitals | NO | Omed | |
| | EVE | | | Y | Y | N | mslap | N | Omed | R. Haynes col |
| 11/10 WED | MORN | Y | | | no | no | Herg | | Omed | Julia Ellio |
| | DAY | Y | Y | | NO | Cancel | Y | N | Omed | |
| | EVE | | | Y | Y | N | msbp | N | Omed | T Boggen col |
| 11/11 THUR | MORN | N | | | no | no | MRren | N | Omed | Julia Ellio |
| | DAY | Y | N | | N | N | Best | N | Omeds | S. Smart col |
| | EVE | | | Y | Y | N | mslap | N | Omed | L. Johnson col |
| 11/12 FRI | MORN | Y | | | N | N | MRren | N | Omeds | H. Johnson, col |
| | DAY | — | N | — | N | 1200-1245 | Rm | N | Omed | Maldon col |
| | EVE | | | Y | N | N | Rigby | N | Omed | Lynn co |
| 11/13 SAT | MORN | N | | | N | N | Mag | N | Omeds | Fitzpatrick col |
| | DAY | Y | Y | | N | Treatment Rotation | Boh | N | Omed | Yeatter co |
| | EVE | | | | N | N | | N | | Boggen col |
| 11/14 SUN | MORN | N | | | N | N | S. Guyton | N | Omed | C. Young col |
| | DAY | Y | | | N | 1010-1050 | Den | N | Omed | S. Smart col |
| | EVE | | | Y | N | N | mslap | N | Omed | Boggen col |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Wright, Richard  
VIOLATION OR REASON: 31 assault on another inmate  
DATE & TIME RECEIVED: 11-3-04 @ 10:40 pm  
AIS NO: ___  
CELL: # 8  
ADMITTANCE AUTHORIZED BY: Lt. M. Belues  
DATE & TIME RELEASED: ___  
PERTINENT INFORMATION: ___

| DATE | SHIFT | B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| MON | | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| TUE | | | | | | | | | | |
| 11/3/04 | MORN | | | | | | | | | y |
| | DAY | | | | | | | | | |
| | EVE | n | | | n | n | n | n | n | m.fitzpatrick col |
| WED | | | | | | | | | | |
| 11/4/04 | MORN | y | | | n | n | Brown | m. | 0 | M. Fitzpatrick CO/ |
| | DAY | | Y | | N | N | VJ/pkz | N | 0 meds | S. Smart, CO1 |
| | EVE | | | Y | Y | N | Ploking | N | 0 meds | Shepps Col |
| THUR | | | | | | | | | | |
| 11/5 | MORN | Y | | | No | No | Chandey | N | 0 meds | Julia Ellis |
| | DAY | | Y | | N | 7:52-8:00 | R | N | 0 meds | S. Smart, CO1 |
| | EVE | Y | | | N | N | Right | N | 0 meds | Rapra CO1 |
| FRI | | | | | | | | | | |
| 11/6 | MORN | N | | | N | N | L.Anderson | N | 0 meds | H. Johnson CO1 |
| | DAY | Y | Y | | N | 1824 IP | | N | | |
| | EVE | | | R | Y | N | DuBose | N | 0 meds | Nynn CO/ |
| SAT | | | | | | | | | | |
| 11/7 | MORN | N | | | N | N | L.Anderson | N | 0 meds | C. Young CO1 |
| | DAY | Y | - | - | N | Refused | Childs | N | 0 meds | J.Matson CO1 |
| | EVE | | | | Y | R | R3N | M.Sis | N | 0 meds | Brown CO1 |
| SUN | | | | | | | | | | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.  
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)  
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,  
9:30/10:00 IN; 2:00/2:30 OUT)  
**Medical:** Physician will sign each time the inmates is seen.  
**Psych:** Psychological Counselor will sign each time the inmate is seen.  
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments  
and include date, signature, and title.  
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY  
CONFIDENTIAL RECORD  
NOT TO BE PHOTO COPIED

DOC FORM N912

## PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Wright, Richard   AIS: 187140   DOB: ____   UNIT: 4   YEAR: 2004

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | placed 11/3/04 | 2nd | NS | N | SCD | NC | NC | | D | CD | NC | NC | MR | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | |
| DECEMBER | NC | NC | NC | NC | NC | NC | NC | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:   M – MEDICAL
       D – DENTAL
       P – PSYCHIATRIC
       N/C – NO COMPLAINTS

NURSES SIGN AND INITIAL

_Kim K_
_____
_____
_Ema E Meulenan RN_

NC 072

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Wright Richard   AIS 187140   DOB _____   UNIT 904   YEAR '05

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | or | or M | | |
| MAY | or | or | or | M | or | M | or | M | or | or | or | or | or | M | or | or | or M | or | or | or | or | M | M | or | or | M | or | M | or | or | or |
| JUNE | or | or | M | M | M | | or M | or | M | or | or | or | or | or | or | | M | M | or | or | or | M | or | or | or | M | or | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:  M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C – NO COMPLAINTS

NURSES SIGN AND INITIAL

NC 072

# SEGREGATION HEALTH LOG

**PHS**

Name: Wright, Richard     AIS#: _____     Cell: 704

Name Key: NC  No Complaints
C  Complaint (Provide Documentation in Complaint Section)

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | |
| Nurse | | | | | | | | | | | | | | | | | | DT | M | DT | DT | DT | DT | DT | DT | M | M | M | M | DT | |
| April | NC | NC | C | C | NC | NC | C | C | NC | NC | | | | | | | | | | | | | | | | | | | | | |
| Nurse | DT | M | DT | M | DT | DT | M | M | DT | DT | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials: _____

CONFIDENTIAL — FOR INMATE MEDICAL RECORD

# DAILY PATIENT ASSESSMENT
## DEPARTMENT OF CORnECTIONS

| Nursing Observations (check only those which apply) | | Date | 2-5-02 | | | 6 | | | 7 | | | 8 | | | 9 | | | 10 | | | 11 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Shift | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E |
| C O N D I T I O N | ambulant | | | | | | ✓ | | | | ✓ | | | | | | | ✓ | | | ✓ | | |
| | with assistance | | | | | | | | | | | | | | | | | | | | | | | |
| | up in chair | | | | | | | | | | | | | | | | | | | | | | | |
| | bed rest | | | | | | | | | | | | | | | | | ⊙ | | | | | |
| | good | | | | | | | | | | | | | | | | | ✓ | | | ✓ | ✓ | |
| | fair | | | | | | ✓ | | | | ✓ | | | | | | | ✓ | | | | | |
| | unchanged | | | | | | | | | | | | | | | | | | | | | | | |
| | depressed | | | | | | | | | | | | | | | | | | | | | | | |
| | irritable | | | | | | | | | | | | | | | | | | | | | | | |
| | confused | | | | | | | | | | | | | | | | | | | | | | | |
| | serious | | | | | | | | | | | | | | | | | | | | | | | |
| | uncooperative | | | | | | | | | | | | | | | | | | | | | | | |
| | side rails | | | | | | | | | | | | | | | | | | | | | | | |
| | up | | | | | | | | | | | | | | | | | | | | | | | |
| | down | | | | | | | | | | | | | | | | | | | | | | | |
| SLEEP | good | | | | | | ✓ | | | | ✓ | | | | | | | ✓ ✓ | | | ✓ ✓ | | |
| | restless | | | | | | | | | | | | | | | | | | | | | | | |
| APPE-TITE | good (80-100%) | | | | | | ✓ | | | | ✓ | | | | | | | ✓ ✓ | | | ✓ ✓ | | |
| | fair (30-80%) | | | | | | | | | | | | | | | | | | | | | | | |
| | poor (0-30%) | | | | | | | | | | | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | | | |
| D I E T | regular | | | | | | ✓ | | | | ✓ | | | | | | | ✓ ✓ | | | ✓ ✓ | | |
| | diabetic | | | | | | | | | | | | | | | | | | | | | | | |
| | liquid | | | | | | | | | | | | | | | | | | | | | | | |
| | dialysis | | | | | | | | | | | | | | | | | | | | | | | |
| M E D's | taken as ordered | | | | | | | | | | | | | | | | | | ✓ | | | ✓ | | |
| | refused | | | | | | | | | | | | | | | | | | | | | | | |
| | absent from pill call | | | | | | | | | | | | | | | | | | | | | | | |
| S K I N | rash | | | | | | | | | | | | | | | | | | | | | | | |
| | edema | | | | | | | | | | | | | | | | | | | | | | | |
| | warm & dry | | | | | | ✓ | | | | ✓ | | | | | | | ✓ ✓ | | | ✓ ✓ | | |
| BATH | self | | | | | | | | | | | | | | | | | | | | | | | |
| | assist | | | | | | | | | | | | | | | | | | | | | | | |
| ELIMI-NATION | foley | | | | | | B | | | | B | | | | | | | B | B | | B | B | |
| | incontinence | | | | | | R | | | | R | | | | | | | R | R | | R | R | |
| | urine | | | | | | P | | | | P | | | | | | | P | P | | P | P | |
| | feces | | | | | | | | | | | | | | | | | | | | | | | |

Stamp: FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTOCOPIED

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | AGE | R/S | AIS NUMBER | INST |
|---|---|---|---|---|---|
| Wright Richard | / / | | | 187140 | KCF |