# DAILY PATIENT ASSESSMENT
## DEPARTMENT OF CORRECTIONS

| Nursing Observations (check only those which apply) | | Date | 2-5-02 | | | 6 | | | 7 | | | 8 | | | 9 | | | 10 | | | 11 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Shift | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E |
| C O N D I T I O N | ambulant | | | ✓ | | | ✓ | | | | | | | | | ✓ | | ✓ | | | | | |
| | with assistance | | | | | | | | | | | | | | | | | | | | | | |
| | up in chair | | | | | | | | | | | | | | | | | | | | | | |
| | bed rest | | | | | | | | | | | | | | ⊘ | | | | | | | | |
| | good | | | | | | | | | | | | | | ✓ | | | ✓ | ✓ | | | | |
| | fair | | | ✓ | | | ✓ | | | | | | | | ✓ | | | | | | | | |
| | unchanged | | | | | | | | | | | | | | | | | | | | | | |
| | depressed | | | | | | | | | | | | | | | | | | | | | | |
| | irritable | | | | | | | | | | | | | | | | | | | | | | |
| | confused | | | | | | | | | | | | | | | | | | | | | | |
| | serious | | | | | | | | | | | | | | | | | | | | | | |
| | uncooperative | | | | | | | | | | | | | | | | | | | | | | |
| | side rails | | | | | | | | | | | | | | | | | | | | | | |
| | up | | | | | | | | | | | | | | | | | | | | | | |
| | down | | | | | | | | | | | | | | | | | | | | | | |
| SLEEP | good | | | ✓ | | | ✓ | | | | | | | | ✓✓ | | ✓✓ | | | | | | |
| | restless | | | | | | | | | | | | | | | | | | | | | | |
| APPE-TITE | good (80-100%) | | | ✓ | | | ✓ | | | | | | | | ✓✓ | | ✓✓ | | | | | | |
| | fair (30-80%) | | | | | | | | | | | | | | | | | | | | | | |
| | poor (0-30%) | | | | | | | | | | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | | |
| D I E T | regular | | | ✓ | | | ✓ | | | | | | | | ✓✓ | | ✓✓ | | | | | | |
| | diabetic | | | | | | | | | | | | | | | | | | | | | | |
| | liquid | | | | | | | | | | | | | | | | | | | | | | |
| | dialysis | | | | | | | | | | | | | | | | | | | | | | |
| MED's | taken as ordered | | | | | | | | | | | | | | ✓ | | ✓ | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | | |
| | absent from pill call | | | | | | | | | | | | | | | | | | | | | | |
| S K I N | rash | | | | | | | | | | | | | | | | | | | | | | |
| | edema | | | | | | | | | | | | | | | | | | | | | | |
| | warm & dry | | | ✓ | | | ✓ | | | | | | | | ✓✓ | | ✓✓ | | | | | | |
| BATH | self | | | | | | | | | | | | | | | | | | | | | | |
| | assist | | | | | | | | | | | | | | | | | | | | | | |
| ELIMI-NATION | foley | | B | | | B | | | | | | | | B | B | B | B | | | | | |
| | incontinence | | R | | | R | | | | | | | | R | R | R | R | | | | | |
| | urine | | P | | | P | | | | | | | | P | P | P | P | | | | | |
| | feces | | | | | | | | | | | | | | | | | | | | | | |

Stamp: FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTO COPIED

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | AGE | R/S | AIS NUMBER | INST |
|---|---|---|---|---|---|
| Wright Richard | / / | | | 187140 | KCF |

# DAILY PATIENT ASSESSMENT
## DEPARTMENT OF CORRECTIONS

Jane

**Nursing Observations** (check only those which apply)

| Category | Item | 20 D | 20 E | 20 N | 21 D | 21 E | 21 N | 22 D | 22 E | 22 N | 23 D | 23 E | 23 N | 24 D | 24 E | 24 N | 25 D | 25 E | 25 N | 26 D | 26 E | 26 N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONDITION | ambulant | | | ✓ | | | | | | | | | | | | | | | | | | |
| | with assistance | | | | | | | | | | | | | | | | | | | | | |
| | up in chair | | | | | | | | | | | | | | | | | | | | | |
| | bed rest | | | | | | | | | | | | | | | | | | | | | |
| | good | | | ✓ | | | | | | | | | | | | | | | | | | |
| | fair | | | | | | | | | | | | | | | | | | | | | |
| | unchanged | | | | | | | | | | | | | | | | | | | | | |
| | depressed | | | | | | | | | | | | | | | | | | | | | |
| | irritable | | | | | | | | | | | | | | | | | | | | | |
| | confused | | | | | | | | | | | | | | | | | | | | | |
| | serious | | | | | | | | | | | | | | | | | | | | | |
| | uncooperative | | | | | | | | | | | | | | | | | | | | | |
| | side rails up | | | | | | | | | | | | | | | | | | | | | |
| | down | | | | | | | | | | | | | | | | | | | | | |
| SLEEP | good | | | ✓ | | | | | | | | | | | | | | | | | | |
| | restless | | | | | | | | | | | | | | | | | | | | | |
| APPETITE | good (80-100%) | | | ✓ | | | | | | | | | | | | | | | | | | |
| | fair (30-80%) | | | | | | | | | | | | | | | | | | | | | |
| | poor (0-30%) | | | | | | | | | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | |
| DIET | regular | | | ✓ | | | | | | | | | | | | | | | | | | |
| | diabetic | | | | | | | | | | | | | | | | | | | | | |
| | liquid | | | | | | | | | | | | | | | | | | | | | |
| | dialysis | | | | | | | | | | | | | | | | | | | | | |
| MEDS | taken as ordered | | | | | | | | | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | |
| | absent from pill call | | | | | | | | | | | | | | | | | | | | | |
| SKIN | rash | | | | | | | | | | | | | | | | | | | | | |
| | edema | | | | | | | | | | | | | | | | | | | | | |
| | warm & dry | | | ✓ | | | | | | | | | | | | | | | | | | |
| BATH | self | | | | | | | | | | | | | | | | | | | | | |
| | assist | | | | | | | | | | | | | | | | | | | | | |
| ELIMINATION | foley | | | | | | | | | | | | | | | | | | | | | |
| | incontinence | | | / | | | | | | | | | | | | | | | | | | |
| | urine | | | | | | | | | | | | | | | | | | | | | |
| | feces | | | | | | | | | | | | | | | | | | | | | |

*Stamp: FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED*

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | AGE | R/S | AIS NUMBER | INST |
|---|---|---|---|---|---|
| Wright, Richard | 8/15/67 | 34 | B/M | 187140 | K.C.F. |

F-20

| Nursing Observations (check only those which apply) | Date Shift | 20 | | | 21 | | | 22 | | | 23 | | | 24 | | | 25 | | | 26 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N |
| VS temperature | | | | | | | | | | | | | | | | | | | | | | | |
| pulse | | | | | | | | | | | | | | | | | | | | | | | |
| respiration | | | | | | | | | | | | | | | | | | | | | | | |
| blood pressure | | | | | | | | | | | | | | | | | | | | | | | |
| weight | | | | | | | | | | | | | | | | | | | | | | | |
| INTAKE days | | | | | | | | | | | | | | | | | | | | | | | |
| evening | | | | | | | | | | | | | | | | | | | | | | | |
| nights | | | | | | | | | | | | | | | | | | | | | | | |
| 24hr total | | | | | | | | | | | | | | | | | | | | | | | |
| OUTPUT days | | | | | | | | | | | | | | | | | | | | | | | |
| evening | | | | | | | | | | | | | | | | | | | | | | | |
| nights | | | | | | | | | | | | | | | | | | | | | | | |
| 24hr total | | | | | | | | | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | | | | | | | | | |
| MD visited | | | | | | | | | | | | | | | | | | | | | | | |
| nurses initials | | | h | | | | ins | | | | | | | | | | | | | | | |
| Nurses signature | | W Salomon | | | | | | | | | | | | | | | | | | | | | |

WEEKLY SUMMARY

Days _____
_____
_____
_____
_____

Evening _____
_____
_____
_____
_____

Nights _____
_____
_____
_____
_____

F-20



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Wright, Richard #187140 D.O.B. 8/15/67 ALLERGIES: NKDA  Use Last  Date 6/7/05 | DIAGNOSIS (If Chg'd) ✓ For Eye glasses orders<br>1) Benzoyl peroxide Topical daily × 30 day<br>noted 6/7/05<br>2) Back and Knee Exercises daily × 6 mo<br>Motrin (dispense brochure)<br>3) Tylenol 500 mg tab i Bid PRN × 5 day<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Wright, Richard 187140 D.O.B. 8/15/67 ALLERGIES: NKDA  Use Fourth  Date 5/16/05 | DIAGNOSIS (If Chg'd)<br>Benzoyl peroxide topical daily × 30 day<br>Noted 5-16 0940<br>ATC PRN<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Wright, Richard #187140 D.O.B. 8/15/67 ALLERGIES: NKDA  Use Third  Date 5/5/05 | DIAGNOSIS (If Chg'd)<br>MH — for ? dysrhythmia —<br>+ Reality Testing —<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Wright, Richard #187140 D.O.B. 8/5/67 ALLERGIES: NKDA  Use Second  Date 5/5/05 | DIAGNOSIS (If Chg'd)<br>1) S/P 1 YR due 02-05 RC<br>2) Optometry Consult for blurred vision<br>Noted RC 5-5 1510<br>3) CTM — 8 mg po HS × 2 wks<br>4) Pseudofed 60 mg po HS × 2 wks<br>ATC PRN<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Wright, Richard #187140 D.O.B. 8/15/67 ALLERGIES: NKDa  Use First  Date 4/26/05 | DIAGNOSIS<br>HIV/RPR — EKG<br>TB skin test<br>— per APY<br>noted 4-26-05 CHunter 0740<br>V/O Dr. Rayapati/CHunter, LPN<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**MEDICAL RECORDS COPY**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT

60110 (4/03)



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: <br><br> Use Last   Date  / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: <br><br> D.O.B. / / <br> ALLERGIES: <br><br> Use Fourth   Date  / / | DIAGNOSIS (If Chg'd) <br><br> FOR PROFESSIONAL USE ONLY <br> CONFIDENTIAL RECORD <br> NOT TO BE PHOTOCOPIED <br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Wright, Richard <br> 187140 <br> D.O.B. 8/15/67 <br> ALLERGIES: Tylenol; PPD Mantoux <br><br> Use Third   Date  / / | DIAGNOSIS (If Chg'd) <br> Benzoyl H2O2 10% QD x 1 month HA <br> Motrin 200mg TT po BID x 1 month PRN <br> Sulfacet T po BID x 3 days <br> discussed labs and XRay results <br> R+C PRN <br> noted C Johnson RN 2-23-05 1430 <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Wright, Richard <br> 187140 <br> D.O.B. 8/15/67 <br> ALLERGIES: <br><br> Use Second   Date  / / 3/2/4 | DIAGNOSIS (If Chg'd) <br> 1) No Shaving Profile 60 days <br><br> noted <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: [illegible] <br> D.O.B. / / <br> ALLERGIES: <br><br> Use First   Date 2/25/05 | DIAGNOSIS <br> 1) X Ray Skull <br> 2) [illegible] 800 po BID x 30 [?] <br> 3) Benzyl peroxide x 30 <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS PRISON HEALTH SERVICES INCORPORATED**

PHYSICIANS' ORDERS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NAME / D.O.B. / ALLERGIES / Date | DIAGNOSIS (If Chg'd) |
|---|---|
| (illegible signature) 2/28/05 — **Use Last** | ① X-ray Skull<br>② Eye doctor<br>(illegible) 2/18/05 |
| Wright, Richard 187140 — **Use Fourth** 2/8/05 | ① Advil 800 PO q DX10D<br>② Anusol BID x 10D prn |
| Wright, Richard 187140 — **Use Third** 1/25/05 | noted — Tx x 10D<br>Refex TON PO ne x 10D<br>1/25/05 Advil 800 PO BID x 10D @ 0910 |
| Wright, Richard 187140 D.O.B. 8/15/67 ALLERGIES: NKA — **Use Second** Date 12/23/04 | DIAGNOSIS (If Chg'd) Headache, dyspepsia<br>Tylenol 500mg ii PO TID prn x 14 days<br>Maalox 30cc PO TID PRN x 14 days<br>noted 12/23/04 |
| Wright, Richard 187140 D.O.B. 8/15/67 ALLERGIES: NKA — **Use First** Date 12/17/04 | DIAGNOSIS<br>① Anusol Rectal Supp ĩ (R) BID x 7 days<br>12-17-04 T.O. Dr. Siddiq / NJT, RN / (illegible) RN |

60110 (4/03)    MEDICAL RECORDS COPY



**PHS**
**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Wright, Richard 187140 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8/15/67 | ① Zantac 150 po bid x100 |
| ALLERGIES: NKA | ② Maalox ī po bid x100 |
| Use Last   Date 12/14/04 | noted ccu p n |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Wright, Richard #187140 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8/15/67 | CBC |
| ALLERGIES: NKA | Drawn 12-3-04 |
| Use Fourth   Date 11/24/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Wright, Richard #187140 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8/15/67 | AF x 20 D x 1 cap |
| ALLERGIES: NKA  11/24/04 | Tetracycline x 20 D 1 cap |
| Use Third   Date 11/24/04 | Eye doctor f/u |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | Naprosyn ī po bid x 20 |
| ALLERGIES:   11/19/04 | Fiaclene x 20 D cap |
| Use Second   Date  /  / | Nystatin 2 puff po bid x 20 |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Wright, Richard | DIAGNOSIS |
|---|---|
| D.O.B. 8/15/67 | ① Shaving Profile x 60 days |
| ALLERGIES: | ② Antifungal cr x 20 days |
| Use First   Date 11/18/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**MEDICAL RECORDS COPY**

60110 (4/03)



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  ALLERGIES: | |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  ALLERGIES: | FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED |
| Use Second    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Wright, Richard #187140  D.O.B. 1/15/67  ALLERGIES: NCA | DIAGNOSIS    KOP  Benzoyl peroxide to affected area x 30 days  Therapy Project x 60 days  Antifungal Cr to affected area x 30 days KOP |
| Use First    Date 1/16/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard #187140  D.O.B.: 8/15/67 |
|---|---|
| 7/2/05 / 9:11 a.m | wt. 181 LBS  B/P 112/80  T 98.6  P 58  R 20 |

C/O blurry vision, headaches and feet pain 37 BM pr C/O to nurse state "Blurred vision from Hx of head trauma in Bullock CF eyes Blurred in am c̄ clearing thru o/dy Also C/o Bil feet pain while on feet in Kitchen work
NAD USO AAO×3 Ambulates c̄ Difficulty
HEENT OD Esotropic OS WNL    Glasses on order
O:  CA RRR                    Last Eye exam
ac  Lungs CTA                 OD 20/70
HT 5'11"  Ext ⊕ ECC feet c̄ fallen arches OS 20/50
wt 181  hard callus to front Bottom feet XRAY p̄ hosp
BMI 23/wnl  ⊕ Sores noted ⊕ _____  2/05 wnl
        tennis Shoes in bad shape c̄ Bottom soles
        coming Apart pr/o Shoes

A|  Hx Head trauma
   HA - tension  Bil foot pain
P|  OK for Master Lock × 1 yr
/E  1 PR Arch supports × 6 months.
    Motrin 200 mg TT po BID × 90 days PRN
    Safety.   RTC PRN       [signature]

8/5/05
Chart Reviewed -
his condition do
not need long term
NSaid Rx ↗      [signature]

| Date/Time | Inmate's Name: Wright Richard #187140 | D.O.B.: 8/15/64 |
|---|---|---|

8/18/05 - 9:40 am Wt. 186# T 97.8 B/P 110/R 20 P 60
c/o ansole (both) feet

(S) feet hurts
　　has normal feet
　　　c̄ very mild flat arch.

(A) flat arches mild
　　　but functional

(P) Insoles
(E) Reg. Exer —
　　　&c.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED