| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 12/3/04 | S [illegible] Concern [illegible] |
| | O [illegible] no apparent [illegible] today |
| | A Concerned about [illegible] |
| | P [illegible] |
| 12/14/04 | S [illegible] |
| | O [illegible] |
| | A/P [illegible] |
| 12/17/04 | S [illegible] |
| | O [illegible] |
| | [illegible] |
| 1/5/05 | S [illegible] |
| | O [illegible] |
| | A/P [illegible] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 11/19/04 | S [illegible] |
| | O) [illegible] |
| | [illegible] |
| | Borborygmy |
| | A) [illegible] |
| | P) [illegible] x 20 [illegible] |
| | [illegible] |
| 11/24/03 | S [illegible] |
| | O) [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | A) [illegible] |
| | P) [illegible] x 20 [illegible] |
| | [illegible] CBC [illegible] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

60111 (5/85) Complete Both Sides Before Using Another Sheet



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 2/18/05 | S c/o [illegible] x [illegible] | |
| | O [illegible] | |
| | [illegible] | |
| | Eye [illegible] scheduled | |
| | A/P: | |
| | [illegible] x [illegible], [illegible] | |
| | eye doctor [illegible] | |
| 02/20/05 | S c/o [illegible] | |
| | O [illegible] | |
| | c/o blurred vision | |
| | visual acuity ck. | |
| | [illegible] | |
| | A/P | |
| | [illegible] x [illegible] | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD

60111 (5/85)

Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |




PRISON HEALTH SERVICES INCORPORATED

PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

# PROGRESS NOTES

**Date/Time** | **Inmate's Name:** Wright, Richard | **D.O.B.:** 8/15/67

3/23/05 1100 Wt 169 lbs P-54 R-18 BP 120/80 T 96.6
Rash under neck; Headaches
38 BM c/o reoccurring HA states throbing in frontal area of head states 3-7 on 1-10 pain scale last 30 min to 2 hrs x 2x week denies N/V/D ⊖ dizziness ⊖ lightheadness
NAD USS AAOx3 — Allergic to tylenol ⊖ meds
HEENT OD slight Ectotropic
TM's intact ⊖ effusion throat clear
⊖ redness ⊖ LAD ⊖ Sinus tenderness noted. ⊖ temporal tenderness
EOM: PERRLA ⊖ nystagmus
neuro intact
Lung cta - c/o hacky cough at night

A Allergic Sinusitis
Headaches

P/R Con motrin 200 mg II po BID x 1 month PRN
Sudafed I po BID x 3 days labs/xray reviewed
Safety ↑ fluid ↑ Exercise
[signature]

60111 (5/85) — plete Both Sides Before Using Another Sh

**Date/Time** | **Inmate's Name:** Wright Richard 187140 **D.O.B.:** 8/15/67

5-5-05 WT 178 B/P 120/84 P64 R20 T 98.8 O2 84%
S: "Constant dry cough - blurred vision - need profile for Master lock - rash on face - headaches"

(T) HA
Blurred vision
S/P—
Cough

(O) AXOX3
HEENT (R) Except Tender over - (R) frontal sinus
PERRLA EOMI
Lungs CTA
CV - NSR
Abd - Benign
M/S. NL.

(A) Chr. Allergic Sinusitis
facial (mild) folliculitis

(P) S/P.
ETM +

(E) Reg. Exercise
MH. Counseling

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



PHS
PRISON
HEALTH
SERVICES
INCORPORATED
FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard 187140 D.O.B.: 8/15/67 |
|---|---|
| 5/16/05 0900 | Blurry vision; headache; joints popping; cream for face |
| | BP 124/78 P-88 Pulse ox 99 R-20 T98.0 Wt 171¼ lbs |
| | |
| O | has Still Some facial folliculitis |
| | in Spite of S/p. |
| | blurred vision |
| | but Exam PERRLA / EOMI |
| | Fundus NL. |
| | m/s - Exam normal. |
| | |
| (A) | Chr. Allergic Sinusitis |
| | ? Malingering |
| | |
| P) | Pseudofed - |
| (E) | Reg. Hygiene |
| | [signature] |

60111 (5/85)

...mplete Both Sides Before Using Another S...et

| Date/Time | Inmate's Name: Wright, Richard 187140 D.O.B.: 8/15 167 |
|---|---|
| 6/7/05 | Wt. 170# B/P 120/78, P65 R18 T 98.8 |
| | c/o HA, acne, joint pain |
| | |
| O) | Asking for Eye glasses — |
| | Squatting - Easily |
| | M/S. no motor or Sensory deficit |
| | Sinuses NT — |
| | mild facial acne. |
| (A) | Malingering |
| | ? HA — Myopic — |
| | |
| P) | Benzoyl — |
| | Tylenol — |
| (E) | Back and Knee Exercises |
| | will talk to - about glasses |
| | |
| | [initials] |
| 6/21/05 1052 | Wt 166 1/4 lbs P77 PO2 97% R-20 T 97.8 BP 110/82 |
| | Headaches / Glasses |
| | |
| O) | PERRLA / EOM. |
| | |
| (A) | vision problems |
| | |
| P) | ordered to see opt- on 5/5/05 |
| (E) | Reg. Exer |
| | [initials] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



# PROGRESS NOTES

**Date/Time** **Inmate's Name:** Wright, Richard **D.O.B.:** 8/15/67

6-23-05/1110 169.25# - 18 - 76 - 98.2 - 118/80 - c/o joints popping, H/A, ↑ food, reg. BS ✓ — [signature]

O) mostly Chronic malingerer — nasal mucosa
all joints normal ROM. congested
NT -
HEENT NL — Except ↗
No Need for Extra food —

(A) Malingering — / allergic Rhinitis.
(P) Eye glasses in process —
(S) Reg. Exercise

[signature]

60111 (5/85) Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: Wright, Richard #187140 D.O.B.: 8/15/67 |
|---|---|
| 7-1-05/0910 | Wt 170.5 B/P 120/78 P65 R 20 T 98.8 – C/o "breaking out from TB skin test to (L)(R) arm, chest, legs, ~~head~~ C/o bumps to head —— C Hunter, LPN |
| | O) itchy all over after PPD skin test; no skin rash visible |
| | (A) Allergy |
| | P) Benadryl |
| | (E) Reg. Exercise |
| 7-14-05/0820 | Wt 178 B/p 118/78 P67 R18 T98.8 – C/o feet pain, request shoe insoles, request key lock D/T blurry vision, request diet to ↑ weight, C/o H/A —— C Hunter, LPN |
| | O) Normal — feet; Wt 178 —; P/E normal —; Eye glasses — pending; Lungs CTA; CV-NSR; Abd – soft NT |
| | (A) vision problems —; Labs Reviewed |
| | P) Pending Eye glasses |
| | (E) Reg. Exercise |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED