

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright   Date of Request: Aug 13, 2005
ID #: 187140   Date of Birth: Aug 15, 1967   Location: 9B Bed 4 Top
Nature of problem or request: NEED To Know iF glasses has arrived From Bullock, Need profile For a back Key look due to blured vission at times. Alternatives measure For head aches with stiffness oF Joints and Bones

Richd W Wright Jr.
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective   (V/S):**   T:         P:         R:         BP:         WT:

**(A)ssessment:**

Waived Signed

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr.     Date of Request: Aug 8, 2005
ID #: 187140     Date of Birth: Aug 15, 1967   Location: 10-B/55-B
Nature of problem or request: Need some type of support to absorb the shock from running and walking. How can I obtain a key lock, For Sgt Flowers claims they do not give master lock for inmates with vision problems

Richard W Wright Jr.
*Signature*

**DO NOT WRITE BELOW THIS LINE**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Date: 8/8/05
Time: 1:10 PM
Allergies: Tylenol

RECEIVED
Date: 8/8/05
Time: 11:45
Receiving Nurse Initials: DS

O2Sat = 97%

(S)ubjective: "I'm wearing the insoles she ordered but they are not doing any good"

(O)bjective (V/S): T: 98.4  P: 66  R:   BP: 132/92  WT: 183
B/m amb. w/ steady gait - A/O x 4 - with complaints as listed above.

(A)ssessment:

(P)lan: ① Appt. with Ms. Floyd, CRNP - 8/18/05 = 8:00 am
②

Refer to: (CRNP)  MD/PA  Mental Health  Dental  Daily Treatment    (Return to Clinic PRN)
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

Richard W Wright L187140      D Williams LPN
                                              SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright Sr.   Date of Request: July 13, 2005
ID #: 187140   Date of Birth: 15 Aug 67   Location: 6-B bed #1
Nature of problem or request: Sores and tender spots on face and head after taken T.B. skin test. Need insoles/arch supports for boots. Need a master lock (profile) for blurred vision. Need some thing for head aches. Placed on diet to increase body weight back to normal. Rich W. Wright, Sr.
                                                                Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 7/15/05
Time: 4:05 PM
Allergies: Tylenol

RECEIVED
Date: 7-15-05
Time: 12:00
Receiving Nurse Initials: DS

IF 7/20/05

(S)ubjective: "Still have the same problems; I saw the doctor yesterday and he didn't do anything about my complaints"

O2Sat 98%  (O)bjective (V/S): T: 97²  P: 66/80  R: 18  BP: 144/88  WT: 178

(A)ssessment: B/M amb to HCU c steady gait - complaints as listed above are same submitted on 7/12/05 for which he saw the Dr. on 7/14/05. F/M suggests Dr. did nothing and he still has those complaints

(P)lan: ① Suggest F/M to speak with HSA and/or Warden the feels dissatisfied with phys. findings & TX plan.
② Appt. with Dr. Rafferty 7/19/05 - 8:00 AM.

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment   (Return to Clinic PRN)
                        CIRCLE ONE
Check One: ROUTINE (X)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

X Rich W Wright Sr.    D Williams RN
                              SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

#1

Print Name: Richard W. Wright, Sr.   Date of Request: July 12, 2005
ID #: 187140   Date of Birth: 15 Aug 67   Location: 6B/1B
Nature of problem or request: Sores and tender spots on face and head after taken T.B. skin test. Need insoles/arch supports for boots. Need a master lock (profile) for blurred vision. Am I still scheduled to see the eye doctor?

Signature: Richard W. Wright, Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: 7/13/05
Time: 1207 AM/PM (PM)
Allergies: Tylenol, TB skin test serum

RECEIVED
Date: 7-13-05
Time: 11.50
Receiving Nurse Initials: DS

(S)ubjective: The places on my face now is sore & tender after taking TB skin test → Need my glasses. Also need to see the eye Dr again — as listed above — needs insoles because my feet hurt more & more — 5/10 — HA

pain

(O)bjective (V/S): T: 98.8   P: 74   R: 16   BP: 142/106   WT: 179#
c/o arch and ball of feet hurts — Informed I/M that medical does not handle master lock profile — refer to Dr. Kayapati for same —

(A)ssessment: alt in Health Maintenance

(P)lan: I/M informed to √ newsletter daily for eye list.
Refer to MD for: ① Sores/tender spots on face and head ② insoles and master lock profiles ③ Will speak with Ms. Campbell re: glasses + eye exam ④ Refer to MD headache + WBT

headache

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

Report to HCU 7/14/05 8:00 AM appt. with Dr. Kayapati

+ Richard W Wright, Sr.        D. William, RN
                SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright, Sr.   Date of Request: July 12, 2005
ID #: 187140   Date of Birth: 15 Aug 67   Location: 6B1 1B
Nature of problem or request: Need some thing For head aches. Placed on Diet to increase body weight back to normal

Signature: Richard W. Wright Sr.

#2 of 2

**DO NOT WRITE BELOW THIS LINE**

Date: 7/13/05
Time: 5:20 PM
Allergies: Tylenol

RECEIVED
Date: 7-13-05
Time: 11:50
Receiving Nurse Initials: DS

(S)ubjective: Headache comes + goes - may not come back in 4-5 days - Pain level 5/10

(O)bjective (V/S): T: See   P: Page   R: 1   BP:   WT:

(A)ssessment: See Page 1

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(P)lan: Refer to Dr. Raypati 7/14/05 / 8:00 Am

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )   No ( )
Was MD/PA on call notified: Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright   Date of Request: June 30, 2005
ID # 187140   Date of Birth: Aug 15, 1961   Location: 6B/1T
Nature of problem or request: Having a reaction in skin (light spots) and itching after taken the T.B. skin test again

Signature: Richard W. Wright Jr.

**DO NOT WRITE BELOW THIS LINE**

Date: 6/30/05
Time: 5pm AM PM
Allergies: NKA

RECEIVED
Date: 6-30-05
Time: 11:45
Receiving Nurse Initials: DS

(S)ubjective: "I'm getting the same thing like before when I got the TB skin test. Everywhere I have a scar it itches also my scalp. This is the 4th time I've had a TB skin test within the last year. I refuse to take it."

(O)bjective (V/S): T: 98   P: 74   R: 18   BP: 122/86   WT: 175

"I went to Seg and they would not let me out until I agreed to take it." I/m B/m ambulated to HCUC steady gait alert oriented X3 - skin W/D intact however has many rash to scalp C/O itching - last TB skin test given 6/24/05 I/m further has numerous white spots to arm, chest, B leg.

(P)lan: Refer to Dr. Rayapati 7/1/05 — 8:00 Am

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

Signature: Richard W Wright 187140 / A Williams RN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

GLF-1002   (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr.   Date of Request: June 28, 2005
ID #: 187140   Date of Birth: 15 Aug 67   Location: (6-B)/1-B
Nature of problem or request: Having another reaction in skin after taken T.B. skin test. What should I do?

Signature: Richard W Wright Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: 6/29/05
Time: 8:00 AM/PM
Allergies: NKDA

RECEIVED
Date: 6-29-05
Time: 11:45
Receiving Nurse Initials: DS

**(S)ubjective:**

**(O)bjective   (V/S):**   T:   P:   R:   BP:   WT:

**(A)ssessment:** No show / Warn

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE: A. Williams R

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright, Sr.    Date of Request: June 21, 2005
ID #: 187140    Date of Birth: Aug 15, 67    Location: 9-B (Seg.)
Nature of problem or request: Popping and stiffness in joints, still having frequent head aches, once release from (Seg) could I be placed on a diet which will increase my weight back to normal. Have glasses return? I need my blood sugar level check.

Signature: Richard W. Wright, Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: 6/22/05
Time: 1700  AM PM
Allergies: NKA

RECEIVED
Date: 6-22-05
Time: 12:30
Receiving Nurse Initials: DS

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

(S)ubjective: See Above

(O)bjective (V/S): T: 98.6  P: 76  R: 18  BP: 130/80  WT: 169#

(A)ssessment: Alt in Comfort

(P)lan: Refer to Dr. Rayapati on Thurs. 6/23/05 @ 8 AM

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)  EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )  No ( )
   Was MD/PA on call notified:  Yes ( )  No ( )

T. Staulis, LPN
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright Sr.   Date of Request: June 20, 2005
ID #: 187140   Date of Birth: 15 Aug 67   Location: 9-B (Seg)
Nature of problem or request: Could I have my sugar level check.

_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 6/20/05
Time: 640  AM  PM
Allergies: _____

RECEIVED
Date: 6-20-05
Time: 12:15
Receiving Nurse Intials: DS

(S)ubjective:

see next sheet

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

(O)bjective  (V/S):  T:___  P:___  R:___  BP:___  WT: 170

(A)ssessment: alteration in comfort

(P)lan: to see Dr. Rayapati on 6-21-05 @ 800 am
E. keep appointment as scheduled

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF 1002  (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright   Date of Request: June 20, 2005
ID # 187140   Date of Birth: 15 Aug 67   Location: 9-B (Seg)
Nature of problem or request: Popping and stiffness in joints, still having Frequent head aches, once release From (Seg) Could I be placed on a Diet which will increase my weight back to normal. have Glasses returned?

Rich W Wright Jr.
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 6/20/05
Time: 640 AM PM
Allergies: _____

RECEIVED
Date: 6-20-05
Time: 12:15
Receiving Nurse Initials: DS

(S)ubjective: I'm having frequent headache. I'm having stiffness and popping joints. I need my blood sugar check

(O)bjective (V/S): T: 99.4   P: 90   R: 20   BP: 118/80   WT: 170
Ambulatory to HCU steady gait (via 2 officers) skin w/b

(A)ssessment: alteration in comfort

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

(P)lan: to see Dr. Rayapati on 6-21-05 @ 800AM
to keep appointment as scheduled

Richard W Wright

Refer to: MD/PA  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)