

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright   Date of Request: 6 June 05
ID #: 187140   Date of Birth: 15 Aug 67   Location: 9-B-Seg # 204
Nature of problem or request: Poping and stiffness in joints, ~~const headaches~~, need refill for Acne medication Follow-up treatment, Headache's and blured Vision.

Signature: Rchd W Wylt Jr.

### DO NOT WRITE BELOW THIS LINE

Date: 6/6/05
Time: 7:10 AM/PM
Allergies: Tylenol, TB thin last

RECEIVED
Date: 6-6-05
Time: 9:15
Receiving Nurse Initials: DS

(S)ubjective: Pain and stiffness in joints in wrists, and legs and hips. Headaches often, and I need my acne medication renewed.

(O)bjective (V/S): T: 97.8  P: 72  R: 18  BP: 126/92  WT: 171
BM alert & oriented x 3. Requests refill of acne medication. C/o pain and stiffness to joints.

(A)ssessment: alteration in comfort.

(P)lan: To HCU on Tuesday 6-7-05 at 8:00 am for an appointment with Dr Rayapati

Refer to: MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*Refer to text*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Richard W Wright, Sr.**   Date of Request: **May 12, 2005**
ID #: **187140**   Date of Birth: **Aug 15, 1961**   Location: **9-B (seg)**
Nature of problem or request: I was advised by the dental examiner to sign up for a dental appointment, would you assign me an appointment. I need to see the doctor concerning frequent head ache, blured vision, poping and stiffness in joints, razor bumps and skin irritation in beard area.   **Richard W. Wright Sr.**
                                                                                                                                                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 5-12-05
Time: 1635  AM / PM
Allergies: T.B. skin test, Tylenol

RECEIVED
Date: 5-12-05
Time: 12:30
Receiving Nurse Initials: DS

(S)ubjective: "I need to see the doctor bad"

(O)bjective (V/S):  T: 97.8  P: 82  R: 24  BP: 138/80  WT: 176

c/o painful joints, headaches, request out for shave bumps, has current profile for shaving currently on MD doctor list, raised areas on neck, face, chin

(A)ssessment: *comfort level alt.*

(P)lan: See Dr. Rayapati 5-16-05 @ 8:00 am    (E) continue current profiles & meds

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Richard W Wright Sr.   Date of Request: May 1, 2005
ID # 187140   Date of Birth: 15 Aug 67   Location: 9-B (seg.)
Nature of problem or request: Requested chest x-ray after having (4) T.B. Skin test resulting in out break of sores, Blured Vision at Unusual times, unexplained head aches, over 20 pound of weight lose and popping and aching in joints and dry Coughs.
Richard W. Wright. Sr.
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 5/2/05
Time: 4/3 AM (PM)
Allergies: Tylenol

RECEIVED
Date: 5-2-05
Time: 12:30
Receiving Nurse Intials: DS

(S)ubjective: I need a profile for master lock. I'm still having blurred vision & headache. the doctor gave me something for a cough and it went away but now it's back. I need refill for benzoyl peroxide because of the bump in my face.

(O)bjective (VIS): T: 99.4  P: 62  R: 16  BP: 128/82  WT: 178
O2 97% Sat resp even no distress noted
Skin W/D intact face not red or swollen lungs clear bilateral
no cough noted @ this time

(A)ssessment: alter in comfort

(P)lan: to see Dr. Rayapati on 5-5-05 @ 800am
& keep appointment as scheduled

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified: Yes ( )  No ( )

Richard W Wright Sr

S Thompson RN
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wayne Wright, Sr.   Date of Request: May 1, 2005
ID # 187140   Date of Birth: 15 Aug 67   Location: 9-B (seg)
Nature of problem or request: Did the prescribed glasses arrived here from Bullock? IF not, would some one inform me of the procedure I must follow in order to receive the glasses and could I get a profile for a master lock due to blured vision. Could I get a refill for the Acne medication (Benzoyl Peroxide lotion) Richard W. Wright, Sr.
                                                                                Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 5-2-05
Time: 12:30
Receiving Nurse Intials: DS

(S)ubjective:

(O)bjective  (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____

(A)ssessment:

(P)lan:

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
            Was MD/PA on call notified:  Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright, Sr.   Date of Request: April 28, 2005
ID # 187140   Date of Birth: 15 Aug 67   Location: 9 B (seg)
Nature of problem or request: Requested chest x-ray after having (4)(T.B) skin test resulting in outbreak of sores, Blured vision at unusual times, unexplained headaches, over 20 pounds of weight lost and popping and acheing in joints and dry coughs.

Richard W. Wright, Sr.
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 4-29-05
Time: 9.00
Receiving Nurse Initials: DS
```

**(S)ubjective:**

**(O)bjective   (V/S):**   T:_____   P:_____   R:_____   BP:_____   WT:_____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                  CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Richard Wayne Wright, Sr.   Date of Request: 28 April 05
ID # 187140   Date of Birth: 15 Aug 67   Location: 9-B (Seg.)
Nature of problem or request: Did the prescribed glasses arrived here from Bullock? IF, not would some one inform me of the procedure I must Follow in order to receive the glasses and could I get a profile for a master lock due to blured vision. Could I get a refill for the acne medi-cation (Bencoyl Peroxide lotion

Signature: Richard W. Wright, Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 4-29-05 |
| Time: 9:00 |
| Receiving Nurse Intials: DS |

(S)ubjective:

(O)bjective   (V/S):   T:_____   P:_____   R:_____   BP:_____   WT:_____

(A)ssessment:

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright    Date of Request: April 26, 2005
ID # 187140    Date of Birth: Aug 15, 1967    Location: 9B (Seg)
Nature of problem or request: Requested Chest X-ray after having (4) T.B. Skin test resulting in out break of sores, blured vision at unusual times, Un explained head aches, Over 20 pound of Weight lost and poping and aching in joints and dry coughs.
   Richard W. Wright Sr.
   *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 4-27-05
Time: 12:30
Receiving Nurse Intials: DS

**(S)ubjective:**

**(O)bjective  (V/S):**  T:____  P:____  R:____  BP:____  WT:____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )   No ( )
      Was MD/PA on call notified:  Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr    Date of Request: April 26, 2005
ID # L87140    Date of Birth: 15 Aug 67   Location: 9B (seg)
Nature of problem or request: Did the prescribed glasses arrived here from Bullock? If not, would someone inform me of the procedure I must follow in order to receive the glasses and could I get a profile for a master lock, due to blured vision. Could I get a refill for the Acne Medication (Benzoyl Peroxide lotion)

Signature: Richard W Wright Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 4-27-05
Time: 12:30
Receiving Nurse Intials: DS

**(S)ubjective:**

**(O)bjective (V/S):** T:    P:    R:    BP:    WT:

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
         Was MD/PA on call notified:    Yes ( )    No ( )

SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright Sr.  Date of Request: 20 Mar 2005
ID # 187140  Date of Birth: 15 Aug 67  Location: Seg. 7 Dorm
Nature of problem or request: I would like to know the finding concerning the injures I suffered in my head at bullock, could I get some medication for head aches. Could I get another perscription for face rash due to shaving.

Richard W Wright Sr.
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 3/21/05
Time: 1920 AM/PM
Allergies: Tylenol, TB skin test

RECEIVED
Date: 3-21-05
Time: 12.00
Receiving Nurse Initials: DS

(S)ubjective: "I need something for headache and shave bump cream"

(O)bjective (V/S): T: 98.6  P: 51  R: 20  BP: 110/80  WT: ___  O2Sat 98%
rash - raised areas under chin and on jaw line
no drainage noted
headache c/o injury to head in Bullock PD, $\bar{p}$ headache @ time

(A)ssessment: skin integrity / comfort level alt

(P)lan: See Ms Floyd CRN 3-23-05 8:00 am
Motrin 800 mg BID x 5 days
c/o Ms Floyd CRN

Refer to: MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright    Date of Request: 2 Mar 05
ID #: 187140    Date of Birth: 15 Aug 67    Location: 19 Cell (seg)
Nature of problem or request: Cream for Shaving rash and Saving profile X-ray for T.B. exposure

Signature: Richard W Wright Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: 3/3/05
Time: ___ AM PM
Allergies: NKA

RECEIVED
Date: 3/3/05
Time: 0600
Receiving Nurse Initials: ___

(S)ubjective: "Nurse I have a rash under my chin I need the doctor to look at it, and I need my shaving profile so renewed"

(O)bjective: BP 110/70  P-78  R-16

(A)ssessment: Alteration in comfort

(P)lan: See MD

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                                  CIRCLE ONE
Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No
Was MD/PA on call notified:   Yes ( )   No

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Signature: Gloria Rogers LPN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95