# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright          Date of Request: 25 Feb 05
ID #: 187140                          Date of Birth: 15 Aug 05   Location: 19 Cell (Seg)
Nature of problem or request: Need head X-ray constant head eches, Cream for rash from shaving with profile

Richard W Wright Sr
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: __/__/__
Time: _____ AM PM
Allergies: _____

**RECEIVED**
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective:

(O)bjective:

(A)ssessment:

(P)lan:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright     Date of Request: 24 Feb 05
ID #: 187140     Date of Birth: 15 Aug 67   Location: 19 Cell Seg
Nature of problem or request: Need an X-ray due to having continual Head aches, need some type of anti-biotic cream for shaving rash with a shaving profile

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 2/25/05
Time: 0515 AM PM
Allergies: NKA

RECEIVED
Date: 2/25/05
Time: 0515
Receiving Nurse Initials: __

(S)ubjective: "I need to have x-rays done of my head because I have headaches all the time"

(O)bjective: BP 120/80  P-76  R-16  T-98.8
Wt.

(A)ssessment: Alteration in comfort

(P)lan: See MD

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
             Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright    Date of Request: 22 Feb 05
ID #: 187140    Date of Birth: 15 Aug 67    Location: 19 Cell Seg
Nature of problem or request: I need some type of cream for shaving rash and bumps and an x-ray because I'm having continual head aches and dizziness.

Richard W Wright Sr
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 2/23/05
Time: 0515 AM PM
Allergies: NKA

RECEIVED
Date: 2/23/05
Time: 0515
Receiving Nurse Initials: DK

(S)ubjective: "I need some cream for my face I have a razor bumps"

(O)bjective: B/20/70  P-78  R-16  T-98.8

(A)ssessment: Alteration in comfort

(P)lan: See MD

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

Gloria Rogers, RN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Richard W Wright    Date of Request: 19 Feb 05
ID #: 187140    Date of Birth: 15 Aug 67   Location: 19 Cell Seg
Nature of problem or request: I been having head ache

_Richard W Wright Sr._
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective:

(O)bjective

(A)ssessment:

(P)lan:

FOR PROFESSIONAL USE O
CONFIDENTIAL RECC
NOT TO BE PHOTO COP

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                   CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
    Was MD/PA on call notified:  Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

**PRISON HEALTH SERVICES, INC**
**SICK CALL REQUEST**

Print Name: Richard Wright    Date of Request: 3/Feb 05
ID #: 187140    Date of Birth: _____    Location: 19 cell
Nature of problem or request: Head aches need some ___ _____ to ____ _____ ___ _____ __ ___

_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective:




(O)bjective:




FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(A)ssessment:




(P)lan:




Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )


_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _____  Date of Request: _____
ID # _____  Date of Birth: _____ Location: _____
Nature of problem or request: _____
_____
_____
_____
_____

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective:

(O)bjective

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
  If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright   Date of Request: JAN 24, 2005
ID #: 187140   Date of Birth: 8-15-67   Location: 15 Cell
Nature of problem or request: Infected Finger, Stomach Pains, Suffering from headache and rash in penis area.

Signature: Richard W Wright Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: 01/25/05
Time: 0500 AM
Allergies: NKA

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective: My finger is swollen & it hurts.

(O)bjective: Inmate in Pop. States finger hurts, no swelling noted. States stomach hurt real bad.

(A)ssessment: Alteration in comfort 2° pain

(P)lan: To see MD

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes (✓)  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W. Wright, Sr.  Date of Request: 21 Dec 04
ID #: 187140   Date of Birth: 5 Aug 67   Location: 4 cell (Seg)

Nature of problem or request:
I would like to know the cause for me having the following syptoms: head aches, stomach pains, constantly passing gas, irregular heart Beat.

Richard W. Wright
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 12/23/04
Time: 500  AM PM
Allergies: NKDA

**RECEIVED**
Date: 12-23-04
Time: 500
Receiving Nurse Initials: [initials]

(S)ubjective: B/p 120/80  P. 92  18  Temp 98²
I am having Headache, Stomach pain irregular Heart Beat.

(O)bjective: Do Seg inmate sitting on Bunk. No acute distress noted. VS within normal limits. Inmate note eating or taking medication.

(A)ssessment:

(P)lan: See MD in AM today

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )
Was MD/PA on call notified:   Yes ( )

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

L. Anderson, LPN
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Richard Wright          Date of Request: 16 Dec 04
ID # 187140                         Date of Birth: 15 Aug 67   Location: 4 cell
Nature of problem or request: I'm having stomach aches pain when I have bowel movement I see spots of blood on the tissue. What will cause a burning sensation when I piss

Richard Wright
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: __/__/__
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

Seg – Cell 4

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright          Date of Request: 14 Dec 04
ID #: 187140          Date of Birth: 15 Aug 67   Location: 4 Cell
Nature of problem or request: Having stomach pains, head aches, passing gas constantly, Heart irregular beating sometimes

Signature: Richard W Wright

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: _____ AM PM
Allergies: _____

**RECEIVED**
Date:
Time:
Receiving Nurse Initials: _____

(S)ubjective: "My stomach hurts"

(O)bjective: Inmate lying on bunk in Seg. States just don't feel good

(A)ssessment: Alteration in comfort 2° Headache

(P)lan: To place in basket for Dr. to see

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95