

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright
ID #: 187140          Date of Birth: 15 Aug 67   Date of Request: 14 Dec 04   Location: 4 Cell (Seg)
Nature of problem or request: I been having head aches since me and another inmate fought and my head hit the table or the floor. I've wonder would you tell me what is the problem with my stomach having irregular pain and passing gas constantly.

Signature: Richard W Wright Sr

---

**DO NOT WRITE BELOW THIS LINE**

Date: 12/12/04
Time: 510 AM PM
Allergies: NKA

**RECEIVED**
Date: 12-12-04
Time: 510
Receiving Nurse Initials: LA

(S)ubjective: Wt. BP 160/90 P.68 R.18 O2 Sat 95% my stomach Hurts afternoon Have irregular Heart beat at times my skin Breaking out. Headaches

(O)bjective: Inmate alert in no distress with following complaints. Skin warm and dry. No rash noted

(A)ssessment:

(P)lan: See MD in AM 12/13/04 @ ___

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                            CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
           Was MD/PA on call notified:  Yes ( )   No ( )

Signature: L. Anderson LPN
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Richard Wright**     Date of Request: **9 Dec 2004**
ID # **187140**     Date of Birth: **5 Aug 67**   Location: **4 Cell**
Nature of problem or request: I've been having head aches since me and another inmate fought and my head hit the table or the floor. I've wonder would you tell me what is the problem with my stomach having irregular pain and passing gas constantly

Signature: **Richard W Wright**

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

*Inmate previously seen by md 12/10/04*

**(A)ssessment:**

**(P)lan:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Richard Wright          Date of Request: 1 Dec 04
ID # 187140                          Date of Birth: 5 Aug 67   Location: 4 Cell
Nature of problem or request: I've been having head aches since me and another inmate fought and my head hit the table or the floor. I've wonder would you tell me what is the problem with my stomach having irregular pain and passing gas constantly     Richard Wright
                                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: __/__/__
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective:




(O)bjective




(A)ssessment:

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

(P)lan:




Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
          Was MD/PA on call notified:   Yes ( )   No ( )




_____
                                                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Richard Wright**  Date of Request: **2 Dec 04**
ID # **187140**  Date of Birth: **8-15-67**  Location: **4 cell seg**
Nature of problem or request: **I have the following symptoms and request blood and weight check. Symptoms light color defication, easily breaking of the skin, slow lost of vision, weight lost and hair on head, low energy often times.**

**Richard Wright**
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**



**(O)bjective**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:**



**(P)lan:**



Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                          **CIRCLE ONE**
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )     No ( )
           Was MD/PA on call notified:   Yes ( )     No ( )


*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

Seg



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

4th Request

Print Name: Richard W Wright   Date of Request: 30 Nov 04
ID # 187140   Date of Birth: 8-15-67   Location: 4 Cell Seg
Nature of problem or request: I've request some type of cream for the sore's on my legs and hands. I have the following symptoms and request blood and weight check. Symptoms: light color defication easily breaking of the skin, slow lost of vision, weight lost and lost of hair on head, low energy often times.   Richard W Wright Sr.
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(O)bjective

(A)ssessment:

(P)lan:

Refer to: (MD/PA)   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

M Rivers M
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard Wright Sr  Date of Request: Nov 24, 2004 (wed)
ID #: 187140   Date of Birth: 5 Aug 67  Location: 4 Cell (Seg)
Nature of problem or request: I've requested some type of cream for the sores on my legs and hands. I've had have the following symptoms and request blood and weight check. Symptoms: light color defication, easily breaking of the skin, slow lost of vision, weight lost, lost of hair on head, low energy often times. Richard W Wright Jr.

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 11/26/04
Time: 0500 AM PM
Allergies: NKDA

RECEIVED
Date:
Time:
Receiving Nurse Initials: ___

**(S)ubjective:** I've had these things going on for awhile now & I've requested help before. I'd like to see the doctor.

**(O)bjective:** To have lab work done, ointments ordered & given to inmate, placed on eye list to see eye doctor on 11/30/04.

**(A)ssessment:** Alt in skin, Alt in comfort do to c/o.

**(P)lan:** Refer to see MD for better evaluation

Refer to: MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )  EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )  No ( )
   Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

2nd request

Print Name: Richard Wright Sr.    Date of Request: 23 Nov 04
ID #: 187140    Date of Birth: 15 Aug 67    Location: 4 Cell (Seg)
Nature of problem or request: I've requested some type of cream for the sores on my legs and hands. I've have the following symptoms and request blood and weight check. Symptoms: light color defication, easily breaking of the skin, slow lost of vision, weight lost and lost of hair on head, low energy often times.

Signature: Richard W Wright Sr.

**DO NOT WRITE BELOW THIS LINE**

Date: 11/24/04
Time: 0515 AM PM
Allergies: NKA

**RECEIVED**
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective: I'm very weak, and have sores on my leg

(O)bjective:

(A)ssessment: Amb in cell, agitated.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECOR
NOT TO BE PHOTO COPIED

(P)lan: To see MD @ 700/Boo

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95




# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright    Date of Request: 22 Nov 04
ID #: 187140    Date of Birth: 15 Aug 67   Location: 4 Cell (Seg)
Nature of problem or request: I've requested some type of cream for the sores on my legs and hands. I've have the following symptoms and requesting blood and weight check. light colored defication easily breaking of the skin, slow lost of vision, weight lost and a lost of hair on head, low energy often times.    Richard W Wright Jr.
                                                                            Signature

### DO NOT WRITE BELOW THIS LINE

Date: __/__/__
Time: _____ AM  PM
Allergies: _____

**RECEIVED**
Date:
Time:
Receiving Nurse Intials _____

(S)ubjective:


(O)bjective


FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(A)ssessment:


(P)lan:


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
     Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright    Date of Request: 2:15 p.m. (Wed) 17 Nov 04
ID # 187140    Date of Birth: 15 Aug 04    Location: 4 Cell (Seg.)
Nature of problem or request: I have several medical problems that I wish to discuss with the doctor. Sore scabs on legs and hands, rash in penis area, razor bumps and continually passing (gas)

Signature: Richard W Wright Jr.

### DO NOT WRITE BELOW THIS LINE

Date: __/__/__
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective:



(O)bjective



(A)ssessment:



(P)lan:



Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/96



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright  Date of Request: 1:45 p.m. Wed 17 NOV 04
ID #: 187140  Date of Birth: 15 Aug 67  Location: Cell 4 Seg
Nature of problem or request: I have several medical problems that I wish to discuss with the doctor, sore scabs on legs and hands, rash in penis area, razor bump and continually passing (gas).

Signature: Richard W Wright Jr.

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective:

(O)bjective:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95