

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Richard W Wright     Date of Request: 15 Nov 04  *Monday*

ID # 187140     Date of Birth: 15 Aug 67 Location: _____

Nature of problem or request: I have several Medical problems in which has went unresponded too. Sores scabs on legs. Need Some Gream For rash in penis area, racor bumps under neck. R.W.W.

Richard W Wright Jr.
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/96



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright_      Date of Request: _12 Nov 04_
ID # _187140_      Date of Birth: _8-15-67_ Location: _eight (8) cell_
Nature of problem or request: _Sore scabs on legs never really goes away - rash in penis area - need shaving profile for razor bumps on neck area_

_Richard W Wright_
**Signature**

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

+-----------------------------+
| **RECEIVED**                |
| Date:                       |
| Time:                       |
| Receiving Nurse Intials ___ |
+-----------------------------+

**(S)ubjective**

**(O)bjective**       _No Sho..._

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_____
**SIGNATURE AND TITLE**

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/96



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wright_     Date of Request: _10 Nov 04_
ID # _187140_          Date of Birth: _8-15-67_ Location: _8 Cell_
Nature of problem or request: _Sore - scabs on legs need some type of cream for rash in penis area, razor bumps under neck. Need cream for_

_Richard W Wright_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective**

**(O)bjective**     _No Show_

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_ Date of Request: _11/16/02_

ID#: _187140_ Date of Birth: _8-15-67_ Housing Location: _2-11_

Nature of problem or request: ~~RAZOR Rash ANd~~

_Tooth Ache_ _____

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
**********************************************************************

HEALTH CARE DOCUMENTATION

Subjective:

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Objective:  BP _____ P _____ R _____ T_____

Assessment:

Plan:

Refer to: ___PA/Physician ___Mental Health ___ Dental

Signature: _C Buttts_ Title: _DA_ Date: _11/22/02_ Time: _____

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_    Date of Request: _6 - 12 - 96_

ID #: _187140_    Date of Birth: _08-15-67_    Housing Location: _2 cell bed 41_

Nature of problem or request: _Tooth need Feeling_

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Assessment: _6/13/96  S/C  C/o filling out # 30_

Plan:    _appt ASAP_

Refer to: ____ PA/Physician ____ Mental Health __X__ Dental

Signature:_____ Title: _____ Date: _____ Time: _____

CMS 7166  REV. 3/93

*PB*

# CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: Richard Wright    Date of Request: 5/24/96

ID #: 187140    Date of Birth: 08/15/67    Housing Location: W 23

Nature of problem or request: Tooth need Filling

I consent to be treated by health staff for the condition described.

Richard W Wright
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health _X_ Dental

Signature: M. Squire    Title: RDH    Date: 5/24    Time: _____

CMS 7166 REV. 10/94

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, Alabama  36130-3017

# TB
## Skin Test Report

County Code /2     Target Testing ✓     PROJECT 0610/     CHR# 182140

**Last Name** Wright

**First Name** Richard     MI

**Patient Home Address** Bullock

**City** Union Springs

**State** Al     **Zip Code**     **Home Phone**

SSN:      SEX: ☑M ☐F

Date of Birth: 08 - 15 - 1967

**Race:** W ☐ B ☑ AI ☐ A ☐ AN ☐ H/PI ☐ O ☐
**ETHNICITY:** Hispanic or Latino: ☐ YES ☑ NO

**Test Administered By:** ☑ TB Staff  ☐ PH Nurse  ☐ Other
**Site Test:** ☐ Health Department  ☑ Other

**Reason Tested:** ☐ Health Care Worker ☐ Medical Risk ☐ Shelter ☐ Student ☐ Occupational ☐ Foreign Born ☐ Homeless ☑ Jail/Prison ☐ Not at Risk

**Contact to Case/Suspect:** ☐ YES ☐ NO

**Risk Categories:** ☐ A ☑ B ☐ C

**PPD ONE:** Provider#:     Lot#:
Date of Test 08-17-2004     Antigen ☑ AP ☐ TU
Provider#:
Date Read 08-19-2004     Result 02 mm ☐ Not Read

**PPD TWO:** Provider#:     Lot#:
Date of Test 02-27-2004     Antigen ☑ AP ☐ TU
Provider#:
Date Read 03-01-2004     Result 00 mm ☐ Not Read

Race codes: W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other     ADPH-TB - 26/REV-12-2002

4739494381



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|-----------|---|
| 6-24-05 /0745 | I/m to HCU per DOC Reg. Officer, given 0.1cc ID TB skin test (L) FA, verjo. sheet on site care /reading date given. States understanding d all _____ SCastle LPN |
| 6-25-05 | Ø BM when PES rounds this evening. C/o headache. P-Instructed to sign up for sick call. WWright L |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 3/4/05 8ᴾ | P.E. Rec. in H Car. Orientated and Clear for Kitchen duty — _____ R.N. |
| 04-26-05 / 0750 | IM refuses TB skin test. HA Dowling aware, IM → seg per DOC — Castle RN |
| 5/4/05 | HA Had DOC to bring inmate to Health Care. Spoke to inmate in ref. to refusing his T.B. Skin Test. Inmate states "I've had to many skin test in the past, I'm not taking it because it makes a rash on my leg & face". No rash noted on legs or face @ present. Inmate agreed to take TB skin in two months he states after some of the medicine is out of my system. — N Burks, RN |
| 5/4/05 10ᴾ | Spoke to site physician Dr Rayapati, Warden Giles and SHD Mr Parks in ref. to inmate refusing skin test. — N Burks RN |
| 5/4/05 10ᴾ | Spoke to Dr Mosier in ref to above refusal. States we can't force him he'll have to stay in seg". — N Burks RN |
| 5-5-05 / 1510 | Spoke to Dr. Rayapati re: eye exam on 02-18-05, cont. to await glasses from Bullock — L Castleberry |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 187140 | 8-15-67 | Bm | VCF |

PHS-MD-70049          Complete Both Sides Before Using Another Sheet