| Date/Time | Inmate's Name: Wright Richard # 187140 D.O.B.: 8/15/67 |
|---|---|
| 8/18/05-9:40 am | Wt. 186# T 97.8 B/P 110/70 R 20 P 60 |
| | c/o Muscle (both) feet |
| | (S) feet hurts |
| | has normal feet |
| | ē very mild flat arch |
| | (A) flat arches mild |
| | but functional |
| | (P) Instoles |
| | (3) Reg. Exer— |
| | [illegible] |



PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

Date/Time | Inmate's Name: Wright, Richard #187140 | D.O.B.: 8/15/67

7/21/05 / 9:11am wt 181 LBS B/P 112/80 T98.6 P58 R20

C/O blurry vision, headaches and feet pain 37 B/M for C/O as above states blurred vision from Hx of head trauma in Bullock CF eyes blurred in am c̄ clearing during day. Also C/O B/L feet pain while on feet in kitchen work

NAD USD [illegible] Ambulates s̄ difficulty

HEENT OD [illegible] OS [illegible] Glasses on order

Ht 5'11" wt 181 BMI 23/WNL

Cor RRR last eye exam

Lungs CTA OD 20/70

Ext ⊖ECC feet c̄ fallen arches OS 20/50

hard callus to front bottom feet X-Ray (?) head

⊖Sores noted ⊖[illegible] noted 7/05 WNL

Tennis Shoes in bad shape c̄ bottom soles coming apart pair of shoes

A Hx Head trauma

HA - tension B/L feet pain

P/ OK for Master Lock X 1yr

/E 1 PR Arch Support X 6 month.

Motrin 200 mg TT po BID X 90 days PRN

Safety. RTC PRN [signature]

8/5/05 Chart Reviewed due to his condition do not need long term Need RO [signature]

60111 (5/85) (Com)plete Both Sides Before Using Another Sh(eet)

| Date/Time | Inmate's Name: Wright, Richard #187140 D.O.B.: 8/15/67 |
|---|---|
| 7-1-05/0910 | Wt 170.5 B/P 120/78 P65 R 20 T 98.8 – c/o "breaking out from TB skin test to (L)(R) arm, chest, legs, ~~head~~ c/o bumps to head ——— C Hunter, LPN |
| O) | itchy all over after PPD skin test |
| | no skin rash visible |
| (A) | Allergy |
| P) | Benadryl — |
| (E) | Reg. Exercise |
| 7-14-05/0820 | Wt 178 B/P 118/78 P67 R18 T 98.8 – c/o feet pain, request shoe insoles, request key lock c/o blurry vision, request diet to ↑ weight, c/o H/A ——— C Hunter, LPN |
| O) | Normal — feet; Wt 178 —; P/E normal —; Eye glasses — pending; Lungs CTA; CV-NSR; Abd – soft NT; Labs. Reviewed |
| (A) | vision problems — |
| P) | Pending Eye glasses |
| (E) | Reg. Exercise |



# PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard D.O.B.: 8/15/67 |
|---|---|
| 6-23-05/1110 | 169.25# - 18 - 76 - 98.2 - 118/80 - c/o joints popping, H/A, ↑ food, reg. BS ✓ — L Crott LPN |
| O) | mostly Chronic malingerer — nasal mucosa all joints normal ROM. congested |
| | NT - |
| | HEENT NL — Except |
| | No need for Extra food — |
| (A) | Malingering — / allergic Rhinitis. |
| (P) | Eye glasses in place — |
| | Reg. Exercise |

 Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: Wright, Richard 187140 D.O.B.: 8/15/6? |
|---|---|
| 6/7/05 | Wt. 170# B/P 120/78 P65 R18 T 98.8 |
| | C/O HA, acne, joint pain |
| | |
| O) | Asking for Eye glasses — |
| | Squatting - Easily |
| | m/s. no motor or sensory deficit |
| | fine NT — |
| | mild facial acne |
| (A) | Malingering |
| | ? HA — Myopic — |
| | |
| P) | Benzoyl — |
| | Tylenol — |
| (E) | Back and Knee Exercises |
| | were talk to - about glasses |
| | |
| | [initials] |
| 6/21/05 1052 | Wt 166 1/4 lbs P77 PO2 97% R-20 T 97.8 BP 110/82 |
| | Headaches/glasses |
| | |
| O) | PERRLA / EOM. |
| | |
| (A) | vision problems |
| | |
| P) | referred to see opt. - on 5/5/05 |
| (E) | Reg. Exer |
| | [initials] |



PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard 187140 D.O.B.: 8/15/67 |
|---|---|
| 5/16/05 0900 | Blurry vision; headache; joints popping; cream for face |
| | BP 124/78 P-88 Pulse ox 99 R-20 T98.0 Wt 171 |
| | |
| (S) | has [illegible] some facial [illegible] |
| | in spite of [illegible]. |
| | blurred vision |
| | but. Exam PERRLA/EOMI |
| | [illegible] |
| | m/s - Exam normal |
| | |
| (A) | Chr. Allergic [illegible] |
| | ? Malingering |
| | |
| (P) | [illegible] |
| (E) | Reg. Hygiene |

80111 (5/95) [Co]mplete Both Sides Before Using Another S[hee]t

**Date/Time** | **Inmate's Name:** Wright Richard 187140 **D.O.B.:** 8/15/67

5-5-05 WT 178 B/P 120/84 P 64 R 20 T 98.8 O2 84%

S "Constant dry cough - blurred vision - need profile for Master lock - rash on face - headaches"

(T) HA
Blurred vision
S/P—
Cough

(O) AXOX3
HEENT (R) Except Tender ear - (R) frontal [illegible]
PERRLA EOM,
Lungs CTA
CV - NSR
Abd - Benign
M/S - NL.

(A) Chr. Allergic [illegible]
facial (mild) folliculitis

(P) S/P.
ETM +

(E) Reg. Exercise
MH. Counseling



## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard D.O.B.: 8/15/67 |
|---|---|
| 3/30/05 1100 | Wt-169 lbs P-54 R-18 BP 120/80 T 96.6 |
| | Rash under neck; Headaches |
| | 38 BM c c/o reoccurring HA states throbing in frontal |
| | area of head state 3-7 on 1-10 pain scale last 30 min |
| | to 2 hrs X 2X week denies N/V/D ⊖ dizziness |
| | ⊖ lightheadedness |
| | NAD USS Amb — Allergic to tylenol ⊖ meds |
| | HEENT OD slight Ectotropic |
| | TM's intact ⊖ effusion throat clear |
| | ⊕ redness ⊖ crazza ⊖ Sinus tenderness |
| | noted · ⊖ temporal tenderness |
| | Exam: Pimla ⊖ nystagmus |
| | neuro intact |
| | Lung clear - c/o hacky cough At night |
| A | Allergic Sinusitis |
| | Headaches |
| Rx | Con motrin 200 mg II po BID X 1 month PRN |
| | Sudafed I po BID X 3 days labs/xray reviewed |
| | Safety ↑ fluid ↑ Exercise |
| | ——— [signature] |

60111 (5/85) ( plete Both Sides Before Using Another Sh



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 2/18/05 [illegible] | S [illegible] made sure x Rx [illegible] |
| | O) meds [illegible] |
| | [illegible] |
| | Eye doctor scheduled |
| | [illegible]: |
| | [illegible] [illegible] [illegible] and [illegible] [illegible] |
| | Eye doctor [illegible] |
| 2/20/05 [illegible] | S [illegible] [illegible] |
| | O) [illegible] [illegible] [illegible] |
| | [illegible] blurred vision |
| | visual acuity ck. |
| | [illegible] [illegible] |
| | [illegible] |
| | [illegible] [illegible] [illegible] x Rx [illegible] [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 11/19/04 [illegible] | S [illegible] |
| | O) [illegible] |
| | [illegible] |
| | Borborygmi |
| | A/ [illegible] |
| | P) [illegible] x 20 [illegible] |
| | [illegible] |
| 11/24/03 [illegible] | S [illegible] |
| | O) [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | A) [illegible] |
| | P) [illegible] |
| | [illegible] |
| | [signature] |

60111 (5/85) Complete Both Sides Before Using Another Sheet