| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 12/3/07 | S w/ concern c Blood [illegible] | |
| | O [illegible] w/[illegible] no apparent [illegible] today | |
| | 1 concerned about w/ | |
| | Pt is [illegible], and his Blood [illegible] will be done very [illegible] | |
| 12/14/07 | S c/o having HTN and swollen [illegible] | |
| | O [illegible] [illegible] no [illegible] [illegible] [illegible] [illegible] | |
| | [illegible] HTN [illegible] [illegible] I will [illegible] [illegible] [illegible] | |
| 12/17/07 | S/ c/o [illegible] O/ [illegible] | |
| | [illegible] [illegible] | |
| 1/15/08 | S c/o [illegible] [illegible] [illegible] O/ [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] | |

Wright, Richard   187/40

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/'/03 | | S - no c/o voiced, quiet all shift, Resp Reg & c'ease, no Acute distress noted<br>A - Alt in mental status R/T Dx - CT bldg | |
| 6/19/01 | 2000 | S - Resting quietly in single cell on MH @ long intervals. No s/o voiced. Resp ease. Meal & Med accepted.<br>A - Potential for Alter Comfort R/T mental status.<br>P - Cont to monitor. | R. McKee |
| 6/20/01 | 0300 | S - no c/o discomfort<br>O - A+O x3 - Resting on bed with eyes closed - Resp. regular with ease - no acute distress noted<br>A - Alt level of Comfort R/T Mental status<br>P - Cont. to monitor | W. Salomon |
| /29/01 | 1900 | S - Alert, resting quietly on his bunk @ long intervals. Resp reg & ease. No s/o voiced. Meal & med accepted.<br>A - Potential for Alteration in comfort R/T mental status.<br>P - Cont to monitor. | R. McKee |
| 6/25/01 | | S - no c/o voiced<br>O - Resting quietly, responsive & resting, no acute distress noted<br>A - Alt level of Comfort R/T mental status<br>P - Continue to monitor | G. T_____ |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Wright, Richard     I.D. # 187140     Institution: KCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/15/01 | 1830 | S+O- Alert, responsive, resp reg & @ ease. Ambu ad-lib. No c/o voiced. Meal + med accepted. Quiet in single cell on MH. A- Alter comfort R/T mental status. P- Cont to monitor. | R. McKee |
| 06-16-01 | 0300 | S- No c/o discomfort. O- A+O x 3- Resting quietly on bed c eyes closed- Resp regular with ease. A- Altered level of comfort R/T mental status P- Cont. to monitor | W. Salomon, LPN |
| 6/16/01 | 2000 | S+O- Alert, responsive, resp reg & @ ease. Ambu in cell ad-lib. No c/o voiced. Meal + meds accepted. Quiet in single cell on MH. P- Alter comfort R/T mental status. A- Cont to monitor. | R. McKee |
| 6/17/01 | 630 | S- No c/o's voiced O- Resting quietly c eyes closed, Resp @ ease & Regular, no acute distress or comfort noted A- Altered Mental Status P- Continue to monitor | C. Tubmand |
| 6/17/01 | 1230 | S- No complaints voiced O- Resting quietly on cot A- Altered level of comfort R/T mental status P- Cont. to monitor | [illegible], LPN |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD

FORM #7112 8/91

# Physician's Progress Notes

**FOR PROFESSIONAL USE ONLY**
**NOT TO BE PHOTO COPIED**

Notes Must Be Signed By Physician

| Date | Time | |
|---|---|---|
| 6/1?/01 | 0300 | S – No c/o discomfort<br>O – A+O X 3 – Resting quietly in single cell is on pt – with eyes closed – Resp. regular with ease<br>A – alt level of comfort R/T Mental Illness<br>P – Cont to monitor et document changes. W. Solomon Ly |
| 6/13/01 | 1830 | S&O – Alert, responsive, resp reg + at ease. No c/o voiced. Meal + meds accepted. Cooperative. Appears in no acute distress.<br>A – Potential for alter comfort R/T mental status<br>P – Cont to monitor.  R. McBurge |
| 6/14/01 | 0400 | S – No c/o voiced<br>O – A+O X 3 Resting on bed with eyes closed. Resp. regular with ease<br>A – alt level of comfort R/T mental illness |
| 6/14/01 | 2100 | S&O – Alert, responsive, resp reg + at ease. No c/o voiced. Meal + med accepted. Resting quietly in his cell, cooperative.<br>A – alter comfort R/T mental status.<br>P – Cont to monitor.  R. McBurge |
| 6/15/01 | 0300 | S – No c/o discomfort<br>O – A+O X 3. Resting on bunk – eyes closed. Respirations regular with ease – no acute distress noted<br>A – alt level of comfort R/T Mental Illness<br>P – Will continue to monitor  W. Solomon Ly |

Name - Last: **Wright**   First: **Richard**   Middle:    Inmate No.: **187140**

**Physician's Progress Notes**   ☐ Continued on Reverse

## Nurse's Note

| Date and Time | | Nurs |
|---|---|---|

**6/6/01** Transfer to Kilby Val I & I — JC

**6-6-01 2230** S- "I'm fine, just here for evaluation."
O- A&O x 3 — Admitted to P1 Cell #4 — In very good spirits — pleasant, courteous —
B/P 104/76  T-98.2  P-62  R-18 — No Known Allergies —
Placed on P1 Cell #4 until seen by M.D.
Resting quietly — B.M. 33 years of age
A- alt level of comfort R/T Mental status
P- Will cont to monitor & document any changes — Quiet since adm. — N. Adams LPN

**6/7/01 0515** S- "I am going to take my med, any med you have for me, I will take it. I refused my shot, but I will take it now. I can't hide my problem anymore."
O- Very verbally responsive, pleasant, want help. Aware of what's happening to him.
A- Alteration in mental status R/T med noncompliance
P- Continue to monitor

**6/7/01 1800** S & O- Alert, responsive, resp reg & even. Inmate in single cell on P1 Pad — Lts. No c/o voiced. Meal & med accepted. Cooperative. Hands tremors.
A- Alteration in comfort R/T Mental status
P- Cont to monitor. — R. McBain

**6-8-01 0300** S- No c/o voiced
O- Alert responsive to verbal stimuli — Resting on bed c̄ eyes closed
A- alt level of comfort R/T Mental illness

| Name - Last | First | Middle | Inmate No. |
|---|---|---|---|
| Wright | Richard | | 187140 |

Nurse's Notes

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| Benadryl 50mg PO qd x 5 days 7/1/05 - 7/6/05 Rayapati | 3p | |
| Motrin 400mg PO BID x 90d (7.21 → 10.21.05) Floyd/Rayapati | P 3A PRN 3P | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR Physician: Rayapati
Alt. Physician:
Allergies: NKDA
THROUGH: July 31, 05

Complete Entries Checked By: F. Smyth   Title: LPN   Date: 7/1/05

PATIENT: Wright, Richard
PATIENT CODE: 18714

CONFIDENTIAL RECORD - NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Motrin 400mg BID Prn × 5 days 6/7/05 - 6/12/05 Rayapati | 3A / 3P | |
| Benzoyl Peroxide daily × 30 days 6/7/05 - 9/7/05 Rayapati | K/O/P | |
| CTM 8mg p.o. QHS × 7d 6-23 → 6-29-05 Rayapati | 3P | |
| Motrin 400mg BID × 2 days 6-25-05 — 6-27-05 Rayapati | 3A / 3P | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: Rayapati
Physician: Rayapati
THROUGH: June 30, 05
Allergies: NKDA
Medical Record No.: 18774D

Complete Entries Checked By: F. Smith   Title: LPN   Date: 6/7/05

PATIENT: Wright, Richard
PATIENT CODE: 18794D
ROOM NO.: VCF
FACILITY: 18779

Stamp: FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

904

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| CTM 8mg po H.S. x2 wks 5-5-05 to 5-19-05  Rayapati/JC | 3P | (administered through 19) |
| Sudafed 60mg po H.S. x 2 wks. 5-5 to 5-19-05  Rayapati/JC | 3P | (administered through 19) |
| Benzoyl H2O2 daily x 30d 5-16 to 6-16-05  Rayapati/JC | KOP | #1 bottle given 5-16-05 — Richard Wright |

CHARTING FOR: May '05
Physician: Rayapati
Allergies: NKA
Medical Record No: 187140
By: [signature] RN
PATIENT: Wright, Richard

FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Benzoyl Peroxide 10% QD x 1 month  Floyd/CH 3-23-05/4-22-05 | KOP | Given 3-23-05 |
| Motrin 200mg ĪĪ PO BID x 1 month  Floyd/CH 3-23-05/4-22-05 | 3A 3P | [initials across days] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: April '05
Physician:
Alt. Physician: Floyd
Allergies: Tylenol; PPD Mantox
Diagnosis:
Complete Entries Checked By: C Hunter, LPN   Date: 3/30/05

PATIENT: Wright, Richard
PATIENT CODE: 187140
Medical Record No: 187140
FACILITY: VCF

Wright, R.