# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amox 500mg PO TID x 7 days 2/25/05 – 3/4/05 | 0400 / 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl Peroxide x 20 days 2/25/05 – 3/17/05 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR: 3/1/05   THROUGH: 3/31/05

Physician: Siddiq

Medical Record No: 187140

PATIENT: Wright, Richard

PATIENT CODE: 187140

Date: 2/28/05

Complete Entries Checked by: Patricia Poblier   Title: LPN

FACILITY CODE: Bact

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Benzoyl Peroxide 10% everyday x three months 3-23-05 – 4-22-05 Ms Floyd CRNP / G Johnson LPN | | 30cc Bottle given 3/23/05 R'd W Nix 187 PFO |
| Motrin 200mg ii PO BID X1 mt 3/23/05 – 4/22/05 Ms Floyd CRNP / GJ | 3A 3P | D/C'd |
| Sudafed ii PO BID X 3D 3-23-05 – 3-26-05 Ms Floyd CRNP / GJ | 3A 3P | D/C'd |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: March 2005    THROUGH:
Physician:    Telephone No.:    Medical Record No.:
Alt. Physician:    Alt. Telephone:
Allergies: Tylenol; PPD Mantox    Rehabilitative Potential:
Diagnosis:
Medicaid Number:    Medicare Number:    Complete Entries Checked By: G Johnson    Title: LPN    Date: 3/23
PATIENT: Uriah S. Richmond    PATIENT CODE: 187140    ROOM NO.:    BED:    FACILITY C: 1/C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Keflex 500 mg P.O. tid × 10 days 1/25/05 – 2/5/05 | 0400 1100 1700 | (crossed out) |
| Advil 800 mg tid × 10 days 1/25/05 – 2/5/05 | 0400 1100 1700 | (crossed out) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: THROUGH:
Physician: Siddiq
Alt. Physician:
Allergies: NKA
Rehabilitative Potential:
Diagnosis:
Medicaid Number:  Medicare Number:
Complete Entries Checked By: MKvers  Title: RN  Date: 1/25/05
PATIENT: Wright, Richard
PATIENT CODE: 187140
FACILITY: BCF

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

# MEDICATION ADMINISTRATION RECORD

STDT01 — Ventress

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advil 800mg PO TID x 7 days 2/25/05 – 3/4/05 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl Peroxide x 20 days 2/25/05 – 3/17/05 | KOP KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/2/05   THROUGH 2/28/05
Physician: Siddiq
Alt. Physician:
Allergies:
Diagnosis:
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No.: 18740

Medicaid Number:
Medicare Number:
Complete Entries Checked By: Patricia Robbins   Title: LPN   Date: 2/25/05

PATIENT: Wright, Richard
PATIENT CODE: 18740
ROOM NO.:
BED:
FACILITY:

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 500mg ii PO BID PRN x 14 days  
Stop: 1/5/05 Dr. Darbouse/cose  
PRN 0400 1700 @ pm

Maalox 30cc PO TID PRN x 14 days  
Stop: 1/5/05 Dr. Darbouse/cose  
0400 1100 1700 @ pm

CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 1/1/05  THROUGH: 1/31/05
Physician: Siddiq
Allergies: NKA
Medical Record No.: 187140

Complete Entries Checked By: Carolyn Dees  Title: LPN  Date: 12/31/04

PATIENT: Wright, Richard
PATIENT CODE: 187140
FACILITY C: Bullo

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Tylenol 650mg PO TID x 10 days 12/14-12/24/04 Siddiq/Callees | 0700 1100 1700 | |
| Maalox T PO TID x 10 days 12/14-12/24/04 Siddiq/Callees | 0700 1100 1700 | |
| Anusol Sup i BID x 7 days 12-17-04  12-25-04 | 0700 1700 | |
| Tylenol 500mg ii PO BID PRN x 14 days 12-23-04  1-5-05 | | |
| Maalox 30cc PO TID PRN x 14 days 12-23-04  1-5-05 | | |

CHARTING FOR 12/14/04 THROUGH 12/31/04
Physician: Siddiq
Allergies: NKDA
Medical Record No. 187140
PATIENT: Wright, Richard
PATIENT CODE: 187140
FACILITY: Bullo

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# MEDICATION ADMINISTRATION RECORD

12/01/2004           (BUL-465) BULLOCK CORRECTIONAL FAC
STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| TRIAMCINOLONE CREAM (15GM) 0.1% CRM<br>APPLY TWICE DAILY FOR 20 DAYS<br>RX: 6550710 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 11/20/2004   STOP - 12/09/2004 | | KOP ... STOP |

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR   12/01/2004   THROUGH   12/31/2004
Physician: SIDDIQ, M.D. (MD DIR, TAHIR
Alt. Physician:
Allergies: NO KNOWN DRUG ALLERGY
Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis:
Medicaid Number:   Medicare Number:
Complete Entries Checked:
By: D.Rogers   Title: LPN   Date: 11/30

PATIENT: WRIGHT, RICHARD   PATIENT CODE: 187140   ROOM NO.: 1   BED:   FACILITY:



# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Mylanta tabs ii PO PRN x 10 days  11-19-04 — 11-29-04 | PRN | |
| Triamcinolone Cream x 20 days  11-19-04 — 12-9-04 | | |
| AF Cream x 20 days  11/24 – 12/14/04 Siddiq/caug | | |
| Triamcinolone Cream x 20 days  11/24 – 12/14/04 Siddiq/caug | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-19-04 THROUGH 11-30-04
Physician: Siddiq
Alt. Physician:
Allergies: NKA
Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By: Martha Jackson   Title: LPN   Date: 11-19-
PATIENT: Ulriah A Richard
Medical Record No. 187140

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

# INSTITUTIONAL EYE CARE

P.O. Box 390  
Lewisburg, PA 17837

(570) 523-3493  
FAX (570) 524-2817

| PATIENT | | | DATE | |
|---|---|---|---|---|
| WRIGHT, RICHARD | | | 7/25/2005 | |
| NUMBER | | | INSTITUTION | |
| 187140 | | VENT | VENTRESS CORRECTIONAL | |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
| OD | -2.75 | 0.00 | 0 | 0 | |
| OS | -2.50 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 72 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS       Clear

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| NICK | | GREY |

| EYE SIZ | DROP BALL | FINAL INSPECTION |
|---|---|---|
| 52 | | |

LENSES:        $4.95  
FRAME:         $3.49  
OVERSIZE:      $0.00  
TINT/PGX:  
POLYCARB:      $0.00  
DIOPTERS:      $0.00  
PRISM:         $0.00  
CASE:  
OTHER:  

S/H:           $1.35  
TOTAL DUE ($): $9.79

FOR PROFESSIONAL USE ONLY  
CONFIDENTIAL RECORD  
NOT TO BE PHOTO COPIED

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# DEPARTMENT OF CORRECTIONS
## EYE CHART

PHS PRISON HEALTH SERVICES INCORPORATED

| Date | Time | | OLD RX Worn from | | | to | | |
|---|---|---|---|---|---|---|---|---|
| 2 ~ 05 | | | Sph. | Cyl. | Axis | Prism | Base | Add |
| | | | | | | | | |
| | | | | | | | | |

**Visual Requiremnts**

**Other Visual Requirements**

**Previous Eye History:** Eye glasses

**Chief Visual Complaints:** Blurred vision at times

**Detailed History**

**General Health**

**External Examination:**
Rx
−275
250/FW
72

**Internal Examination:** 52/18/145

OD — OS

OD / CD/WNL OS

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

**Visual Field Screening:** OD 20/70    OS 20/50

**Tonometry**

**Instrument /** OD    OS

**V.A. (Habitual)** Dist.   OD    OS    OU
                   Near   OD    OS    OU

**Dominance / Test** /

**Pupillary Reflexes** — Size | Light | Consensual | Near

**Tests for Squint** — Inspection | Cover | Corneal Reflex

**PD / PP Conv**

**PP Acc**

**Rotations / Fixations**   MB 9/18/05   38

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|
| | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 127140 | 8/5/62 | B/M | Bulf |

PHS-MD-70029