# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Amox 500mg po TID x 7 days 2/25/05 - 3/4/05 | 0400 / 1400 / 1400 | (administration marks) |
| Benzoyl Peroxide x 30 days 2/25/05 - 3/17/05 | KOP | |

**FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 3/1/05    THROUGH: 3/31/05

Physician: Siddiq
Alt. Physician:
Allergies:
Diagnosis:
Medicaid Number:
Medicare Number:

Telephone No.:
Alt. Telephone:
Rehabilitative Potential:

Medical Record No.: 187140

Complete Entries Checked by: Patricia Poblier    Title: LPN    Date: 2/28/05

PATIENT: Wright, Richard    PATIENT CODE: 187140    ROOM NO.:    BED:    FACILITY CODE: Bact

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Benzoyl Peroxide 10% everyday x three months 3.23.05 - 4.22.05 Ms Floyd CRNP/G Johnson LPN | | 30cc Bottle given 3/23/05 Recd w/ Nurse 187PFO |
| Motrin 200mg ii PO BID X1 mt 3/23/05 - 4/22/05 Ms Floyd CRNP/GJ | P 3A R 3P N | DC or MR |
| Sudafed ii PO BID X 3D 3.23.05 - 3.26.05 Ms Floyd CRNP/GJ | 3A 3P | DC or MR |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: March 2005    THROUGH:
Physician:    Telephone No.:    Medical Record No.:
Alt. Physician:    Alt. Telephone:
Allergies: Tylenol; PPD Mantox    Rehabilitative Potential:
Diagnosis:
Medicaid Number:    Medicare Number:    Complete Entries Checked By: G Johnson    Title: LPN    Date: 3/23
PATIENT: Uriah Richmond    PATIENT CODE: 187140    ROOM NO.:    BED:    FACILITY:

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 |
|---|---|---|
| Keflex 500 mg P.O. tid x 10 days 1/25/05 - 2/5/05 | 0400 1100 1700 | |
| Advil 800 mg tid x 10 days 1/25/05 - 2/5/05 | 0400 1100 1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR ___ THROUGH ___
Physician: Siddiq
Alt. Physician:
Allergies: NKA
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No.:

Diagnosis:

Medicaid Number: 
Medicare Number: 
Complete Entries Checked: By: [signature] Title: RN Date: 1/25/05

PATIENT: Wright, Richard
PATIENT CODE: 187140
ROOM NO.:
BED:
FACILITY: BCCF

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# MEDICATION ADMINISTRATION RECORD

STDT01 — Ventress

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advil 800mg PO TID x 7 days 2/25/05 – 3/4/05 | 0400 / 1100 / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | |
| Benzoyl Peroxide x 20 days 2/25/05 – 3/17/05 | KOP / KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 2/2/05    THROUGH: 2/28/05
Physician: Siddiq
Alt. Physician:
Allergies:
Diagnosis:
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No.: 18740

Medicaid Number:   Medicare Number:
Complete Entries Checked By: Patricia Robbins   Title: LPN   Date: 2/25/05
PATIENT: Wright, Richard
PATIENT CODE: 18740   ROOM NO.:   BED:   FACILITY: B

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 500mg ĪĪ PO BID PRN x14 days
Stop: 1/5/05 Dr Darbouse/csw
PRN 0400 1700

Maalox 30cc PO TID PRN x14 days
Stop: 1/5/05 Dr Darbouse/csw
0400 1700

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

CHARTING FOR 1/1/05 THROUGH 1/31/05
Physician: Siddiq
Allergies: NKA
Complete Entries Checked By: Carolyn Dees   Title: LPN   Date: 12/31/04
PATIENT: Wright, Richard
PATIENT CODE: 187140
Medical Record No: 187140
Facility: Bullock

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-29 (daily administration grid) |
|---|---|---|
| Tylenol 650mg PO TID x 10 days 12/14-12/24/04 Siddiq/Callees | 0700, 1100, 1700 | (initials/entries across days) |
| Maalox T PO TID x 10 days 12/14-12/24/04 Siddiq/Callees | 0700, 1100, 1700 | (initials/entries across days) |
| Anusol sup i BID x 7 days 12-17-04 — 12-25-04 | 0900, 1700 | (initials/entries) |
| Tylenol 500mg ii PO BID PRN x 14 days 12-23-04 — 1-5-05 | RN | — / R / 1A / Km |
| Maalox 30cc PO TID PRN x 14 days 12-23-04 — 1-5-05 Km | RN | — / R / A |

**CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTOCOPIED**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 12/14/04  THROUGH: 12/31/04
Physician: Siddiq
Alt. Physician:
Allergies: NKDA
Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By: Callees   Title: LPN   Date: 12/14/04
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No.: 187140
PATIENT: Wright, Richard
PATIENT CODE: 187140
ROOM NO.:
BED:
FACILITY CO: Bullo

# MEDICATION ADMINISTRATION RECORD

12/01/2004  (BUL-465) BULLOCK CORRECTIONAL FAC
STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIAMCINOLONE CREAM (15GM) 0.1% CRM<br>APPLY TWICE DAILY FOR 20 DAYS<br>RX: 6550710 SIDDIQ, M.D. (MD DIR. TAHIR, M<br>START - 11/20/2004    STOP - 12/09/2004 | KOP | | | | | | | | | STOP | | | | | | | | | | | | | | | | | | | | |

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/2004 THROUGH 12/31/2004

| | |
|---|---|
| Physician: SIDDIQ, M.D. (MD DIR, TAHIR | Telephone No. |
| Alt. Physician | Alt. Telephone |
| gies: NO KNOWN DRUG ALLERGY | Rehabilitative Potential |

Medical Record No.

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: D.Rogers | Title: LPN | Date: 11/30 |

PATIENT: WRIGHT, RICHARD    PATIENT CODE: 187140    ROOM NO. 1    BED    FACILITY

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR |
|---|---|
| Mylanta tabs ii PO PRN x 10 days 11-19-04 — 11-29-04 | PRN |
| Triamcinolone Cream x 20 days 11-19-04 — 12-9-04 | KOP |
| AF cream x 20 days 11/24 – 12/14/04 Siddiq/caug | KOP |
| Triamcinolone Cream x 20 days 11/24 – 12/14/04 Siddiq/caug | KOP |

CHARTING FOR 11-19-04 THROUGH 11-30-04
Physician: Siddiq
Allergies: NKA
Medical Record No.: 187140
Complete Entries Checked By: Martha Jackson, Title: LPN, Date: 11-19-
Patient: Uriah Richard

# INSTITUTIONAL EYE CARE

P.O. Box 390  
Lewisburg, PA 17837

(570) 523-3493  
FAX (570) 524-2817

| PATIENT | | | DATE | |
|---|---|---|---|---|
| WRIGHT, RICHARD | | | 7/25/2005 | |
| **NUMBER** | | | **INSTITUTION** | |
| 187140 | | VENT | VENTRESS CORRECTIONAL | |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
| OD | -2.75 | 0.00 | 0 | 0 | |
| OS | -2.50 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 72 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS     Clear

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| NICK | | GREY |

| EYE SIZ | DROP BALL | FINAL INSPECTION |
|---|---|---|
| 52 | | |

| | |
|---|---|
| LENSES: | $4.95 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $9.79 |

*FOR PROFESSIONAL USE ONLY*  
*CONFIDENTIAL RECORD*  
*NOT TO BE PHOTO COPIED*

**VISION SAFETY NOTICE:**
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# DEPARTMENT OF CORRECTIONS
## EYE CHART

| | |
|---|---|
| Date / Time | 2-?-05 |
| Visual Requiremnts | |
| Other Visual Requirements | |
| Previous Eye History | Eye glasses |
| Chief Visual Complaints | Blurred vision at times |
| Detailed History | |
| General Health | |
| External Examination | Rx −275 / 250 / FW / 72 |
| Internal Examination | 52/18/145 |
| Visual Field Screening | OD 20/70    OS 20/50 |
| Tonometry | |
| Instrument / | OD    OS |
| V.A. (Habitual) Dist. | OD    OS    OU |
| Near | OD    OS    OU |
| Dominance / Test | / |
| Pupillary Reflexes | Size / Light / Consensual / Near |
| Tests for Squint | Inspection / Cover / Corneal Reflex |
| PD / PP Conv | |
| PP Acc | |
| Versions | |
| Rotations / Fixations | MB 2/18/05   30 |

OLD RX Worn from ___ to ___
| Sph. | Cyl. | Axis | Prism | Base | Add |
|---|---|---|---|---|---|
| | | | | | |

OD / OS
OD only    CD/WNL OS

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|

**CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTOCOPIED**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright, Richard | 127140 | 8/5/67 | B/M | BCF |

PHS-MD-70029