# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Wright, Richard | **Inmate Number:** | 187140WR |
| **Service Authorized:** | Office Visits: Outpatient Optometry Referral | **Effective Dates:** | 02/28/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14741367 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

| |
|---|
| |
| |
| |
| |
| |
| |

\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*

Signature of Consulting Physician: _____    Date _____   Time _____

Reviewed and Signed By
Medical Director: _____    Date _____   Time _____

Dr. Bradford
2-18-05

02/28/2005

```
02/25/05 FRI 18:07 FAX 20594   7    KINKOS HOMEWOOD                    ☒153
02/22/2005 TUE 13:58 FAX 334     8755 BULLOCK CORRECTIONAL FAC
```

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock 832 | Wright, Richard | 02/18/05 |
| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| (334)738-5625 |  | 08/15/67 |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334)738-8763 | 187140 | / / |
| Will there be a charge? Sex | SS Number | Potential Release Date: (mm/dd/yy) |
| ☐ Yes ☐ No  ☒ Male ☐ Female |  | 10/28/20 |

RECEIVED FEB 22 2005

Responsible party: ...

## CLINICAL DATA

Requesting Provider: ...

History of illness/injury/symptoms with Date of Onset:
Inmate c/
Poor Vision

Facility Medical Director Signature and Date: [signature] 2/22/05

Results of a complaint directed physical examination:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Estimated Date of Service (mm/dd/yy): / /

Specialist referred to: Dr. Bradford

Previous treatment and response: (including medications)
Glasses

Type of Consultation, Treatment, Procedure or Surgery:
Eye exam

UM DETERMINATION:

Regional Medical Director Signature, printed name and date required:
Will Mosier, MD    [signature]    2/23/05

| Cert Type | Mod Class | UR Number |
|---|---|---|
| 0102 | 99201 | 4741367 |

UM Referral review form 2-05-2004

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment
PHS
Case 2:05-cv-00438-WHA-CSC    Document 73-29    Filed 11/14/2005    Page 3 of 10

## DEMOGRAPHICS

**Site Name & Number:** Bullock 832
**Site Phone #:** (334) 738-5625
**Site Fax #:** (334) 738-8263
**Will there be a charge?** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female

**Patient Name (Last, First):** Wright, Richard
**Alias (Last, First):**
**Inmate #:** 187140
**SS Number:**

**Date (mm/dd/yy):** 02/18/05
**Date of Birth (mm/dd/yy):** 08/15/67
**PHS Custody Date (mm/dd/yy):** / /
**Potential Release Date (mm/dd/yy):** 10/23/20

**Responsible party:** ☒ PHS ☐ Auto Ins. ☐ Health Ins. ☐ Other

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental

**Facility Medical Director Signature and Date:** [signature] 2/12/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** / /

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ___ ☐ Other: ___

**Specialist referred to:** Dr. Bradford
**Type of Consultation, Treatment, Procedure or Surgery:** Eye exam.

**History of Illness/injury/symptoms with Date of Onset:**
Inmate c̄ Poor Vision

**Results of a complaint directed physical examination:**
↓ vision

**Previous treatment and response (including medications):**
Glasses

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

***For security and safety, please do not inform patient of possible follow-up appointments***

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** / /

**Regional Medical Director Signature, printed name and date required:** / /

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cert Type:**   **Med Class:**   **UR Auth #:**

UM Referral review form 2-05-2004

# INSTITUTIONAL EYE CARE

P.O. B. 390  
Lewisburg, PA 17837

(570) 52_ _493  
FAX (570) 524-2817

| PATIENT Richard Wright | | | DATE | | |
|---|---|---|---|---|---|
| NUMBER 187140 | | | INSTITUTION Bullock | | |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
| OD | -2. | -50 | 130 | | |
| OS | -100 | -50 | 60 | | |
| | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
| C | | | | | |
| OS | | | 68 | | |

LENS COLOR/COATINGS

| FRAME Nick | STYLE | | FRAME COLOR | |
|---|---|---|---|---|
| EYE SIZE 54 | BRIDGE | TEMPLE | HEAT | CHEM |
| DATE REC'D | | DROP BALL 7/6 | FINAL INSPECTION | |

LENSES: ___  
FRAME: ___  
OVERSIZE: ___  
TINT/PGX: ___  
CHEM. TEMP. GLASS: ___  
DIOPTERS: ___  

___  
S/H: ___  
**TOTAL DUE ($):** ___

FOR PROFESSIONAL USE ONLY  
CONFIDENTIAL RECORD  
NOT TO BE PHOTO COPIED

**VISION SAFETY NOTICE:**
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.
- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# INSTITUTIONAL EYE CARE

P.O. B__ 390    (570) 52_-_493
Lewisburg, PA 17837    FAX (570) 524-2817

| PATIENT | | | | DATE | |
|---|---|---|---|---|---|
| Richard Quirklt | | | | | |
| NUMBER | | | | INSTITUTION | |
| 18740 | | | | Bullock | |
| SPHERE | CYLINDER | AXIS | PRISM | | BASE |
| OD | -75 | +50 | 130 | | |
| OS | -100 | +50 | 60 | | |
| ADD | HEIGHT | DIST PD | NEAR PD | | SEG STYLE |
| OD | | | | | |
| OS | | 64 | | | |

LENS COLOR/COATINGS

| FRAME | STYLE | | FRAME COLOR | |
|---|---|---|---|---|
| Nick | | | | |
| EYE SIZE | BRIDGE | TEMPLE | HEAT | CHEM |
| 54 | | | | |
| DATE REC'D | | DROP BALL | FINAL INSPECTION | |

LENSES: ___
FRAME: ___
OVERSIZE: ___
TINT/PGX: ___
CHEM. TEMP. GLASS: ___
DIOPTERS: ___

S/H: ___
**TOTAL DUE ($):** ___

**VISION SAFETY NOTICE:**
• Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
• If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.
• The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
• If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

## EYE EXAMINATION SHEET

| TO: (Service Physician) Dr. Bradford | FROM: (Requesting Ward, Med. Fac. Phys.) Bullock | Date of Request: 5/31/99 |
|---|---|---|

**Reason For Request:** (Complaints and Finding)
Unable to see things far away

**Past History:** Received state glasses 3 years ago

**Old Rx**

**Signature**

Type of Consult: ☐ Emergency  ☐ Routine

### CONSULTATION REPORT

Subjective: OD 20/40
OS 20/70

OPHTH: 50% c/d/ wnL

New Rx: OD
OS

Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:

−075 −050 × 130
100   050   060    68

IDP & Time:

Frame:
Size:
Color:

14/14

54/18/145

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

OPTOMETRIST'S SIGNATURE

| Patients Last Name Wright | First Richard | Middle | Age 32 | R/S B/M | ID No. 187140 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

# INSTITUTIONAL EYE CARE

P.O. Box 390  
Lewisburg, PA 17837

(717) 523-3493  
FAX (717) 524-2817

DCC

| PATIENT | WRIGHT, Richard | | DATE | |
|---|---|---|---|---|
| NUMBER | 187140 | | INSTITUTION | Stanton AL |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -175 | -25 | 155 | | |
| OS | -50 | -50 | 33 | | |
| | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
| OD | | | 68 | | |

LENS COLOR/COATINGS

| FRAME | NEW | STYLE | | FRAME COLOR | |
|---|---|---|---|---|---|
| EYE SIZE | 54 | BRIDGE | TEMPLE | HEAT | CHEM |
| DATE REC'D | 9/29 | DROP BALL / 8/30 | FINAL INSPECTION | | |

LENSES: 9/15  
FRAME: 2/15  
OVERSIZE: ___  
TINT/PGX: ___  
CHEM. TEMP. GLASS: ___  
DIOPTERS: ___  

S/H: 15  
**TOTAL DUE ($):** 14.95

FOR PROFESSIONAL USE ONLY  
CONFIDENTIAL RECORD  
NOT TO BE PHOTO COPIED

SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.
- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.
- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# EYE EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med. Fac. Phys.) | Date of Request: |
|---|---|---|
| Bradford | Draper Corr. Center | 8/15/96 |

**Reason For Request:** (Complaints and Finding)

JLA / No SP

**Past History**

**Old Rx**

**Signature**

**Type of Consult** ☐ Emergency  ☐ Routine

## CONSULTATION REPORT

**Subjective:** OD - 20/40 s̄ glasses
OS - 20/30

**New Rx:** OD  -075 -025 x 155
OS  050  050 x 033 / FTW

**OPHTH:** 406 cc / vn

68

54/18/145

**Seg. Ht.**

**Ext: Date Dispensed & Initials:**

**Seg. Type:**

**IDP & Time:**

**Frame:**
**Size:**
**Color:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**OPTOMETRIST'S SIGNATURE**

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Wright | Richard | | 29 | | 187140 |

F-65 Rev. (1-95)

KILBY CORRECTIONAL FACIL
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME: Wright, Richard

PRISON ID: 187140

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

DATE SUBMITTED: 5-5-05

VCF 18

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | NR | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5 - pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.



CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

Wright, Richard
ID: 187140

04/26/2005 6:54:02

SINUS BRADYCARDIA
NO OTHER FINDING

D.O.B.: 08/15/1967   37 YEARS
MALE
Meds:
Class:
Dr: Rayapati
Tech: LMC

Vent. Rate:      59 bpm
RR Interval:   1004 ms
PR Interval:    182 ms
QRS Duration:    90 ms
QT Interval:    424 ms
QTc Interval:   423 ms
QT Dispersion:   58 ms
P-R-T AXIS:  66°  68°  38°

Summary: NORMAL ECG EXCEPT FOR RATE   * Unconfirmed Analysis *

Comment: AYP

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED