# RADIOLOGY SERVICES REQUEST AND REPORT

Name: ~~[redacted]~~ Xavid
State ID No: 187140
DOB: 8/15/67
Race: Blk   Sex: Male

INSTITUTION: Bullock

**NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED**

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Siddiq | 2/25/05 | 1800 | | | |

**HISTORY/DIAGNOSIS:**

X-Ray Skull — Fell, hit frontal bone

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE NECK |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL ✗ | |

### REPORT

Wright

SKULL: There is no evidence of fracture or calvarial defects. The sella turcica appears normal.
IMPRESSION: NORMAL SKULL.
   Note: A normal skull examination does not exclude a significant intracranial pathology.

D & T: 03-01-05. Howard P. Schiele, M.D./rr   Board Certified Radiologist (Signature on file)

*[signature]* 3/1/07

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTOCOPIED**

*[signature]* 2/28/05

X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED



## Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 338-205-5166-0 | S | MB | COMPLETE | Page #: | 2 |

**ADDITIONAL INFORMATION**
FASTING: N
DOB: 8/15/1967

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WRIGHT, RICHARD | M | 37 / 3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/03/2004 | 13:09 | 12/03/2004 | 12/04/2004 | 7:46 | 260 |

**CLINICAL INFORMATION**
CD- 41167601262

| PHYSICIAN ID | PATIENT ID |
|---|---|
| SIDDIQ T | 187140 |

ACCOUNT: BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs    AL    36089-5107
ACCOUNT NUMBER:    01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | Changes (TLC) | | Therapy | |
| CHD | <100 | >100 | >or=130 | |
| 2+ Risk Factors | <130 | >or=130 | >or=130 | |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 | |
| T. Chol/HDL Ratio | 3.0 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

```
                          T. Chol/HDL Ratio
                              Men   Women
              1/2 Avg.Risk    3.4    3.3
                  Avg.Risk    5.0    4.4
               2X Avg.Risk    9.6    7.1
               3X Avg.Risk   23.4   11.0
```

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED*

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | | | MB |
| **Thyroid** | | | | MB |
| TSH | 1.153 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 9.0 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 32 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.9 | | 1.2 - 4.9 | MB |
| | | | | MB |
| **CBC, Platelet Ct, and Diff** | | | | MB |
| White Blood Cell (WBC) Count | 5.3 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.12 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 16.1 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 46.7 | % | 36.0 - 50.0 | MB |
| MCV | 91 | fL | 80 - 98 | MB |
| MCH | 31.4 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.5 | g/dL | 32.0 - 36.0 | MB |
| RDW | 12.8 | % | 11.7 - 15.0 | MB |
| Platelets | 204 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 55 | % | 40 - 74 | MB |
| Lymphs | 34 | % | 14 - 46 | MB |
| Monocytes | 9 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page



# Laboratory Corporation of America

| SPECIMEN 338-205-5166-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**
FASTING: N
DOB: 8/15/1967

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WRIGHT, RICHARD | M | 37 / 3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/03/2004 | 13:09 | 12/03/2004 | 12/04/2004 | 7:46 | 260 |

**CLINICAL INFORMATION**
CD- 41167601262

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SIDDIQ T | 187140 |

ACCOUNT: BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs     AL    36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 76 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 3.2 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 11 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 11 | | 8 - 27 | |
| Sodium, Serum | 139 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.1 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 98 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.8 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.4 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.6 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 84 | IU/L | 25 - 150 | MB |
| LDH | 174 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 29 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 17 | IU/L | 0 - 40 | MB |
| GGT | 20 | IU/L | 0 - 65 | MB |
| Iron, Serum | 113 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 184 | mg/dL | 100 - 199 | MB |
| Triglycerides | 81 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 61 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced cardiac risk.

| VLDL Cholesterol Cal | 16 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 107 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for risk factors and refer to the ATP-III table below.

Risk Category  LDL Goal   LDL Level (mg/dL)    LDL Level (mg/dL)
               mg/dL      at which to initiate  at which to
                          Therapeutic Lifestyle consider Drug

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



# Laboratory Corporation of America

| SPECIMEN 338-205-5166-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 3 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | | | CLINICAL INFORMATION CD- 41167601262 | |
|---|---|---|---|---|
| FASTING: N DOB: 8/15/1967 | | | PHYSICIAN ID. SIDDIQ  T | PATIENT ID. 187140 |
| PATIENT NAME WRIGHT,RICHARD | SEX M | AGE(YR./MOS.) 37 / 3 | ACCOUNT: BULLOCK CORRECTIONAL FACILITY PRISON HEALTH SERVICES 104 Bullock Dr. Union Springs     AL   36089-5107 | |
| PT. ADD.: | | | | |
| DATE OF SPECIMEN 12/03/2004 | TIME 13:09 | DATE RECEIVED 12/03/2004 | DATE REPORTED 12/04/2004   TIME 7:46   260 | ACCOUNT NUMBER: 01389085 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Neutrophils (Absolute) | 2.9 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.8 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                             DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

# U/A DIPSTICK REPORT
## STATON HEALTH CARE UNIT

Name: Wright Richard    AIS# 187140    R/S B/M

Facility: DCC    DOB: 8/15/67    AGE: 32

Collection Date: 2/8/200    Time: 1235A

Annual Physical ✓    Random ___    Repeat ___    Daily ___

After Rx Completion ___    Chronic Care Clinic Protocol ___

Urine Appearance: Color OnBR    Clarity Clear    Odor ⊖

UROBILINOGEN: Norm

GLUCOSE: ⊖

KETONES: Neg

BILIRUBIN: ⊖

PROTEIN: 30+

NITRATE: ⊖

LEUKOCYTES: ⊖

BLOOD: ⊖    HEMOLIZED: ___

pH: 5

SPECIFIC GRAVITY: 1.030

WNL: ___    ABNORMAL: ✓

OBTAINING NURSE'S SIGNATURE: _____ DATE: 2/8/200

REVIEWING PHYSICIAN'S SIGNATURE: _____ DATE: 7/13/00

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# DEPARTMENT OF CORRECTIONS
## DENTAL TREATMENT



| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |

5-10-05 Annual exam

Date of (BEP) Examination: 6/17/96    Classification:

**Naritive Information**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Wright, Richard Bron #187140

Department of Correction

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 6/13/96 | #30 | S/C OP appt | r 6/17/96 | JThomas | |
| 6/17/96 | #30 | Clusted | 1.8 cc lid, epin x 2 DO2L Am, carities PTR for Op T ext #1 8/6 | mc | |
| 1-31-03 | 1 | NRC | 1.8cc(x2) lido 2% epi 100 Ext = difficulty/ PotGren | NSL | |
| 5-10-05 | | | Annual exam OH I given | LBM RDH | |
| 5-19-05 | | | dental screening | RT | |
| 5-31-05 | 29 | caries | F amalgam (lara) | wes | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Patients Last Name: Wright   First: Richard   Middle:    DOB:    R/S:    ID No: 187140

## CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: Wright Richard    ID#: 187148    RACE: B    DOB:

### DENTAL EXAMINATION

### RESTORATION AND TREATMENTS

Date of Initial Examination: 5-20-96

Initial Classification: 7-6-00

Oral Pathology:
- Gingivitis
- Vincent's Infection
- Stomatis
- Other Findings

Occlusion

Roentgenograms:
- Periapical
- Bitewing
- Panarex

| TOOTH | PRIORITY LIST |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | | ✓ |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | |
| Pregnant? | | ✓ | Thyroid conditions | | |
| Tuberculosis | | ✓ | Other conditions | | |

CMS 7103 REV. 10/94

## Prison Health Services, Inc.

## Inmate Grievance

NAME: Richard W Wright Sr.  AIS #: 187140  UNIT: Bed #1 Dorm 6B  DATE: July 15, 2005

**PART A---Inmate Grievance**

Need information/requested data concerning drug Facts (sheet(s)) For (T.B. Skin Test medication). I have been neglected treatment (if any at all) concerning medical problems I consulted and relayed with this medical staff. I have been charge (medical co-payment) twice For the same medical problems I've previously requested treatment For, on July 14, 2005, which visit were June 6, 2005 and again on June 20, 2005.

INMATE SIGNATURE: Richard W Wright Jr.

**PART B –RESPONSE**   DATE RECEIVED _____

Medication insert given to inmate.

P.H.S. Department Head Signature

DATE: 7-18-05

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

H.S.A Selection:

| # | Category | Y | N | # | Category | Y | N |
|---|---|---|---|---|---|---|---|
| I | Dissatisfied with Quality of Medical Care | X | ☐ | VI | Delay in Health Care Provided | X | ☐ |
| II | Dissatisfied with Quality of Dental Care | ☐ | X | VII | Problems with Medication | X | X |
| III | Dissatisfied with Quality of Mental Health Care | ☐ | X | VIII | Request to be seen | X | ☐ |
| IV | Dissatisfied with Response to Non-Medical Request | X | ☐ | IX | Request for Off-site Specialty Care | X | ☐ |
| V | Conduct of Healthcare Staff | X | ☐ | X | Other | ☐ | X |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

July 13, 2005

From: Inmate Wright, Richard W.
A.I.S # 187140 Dorm 6-B # 1B

TO: Ms. Burks (Head Nurse)

Dear Ms. Burks,

On July 13, 2005 I was given a money receipt showing another three (3) dollars was taken out of my prison account for follow up treatment. I had been seen by the doctor on June 6, 2005 and again on June 20, 2005. I saw the doctor for the same symptoms (as follow up treatment). Would you send a notice to the business office informing such person or person(s) to credit my prison account three (3) dollars for this additional co-payment charge.

Sincerely,

Richard W. Wright, Sr.
Richard Wayne Wright, Sr.

7/18 pt. pre-sch.
apt. pre MS A. Loyd
w/ pt. MS A RS

7-18-05