**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

July 13, 2005

From: Inmate Richard W. Wright, Sr
A.Is # 187140 Dorm 6-B bed #1

TO: Ms. Burks (Head Nurse)

Dear Ms. Burks,

I requested from you in the past a data facts sheet for the T.B skin test medication. For such reason I make such request to you again. Your response concerning this important matter is requested.

Sincerely,

Richard W Wright Sr.
Richard Wayne Wright Sr.

7-18-05

Prison Health Services
## Inmate Informal Grievanc
Ventress 845

NAME: Richard W Wright   AIS #: 187140   UNIT: 6B-IT   DATE: July 7, 2005

**PART A—Inmate Complainant**

I've repeatly filled out sick call slips in order to receive medical care in hopes to preserve my health. I'm being charge $3. dollars co-payment fees for filling out sick call slips requesting medical/health problems he desires and totally disregarded other medical/health problems I've mention. what do you suggest I do? Your response is requested.

INMATE SIGNATURE: Richard W Wright Jr. #187140

**PART B – RESPONSE**   DATE RECEIVED:

You have put in several sick call request on different days. Therefore your co-pay will not be credited back to your acct.

MEDICAL STAFF SIGNATURE: A. Burks HSA

DATE: 7/18/03

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | X | ☐ | VI Delay in Health Care Provided | X | X |
| II Dissatisfied with Quality of Dental Care | ☐ | X | VII Problems with Medication | ☐ | X |
| III Dissatisfied with Quality of Mental Health Care | ☐ | X | VIII Request to be seen | X | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | X | ☐ | IX Request for Off-site Specialty Care | ☐ | X |
| V Conduct of Healthcare Staff | X | X | X Other | ☐ | X |

11/03 - Alabama

7-13-15

INMATE REQUEST SLIP  6B-1

Name Richard W Wright  Quarters 6B-1T  Date July 6, 2005

AIS # 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet        (X) Other medical

**Briefly Outline Your Request- Then Drop in Mail Box**

I request from you in the past a data facts sheet for the (T.B.) skin test medication. I ask would you send me the home address of P.H.S. headquarters. Also on July 1, 2005 I was scheduled to see Dr Rayspati would you print his full name correctly for me and the name of the medication he prescribed in the space indicated below.

Do Not Write Below This Line – For Reply Only

7/8 Medication info insert given. NB

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden         ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary Public  ( ) Record Office

Head Nurse
N176

for Ms. Burks

INMATE REQUEST SLIP

Name Richard W Wright  Quarters GB/bed HB  Date June 28, 2005

AIS # 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request- Then Drop in Mail Box

I would like to receive information concern the T.B Skin test / Data Fact sheet(s) please.

Do Not Write Below This Line – For Reply Only

7/8  NS  RB

_roved      Denied      Pay Phone      Collect Call

_est Directed To: (Check One)

Warden                ( ) Deputy Warden            ( ) Captain
Classification Supervisor  ( ) Legal Officer- Notary Public    ( ) Record Office

N176

, Ms. Burks

**Prison Health Services**
**Inmate Informal Grievanc**
**Ventress 845**

NAME: Richard W. Wright  AIS #: 187140  UNIT: 9-B (seg) #904  DATE: June 21, 2005

**PART A—Inmate Complainant**

I've Repeatly Filled out sick call slips in order to receive medical care in hopes to peeserve my health. I'm being charge $3. dollars co-payment Fees for filling out sick call slips requesting medical treatment. For some reason the Doctor is only treating the medical/health problems he desire and totally disregarded other medical/health problems I've mention. What do you suggest I do?

INMATE SIGNATURE: Richard W. Wright Jr.

**PART B –RESPONSE**   DATE RECEIVED 6-22-05

6/30  NS

MEDICAL STAFF SIGNATURE

DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | X | | VI Delay in Health Care Provided | X | |
| II Dissatisfied with Quality of Dental Care | | X | VII Problems with Medication | X | X |
| III Dissatisfied with Quality of Mental Health Care | | X | VIII Request to be seen | X | |
| IV Dissatisfied with Response to Non-Medical Request | | X | IX Request for Off-site Specialty Care | X | |
| V Conduct of Healthcare Staff | X | X | X Other | | X |



RECEIVED 6-22-05

11/03 - Alabama

TO: Head Nurse
From: Inmate Richard W. Wright, Sr.
AIS # 187140 Dorm 9-B (Seg.)

May 12, 2005

To whom it May Concern:

I would like to know have the eye glasses for me arrived here from Bullock prison. IF not, would you make a phone call to Bullock health Care Unit and enquirer about the glasses (please). Your response is requested.

5/16

Sincerely,
Richard W. Wright, Sr.
Richard W. Wright, Sr. # 187140
Dorm 9-B (Seg.)

RECEIVED
5-13-05
BY DS