IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,     *
    Plaintiff, Pro-Se.,           *
                                      *
-vs-                               *    CIVIL ACTION NO. 2:05-CV-439-A-WO
                                      *
SYLVESTER NETTLES, ET.AL.,      *
    Defendants.                      *

MOTION REQUESTING AN EXTENTION OF TIME TO RESPOND TO THE
MAGISTRATE JUDGE RECOMMENDATION AND DEFENDANT BURKS REPORT

COMES NOW, Richard Wayne Wright, Sr., Plaintiff, Pro-Se., before this Honorable Court on a motion for an extention of time. The Plaintiff will respectfully show this Honorable Court as following:

1). Plaintiff Wright has to finish and furnish to this Honorable Court motions accompaning [his] objection to the Magistrate Judge recommendation.

2). It is very complicated to denomstrate to this Honorable Court the exceptional circumstance in retrieving the records of this Department (Alabama Department of Correction--(Hereafter refered to as (A.D.O.C.)). As well as retrieving the knowledge from the Law library due to the use of damage litigation/aid books and no known paralegal trained in (such) study (Law) to aid plaintiff in this litigation process.

3). Plaintiff is having great difficulty obtaining the needed information to combat with the expertise of [that] of the defendants Counsel's and need extra time to find the supporting Laws inspite of the disadvantage (due to the inadequacy of the law library resources) in dealing with this difficult situations. These difficulties involves presenting the necessary elements of his claims to this Honorable Court and perform the proper tactic in obtaining the need documents ( in the defendants possession) so that,

PAGE 1 OF 3

Plaintiff can substantiate each and every one (1) of [his] claims.

Plaintiff believes by this Honorable Court granting this motion it "will not" prejudice the defendants of defendant(s) Counsel's in any form of manner.

DONE THIS THE _10th_ DAY OF _November_, 2005.

RESPECTFULLY SUBMITTED,

_Richard W. Wright Jr._
Richard Wayne Wright, Sr., #187140
Plaintiff, Pro-Se.

PLAINTIFF ADDRESS
RICHARD WAYNE WRIGHT SR., #187140
VENTRESS CORRECTIONAL FACILITY
DORM 10/B BED 55-B
POST OFFICE BOX 767
CLAYTON, ALABAMA 35016

CERTIFICATE OF SERVICE

This is to certify that I am the Plaintiff in the above encaptioned motion and I have sent this motion to the clerk of this Court and the following defendant's Counsel(s):

DAVID B. BLOCK
WILLIAM R. LUNSFORD
BALCH & BINGHAM LLP
POST OFFICE BOX 767
CLAYTON, ALABAMA 35016

STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
ALABAMA BOARD PARDON AND PAROLES
POST OFFICE BOX 302405
MONTGOMERY, ALABAMA 36130

KIM T. THOMAS
GREGG M. BIGGS
ALABAMA DEPARTMENT OF CORRECTION
    LEGAL DIVISION
301 RIPLEY STREET
MONTGOMERY, ALABAMA 36130

by placing this motion in the United States mail box at Ventress Correctional Facility (Ventress Legal Mail Box) for first class postage prepaid (to be furnish by D.O.C. officials at (V.C.F.)) and properly address this on the _10th_ day of _November_, 2005.

PAGE _2_ OF _3_

RESPECTIFULLY SUBMITTED,

_____
RICHARD WAYNE WRIGHT,SR.,#187140
Plaintiff, Pro-Se.

NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF BARBOUR)

BEFORE ME, A NOTARY PUBLIC in and for said county, in said state, personally appeared Richard Wayne Wright, Sr., Plaintiff, Pro-Se., whose name is signed to the foregoing motion. Who being first duly confirms, desposes on oath and says, that the information set fourth in the foregoing motion is true and correct to the best of [his] knowledge and belief.

_____
RICHARD WAYNE WRIGHT,SR., #187140
Signture of Affiant

CONFIRMS TO AND SUBSCRIBED BEFORE ME ON THIS THE 14th day of November, 2005.

_____
NOTARY PUBLIC

My Commission Expires August 18, 2007
_____
MY COMMISSION EXPIRES

PAGE 3 OF 3