IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYLVESTER NETTLES, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed herein by the plaintiff on November 17, 2005 (Court Doc. No. 74), and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED to the extent that the plaintiff seeks additional time to file a response to the special report filed by defendant Burks as the orders of this court provide him an adequate opportunity to file such response.

2. This motion be and is hereby GRANTED to the extent that the plaintiff seeks an extension of time to file objections to the Recommendation entered on October 31, 2005.

3. The plaintiff be GRANTED an extension from November 14, 2005 to and including November 29, 2005 to file objections to the Recommendation entered on October 31, 2005.

Done this 21st day of November, 2005.

                                                  /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE