IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| AIS #187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on November 10, 2005 (Court Doc. No. 71), and as the court has not yet ordered a response from the plaintiff, it is

ORDERED that this motion be and is hereby DENIED.

Done this 21st day of November, 2005.

                       /s/Charles S. Coody
                       CHARLES S. COODY
                       CHIEF UNITED STATES MAGISTRATE JUDGE