EXHIBIT (1) ONE

RECEIVED

2005 NOV 28  A 10: 10  ADMINISTRATIVE COMPLAINT

TO: WARDEN J.C. Giles

FROM: Inmate Richard Wayne Wright, Sr.
      A.I.S. # 187140 DORM 7 (seg) # 704

RE: CONDUCT OF OFFICER
    LT. HOlland

On March 10, 2005, Lt. Holland took me in a office because a profile

the nurse had transfered from Bollock Correctional Facility to a Ventress

Orofile back. She further stated, "if you ever be told to leave this

kitchen again and don'T leave you are going to get some action."I responded,

"some action!" Lt. Holland, said--yes some action, if you be told to leave

this kitchen and don't leave, you can get ready for some action. She gave

me the profile back and I return to the dorm I was housed in.

This is to be filed with said people for notice, I've been threaten by Lt.

Holland and she impeded into inmate Wright medical/health care.

DONE THIS THE 9th, day of April, 2005.

RESPECTFULLY SUBMITTED,

RICHARD WAYNE WRIGHT, SR. # 187140

CC: WARDEN J.C.GILES
    DONAL CAMPBELL (Prison comission)
    AGENCY FOR (D.O.C.) PERSONEL DEPARTMENT FILE
    Inmate WRIGHT'S ATTORNEY
    Inmate WRIGHT"S FAMILY