EXHIBIT (2) TWO

## ADMINISTRATIVE COMPLAINT

TO: WARDEN J.C. GILES
FROM: INMATE RICHARD WAYNE WRIGHT, SR.
    A.I.S. # 187140 DORM 7 (Seg.)#704

RE: CONDUCT OF OFFICER
    SERGEANT CARGLE

    On March 11, 2005, approximately 3:30 A.M. Sgt. Cargle harass me after talking tome the day before I were sent to her by Lt. Holland. Sgt. Cargle said something to me about hair on my side burns and the top of my lip. She took the profile and indicated she was going to show me how to read one. Then she stated, if I came in the kitchen like that again I would not eat. She gave me the profile back I receive a tray, ate and left.

    On March 16, 2005, approximately 3:45 A.M. Sgt. Cargle stop me before I got my tray and told me I was really pushing it. She was insinuating the hair on my face was to long, while waving her hand in my face. She ask me when were I going to shave. I stated today if you want me too. She asks me again when are you going to shave. I replied, "today". She tells me just keep on pushing it. She waved her hand in my face again signaling for me to go on down the line, in which I receive a tray, ate and left.

    This is to be filed with said people for notice. I've been harassed and threaten by Sgt. Cargle.

    DONE THIS THE _9th_ DAY OF APRIL, 2005.

                              RESPECTFULLY SUBMITTED,

                              *Richard W. Wright Sr.*
                              RICHARD WAYNE WRIGHT, SR. #187140

CC WARDEN J.C. GILES
   DONAL CAMPBELL (PRISON COMMISSIONER)
   AGENCY FOR (D.O.C.) PERSONEL DEPARTMENT FILE
   INMATE WRIGHT'S ATTORNEY
   INMATE WRIGHT'S FAMILY