<u>EXHIBIT (3)THREE</u>

## <u>ADMINISDTRATIVE COMPLAINT</u>

TO: M.L. MONK (COS II)
    VENTRESS CORRECTIONAL FACILITY
    P.O. BOX 767
    CLAYTON, ALABAMA 36016

FROM: INMATE RICHARD WAYNE WRIGHT, SR.,
      A.I.S.# 187140 DORM 6A BED #2
      VENTRESS CORRECTIONAL FACILITY
      CLAYTON, ALABAMA 36016

RE: CONDUCT OF OFFICER

JULY 29, 2005

DEAR: CAPTAIN MONK,

On July 29, 2005, inmate Wright was order by Lt. Holland to get out of the kitchen (before eating). Inmates from dorm three (3) ran past inmate Wright after I wash my face at the yard's fountain, because we were being called to the kitchen and I did not have time to wash my face in the dorm. Lt. Holland and inmate Wright conversation went as follows:

<u>LT. Holland</u> -- Where is your band?

<u>Inmate Wright</u> -- I don't have a band.

<u>Lt. Holland</u> -- When did you move into three (3) dorm?

<u>Inmate Wright</u> -- I'm not in three (3) dorm, I'm in six (6) dorm.

<u>Lt. Holland</u> -- Why are you so late?

<u>Inmate Wright</u> -- There is the end of six (6) dorm right there, they ran...

<u>Lt. Holland</u> -- "GET OUT!"

<u>Inmate Wright</u> -- They ran past me, after I had wash my face, out there!

<u>Lt. Holland</u> -- I said, "GET OUT!"

It was only ten (10) to fifteen (15) inmates out of three (3) dorm that had ran past me. The officers that monitory the dorm dorm has a general practice during meal times of placing a two (2) minute limitation "time"

PAGE 1

for inmate waiting to go out to exit the dorm or they will be forbidden to eat. Especially (at breakfast time) this time limitation often falls within one (1) minute or less depending on the mood of the on duty officer.

Lt. Holland has establish on third (3rd) shift a common practice of (force feeding) inmates' once they enter the kitchen by table rotation. Often times our breakfast is hot, before the inmates sit down to eat at the forth (4th) row of tables the inmate seated at the first (1st) row of tables are order to get up and take their trays to the window. Inmate Wright has been order directly by Lt. Holland on several occation not to stand on the wall and eat in his attempts to complete his meal. Most of the other officers under Lt. Holland supervision has begun to implement and enforce this same policy.

Inmate Wright has sent a prior complaint concerning threats Lt. Holland made to him on April 10, 2005 stating: "If you (refering to inmate Wright) ever be told to leave this kitchen and don't you can get ready for some action".

I made you aware of the milk and juice (I was being neglected of) while I was in the segregation unit from April 26, 2005 until 27, 2005. in which you finally had the situation "corrected" after you were inform the second (2nd) time the problem persisted, a long with the problem persisted, along with the "dessert(s)" (situation) of dessert(s) being taken off inmate Wright tray before he was served—Thank you! Lt. Holland are insisting on harrassing, irritating and tormenting inmate wright persistently. For such reason inmate Wright hopes Lt. Holland actions/motive will be curved [before] she initiates unnecessary, excessive force and assault on inmate Wright. Your response to this matter is important to me.

Your earliest and most serious attention to this request if most appreciated.

EXHIBIT (3) THREE

DONE THIS THE 29th DAY OF _____ JULY _____, 2005.

RESPECTFULLY SUBMITTED,

*Richard W. Wright Sr.*
RICHARD WAYNE WRIGHT, SR., #187140