**FedEx Express US Airbill**

FedEx Tracking Number: 8513 1792 4097

Form ID: 0215

**1 From**
Date: 9/13/05
FedEx Tracking Number: 851317924097
Sender's Name: Bill Lunsford
Phone: 256 551-0171
Company: [illegible] AND BINGHAM LLP
Address: [illegible] GALLATIN ST SW
City: [illegible]  State: AL  ZIP: 35801-4936

**2 Your Internal Billing Reference:** 005214-030

**3 To**
Recipient's Name: Richard Wayne Wright, Sr. AIS# 187140
Phone: [blank]
Company: Valhress Correctional Facility
Address: P.O. Box 710
City: Clayton  State: AL  ZIP: 36016

**4a Express Package Service**
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service**
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday
[ ] HOLD Saturday
Does this shipment contain dangerous goods?
[X] No  [ ] Yes  [ ] Yes  [ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

Total Packages / Total Weight / Total Charges: 466

Barcode: 8513 1792 4097
0308792579

---

9-14-05
Legal Mail Officer — this was delivered to the Warden's Office in error and the Officer [opened?] it by Mistake.
M.C. Nixon

"Copies"

Exhibit Four (4)