SEPTEMBER 28, 2005

## ATTENTION INMATES

**INMATES CAN ONLY TYPE THEIR LEGAL WORK.**

**NO ONE CAN TYPE ANOTHER INMATES LEGAL WORK.**

**PROOF OF LEGAL WORK MUST BE PRESENTED AT TIME OF REQUEST.**

Exhibit Five(5)