Exhibit 6
9-19-00

Hello Richard,

I just would like to say thank you anyway for praying for me + my boys. That's a true blessing that someone is, and I just wanted to say thanks. About this sex stuff you mean you raped someone too? Now that's something I didn't even know. As you may or should know I didn't put you on child support but my lawyer stated that it was the law and there was nothing I could do about that. Thank you also for praying for my financial status. Needed greatly. That's OK about the Jewery box But if you could make another Bank just like that one but write a Keal that's KEAL where the name goes. I'll just pay you for that one. If you don't have the papers you need in this letter it will be in the

next one.

I have a list of things I need you to agree in prayer with,

(1) There's a weekend job. that I put in for which goes I work Fri & Sat. 12 hours each but get paid for ~~___~~ 36 hrs. and that way I can have the ~~☉~~ weekday with my boys. or get a small part time job. to make up loose ends. and spend nights with my boys. the job is in West Point so that goes along with my next request.

(2) a Better Car.

(3) and a house that I can one day call my own.

Yea I do know Brayn Vines but NO I don't want him to have my address. But you can tell him I said Hi. — Twyla

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Richard Wright   AIS#: BM/187140

Institution: BCCF   Date of Disciplinary Report: Nov. 3, 2004

#31 Assault on Another Inmate

Is the inmate currently on the mental health caseload?   Yes   (No)

If Yes, referred for mental health evaluation/consultation on: November 8, 2004

Mental Health Outpatient

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

Does the inmate know where he is?   Does the inmate know what date it is?   Does inmate know why he is seeing hearing officer?
Is the inmate appropriately dressed?   Is inmate able to speak coherently?   Does the inmate avoid eye contact?
Does the inmate make sense?   Are the inmate's statements logical and organized or unusual?

Should the inmate be referred for mental health evaluation of competency?   Yes   No
-- If Yes, referred for mental health evaluation/consultation on: _____

**MENTAL HEALTH STAFF:**
Date request for consult received: 11-9-04   Date consult returned: 11-9-04

Is the inmate competent to participate in the hearing?   (Yes)   No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes   (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?   Yes   (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes   (No)
Mental Health Staff Member: Mike Haynes   Phone Contact: 132

**DISCIPLINARY HEARING:**
Does the inmate appear to be competent to participate in the hearing?   (Yes)   No
Have the mental health recommendations been considered?   (Yes)   No
Hearing Officer: R.L. Waller   Date: 11-30-04   12-1-04

| Inmate Name | AIS # |
|---|---|
| Richard Wright | 187140 |

ALDOC Form 466-01

5 of 5

AR 466 - December 11, 2001

S was reviewed in the MH staff meeting and interviewed by me in the seg. unit. His thinking was clear. He was oriented in all spheres. He was able to explain his side of the incident. He can go to disciplinary court.

File: Mrs. Perry   hos: MHu   Mike Haynes MH