IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT,<br>AIS # 187140<br><br>Plaintiff,<br>v.<br><br>SYLVESTER NETTLES, et al.;<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:05-CV-439-A<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO AMEND SPECIAL REPORT

Comes now the Defendant, Sherry Seals, by and through her undersigned counsel of record and moves this Honorable Court for Leave to Amend its Special Report filed on November 14, 2005 by adding the Defendant Sherry Seals to the named defendants. This defendant's name was inadvertently left out of the Special Report. Additionally, Defendant Seals denials of any claims against her are expressed in exhibit "D", attached to the Special Report.

Respectfully submitted,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/s/GREG BIGGS
GREG BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
ALABAMA DEPARTMENT OF CORRECTIONS
LEGAL DIVISION
301 RIPLEY STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA  36130
334-353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and this is to certify that a copy of the foregoing was served upon:

Inmate Richard Wayne Wright, Sr., #187140
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this   day of November 2005.

/s/GREG BIGGS
GREG BIGGS (BIG 004)
ASSISTANT ATTORNEY GENERAL