Richard Wayne Wright, Sr # 187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016-0767

November 27, 2005

Case Style: Richard Wayne Wright, Sr.
         -vs- Sylvester Nettles, et. al.
District Court Number: 05-439-CV-A-N.

TO: Debra P. Hackett (Clerk)
From: Richard W. Wright, Sr.

RE: Proper ~~Captain~~ R.W.W. Caption For Filing

Dear, Mrs. Hackett

   Upon writing this attach motion I realize I did not place the Full Caption of the motion on page one (1). For such reason I ask this Cover Sheet/letter be issued with (said) motion For proper Filing. Please Forgive me For this mistake.

   Done this the 27th day of November, 2005.

COVER SHEET

IN THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

## Motion For Restraining Orders

Plaintiff has made many attempts to show this Honorable Court the grave danger [he] is expose to by remaining in defendants Custody. Defendants has stop plaintiff ability to properly litigate this case here at Ventress Correctional Facility (here after refered to as (V.C.F.)) by placing restrictions on his excess to using the law library and the equipment in the law library. Officer Abercrombie under the influence, guidance and instruction of Lt. Dowling (Shift Supervisor); Sgt. Longmires (Adminstrative Supervisor) and Sgt. Carter (Regullar Supervisor) has directly aided in the name defendants effects to interfer with plaintiff litigation process. [Their] records will show how they deprived plaintiff of excess to the law library/Courts over the past Five(5) weeks of the minumum twenty (20) hours mandated by law. Plaintiff is not sure when his motion For extention of time was mailed at these hands of the said defendant's/ agent(s) here at (V.C.F.) Plaintiff mail has again not reach its destination by [him] placing the mailed in the legal

Page 1 of 8

mail box at (V.C.F.) For postage to be paid be designated officials. The attorney general (Troy King) And his assistant Steven M. Sirmon) did not get the copies of plaintiff objection to the magistrate Judge, motion for dismissal (in allowing the defendant(s) to use mind altering drugs (puschotropic)) as [they] had intended and according to [his] certificate of service.

Lt. Taylor has ordered her agents under her supervision to take the claps off plaintiff paper work from defendants attornie(s), these re-arrangement of plaintiff paper work is and was a task to put in some kind of order. The defendants attorney's placed no numbering (order) on these (said) papers so that plaintiff could properly direct this Honorable Court to [the] specific documents in these bundles of papers he is refering to. These tactics are used by defendant(s) and defendant's agent(s) among a few other extreme tactics they are using to weaking plaintiff defense.

(2) In order to stop plaintiff litigation completely defendant Sgt. Carter, defendant Brown and Lt. Dowling (inderectly), officer Robbinson assisted these two (2) officer listed above directly in put the cuffs on plaintiff on November 23, 2005 Wednesday.

Page 2 of 8

Another inmate (Rod) which was concerned on how they where beating me in the lobby of Ten (10) dorm. This inmate was pull in off the yard and beating as well, For tring to discourage them from beating me in such matters. I was taken to be seen by Dr. Siddiq (M.D.) invovled in said law suit at the Bullock County hospital (as told) I did not know [he] would be there. And as result of the extensive injuries I Faced to my body and back [theyd] were all minimized by doctor siddiq he stated, "(Severe times)" there's nothing wrong with him". The escorting officer(s) (Jackson) mainly (per instruction of doctor Siddiq) tried to Force me to walk. In intimdating manners I was Force to try and stand to get in the wheel chair after I insisted I was not able to walk (without) causing myself tremendous pain. Once in the wheel chair my back was Force against the back rest of the chair by officer Jackson ((ouch at (V.C.F.)) by him pushing my right shoulders tring to make me sit with my back Flush against the wheel chair back. Inspite of my mourning and droaning in pain it matter little too the two (2) of them. Now I await to see what they shall do next (while I lay in pain in the inFirmary (holding cell)). Sgt. Carter

Page 3 oF 8

has indicated he not Finish, due to them beat the other guy (inmate Rod) he was not Finish in his attempt to break my back (he may). Some one informed them the assist<sup>ant</sup> Warden was on his way so he had me druged in the room with (Rod) inmate)) this also was a Factor in bring this assualt to an end. I await your immediate response (see also, additional motion For protection order.).

## Relief Requested

Pursuant to Alabama rules of Civil procedures 3(A), Title 15-7-2 Codes of Alabama 1975 based on perjury 1st degree violation of Title 13A-10-101 Code of Alabama 1975 and defendants and/or defendant's agents knowledgeable about this (said) assault [additional] Complaint, willingly and knowingly give or gave any False or misleading statements to conceal, mislead any details of this assault to higher officials or avoid statements to keep this Honorable Court or any Court here after to properly access these incidents which ~~teds~~ leads to this case decision in its totality shall/should be subjected to prejury in the 1st degree, Title 13A-10-101 Code of Alabama

These individuals which shall be listed below (who) partaken in this assault on plaintiff ("under" what plaintiff believes are orders from Lt. Dowling (one (1) and two days prior) should have warned the head of security staff at this institution (V.C.F.) (Captain Monk, Warden Parkers and/or Warden Giles). These named individuals below which allowed or partaken directly or indirectly in the two (2) named incidents are as following: Dr. Siddig (M.D.); N. Burks (HAS); M.L. Monk (COS II) (Captain); Lt. John Dowling; Sgt. Carter Lt. Taylor; Carolyn Longmirers (Sgt.); officer Pullum (C.O.I)(B/M); officer Rump (C.O.I)(B/M); officer Abercrombie (law library ~~clerk~~ officer (R.W.W)). Also the four (4) officers in the assault/attack after I was hand cuff -- officer Robbinson (COI)(B/M); officer Brown (C.O.I); Sgt. Carter (~~the~~ who initiated this assault); Plaintiff can not properly I.D. the forth officer concerning this assault as of today. The following named people/defendant(s) neglected plaintiff needed medical treatment, failed to notify plaintiff emergency contact as indicated in his prison file and failed to properly contact the internal investigation unit (I & I). Once It made known to Warden Parkers upon returning to

page 5 of 8

the prison I was put in isolation and tried by several officer to make me stand up. I described the great amount of pain and ask that I get my lower back check properly, by a doctor (who) is not involved in the case at all. I started a food strike in hopes I would get properly treated by others or another doctor (who) has my health at heart. I'm not sure how long shall I have to go before being treated. I need Federal help against these defendants to preserve my life and health. (see protection order). If this is not the proper motion or in its proper form, I ask this Honorable Court construed it in its proper form and issue arrest warrants and restraining orders temporarily or permeantly during plaintiff litigation process to preserved his life. And send some personel to properly access the danger and injuries I now face. Plaintiff still has on the clothes some of the blood from his mouth got on us further evidence but don't no how long defendants shall allow him to keep them.

  Done this the <u>27th</u> day of November, 2005.

Page 6 of 8

Respectfully submitted,

_Richard W. Wright, Jr._
Richard Wayne Wright, Sr.
18 USC 1746

__Plaintiff's address__
Richard Wayne Wright, Sr. # 187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

### Certificate of Service

I Richard Wayne Wright, Sr., Plaintiff, Pro-se., earnestly ask this Honorable Court that a copy of this "motion for restraing order" be forewarded to the defendant's Counselors listed below due to plaintiff indegant status. And a Court/Clock stamp Copy be mailed to plaintiff after filling. Please mailed to the following defendant's Attornies:

Troy King (Attorney General)
State Bar # ASB-5949-5615
Alabama Board Pardon and Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block
William R. Lunsford
Balch & Bingham llp
Post Office Box ~~302405~~ 18668
Huntsville, Ala. 35804-8668

Page 7 of 8

STEVEN M. SIRMON
Assistant Attorney General
Alabama Board Pardon and Paroles
Post office Box 302405
Montgomery, Ala. 36130

Kim T. Thomas
Gregg M. Biggs
Alabama Department of Correction legal division
301 Ripley Street
Montgomery, Ala. 36130

by giving this motion to the on duty officer while delivering breakfast trays to plaintiff in the infirmary at Ventress' Correctional Facility. To be mailed with First Class postage prepaid and properly address this on November 27th day 2005. (See Cover Sheet)

Respectfully Submitted
Richd W. Wright Jr.
Richard Wayne Wright, Sr. #187140
Plaintiff, Pro-Se.
18 USC 1746