IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-CV-439-A |
| SYLVESTER NETTLES, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before December 14, 2005 Dr. William Sanders shall show cause why he has failed to file a written report in compliance with the orders of this court.

Done this 30th day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE