IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,     )
#187140,                        )
                                )
              Plaintiffs,        )
                                )
vs.                             )    CIVIL ACTION NO. 2:05cv439-A
                                )
SYLVESTER NETTLES, et al.,      )
                                )
              Defendants.        )

## ORDER

Upon consideration of the Motion for Restraining Orders (Doc. #81), filed by the

Plaintiff, it is hereby ORDERED as follows: To the extent that this document is treated as a

Motion for Temporary Restraining Order, the motion is DENIED.

To the extent that the court considers this motion to be a Motion for Preliminary

Injunction, the motion is referred to the Magistrate Judge for consideration and for the issuance

of a Report and Recommendation.

DONE this 8th day of December, 2005.


                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE