IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #187140, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv439-A ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

**CORRECTIVE ORDER**

The order (Doc. #85) entered in this case on December 8, 2005, inadvertently referred to "Defendant's Objection," rather than Plaintiff's Objection. Accordingly, the order is CORRECTED to read as follows:

Upon an independent evaluation and *de novo* review of this matter, including the Recommendation (Doc. #65) entered by the Magistrate Judge on October 31, 2005, and the Plaintiff's Objection (Doc. #78), filed on November 28, 2005, the court overrules the objection, adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Motion for Preliminary Injunction filed by the Plaintiff on October 6, 2005, is DENIED.

DONE this 8th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE