IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.,** ) <br> **(AIS # 187140)** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **SYLVESTER NETTLES,** *et al.*, ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NO.** <br><br> **CV-05-439-WHA-CSC** |

## NOTICE OF APPEARANCE

Please take notice that Douglas B. Hargett of Balch & Bingham LLP, hereby enters an appearance on behalf of Tahir Siddiq, MD, Katherine Taylor, LPN, Samuel Rayapati, MD, Nettie Burks, HSA, Celeste Hunter, LPN, and Prison Health Services, Inc., defendants in the above-captioned case, and requests the Court provide all notices to the undersigned counsel at the address set forth below.

/s/ Douglas B. Hargett
Douglas B. Hargett
dhargett@balch.com

**OF COUNSEL:**

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, Alabama  35804-8668
Telephone:  (256) 551-0171
Facsimile:  (256) 512-0119

86759.1

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 12th day of December, 2005:

Richard Wayne Wright, Sr.
AIS# 187140
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

Gregory Marion Biggs
Department of Corrections
P.O. Box 301501
301 Ripley Street
Montgomery, AL 36130

Steven Mallette Sirmon
Alabama Board of Pardons & Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, AL 36130

Hugh Davis
Alabama Board of Pardons & Paroles
P.O. Box 302405
Montgomery, AL 36130-2405

                                                /s/ Douglas B. Hargett
                                                Of Counsel