IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE MIDDLE DISTRICT OF
ALABAMA, NORTHERN DIVISION

Richard Wayne Wright, Sr.
A.I.S # 187140
    Plaintiff
    -Vs-
SYLVESTER NETTLES, ET. AL.
    Defendant

Civil Action No
2:05-CV-439-A-WO

RECEIVED 2005 DEC 13 A 9:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Status of Case

I Richard Wayne Wright, Sr. Plaintiff Pro-Se., Comes Now before this Honorable Court and Clerk inquiring about plaintiff motion objecting to the Magistrate Judge recommendation pass down on October 31, 2005. Plaintiff "motion For an extention of time" was granted and signed by Judge Charles S. Coody on November 21, 2005. Plaintiff has not received any response from this Honorable Court Concerning plaintiff "objection motion" in which plaintiff placed in the U.S. Mail Box at Ventress Correctional Facility (V.C.F.) on Wednesday morning, November 23, 2005 at approximately/about 4:00 a.m with Postage prepaid. Plain-

Page 1 of 6

tiff placed the defendant's Counselors Steven M. Sirmon (Assistant Attorney General) and Troy King (Attorney General) a copy of plaintiff "objection Motion" in the legal mail box located inside the Kitchen at (V.C.F.) For postage to be paid by [these] prison officials and properly mailed by the U.S. Postal Service it was return to plaintiff on November 23th or 24th 2005 between the hours of 11 p.m. and 4 a.m. 23th thur 24th of November 2005, while I laid in the infirmary #103.

Plaintiff mailed an urgent motion "Motion For Restraining Order" on November 27, 2005, Monday during breakfast tray's being served by proper prison officials with proper postage to be placed in the U.S. Mail Box at (V.C.F.). Plaintiff has not received any response from this Honorable Court as of today December 8th, 2005. Thursday morning concerning (said) motion. Plaintiff submitted said motion with urgency due to the assault [he] faced at the hands of defendants (Lt. J. Dowling and Sgt. C. Longmire) agents directly under [their] Supervision (Sgt. Carter, office

R. Brown, officer L. Richardson and a Fourth (4th) officer was involved "who" has not been properly identified. Plaintiff was transported to (said) Bullock County Hospital For Medical treatment. Defendant T. Siddig (M.D.) Showed up at the hospital a defendant (apart) of plaintiff (said) complaint. Defendant T. Siddig (M.D.) Minimized all plaintiff injuries [he] suffered by the hands of defendant's agents listed above. Plaintiff was Forced to sit slope over in a wheel chair, Forced to crawl into a Van when I was barely able to get into the Van. Officer Patternson was the officer giving plaintiff these harsh orders subjecting plaintiff to Further back injuries and neck. He was the one (1) who physically snatch plaintiff shoulders up before going by the administration desk/ or nurse station plaintiff was not able to hold such position and went right back to the slope over position. officer Patternson would not allow plaintiff to lay on the Floor of the Van and use many other aggresive Verbally derogatory language with Vulgar statements mixed with his threatening demeanor as if at any time I stop tring to perform these task

Page 3 of 6

of getting on the seat of the Van, now that I was in the Van (Floor) he would execute another physical assault upon plaintiff as the one (1) [he] had just encounter earlier. The other officer just stood to the side of him with his gun as if plaintiff was attack by officer Patterson and I showed any resistance [he] would use it, but the (this) officer never said anything directly to me only officer Patterson. Plaintiff seeks a response from this Honorable Court at the earliest and most convenient time.

    Lastly plaintiff ask that this Honorable Court and/or Clerk mailed plaintiff a case summary action sheet(s)/status docket report from this Honorable Court. If this Motion is not in its right Form plaintiff ask that this Honorable Court construed it into its proper Form.

    Done this the 8th day of December, 2005.

Respectfully Submitted,
Richard W. Wright Jr.
Richard Wayne Wright Sr. #187140
Ventress Correctional Facility

Page 4 of 6

Infirmary Room # 103
Post Office Box 767
Clayton, Ala. 36016

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. am the Plaintiff, Pro-Se, in the above encaptioned motion and sent to this Honorable Court and ask that (this) the Clerk send a Copy of said motion to the defendant's Counsel(s); due to plaintiff indeangent [R.W.W] status which addresses are as Following:

Troy King (Attorney General)
State Bar # ASB-5949-5615
ALABAMA BOARD PARDON AND Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block
William R. Lunsford
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Steven M. Sirmon
(Assistant Attorney General)
ALABAMA Board Pardon and Paroles

Kim T. Thomas
Gregg M. Biggs
Alabama Department of Correction
Legal Division
301 Ripley Street
Montgomery, Ala. 36130

Page 5 of 6

Post Office Box 302405
Montgomery, Alabama 36130

by placing this motion in the hand of a prison official to be properly mailed by placing (said) motion in the U.S. Mail Box located at (V.C.F.) with First Class postage prepaid which plaintiff was able at such time to provide postage and properly address this on the 8th day of December, 2005.

Respectfully Submitted,
_Richard W. Wright, Sr._
Richard Wayne Wright Sr. #187140
Plaintiff, Pro-Se.
28 USC 1746