IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| AIS # 187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2-05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DR. WILLIAM SANDERS

COMES NOW the undersigned, first having been duly sworn, deposes as follows:

My name is Dr. William Sanders. The statements in this affidavit are based on my personal knowledge. I am over the age of nineteen (19) years and am competent to testify in the matter stated herein.

This affidavit is in response to a Show Cause Order that was issued in Richard Wayne Wight Sr, AIS # 187140, v. Sylvester Nettles, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Civil Action No. 2:05-CV-439-A.

With respect to this lawsuit, I have never personally been hand-delivered a copy of the summons, complaint, or amended complaint by any persons. Furthermore, a copy of the summons, complaint, or amended complaint has not been left at my dwelling house or usual place of abode with a person of suitable age.

With respect to this lawsuit, I have not personally been served with the summons, complaint, or amended complaint via Certified Mail and I have not been presented with the

return receipt. Also, I have not authorized anyone to receive or sign for Certified Mail for the service of process of the summons, complaint, or amended complaint. To my knowledge, no representative of my employer signed on my behalf the return receipt for Certified Mail for the summons, complaint, or amended complaint.

FURTHER, THE AFFIANT SAITH NOT.

William Sanders

STATE OF ALABAMA    )
COUNTY OF Bullock    )

Before me, a Notary Public in said County and State, personally appeared William Sanders, who by me first duly sworn, deposes and says that the above is true and correct to the best of his knowledge and belief.

Sworn to and subscribed before me this the 13th day of December, 2005.

Notary Public

My Commission Expires: 2-24-2009