IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br>     Plaintiff, <br> v. <br> SYLVESTER NETTLES, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-439-A <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on December 13, 2005 (Court Doc. No. 88), which the court construes to contain a motion for free copy of the docket sheet, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

The plaintiff is hereby informed that the court is not required to provide a copy of the docket sheet to him without **prepayment of all costs** associated with producing the necessary copies. If the plaintiff seeks to obtain copies from this court, he may do so upon **prepayment** of fifty (50) cents per copy. Thus, if the plaintiff wishes to receive a copy of the docket sheet maintained in this case he must make prepayment of the necessary amount for such copies to the Clerk of the court. The docket consists of nineteen (19) pages. Consequently, in order to obtain a copy of this document, he must submit $19.50 to the Clerk

of this Court.

Done this 15th day of December, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE