IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR., )
AIS #187140, )
 )
  Plaintiff, )
 )
  v. ) CIVIL ACTION NO. 2:05-CV-439-A
 )
SYLVESTER NETTLES, et al., )
 )
  Defendants. )

**ORDER ON MOTION**

Upon consideration of the motion for status filed by the plaintiff on December 13,

2005 (Court Doc. No. 88), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  The plaintiff is advised

that the court entered orders on December 8, 2005 denying his motion for restraining orders

and overruling his objection to the Recommendation entered on October 31, 2005.

Done this 15th day of December, 2005.


     /s/Charles S. Coody
     CHARLES S. COODY
     CHIEF UNITED STATES MAGISTRATE JUDGE