IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is not clear from the docket in this case that service was attempted on Dr. William Sanders. Specifically, the court has received neither a return receipt indicating service by certified mail nor has the copy of the complaint mailed to Dr. Sanders been returned to the court demonstrating a lack of service. Moreover, on December 14, 2005, the court received a limited response from Dr. Sanders advising that he "was never served with the lawsuit in this matter . . ." *Court Doc. No. 89* at 1. In light of the foregoing, the Clerk is DIRECTED to serve a copy of the July 28, 2005 amended complaint (Court Doc. No. 13) and exhibits, the August 4, 2005 order of procedure (Court Doc. No. 14) and this order on Dr. William Sanders at the Bullock County Correctional Facility, P. O. Box 5107, Union Springs, Alabama 36089. It is

ORDERED that within twenty (20) days of service of this order Dr. William Sanders

shall file a written report and answer addressing the claims lodged against him in the amended complaint.

**The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Dr. William Sanders he will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Dr. William Sanders, and this case will proceed against only those defendants on whom service has been perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 15th day of December, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE