IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright, Sr.,        *
   Plaintiff, Pro-Se.,            *
                                  *  CASE ACTION NO:
      V-                          *  2:05-CV-439-A-WO
SYLVESTER NETTLES, et. al.,       *
      Defendants.                 *
                                  *

## Motion For Physical Examination

I Richard Wright (Wayne), Sr. Plaintiff, Pro-Se., Moves this Honorable Court For An order that plaintiff submit to a physical examination before trial by a physician or physicians to be Appointed by this Honorable Court, at such times As the Court may direct, to determine the exact nature And extent of the injuries Plaintiff Wright have sustained by defendants Assault executed upon plaintiff Wright in ten (10) dorm lobby on November 23, 2005, As the result of the Act or Acts Administered upon plaintiff.

Plaintiff now informs this Honorable Court of such request And believes that it is essential

Page 1 of 4

to the proper trial of this case plaintiff submit to such physical examination in advance of trail because ( as reasons set Forth in plaintiff Complaint and "Motion For Filing Assault Charges, Restraining Orders And Protection Orders") these Acts perform by the newly named defendants and defendant's agents were done For the Sole purpose of Causing plaintiff physical harm and interrupting his litigation responses. IF this motion is not in its proper Form plaintiff Ask that this Honorable Court Construed this motion into its proper Form.

Done this the 13th day of December, 2005.

Respectfully Submitted,

_Richard W. Wright, Sr._
Richard Wayne Wright Sr. #187140
Plaintiff, Pro-Se.,
28 USC 1746

**Plaintiff's Address**
Richard Wayne Wright Sr. #187140
Ventress Correctional Facility

Page 2 of 4

Infirmary Room-105

Motion For Physical Examination
_____

Infirmary Room #103
Post Office Box 767
Clayton Alabama 36016

## CERTIFICATE OF SERVICE

This is Certify that I Richard Wayne Wright, Sr., Plaintiff, Pro-Se., in the above encaptioned motion And Certify I have sent this motion to the Clerk of this Court And earnestly Ask due to plaintiff indigent status that this Honorable Court Forward a Copy of this (said) motion "motion For physical Examination" to defendant's Counsel(s) which Are as Following:

Troy King (Attorney General)
State Bar # ASB-5949-S615
Steven M. Sirmon
(Assistant Attorney General)
Alabama Board Pardon And Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block
William R. Lunsford
Balch & Bingham llp
Post Office Box 18668
Huntsville, Alabama 35804-8668

Page 3 of 4

Kim T. Thomas
Gregg M. Biggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the Unites States Mail Box at Ventress Correctional Facility (Ventress Legal Mail Box) by hand delivery to the officer on duty with one (1) First Class postage stamp prepaid and the additional postage needed (to be Furnish by the proper D.O.C. officials) at (V.C.F.) and properly address this on the 13th day of December, 2005.

   Done this the 13th day of December, 2005.

                    Respectfully Submitted,

                    _Richard W Wright, Sr._
                    Richard Wayne Wright Sr. 187140
                       Plaintiff, Pro. Se.,
                         28 USC 1746