IN THE UNITED STATES CIRCUIT
COURT FOR BOURBER COUNTY, Alabama

2005 DEC 15 A :50

Richard Wayne Wright, Sr.        *
  Plaintiff, Pro-Se.              *
  -vs-                            *
Sgt. Carolyn Longmire (Co. II)    *  Case Action No:
Sgt. ___ Carter         (Co. II)  *  _____
Levy Richardson         (Co. I)   *
Roosevelt Brown         (Co. I)   *
John Doe I              (4th Ofc.)*
        Defendants.               *

Motion Requesting Charges of Assault In
The First (1st) Degree Issued Upon Named
Defendants And Restraining Order. Issued
For Plaintiff Protection Following An
Investigation Implemented

On November 23, 2005 Ofc. Brown came around the dorm banging on the racks/beds with [his] stick as usual (telling inmates to wake up make up your bed and take your shoes off the floor) and get prepared for yard call (mandatory yard call). Plaintiff look out the window, noticed the frost on window and ground, pick up his shoes and laid back down on his made up bed. On or

Page 1 of 8                          Exihibit (A)

about fifteen (15) to thirty (30) minutes later ofc. Brown return with another announcement ofc. Brown stated when [he] calls yard call we are going to have five (5) minutes to get out [his] dorm. The conversation between ofc. Brown and [I] develope after [I] emphasize what the Administrative Regulation ((A.R) here after refered to as (Regs.)) stated. ofc. Brown put his emphasis on that [he] did not care what the hell I said about the (Regs.) ( Concerning the thirty-eight (38°) degrees) as long as [I] got my ass out his dorm when [he] announce yard call. Ofc. Brown ask me several times was I going outside and I responded "no" I want to talk to the shift commander or you call the Captain (Monk). Once ofc. Brown started announcing yard call and the other inmates were hesitant about going outside [he] got more aggressive and started actually pulling inmates off [their] beds and at the door actually pushing inmates out of the dorm door into the lobby. Once [I] realize ofc. Brown was tring to remove all witnesses from the dorm [I] immediately grab my I.d. off the bed and exit the door going into the lobby. In the lobby

of Ten (10) dorm Sgt. Carter was out there with [his] stick out so I immediately got on my knees layed my I.d. at the side of [me] while placing my hands behind my back. Sgt. Carter ask Ofc. Brown (whom was behind me in which I did not realize until Sgt. Carter address [his] question) "Is this the mother Fucker right here?" (while pointing [his] stick in my Face). Approximately the same time Sgt. C. Longmire (came out of the shift ofc.) and stated, "why all this noise out here." When [I] called [her] name simultaneously Sgt. Carter initiated [his] Assault by punching me in the face. I was tackled believed to be) by Ofc. Richardson from the back which Ofc. Brown and Sgt. Carter all held me down while Ofc. Richardson restrained me with the cuff's. Once Ofc. Richardson relayed to Sgt. Carter the cuff's were on [me] Sgt. Carter started punching me First in my mouth (busting my lip) then Four to Five times in the back of my head and neck. Because Sgt. Carter had straddled [my] upper body [I] could not turn over to see who was hitting or kicking my legs. Sgt. Carter attemped to bang my head against the Floor by me turning side ways Sgt. Carter

Exhibit(A)

was not able to do so. [He] then got off my back. once I turn total to my side that's when I notice OFC. Brown had to be the one hitting and/or kicking me with the stick. OFC. Richardson was standing further back. Sgt. Carter and OFC. Brown again started kicking me and OFC. Brown hitting me with the stick because Sgt. Carter did not have the stick he had under my neck prior to being hand cuff. The bangs on the doors of the inmates and screaming drew this portion of the assault to an end. Some one open the door going out side to the yard Sgt. Carter OFC. Brown and some other officer ran out the door. I was tring to scoot on the floor to the open door. until I was stop by OFC. Richardson. Moments later Sgt. Carter, OFC. Brown and the Fourth (4th) OFC. I have not yet identified came in the door struggling to force an inmate into the corner of the lobby of ten (10) dorm while they were punching and swing the sticks upon him. At this time OFC. Richardson attempted to pick [me] up by my feet. I could not understand at that time why he was

doing that. I later realize [he] was tring to turn me away from the assault the other inmate was getting "Rod". After Sgt. Carter Assault inmate "Rod" [he] came over to me and pick me up by the front portion of my pants as attempting to break my back seconds after my belt and top buttons on my pants broke a loose some one Announce Warden Parkers Coming Sgt. Carter had me dragged into the room across from the shift office where in [I] discovered it was inmate "Rod" which slept next to me in dorm 10(B) side. This basically brought this Assault to an end. If this is not the Proper motion Plaintiff Ask that this Honorable Court Construed into its proper Form

Respectfully Submitted,
_Richard W. Wright, Sr._
Richard Wayne Wright, Sr. #187140
Plaintiff, Pro-Se,
28 USC 1746

CC: District Attorney (For Bourber County)
   ED Sasser (Investigation & Intelligence Division)
   Donal Campbell (Prison Commissioner)

Page 5 of 8    Exhibit (A)

W. Harold Albritton (Senior United States District Judge)

Plaintiff Address
Richard Wayne Wright, Sr.
A.I.S #187140 Infirmary Room #103
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

Certificate of Service

I Richard Wayne Wright Sr. Plaintiff, Pro-Se., hereby certify that on December 10th day of 2005. I have mailed a copy of this motion to the Clerk of the Circuit Court of Bourber County Courthouse in Clayton, Alabama to be forwarded to the District Attorney of Bourber County office. I Further Certify that I mailed a copy of this motion to the following individuals:

ED Sasser / designee
Investigator / Polygraph examiner
Department of Corrections
Investigation & Intelligence
Post Office Box 150
MT. Meigs, Alabama 36027

by placing said motion properly address

Page 6 of 8

to respected person(s) and postage to be provided by proper prison officials through inmates legal mail service. Petitioner has also forwarded a copy of this (said) motion to ~~the~~ R.W. the following person(s):

Donal Campbell
Prison Commissioner
Post Office Box 301501
Montgomery, Alabama 36104

United States Courthouse
Middle District of Alabama
15 Lee Street
Post Office Box 711
Montgomery Alabama 36104

by placing this motion in the office hand while housed in the Infirmary Unit Room #103 to be properly mailed by placing the said motion in the United States Mail Box at Ventress Correctional Facility with First Class postage prepaid and properly address this on the 10th day of December 2005.

   Done this the 10th day of December, 2005.

                    Page 7 of 8    Exhibit (A)

Respectfully Submitted,

_____
Richard Wayne Wright, Sr.
Plaintiff, Pro-Se.
28 USC 1746

Page 8 of 8