IN THE UNITED STATES MIDDLE DISTRICT FOR ALABAMA, NORTHERN DIVISION

Richard Wayne Wright, Sr., *
   Plaintiff, Pro-Se,   *
      -V-              *   Case No:
SYLVESTER NETTLES, et.al. *   2:05-CV-439-A
   Defendants          *

## Motion For Filing Assualt Charges Restraining Orders And Protection Orders.

I Richard Wayne Wright, Sr., Comes Now before this Honorable Court requesting an investigation at which time [he] was assaulted on November 23, 2005, at approximatly 7:15 A.M. by Sgt. S. Carter, Officer Roosevelt Brown (C.O.I), officer Levy Richardson (C.O.I) and a Fourth (4th) officer was involved in which I can not at this time properly identify which aided Sgt. S. Carter and officer R. Brown beat inmate "Rod" which was pulled in the lobby of Ten (10) dorm. Inmate "Rod" was the inmate [they] put R.W.W. snatch in from the pouch of Ten (10) dorm ~~lobby~~ R.W.W. because [he] and others (inmates) were yelling through the lock Enterance and exit door of Ten (10) dorm lobby. Stating; "It ain't no
   R.W.W.
   Page 1 of 11

reason For you'll to be doing that man like that..., that don't make no sense how [they] doing that man..., Stop kicking that man like that..., etc. Inmate "Rod" and a few others (inmates) were at the door banging and yelling tring to get [them] to stop kicking me and hitting me with [their] hands and sticks (Can't say distinctively if he was the one doing all that yelling or to distinguish if he was banging on the outside door of Ten doom, but I am certain [he] is the one [they] pull in, beat and put in the room with me, while I laid on the Floor Waiting). I am presently in isolation / infirmary (hid out to heal) but suffering injuries face head, back, forearms, left leg calf, and both thighs. I have presently committed to a hunger strike in hopes of obtaining proper medical care before it's too late.

### Issue II

Sgt. S. Carter did state after he

Page 2 of 11  R.W.W.

was interrupted (by the inmate(s) banging on the enterance and exit door of Ten (10) dorm) and (the beating he gave inmate "Rod") From attempting to break my back -- quoted: "I'm not through with your ass!". Inmate Wright is in inmentant danger of Facing another attack by Sgt. S. Carter, Officer R. Brown, officer L. Richardson as of today the Forth (4th) ofc. involved physically has not been properly identified. Lt Dowling and Sgt. C. Longmire are believe to be the orders givers of this assault to be carry out on inmate Wright For having them in Federal Court (Case No: 05-00439-CV-A-N) Richard Wayne Wright Sr.-VS- Sylvester Nettles et. al. Plaintiff has Faced enormous retaliation after Filling R.W.W. [this] First Complaint Richard Wayne Wright, Sr. -VS- Department of Correction Classification et. al. (Civil action No: 99-D-338-N (dismissed Without Prejudice); Richard Wayne Wright, Sr.-VS- James Deloach, et. al. (Civil Action No: 99-D-1405-N); After plaintiff Filed this second complaint the Court entertained plaintiff complaint until Oct 16, 2001 (evidentiary hearing). Plaintiff complaint was dismissed as suggested to the (said) Court as mootiness by defendant's Counselor(s).

Page 3 of 11 R.W.W.

Plaintiff had been induce prior to this evidentiary hearing with inappropriate, excessive mind altering drugs (pyschotropic drugs). Due to defendants and defendants agents acts of manifested injustice plaintiff was so disorient he could not even explain to the Federal Judge what was wrong with him. Defendants and their agents were able to keep plaintiff under such drug use clearly into the latter part of 2003. Plaintiff was extremely inculpated and incumbent with a label of mental health illness. (See motion for Mental examination as an attach motion). Plaintiff filed other complaints after the two (2) stated above in which had/has direct barring (retaliation) on plaintiff present liberty interest and future consideration for earlier redease from prison. Courts rule in defendants favor in all instances (See Richard Wayne Wright, Sr. -vs- Gwendolyn Babers, et. al. (Case No CV-05-618-TMH); Richard Wayne Wright, Sr. -vs- State of Alabama (Case No: CR-03-0931) (Appeal from Bullock Circuit Court (CCV-04-12.60)); Richard Wayne Wright, Sr. -vs- Department of Correction Classification, et.al. (Civil Action No: 99-D-338-N (dismissed without prejudice). Lt. J Dowling attempted to initiated and assault on Monday

Page 4 of 11    R.W.W.

21st of November 2005 during vaccination for Hepatitis (B). Inmate Wright knew to remain silent during Lt. J. Dowling interrogation to avoid any physical confrontation while [he] operates in [his] sense of Authority. Plaintiff had remember the isolated room/Hall Lt. J. Dowling took [him] to in April 26, 2005, when [he] refused a T.B. Skin Test. Then [he] was enraged with Mr. Bruton prior to this for insisting on protective custody (P.C.) from inmate Jones which had been separated in the segregation Unit at Bullock Correction Facility (B.C.F.) and was force back around this inmate. As well as force to be transfered with him the same day, at the same time, on the same van, to the same place. These defendants at Ventress Correctional Facility (V.C.F.) has conspired with those of (B.C.F.) to inflict more mental punishment upon [him] plaintiff now to include more physical pain through this newly design Assault. Defendants at Kilby Correctional Facility (K.C.F.) design and administered the sceme to block plaintiff Wright litigation portion/evidentiary hearing

Page 5 of 11 R.W.W.

Case Wright -vs- Deloach 99-D-1405-N) defense. They were successful at that time in accomplishing [their] objective, yet they were not complete in [their] mission and now are making many attempts to take plaintiff life, even through the use of pyschotrophic drugs or dementia by the excessive use of their drugs. This disease has a life expectancy of six (6) to eight (8) years after onset. The disease illnesses are similar to that of Alzheimer's. Alabama currently has 52,800 dementia and will have almost 70,000 victims by the year 2010. Plaintiff wonders are these defendants neglect in providing [him] with proper medical treatment apart of [their] death approach upon [him] (Dementia ~~was~~ R.W.W titles § 20-50-70 through § 20-50-74). Lt. Dowling has influence officer Abercrombie (acting Law library clerk) and Sgt. Carter (Officer Abercrombie immediate supervisor) to harrass plaintiff tremendously these past six (6) to five (5) weeks upon plaintiff visit to the law library and use of the equipement/supplies in the law library. Now I've not yeild in the negative way they expect so now I get straight out

Page 6 of 11 R.W.W.

Assaulted in ten (10) dorm lobby, in the midst of many inmates on November 23, 2005. Due to the other inmate "Rod" [they] Assaulted and approximately the same time Sgt. Carter has emphsize he's not finish with me. Sgt. Carter And one of [his] Accomplice ofc. L. Richardson are permitted to visit this isolation cell in the infirmary (hid away until my wounds heal) to harrass and mock plaintiff in hopes to relay some type message. Due to Sgt. Carter rage or burst of anger on November 23, 2005 [his] finish Acts (that day) [they] Assaulted [me] where [he] grab [me] on the front portion of my pants and gave [me] several hard jerks (while my hands were still cuff behind my back) greatfully the belt buckle and buttons pop aloose before my back did (and now I still lay in the infirmary (await) proper medical treatment and diagnosis by medical doctor(s) not involve in this law suit or has the interest of these defendants further neglecting plaintiff needed medical attention. Plaintiff wonders is Sgt. Carter going to conclude this, this is not just going to go away and lanch another all out attack upon

Page 7 of 11   R.W.W

plaintiff. It appears the only real human form of help I'm going to receive is that from this Honorable Court if it arrives in time.

Lastly, plaintiff seeks immediate protection and earnestly ask that this Honorable Court notify Warden J.C. Giles at this Facility (V.C.F.). Plaintiff has awaited a response from the Bourber County district Attorney, or the Sheriff of Bourber County, Department of Correction Investigation & intelligence division (investigator). Plaintiff ask that this Honorable Court send an Agent for a complete and thorough investigation concerning the attack plaintiff faced physically at the hands of the D.O.C officials on November 23, 2005 in Ten (10) dorm lobby along with another inmate (that) tried to discourage the Assault [I] was facing and as a result [he] faced an Assault as well. Plaintiff have included the petition [he] mailed to the District Attorney office of Bourber County and others mention in (said) petition (see Exihibit (A)) If this motion plaintiff submitted to this Honorable Court is not in its proper form plaintiff ask that this (said) motion "Motion For Filing Assault Charges

R.W.W.

Page 8 of 11

Restraining orders and protection orders" be Construed into its proper Form, Pro-Se litigant.

Done this the 13th R.W.W day of December 2005.

Respectfully Submitted,

Richard W. Wright Sr.
Richard Wayne Wright Sr.
18 USC 1746
Petitioner, Pro-Se.

### Plaintiff's Address

Richard Wayne Wright Sr. # 187140
Ventress Correctional Facility
R.W.W ~~Bata a mory For the said Exam~~
Infirmary Room # 103
Post Office Box 767
Clayton Alabama 36016

### Certificate of Service

This is certify that I Richard Wayne Wright, sr., Plaintiff, Pro-Se. in the above encaptioned motion And certify I have sent this motion to the Clerk of this Court And earnestly ask due to plaintiff

Page 9 of 11 R.W.W

indigent status that this Honorable Court Forward a copy of this (said) motion "motion For physical Examination" to defendants Counsel(s) which are as Following:

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven M. Sirmon
(Assistant Attorney General)
Alabama Board Pardon And Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block
William R. Lunsford
Balch & Bingham llp
Post Office Box 18668
Huntsville Alabama 35804-8668

Kim T. Thomas
Gregg M. Biggs
Alabama Department of Correction
Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the United States Mail Box at Ventress Correctional Facility (Ventress Legal Mail Box) by hand delivery to

Page 10 of 11   R.W.W.

the officer on duty with one (1) First Class postage stamp prepaid And the additional postage needed to be Furnish by the proper D.O.C. Officials) at (V.C.F.) and properly address this on the 13th day of December, 2005.

    Done this the 13th day of December, 2005.

               Respectfully Submitted,

               _Richard W. Wright, Jr._
               Richard Wayne Wright, Sr. #187140
               Plaintiff, Pro-Se.,
               28 USC 1746