IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

RECEIVED
2005 DEC 20 A 11:21

Richard Wayne Wright, Sr.,  *
  Plaintiff Pro Se.,  *
       vs-  *   Case Action No.
Sylvester Nettles, et. al.,  *   2:05-CV-439-A-WO
  Defendants  *
             *
             *

## Motion For Mental Examination

I Richard Wayne Wright, Sr., Plaintiff, Pro-Se., Earnestly petition this Honorable Court for an order that plaintiff submit to a Mental Evaluation/Examination before trial and/or as soon as possible to prevents defendants and [their] agents from another all out attack/assault upon plaintiff and further alter the desscription and describe the incident in a way again to place blame on plaintiff and recommend force medication/~~~~~ R.W.W. psychotropic drug without affording plaintiff a proper hearing before a Judge as [they] so willingly did in June and/or July of 2001. And attempted to do it again August 2002. and November and December of 2004. Which now from defendants acts

Page 1 of 6

and this Court denial of plaintiff motion for Preliminary Injunction as construed by this Honorable Court "Plaintiff's document" (see motion for Preliminary Injunction October 6, 2005) (see order October 14, 2005

Plaintiff is under great stress and anxiety case by defendant assault on November 23, 2005; permitting these officers around plaintiff at will, handle plaintiff food when [they] know (without doubt) the assault executed upon plaintiff were design and carried out by [them] and the injuries plaintiff faced as a result of this (said) assault/attack were minimized to [their] report and plaintiff is hidden until all physical signs of the assault are visually unable to be detected. May this Honorable Court appoint at such times as the Court may direct psychologist, sociologist and/or psychiatrist, etc, to determine the exact nature and extent of the mental injury or injuries plaintiff now face as resulting from these acts of cruel and unusual

<u>Motion For Mental Examination</u>

treatment implemented upon Plaintiff by defendants.

Lastly, plaintiff now informs this Honorable Court of such plea and believes that it is essential to the or for the present state of mind (plaintiff is in) and have sustained as a result of the acts or act [he] have received. Plaintiff further believes that it is essential to the proper trial of this case that plaintiff submit to such mental examination/evaluation in advance of trial becaus (as reasons set forth in "Plaintiff Complaint", "Motion For Restraining Order" and "Motion For Filing Assault Charges, Restraining Orders and Protection Order".) These acts perform by the anew assault and the newly named defendants and defendant's agents were done for the sole purpose of causing plaintiff harm both physically and mentally. Clearly interrupting plaintiff litigation process. Plaintiff believes by this Honorable Court granting this motion will in no way prejudice any party, nor will it in any way delay the adjudication of this matter. But

Page 3 of 6

granting this motion and providing such evaluation / examination well in fact relieve plaintiff mental state to some degree than that [he] is presently in, now. IF this motion is not in its proper form plaintiff ask that this Honorable Court Construed this motion into its proper form.

Done this the 15th day of December, 2005

Respectfully Submitted,

_Richard W. Wright, Sr._
Richard Wayne Wright Sr. #187140
Plaintiff, Pro-Se.,
28 USC 1746

Plaintiff's Address
Richard Wayne Wright Sr. #187140
Ventress Correctional Facility
Infirmary Room #103
Post Office Box 767
Clayton, Alabama 36016

CERTIFICATE OF SERVICE

This is to Certify that I Richard Wayne Wright, Sr., am the Plaintiff, Pro-Se.

## Motion For Mental Examination

in the above encaptioned motion and Certify I have sent this Motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forwarded a copy of this (said) motion "motion For Mental Examination" to defendant's Counsel(s) which are as Following:

    Troy King (Attorney General)
    State Bar # ASB-5949-5615
    Steven Mallette Sirmon
    (Assistant Attorney General)
      Hugh Davis (Attorney)
    Alabama Board Pardon and Paroles
    Post Office Box 302405
      Montgomery, Alabama 36130

    David B. Block (ASB-5098-K62D)
    William R. Lunsford (ASB-4265-L72L)
    Douglas B. Hargett (ASB-9928-S81H)
    Balch & Bingham LLP
    Post Office Box 18668
    Huntsville, Alabama 35804-8668

    Kim T. Thomas
    Gregory Marion Biggs
    Alabama Department of Correction
      Legal Division

301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the United States Mail Box at Ventress Correctional Facility by (hand delivery) to the office on duty with First Class Postage (stamp) prepaid and properly address this on the 15th day of December, 2005.

    Done this the 15th day of December, 2005.

        Respectfully Submitted,

        _Richard W. Wright, Sr._
        Richard Wayne Wright, Sr. #187140
        Plaintiff, Pro-Se.,
        28 USC 1746