IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

2005 DEC 20 AM 11:22

Richard Wayne Wright, Sr.  *
   Plaintiff, Pro-Se.,      *
      -vs-                  * Civil Action No.
Sylvester Nettles, et.al., * 2:05-CV-439-A-WO
   Defendants.              *
                            *

## Motion Submitted By Plaintiff To Preserve His Body For Autopsy In The Event Of Wrongful Death

I Richard Wayne Wright, Sr., am the Plaintiff, Pro-Se., in the above (said) motion. Plaintiff Moves this Court for an order to preserve Plaintiff body and/or all parts (both external and internal) of [his] body parts in any event, in the near future plaintiff should lose [his] life for whatever cause. Plaintiff has forewarn [his] immediate family of the danger [he] is in (same as) plaintiff have forewarn this Honorable Court of the same simular danger through motions and awaits some sort of protection for plaintiff while [he] is in the care and control of the Alabama

Page 1 of 5

Department of Correction (A.D.O.C.). By granting such motion would allow plaintiff concern family (to this (said) prison) and have his body released to [their] care to confirm and/or properly establish Plaintiff cause of death. And in any event plaintiff's family members discover through an Autopsy plaintiff lost/lose his life maliciously and/or intentionally health hazardously a proper investigation can be performed to bring to justice (all) those responsible for (such) death and the proper prosecution be render on the responsible parties or party.

Plaintiff ardently believes by this Honorable Court granting this (said) motion will in no way prejudice the defendants or defendant's Counsel(s) in any matter and/or effect the adjudication process of this (said) case. If this motion is granted by this Honorable Court plaintiff ask that (said) order be issued upon the Head of Security at this institution Ventress Correctional Facility (V.C.F.) which are as following:

Mr. Warden J.C. Giles (Head Warden)

Mr. Warden Parker (Assistant Warden)
Mr. Defendant Monk (Captain)
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

Plaintiff ask lastly (that) if this motion is not in its proper form that this Honorable Court construed it into its proper form for processing.

Done this the 17th day of December, 2005.

Respectfully Submitted,

_Richard W. Wright, Sr._
Richard Wayne Wright, Sr. #187140
Plaintiff, Pro-Se.
28 USC 1746

Plaintiff's Address
Richard Wayne Wright, Sr., #187140
Ventress Correctional Facility
Infirmary Room #103
Post Office Box 767
Clayton, Alabama 36016

Certificate of Service

Page 3 of 5

This is to Certify that I Richard Wayne Wright, Sr., am the plaintiff, Pro-se., in the above encaptioned motion and Certify I have sent this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forwarded a Copy of this (said) motion "Motion Submitted By Plaintiff To Preserve His Body For Autopsy In The Event of Wrongful Death" to Defendant's Counsel(s) which are as Following:

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-581H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
   Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the United States mail box at Ventress Correction Facility by (hand delivery) to the officer on duty with First Class postage (stamp) prepaid and properly address this on the 17th day of December, 2005

   Done this the 17th day of December, 2005.

                Respectfully Submitted,

                _____
                Richard Wayne Wright, Sr. #187140
                    Plaintiff, Pro-Se.,
                 28 USC 1746

Page 5 of 5