IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on December 30, 2005 (Court Doc. No. 102), and for good cause, it is

ORDERED that:

1. The motion for production of documents be and is hereby DENIED to the extent that the plaintiff requests that the defendants be required to submit copies of the requested documents.

2. The motion for production of documents be and is hereby GRANTED to the extent that the plaintiff seeks production of his inmate file and prison medical/mental health records which are maintained in conjunction with his incarceration.

3. The motion for production of documents be and is hereby DENIED with respect to all other requests made by the plaintiff.

4. On or before February 3, 2006, the correctional and medical defendants at the Ventress Correctional Facility shall allow the plaintiff to inspect and/or copy all documents

contained in his institutional file and his medical/mental health files.  **The plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**.  **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.**  The plaintiff is advised that: (I) he may utilize any means available to him to produce the requisite copies including but not limited to handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he **must** procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order.  **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

    The Clerk is DIRECTED to provide a copy of this order to the warden of the Ventress Correctional Facility and to the supervisor of the health care unit at such facility.

    Done this 5th day of January, 2006.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE