IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| AIS #187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the motion to object filed by the plaintiff on December 27, 2005 (Court Doc. No. 100), which the court construes as a motion to strike documents filed by defendant Sanders, and for good cause, it is

ORDERED that the motion to strike be and is hereby DENIED.

Done this 5th day of January, 2006.

                                           /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE