IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for filing criminal charges and other documents related to an alleged assault which occurred in November of 2005 (Court Doc. No. 94), and as the assault referenced by the plaintiff is not a part of the instant cause of action, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he seeks to challenge the actions taken against him in November of 2005 he may file a separate 42 U.S.C. § 1983 action.

Done this 5th day of January, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE