**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jennifer Garrett
Board of Pardons &  Parole
301 South Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cornell Long_    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
CoRNEll LoNG    1/9/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:05cv 439 -A
C, amd c + o    2/3/06

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 1820 0002 3461 4940
(Transfer from

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bobby Longshore
Board of Pardons and Parole
301 South Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cornell Long_    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
CoRNEll LoNG    1/9/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:05 cv 439 -A
C, amd cmp + o    2/3/06

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 1820 0002 3461 5008
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nancy McCreary
Board of Pardons and Parole
301 South Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Cornell Long_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
CoRNE11 LonG    1/9/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:05CV 439-A
c, and c + 8    2/3/06

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from    7005 1820 0002 3461 4988

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen McGill
Board of Pardons and Parole
301 South Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Cornell Long_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
CORNE11 LonG    1/9/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:05CV 439-A
c, and c + 8    2/3/06

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from s    7005 1820 0002 3461 4971

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Don McGriff
Board of Pardons &  Parole
301 South Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cornell Long_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
CoRNell LonG   1/9/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No
   2:05 CU 439-A
   c, amd c + o   2/3/06

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from ser   7005 1820 0002 3461 4957

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cliff Walker
Board of Pardons and Parole
301 South Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cornell Long_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
CoRNEll LonG   1/9/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No
   2:05 CU 439-A
   c, amd c + o   2/3/06

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from servi   7005 1820 0002 3461 4964

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sidney Williams
Board of Pardons and Parole
301 South Ripley Street
Montgomery, AL 36130

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Cornell Long*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )
CORNEII LONG

C. Date of Delivery
1/9/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:05cv0439-A
C, and c + D      2/3/06

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0002 3461 4995

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540