IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
|   ) | |
|   Plaintiff, ) | |
|   ) | |
|   v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
|   ) | |
| SYLVESTER NETTLES, et al., ) | |
|   ) | |
|   Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on January 12, 2006 (Court Doc. No. 113), which the court construes to contain a motion for protective order, and as the court does not deem it necessary to issue such an order, it is

ORDERED that this motion be and is hereby DENIED.

Done this 18th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE