IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for more definite statement filed by the plaintiff on January 12, 2006 (Court Doc. No. 113), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent that the plaintiff seeks to better explain the claims for relief pending before this court. The motion be and is hereby DENIED to the extent that the plaintiff seeks to present additional claims for relief.

Done this 18th day of January, 2006.

          /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE