IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

In the document filed on January 12, 2006 (Court Doc. No. 113), the plaintiff seeks an extension of time to file objections to the Recommendation entered on November 30, 2005. A review of the docket demonstrates that the court issued its order adopting the Recommendation on January 4, 2006. Although over a month transpired prior to entry of the aforementioned Recommendation, the plaintiff failed to submit any objection to the Recommendation. Moreover, the plaintiff has failed to set forth any basis which warrants granting an extension of time. Accordingly, it is

ORDERED that the motion for extension of time be and is hereby DENIED.

Done this 18th day of January, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE