**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mental Health Management
   c/o Alabama Department of Corrections
   50 Ripley Street, 3rd Floor
   Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): KM Brisbon
C. Date of Delivery: 1/10/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:05CV 439-17
   c, amdc + o  2/3/06

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4933

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540