IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br>         Plaintiff, <br> vs. <br> SYLVESTER NETTLES, et al., <br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05cv439-WHA <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

This case is before the court on Plaintiff's Objections (Docs. #119 and 120) to the orders of the Magistrate Judge (Docs. #109 and 110) denying the Plaintiff's Motion for Mental Examination and denying Plaintiff's Motion to Preserve Body for Autopsy. A mental health examination and an order to preserve the body are not necessary to the disposition of the issues presented in this case. Therefore, neither order is clearly erroneous or contrary to law, s*ee* Rule 72(a)*, Fed.R.Civ.P.*, and both objections are hereby overruled.

This case is returned to the Magistrate Judge for further action.

DONE this 19th day of January, 2006.

                                                                  /s/ W. Harold Albritton
                                                                 W. HAROLD ALBRITTON
                                                                 SENIOR UNITED STATES DISTRICT JUDGE