IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN, DIVISION

RECEIVED
2006 JAN 20 A 9:44
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr.  *
   Plaintiff, Pro-Se.,   *
      -VS-      * Civil Action No.
Sylvester Nettles, et. al.,  * 2:05-CV-439-A-WO
   Defendants.    *

## Plaintiff Motion To Object To The Senior District Court Judge Order And Request An Extention Of Time.

I Richard Wayne Wright, Sr., Plaintiff, Pro-Se., Filed this said encaption motion in objection to the district Court Judge, Honorable W. Harold Albritton (Senior Judge). Due to plaintiff injuries and pain (he) encounter cased by the defendant's agents attack on November 23, 2005 plaintiff plain error and oversight cause (him) not to timely Filed and objection to the recommendation of the district Court Magistrate Judge Honorable Charles S. Coody (Chief Magistrate). For such reason plaintiff Wright ask this Honorable Court to consider plaintiff reason for not compling timely and grant said motion. IF said motion is granted by this Honorable Court not to

Page 1 of 2

## Objection To Senior Judge Order

exclude an extention of Seven (7) days to Filed an objection, timely. Its plaintiff hope that (he) Will [not] Suffer any more injuries or attacks in retaliation from defendants and/or defendant's agents or through inmate(s) that may further slow the Court's adjudication process down in the near future. This motion is in reference to the Magistrate Judge recommendation pass down on November 30, 2005 and the district Court Senior Judge order pass down on January 4, 2006. If this motion is not in its proper form plaintiff ask that it be construed into its proper form by this Honorable Court.

Done this the 10th day of January, 2006.

Respectfully Submitted,

_Richard W. Wright, Sr._
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Infirmary Room # 103
Post Office Box 767
Clayton, Alabama 36016

### Certificate Of Service
"See Additional Motion"

Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN, DIVISION

RECEIVED
2006 JAN 20 A 9:44
DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DIST.

Richard Wayne Wright, Sr.,   *
   Plaintiff, Pro-se.,   *
   -vs-   *   Civil Action No.
Sylvester Nettles, et. al.,   *   <u>2:05-CV-439-A-WO</u>
   Defendants.   *

<u>Plaitiff Motion To object To THE
Magistrate Judge Recommendation</u>

   I Richard Wayne Wright, Sr., Pro-se., Plaintiff Filed this said encaption motion in objection to the district Court Magistrate Judge, Honorable Charles S. Coody (chief Magistrate) recommendation to deny plaintiff motion's which were pass down on the 5th day of January, 2006. Plaintiff Filed a motion For a physical examination on December 15, 2005 (Court Doc. No. 93) For the Following:

   1). Prison Health Services (P.H.S.) have Failed here at Ventress Correctional Facility (V.C.F.) to properly acknowledge plaintiff Wright health problem's in {their} assessments. Plaintiff Wright has repeatly Filled out sick call slips For certain health illnesses. Popping in Joints, Vision problems Frequent head-

Page 1 of 7

ache's, allergic reactions to tuberculosis (T.B.) skin test (Sterile aqueous Solution) allegedly "Aplisol" R.W.W. (according to the insert plaintiff was given by defendant N. Burks), out break of sores on outer skin (Shin, hands, and Feet) ect. These illnesses has even been minimized often, sometimes even untreated and at other times totally disregarded.

Plaintiff has good reason to believe defendant's past use of psychotropic medication (psy. Med.) upon plaintiff contributes to these elements. Plaintiff recalls the notice of Involuntary medication hearing written document prepared by mental Health Management (M.H.M.) Plaintiff is not sure which (M.H.M.) team's member written this doucument (Dr. Sanders, Dr. Smith, or Ms. Gormon). It is puzzling what member of (M.H.M.) team at Bullock Correctional Facility prepared this document at (B.C.F.) in Dr. Hammer name. What is even more confussing is 'how' could the preparer of this document assert:

    a). Serious harm to other.
    b). Being unable to perform such life sustaining Functions as eating and drinking.
    c). Serious deterioration in Functioning.

# Objection To Magistrate Judge Reccomendation

These subsection were marked under the heading "The hearing is being conducted because you have been diagnosed with a serious mental illness and you are considered to be at risk for:" Subsection (d). Serious harm to yourself and (e). Serious property damage. These two (2) were left unmark. Plaintiff has no way of knowing without the aid of this Honorable Court for an order placed upon defendant(s) (P.H.S.) employee's / defendants and (M.H.M.) team at (B.C.F.) to produce R.W.W. a copy of the said documents notice of involuntary Medication Hearing" and a copy of the involuntary medication Review Committee written decision, if the descision authorized involuntary medication "why" defendant are waiting to administer [their] recommended medication and did not administer it then. It is confusing "how" could the preparer of the "notice of involuntary Medication hearing" assert such statements as "Serious harm to other (in prison) (which [they] do not specify "whom" [they] are referring to as 'other') it is equally unclear what type of harm (physical or mental and / or both). One thing plaintiff is sure of (according

Page 3 of 7

to their document) defendant's are not concern about any serious harm plaintiff could cause [himself]. Two things are certain subsection (d) and (e) were not [their] concern at that time. One of plaintiff major concerns are unexplainable weight lost at times vary from the range of fifteen (15 lbs.) to seven (7 lbs.) pounds. Defendant's Dr. Rayipati and Dr. Siddiq minimized plaintiff recent injuries as well because they were cause intentionally and directly by prison officials at Ventress Correctional Facility (V.C.F.) on November 23, 2005.

<u>Conclusion</u>

IF plaintiff is going to be properly diagnosed and [his] health problems properly assessed it's going to have to be by a physician(s) 'who' does not have their own interest at heart (e.g. if they properly assess plaintiff injuries/health illnesses 'they' could face repercussion and lose their job), and not the interest of the plaintiff health care needs/attention. For

Page 4 of 7

## Objection To Magistrate Judge Recommendation

Such reason's indicated in this said motion plaintiff prays this Honorable Court reconsider its order to deny plaintiff motion for a physical examination and grant plaintiff such physical examination at the most appropriate time this Honorable Court deems fit. If this motion is not in its proper form plaintiff ask that this Honorable Court construed it into its proper form.

Done this the 10th day of January, 2006.

Respectfully Submitted,

*Richard W. Wright, Sr.*

Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Infirmary Room # 103
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

I Richard Wayne Wright, Sr. here by certify that on this 10th day of January, 2006. I have filed this Motion

Page 5 of 7

With the Clerk of the Court and ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forward a Copy of this motion "Motion to object to the Magistrate Judge Recommendation" to be served upon the following by placing a Copy of the same in the United States Mail Box at Ventress Correctional Facility by (hand delivery) to the officer on duty, For First Class postage prepaid to be Furnish by these prison officials at (V.C.F.) Inmate's Free legal mail service and properly addressed this the 10th day of January 2006.

Gregory F. Yaghmai
 ASB-2411-H67G
 Attorney For Dr. William Sanders
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
 State Bar # ASB-5949-S61S
 Steven Mallette Sirmon
 (Assistant Attorney General)
 Alabama Board Pardon and Paroles
 Post Office Box 302405
 Montgomery, Alabama 36130

Page 6 of 7

<u>Objection To Magistrate Judge Recommedation</u>

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery Alabama 36130

Respectfully Submitted,

_Richard W Wright Sr._
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama, 36016