IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 20 A 9:45
DEBRA P. HACKETT
U.S. DISTRICT COURT

Richard Wayne Wright, Sr.,   *
   Plaintiff, Pro-Se.,   * Civil Action No:
   -Vs-   * 2:05-cv-439-A-WO
Sylvester Nettles, et.al.,   *
   Defendants.   *

## Plaintiff Wright Motion In Objection To The Magistrate Judge Recommendation Denying Plaintiff Motion In Part For THE Production of Documents

   I Richard Wayne Wright, Sr., Comes Now before this Honorable Court, Plaintiff, Pro-Se., in objection to the Honorable Charles S. Coody (Chief United States Magistrate Judge) recommendation pass down on the 5th day of January, 2006, denying plaintiff Motion For production of documents filed by plaintiff on December 30, 2005 (Court Doc. No 102).

   Plaintiff shall show as best he can that all the documents they requested are directly related to plaintiff making the Facts in (his) complaint manifested.

1). The Detention Notifications Forms in (B),(C) and (F) will show deliberate indifferences on part of the defendants mention in (his) initial complaint and amend portion.

2). Section (A),(D) and (E) are a part of his mental health file and shows defendant's recommendation, psychotropic medication suggested, and the examiners finding and opinions R.W.W of plaintiff mental state of mind, act.

3). Section (G) thur (L) will show the classification specialist making [their] own assessment of plaintiff state of mind before and after plaintiff mental evaluations.

4) Section (M) thur (P) shows plaintiff attempts for protection custody (P.C.) and Mr. Blackledge suggestion and/or recommendations.

5). Section (Q) was a direct contact with one (1) of the psychiatrist assign to him and made (his) assessment at that time of meeting with plaintiff Wright.

6) Section (R)(S) and (T) are a part of the plaintiff medical file and will show defendant's lack of medical care treatment and also their total neglect of such needed treatment.

Page 2 of 6

## Plaintiff Wright Objection To Magistrate Judge Denying His Motion For Production Of Documents

7). Section (U) and it subsection will show what defendant actually said under oath and where in [they] claim often times [they] know nothing of the matters plaintiff Wright claims as the defendant's stated in (their) affidavits.

8). Section (V) Segregation roster will show how defendant's have falsified documents (medical) after plaintiff submitted his amended complaint to cover [themselves] against the claims made against them. It shall be that much more difficult to show this Honorable Court these actual instances and documents, but not impossible, yet without such documents to substantiate plaintiff claims makes (his) claims no more than allege allagation and thus far damages his ability to properly litigate.

9). Section (W)(X) and (Y) and their subsection will show how the defendants deliberately swayed from the Department of Corrections (D.O.C.) Administrative Regulation (A.R.) specifically to cause plaintiff harm

(which they did) or to subject plaintiff to portential harm (which they did) intentionally and knowingly.

10). Section (Z) and its subsection are a part of plaintiff mental health file and will show as stated in plaintiff said motion in this section

11). Section (AA) will show plaintiff assessments (by the health care providers) of (his) health at that time noted such health examination/evaluation was perform

12). Section (BB), (CC) and (DD) and their subsection will show statements made by the accussed party and [their] accuser's, hearing officer's, witnesses, ect., and how plaintiff claims substantiate with the testimonies, statements and adjudicator assessments, that [he] indeed and in truth was treated unfairly, the adjudicator was partial and prejudice against plaintiff, and used no determining principles in assessing the factual finding [outside] of the arresting officer statement alone, and "its" faction where exercised for internal purposes 'only' to cause plaintiff harm.

<u>Plaintiff Wright objection To Magistrate Judge Denying His Motion For Production of Documents</u>

## Conclusion

Plaintiff made known to this Honorable Court in his motion For production of documents (Court Doc. No 102) Closing his reason For requesting such documentation and additionally plea to this Honorable Court to reconsider its ~~our~~ R.W.W. order which denied plaintiff (said) motion in part. Plaintiff knows as he recalls in defendants response through "their" Counselor(s) that [they] will product more documents (Fabricated) to defeat plaintiff claims without the assistant's of an Attorney 'who' would had gotton all documents needed to Substantiate plaintiff claims, so that if the defendants [t]hen Fabricated documents after the attorney inspection and discovery of plaintiff prison File the argument held by plaintiff would [t]hen have more weight than it would and does now due to the defendants witty designs.

If this motion is not in its

proper Form plaintiff ask that this Honorable Court Construe it into its proper Form For processing

Done this the 17th day of January, 2006.

Respectfully Submitted,
Richard W. Wright, Sr.
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Infirmary Room #103
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

The Certificate of Service shall be the same as that on the motion "Plaintiff Wright Motion To Objection To THE Magistrate Judge Recommendation Denying Plaintiff Motion For Filing Criminal Charges" which is enclosed within the same envirlope and mailed together. (see said motion

Respectfully Submitted
Richard W. Wright, Sr.
Richard Wayne Wright, Sr. #187140
Plaintiff, Pro-Se.