IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS # 187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENT TO DEFENDANT'S MOTION FOR EXTENSION OF
TIME FOR SUBMISSION OF ITS SPECIAL REPORT AND ANSWER**

COMES NOW Defendant, MHM SERVICES, INC. ("MHM") incorrectly designated in the complaint as Mental Health Management, and files this supplement to its motion for an extension of time for submission of its Special Report and Answer.

1. Defendant MHM adopts in its entirety all previous arguments as proffered in its Motion for Extension of Time for Submission of Its Special Report and Answer filed on January 26, 2006.

2. Should this Honorable Court be inclined to not grant MHM an additional 30 days as requested, MHM requests that they be granted an additional six days so the Special Report and Answer would be due on February 9, 2006, which coincides with the date for the filing of the Special Report and Answer of Dr. William Sanders.

Respectfully submitted this 27th day of January, 2006.

Respectfully Submitted,

*/s/Gregory F. Yaghmai*
ASB-2411-H67G
Attorney for MHM Services, Inc.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244
Phone: 205-967-9675
Facsimile: 205-967-7563
E-mail: gyaghmai@sssandf.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 27th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and this is to certify that a copy of the foregoing was served upon the following by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this 26th day of January, 2006:

Inmate Richard Wayne Wright, Sr.
AIS # 187140
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

                                                  */s/Gregory F. Yaghmai*
                                                  ASB-2411-H67G
                                                  Attorney for MHM Services, Inc.
                                                  Scott, Sullivan, Streetman & Fox, P.C.
                                                  2450 Valleydale Road
                                                  Birmingham, Alabama 35244
                                                  Phone: 205-967-9675
                                                  Facsimile: 205-967-7563
                                                  E-mail: gyaghmai@sssandf.com