IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant MHM Services, Inc. on January 26, 2006 (Court Doc. No. 125), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that this defendant be GRANTED an extension from February 3, 2006 to and including March 6, 2006 to file its special report and answer.

Done this 30th day of January, 2006.

                                                      /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE