IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WRIGHT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al., | ) | |
|     Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Comes now the State of Alabama and its Board of Pardons and Paroles, namely, Bobby Longshore, Sidney Williams, Nancy McCreary, Stephen McGill, Cliff Walker, Don McGriff, and Jenifer Garrett, and shows unto the Court as follows:

1. Respondents request a fourteen (14) day enlargement of time to file its Special Report Order by the Court on January 6, 2006.

2. The extension of time will extend the deadline from February 3, 2006 until and including February 17, 2006, if granted.

3. Respondents assert that said granting of additional time to file its response will not prejudice Petitioner.

    Respectfully submitted,
    TROY KING
    ATTORNEY GENERAL

    GREGORY O. GRIFFIN, SR.
    CHIEF COUNSEL

    s/STEVEN M. SIRMON
    ASSISTANT ATTORNEY GENERAL
    State Bar#: ASB-5949-S61S
    Ala. Bd. Pardons and Paroles

1

P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov

### CERTIFICATE OF SERVICE

I hereby certify that on 2-3-2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following: (None), and I hereby certify that I have mailed by United States Postal

Service the document to the following non-CM/ECF participants:

**RICHARD WAYNE WRIGHT, SR.**
**AIS# 187140**
**VENTRESS CF**
**P.O. BOX 767**
**CLAYTON, AL  36016**

Done this **3**$^{rd}$ day of **February**, 2006.


Respectfully submitted,


s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov

2