IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br><br> Plaintiff, <br><br> v. <br><br> SYLVESTER NETTLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-439-WHA <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the parole defendants on February 3, 2006 (Court Doc. No. 129), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that these defendants be GRANTED an extension from February 3, 2006 to and including February 17, 2006 to file a special report and answer in compliance with the order entered on January 6, 2006 (Court Doc. No. 111).

Done this 6th day of February, 2006.

                                                        /s/Charles S. Coody
                                                        CHARLES S. COODY
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE