## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/3/02 | | Was seen Doing a Tch yule + Bryst in. Not Bee Sleep total. Hrs Has no oncet Here for 3 mos. Will Sit Hrulal 2 + lik = 600 | |
| 6/3/02 | | Haldol 5mg P.O. given now per Dr. Sanders. Lithium 600mg P.O. given now per Dr. Sanders. Wt 201.5 lbs. Medication taken c̄ difficulty. [signature] | |
| 6/4/02 | | Pt IS Sy (By Doc) However, Pt Slpt all night after 2 doses of Ltm + 20/ Haldol. Will Cat N. [signature] | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, RICHARD | 187140 | 34 | BM | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/3/02 | | Was seen doing a [illegible] & brought in. Not Been Sleeping [illegible]. Has had no meal here for 3 mos. Will Set [illegible] 2 [illegible] = 600 | |
| 6/3/02 | | Haldol 5mg P.O. given now per Dr. [Sanders]. Lithium 600mg P.O. given now per Dr. [Sanders]. Wt 201.5 lbs. Medication taken s̄ difficulty. [signature] | |
| 6/4/02 | | Pt in Sg (by Doc) However [illegible] Slept all night after 2 doses of Lithium + 20/[illegible]. Will Cont [illegible]. [signature] | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, RICHARD | 187140 | 34 | B/M | BCCF |

F-61