IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 20 A 9:44
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr.   *
Plaintiff, Pro-Se.,          *
-VS-                         * Civil Action No.
Sylvester Nettles, et. al., * 2:05-CV-439-A-WO
Defendants.                  *

Plaintiff Motion To Object To The Senior District Court Judge Order And Request An Extention Of Time.

I Richard Wayne Wright, Sr., Plaintiff, Pro-Se., Filed this said encaption motion in objection to the district Court Judge, Honorable W. Harold Albritton (Senior Judge). Due to plaintiff injuries and pain (he) encounter cased by the defendant's agents attack on November 23, 2005 plaintiff plain error and oversight cause (him) not to timely Filed and objection to the recommendation of the district Court Magistrate Judge Honorable Charles S. Coody (Chief Magistrate). For such reason plaintiff Wright ask this Honorable Court to consider plaintiff reason for not compling timely and grant said motion. If said motion is granted by this Honorable Court not to

Page 1 of 2

**MOTION DENIED**
THIS 13th DAY OF Feb, 2006
/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE

SCANNED