IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on Plaintiff's "Motion and Objection to the Magistrate Judge Recommendation Denying Plaintiff Motion in Part for the Production of Documents," (Doc. #124).

The Plaintiff challenges the order of the Magistrate Judge entered on January 5, 2006 (Doc. #104) granting in part and denying in part his Motion for Production of Documents. The order required that the Defendants (1) produce all the Plaintiffs institutional files and medical/mental health records, (2) allow Wright to review these documents, and (3) make copies of such records by any means available to him. However, the order did not require that the Defendants provide free copies to Wright but advised Wright that he was responsible for making any copies he deemed necessary for submission to the court. The order did not require the production of documents contained in the files of other inmates or visitors/roster records for Plaintiff's time in segregation, as such records are not relevant to the issues pending before the court. In his objection, Wright appears to be under the mistaken assumption that the order denied all of his requests for production of documents, as he refers to the need to have

documents which are contained in his institutional files, medical and mental health records. Since the order granted the production of those documents, the order is neither clearly erroneous nor contrary to law, and it is hereby

    ORDERED that the objection is overruled.

    DONE this 15th day of February, 2006.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE