IN THE UNITED STSTES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, SR.,        *
   Plaintiff, Pro-Se.,           *
                                  *
VS.                                *   CIVIL ACTION CASE NO:
                                  *   2:05-CV-439-A-WO
SYLVESTER NETTLES, et.al.,        *
   Defendants.                    *
                                  *

PLAINTIFF WRIGHT MOTION FOR AN EXTENTION OF TIME

    COMES NOE, the Plaintiff, Pro-Se., Richard Wayne Wright, Sr., in the above-styled cause by and through inmate Law Library Service and file this request for a ten (10) days extention of time to file [his] response to Dr. William Sanders Special Report and Amended Report.

    1). Plaintiff has approximately three and a half (3½) hours per day's, Tuesday thur Friday, sometimes the Law Library open on Saturday making the Law Library accessable to plaintiff an average of seventeen and a half (17½) hours per week, sometimes less. Plaintiff has not had an adequate amount of time to research and type the response to Dr. William Sanders due to the inmates' over population at Ventress Correctional Facility (V.C.F.), only allowing twenty-five (25) inmates in the Law Library at one (1) time, while inmate population is about seventeen hundred (1700) inmates at this present time and steadily increasing.

    2). It has taken Plaintiff longer than [he] has anticipated to recieve this information, because Warden Giles have failed to fully comply with the order of the Honorable Charles S. Coody (Chief United States Magistrate Judge) pass down the order on January 5, 2006.

    Defendant's N. Burks took out portion of his medical file as following: Tab's Section/ History for Pyschotropic History nothing in this section; Chronic care Clinic Psychiatic-Psychological Reports; Refusal to Submit to

treatment. The gathering of information is also complacated because defendants has also failed to comply with this Honorable Court order as stated above, to make accessable the Classification and Administrative portion of Plaintiff Prison file, Which is very essential to this case.

3). An extension of an additional ten (10) days would not unduly prejudice the petitioner.

DONE THIS THE 23rd DAY OF February, 2006.

RESPECTFULLY SUBMITTED,

RICHARD WAYNE WRIGHT SR.
Plaintiff, Pro-Se.

## CERTIFICATE OF SERVICE

This is to certify that I Richard Wayne Wright, Sr., Plaintiff, Pro-Se., in the above encaptioned motion and certify I have sent this motion to the clerk of this court and earnestly ask due to plaintiff indigent status that this Honorable Court forward a copy of this (said) motion "for an extention of time" to defendant's counsel(s) which are as following:

TROY KING (Attorney General)
State Bar # ASB-5949-5615
Steven M. Sirmon
(Assistant Attorney General)
Alabama Board Pardon And Paroles
Post Office Box 302405
Montgomery, Alabama 36130

DAVID B. BLOCK
WILLIAM R. LUNSFORD
BALCH & BINGHAMLLP
POST OFFICE BOX 18668
HUNTSVILLE, ALABAMA 35804-8668

KIM T. THOMAS
GREGG M. BIGGS
Alabama Department of Correction
       Legal Division
301 Ripley Street
Montgomery Alabama 36130

WILLIAM A. SCOTT, JR, (ASB-1539-073W)
Gregory F. Yaghmai (ASB-2411-H67G)
Attorneys for William Sanders
Scott, Sullivan, Streetmen & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244

by placing this motion in the United States mail box at Ventress Correctional Facility, with first class postage stamp prepaid and properly address this on the 23rd day of February, 2006.

RESPECTFULLY SUBMITTED,

*[signature]*

RICHARD WAYNE WRIGHT, SR. #187140
VENTRESS CORECTIONAL FACILITY
DORM 8A/55B
Post Office Box 767
Clayton, Alabama 36016