IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on February 24, 2006 ( Court Doc. No. 136), and as the court has not yet set a deadline for the plaintiff's response to defendant Sanders' special report, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that upon receipt of special reports from all defendants the court will issue an order allowing him an opportunity to respond to such reports.

Done this 27th day of February, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE