ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

**DATE:** 6/20/05  **TIME:**
**Target Symptoms**  Behavioral Rating Scale  0=No problem  5=worst  | Today vs Before

No target sx's at this time.    N/A

**Medications:** He is not on any medicines (psychotropics)
**Compliance:** Inmate report ___ % vs MAR ___ %    Informed Consent ✓
In addition to the information in the tables above and below, then inmate-patient:

**S** "I have no mental illness. The last time I
even took any mental health medicine was
some four years ago. I feel fine. I have no
**O** problems. I don't know why I am even
seeing mental health for." Reports ∅ sxs of
mood, anxiety or thought d/o. ∅ thoughts to hurt
himself or anyone else.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ sxs of psychosis ∅SI, ∅HI     Denies of |
| Serious Depression | ✓ | | ∅ sxs of anxiety   ∅HA, ∅ paranoia any suicidal |
| Self-Injurious Thoughts | ✓ | | Denies or depression noted.    attempts in |
| Suicidal intent | ✓ | | Denies                                   past |
| Aggressive | ✓ | | None noted } at present time. |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Re: being referred to mental health. |

**Lab info:** None from mental health.   **Labs Ordered:**   **Labs & reviewed:**   **AIMS:?**

**ASSESSMENT/Diagnosis (DSM-IV)**
None / No psychiatric DX at this time.

**PLAN:** Im clinically stable. Exhibits ∅ sxs or signs
of mental illness at this time. Has not been on any
psychotropic meds since 2001. Doing well clinically.
Will see him on PRN basis at this time. Will keep
**Return to clinic:** RTC PRN   **Print Last Name:** DR. BANERJEE   **Sign:** Banerjee, M.D.   mental health
code as
| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Wright Richard | 187140 | | B/M | HIST | Ventress |

**Disposition:** Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

HIST at
present time

Discussed Tx plan c̄ Im. He
understands and agrees c̄ Tx plan.
continue care, RTC PRN at this time.

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/31/05 | | S- Inm denies any MH concerns/complaints. Inm reports he has refused TB shots b/c he believed they "had sores all over my body and new my bones crack all the time... none of this happened until I started having too many TB shots." Inm denies SI/HI. | |
| | | O- Oriented x3 w/ speech & thought WNL. No current evid $\bar{s}$ of psychosis. Appropriate affect. Inm tends to try and focus on complaints about officers and "due process." He is very concerned w/ his rights. | |
| | | A- Inm has agreed to take TB shot. ~~contracts no current code~~ No change to current code recommendation | |
| | | P- Refer to Dr. Jenkins for monitoring | |
| | | | Ncomethlasl PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
| WRIGHT, RICHARD | 187140 | | B/M | VCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/31/05 | | S- Im denies any MH concerns/complaints. Im reports he has refused TB shots b/c he believed they "had sores all over my body and now my bones crack all the time... none of this happened until I started having too many TB shots" Im denies SI/HI. | |
| | | O- Oriented x3 w/ speech & thought WNL. No current overt s/s of psychosis. Appropriate affect. Im tends to try and focus on complaints about officers and "due process." He is very concerned w/ his rights | |
| | | A- Im has agreed to take TB shot. ~~involuntary treatment order~~ No change to current cycle recommendation | |
| | | P- Refer to Dr Jenkins for monitoring | |
| | | | Naomi Chase PhD |

## INTERDISCIPLINARY PROGRESS NOT

| | TIME | NOTES | SIGNATURE |
|---|---|---|---|

S: "I feel stressed!"

O: Inmate discussed recent problems he's had i security and related stress. MHP + Im reviewed deep muscle relaxation + deep breathing to relieve stress. Inmate also discussed problems related to security + MHP referred him back to ADOC as MHP has no influence regarding security issues.

A: Stable, clear articulate

P: MHP to refer to ADOC Psych staff as inmate is coded History

B. Fell ms

01/03/05

seen in sig rounds

③ Denies any MH needs/concerns

⊙ Polite, appropriate.

Ⓐ ∅ MH needs

P: Pt advised of availability of MH services PRN

12/27/04

No major difficulty reported. No major sign of distress observed. He is coded "History". He will be monitored by the DOC Mental Health team.

J Jones / M Haynes

| | Age | R/S | Facility |
|---|---|---|---|
| Patient's Name, (Last, First, Middle) | AIS# | 3B | Parr F |

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/26/04 | | TX team. Seen for initial Code — Hx Code — Diver down hall — | A SSL |
| 6/21/04 | | Note: Outpatient Review, S reported that he is making a good adjustment to BCF. At the time of the interview, he was not psychotic, anxious or depressed. His mental health code is history. He will continue to be monitored every ninety days. | Z. Perry/Mike Haynes |
| 11/08/04 | | S seen a/t MH referral from medical nurse — Pt in seg unit (S) Pt denies any MH concerns at this time. Off meds @ 20 months. Admits to px c̄ anger. ⊘SI ⊘HI (O) Polite, calm (A) hx code (P) Continue to monitor in seg — Offered MH services if needed | M. Harper, LPC |
| 11/23/04 | | Mental Health Disciplinary Zihri/Z. Perry/Mike Haynes | |
| 11/30/04 | 1040 | (S) Denies any MH concerns. Requests seen in seg phone call hr (O) Polite, cooperative (A) stbl (P) rtn T wk | M. Harper, LPC |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | 3 M | BCCF |

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | Inmate reports he wants to go to Staton to be closer to family. At present he taking classes in chapel & english class. MNP will speak w/Mrs Seals about the above. Later, I spoke with Mrs. Seals about the above. She pulled his card he had requested to go to Bibb or Easterling. But now he want to go to Staton, classification will put in for transfer doing his review in Sept. O- polite, coherent, oriented to place & time. A- appear stable P- continue to monitor. Monthly contact. | Burns-Sutt MS MNP |
| 15 Apr 04 | | Treatment Coordinator Notes Rec request from inmate regarding MN hold. Explain to him the above and inform him if nothing happen to send me another request to follow T. | Burns-Sutt MS MNP |
| 16 Apr 04 | 2:55 | Treatment Coordinator Notes Outpt MNP forward this inmates name to treatment team to address MN hold. Monday 19 Apr 04 they will meet. | Burns-Sutt MSM... |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 197140 | | B/ m | BCCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| June 20th | | Sign-off<br>No meds x months<br>∆MS = 0<br>Never MHU Unit | _(illegible signature)_ |
| 8/18/03 | | S: Pt comes to discuss angry feeling toward Dr. Presnell re incident which he considers unfair. & request methods & choices as to how to deal w/ them.<br>O: Coherent. Bothered but not overly intense. No paranoid flavor nor masochistic & angry.<br>A: Impulse Control disorder<br>P: Off? needs. - refused - leave door open | _(illegible signature)_ Jeff S. |
| 12 Apr 04 1:40 | | Treatment Coordinator Notes:<br>S- MHP rec request slip hand delivered to me by Capt. Nettles. Inmate is concern about a MH hold. Inmate has not been on medication since 2003. Inmate reported that his classification stated he can't to have MH hold. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: *Richard Wright*    AIS#: *BM/187140*

Institution: *BCCF*    Date of Disciplinary Report: *Nov. 3, 2004*

*#31 Assault on Another Inmate*

Is the inmate currently on the mental health caseload?    Yes   (No)
If Yes, referred for mental health evaluation/consultation on: *November 8, 2004*
*Mental Health Outpatient*

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*    *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
— — If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: *11-9-04*    Date consult returned: *11-9-04*

Is the inmate competent to participate in the hearing?    (Yes)   No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes   (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes   (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes   (No)
Mental Health Staff Member: *Mike Hann*    Phone Contact: *132*

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

*S was reviewed in the MH staff meeting and interviewed by me in the seg. unit. His thinking was clear. He was oriented in all spheres. He was able to explain his side of the incident. He can go to disciplinary court.*

*Mike Hann QMP*

*file: Mrs. Perry    loc: MHM*

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _WRIGHT, RICHARD_    AIS #: _187140_    R/S _B/M_

Date: _5 / 22 / 96_    DOB: _8 / 15 / 67_    AGE: _28_

Beta II _96_    WAIS _/ /_    WRAT-RL _7.2_    Last School Grade Completed _12_

MMPI Welsh Code _4+8765'3920-1:_    Megargee Type _F-L/R:_

### General Appearance

_____ a. Neat and generally appropriate        _____ c. Flat or avoiding interaction

_____ b. Poorly groomed                        _____ d. Sad or worried

_X_ e. Other    _(No Ψ)_    _(EYES OFF (INTER.))_

---

I.  ### Interpersonal Functioning

_____ a. Normal-good relationships likely      _____ d. Lacks skill or confidence

_____ b. Withdrawn / apparent loner            _____ e. Probably difficult to get along with

_____ c. Likely to ignore rights / needs       *Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _X_ 5. _____ 6. (See Copy) _____

---

II.  ### Personality

_____ a. Healthy                               _X_ d. Explosive

_____ b. Antisocial                            _____ e. Dependent

_____ c. Paranoid                              _____ f. Passive-Aggressive

Other (Specify):_____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _____

---

III.  ### Substance Abuse

_X_ a. Alcohol addiction / abuse history _ADMITTED TO EXCESSIVE USE W/ ONSET OF MARITAL PROBLEMS IN 1993._

_____ b. Drug addiction / abuse history _____

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

*See manual for selections and numbers for "other"

_____ c. Current use _____

_____

_____

_____ d. Current addiction _____

_____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

_____ 9. (See Copy) _____

_____

IV.   Emotional Status

_____ a. No significant problems

_____ b. Depressed _____ *Reactive* _____

_____

_____ c. Anxious or stressful _____

_____

_____ d. Angry or resentful _____

_____

_____ e. Confusion or psychotic symptoms _____ *None* _____

_____

_____

_____ f. Mood disturbances _____

_____

_____ g. Sexual maladjustment _____

__*XX*__ h. Paranoid ideation _____ *REACTIVE* _____

_____

_____ i. Sleep / appetite disorder _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _XX_ 6. _____ 7. _____ 8.

_XX_ 9. (See Copy) _____ *Rule out psychosis* _____

_____

V.   Mental Deficiency

_____ a. Mild                          _____ d. Borderline

_____ b. Moderate                      _____ e. Organic impairment
                                                    suspected
_____ c. Severe                        _____ f. Memory deficit

Remarks: _____

_____

_____

Psychological Interview / Data Entry Form
Page Three

VI.  Management Problems        Ideation _____ *None* _____

_____ a.  Suicide potential        Plans _____

                                     History of attempts / gestures _____

_____

_____ b.  Serious mental history (specify) _____

_____

_____ c.  Impulsive / acting-out behaviors predicted _____

_____

_____ d.  Authority conflict _____

_____

_____ e.  Manipulative / untrustworthy _____

_____

_____ f.  Easily victimized _____

_____

_____ g.  Escape potential _____

_____

_____ h.  Assaultiveness _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9. (See Copy)

_____ *Burg. I w/ Victim Injury ( Assault )* _____

_____

VII.  Educational Needs

_____ a.  ABE          _____ b.  Special Education          _____ c.  Trade School          _____ d.  Jr. College

VIII.  Mental Health Needs                    Date referred  Month _____ Year _____

_____ A.  Refer to psychiatric service        _____ C.  Depression                    _____ K.  Personal Development

_____ B.  Substance abuse counseling          _____ E.  Sexual adjustment

_____ D.  Stress management                   __✗__ G.  Anger induced acting out

__✗__ F.  Reality therapy                      _____ I.  Self-concept enhancement

_____ H.  Values clarification                _____ J.  Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____ *Med. Custody @ D.C.C.* _____

_____

_____

_____ Signature _____          _____ *5-23-56* _____ Date

*See manual (pages 23-25) for selections for "other"  Give number and wording of selection.

***** KAPLAN ADULT INTERPRETIVE SYSTEM *****

Developed by

Robert L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

--- CLIENT INFORMATION ---

Client     : WRIGHT, RICHARD          Age            : 26
Sex        : Male                     Marital Status :
Education  :                          Date of Birth  : 08/15/5?

File Name  : 187140

Prepared for: DEPARTMENT OF CORRECTIONS on 05/24/96

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated. No decisions should be based solely
on the information contained in this report. This material
should be integrated with all other sources of information in
reaching professional decisions about this individual. This
report is confidential and intended for use by qualified
professionals only. It should not be released to the individual

S INTERPRETIVE REPORT
MMPI FOR: DEPARTMENT OF CORRECTIONS

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --



Valid

Raw Score       56  54  13   48  64  66  95  70  72  72  75  65  60
K Corrected (?) Items = 0

Welsh Code:  4'8725139620-0: F-L/K:

MMPI-I INTERPRETIVE REPORT                                            PAGE  3
MARYLAND DEPARTMENT OF CORRECTIONS


                    --- PROFILE MATCHES AND SCORES ---


                                              Highest
                              Client          Scale          Best Fit
                  Scale       Profile         Codetype       Codetype
-------------------------------------------------------------------------------
Codetype Match:                               4-8/8-4        None
Coefficient of Fit:                             .91

Scores:        ? (raw)           0
               L                56             51
               F                64             85
               K                45             45
               Hs (1)           48             61
               D  (2)           64             68
               Hy (3)           68             60
               Pd (4)           95             83
               Mf (5)           70             51
               Pa (6)           72             69
               Pt (7)           72             69
               Sc (8)           75             82
               Ma (9)           65             83
               Si (0)           60             58
-------------------------------------------------------------------------------
Mean Clinical
Elevation:                       69             69

Ave age-males:                                  28
Ave age-females:                                27

% of male codetypes:                           2.8%
% of female codetypes:                         3.0%

% of males within codetype:                    66.2%
% of females within codetype:                  33.8%

-------------------------------------------------------------------------------

       Configural clinical scale interpretation is provided in the
report for the following codetype(s):

                           4-8/8-4

-------------------------------------------------------------------------------

MMPI-2 INTERPRETIVE REPORT                                              PAGE   4
PREPARED FOR:  DEPARTMENT OF CORRECTIONS

          -- CONFIGURAL VALIDITY SCALE INTERPRETATION --


          There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.


               -- VALIDITY SCALES --


? (raw) = 0

          Scores in this range reflect a relatively small number of
unanswered items, which in and of itself should not have an
impact on the validity of the profile.

L      T = 56

          L scores in this range are usually obtained by individuals
who generally respond frankly and openly to the test items and
are willing to admit to minor faults.

F      T = 65

          F scores in this range are considered to be moderately
elevated and suggest the possibility of significant psychological
and emotional problems.  Individuals who obtain scores in this
range are likely to be described as moody, changeable,
dissatisfied, opinionated, restless, unstable, and self-critical.

K      T = 55

          Scores in this range are typically obtained by individuals
who exhibit an appropriate balance between self-disclosure and
self-protection.  These individuals usually are psychologically
well adjusted and capable of dealing with problems in their daily
lives.  Scores in this range are also indicative of good ego
strength, sufficient personal resources to deal with problems, a
positive self-image, adaptability, and a wide range of interests.
Prognosis for psychological intervention is generally good.

--- CONFIGURAL CLINICAL SCALE INTERPRETATION ---

Subscale Codetype

Clinical Presentation:

   It is important that measures of consistency and accuracy of
item endorsement as well as other validity scales are within
acceptable ranges. This codetype can result easily from either
inconsistent or inaccurate patterns of item endorsement.

   These individuals are often perceived by others as rather
odd, peculiar, and unusual, both in terms of their thinking and
behavior. This pattern may be a very long-term, characterologic
condition or represent the onset of a psychotic process.
Problems in logic and thinking should be ruled out. They exhibit
poor judgment and are often unpredictable and impulsive. They
are emotionally distant and have difficulty with close, emotional
relationships.

   These individuals see the world as dangerous and other
people as rejecting and unreliable. They often feel resentful
and angry, but have difficulty controlling or expressing their
anger appropriately. They are resentful of authority and control
and are often suspicious of the motives of others. They are
extrapunitive and accept very little responsibility for their own
problems and behavior. When crimes are committed by these
individuals, they are often poorly planned and executed and may
involve bizarre or violent behavior. Sexual deviation and
promiscuity are possible.

   These individuals are chronically maladjusted. Suicide
attempts and substance abuse are quite frequent. In response to
stress, these individuals are likely to either withdraw
completely or act out their angry impulses. These individuals
have a very high need for affection and attention. Their
tendency to feel rejected by others often leads to hostility and
conflict, which only exacerbates their feelings of being
alienated from others.

   The self-concept of these individuals is frequently very
poor. They are likely to feel insecure, isolated, rejected, and
unwanted. They are threatened by a world which they view as
hostile and dangerous.

   The interpersonal relationships of these individuals are
often marked by conflict, distrust, defensiveness, a lack of
empathy, and a strong tendency to be manipulative. These
individuals often lack basic social skills and tend to be
socially withdrawn and isolated. They see their family as
uncaring and critical. They view their home life as being
unpleasant.

resistant to psychological interpretations and treatment, and any
form of psychological intervention will be difficult. These
individuals often look for simplistic, concrete solutions to
their problems -- solutions that do not require self-examination.
Individuals who obtain elevated scores on this scale are unlikely
to be seen as psychotic.

Pd (4)  T = 95

     Scores in this range are typically obtained by individuals
who are characterized as angry, belligerent, rebellious,
resentful of rules and regulations, and hostile toward authority
figures. These individuals are likely to be impulsive,
unreliable, egocentric, and irresponsible. They often have
little regard for social standards. They often show poor
judgment and seem to have difficulty planning ahead and
benefiting from their previous experiences. They make good first
impressions but long term relationships tend to be rather
superficial and unsatisfying. Analysis of the Content Scales
and/or the Harris-Lingoes Subscales may facilitate interpretation
of scores within this range.

Mf (5)  T = 70

     Scores in this range are typical for males described as
passive, inner-directed, and having aesthetic and artistic
interests. They generally do not identify with the traditional
masculine role.

Pa (6)  T = 72

     Scores in this range are frequently obtained by 1)
individuals who are suspicious, hostile, and feel as if they are
being mistreated, or by 2) individuals who are hypersensitive to
the reactions of others. The Dominance (Do) Scale is helpful in
distinguishing between these groups of individuals -- high Do
scores indicating the first group and low Do scores indicating
the second group. Individuals in both groups will often blame
others for their difficulties. The first group of individuals
may manifest psychotic behavior and a thought disorder may be
readily apparent. Ideas of reference and delusions of
persecution also may be present.

Pt (7)  T = 77

     Scores in this range are typically obtained by individuals
who are worried, anxious, tense, and experiencing emotional
discomfort. They may experience irrational fears and typically
ruminate about their problems. Disabling guilt feelings may be
present. Agitation may develop. These individuals worry
excessively and may have problems in concentration. Obsessions
and compulsions are common.

...D INTERPRETIVE REPORT

...XAS DEPT. DEPARTMENT OF CORRECTIONS

Sc (8): T = 75

Scores in this range are suggestive of serious psychopathology including confused thinking, disturbed perceptions and other psychotic processes. Difficulties in logic and concentration, impaired judgment, and the presence of a thought disorder should be evaluated. Be sure that measures of consistency and accuracy of item endorsement are within acceptable ranges.

Ma (9): T = 65

Scores in this range typically are obtained by individuals who are described as overactive, have difficulties in concentrating and attending, and find it difficult to relax. They often are quite creative, people who start many projects and find it difficult to see them through to completion. As the elevation on this scale increases, there is the increasing probability that the individual is likely to be seen as emotionally labile, impulsive, experiencing flight of ideas, restless, and exhibiting manic features. They may also exhibit maladaptive hyperactivity, grandiosity, verbosity, irritability, unpredictability, and insufficient inhibitory capacities.

Si (0): T = 60

Scores in this range usually are obtained by individuals who prefer to be alone or with a small group of friends. They are likely to be reserved in new social situations.

--- ADDITIONAL SCALES ---

No additional scales were selected for interpretation by the user.

--- END OF REPORT ---

N610

## ALABAMA DEPARTMENT OF CORRECTIONS

### *RECEIVING SCREENING FORM*

Inmate's Name: _Wright, Richard_    Date: _3/4/05_   Time: _1:15 PM_

DOB: _8/15/67_ Officer: _ABuie_     Institution: _VCF_

|  | *Receiving Officer's Visual Opinion* | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
|---|---|---|---|
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. | Have you ever attempted suicide? | | ✓ |
| | (If YES, When? _____ How?_____ | | |
| 16. | Do you want to do any harm to yourself now? | | ✓ |

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright

VIOLATION: 31 Assault on Another Inmate
OR REASON:

AIS NO.: 187180     CELL: # 197

DATE & TIME
RECEIVED: 11-3-04 @ 1850 pm

ADMITTANCE
AUTHORIZED BY: Lt. Peters

DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/7/05 MON | MORN | Y | | | | N | B. Anding | N | O meds | |
| | DAY | | | | | N | | N | O med | |
| | EVE | | | N | N | N | | N | O meds | B. Johnson, COI |
| 11/8/05 TUE | MORN | Y | | | | N | | N | O meds | Dr. Hall, COI |
| | DAY | Y | | n | n | N | B. Anding | N | O meds | B. Green COI |
| | EVE | | Y | Y | N | N | Vidler | N | O meds | M. Fitzpatrick, COI |
| 11/9/05 WED | MORN | Y | | | | N | Vidler | N | recd meds | H. Hall, COI |
| | DAY | | Y | N | N | N | B. Anding | N | O meds | C. Davis, COI |
| | EVE | | | | | N | Vidler | N | med gave | M. Fitzpatrick COI |
| 11/10/05 THUR | MORN | Y | | | | N | Vidler | N | recd med | S. Smart, COI |
| | DAY | | | | | N | McNees | N | O meds | Brooms, COI |
| | EVE | | | | | N | | N | recd meds | B. Johnson, COI |
| 11/ /05 FRI | MORN | | Y | n | McNees | in | N | med gave | | Kelly, COI |
| | DAY | Y | | N | N | Cancelled | Krom Vidler | N | recd meds | Ryan, COI |
| | EVE | | Y | N | N | N | McNees | N | O meds | M. Fitzpatrick COI |
| 11/ /05 SAT | MORN | N | | | | N | McNees | N | refused meds | S. Small, COI |
| | DAY | | Y | N | N | N | Cauthon | N | recd meds | Ryan, COI |
| | EVE | | | N | A | N | Gladys | N | O meds | C. Payne COI |
| 11/ /05 | MORN | N | | | | N | | N | O meds | Bush COI |
| | DAY | | | | | N | | N | | Ryan, COI |
| | EVE | | | N | A | 1130-1200 | Gladys | N | O meds | E. Williams, COI |
| | | | | | | | | N | meds gave recd med | S. Smart, COI / Ryan, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

N912

RLGH
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright          SERIAL NO: B187140   CELL: 19 T
VIOLATION #3                         ADMITTANCE
OR REASON: Assault on another Inmate AUTHORIZED BY: Lt. Bakers
DATE & TIME                          DATE & TIME
RECEIVED: 11/3/084 @ 10:40 P.m.      RELEASED: _____
PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|---|----------|---------------|-------------|-----------|---------------|
| 2/2/05 mon. | MORN | n | | | n | n | S. Lindsay | n | 0 meds | M. Fitzpatrick CO |
| | DAY | Y | | | N | Refused | RN | N | 0 meds | Hall, CO |
| | EVE | | | Y | N | N | Cox | N | 0 meds | J. Johnson, COI |
| 2/22/05 | MORN | Y | | | N | N | Sheen | N | 0 meds | B. Holmes COI |
| | DAY | Y | Y | | Y | N | Slox | N | 0 meds | Hall, CO |
| | EVE | | | Y | N | N | Cigler | N | 0 meds | C. Otoms, COI |
| 2/23/05 Wed. | MORN | Y | | N | N | N | Sheen | N | 0 meds | B. Holmes COI |
| | DAY | Y | Y | N | N | N | N | N | 0 meds | Hall, CO |
| | EVE | | | Y | N | N | Cigler | N | 0 med | J. Johnson, COI |
| 2/24/05 Thur. | MORN | | | | n | M | S. Lindsay | n | 0 meds | M. Fitzpatrick COI |
| | DAY | Y | Y | | N | Refused | Klein | N | 0 rn | Hall, CO |
| | EVE | | | Y | N | N | S.Scott | N | 0 meds | Pinnington COI |
| 2/25/05 Fri. | MORN | | | N | N | N | Sheen | N | 0 meds | H. Johnson, COI |
| | DAY | Y | | Y | N | Refused | Knoll | N | 0 med | Hall, CO |
| | EVE | | | Y | N | N | Cox | N | 0 meds | C. Otoms, COI |
| 2/26/05 Sat. | MORN | N | | | N | N | Sheen | N | Meds given | C. Young CO |
| | DAY | Y | | N | N | Refused | Knoll | N | Meds given | Hall, COI |
| | EVE | | | Y | N | N | Cox | N | Meals given | Pinnick O.J. |
| 2/27/05 Sun. | MORN | No | | N | N | N | Sheen | N | Meds given | E. Williams COI |
| | DAY | Y | | N | N | N | Knoll | N | No meds | Hall, CO |
| | EVE | | | Y | N | N | Cigler | N | Reed meds | Ryan, COI |

Pertinent Info:  i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH:  Shower - Yes (Y); No (N); Refused (R)
Exercise:  Enter Actual Time Period and Inside or Outside (i.e.,
           9:30/10:00 IN; 2:00/2:30 OUT)
Medical:  Physician will sign each time the inmate is seen.
Psych:  Psychological Counselor will sign each time the inmate is seen.
Comments:  i.e., Conduct; Attitude, etc. *Use reverse side for additional
           comments and include date, signature, and title.
OIC Signature;  OIC must sign all record sheets each shift.

DOC FORM N912



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 2/ /05

To: Inmate

From: Medical

Inmate Name: Wright Richard    ID#: 187140

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** Benzoyl Peroxide x 20 days.
Expired 3/17/05

Date: 2/ /05    MD Signature: Dr Siddiq _____ Time: 2100

60418

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright          AIS NO: B/187140   CELL: # 19 T

VIOLATION 31
OR REASON: Assault On Another Inmate          ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RECEIVED: 11/3/04   10:40 P.M.          DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-14-05 | MORN | Y | | | N | N | Glover | N | 0 meds | D. Johnson, COI |
| | DAY | | Y | | N | cot holder 4 | | | Medina | C. Parker, CO |
| | EVE | | | Y | | N | Tyler | N | Jewel | Pennington COI |
| MON | | | | | | | | | | |
| 2-15-05 | MORN | Y | | | N | Y | Glover | N | 0 meds | B. Latham CAT |
| | DAY | | Y | | N | | Ulla | N | Refused med | Still, CO |
| | EVE | | | Y | | N | Tyler | N | ref ed med | Simms co I |
| TUE | | | | | | | | | | |
| 2-16-05 | MORN | Y | | | N | N | Glover | N | 0 meds | S. Young col |
| | DAY | | Y | | N | | Ulla | N | Medina | Still CO |
| | EVE | | | Y | ND | ND | 2804 | ND | meds given | SScott J. D. Ray COI |
| WED | | | | | | | | | | |
| 2-17-05 | MORN | Y | | | N | N | Glover | N | 0 meds | M. Fitzpatrick COI |
| | DAY | | Y | | N | | Natie | N | Med meds | Still, CO |
| | EVE | | | Y | Y | N | Tigler | N | 0 meds | J. Johnson, COI |
| THUR | | | | | | | | | | |
| 2-18-05 | MORN | Y | | | N | N | Glover | N | 0 meds | D. Johnson, COI |
| | DAY | | Y | | N | | Ulla | N | Medina | Still, COI |
| | EVE | | | Y | | Y | Tyler | DAY | ref'd meds | J. Johnson, COI |
| FRI | | | | | | | | | | |
| 2-19-05 | MORN | Y | Y | | N | N | Glover | N | 0 meds | S. Young col |
| | DAY | | | | N | Y | Watt | N | refused up | Still, CO |
| | EVE | | | Y | Y | | Smith | N | refused meds | R. Ryan, CO |
| SAT | | | | | | | | | | |
| 2-21-05 | MORN | N | | | N | N | Wembly | N | Gender | D. Johnson, COI |
| | DAY | | | | N | N | mpp | N | measure | D. Harris, COI |
| | EVE | | | Y | Y | ND | | N | 0 meds | D. Ray, COI |
| SUN | | | | | | | | | | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
    9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
    and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

## Bullock Co. Corrections
### (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_    AIS NO: _B187148_    CELL: #: _191_

VIOLATION OR REASON: _31 Assaultion Another Inmate_

ADMITTANCE AUTHORIZED BY: _L. Babers_

DATE & TIME RECEIVED: _2-3-04 @ 1030 pm_

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|---------------|-------------|-----------|---------------|
| 1/31/05 MON | MORN | Y | Y | N | N | N | Nelson | N | Refused Meals | R. Ellis, COI |
| | DAY | N | | N | N | N | Kму | N | Refused Tray | Hall, Co |
| | EVE | | | N | | N | Cooper | N | Ref. tylnol | Bojan COI |
| 2/1/05 TUE | MORN | Y | | N | N | N | Nelson | N | Meds given | M. Fitzpatrick COI |
| | DAY | | Y | Y | N | N | Waters | N | Refused | Hall, COI |
| | EVE | | | Y | Y | N | Cooper | N | O meds | C. Hosten COI |
| 2/2/05 WED | MORN | Y | Y | | N | N | Nelson | N | Meds given | M. Fitzpatrick COI |
| | DAY | | | | N | N | Dubar | Seaboard | Meds | Lynch, CO |
| | EVE | | | Y | N | N | Right | N | Reid meds | Adams COI |
| 2/3/05 THUR | MORN | | | | N | N | Nelson | N | Meds give | H. Johnson, COI |
| | DAY | | | N | N | N | Waters | N | Refused | Hall, COI |
| | EVE | | | Y | N | N | Robbins | N | Rocks med | Byrd, COI |
| 2/4/05 FRI | MORN | | | | N | N | Nelson | N | Meds given | H. Johnson, COI |
| | DAY | | Y | N | N | N | K | N | O meds | Hall, CO |
| | EVE | | | Y | N | N | Right | Holly | Reid meds | Simmons COI |
| 2/5/05 SAT | MORN | N | | N | N | N | Waters | N | meds given | E. Williams, COI |
| | DAY | | Y | N | N | N | Nelson | N | O med | Hall, COI |
| | EVE | | | Y | Y | N | | N | N/A | Bojan COI |
| 2/6/05 SUN | MORN | | | N | N | N | Lyndy | N | O meds | Gilog COI |
| | DAY | | Y | N | N | N | KМ | N | O meds | Hall, Co |
| | EVE | | | Y | N | N | Robbins | N | Reid meds | Bojan, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N210

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: *Richard Wright*        AIS NO. *B187170*    CELL: # *157*

VIOLATION
OR REASON: *31 Assault on another inmate*  ADMITTANCE AUTHORIZED BY: *H. S. Peters*

DATE & TIME
RECEIVED: *11-3-04 @ 1040*           DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|---------------|-------------|-----------|---------------|
| 11/24 | MORN |   |   |   | N |          | L. Lindsey |   | ☐ meds | H. Johnson, COI |
|       | DAY  |   | Y | N | Refused | Kneel |   | ☐ m.e.l | H. Mauldin COI |
|       | EVE  |   | Y | N | N | Robby | N | Took meds | B. Biggin, COI |
| MON 11/25 | MORN | Y | N | N | N | N | N.Green | N | Breakfast/Dinner/lunch | COI R. Ellis |
|       | DAY  |   | Y | N | Refused | both |   | took | H. Mauldin COI |
|       | EVE  |   | Y | N | NC | Robby | N | Received meds | Simms COI |
| TUE 11/26 | MORN |   | Y |   | N | N | N.Green | N | Med given | B. Holmes COI |
|       | DAY  |   | Y |   | N | N |          | N | meds | S. Smart, COI |
|       | EVE  |   |   | N | N | Robby | N | Refused meds | B. Biggin, COI |
| WED 11/27 | MORN | Y |   |   | N | N | N.Green | N | Meds given | H. Johnson, COI |
|       | DAY  |   |   | N |   | N | Slow |   | meds given | Arnold COI |
|       | EVE  |   |   | Y | Y | N | Robby | N | Refused | St. Johnson, COI |
| THUR 11/28 | MORN | Y |   |   | N | N | N.Green | N | Meds given | Whitt Patrick COI |
|       | DAY  |   | Y | N | N | Cancelled | both | N/O | m.l de | B. Berry |
|       | EVE  |   | Y | N | N | N | morning | Refused | B. Biggin, COI |
| FRI 11/29 | MORN | N | Y | N | N | N | Glaspie | N | Meds given | C. Young COI |
|       | DAY  |   | Y |   | N | N | Kn | N | Refused | A. Arnold COI |
|       | EVE  |   | Y | N | N | N | M. King | N | Refused | B. Biggin, COI |
| SAT 11/30 | MORN |   |   | N | N | N | N.Green | N | Refused | B. Holmes, COI |
|       | DAY  |   | N |   | N | Refused |          | N | Refusal | Rose COI |
|       | EVE  |   | N | Y | N | S. Stayed | N | Refused | B. Biggin COI |
| SUN |      |   |   |   |    |          |               |             |           |               |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
   9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
   and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright

VIOLATION #3
OR REASON: Assault on Another Inmate

DATE & TIME
RECEIVED: 11/3/04   10:40 P.M.

PERTINENT
INFORMATION:

AIS NO: B/18/140   CELL #: 15 T

ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RELEASED:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---------|---|---|----|----|------|-----|----------|---------------|
| 1/10 MON | MORN | N | N | | N | N | X Monday | N | O meds | B. Hingley COI |
| | DAY | | | Y | | | | | O meds | Davis CDT |
| | EVE | | Y | | | | Babers | | O meds | Roger COI |
| 1/11 TUE | MORN | Y | | | N | N | Wagner | N | O mag | B. Holmes COT |
| | DAY | Y | N | | N | Refused | visit | | Babers | C. Pickett COI |
| | EVE | | | Y | Y | N | Babers | N | O meds | Holmes COT |
| 1/12 WED | MORN | Y | N | | N | N | Wagner | N | O meds | C. Young COI |
| | DAY | Y | N | N | Y | ND | Kaplan | ND | O meds | Otley Sgt COI |
| | EVE | | | Y | | | Babers | N | O meds | Otley Sgt COI |
| 1/13 THUR | MORN | Y | N | | N | N | Wagner | N | O meds | W. Robinson COI |
| | DAY | N | N | | Y | N | Kaplan | N | O meds | Williamson |
| | EVE | | | Y | | N | Kaplan | N | O meds | Holmes |
| 1/14 FRI | MORN | Y | | | N | N | Nelson | N | O meds | B. Hingley COI |
| | DAY | | | | Y | N | K. Neilly | Dillard | O meds | Otley Sgt COI |
| | EVE | | | Y | | N | Dillard | N | O meds | |
| 1/15 SAT | MORN | N | Y | | N | N | Nelson | N | O meds | |
| | DAY | Y | N | | Y | N | Kaplan | N | O med | E. Williams COI |
| | EVE | | | Y | | N | Neilson | N | O meds | Holland COI |
| 1/16 SUN | MORN | N | | | N | N | Nelson | N | O meds | C. Young COI |
| | DAY | N | Y | | N | N | Gray | N | O meds | Otley Sgt COI |
| | EVE | | Y | | Y | N | Babers | N | O meds | J. Bradley COI |

Pertinent Info: i.e. Epileptic, Diabetic, etc.

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_     AIS NO.: _B187140_   CELL #: _15T_

VIOLATION #: _31 Assault on Another Inmate_     ADMITTANCE AUTHORIZED BY: _Lt. Bealers_
OR REASON:

DATE & TIME RECEIVED: _11/3/04 @ 1040p_     DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---------|---|---|----|----------|---------------|-------------|-----------|---------------|
| 11/17 MON | MORN |  |  |  | N | N | Morgan | N | Ø meds | H. Johnson, COI |
|  | DAY | Y |  |  | N | N | King | N | Ø meds | Hall, COI |
|  | EVE |  |  |  | N | N | Kidler | N | Ø med | TSimpson, COI |
| 11/18 TUE | MORN | Y |  |  | n | n | M. Jata | n | Ø meds | M. Fitzpatrick, COI |
|  | DAY | Y | N |  | N | N | Dith | N | Ø med | C. Almy COI |
|  | EVE |  |  |  | N | N | Beli, C | N | Ø meds | Sromadel |
| 11/19 WED | MORN | Y |  |  | n | n | N. Green | N | Ø meals | M. Fitzpatrick, COI |
|  | DAY | N |  |  | N | N | Sloan | N | Ø med | S. Bohlert, COI |
|  | EVE |  |  |  | Y | N | Kidler | N | Ø med | TSimpson, COI |
| 11/20 THUR | MORN | Y |  |  | n | n | M. Jata | N | Ø meds | M. Fitzpatrick, COI |
|  | DAY | N | N | X | N | Regual | White | N | Ø meds | Lt. Almy |
|  | EVE |  |  | Y | Y | N | S. Hubert | N | Ø meds | Lynn, COI |
| 11/21 FRI | MORN | Y |  |  | n | n | M. Jata | N | Ø meds | M. Fitzpatrick, COI |
|  | DAY | N |  |  | N | N | Knox | Kelly | Ø med | Hall, COI |
|  | EVE |  |  |  | N | N | PReeder | N | Ø meds | C. Gurb, COI |
| 11/22 SAT | MORN | N |  |  | N | N | L. Anderson | N | Ø meds | G. Young COI |
|  | DAY | N |  |  | R | N | Dith | R | Ø meds | Hall, COI |
|  | EVE |  |  |  | N | N | Eubanks | N | Rec. med | TSimpson, COI |
| 11/23 SUN | MORN | N |  |  | N | N | Whiteleye | N | Ø meds | H. Johnson, COI |
|  | DAY | N |  |  | N | N | Dith | N | Ø med | Hall, COI |
|  | EVE |  |  | Y | R | N | S. Roberts | N | Ø meds | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/25/05

**To:** Inmate

**From:** Bullock Correctional (HCU)

**Inmate Name:** Wright, Richard          **ID#:** 187140

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** Apply antifungal cream to affected area(s) x 20 days. Expires 2/15/05 - Keep on Person

**Date:** 1/25/05  **MD Signature:** Dr Siddiq (Chief)          **Time:** 0930

60418

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: _Wright, Richard_  AIS _182140_  DOB _____  UNIT _____  YEAR _2004_

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | Need to See MD | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSES SIGN AND INITIAL

KEY:  M – MEDICAL
P – PSYCHIATRIC
D – DENTAL
N/C – NO COMPLAINTS

NC 072

## Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_    AIS NO: _B/187140_    CELL: # _4/5/_

VIOLATION # OR REASON: _31-Assault on Another Inmate_

ADMITTANCE AUTHORIZED BY: _H. Babers_

DATE & TIME RECEIVED: _11/3/04    10:40 p.m._

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|-----|----------|---------------|-------------|-----------|---------------|
| 1/3 MON | MORN | Y | | | NO | NO | Gray | NO | ○ well | Julia Ellison |
| | DAY | | N | | no | no | Griffin | | ○ med | K. Hall, Cor |
| | EVE | | | Y | NO | NO | Smith | ND | ○ med | B. No's, COI |
| 1/4 TUE | MORN | Y | | | no | no | McLaren | no | ○ meals | Julia Ellison |
| | DAY | | N | | N | N | Dunn | N | ○ med | K. Hall, Cor |
| | EVE | | | Y | Y | N | Kizer | N | ○ med | Boggs coll |
| 1/5 WED | MORN | Y | | | NO | NO | Gray | NO | ○ med | B. Holma, COI |
| | DAY | | N | | NO | Refused | Dunn | no | ○ mes | Hparker, CO |
| | EVE | | | Y | N | N | Crafer | no | ○ med | L. Mota, COI |
| 1/6 THUR | MORN | Y | | | N | n | McLaren | | ○ meals | M. Fitzpatrick, ct |
| | DAY | Y | N | | N | Refused | Dunn | N | Refused med | Z. Ruston, COI |
| | EVE | | | Y | Y | N | Roblee | N | ○ med | Sooms col |
| 1/7 FRI | MORN | Y | | | N | N | McLaren | | ○ meals | Gilliams COI |
| | DAY | | N | | N | N | K. mijia | K. Hall | ○ med | K. Hall, COI |
| | EVE | | | Y | N | N | Kizer | N | ○ med | Boggs, COI |
| 1/8 SAT | MORN | N | | | N | N | Wimley | | ○ meds | Gilliams coi |
| | DAY | Y | N | | N | N | Griffin | N | ○ med | K. Hall, COI |
| | EVE | | | Y | N | N | Slaughter | N | ○ med | Boggs coi |
| 1/9 SUN | MORN | N | | | N | N | Gray | N | ○ mes | E. Williams, cor |
| | DAY | Y | N | | N | N | Dunn | N | Refused meal | K. Hall, co |
| | EVE | | | Y | N | N | Kizer | N | ○ med | Lyons, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_    AIS NO: _B/187140_  CELL: # _4_

VIOLATION #3- _Assault on Another Inmate_    ADMITTANCE AUTHORIZED BY: _Lt. Babers_
OR REASON:

DATE & TIME RECEIVED: _11/3/04   10:40 p.m._    DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/20 MON | MORN | V | | | No | No | Tonya | No | Refused Med | Julia Ellen |
| | DAY | | M | N | R | R | R | WEAB | Refuse | Lil...top |
| | EVE | | R | R | | N | Dot | N | mede w/ ... | Lupa co1 |
| 12/21 TUE | MORN | R | | | N | N | M Rose | | Refused meds | B. Hahn, CO1 |
| | DAY | | N | | N | Refused | Closes | N | Rilion med | L.m...don, CO1 |
| | EVE | | | N | Y | N | Pohy | N | ...refused meds | Simons co1 |
| 12/22 WED | MORN | R | | | No | No | L. Anders | No | Refused | Julia Ellen |
| | DAY | | N | | N | Refused | L. Roberts | Srg Powell | Refused | B. Jarkins, CO1 |
| | EVE | | | V | N | N | J. Roberts | | Refused | Osborne co1 |
| 12/23 THUR | MORN | V | | | N | No | L. Anders | N | Refused | C. Young CO1 |
| | DAY | | N | | N | N | Rose | N | Refused Refused | M. Morris co1 |
| | EVE | | | N | | N | Uhh | N | Refused | Simons co1 |
| 12/24 FRI | MORN | N | | | No | No | Gale | No | o med | Julia Ellen |
| | DAY | | N | | N | Cancelled | R? | N | Dr...it | S. Smart, CO1 |
| | EVE | | | N | | N | ...gle | N | Refused meds | Simons co1 |
| 12/25 SAT | MORN | N | | | N | N | L. Anders | N | o meds | C. Young CO1 |
| | DAY | | Y | N | N | N | Dot | N | Day | M. Morris CO1 |
| | EVE | | | Y | Y | N | ...doh | N | Refused meds | Simons co1 |
| 12/26 SUN | MORN | N | | | N | N | Chargn | N | Refused meds | C. Young CO1 |
| | DAY | | Y | N | N | R | R | N | R...t... | L. Ellith co1 |
| | EVE | | | N | | N | Right | H | Rec'd med | V...gge...co1 |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

Meals/ SH: Shower- Yes (Y); No (N); Refused (R)

Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

Medical: Physician will sign each time the inmates is seen.

Psych: Psychological Counselor will sign each time the inmate is seen.

Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

OIC Signature: OIC must sign all record sheets each shift.

DOC FORM N912

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright

AIS NO: B/187/40    CELL: # 4

VIOLATION OR REASON: Assault On Another Inmate

ADMITTANCE AUTHORIZED BY: Lt. Babers

DATE & TIME RECEIVED: 11/3/04    10:40 P.M.

DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B D S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 12/27 MON | MORN | Y | N | N | Moore | | ∅ Meds | L. Johnson, COI |
| | DAY | N | N | N | McMillan | Anthony | Refused meds | L. Rudolph, COI |
| | EVE | Y | Y | N | Bobby | | Took meds | B... COI |
| 12/28 TUE | MORN | Y | No | No | Megginn | No | ∅ meds | Julia Ellis... |
| | DAY | Y N | N | N | Webb | N | ∅ meds | H. Hall, COI |
| | EVE | N | N | Kidd | N | Refused meds | Simmons COI |
| 12/29 WED | MORN | Y | N | N | McKner | | ∅ meds | C. Lowe COI |
| | DAY | Y N | N | Refused | Webb | Lancaster | ∅ mds | A. McPercy |
| | EVE | Y | N | Dixon | | Refused no | Simmons |
| 12/30 THUR | MORN | Y | N | N | McKner | N | ∅ meds | off. Fitzpatrick COI |
| | DAY | Y No | N | Refused | Webb | N | ∅ meds | Spradley, COI |
| | EVE | Y | No | Hopf | J. Robert | | Refused meds | Simmons COI |
| 12/31 FRI | MORN | N | N | N | McKner | N | ∅ meds | off. Fitzpatrick COI |
| | DAY | Y | N | N | | | ∅ meds | H. Hall, COI |
| | EVE | Y | Y | N | Bobby | N | ∅ meds | Simmons COI |
| 1/1 SAT | MORN | N | N | N | | N | ∅ meds | B... COI |
| | DAY | Y | N | Refused | Morgan | N | ∅ meds | A. Drew COI |
| | EVE | Y | N | Allen | | ∅ mc | J. Boggs COI |
| 1/2 SUN | MORN | N | N | N | Bullock RN | N | ∅ meds | C. Lowe COI |
| | DAY | Y | N | N | JR med | N | ∅ meds | H. Hall, COI |
| | EVE | Y | Y | N | Bobby | N | ∅ mc | Lyons, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

Bullock Correctional
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_    AIS NO: _B/187140_    CELL: # _4_

VIOLATION # _31 - Assault on another Inmate_
OR REASON:

ADMITTANCE
AUTHORIZED BY: _H. Babers_

DATE & TIME
RECEIVED: _11/3/04 10:40 p.m._

DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----|----|----|----|----|
| 12/13 | MORN | √ | | | NO | NO | Pogo | NO | Ø Meds | Julia Ellis |
| | DAY | √ | N | | N | N | | | 6 mc's | |
| | EVE | | | Y | NO | NO | | NO | Ø meds | |
| 12/14 MON | MORN | √ | | | NO | NO | Mever | NO | Ø meds | Julia Ellis |
| | DAY | √ | N | | N | N | | Wkbb | Rec'd med | |
| | EVE | | | | N | | | | Ø meds | Brooms co |
| 12/15 TUE | MORN | √ | | | NO | NO | Mever | NO | Ø meds | Julia Ellis |
| | DAY | √ | N | | N | N | | | Rec'd med | H. Henry COI |
| | EVE | | | Y | N | N | | N | Ø meds | Brooms co |
| 12/16 WED | MORN | √ | N | | N | NO | Mever | N | Refused meds | C. Vaugn COI |
| | DAY | | | | N | | | | Refused med | |
| | EVE | | | Y | Y | N | | N | Rec'd med | Brooms co |
| 12/17 THUR | MORN | √ | | | NO | NO | Mever | NO | Ref meds | Julia Ellis |
| | DAY | √ | N | | N | N | | | Rec'd med | H. Henry COI |
| | EVE | | | N | N | | | N | Rec'd meds | Brooms co |
| 12/18 FRI | MORN | N | | | N | N | L. Linberg | N | Refused med | E. Williams, COI |
| | DAY | √ | N | | N | Refused | McGook | N | Refused med | |
| | EVE | | | R | Y | NO | Ditson | NO | Refused med | W. Davis CDI |
| 12/19 SAT | MORN | N | | | N | N | Evansleigh | N | Refused meds | H. Johnson, COI |
| | DAY | √ | | | N | N | | N | Refused meds | S. Smart, COI |
| | EVE | | | | N | N | | N | Refused meds | |
| SUN | | | | | | | | | | |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FORM N912

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright                    AIS NO: B/187/40  CELL: # 4

VIOLATION #3,
OR REASON: Assault On Another Inmate

ADMITTANCE
AUTHORIZED BY: Lt. Babers

DATE & TIME
RECEIVED: 11/3/04  10:40 PM

DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/6 MON | MORN | | | | | Yes | | N | 0 No med | H. Johnson, COI |
| | DAY | N | N | NO | | Yes | N | Omed | M. Harris COI |
| | EVE | | Y | ND | ND | Bobby | ND | Omeds | Kan, COI |
| 12/7 TUE | MORN | Y | | n | n | Nleven | n | Omeds | m. Kilpatrick COI |
| | DAY | N | N | R | Visco | N | 10 meds | L. Uldolph C9 |
| | EVE | | | N | Bobby | | Omeds | Shop CSI |
| 12/8 WED | MORN | Y | NO | NO | Nleven | NO | Omeds | Julia Ellis |
| | DAY | N | N | Refused | R | | 10 meds | R. Maldon COI |
| | EVE | Y | N | Dillon | | Omeds | Shroms COI |
| 12/9 THUR | MORN | Y | NO | NO | Nleven | NO | Omeds | Julia Ellis |
| | DAY | N | N | Refused | N | | drs | R. Maldon COI |
| | EVE | N | N | Dilla | N | Omeds | Shroms COI |
| 12/10 FRI | MORN | Y | NO | NR | Nleven | NO | Omeds | Julia Ellis |
| | DAY | N | N | R | | 00 meds | L. Kilpatrick COI |
| | EVE | Y | N | Bobby | N | meds | Shroms COI |
| 12/11 SAT | MORN | N | N | N | Maxin | N | Omeds | C. Young COI |
| | DAY | Y | N | N | R | 0 meds | Effery COI |
| | EVE | Y | N | Visco | N | Omeds | Boggen COI |
| 12/12 SUN | MORN | N | N | N | L. Anderson | N | Omeds | C. Young COI |
| | DAY | N | N | N | | 0 meds | S. Bobart, COI |
| | EVE | N | N | Bobby | N | Omeds | Boggen COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
        9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
        and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

FORM N912

_Bullock Co. Corrections_
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: *Richard Wright*  AIS NO: *B/187140*  CELL: # *4*

VIOLATION # OR REASON: *3/ Assault on Another Inmate*

ADMITTANCE AUTHORIZED BY: *H. Gwendolyn Babers*

DATE & TIME RECEIVED: *11/3/04  10:40 pm.*

DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29 | MORN | V | | | NO | NO | Lindsay | NO | 0 meds | Julia Ellis |
|  | DAY | | N | | NO | 9:45-8:30 | Kim | NO | 0 meals | R.R. Lockley |
|  | EVE | | | N | N | N | VSTB | N | 0 meds | Lynn, col |
| MON 11/30 | MORN | V | | | N | N | McPren | N | 0 meds | W. Fitzpatrick, col |
|  | DAY | | N | | N | 12:00-12:45 | VSB | N | 0 meds | R.R. Weldon, col |
|  | EVE | | | Y | Y | ND | Gafu | ND | 0 mr | W.R. Brj, COT |
| TUE 12/1 | MORN | X | | | NO | NO | McPren | NO | 0 meds | Julia Ellis |
|  | DAY | | N | | N | N | VSlaten | N | 0 meds | B. Smart, cae |
|  | EVE | | | Y | N | N | 7:56 p | N | No med | Briggs, col |
| WED 12/2 | MORN | V | | | NO | NO | McPren | NO | 0 meds | Julia Ellis |
|  | DAY | | N | - | N | Refused | VSlaten | N | 0 mds | H. Weldon, col |
|  | EVE | | | Y | N | N | Good | N | 0 meds | W. Brooks, COT |
| THUR 12/3 | MORN | V | | | NO | NO | McPren | NO | 0 meds | Julia Ellis |
|  | DAY | | N | | N | Refused | VSB | N | 0 mm | Brasy, col |
|  | EVE | | | Y | N | N | Slaten | N | 0 meds | W. Brooks, COT |
| FRI 12/4 | MORN | N | | | N | N | Lindsay | N | 0 meds | D. Johnson, col |
|  | DAY | | Y | | N | N | VSB | N | 0 meds | C. Brooks, COT |
|  | EVE | | | Y | N | N | Gafu | N | 0 meds | Briggs, col |
| SAT 12/5 | MORN | N | | | N | N | McGuire | N | 0 meds | C. Howard, col |
|  | DAY | | Y | | NO | Refused | VSB | NO | 0 meds | R.R. Lockley |
|  | SUN EVE | | | Y | R | N | DeBru | N | 0 meds | Lynn, COT |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

| Institution: *Draper* | ☐ RTU | ☐ SU | Date/Time of Admission |
|---|---|---|---|

| Inmate Name: *Wright, Richard* | AIS#: *182140* | DOB: *8-15-67* |
|---|---|---|

### Vital Signs

| BP *100/76* | P *62* | R *18* | HT *5'11½* | WT *175* | Allergies: *NKA* |
|---|---|---|---|---|---|

### Past Medical History

☐ Diabetes  ☐ Heart Disease  ☐ Kidney Disease  ☐ Hypertension  ☐ Cancer  ☐ TB
☐ Seizures  ☐ Peptic Ulcer  ☐ Back Problems  ☐ Liver Disease  ☐ Stroke
☐ COPD  ☐ Congenital D/O  ☐ Peripheral Vascular Disease  ☐ Other

### Assistive Devices

☐ Walker  ☐ Crutches  ☐ Cane  ☐ Wheelchair  ☐ Artificial Limb(s)
☑ Glasses  ☐ Hearing Aid  ☐ Partial Dentures  ☐ Upper Dentures  ☐ Lower Dentures
☐ Other:

Major Illnesses / Accidents / Surgeries / etc.
*None*

Current Medical Problems:


Current Medications / Dosages:
*None*

Medication Compliance:  ☐ 100%  ☐ 50% to 90%  ☐ 10% to 40%  ☐ 0%
Sleep Pattern: ☐ Insomnia  ☑ Difficulty Falling Asleep  ☐ Difficulty Waking Up  ☐ Other:
Tobacco/Amount: *No*
Caffeine/Amount:
Hygiene:  ☑ Good  ☐ Fair  ☐ Poor      Showers _____ times a week
Appetite: ☑ Good  ☐ Fair  ☐ Poor  ☐ Appears Adequately Nourished  ☐ Deficit
History of Failure to Eat / Hunger Strikes: ☑ No  ☐ Yes  Last Episode (explain)

### PSYCHIATRIC HISTORY

Symptoms of First Psychiatric Event / Age of Onset:
*None*

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:
*Sent here for reevaluation of Noncompliant c̄ Meds.*

Side-Effects Experienced / Causative Medications:
*None*

History of Aggression / Acting Out Behavior:  ☐ Yes  ☑ No
Last Episode (explain):

Page 1 of 2

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

### Educational Assessment

Highest Grade Completed: _12_    ☐ Regular Classes  ☑ Special Education
☐ Able to Read  ☐ Able to Write  ☐ Able to Communicate  ☐ Able to Understand Current Diagnosis
☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate  ☐ Unable to Understand Current Diagnosis

### Mental Status

**Age:** 33  ☑ Appears Stated Age    ☐ Appears Younger    ☐ Appears Older

**Dress/Grooming:**  ☑ Appropriate  ☐ Marginal  ☐ Disheveled  ☐ Bizarre

**Posture:** ☑ Unremarkable  ☐ Rigid  ☐ Stooped

**Facial:** ☑ Unremarkable  ☐ Hostile  ☐ Worried  ☐ Tearful  ☐ Sad

**Eyes:** ☑ Unremarkable  ☐ Glances Furtively  ☐ Stares  ☐ Poor Eye Contact

**Motor Activity:** ☐ Increased  ☐ Decreased  ☐ Gait Unsteady  ☐ Gait Rigid  ☐ Gait Slow
☐ Agitation  ☐ Tremors  ☐ Tics

**General Attitude/Behavior:** ☑ Spontaneous  ☐ Preoccupied  ☐ Suspicious  ☐ Argumentative
☐ Self-Destructive  ☐ Withdrawn  ☐ Regressed  ☐ Seductive  ☐ Hostile

**Mood / Affect:** ☐ Flat  ☐ Depressed  ☐ Euphoric  ☐ Apathetic  ☐ Fearful  ☐ Labile
☐ Blunt  ☐ Inappropriate  ☐ Constricted

**Speech / Communication:** ☑ Normal  ☐ Aphasia  ☐ Slurred  ☐ Rapid  ☐ Mute
☐ Flight of Ideas  ☐ Confabulation  ☐ Muttering  ☐ Tangential  ☐ Loose Associations  ☑ Over Productive

**Thought Content:** ☑ Suicidal Thoughts/Plans  ☐ Homicidal Thoughts/Plan  ☐ Antisocial Attitudes
☐ Phobias  ☐ Indecisiveness  ☐ Self-Derogatory  ☐ Excessive Religion  ☐ Bizarre  ☐ Self-Pity
☐ Assaultive Ideas  ☐ Hypochondriasis  ☐ Alienation  ☐ Obsessive  ☐ Blames Others  ☐ Suspiciousness
☐ Helplessness  ☐ Inadequacy  ☐ Poverty of Content  ☐ Ideas of Guilt  ☐ No Deficit Identified

**Abstract Thinking:** ☑ Unimpaired  ☐ Concrete

**Delusions:** ☑ None  ☐ Persecution  ☐ Systematized  ☐ Somatic  ☐ Other_____

**Hallucinations:** ☑ None  ☐ Auditory  ☐ Visual  ☐ Olfactory  ☐ Tactile

**Memory:** ☑ Grossly Intact  ☐ Inability to Concentrate  ☐ Poor Recent Memory  ☐ Poor Remote Memory

**Insight / Judgment:** ☑ Unimpaired  ☐ Poor Judgment  ☐ Poor Insight

☐ Does not know reason for transfer to RTU/SU  ☐ Unmotivated for Treatment

Assessment Completed by: _W. Solomon, Lpn_    Date: _6-6-01_

☐ ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

| Inmate Name _Wright, Richard_ | AIS # _187140_ | Page 2 of 2 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard #187140    D.O.B.: 8/15/67 |
|-----------|-----------------------------------------------------------|

7/2/05 / 9:11am  Wt 181 LBS    B/p 112/80  T98.6  P58  R 20

c/o blurry vision, head aches and feet pain  37 BM pr c/o to bone

> state Blurred vision from Hx of head trauma in Bullock CF

eyes Blurred in am c clearing during day  Also c/o

Bil feet pain while on feet in Kitchen work

NAS USS MAX3    Ambulates c Difficulty

O    INENT OD Exotropic OS WNL          Glasses on order

D1145z    C/A  RRR                      Last Eye exam

ac    Lungs CTA                         OD 20/70

Ht 5'11"/2    Ext ⊕ECC feet c fallen arches OS 20/50

wt 181    hard callus to front Bottom feet  X Ray ⊖ head

BMI 23/WNL    ⊕Sores noted ⊖unremark   2/05 WNL

tennis Shoes in bad shape c Bottom soles

coming apart pr of Shoes

A    Ht Head trauma

HA - tension    Bil feet pain

P    OK for Master Lock X 1yr

E    1 PR Arch Support X 6 months.

Motrin 200 mg TTP5 BI5X 90 dys Prn

Safety.    RTC PRN        J Taylor CRNP

8/5/05  Chart Reviewed -
his Condition do
not Need long term
NSaid Rx

| Date/Time | Inmate's Name: Wright, Richard #187949 | D.O.B 8-15-67 |

7-1-05/0910 Wt 170.5 B/p 120/78 P 65 R 20 T 98.8 — C/o " breaking out from TB skin test to (R) arm, chest, legs, feet C/o — C/o bumps to head ———— CHunter, LPN

O) itchy all over
    after ppd skin test
                            no skin rash visible

(A) Allergy                               ℞

P) Benadryl
(E) Reg. Exercise ℞

7-14-05/0820 Wt 178 B/p 118/78 P 67 R 18 T 98.8 — C/o feet pain, request shoe insoles, request key lock P/T blurry vision, request diet to ↑ weight, C/o H/A ————— CHunter, LPN

O) Normal — feet              Eye glasses — pending
    Wt 178 —
    P/E normal —              ↑ lungs CTA
                             cv — NSR
(A) vision problems —        Abd — Soft NT
                             L labs. Reviewed

P) Pending Eye glasses

(E) Reg. Exercise ℞              ℞

| Date/Time | Inmate's Name: Wright, Benard 181770 | D.O.B. | 8/6/67 |
|-----------|--------------------------------------|--------|--------|

6/7/05  Wt. 170#  B/P 130/78, P 65  R 18  T 98.8
c/o HA, acne, joint pain

O)  Asking for Eye glasses —
     Squatting · Easily
     m/s.   no motor or sensory deficit
     Finner NT —
     mild facial acne

(A)  Malingering
     ? HA —        Myopic —

P)  Benzoyl —
     Tylenol —

(E)  Back and Knee Exercises
              will take to · about glasses

6/21/05 1052  Wt 166 1/4 lbs  P 77  PO₂ 97%  R-20  T 97.8  BP 110/82
Headaches / Glasses

O)       PERRLA / EOM.

(A)      vision problems

P)       D ordered to see Opt - on 5/9/05
(E)      Reg. Exer