**Date/Time** | **Inmate's Name:** Wright Richard 187140 **D.O.B.** 8/15/67

5-5-05 WT 178 B/p 120/84 P64 R20 T 98.8 O2 84%

S: "Constant dry cough - blurred vision - need profile for Master lock - rash on face - headaches"

(T) HA
Blurred vision
S/P—
Cough

(O) AXOX3
HEENT (R) Except Tender over - (R) frontal sinus
PERRLA EOMI
Lungs CTA
CV - NSR
Abd - Benign
M/S. NL.

(A) Chr. Allergic Sinusitis.
Facial (Mild) folliculitis.

(P) S/P.
ETM +

(E) Reg. Exercise
MH. Counseling

R.



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 2/18/05 [illegible] | S [illegible] | |
| | O) [illegible] | |
| | [illegible] | |
| | A/P: [illegible] [signature] | |
| 2/20/05 [illegible] | S [illegible] | |
| | O) [illegible] | |
| | [illegible] | |
| | A/P: [illegible] [signature] | |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 12/3/04 | S wt concern & Blood [illegible] |
| | O Doing well |
| | no apparent problems today |
| | A Concerned about w/ |
| | Pt is 181, and his Blood |
| | [illegible] will be done very soon |
| | [signature] |
| 12/14/04 8pm | S c/o having [illegible] and swelling [illegible] |
| | O [illegible] |
| | [illegible] |
| | no [illegible] heart |
| | [illegible] |
| | A/P [illegible] |
| | [illegible] |
| 12/17/04 | S/ c/o [illegible] |
| | O [illegible] |
| | [illegible] |
| 1/25/05 | S c/o [illegible] |
| | O [illegible] |
| | [illegible] |
| | A/P [illegible] [signature] |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on: August 7, 2002 Treatment Plan Initiated on: June 14, 2002
Institution: BCCF Admitted to Unit on: June 13, 2002
Level Currently assigned: 3

CURRENT STATUS

Problem #1

Target Date for Resolution:
Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/Modification:

Problem #2 Overreaction of hostility toward an inmate due to a conflict (exchange of words and accussed of hitting an inmate).
Target Date for Resolution: September 1, 2002
Status: Resolved ☐ No Change ☐ Modified ☒
Outcome/Modification: - Referred to Anger Management
- Will have zero episodes of angry outburst

Problem #3 Noncompliance with prescribed Medication
Target Date for Resolution: September 1, 2002.
Status: Resolved ☐ No Change ☐ Modified ☒
Outcome/Modification: - Referred to Medication Education

Comments: Mr. Wright refused to attend his counseling session and review treatment plan (date and sign)

Level Change? Yes ☐ No ☒ New Level: ____

Second Page attached: Yes ☐ No ☒

Psychiatrist: [signature] CRNP Psychologist: [signature]
Mental Health Nurse: [signature] Activities Tech: [signature]
Treatment Coordinator: T. Wills Correctional Officer Present: Yes ☐ No ☒

Inmate Agreement: Refused To Sign Date: ____
Next Treatment Plan Review to be Conducted by: September 7, 2002 (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | Richard Wright | AIS # | 187140 |
|---|---|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on: July 9, 2002 Treatment Plan Initiated on: June 14, 2002
Institution: Bullock County Corr. Facility Admitted to Unit on: June 13, 2002
Level Currently assigned: 2

CURRENT STATUS

Problem #1 Overreaction of hostility toward an inmate due to a conflict. Exchange of words and accussed of hitting an inmate.
Target Date for Resolution: August 1, 2002
Status: Resolved ☐ No Change ☐ Modified ☒
Outcome/Modification: Completed Anger Management group. Referred to Individual Counseling only and monitored on an individual basis. Objective is to maintain stability on the Residential Treatment Unit.

Problem #2
Target Date for Resolution:
Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/Modification:

Problem #3
Target Date for Resolution:
Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/Modification:

Comments:

Level Change? Yes ☒ No ☐ New Level: 3

Second Page attached: Yes ☐ No ☒

Psychiatrist: [signature]
Mental Health Nurse: [signature]
Treatment Coordinator: T. Willis
Psychologist: [signature]
Activities Tech: D. [signature]
Correctional Officer Present: Yes ☐ No ☒

Inmate Agreement: Richard W Wright Date: 9 July 02
Next Treatment Plan Review to be Conducted by: August 1, 2002 (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | AIS # |
|---|---|
| Richard Wright | 187140 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on: June 24, 2002 Treatment Plan Initiated on: June 14, 2002
Institution: Bullock County Corr. Facility Admitted to Unit on: June 13, 2002
Level Currently assigned: 3

CURRENT STATUS

Problem #1 Overreaction of hostility toward an inmate due to a conflict. Exchange of words and accused of hitting an inmate.
Target Date for Resolution: August 1, 2002
Status: Resolved ☐ No Change ☐ Modified ☒
Outcome/Modification: Mr. Wright has completed Anger Management group. The client reported that he is doing trash detail on 1st shift. In addition, client does not want to enroll in any groups, there, client will be referred to individual counseling only.

Problem #2
Target Date for Resolution:
Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/Modification:

Problem #3
Target Date for Resolution:
Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/Modification:

Comments:

Level Change? Yes ☒ No ☐ New Level: 4

Second Page attached: Yes ☐ No ☒

Psychiatrist: Audrey Dorman, CRNP Psychologist: [signature]
Mental Health Nurse: [signature] Activities Tech: D. Hatchett
Treatment Coordinator: Jo Willis Correctional Officer Present: Yes ☐ No ☒

Inmate Agreement: Richard W Wright Date: 24 June 02
Next Treatment Plan Review to be Conducted by: July 8, 2002 (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | AIS # |
| --- | --- |
| Richard Wright | 187140 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT

Treatment Plan Initiated on: June 14 2002 Treatment Coordinator: T. Willis
Institution: Bullock County Corr Facility Admitted to RTU on: June 13, 2002
Level Currently Assigned: 2

DSM IV Diagnosis:
Axis I: Schizoaffective Disorder, Manic
Axis II: Explosive Personality Disorder
Axis III: Deferred
Axis IV: Incarceration
Axis V: 70

Problem #1 Overreaction of hostility toward an inmate due to a conflict (Exchange of words and accused of hitting an inmate)
Goal: Become capable of handling angry feelings in constructive ways.
Target Date for Resolution: July 14 2002
Intervention(s): Mr. Wright has completed Anger Management group. The client reported that he is doing trash detail on 1st shift. In addition, client does not want to complete any groups, therefore, client will be monitored on an individual basis.
Staff Member(s) Responsible: Ms. Willis
Frequency: Biweekly Review

Problem #2
Goal:
Target Date for Resolution:
Intervention(s):
Staff Member(s) Responsible:
Frequency:

Problem #3
Goal:
Target Date for Resolution:
Intervention(s):
Staff Member(s) Responsible:
Frequency:

Second Page attached: Yes ☐ No ☒
Psychiatrist: Audrey Dorman, CRNP
Treatment Coordinator: T. Willis
Mental Health Nurse: [illegible]
Activities Tech: [illegible]
Correctional Officer Present: Yes ☐ No ☒
Inmate Agreement: Richard W Wright
Date: 14 June 02
Treatment Plan Review to be Conducted by: July 2, 2002 (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | AIS # |
|---|---|
| Richard Wright | 187140 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on: March 11, 2002 Treatment Plan Initiated on: August 16, 2001
Institution: Bullock County Corr. Facility Admitted to Unit on: July 19, 2001
Level Currently assigned: 4

CURRENT STATUS

Problem #1 Aggressive and Assaultive Behavior
Target Date for Resolution: May 4, 2002
Status: Resolved ☒ No Change ☐ Modified ☐
Outcome/Modification: Referred to Anger Management group. Objective is to verbalize feelings of anger in a controlled, assertive way

Problem #2 Incompletion of requirements for high school diploma or GED
Target Date for Resolution: May 4, 2002
Status: Resolved ☒ No Change ☐ Modified ☐
Outcome/Modification: Referred to GED program. Objective is to identify the negative consequences that have occurred due to lack of high school diploma.

Problem #3 Alcohol and Drug History
Target Date for Resolution: May 4, 2002
Status: Resolved ☒ No Change ☐ Modified ☐
Outcome/Modification: Referred to Substance Abuse Program. Objective is to verbalize an understanding of personality, social, and family factors that foster chemical dependence.

Comments: Certificate for Anger Management
Certificate for Substance Abuse Program
Client has a High School diploma
Level Change? Yes ☐ No ☒ New Level: ______

Second Page attached: Yes ☐ No ☒

Psychiatrist: [signature], NP gad
Psychologist: [signature]
Mental Health Nurse: [signature]
Activities Tech: [signature]
Treatment Coordinator: T. Willis
Correctional Officer Present: Yes ☐ No ☒

Inmate Agreement: Richard Wright Date: 11 MAR 02
Next Treatment Plan Review to be Conducted by: April 4, 2002 (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | AIS # |
|---|---|
| Richard Wright | 187140 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on: March 4, 2002 Treatment Plan Initiated on: August 16, 2001
Institution: Bullock County Corr. Facility Admitted to Unit on: July 17, 2001
Level Currently assigned: 4

CURRENT STATUS

Problem #1 Difficulty controlling violent behavior.
Target Date for Resolution: May 4, 2002
Status: Resolved ☐ No Change ☐ Modified ☑
Outcome/Modification: Referred to Anger Management group. Objective is to verbalize feelings of anger in a controlled, assertive way.

Problem #2 Incompletion of requirements for high school diploma or GED.
Target Date for Resolution: May 4, 2002
Status: Resolved ☐ No Change ☐ Modified ☑
Outcome/Modification: Referred to GED program. Objective is to identify the negative consequences that have occurred due to lack of high school diploma.

Problem #3 Alcohol and drug history.
Target Date for Resolution: May 4, 2002
Status: Resolved ☐ No Change ☐ Modified ☑
Outcome/Modification: Referred to Substance Abuse Program. Objective is to verbalize an understanding of personality, social, and family factors that foster chemical dependence.

Comments:

Level Change? Yes ☐ No ☑ New Level:________

Second Page attached: Yes ☐ No ☑

Psychiatrist: [signature]
Mental Health Nurse: [signature]
Treatment Coordinator: T. Willis
Psychologist: [signature]
Activities Tech: [signature]
Correctional Officer Present: Yes ☐ No ☑

Inmate Agreement: Richard W Wright Date: 4 Mar 02
Next Treatment Plan Review to be Conducted by: April 4, 2002 (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name Richard Wright | AIS # 187140 |
|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: INTENSIVE PSYCHIATRIC STABILIZATION UNIT

Treatment Plan Initiated on: 2/6/02 Treatment Coordinator: A. Mitchell, M.S.
Institution: KCF Admitted to Unit on: 2/5/02

DSM IV Diagnosis:
Axis I: Schizoaffective Disorder, Manic
Axis II: Deferred
Axis III: None
Axis IV: None
Axis V: Current GAF = 70 / HPY = 80

| | |
|---|---|
| Problem #1 | Pt does not feel like he needs medication. |
| Goal: | Pt will verbalize an understanding of why he needs to remain compliant with his medication. |
| Target Date for Resolution: | 3/6/02 |
| Intervention(s): | Medication education; counseling re: tx compliance (individual & group) |
| Staff Member(s) Responsible: | MHP's, nurses, DOC MH Staff |
| Frequency: | daily |

| | |
|---|---|
| Problem #2 | Pt has poor insight into his MI. |
| Goal: | Pt will express an understanding of his MI, its tx, and how to prevent relapse. |
| Target Date for Resolution: | 3/6/02 |
| Intervention(s): | Individual & group counseling |
| Staff Member(s) Responsible: | MH staff |
| Frequency: | 3x/wk |

| | |
|---|---|
| Problem #3 | Pt is harboring anger & resentment towards ADOC. |
| Goal: | Pt will learn & demonstrate effective anger management techniques and will work towards resolving the underlying issues. |
| Target Date for Resolution: | 3/6/02 |
| Intervention(s): | Individual & group counseling; anger management |
| Staff Member(s) Responsible: | MH staff |
| Frequency: | 3x/wk |

Second Page attached: Yes ☐ No ☒

Psychiatrist: ______ Psychologist: ______
Mental Health Nurse: ______ Activities Tech: ______
Treatment Coordinator: A. Mitchell, M.S. Correctional Officer Present: Yes ☐ No ☐
Inmate Agreement: Richard W Wright Date: Feb 06 2002

Treatment Plan Review to be Conducted by: ______ (within one week)

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

Group Name: Values Clarification & Decision-Making (Pt. I) Date/Time: 2/27/02 10:00

Dress/Grooming: (Appropriate) Marginal Disheveled

Motor Activity: Decreased Agitation Tremors (Appropriate)

General Attitude/Behavior: (Spontaneous) Preoccupied Suspicious Argumentative Withdrawn
(Participated) Passively Attentive Inattentive Disruptive Hostile

Mood/Affect: Flat Depressed Euphoric Anxious (Unremarkable)

Speech: (Normal) Slurred Rapid Talkative Mute

Flight of Ideas: Confabulation Tangential Loose Associations (None)

Thought Content: Suicidal Thought/Plans Homicidal Thought/Plans Bizarre Obsessive Suspicious
Inadequacy Poverty of Content (No deficit identified) Helplessness

Delusions: (None) Persecution Systematized Somatic

Hallucinations: (None) Auditory Visual

Insight/Judgment: Unimpaired (Poor Judgment) Poor Insight

Group Leaders Name & Signature: A. Mitchell, M.S.

Group Name: Values Clarification & Decision-Making (Pt. II) Date/Time: 2/27/02 1:00

Dress/Grooming: (Appropriate) Marginal Disheveled

Motor Activity: Decreased Agitation Tremors (Appropriate)

General Attitude/Behavior: (Spontaneous) Preoccupied Suspicious Argumentative Withdrawn
(Participated) Passively Attentive Inattentive Disruptive Hostile

Mood/Affect: Flat Depressed Euphoric Anxious (Unremarkable)

Speech: (Normal) Slurred Rapid Talkative Mute

Flight of Ideas: Confabulation Tangential Loose Associations (None)

Thought Content: Suicidal Thought/Plans Homicidal Thought/Plans Bizarre Obsessive Suspicious
Inadequacy Poverty of Content (No deficit identified) Helplessness

Delusions: (None) Persecution Systematized Somatic

Hallucinations: (None) Auditory Visual

Insight/Judgment: Unimpaired (Poor Judgment) Poor Insight

Group Leaders Name & Signature: A. Mitchell, M.S.

Name: Wright, Richard AIS: 187140

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: INTENSIVE PSYCHIATRIC STABILIZATION UNIT (REVIEW)

Treatment Plan Reviewed on: 2/13/02 Treatment Plan Initiated on: 2/6/02
Institution: KCF Admitted to Unit on: 2/5/02

CURRENT STATUS:

Problem #1 Pt does not feel like he needs medication.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☒ Modified ☐
Outcome/Modification:

Staff Member(s) Responsible: MHP's, nurses, DOC, MH staff Frequency: daily

Problem #2 Poor insight into MI.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☒ Modified ☐
Outcome/Modification:

Staff Member(s) Responsible: MH staff Frequency: 3x/wk

Problem #3 Anger/resentment towards ADOC.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☒ Modified ☐
Outcome/Modification:

Staff Member(s) Responsible: MH staff Frequency: 3x/wk

Comments:

Plan if inmate not stabilized within 30 days of admission:

Second Page attached: Yes ☐ No ☐
Psychiatrist: Psychologist:
Mental Health Nurse: Activities Tech:
Treatment Coordinator: A. Mitchell, M.S. Correctional Officer Present: Yes ☐ No ☐

Inmate Agreement: Richard W Wright Date: 13 Feb 02
Next Treatment Plan Review to be Conducted by: (within one week)

| Inmate Name Wright, Richard | AIS # 187140 |
|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: INTENSIVE PSYCHIATRIC STABILIZATION UNIT (REVIEW)

Treatment Plan Reviewed on: 2/20/02 Treatment Plan Initiated on: 2/6/02
Institution: KCF Admitted to Unit on: 2/5/02

CURRENT STATUS:

Problem #1 Noncompliance c̄ medication.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☒ Modified ☐
Outcome/Modification: 3

Staff Member(s) Responsible: MH nurses, Psychiatrist, DOC Frequency: daily

Problem #2 Poor insight into his MI.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☒ Modified ☐
Outcome/Modification:

Staff Member(s) Responsible: MH staff Frequency: 3x/wk

Problem #3 Pt seems angry/resentful towards ADOC.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☐ Modified ☒ Improved.
Outcome/Modification:

Staff Member(s) Responsible: MH staff Frequency: 3x/wk

Comments:

Plan if inmate not stabilized within 30 days of admission:

Second Page attached: Yes ☐ No ☐

Psychiatrist: ______ Psychologist: ______
Mental Health Nurse: ______ Activities Tech: ______
Treatment Coordinator: A. Mitchell, M.S. Correctional Officer Present: Yes ☐ No ☐
Inmate Agreement: Richard W Wright Date: 20 Feb 02
Next Treatment Plan Review to be Conducted by: (within one week)

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: INTENSIVE PSYCHIATRIC STABILIZATION UNIT (REVIEW)

Treatment Plan Reviewed on: 2/28/02 Treatment Plan Initiated on: 2/6/02
Institution: KCF Admitted to Unit on: 2/5/02

CURRENT STATUS:

Problem #1 Noncompliance c̄ meds.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☒ Modified ☐
Outcome/Modification:

Staff Member(s) Responsible: MH Nurses, Psychiatrist, DOC Frequency: daily

Problem #2 Poor insight into his MI.
Target Date for Resolution: 3/6/02
Status: Resolved ☐ No Change ☐ Modified ☒ Improved.
Outcome/Modification:

Staff Member(s) Responsible: MH staff Frequency: 3x/wk

Problem #3 Anger/resentment towards DOC.
Target Date for Resolution:
Status: Resolved ☒ No Change ☐ Modified ☐
Outcome/Modification:

Staff Member(s) Responsible: MH staff Frequency: 3x/wk

Comments:

Plan if inmate not stabilized within 30 days of admission:

Second Page attached: Yes ☐ No ☐

Psychiatrist: ______ Psychologist: ______
Mental Health Nurse: ______ Activities Tech: ______
Treatment Coordinator: A. Mitchell, M.S. Correctional Officer Present: Yes ☐ No ☐

Inmate Agreement: Richard W Wright Date: 28 Feb 02
Next Treatment Plan Review to be Conducted by: (within one week)

| Inmate Name Wright, Richard | AIS # 187140 |
|---|---|

2/18/02 [illegible]

# HOW TO PRESENT INFORMATION ABOUT PATIENT

**Name:** Richard Wright #187140

**Age:** 34

**Race:** B

**Gender:** M

**Crime:** Burglary I c̄ victim injury

**Sentence:** 25

**History:** No past SI or attempts
Recent assault on inmate
No MH history prior to incarceration.
(1 yr ago - Drap

**Diagnosis:**

*AXIS I* - Schizoaffective Disorder, Manic — Paranoia, Grandiosity, AH

*AXIS II* - Deferred

*AXIS III* - None

*AXIS IV* - None

*AXIS V* - Current GAF = 70; HPY = 80

**Medication and compliance:** Prolixin / Cogentin
Says he doesn't need it

**Problems at this time:** Noncompliance c̄ Meds.

**Plan:** Sleepy? Eval. c̄ medical.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT

AUG 16 2001

Treatment Plan Initiated on: 8/16/01 Treatment Coordinator: Hixon
Institution: Bullock Admitted to RTU on: 7/17/01
Level Currently Assigned: 4

DSM IV Diagnosis:
Axis I: Schizoaffective Disorder
Axis II: Borderline Personality Disorder
Axis III: none (current)
Axis IV: incarceration
Axis V: 40 (current)

Problem #1 Anger / past violent behavior
Goal: Help pt. to learn effective management for anger
Target Date for Resolution:
Intervention(s): Refer to anger management group.
Staff Member(s) Responsible: Hixon Frequency: 3X week

Problem #2 Pt. wants to get remedial help with Math & English.
Goal: Help pt. get into remedial classes.
Target Date for Resolution:
Intervention(s): Refer pt. for remedial classes
Staff Member(s) Responsible: Hixon Frequency: weekly.

Problem #3
Goal:
Target Date for Resolution:
Intervention(s):
Staff Member(s) Responsible: Frequency:

Second Page attached: Yes ☐ No ☑
Psychiatrist: Treatment Coordinator: Hixon
Mental Health Nurse: Activities Tech:
Correctional Officer Present: Yes ☐ No ☑

Inmate Agreement: Richard W Wright Date: 8/16/2001
Treatment Plan Review to be Conducted by: (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

# NAPHCARE

## Annual Health and TB Screening for Inmates

Facility: Bullock

Date Given: 4-15-02

Date Read: 4-17-02

Site Given: LFA

Size in M.M.: 0

Lot#: 4525 6261

Nurse: Martha Jackson

Nurse: Martha Jackson LPN

Note: **Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight: 213 Previous Weight: 184 B/P: 140/80

| | *circle* |
|---|---|
| Recent chest pain | Yes or (No) |
| Kitchen clearance assess. done and attached | Yes or (No) |
| Productive cough | Yes or (No) |
| Any bleeding | Yes or (No) |

Emergency contact: Susie Oliver Phone#: 334-749-1742

Address: 223 Vero Court
Opelika, Al.

Inmate signature: Richard W Wright Date: 4-15-02

Witness signature: Martha Jackson Date: 4-15-02

DOB: 8-15-67 AGE: 34 Race: Blk SEX: Male SSN: 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

Inmate Name: Wright Richard AIS#: 187140

NC-069

# PERIODIC HEALTH ASSESSMENT

## I. HISTORY - (Nurse)

| | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | | ✓ | Last Weight at least 6 mo.'s. ago: |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

Weight 184 Temp. 97.6 Pulse 78 Resp. 20 B.P. 110/80

Eye Exam: Without Glasses OD 20/50 OS 20/70 OU 20/50

With Glasses OD — OS — OU —

Wears glasses But Did Not Bring Them

## II. TESTING - (Nurse)

RESULTS

Tuberculin Skin Test (q yr.) (chest x-ray if clinical symptoms) — Date Given ~~7/3/00~~ 7/14/00 Site ~~(R) Forearm~~ (L) FA / No show. Read On 7/16/00 Results Ø mm

RPR (q 3 yrs.) — Date 7/21/99 Results NR

Urine Dip (yearly) (Glu., Pro., RBC., WBC.) — Results ~~ABNORM~~ 7/8/00 +30 protein

EKG (baseline at 35, over 45 q 3 yrs.) N/A

Cholesterol (at 35 then q 5 yrs.) N/A

Tetanus/Diphtheria (q 10 yrs.) — Last Given 5/20/96 Due 2006

If Done Today: Site Given — Dose — Lot # —

Mammogram – (Annually - Females > 49) Date Done N/A Results —

## III. PHYSICAL

RESULTS

Heart NSR

Lungs Clear

Breast (q 2 yrs. p 30) — Date N/A Results —

Rectal (yearly p 45) — Results N/A Hemocult —

Pelvic and PAP (q 1 yr.) — Date N/A Results —

Inmate Name Wright, Richard AIS # 187140

DOB 8/15/67 Age 32 Race B Sex M SSN 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

Emergency Addressee Aunt Susan Oliver Phone # 334-749-1742

Address 223 Ferro Ct Opelika AL 36801

Facility DCC Nurse Signature M Sheppard LPN Date 7/8/2000

Physician Signature Date

8/1/98

# TUBERCULIN PPD FOR INM ES

INITIAL SKIN TEST

Date Given: 7/14/00

Site Given: RFA

Lot #: C0148AA

Nurse: AH Smith LPN

Date Read: 07/16/00

Size: 0 mm

Nurse: [signature]

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Richard W Wright
Inmate Signature

14 July 00
Date

AH Smith LPN
Witness Signature

7/14/00
Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Wright, Richard | 187140 | Bm | DCC |

TUBERCULIN PPD FOR INMATES

INITIAL SKIN TEST

| | |
|---|---|
| Date Given: 2/8/2000 | Date Read: |
| Site Given: (L) 4 A Rm | Size: No Show mm |
| Lot #: C0148AA | |
| Nurse: M Fitzgerald | Nurse: |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Richard W. Wright — Inmate Signature | 8 July 2000 — Date

M Fitzgerald — Witness Signature | 2/8/2000 — Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Wright Richard | 187140 | B/m | DCC |

# PERIODIC HEALTH ASSESSMENT

| I. HISTORY - (Nurse) | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | | ✓ | Last Weight at least 6 mo.'s. ago: |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | ✓ | | poison ivy |

Weight 185 Temp. 98.6 Pulse 60 Resp. 16 B.P. 110/84

Eye Exam: Without Glasses OD 20/70 OS 20/70 OU 20/50

With Glasses OD ______ OS ______ OU ______

## II. TESTING - (Nurse) RESULTS

Tuberculin Skin Test (q yr.) (chest x-ray if clinical symptoms) — Date Given 7/17/99 Site L FA. Read On 7/19/99 Results Ø mm

RPR (q 3 yrs.) — Date 7/17/99 Results NR

Urine Dip (yearly) (Glu., Pro., RBC., WBC.) — Results 7/17/99 WNL

EKG (baseline at 35, over 45 q 3 yrs.) N/A

Cholesterol (at 35 then q 5 yrs.) N/A

Tetanus/Diphtheria (q 10 yrs.) — Last Given 5-20-96 Due 2006

If Done Today: Site Given —— Dose —— Lot # –

Mammogram – (Annually - Females > 49) Date Done N/A Results ______

## III. PHYSICAL RESULTS

Heart: RRR

Lungs: Clear

Breast (q 2 yrs. p 30) — Date N/A Results ______

Rectal (yearly p 45) — Results N/A Hemocult ______

Pelvic and PAP (q 1 yr.) — Date N/A Results ______

Inmate Name Wright, Richard AIS # 187140

DOB 8-15-67 Age 31 Race B Sex M SSN 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

Emergency Addressee Susie Olive Phone # 334 749 1742

Address 223 Zero Ct Opelika, AL

Facility DCC Nurse Signature N Woodfin RN Date 7/17/99

Physician Signature [signature] Date ______

8/1/98

TUBERCULIN PPD FORM DS

INITIAL SKIN TEST

| | | | |
|---|---|---|---|
| Date Given: 7/17/99 | | Date Read: 7/19/99 | |
| Site Given: LFA | | Size: Ø | mm |
| Lot #: 2503-11 | | | |
| Nurse: K Merriweather LPN | | Nurse: [illegible] LPN | |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Richard W. Wright — Inmate Signature — 7/17/99 Date

K. Merriweather — Witness Signature — 7/17/99 Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Wright, Richard | 187140 | Bm | DCC |

PERIODIC HEALTH ASSESSMENT

I. HISTORY - (Nurse)

| | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | | ✓ | Last Weight at least 6 mo.'s. ago: 190# yr. ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | (Poison Ivy) |

Weight 188 Temp. 97.3 Pulse 86 Resp. 18 B.P. 120/98

Eye Exam: Without Glasses OD N/A OS N/A OU N/A
With Glasses OD N/A OS N/A OU N/A

II. TESTING - (Nurse) — RESULTS

*Tuberculin Skin Test (q yr.) (chest x-ray if clinical symptoms) — Date Given 7/26/98 Site Lt. Forearm; Read On 7/28/98 Results 0mm mm

RPR (q 3 yrs.) — Date 5/20/96 Results NR

*Urine Dip (yearly) (Glu., Pro., RBC., WBC.) — Results 7/26/98 Negative x 4

EKG (baseline at 35, over 45 q 3 yrs.) N/A

Cholesterol (at 35 then q 5 yrs.) N/A

Tetanus/Diphtheria (q 10 yrs.) — Last Given 5/20/96 Due 2006

If Done Today: Site Given N/A Dose N/A Lot # N/A

III. PHYSICAL — RESULTS

Heart: Regular and Even

Lungs: Clear

Breast (q 2 yrs. p 30) — Date N/A Results N/A

Rectal (yearly p 45) — Results N/A

With Hemocult — Results N/A

Pelvic and PAP (q 1 yr.) — Date N/A Results N/A

Inmate Name Wright Richard AIS # 187140

DOB 8/15/67 Age 30 Race Blk Sex M SSN 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

Emergency Addressee Susie Oliver Phone # (334) 749-1742

Address 223 Vero Court Opelika Ala. 36801

Facility BCCF Nurse Signature C. Faniel LPN Date 7/26/98

Physician Signature [signature] Date 7/26/98

# TUBERCULIN PPD FOR INMATES

**INITIAL SKIN TEST**

Date Given: 7/26/98 Date Read: 7/28/98

Site Given: Lt. Forearm Size: 0mm mm

Lot #: 2468-11

Nurse: CFaniel lpn Nurse: CFaniel lpn

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Richard W Wright 7/26/98

Inmate Signature Date

CFaniel lpn 7/26/98

Witness Signature Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Wright Richard | 187140 | Blk | BCCF |

# PERIODIC HEALTH ASSESSMENT

## I. HISTORY

| | YES | NO | COMMENTS |
|---|---|---|---|
| PERSISTENT COUGH | | ✓ | |
| CHEST PAIN | | ✓ | |
| BLOOD IN URINE/STOOL | | ✓ | |
| DIFFICULT URINATION | | ✓ | |
| ALLERGIES TO MEDS | | ✓ | |
| SMOKING | | ✓ | |
| OTHER ILLNESS (DETAILS) | | | |

## II. PHYSICAL

| | RESULTS |
|---|---|
| HEART | WNL |
| LUNGS | WNL |
| WEIGHT 190 BP 128/88 PULSE 84 | |
| RECTAL WITH HEMOCULT (yearly p 45) | |

## III. TESTING

| | RESULTS |
|---|---|
| TUBERCULIN SKIN TEST (q yr.) | DATE GIVEN 5/2/97 READ 5/4/97<br>RESULTS 0mm |
| URINE DIP (yearly) | neg. |
| RPR ( q 3 yrs.) | DATE 5-20-96 RESULTS NR |
| EKG (baseline @35, over 45, q 3 yrs) | |
| CHOLESTROL (q 5 yrs.) | |
| TETANUS/DIPTHERIA (q 10 yrs) | 5-20-96 |

NURSE'S SIGNATURE [signature] DATE 5/2/97

FACILITY Draper PHYSICIAN'S SIGNATURE KM MD

DOB 8-15-67 AGE 29 RACE B SEX m

INMATE'S NAME Wright, Richard AIS# 187140

# CORRECTIONAL MEDICAL SERVICES
# MEDICAL HISTORY AND SCREENING

| INMATE NAME: | ID #: | RACE: | D.O.B.: |
|---|---|---|---|
| Wright, Richard W. | 187140 | B/M | 8-15-67 |

## INMATE QUESTIONNAIRE (circle one)

| Question | | |
|---|---|---|
| 1. Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | (No) |
| 2. Have you fainted or had a head injury within past six months? | Yes | (No) |
| 3. Are you allergic to any medications?________________ | Yes | (No) |
| 4. Have you been seen by a doctor in the past six months? | (Yes) | No |
| 5. Do you wear dentures or partial plate?________________ | Yes | (No) |
| 6. Do you wear glasses or contact lenses? | (Yes) | No |
| 7. Do you have a prosthesis, splint, crutches, cast or brace that you need while here? | Yes | (No) |
| 8. Do you drink wine, beer or whiskey? How often? 2/3 days/week How much? 12 / 18 pack Last time? Oct. 1995 | (Yes) | No |
| 9. Have you had seizures or blackouts when you stop drinking? | Yes | (No) |
| 10. Do you use drugs? Type? ________ How often? ________ Last time? ________ | Yes | (No) |
| 11. Have you had withdrawal problems when you stop taking drugs? | Yes | (No) |
| 12. Do you have any medical problems we should know about? | (Yes) | No |
| 13. Are you covered by medical insurance or a benefits program? | Yes | (No) |
| 14. Have you been in this facility before? | Yes | (No) |
| **FEMALE INMATES ONLY** | | |
| 1. Are you pregnant? | Yes | No |
| 2. Do you use birth control? Type? ________________ | Yes | No |
| 3. Have you recently had a baby, miscarriage or abortion? | Yes | No |

**COMMENTS: (Explain "Yes" responses)**

#4. Headaches - B/P problems

## DISPOSITION

Referrals
____ None
____ Emergency Room (Pre-booking injury)
____ Emergency Room (Acute condition)
____ Physician
✓ Sick Call

Placement
____ Infirmary
____ Detoxification Setting
✓ General Population
____ Other

## CURRENT MEDICAL CONDITIONS (circle terms that apply)

Unconscious, Intoxicated, Lesions, Obvious Pain, Bruises, Fever, Nausea, Uses Tobacco, Skin Infestation, Restricted Mobility, Skin Rash, Jaundice, Needle Marks, Swollen Glands, Active Cough, Vaginal/Penile Discharge

## MEDICAL HISTORY (circle terms that apply)

Arthritis, Diabetes, Seizure Disorder, Asthma, Special Diet, Heart Condition, (Hypertension), Stomach Ulcer, Cancer, Sickle Cell Anemia, Emphysema, Frequent Diarrhea, Genital Sores, V.D., Hepatitis, HIV+, Tuberculosis, Persistent Sore Throat, (Dental Problems), Surgeries, Chest Pain, Jaundice

## TB SCREENING

Ever treated with TB Drugs? Yes (No)

PPD test? (Yes) No Positive Reaction? Yes (No)

When: Nov. 95

Where: Lee Co. Jail

Chronic Cough/Blood, Recent Weight Loss, Recent Appetite Loss, Fever, Night Sweats, Fatigue

## MEDICATIONS

Current medications: yes - B/P unknown

Prescriber:

## ALLERGIES

Medication Allergies Yes (No)

Type: ________________

Other Allergies Yes (No)

Type: ________________

## VITAL SIGNS

HT________ WT ________ BP 140/80

Pulse ________ Resp. ________ Temp. ________

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate signature: Richard W. Wright

SCREENED BY: Altonia Brehm DATE: 5/30/96 TIME: 8:15 AM

REVIEWED BY: ________________ DATE: ________ TIME: ________

# PHYSICAL ASSESSMENT

| INMATE NAME: Wright, Richard W. | ID #: 187140 | RACE: B/M | D.O.B.: 8-15-67 |
|---|---|---|---|

TYPE OF ASSESSMENT: INTAKE: ✓ OTHER: ____

**FAMILY HISTORY: (f/father, m/mother, b/brother, s/sister)**

| | | | |
|---|---|---|---|
| TB ___ | Hepatitis ___ | HIV+ ___ | Hypertension M |
| Cancer ___ | Asthma ___ | Epilepsy/ Seizures ___ | Anemia ___ |
| Kidney Disease ___ | Sickle Cell ___ | | Mental Illness ___ |
| Diabetes ___ | Heart Disease ___ | Other ___ | |

**PHYSICAL EXAMINATION**

| | Normal/Not Present Please ✓ | Abnormal/Comment |
|---|---|---|
| SKIN: Color, Condition, Turgor, Recent injury, Tatoos, Scars | ✓ ✓ ✓ ✓ | ✓ scalp |
| HEAD: Hair, Scalp (pediculi) | ✓ | |
| EARS: Appearance, Canals | ✓ | |
| EYES: Pupils, Sclera, Conjunctiva | ✓ | |
| MOUTH: Throat, Tongue, Tonsils | ✓ | |
| NOSE: Obstruction, Drainage | ✓ | |
| NECK: Veins, Mobility, Thyroid, Carotids, Lymph nodes | ✓ | |
| CHEST (BREASTS): Configuration, Auscultation, Respirations, Cough/Sputum | ✓ | |
| HEART: Auscultation, Radial pulses, Apical pulse, Rhythm | ✓ | |
| EXTREMITIES: Pulses, Edema, Joints | ✓ | |
| SPINE | ✓ | |
| REFLEXES | ✓ | |
| ABDOMEN: Shape, Bowel sounds, Palpation, Hernia | ✓ | |
| ANUS/RECTUM: Hemorrhoids, Anal warts | ✓ OD | |
| PELVIC | NA | |

**VITAL SIGNS**

HT 5'11" WT 186 BP ____

Pulse ____ Resp. ____ Temp. ____

| VISION (SNELLEN CHART) | GROSS HEARING |
|---|---|
| Rt: 20/50 with glasses ____ | Rt: ____ |
| Lt: 20/25 with glasses ____ | Lt: ____ |

**DENTAL SCREENING**

No. of missing teeth ____
Condition of teeth: poor fair good
Condition of gums: poor healthy
False teeth: partial plate upper lower
Oral Hygiene instructions given: ____

**IMMUNIZATION STATUS**

Date last Tetanus: 5-20-96
Other: ____

**TB SCREENING**

PPD:
Date/Time administered: 5-20-96
Date/Time read: 5-23-96
Results (millimeters): ____
Referral for chest x-ray: ____
____ Yes ____ No

**LABORATORY TESTS**

| | DATE OBTAINED |
|---|---|
| RPR: | 5-20-96 NR |
| G.C.: | |
| PAP: | |
| HIV: | 5-28-96 done |
| PREGNANCY TEST: | |
| OTHER: | |

**COMMENTS**

**REFERRAL** sick call per front page

Assessed by: M Jaemer
Date: 5-21-96 Time: pm
Physician Review: [illegible]
Date: ____ Time: ____

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 4-10-03 | | Tx review note: S: Continues to voice concern c placement in general population. No problems or complaints reported. Although inmate has hx of non compliance c tx. Inmate verbally agreed to to follow tx recommendation for best interest although he voiced that he rather not take medication. O: Alert + coherent normal mood + affect. No signs of abnormal behavior, speech + thought clear. A: appears stable without medication. P: ① Monitor stability at follow up as needed ② Will consider for outpatient status if compliant c tx recommendation + positive behavior | Brown M.S. |
| 4-25-03 | | Activity Tech: Monthly Activity Note: Inmate was offered a number of recreational activities in the month March, He failed to participate in any of the [illegible] Activities. | [illegible signature] |
| 6/10/03 | | [illegible] to [illegible] N/, no discomfort [illegible], Approach [illegible] | [illegible signature] |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2-24-03 | | Activity Tech: Monthly Activity Note: Pt was offered a number of recreational activities in the month of January, including Open Recreation and Mental Stimulation Worksheets. He did not participate in any of these activities. We will continue to offer therapeutic and recreational activities. | [signature] |
| 3-31-03 | | Activity Tech: Monthly Activity Note: Pt was offered a number of recreational activities in the month of February; He did not participate in any of these activities. We will continue to offer therapeutic and recreational activities. | [signature] |
| 3-31-03 | | Tx Coordinator note: S/O Pt recently assigned to Mr. Brown caseload. Contact made c̄ pt in dorm. "I don't know why I'm here I rather be in population or another camp" Pt reports on no meds. Alert, oriented x3 coherent normal affect no signs of ~~stuff~~ w/o distress. A: Stable P: Will meet next wk for tx planning — Brown M.A. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 12-30-02 | | Activity Tech: Monthly Activities Note: Pt was offered a number of therapeutic and recreational activities in the month of November including, Bingo, Open Activity and Mental Stimulation Worksheets; he did not participate in any of the above offered activities. We will continue to offer therapeutic and recreational activities. [signature] | |
| 12/30/02 | | Refuse MH Services [signature], MS | |
| 1-17-03 | | Activity Tech: Monthly Activity Note. Pt was offered a number of recreational activities in the month of December, he failed to participate in any of the Mental Health Services. We will continue to offer therapeutic and recreational activities. [signature] | |
| 1-24-03 | | Psych eval. Cont. to refuse psych services. No management problem. Pleasant. Denies c/o. All meds D/C. — [signature], CRNP | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/30/2002 | 1:30 | Treatment Coordinator Note: Continued Investigation. The client next review will be conducted by September 9, 2002. — T. Willis, M.S. | |
| 8/22/02 | | Involuntary Medication Review: Inmate Wright was reviewed (records & in) seen at cell. He had [illegible] recompensated and was not mentally disturbed. Decompensation may be under increased stress conditions. Committee did not agree to medicate involuntarily but recommended therapy and medication compliance be pursued. W. Woolley MS | |
| 8-22-02 | | A strong case for forced medication was not made due to the I/M's ability to show self-control. M. Haynes | |
| 8/23/2002 | 7:45 | Treatment Coordinator Note: Correspondence received from Mr. Wright. — T. Willis, M.S. | |
| 9/5/02 | | Alert & oriented. No affective or thought impairment. Says he's keeping away from trouble. — Audrey Dorman, CRNP | |
| 10/25/02 | | Refused intervention. — Audrey Dorman, CRNP | |
| 11/12/02 | | Refused to see MHP. Ofeagu, M.S. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 8/16/02 | | Psychology Note. Mr Wright was seen yesterday (8/15/02) while he was receiving a medical evaluation prior to segregation placement for striking a correctional officer. At that time his speech was rapid and included seemingly delusional references to his persecution and religious imagery. He was coincidentally scheduled for Prolixin injection on that date which he refused. Mr Wright was seen today (8/16/02) c Dr Sanders in his seg cell to determine the need for emergency medication. He was behaviorally controlled but continued to voice a high level of suspiciousness related to DOC officials and mental health treatment staff. Although emergency meds did not seem warranted he will be considered for review for forced medication next week. Will continue to monitor | McC[illegible] |
| 8/20/02 | | Mr. WRIGHT manifest angry, defiant, [illegible] ATTITUDE i Sg. Scheduled for Forced Med Hearing Tomorrow | [illegible] |
| 8/30/2002 | 1:30 | TREATMENT Coordinator Note: Biweekly Review update: Mr. Wright is currently in the Segregation Unit Pending | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright Richard | 187140 | 35 | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 8-2-02 | | S/O: Remains off all meds. + continues to deny any mental health issues. Hx. of bizarre behavior at Kilby: masturbating openly, loudly preaching "the word", and pouring water on self. He admits actions, but says that does not make him crazy. Previously took Prolixin + according to inmate, caused nightmares. Denies A/V hallucination. Remains somewhat suspicious + reportedly quick to anger. — also reports to be "very concerned about cleanliness". He denies sleep difficulty + reports appetite is good. Affect bright/smiling. Calm. Cooperative. — Hx. diagnosis: Schizoaffective disorder. — A: Stable now. Potential for harm to others. P: Monitor, intervene as needed. — No meds. for now. — | Audrey Dorman, CRNP |
| 8-6-02 | | Prolixin Dec Injection scheduled for today - Mr. Wright notified - did not come to infirmary for inject - Reported to MHP - Ms. Willis. — | [signature] |
| 8/7/2002 | 10:46 | TREATMENT COORDINATOR NOTE: Mr. Wright REFUSED to ATTEND his COUNSELING SESSION AND REVIEW TREATMENT PLAN (Sign And dated). NEXT REVIEW will be conducted by September 8, 2002. — | T. Willis, M.S. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7/9/2002 | 13:00 | Treatment Coordinator Note: continued session. Problem #1 - Modified - overreaction of hostility toward an inmate due to a conflict - exchange of words and accussed of hitting an inmate - referred to Anger Management group (refuses) - objective is to maintain stability on the RTU and comply with prescribed medication. Mr. Wright next monthly review will be conducted by August 9, 2002. T. Willis, M.S. | |
| 7/18/02 | | Inmate Refused Prolixin Dec. injection - Non Compliant c̄ any of medication - will Refer to MHC & ms. Courts - wt 202 | [illegible] |
| 7/23/2002 | 10:34 | Treatment Coordinator Note: Contact with Richard Wright for biweekly review and individual counseling session. Mr. Wright reported a conflict with an inmate which was resolved - is working trash detail (2 days off and on) - and refuses to take medication, client reported that he is well and does not need medication. The client next review will be conducted by August 6, 2002. T. Willis | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/14/2002 | 9:17 | Treatment Coordinator Note: Continued activities. Therefore, Mr. Wright will be monitored on an individual basis and the objective is to maintain stability on the RTU. The client next biweekly review will be conducted by July 3, 2002 (Level 2). | |
| | | T. Willis M.S. | |
| 6/24/2002 | 10:59 | Treatment Coordinator Note: Contact with Richard Wright for biweekly treatment plan review and individual counseling session. Problem # 1 (Modified) Overreaction of hostility toward an inmate due to a conflict over the television. Mr. Wright was referred to Anger Management group but has already completed group successfully. Therefore, client will be referred to Individual Counseling only and the goal is to maintain stability on the Residential Treatment Unit. Mr. Wright next biweekly review will be conducted by July 2, 2002. | |
| | | T. Willis, M.S. | |
| 7/9/2002 | 12:00 | Treatment Coordinator Note: Contact with Richard Wright for monthly treatment review and individual counseling | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | Bullock County |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/13/02 | 2:30 pm | S: "I'm not mentally ill. I'm not taking any more medicine." | |
| | | O: Remains in safe cell re: mental health observation. Calm. Cooperative. No obvious affective or thought impairment. Denies wanting to harm self and/or others. Long history of non-compliance with medication. Alert & oriented to person, place, time, + situation. Remains suspicious re: "why everybody wants him to take medicine he doesn't need" — | |
| | | A: Stable mood. | |
| | | P: D/C safe cell. Release to RTU. Appropriate DOC staff advised. — | |
| | | — Audrey Dorman, CRNP — | |
| Addendum | | — MH education per MH nurse. — Encourage meds. Individual counseling per tx. coordinator. | |
| | | — Audrey Dorman, CRNP — | |
| 6/14/2002 | 9:17 | Treatment Coordinator Note: Contact with Richard Wright to initiate treatment plan and individual counseling session. Mr. Wright reported a conflict with an inmate that led him to the Infirmary (Safe cell) for Medical observation. The client was referred to group therapy but refused due to isolation or noninvolvement in group | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/7/02 | 9:20 am | S/O: Officers report inmate constantly cleaning floor. Inmate seen in seg. cell - floor wett. Inmate has been cleaning floor c̄ wet towels from toilet. Inmate says he must clean "all the time" + that he can't get cell clean. Affect - smiling widely. Says radio talks specifically to him. Denies hearing voices. Denies paranoia. Refusing to take Prolixin Injections as ordered. Is compliant with PO Haldol 2mg/day + Artane 2 mg + Lithium 600 mg q hs. No labs available for review. | |
| | | A: R/O hypomania. | |
| | | P: ① ↑ Lithium to 900 mg q hs. | |
| | | 2. Labs: Thyroid profile c̄ TSH; Multichem profile, UA, CBC Lithium level next week. | |
| | | ③ Cont. MH observation. — Audrey Dorman, CRNP | |
| 6/10/02 | 1000 | Seen in seg. Inmate oriented x 3 Continues to deny hallucinations. Blood drawn for requested labs. Inmate cooperative Continues to c/o "cell being too dirty." Unable to get specimen for UA @ this time. | [illegible] |
| 6/12/02 | 3:55 pm | S: Inmate continues to refuse ordered Prol. inj. O: alert. Suspicious re: ordered meds + verbalizes harm from meds. despite no evidence A: Impaired thinking P: Increase Haldol to 4mg. Advise inmate. - Audrey Dorman, CRNP | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 6/5/02 | 8:45 am | Seen in Seg. Has ear-phones on during conversation/interaction. Says radio is off + hes "just wearing" ear-phones. Affect broad. Pleasant. Cooperative. Officers report ⊖ behavior management problems while in Seg. Currently compliant c̄ meds. Will cont. M.H. observation — eval. for release in a.m. — Audrey Dorman, CRNP | |
| 6/6/02 | 11:30 am | S/O: alert. Somewhat disoriented. Unable to communicate in a meaningful fashion. Loose associations. Smiling inappropriately affect. Calm. Cooperative. A: alteration in thought process. ⊖ AIMS. P: Prolixin Dec 25mg IM q 2 weeks – renewed. Artane 2 mg PO BID discontinued. Will give 2 mg/day. Eval. in a.m. + pm. Cont. MH. observation. — Audrey Dorman, CRNP | |
| 6/6/02 | 1330 | Inmate refused prolixin dec 25mg injection, stating "I ain't taking no shot." Remains in seg cell. DOC officers report inmate eating well for all meals. | [illegible], RN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3/4/2002 | 2:46 | Treatment Coordinator Note: Contact with Richard Wright to review treatment plan. Mr. Wright has difficulty controlling his violent behavior, has an alcohol and drug history, and incompletion of requirements for high school diploma. The client will be referred to Anger Management group, GED program, and Substance Abuse Program. Mr. Wright next treatment review will be conducted by April 4, 2002. T. Willis, M.S. | |
| 3/11/2002 | 1:09 | Treatment Coordinator Note: Contact with Richard Wright for monthly treatment review and individual session. Mr. Wright has been referred to and scheduled to begin Current Events I/II due to completion of other groups and level 4 status. Mr. Wright next monthly review will be conducted by April 4, 2002. T. Willis, M.S. | |
| 3/25/2002 | 11:21 | Treatment Coordinator Note: Biweekly review update on Richard Wright. Mr. Wright has been moved to population, living in dorm 19 bed 17. T. Willis, M.S. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/M | Bullock County |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/25/02 | S. | Pt seen on SU. Pt continues to insist that he does not need medication. Otherwise, pt says he is doing well. | |
| | O. | Pt is A+Ox4. He is neatly and appropriately groomed. Pt is cheerful, talkative, polite, and well-behaved. No overt distress noted. | |
| | A. | Pt is currently stable but will likely deteriorate if not on meds soon. Currently his thought process are logical & coherent with no psychotic intrusion evident. | |
| | P. | Continue to monitor. A. Mitchell, M.S. | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/m | KCF |

F-61

**Group Name:** Relationships **Date/Time:** 2/25/02 10:00 AM

**Dress/Grooming:** Appropriate | Marginal | Disheveled

**Motor Activity:** WNL | Decreased | Agitation | Tremors

**General Attitude/Behavior:** Spontaneous | Preoccupied | Suspicious | Argumentative | Withdrawn
Participated | Passively Attentive | Inattentive | Disruptive | Hostile

**Mood/Affect:** Flat | Depressed | Euphoric | Anxious | Unremarkable

**Speech:** Normal | Slurred | Rapid | Talkative | Mute

**Flight of Ideas:** N/A | Confabulation | Tangential | Loose Associations

**Thought Content:** Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious
Inadequacy | Poverty of Content | No deficit identified | Helplessness

**Delusions:** None Expressed | None | Persecution | Systematized | Somatic

**Hallucinations:** None | Auditory | Visual

**Insight/Judgment:** Unimpaired | Poor Judgment | Poor Insight

Admit no no need for meds.

**Group Leaders Name & Signature:** Rebecca T. Harris [signature]

Name: Wright AIS: 187261

**Group Name:** Relationships **Date/Time:** 1:00 PM

**Dress/Grooming:** Appropriate | Marginal | Disheveled

**Motor Activity:** WNL | Decreased | Agitation | Tremors

**General Attitude/Behavior:** Spontaneous | Preoccupied | Suspicious | Argumentative | Withdrawn
Participated | Passively Attentive | Inattentive | Disruptive | Hostile

**Mood/Affect:** Flat | Depressed | Euphoric | Anxious | Unremarkable

**Speech:** Normal | Slurred | Rapid | Talkative | Mute

**Flight of Ideas:** N/A | Confabulation | Tangential | Loose Associations

**Thought Content:** Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious
Inadequacy | Poverty of Content | No deficit identified | Helplessness

**Delusions:** None Expressed | None | Persecution | Systematized | Somatic

**Hallucinations:** None | Auditory | Visual

**Insight/Judgment:** Unimpaired | Poor Judgment | Poor Insight

Appropriate -

**Group Leaders Name & Signature:**

Name: Wright Richard AIS: 187261

**Group Name:** Jobs and Mental Health Pt I **Date/Time:** 2-15-02 10:00am

| | | | | | |
|---|---|---|---|---|---|
| **Dress/Grooming:** | Appropriate (circled) | Marginal | Disheveled | | |
| **Motor Activity:** | Decreased | Agitation | Tremors | Appropriate (circled) | |
| **General Attitude/Behavior:** | Spontaneous (circled) | Preoccupied | Suspicious | Argumentative | Withdrawn |
| | Participated (circled) | Passively Attentive | Inattentive | Disruptive | Hostile |
| **Mood/Affect:** | Flat | Depressed | Euphoric | Anxious | Unremarkable (circled) |
| **Speech:** | Normal (circled) | Slurred | Rapid | Talkative | Mute |
| **Flight of Ideas:** None | Confabulation | Tangential | Loose Associations | | |
| **Thought Content:** None | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | No deficit identified (circled) | Helplessness | |
| **Delusions:** | None (circled) | Persecution | Systematized | Somatic | |
| **Hallucinations:** | None (circled) | Auditory | Visual | | |
| **Insight/Judgment:** | Unimpaired (circled) | Poor Judgment | Poor Insight | | |

---

**Group Leaders Name & Signature:** B. Samuel M.HP

Name: Wright, Richard AIS: 187140

**Group Name:** Jobs and Mental Health Part II **Date/Time:** 2-15-02 1:00pm

| | | | | | |
|---|---|---|---|---|---|
| **Dress/Grooming:** | Appropriate (circled) | Marginal | Disheveled | | |
| **Motor Activity:** | Decreased | Agitation | Tremors | Appropriate (circled) | |
| **General Attitude/Behavior:** | Spontaneous (circled) | Preoccupied | Suspicious | Argumentative | Withdrawn |
| | Participated (circled) | Passively Attentive | Inattentive | Disruptive | Hostile |
| **Mood/Affect:** | Flat | Depressed | Euphoric | Anxious | Unremarkable (circled) |
| **Speech:** | Normal (circled) | Slurred | Rapid | Talkative | Mute |
| **Flight of Ideas:** None | Confabulation | Tangential | Loose Associations | | |
| **Thought Content:** None | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | No deficit identified (circled) | Helplessness | |
| **Delusions:** | None (circled) | Persecution | Systematized | Somatic | |
| **Hallucinations:** | None (circled) | Auditory | Visual | | |
| **Insight/Judgment:** | Unimpaired (circled) | Poor Judgment | Poor Insight | | |

---

**Group Leaders Name & Signature:** B. Samuel M.H.P.

Name: Wright, Richard AIS: 187140