**Group Name:** _Family, Relationships_     **Date/Time:** _9/13/02_
_11:30_

| | | | | |
|---|---|---|---|---|
| **Dress/Grooming:** | (Appropriate) | Marginal | Disheveled | |
| **Motor Activity:** | (Decreased) | Agitation | Tremors | |
| **General Attitude/Behavior:** | Spontaneous | (Preoccupied) | Suspicious | Argumentative | Withdrawn |
| | (Participated) | Passively Attentive | Inattentive | Disruptive | Hostile |
| **Mood/Affect:** | (Flat) | Depressed | Euphoric | Anxious | Unremarkable |
| **Speech:** | (Normal) | Slurred | Rapid | Talkative | Mute |

**Flight of Ideas:** _None_ Confabulation     Tangential     Loose Associations

| **Thought Content:** | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
|---|---|---|---|---|---|
| | Inadequacy | Poverty of Content | (No deficit identified) | Helplessness | |
| **Delusions:** | (None) | Persecution | Systematized | Somatic | |
| **Hallucinations:** | (None) | Auditory | Visual | | |
| **Insight/Judgment:** | (Unimpaired) | Poor Judgment | Poor Insight | | |

**Group Leaders Name & Signature:** _A. Mitchell, M.S._ _____

**Name:** _____     **AIS:** _____

**Group Name:** _Parenting_     **Date/Time:** _2/13/02_
_2:30_

| | | | | |
|---|---|---|---|---|
| **Dress/Grooming:** | (Appropriate) | Marginal | Disheveled | |
| **Motor Activity:** | (Decreased) | Agitation | Tremors | |
| **General Attitude/Behavior:** | Spontaneous | (Preoccupied) | Suspicious | Argumentative | Withdrawn |
| | (Participated) | Passively Attentive | Inattentive | Disruptive | Hostile |
| **Mood/Affect:** | (Flat) | Depressed | Euphoric | Anxious | Unremarkable |
| **Speech:** | (Normal) | Slurred | Rapid | Talkative | Mute |

**Flight of Ideas:** _None_ Confabulation     Tangential     Loose Associations

| **Thought Content:** | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
|---|---|---|---|---|---|
| | Inadequacy | Poverty of Content | (No deficit identified) | Helplessness | |
| **Delusions:** | (None) | Persecution | Systematized | Somatic | |
| **Hallucinations:** | (None) | Auditory | Visual | | |
| **Insight/Judgment:** | (Unimpaired) | Poor Judgment | Poor Insight | | |

**Group Leaders Name & Signature:** _A. Mitchell, M.S._ _____
**Name:** _Wright, Richard_     **AIS:** _187140_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

R O U N D S   C O N T A C T   L O G :   (circle all that applies)   INF   (SU)   RTU

NAME: _Wright, Richard_____    AIS: _187140_____

| DATE | PROBLEM IDENTIFIED YES/NO | IF YES LIST PROBLEM | PLAN OF ACTION/NOTES | STAFF NAME |
|------|---------------------------|---------------------|----------------------|------------|
| 2/11/02 | no | | | AW |
| 2/12/02 | yes | Says he's very sleepy & "out of it", wants sack lunches @ night | Refer to nurse. | AW |
| 2/13/02 | yes | ↑same | | AW |
| 2/14/02 | no | | Still sleepy "drugged up" | AW |
| 2/15/02 | No | | Up- actively cleaning cell. Scrubbing floor etc, | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Group Name: _MM Narcose and Mental Health Pt._     Date/Time: _2-15-02 2:30pm_

| Dress/Grooming: | (Appropriate) | Marginal | Disheveled | | |
| Motor Activity: | Decreased | Agitation | Tremors | _Appropriate_ | |
| General Attitude/Behavior: | (Spontaneous) | Preoccupied | Suspicious | Argumentative | Withdrawn |
| | (Participated) | Passively Attentive | Inattentive | Disruptive | Hostile |
| Mood/Affect: | Flat | Depressed | Euphoric | Anxious | Unremarkable |
| Speech: | (Normal) | Slurred | Rapid | Talkative | Mute |
| Flight of Ideas: _none_ | Confabulation | Tangential | Loose Associations | | |
| Thought Content: _n/a_ | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | (No deficit identified) | Helplessness | |
| Delusions: | (None) | Persecution | Systematized | Somatic | |
| Hallucinations: | (None) | Auditory | Visual | | |
| Insight/Judgment: | (Unimpaired) | Poor Judgment | Poor Insight | | |

Group Leaders Name & Signature: _R. Samuel_     _MHP_

Name: _____     AIS: _____

Group Name: _____     Date/Time: _____

| Dress/Grooming: | Appropriate | Marginal | Disheveled | | |
| Motor Activity: | Decreased | Agitation | Tremors | | |
| General Attitude/Behavior: | Spontaneous | Preoccupied | Suspicious | Argumentative | Withdrawn |
| | Participated | Passively Attentive | Inattentive | Disruptive | Hostile |
| Mood/Affect: | Flat | Depressed | Euphoric | Anxious | Unremarkable |
| Speech: | Normal | Slurred | Rapid | Talkative | Mute |
| Flight of Ideas: | Confabulation | Tangential | Loose Associations | | |
| Thought Content: | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | No deficit identified | Helplessness | |
| Delusions: | None | Persecution | Systematized | Somatic | |
| Hallucinations: | None | Auditory | Visual | | |
| Insight/Judgment: | Unimpaired | Poor Judgment | Poor Insight | | |

Group Leaders Name & Signature: _____     _____
Name: _Wright, Richard_     AIS: _187160_

**Group Name:** _Commenced_    **Date/Time:** _2/18/02 10:30 AM_

| | | |
|---|---|---|
| **Dress/Grooming:** | (Appropriate) | Marginal | Disheveled |
| **Motor Activity:** | (WNL) | Decreased | Agitation | Tremors |
| **General Attitude/Behavior:** | (Spontaneous) (Participated) | Preoccupied / Passively Attentive | Suspicious / Inattentive | Argumentative / Disruptive | Withdrawn / Hostile |
| **Mood/Affect:** | Flat | Depressed | Euphoric | Anxious | (Unremarkable) |
| **Speech:** | (Normal) | Slurred | Rapid | Talkative | Mute |
| **Flight of Ideas:** | Confabulation | (Mildly Tangential) | Loose Associations | |
| **Thought Content:** | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | (No deficit identified) | Helplessness | |
| **Delusions:** | None | Persecution | (Systematized) | Somatic | |
| **Hallucinations:** | None | (Auditory ?) | Visual | |
| **Insight/Judgment:** | Unimpaired | (Poor Judgment) | (Poor Insight) | |

**Group Leaders Name & Signature:** _Rebecca T. Harrison_    _[signature]_

**Name:** _Wright, Richard_    **AIS:** _182140_

---

**Group Name:** _Self esteem_    **Date/Time:** _2/18/02 2:30 PM_

| | | |
|---|---|---|
| **Dress/Grooming:** | (Appropriate) | Marginal | Disheveled |
| **Motor Activity:** | (WNL) | Decreased | Agitation | Tremors |
| **General Attitude/Behavior:** | (Spontaneous) (Participated) | Preoccupied / Passively Attentive | Suspicious / Inattentive | Argumentative / Disruptive | Withdrawn / (Hostile) |
| **Mood/Affect:** | Flat | Depressed | Euphoric | Anxious | (Unremarkable) |
| **Speech:** | (Normal) | Slurred | Rapid | Talkative | Mute |
| **Flight of Ideas:** | Confabulation | Tangential | Loose Associations | (None) |
| **Thought Content:** | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | (No deficit identified) | Helplessness | |
| **Delusions:** | None | Persecution | (Systematized) | Somatic | |
| **Hallucinations:** | None | Auditory | Visual | |
| **Insight/Judgment:** | Unimpaired | (Poor Judgment) | (Poor Insight) | |

**Group Leaders Name & Signature:** _[signature]_

**Name:** _Wright, Richard_    **AIS:** _182140_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

ROUNDS CONTACT LOG: (circle all that applies)    INF    SU    RTU

NAME: _Wright, Richard_          AIS: _18714_

| DATE | PROBLEM IDENTIFIED YES/NO | IF YES LIST PROBLEM | PLAN OF ACTION/NOTES | STAFF NAME |
|---|---|---|---|---|
| 2/4/ | Yes | Inappropriate | – "Pleasantly" loose | RA |
| 2/7 | Denied | No overt Sx a problem | Continue to monitor | RA |
| 2/8/ | Denied | Abt bright | Continue to monitor | RA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Highest grade completed: _____   ☐ Regular Classes       ☐ Special education

☐ Able to read   ☐ Able to Write   ☐ Able to Communicate   ☐ Able to Understand Current Diagnosis

☐ Unable to Read   ☐ Unable to Write   ☐ Unable to communicate   ☐ Unable to Understand Current Diagnosis

## Mental Status

| | | | |
|---|---|---|---|
| **Age:** | ☒ Appears Stated Age | ☐ Appears Younger | ☐ Appears Older |

**Dress/Grooming:** ☐ Appropriate   ☐ Marginal   ☐ Disheveled   ☒ Bizarre *(Naked except for tissue stuffed in nose.)*

**Posture:** ☒ Unremarkable   ☐ Rigid   ☐ Stooped

**Facial:** ☒ Unremarkable   ☐ Hostile   ☐ Worried   ☐ Tearful   ☐ Sad

**Eyes:** ☒ Unremarkable   ☐ Glances Furtively   ☐ Stares   ☐ Poor Eye Contact

**Motor Activity:** ☒ Increased   ☐ Decreased   ☐ Gait Unsteady   ☐ Gait rigid
☐ Gait slow   ☐ Agitation   ☐ Tremors   ☐ Tics

**General Attitude/Behavior:** ☒ Spontaneous   ☐ Preoccupied   ☐ Suspicious   ☐ Argumentative
☐ Self – Destructive   ☐ Withdrawn   ☐ Regressed   ☐ Seductive   ☐ Hostile

**Mood/Affect:** ☐ Flat   ☐ Depressed   ☒ Euphoric   ☐ Apathetic   ☐ Fearful
☐ Labile   ☐ Blunt   ☒ Inappropriate   ☐ Constricted

**Speech/Communication:** *Loud* ☒ Normal   ☐ Aphasia   ☐ Slurred   ☐ Rapid   ☐ Mute

**Flight of ideas:** ☐ Confabulation   ☐ Muttering   ☒ Tangential   ☐ Loose Associations   ☐ Over Productive

**Thought Content:** ☐ Suicidal Thought/Plans   ☐ Homicidal Thoughts/Plan   ☐ Antisocial Attitude
☐ Phobias   ☐ Indecisiveness   ☐ Self-Derogatory   ☐ Excessive religion   ☒ Bizarre   ☐ Self-Pity
☐ Assaultive ideas   ☐ Hypochondrias   ☐ Alienation   ☐ Obsessive   ☐ Blames others   ☐ Suspiciousness
☐ Helplessness   ☐ Inadequacy   ☐ Poverty of Content   ☐ Ideas of Guile   ☐ No deficit identified

**Abstract Thinking:** ☐ Unimpaired   ☒ Concrete *(currently)*

**Delusions:** ☐ None   ☐ Persecution   ☐ Systematized   ☐ Somatic   ☐ Other

**Hallucinations:** ☐ None   ☐ Auditory   ☐ Visual   ☐ Olfactory   ☐ Tactile

**Memory:** ☐ Grossly intact   ☒ Inability to Concentrate   ☐ Poor Recent Memory   ☐ Poor Remote Memory

**Insight /Judgment:** ☐ Unimpaired   ☒ Poor Judgment   ☒ Poor Insight
☐ Unmotivated to Treatment

Assessment Completed By: *A. Mitchell, M.S.*       Date: *2/5/02*

☐ ADDITIONAL COMMENTS IN PROGRESS NOTES

| INMATE NAME | AIS # |
|---|---|
| *Wright, Richard* | *187140* |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | KWF |

F-61

**Group Name:** Mental Health ☐ Training thg hs    **Date/Time:** 2-11-02 1:00p

| Category | | | | | |
|---|---|---|---|---|---|
| **Dress/Grooming:** | ☐ Appropriate | ☐ Marginal | ☐ Disheveled | | |
| **Motor Activity:** | ☐ Decreased | ☐ Agitation | ☐ Tremors | ☑ Appropriate | |
| **General Attitude/Behavior:** | ☑ Spontaneous | ☐ Preoccupied | ☐ Suspicious | ☐ Argumentative | ☐ Withdrawn |
| | ☑ Participated | ☐ Passively Attentive | ☐ Inattentive | ☐ Disruptive | ☐ Hostile |
| **Mood/Affect:** | ☐ Flat | ☐ Depressed | ☐ Euphoric | ☐ Anxious | ☑ Unremarkable |
| **Speech:** | ☐ Normal | ☐ Slurred | ☐ Rapid | ☐ Talkative | ☐ Mute |
| **Flight of Ideas:** ✓✓ | ☐ Confabulation | ☐ Tangential | ☐ Loose Associations | | |
| **Thought Content:** ✓✓ | ☐ Suicidal Thought/Plans | ☐ Homicidal Thought/Plans | ☐ Bizarre | ☐ Obsessive | ☐ Suspicious |
| | ☐ Inadequacy | ☐ Poverty of Content | ☐ No deficit identified | ☐ Helplessness | |
| **Delusions:** | ☑ None | ☐ Persecution | ☐ Systematized | ☐ Somatic | |
| **Hallucinations:** | ☑ None | ☐ Auditory | ☐ Visual | | |
| **Insight/Judgment:** | ☐ Unimpaired | ☐ Poor Judgment | ☐ Poor Insight | | |

**Group Leaders Name & Signature:** _R. Durel_  _MHP_

---

**Group Name:** _____    **Date/Time:** _____

| Category | | | | | |
|---|---|---|---|---|---|
| **Dress/Grooming:** | Appropriate | Marginal | Disheveled | | |
| **Motor Activity:** | Decreased | Agitation | Tremors | | |
| **General Attitude/Behavior:** | Spontaneous | Preoccupied | Suspicious | Argumentative | Withdrawn |
| | Participated | Passively Attentive | Inattentive | Disruptive | Hostile |
| **Mood/Affect:** | Flat | Depressed | Euphoric | Anxious | Unremarkable |
| **Speech:** | Normal | 'Slurred | Rapid | Talkative | Mute |
| **Flight of Ideas:** | Confabulation | Tangential | Loose Associations | | |
| **Thought Content:** | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | No deficit identified | Helplessness | |
| **Delusions:** | None | Persecution | Systematized | Somatic | |
| **Hallucinations:** | None | Auditory | Visual | | |
| **Insight/Judgment:** | Unimpaired | Poor Judgment | Poor Insight | | |

**Group Leaders Name & Signature:** _____

**Name:** _Wright Richard_    **AIS:** _187160_

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

**INVOLUNTARY MOVEMENT RATING**
Rate highest severity observed. Rate movements
that occur upon activation one less than those
observed spontaneously.

**CODE**
0 – Normal, no involuntary movement
1 – Minimal, fleetingly present
2 – Mild, occurs more than four times
3 – Moderate, persistent
4 – Severe, very pronounced and continuous

| | | |
|---|---|---|
| **FACIAL AND ORAL MOVEMENTS** | MUSCLES OF FACIAL EXPRESSION: movements of forehead, eyebrows, periorbital area, cheeks; includes frowning, blinking, smiling, grimacing | (0) 1 2 3 4 |
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | (0) 1 2 3 4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | (0) 1 2 3 4 |
| | TONGUE: rate only increase in movement both in and out of mouth NOT inability to sustain movement | (0) 1 2 3 4 |
| **EXTREMITY MOVEMENTS** | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine). DO NOT INCLUDE tremors (repetitive, regular, rhythmic) | (0) 1 2 3 4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | (0) 1 2 3 4 |
| **TRUNK MOVEMENTS** | NECK, SHOULDER, HIPS: rocking, twisting, squirming, pelvic gyrations | 0 1 2 3 4 |
| **GLOBAL JUDGEMENTS** | SEVERITY OF ABNORMAL MOVEMENTS | (0) 1 2 3 4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | (0) 1 2 3 4 |
| | PATIENTS AWARENESS OF ABNORMAL MOVEMENTS: rate only patient's report<br><br>0 – No awareness    3 – Aware, moderate distress<br>1 – Aware, no distress    4 – Aware, severe distress<br>2 – Aware, mild distress | (0) 1 2 3 4 |
| **DENTAL STATUS** | CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | (NO) YES |
| | DOES PATIENT USUALLY WEAR DENTURES? | (NO) YES |

Assessed by: _Dm Cm RN MSW_    Date: _02/07/02_
Reviewed by: _____    Date: _____

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 28 Feb 02 | | Pt seen in P/u on MH. Pt reports he is doing well. Still maintains his position of not taking any medication. Affect bright. Animated. Active but not manic. Axis I: Schizoaffective Disorder Axis II: PD ① Continue care ② P/u ± / week | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

*Chart Not Available*

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 26 Feb 02 | | Pt seen in F/U on MH unit. Pt reports he is doing well but is still refusing to take medication — This a recurrent theme with pt. Affect bright. No unusual behaviors. Axis I/II: As above (1) Continue care (2) F/U ē 1 week | |
| 2-27-02 | 0400 | S - no c/o discomfort O - A+O×3 - Resting on bed with eyes closed - Resp - regular with ease — No overt behavior Noted at this time — A - Alt. level of Consciousness R/t Mental Status P - Will cont. to monitor — H. Coleman ? | |
| 2-27-02 | 1120 | S/O — no verbal complaints @ this time. a&o×3. Resp. sy ē ease. remains content ad libs in a single Cell on MHU. attends + participates to group meeting. Continues to refuse medication. expresses wish to go to population A - Stable @ this time P - continue to monitor — | J. Gasprin RN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | | B/m | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/21/02 | (cont) | O- Out of cell time mingling c̄ other inmates. Participated in group therapy c̄ nurse et other inmate. | |
| | | a- Non-compliant c̄ taking meds | |
| | | P- Still cont. to encourage encourage to take med / monitor | R. Walters Sn |
| 2/22/02 | 1015 | S - "I don't need this medicine." | |
| | | D - aaox3. No obvious distress noted. Inmate has pleasant affect. Interacts c̄ other inmates & staff appropriately. | |
| | | A - Non-compliant c̄ all medication administration. | |
| | | P- Will continue to encourage inmate to take medication. Continue to monitor. —D Greene | |
| 2/22/02 | | Pt seen @ cell front; he is "doing fine." Pt is still refusing medication. Otherwise, pt is smiling, cheerful, & appropriate. No overt distress).          a. Mitchell, m.s. | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|------|------|------|
| Wright, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES (Cont'd) | SIGNATURE |
|------|------|------|-----------|
| 2-20-02 | 0810 | P - Will continue to monitor. | L. Green RN |
| 2/20/02 | 5p | S- No complaints of discomfort/distress<br>O- Quiet evening. Alert Orient. Keep c use<br>Out cell time to mingle c others. Appetite<br>good. Refused meds<br>A- Noncompliant c taking meds<br>P- Will monitor condition | P. Walters RN |
| 02/21/02 | | Pt. seen on mental health unit<br>for follow up.<br>S: we do not believe that I<br>need medication.<br>O: Alert and oriented. Mood is<br>appropriate for setting with<br>congruent affect.<br>A: No thought disorder during<br>interaction. No unusual behavior.<br>P: Continue to encourage medication<br>Medication education<br>Follow weekly and PRN | D. ___ CRNP |
| 2/21/02 | 5p | S- They are trying to give me medicine I don't<br>need. All this med does is make me feel drunk<br>et sleep all day and I don't want to feel like<br>that (cont) | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | BM | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/30/02 | S. | Pt was seen individually on SW. He is refusing his medication | |
| | O. | Pt is A&O x 4, calm, pleasant. No overt distress or unusual behaviors. | |
| | A. | Pt is currently stable but will likely deteriorate if he does not take his meds. | |
| | P. | Continue care.          A. Mitchell, M.S. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/m | RCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-18-02 | 2035 | S - No complaints voiced this shift. O - AAOx3. Participates in group therapy appropriately and pleasantly. Resp. regular and c̄ ease. No obvious distress noted. A - Stable @ this time. P - Will continue to monitor. | SGreenish |
| 2-19-02 | 0400 | S - No c/o discomfort O - A+Ox3. up ad lib in cell - resting on bed with eyes closed most of shift. Resp. regular with ease. A - alt. level of comfort R/T mental status P - Will cont. to monitor | H. Solomon |
| 2-20-02 | 0400 | S - No verbal complaints O - A+Ox3 - resting on bunk with eyes closed. Resp. regular with ease. No distress observed at this time. A - alt. level of comfort R/T mental status P - Will continue to monitor | H. Solomon |
| 2-20-02 | 0810 | S - Stated, "I'm not taking that medicine anymore, I don't need it." O - Resting on bed c̄ eyes closed @ pill call. Resp. regular c̄ ease. No obvious distress noted. A - Altered level of comfort R/T mental status. (Cont'd) | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 182140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/18/02 | 0400 | S/O - non verbal @ this time. Gait steady. Resp clear, no acute distress. Appetite fair for a.m. meal. Toilet ab lib ——— A altered level of comfort s/t mental status P will continue to monitor J. Cowan LPN | |
| 2.18.02 | 0900 | attended "team counseling" | |
| | 0930 | attended and participated c the group activity. a a a x 3. resp. reg. + agasa pleasant + cooperative. compliant c medications + routine ——— A - stable @ this time P- continue to monitor ——— | J. Joyce LPN |
| 02/18/02 | | Pt seen on MH Unit for follow up. S: " My medication makes me sleepy." O: Alert and oriented. Mood is angry with constricted affect. Mildly hostile when talking about illness and past experience. Denies mental illness. A: Schizophrenia. Schizo affect. v.c.DO P: Continue to plan DC Cogentin. Start Artane 2mg BID Follow weekly and PRN. Drum CRNP | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, RICHARD | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/15/02 | 6p | (S) No complaints voiced | |
| | | (O) Alert, oriented. Participates in group | |
| | | therapy, c̄ feedback. Accepts meals ē any | |
| | | problem. No outburst/arguing ē others | |
| | | (A) Stable | |
| | | (P) Will cont 4c minutes | J. Walters 6p |
| 2-17-02 | 0400 | S- No C/o voiced | |
| | | O- A+0x3. resting quietly in bed with | |
| | | eyes closed. Resp. regular with ease | |
| | | No acute Psychotic behavior noted at | |
| | | this time | |
| | | A- att. level of Comfort R/T Mental Status | |
| | | P- Will Continue to Monitor | N. Solomon |
| 2.17.02 | 1045 | S+O - no complaints voiced @ this time | |
| | | a0.0x3. Resp. reg. ē ease. compliant ē | |
| | | medications + routine. Has lib in a | |
| | | single cell on MHU. played connect 4 + | |
| | | basketball ē staff outside. | |
| | | A- stable @ this time | |
| | | P-continue to monitor | D. Joaquin PA |
| 2/17/02 | 6p | (S)Quiet enight c̄ no complaints. No | |
| | | s/s of any distress | |
| | | (A) stable | |
| | | (P) Will cont to monitor | J. Walters, 6p |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright Richard | 187140 | 34 | 13/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-15-02 | 0400 | S- no C/o discomfort — O- A&Ox3 — Resting on bed with eyes closed most g shift. Resp. regular with ease. no acute distress noted — A- alt. level g comfort RT Mental status. P- Will cont. to monitor — | M. Salomon, m |
| 2-15-02 | 1340 | S- no C/o discomfort this shift. — O- AAOx3. Resp. regular c̄ ease. Participated in group meeting appropriately. A- Altered level of comfort RT mental status. P- Will continue to monitor. — | L. Greek |
| 2-15-02 | | For the week of 2-11-02 thru 2-15-02, Pt. participated in various groups (Recreational activities= Uno, checkers, crossword puzzles + Arts & craft) Pt participated well. | B. Everette-ACT.TECH |
| 2/15/02 | | S: Pt reports that he is doing "so-so"; no specific complaints O: Pt is AOx4. He is calm, talkative, smiling. No distress. A: Pt remains stable. P: Continue inpatient care. | A. Mitchell, M.S. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | VCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| Cont'd. | | ted c̄ group meeting. no hallucinations | |
| | | noted. looking brighter. interacts well a | |
| | | fellow inmates | |
| | | A- altered comfort level r/t diagnosis — | |
| | | P- continue to monitor — | J. Dragin? Lpn |
| 2/13/02 | 9p | Quiet evening. Out of cell, participated | |
| | (S/o) | in group c̄ nurse let other inmates | |
| | | very polite - | |
| | | Q. Stable — | |
| | | P. Will cont to monitor — | S. Walters Lpn |
| | | | |
| 02/14/02 | | Pt seen on mental health unit | |
| | | in follow up. | |
| | | S: Denies any problems | |
| | | O: Mildly anxious with normal | |
| | | mood. Friendly and cooperative. | |
| | | Poor insight into illness. | |
| | | A: Axis I: Schizoaffective DD | |
| | | symptoms are remitting, med compliant. | |
| | | P: ① Next injection 2/19/02 | |
| | | ② Continue Prolixin 25mg Q2weeks/Cogentin 2mg BID | |
| | | ③ follow weekly and PRN | |
| | | | Dr ?m CRNP |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/10/02 | S. | Pt stated that he does not "need medication" & feels as if he would not receive any attention if he was not on medication. He says that people gave him psych meds to control him, not because he needs it. | |
| | O. | Pt is a little loud & his affect is angry. His thoughts are showing slightly less looseness. | |
| | A. | Pt is still stabilizing & he appears somewhat paranoid. | |
| | P. | Continue inpatient care. | |
| | | | A. Mitchell, M.S. |
| 2-11-02 | 9p | S-Quiet evening c̄ no complaints of pain / discomfort / distress noted — A- compliant c̄ taking meds — P- Will cont to monitor — | L. Walker, LPN |
| 2-13-02 | 0400 | S-O. A+Ox3. Resting on bunk with eyes closed. Resp. regular with ease. In no distress at this time. A-all levels compact R/T mental status — P-Will Cont. to Monitor — | H. Solomon ↓ |
| 2.13.02 | 1110 | S - no verbal complaints @ this time — O - AaoX3. Resp. reg. + c̄ ease. participa. | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2.10.02 | 0845 | S- no verbal complaints @ this time. | |
| | | O- a a 0 X 3. Respiration reg. & & ease. | |
| | | Aad lib in a single cell on MHU. busy | |
| | | tidying up his cell. | |
| | 1030 | went outside & interacted c other inmates | |
| | 1200 | in cell resting quietly. no change since | |
| | | initial assessment. | D. Joaquin LPN |
| | | A- alteration in mental status r/t dx | |
| | | P- continue to monitor | D. Joaquin LPN |
| 2/10/02 | 2100 | S "Here, he can have my j's" | |
| | | O Referring to food tray. Alert, cooperative | |
| | | Pleasant mood et affect. Accepted P.M med | |
| | | A altered level of comfort r/t mental status | |
| | | P will continue to monitor   J. Cowan LPN | |
| 2-11-02 | 0400 | S- "I'm Okay". | |
| | | O- A & 0 X 3. Resp. regular with ease | |
| | | up ad librin cell — On bed with | |
| | | eyes closed most of shift | |
| | | In no acute distress at this time | |
| | | A-alt level of Comfort R/t Mental Status | |
| | | P-Will Cont. to Monitor   H. Solomon LPN | |
| 2.11.02 | 1155 | S/O — side lying in bed c eyes closed. | |
| | | resting quietly. Resp. reg. & ease. | |
| | | A - alteration in mental status | |
| | | P- continue to monitor | D. Joaquin LPN |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/8/02 | 9p | S no compliants voiced | |
| | | O Stays in cell throughout shift | |
| | | Good appetite. Accepts meds s̄ | |
| | | any problem — | |
| | | A no outhurst/self-harm noted | |
| | | P Will cont to monitor ———— J. Walters, Lpn | |
| 8/3/02 | (5a) (6a) | Quiet night. Slept throughout night. Awaken to go to bathroom. no compliants — | |
| | | A Quiet night | |
| | | P Will cont to monitor ———— J. Walters, Lpn | |
| 2/9/03 | 6³⁰p-10³⁰p | S- I don't have a promblem eating " | |
| | | O Accepted all 100% q P.m meals, ambulatory outside, No acute distress observed Gait steady, Resp c ease | |
| | | A altered level of Comfort R/t mental State | |
| | | P will continu to monitor J. Cowan, Lpn | |
| 2-10-02 | 03:00 | S- No c/o Voiced — | |
| | | O- Resting on bed with eyes closed Resp. Regular with ease — no c/o discomfort. | |
| | | A- Alt. level of Comfort R/t Mental Status | |
| | | P-Will Cont. to Monitor — M. Solomon Lpn | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/7/02 | 9p | S- no complaints voiced | |
| | | O- Alert it oriented. in cell through- out shift. Appetite good. Take meds as ordered. Resp c ease it reg. | |
| | | A- n/b out burst of anger | |
| | | P- will cont. to monitor ——— | D. Walters, G |
| 2.8.02 | 0130 | S- no verbal complaints @ this time ——— | |
| | | O- aa O x3. Resp. reg. +c ease. remain in a single cell on MHU. no hallucination of any form presented. Talking c fellow inmate Burton, Bobby discussing / reading verses on the Bible. | |
| | | A -alteration in mental status R/t hx of non-com pliance c medication | |
| | | P- continue plan of care ——— | D. Joaquin LPN |
| 2-8-02 | | Pt. participated in a relaxation technique group intervention on 2-6-02 & 2-7-02, pt. participated well. | |
| | | | B. Everette =Act. Tech |
| 2/8/02 | | Pt. seen @ cell front where he says he is doing well; no complaints or overt distress. | |
| | | | a. Mitchell, M.S. |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| Knight, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | cont — | |
| 2-07-02 | | A— Alt level of Compact R/T Mental status. P Will Cont to Monitor — W Solomon 4 | |
| 02/07/02 | | Pt seen on mental health unit. S: He reports being "shaky". He is otherwise "OK". O: He is alert and oriented. His presentation is appropriate for setting. He is cooperative and attentive with staff. Speech is clear, coherent, and logical. Thoughts are goal directed. No delusional behavior noted. [left margin: Mild tremors noted to hands bilaterally p̄] A: No abnormal thought processes. No unusual behavior. P①Continue to monitor on unit. ②Monitor with AIMS ③ Continue medications ④ Follow up weekly + PRN. [signature] J. R W M SW Sue E NP | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 189140 | 34 | Bl/m | Kcf |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | *(CONT'D)* NOTES | SIGNATURE |
|------|------|------|-----------|
| | | Pt reports that he is feeling calmer today. However, pt reports having non-command auditory hallucinations currently. (See MSE dated 2/5/02 ffs) (pt's initial assessment.) | |
| | | O. Pt is alert and oriented. He is appropriately dressed (unlike when he first arrived on the unit & refused to keep on his clothes). He is speaking clearly & coherently. No overt distress. | |
| | | A. Pt remains on unit for stabilization. He reports active psychosis | |
| | | P. Continue inpatient care. | |
| 2.6.02 | 1745 | S— No verbal complaints @ this time | A. Mitchell, M.S. |
| | | O— aao x3 dancing c headphones on. Pad lib in a single cell on MHU. no reports of any type of hallucination | |
| | | A— alteration in mental status r/t non compliance c medication | |
| | | P— continue to monitor | J. Jooquin LPN |
| 2-07-02 | | S— no c/o discomfort | |
| | | O— A+0x3 ↑ ad lib in cell on MHU Resting quietly c eyes closed— No distress observed. | CMS |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| Wright, Richard | 187140 | 34 | B/m | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-5-02 | 1030 | S - nonverbal complaints @ this time | |
| | | O - a&ox3 Resp. reg. + t ease. responsive. | |
| | | singing loudly upon arrival on the unit. | |
| | | Prolixin Dec 25 mg IM to start now but inmate | |
| | | refused. denies any suicidal ideation. | |
| | 1100 | lying prone in bed resting quietly | |
| | | A - @ Risk for Violence | |
| | | P - continue to monitor | D. Boggia LPN |
| 2-6-02 | | S - no verbal Complaints at this time | |
| | | O - A+Ox3 - Resting Quietly on Bed | |
| | | with eyes Closed - Resp. Regular with | |
| | | ease - In no Acute distress | |
| | | A - Alt. level of Comfort R/T mental status | |
| | | P - Will Cont. to Monitor | W. Coleman LPN |
| 2/6/02 | | S. Pt seen at cell front. He is calmer today | |
| | | and is able to provide some history & | |
| | | information about why he ended up | |
| | | in KCF (population). Pt says that in | |
| | | Oct. '01 he was brought to Kilby for a | |
| | | court case which he had filed against | |
| | | Classification. The case was dropped at | |
| | | court, and pt was supposed to be returned | |
| | | to Bullock but he was not. MH at KCF | |
| | | was unaware that the pt was at Kilby. | |
| | | (CONT'D) | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, Richard | 187140 | 34 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/31/01 | 10:00 | S- Spoke with pt. on your TD- He looked appropriate. A- Alert & oriented P- No plans at this time. Steve Hixon, LPC | |
| 9/19/01 | | pt is noncompliant c̄ meds. Signed refusal. Nur. Stn. | |



| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | BM | Bullock |

F-61

MHM, Inc.

~~CORRECTIONAL MEDICAL SERVICES~~
RELEASE OF RESPONSIBILITY

Wright, Richard
Name of Inmate

8/21/01    0923
Date/Time

187140 / 8/15-67
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Prolixin Dec. 12.5mg IM

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Systems, its employees and agents from all responsibility and ill effect which may result from this action.

Richard W Wright
Inmate Signature

8/21/01    0725
Date/Time

_____
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CMS 7120 REV. 10/94

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/27/01 | | Not Stay well on *illegible* *illegible* | |
| | | were *illegible* for dr Elunt (Schiffler) | |
| | | S/p off. med. | |
| 8/3/01 | | no shw | |
| 8/13/01 | | Pt refused his *illegible* prescribe shot. | |
| | | He was custom. | |
| | | ADVISED to take his med AS *illegible*. | |
| 8/16/01 | 1:45 | Completed treatment plan | |
| | | today. Stern Nixon, LPC, | |
| 8/20/01 | | folby to stop med | |
| | | refused | |
| | | Not obt thy meds | |

| Patient;s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, Richard | 187140 | 34 | B/m | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 17 July 01 | | Pt seen in F/u on SW. Pt reports he is "ok" but offers some vague complaints which he ascribes to his medication in fabile attempt at lobbying to get off his medications. Affect mildly flattened but appropriately animated and no unusual behav. Axis I: Schizoaffective disorder Axis II: PR Continue one F/u ≤ 1 week | |
| 7/14/01 | | For the week of 7/9 thru 7/13/01, pt exhibited a high level of interest & motivation in both educational & recreational activities. D. Roeder - Rct. Tech | |
| 7/20/01 | | Pt ok - AT bcc?. Still Sing - nii & Protein ⅛ 12.5 g 2 s otn on | |

| Patient;s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| Wright, Richard | 187140 | 33 | B/M | KtF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

ROUNDS CONTACT LOG: (circle all that applies)   INF   SU   (RTU)

NAME: _Wright, Richard_    AIS: _187140_

| DATE | PROBLEM IDENTIFIED YES/NO | IF YES LIST PROBLEM | PLAN OF ACTION/NOTES | STAFF NAME |
|---|---|---|---|---|
| 7/16 | no | | | AM |
| 7/17 | no | | | AM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

ROUNDS CONTACT LOG: (circle all that applies)   INF   SU   RTU

NAME: _Wright, Richard_      AIS: _187140_

| DATE | PROBLEM IDENTIFIED YES/NO | IF YES LIST PROBLEM | PLAN OF ACTION/NOTES | STAFF NAME |
|------|---------------------------|---------------------|----------------------|------------|
| 7/9 | no | | | AM |
| 7/10 | yes | beds were moved too close together | | AM |
| 7/11 | no | | | AM |
| 7/12 | no | | | AM |
| 7/13 | no | | | AM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT   (*REVIEW*)

Treatment Plan Reviewed on: _7/12/01_    Treatment Plan Initiated on: _6/7/01_
Institution: _KCF_                  Admitted to Unit on: _6/6/01_
Level Currently assigned: _____

## CURRENT STATUS

**Problem #1**   *Delusional thoughts.*
Target Date for Resolution: *Extend to* 8/7/01
Status:      Resolved ☐    No Change ✔    Modified ☐
Outcome/Modification:

**Problem #2**   *Noncompliance c̄ meds.*
Target Date for Resolution: 8/7/01
Status:      Resolved ☐    No Change ☑    Modified *[initials]*
Outcome/Modification:

**Problem #3**   *Inappropriate sexual behavior.*
Target Date for Resolution:
Status:      Resolved ☑    No Change ☐    Modified ☐
Outcome/Modification:

**Comments:**

Level Change?    Yes ☐    No ☐      New Level: _____

Second Page attached:    Yes ☐   No ☑

Psychiatrist: _____    Psychologist: _G. Rankin Psy._
Mental Health Nurse: _Mae Davison_    Activities Tech: _David J. Reeder_
Treatment Coordinator: _A. Mitchell, M.S._    Correctional Officer Present:   Yes ☑   No ☐
                                    (Reeves Co II)
Inmate Agreement: _(Inmate unwilling to sign.)_    Date: _7/12/01_
Next Treatment Plan Review to be Conducted by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name   *Wright, Richard*      AIS #   187140

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|

Continued
5 Feb 02

mental health staff. Pt's last shot of Prolixin-Dec was on or before early Oct 01.

Last evening, pt got into fight with other inmates. He now states that the voices he has been hearing told him these inmates intended to start problems in the prison & he was to thwart these efforts, so he fought with them. Pt still has auditory & visual hallucinations. Pt very actively denying same & has no "insight" into his actions or current state. Pt still refusing medications. Affect mildly euphoric. Active.

Axis I: Schizoaffective Disorder
Axis II: r/o

① Restart Prolixin-Dec    25 m    ∅ ℞ until
② "    Cogentin    2 mg    BID
③ Stop Elavil
④ Return to MH
⑤ F/u c̄ 1 week.

(written vertically in left margin): See addendum 7 June 01

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/M | KLF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

5 Feb 02

Pt seen urgently at request of DOC officers at tell on A-block. Pt was involved in a fight with other inmates last night. I was called by nursing over the phone was incomplete & inconclusive so pt was placed in segregation cell.

Pt suffers from schizoaffective disorder & has been treated with:-

Prolixin-Dec 25mg Q 2wks
Cogentin 2mg BID

He did well on this.

Pt was transferred to Bullock in July 01. Pt's Prolixin-Dec was reduced and Elavil was added to his regimen. Soon pt began to lobby to get off his medications. This was refused.

However, pt was transferred back to KCF in Oct 01 and was lost to F/u. Even though pt's medications were on MAR, pt never took his medications and this was never reported to the

(Continued)

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 34 | B/m | KCF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHIATRIC EVALUATION

Referred by:

☐ Admission to Institution    ☐ Mental Health Staff    ☐ Medical Staff    ☒ Other _Referral by Doc_

Reason for Referral (Presenting Problem):

_Altercation with other inmates_

Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):

_Pt has schizoaffective disorder & stopped taking his Thorazine on p̄ before Oct of while at Bullock CF. Pt was transferred to KCF in Oct 01 & never reported to pill call. This was not reported to MH. Pt became psychotic & attacked other inmates last night. Pt now psychotic and mildly euphoric & active_

_See blue sheet note_
_see sick call note of 2 June 01_

Pertinent Medical History (allergies):

_None known
NKA_

Substance Abuse History:

_None known_

Pertinent Personal/Family History (inmate's sentence):

_Unknown & unable to obtain_

Institutional Adjustment (current placement):

_Poor at present but good when compliant with medication_

| Inmate Name | AIS # | Page 1 of 2 |
|---|---|---|
| Wright, Richard | 187140 | |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC EVALUATION

**Mental Status Examination:**

Appearance and Behavior: *Very active; mildly disheveled*

Mood and Affect: *Euphoric / Very Active*

Speech and Language: *rapid, pressured speech*

Thought Process: *Tangential*

Thought Content and Perceptions: *Auditory + visual hallucinations*

Cognitive Assessment/Memory: *WNL*

Insight/Judgement: *poor / poor*

Sleep/Appetite: *poor / fair*

**Suicide/Violence Risk Assessment:**

Past Suicidal Ideation/Attempts (dates and methods): *None known*

Current Suicidal Ideation and Behavior: *No SI now*

Past Violent/Assaultive Behavior: } *Hx assault. crime is attempted murder*

Current Violent/Assaultive Ideas/Behavior: *Involved in assault last night*

**Diagnostic Impression**

Axis I: *Schizoaffective disorder, manic*

Axis II: *PB*

Axis III: *None*

Axis IV: *None*

Axis V: *GAF current 25    GAF past HPY 80*

**Treatment Recommendations (including medications/labs ordered/special housing)**

① *Restart trazidine + Cogentin*
② *Admit MH for stabilization*

Mental Health Code: (SMI)

Psychiatric Follow-Up Required Within: ___ Days    HARM    HIST    NONE

Psychiatrist Signature: _____    Date *5 Feb 02*

Inmate Name: *Wright Richard*    AIS #: *187140*    Page 2 of 2

# MHM CORRECTIONAL SERVICES, INC.
# MENTAL HEALTH SERVICES

## ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

INVOLUNTARY MOVEMENT RATINGS:  Rate highest severity observed. Rate movements that occur upon activation one less than those observed spontaneously.

CODE: 0–No involuntary movement
1–Minimal, may be extreme
2–Mild
3–Moderate
4–Severe

DATE: _5 Feb 02_

PHYSICIAN EXAMINER:
_Wendell Bell, MD_

Do one every six months. File in medical records under other documents tab.

|  |  | (CIRCLE ONE) |
|---|---|---|
| FACIAL AND ORAL MOVEMENTS | MUSCLES OF FACIAL EXPRESSION: Movements of eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing | ⓪  1  2  3  4 |
|  | LIPS AND PERIORAL AREA: puckering, pouting, smacking | ⓪  1  2  3  4 |
|  | JAW: biting, clenching, chewing, mouth opening, lateral movement | ⓪  1  2  3  4 |
|  | TONGUE: rate only increases in movement both in and out of mouth NOT inability to sustain movement | ⓪  1  2  3  4 |
| EXTREMITY MOVEMENTS | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively, purposeless, irregular, comple, serpentine). DO NOT INCLUDE tremor (repetitive, regular rhythmic). | ⓪  1  2  3  4 |
|  | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot. | ⓪  1  2  3  4 |
| TRUNK MOVEMENTS | NECK, SHOULDERS, HIPS: rocking, twisting, squirming, pelvic gyrations | ⓪  1  2  3  4 |
| GLOBAL JUDGEMENTS | SEVERITY OF ABNORMAL MOVEMENTS | ⓪  1  2  3  4 |
|  | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | ⓪  1  2  3  4 |
|  | PATIENT'S AWARENESS OF ABNORMAL | No awareness ⓪<br>Aware, no distress 1<br>Aware, mild distress 2<br>Aware, mod. distress 3<br>Aware, severe distress 4 |
| DENTAL STATUS | CURRENT PROBLEMS WITH TEETH AND / OR DENTURES | NO ⓪<br>YES 1 |
|  | DOES PATIENT USUALLY WEAR DENTURES? | NO ⓪<br>YES 1 |

NAME: _Wright, Richard_    ID #: _187140_    LOCATION: _KCF_    DOB: _8/15/67_

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6 June 01 | | Pt seen for brief evolution for reported bizarre behavior in population / segregation — pt reportedly hyperventilating, pours water over head, & "preaching the Word of God." Pt treated for mental illness in County jail. Affect bright. Mood euphoric. Hyperverbal. No insight. Hyperreligious. Axi I: Schizoaffective Disorder. Axis II: NP (1) Prolixin — Dec 25mg IM now & then Ø 2 weeks (2) Cogentin 2 mg BID Pt refusing medication. Will transfer to Kilby for care if pt cannot be persuaded to take medication. | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/m | DCC |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICE
## TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (*REVIEW*)

Treatment Plan Reviewed on: *6/28/01*     Treatment Plan Initiated on: *6/7/01*
Institution: *KCF*                        Admitted to Unit on: *6/6/01*
Level Currently assigned: _____

### CURRENT STATUS

Problem #1  *Delusional thoughts.*
Target Date for Resolution: *7/7/01*
Status:            Resolved ☐      No Change ☐      Modified ☑ *problem*
Outcome/Modification:                                            *slightly ↓*

Problem #2  *Noncompliance c̄ meds.*
Target Date for Resolution: *7/7/01*
Status:            Resolved ☐      No Change ☐      Modified ☑ *Resistant but*
Outcome/Modification:                                            *still compliant*
                                                                 *currently.*

Problem #3  *Inappropriate sexual behavior.*
Target Date for Resolution: *7/7/01*
Status:            Resolved ☑      No Change ☐      Modified ☐
Outcome/Modification:

Comments:

Level Change?    Yes ☐    No ☐        New Level: _____

                         Second Page attached:     Yes ☐  No ☐   *G. Rankin [Psy.]*
Psychiatrist: _____   Psychologist: _____
Mental Health Nurse: *___ Tue Ohm LPN*  Activities Tech: *Sharon D _____*
Treatment Coordinator: *a. Mitchell, M.S.*  Correctional Officer Present:  Yes ☐  No ☐
Inmate Agreement: *(Inmate refused to sign.)*   Date: *6/28/01*
Next Treatment Plan Review to be Conducted by:_____  (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name  *Wright, Richard*          AIS # *187140*