# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: INTENSIVE PSYCHIATRIC STABILIZATION UNIT  *(REVIEW)*

Treatment Plan Reviewed on: _6/14/01_    Treatment Plan Initiated on: _6/7/01_
Institution: _KCF_    Admitted to Unit on: _6/6/01_

## CURRENT STATUS:

Problem #1 _Delusional thoughts._

Target Date for Resolution: _7/7/01_
Status:    Resolved ☐    No Change ☐    Modified ☑
Outcome/Modification:
_improved._

Staff Member(s) Responsible: _Mitchell, Harrison, Bell, RNs, LPNs, COs,_  Frequency: _daily_

Problem #2 _Non-compliant c̅ medications._

Target Date for Resolution: _7/7/01_
Status:    Resolved ☐    No Change ☐    Modified ☑
Outcome/Modification:
_improved._

Staff Member(s) Responsible: _Mitchell, Bell, Harrison, RNs, LPNs_  Frequency: _daily_

Problem #3 _Inappropriate sexual behavior_

Target Date for Resolution: _7/7/01_
Status:    Resolved ☐    No Change ☐    Modified ☑
Outcome/Modification:
_improved._

Staff Member(s) Responsible: _Mitchell, Harrison, COs_  Frequency: _daily_

Comments:

Plan if inmate not stabilized within 30 days of admission:

Psychiatrist: _____    Second Page attached:    Yes ☐   No ☑    _R. Rahat, Psy_
Mental Health Nurse: _M. Denniston_    Psychologist: _____
Treatment Coordinator: _A. Mitchell, M.S._    Activities Tech: _N/A_
                                              Correctional Officer Present: Yes ☐   No ☐
Inmate Agreement: _Richard W. Wright Sr.,_    Date: _6/14/01_
Next Treatment Plan Review to be Conducted by:    (within one week)

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: ~~RESIDENTIAL TREATMENT UNIT~~ *SU*

Treatment Plan Initiated on: *6/7/01*    Treatment Coordinator: *Ange-Marie Mitchell, M.S., MHP*
Institution: *KCF*    Admitted to ~~RTU~~ on: *10/6/01*
Level Currently Assigned: _____   *SU*

DSM IV Diagnosis:
Axis I: *Schizoaffective Disorder*
Axis II: *PD*
Axis III: *None Current*
Axis IV: *Incarceration, noncompliance c̄ medication*
Axis V: *GAF = .50*

| Problem #1 *Inmate expresses delusional thoughts.* |
| --- |
| Goal: *Inmate will be able to converse with staff for 30 minutes without expressing delusional beliefs* |
| Target Date for Resolution: *7/7/01* |
| Intervention(s): *Medication per Dr. Bell; monitor compliance & reinforce improvement* |
| Staff Member(s) Responsible: *Mitchell, Bell, Harrison, Rankart, RNs, LPNs, CO's*   Frequency: *daily* |

| Problem #2 *Inmate is not compliant with medication.* |
| --- |
| Goal: *Inmate will demonstrate 90-100% medication compliance.* |
| Target Date for Resolution: *7/7/01* |
| Intervention(s): *Individual counseling focused on medication education & relapse prevention.* |
| Staff Member(s) Responsible: *Mitchell, Bell, Harrison, RNs, LPNs*   Frequency: *daily* |

| Problem #3 *Inmate engages in inappropriate sexual behavior.* |
| --- |
| Goal: *Inmate will not engage in any inappropriate sexual behavior.* |
| Target Date for Resolution: *7/7/01* |
| Intervention(s): *Individual counseling: values clarification; social skills training* |
| Staff Member(s) Responsible: *Mitchell, Harrison*   Frequency: *daily* |

Second Page attached:    Yes ☐    No ☒
Psychiatrist: _____    Treatment Coordinator: *A. Mitchell, M.S., MHP*
Mental Health Nurse: *M. Davis RN*    Activities Tech: *N/A Roser, CO*
Correctional Officer Present: Yes ☒    No ☐    Psychologist: _____
Inmate Agreement: *Richard Wright*    Date: *6/7/01*
Treatment Plan Review to be Conducted by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name *Wright, Richard* | AIS # *187140* |
| --- | --- |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

ROUNDS CONTACT LOG: (circle all that applies)    INF    SU    (RTU)

NAME: _Wright, Richard_    AIS: _187140_

| DATE | PROBLEM IDENTIFIED YES/NO | IF YES LIST PROBLEM | PLAN OF ACTION/NOTES | STAFF NAME |
|------|---------------------------|---------------------|----------------------|------------|
| 7/2/01 | no | | | |
| 7/3/01 | no | | | |
| 7/5/01 | no | | | |
| 7/6/01 | no | | | RTH |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/13/01 | S. | Pt seen on RTU. Says he is "maintaining," and agrees that he has been doing well lately. No concerns or complaints. | |
| | O. | Alert, oriented. Affect is constricted. Denies any depression sx. No overt distress. | |
| | A. | Axis I/II as above. | |
| | P. | Continue weekly monitoring. A. Mitchell, M.S., MHP | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/m | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/6/01 | S. | Pt seen on South Ward. He reports that he is feeling "a little bit" better since taking his shot. No complaints at this time. | |
| | O. | Alert, oriented. Affect is still constricted but less so than it has been recently. Paranoia has also seemingly decreased. No significant distress observed. | |
| | A. | Axis I: Schizoaffective Disorder Axis II: PD | |
| | P. | Continue weekly monitoring. | A. Mitchell, M.S., MHP |
| 7-6-01 | | Pt. participated in both Rec & educational activity for thRS. 7-2-6-01 | B. Everette Act. Tech. |
| 7/13/01 | | Pt. complains that he does not feel well due to medication. Pt. participation fluctuates, for the week 7-9-01 thru 7-13-01 | B. Everette ⇒ Act. Tech. |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|------|------|------|
| Wright, Richard | 187140 | 33 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/22/01 | S. | Pt seen on RTU where he was moved this week. He says he is doing well & has no complaints. | |
| | O. | Alert, oriented, cheerful. Getting along well on sw. No overt distress. | |
| | A. | Axis I: Schizoaffective D/o | |
| | | Axis II: PD | |
| | P. | Continue weekly monitoring. | |
| | | | A. Mitchell, M.S. |
| 6/29/01 | S. | Pt seen on RTU (sw.) He does not seem to be doing as well as the time for his shot approaches. He is again complaining about the necessity of taking meds. Will refer to Dr. Bell. | |
| | O. | Alert, guarded. Seems a little paranoid. Affect is blunted. Accusing others of witchcraft. | |
| | A. | Axis I & II as above. | |
| | P. | Continue to monitor. Refer to Dr. Bell for medication management | |
| | | | A. Mitchell, M.S. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 21 June 01 | | Pt seen in F/u at cell on PMH unit. Pt reports he is doing well. Affect bright. No unusual behaviors, including excessive cleaning. AXIS I: Schizoaffective disorder Axis II: PD Continue care Move to SW. F/u c̄ 1 week | |
| 22 June 01 | | Pt seen in F/u on SW. Doing well Affect bright. No unusual behav. Axis D/M: As above Continue care F/u c̄ 1 week | |
| 6/29/01 | | Pt. participated in rec. activities only. Not interested much in educational aspect. A. Reeder - Act. Rec. | |
| 6-29-01 | | Pt Has not participated in any educational non recreational activities (6-25-28-01) w/the exception of playing ping-pong on 6-29-01 | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/M | KLF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/12/01 | S. | Pt seen on su (Mental Health). Pt states that he continues to do well + has no complaints. | |
| | O. | Alert, oriented. Denies SI/HI, A/V hallucinations. Affect is bright, smiling. Mood is reported to be "good." No overt distress. | |
| | A. | Axis I: Schizoaffective Disorder Axis II: PD | |
| | P. | Continue to monitor daily. Consider for passes to su (RTU). | |
| | | A. Mitchell, M.S., MHP | |
| 6/19/01 | S. | Pt is doing "very well" by his report, on su (MH). He has been doing well on passes to RTU. No complaints except that he has not yet received his property from receiving. | |
| | O. | Alert, oriented, smiling. Affect is bright and cheerful. No MH sx reported. No overt distress noted. | |
| | A. | Axis I/II as above. | |
| | P. | Continue to monitor daily. | |
| | | A. Mitchell, M.S., MHP | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/12/01 | S. | Pt states that he is doing well + has no complaints. He has been compliant ō medi since arriving @ KCF. He has also been rather meticulous about keeping his cell clean; so far, it does not seem that this cleanliness is obsessive. | |
| | O. | Alert & oriented. No behavior problems noted. Denies SI/HI ξ A/V hallucinations. No overt distress or evidence of delusions observed. | |
| | A. | Axis I: Schizoaffective Disorder Axis II: PD | |
| | P. | Continue to monitor daily. | |
| | | | A. Mitchell, M.S. |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11 June 01 | | Pt seen in F/u at cell on P-1. Pt reports he is doing well. Affect bright. Less confused. No unusual behavior. No mania or other psychotic signs. Axis I: Schizoaffective disorder. Axis II: PD. ① Continue care ② ↑ status & move to SW RTP ③ F/u ≤ / week | |
| 12 June 01 | | Pt seen in F/u at cell on MH. Pt reports he is doing well. Affect bright. Reoriented. Axis I/II: As above ① Continue care ② F/u ≤ / week. | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/7/01 | S. | Inmate Wright was seen individually at his cell on su (P-1). He reports that he is doing well except for a rash on his penis. (He was referred to an MD). Otherwise he has no complaints. | |
| | O. | Alert and appears oriented. Talkative and polite. Denies hearing voices, SI, HI. No overt distress. Affect and mood are WNL. | |
| | A. | Axis I - Schizoaffective D/o   II - PD NOS | |
| | P. | Continue to monitor daily. Consider moving to MH and eventually to South Ward (RTU).     A. Mitchell, M.S., MHP | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/m | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

7 June 01 — Pt seen at cell on P-1, where pt transferred to yesterday from Bryson at my direction. Pt now says he will take all prescribed medication and reports he is "ok."

Affect bright. Mood mildly euphoric. No insight.

AXIS I: Schizoaffective Disorder
AXIS II: —

① Continue care
② F/u ≤ 1 week

*Psych Eval Forms Completed*

8 June 01 — Pt seen in F/u at cell on P-1. Pt reports he is well but feels "a little confused." Affect bright. Mood not any longer euphoric. Pt quiet.

AXIS I/II: As above
Continue care
Move to SW in RHU
F/u ≤ 1 week.

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187140 | 33 | B/M | KLF |

F-61

Ms. Willis

I would like to talk to you about a few mind bothering thoughts. Miss Gordon Call me to talk to her Friday but I really did not tell her anything. Thanks For your time add With LOVE.

Mr. Richard Wayne Wright Sr.
A.I.S # 187140
Bed 1 Dorm 8

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHIATRIC EVALUATION

Referred by:
[X] Admission to Institution   [ ] Mental Health Staff   [ ] Medical Staff   [ ] Other_____

Reason for Referral (Presenting Problem):
Pt referred from Draper because of bizarre behavior and refusal to take anti-psychotic medication.

Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):
Pt has ~~history~~ no known mental health history but presented to mental at Draper with complaints by officers that he was masturbating, pouring water on himself, and "preaching the word." Pt admits to this & has no insight into its bizzareness. Collateral information indicates Pt's crime of assault and attempted murder may have been related to delusional behavior.

Pertinent Medical History (allergies):
None known

Substance Abuse History:
None known

Pertinent Personal/Family History (inmate's sentence):
Unknown

Institutional Adjustment (current placement):
Poor because of psychotic disorder

| Inmate Name | | Page 1 of 2 |
| --- | --- | --- |
| Wright, Richard | AIS # 187140 | |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## PSYCHIATRIC EVALUATION

**Mental Status Examination:**

Appearance and Behavior: _appropriately dressed & groomed_

Mood and Affect: _mood euphoric; affect bright_

Speech and Language: _hyperverbal_

Thought Process: _[grandiose delusions; hyperreligion_

Thought Content and Perceptions:]

Cognitive Assessment/Memory: _wnl_

Insight/Judgement: _poor insight / poor judgnt_

Sleep/Appetite: _wnl_

**Suicide/Violence Risk Assessment:**

Past Suicidal Ideation/Attempts (dates and methods): _None known_

Current Suicidal Ideation and Behavior:

Past Violent/Assaultive Behavior: _H/O assault_

Current Violent/Assaultive Ideas/Behavior: _Crime attempted murder_

**Diagnostic Impression**

Axis I: _Schizoaffective Disorder_

Axis II: _PDD_

Axis III: _None known_

Axis IV: _None_

Axis V: _GAF 25 / 65_

**Treatment Recommendations (including medications/labs ordered/special housing)**

① Prolixin - Dec 25 mg IM Q 2 weeks

② Cogentin 2 mg po BID

Involuntary meds for imminent pt

Mental Health Code: __wells__ SMI __ HARM __ HIST __ NONE

Psychiatric Follow-Up Required Within: ___ Days

Psychiatrist Signature _____   Date _7 June 0?_

Inmate Name _Wright, Richard_    AIS # _187140_    Page 2 of 2

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

| | | |
|---|---|---|
| Institution: KCF | | |
| Inmate Name: WEIGHT, RICHARD. | □ RTU ☑ SU | Date/Time of Admission: 9.5.02 -10 |
| | AIS#: 187140 | DOB: 8.15.67 |

T-177

### Vital Signs

| BP 150/100 | P 72 | R 20 | HT 5' 11" | WT 208 lbs | Allergies: NKA |
|---|---|---|---|---|---|

### Past Medical History

□ Diabetes  □ Heart Disease  □ Kidney Disease  ☑ Hypertension  □ Cancer  □ TB
□ Seizures  □ Peptic Ulcer  □ Back Problems  □ Liver Disease  □ Stroke
□ COPD  □ Congenital D/O  □ Peripheral Vascular Disease  □ Other

### Assistive Devices

☑ Walker  □ Crutches  □ Cane
□ Glasses  □ Hearing Aid  □ Partial Dentures  □ Wheelchair  □ Artificial Limb(s)
□ Other:  □ Upper Dentures  □ Lower Dentures

Major Illnesses / Accidents / Surgeries / etc. NONE

Current Medical Problems: NONE

Current Medications / Dosages: States he was taken off Prolixin

Medication Compliance: □ 100%  □ 50% to 90%  □ 10% to 40%  □ 0%
Sleep Pattern: □ Insomnia  ☑ Difficulty Falling Asleep  □ Difficulty Waking Up  □ Other:
Tobacco/Amount: —Ø—  Caffeine/Amount: (C) 2 cups/day
Hygiene:  □ Good  ☑ Fair  □ Poor  Showers ____ times a week
Appetite: ☑ Good  □ Fair  □ Poor  □ Appears Adequately Nourished  □ Deficit
History of Failure to Eat / Hunger Strikes: □ No  □ Yes  Last Episode (explain)_____

### PSYCHIATRIC HISTORY

Symptoms of First Psychiatric Event / Age of Onset: Denies - States he's perfectly sane

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:

Side-Effects Experienced / Causative Medications:
Prolixin - States causing them to have a night mare

History of Aggression / Acting Out Behavior:  □ Yes  ☑ No
Last Episode (explain):

Page 1 of 2

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

## Educational Assessment

Highest Grade Completed: 12 th  graded Regular Classes   ☐ Special Education
☒ Able to Read   ☒ Able to Write   ☐ Able to Communicate   ☐ Able to Understand Current Diagnosis
☐ Unable to Read   ☐ Unable to Write   ☐ Unable to Communicate   ☐ Unable to Understand Current Diagnosis

## Mental Status

**Age:**  ☒ Appears Stated Age   ☐ Appears Younger   ☐ Appears Older

**Dress/Grooming:**  ☐ Appropriate   ☐ Marginal   ☐ Disheveled   ☐ Bizarre

**Posture:**  ☒ Unremarkable   ☐ Rigid   ☐ Stooped

**Facial:**  ☐ Unremarkable   ☐ Hostile   ☐ Worried   ☐ Tearful   ☐ Sad

**Eyes:**  ☐ Unremarkable   ☐ Glances Furtively   ☐ Stares   ☐ Poor Eye Contact

**Motor Activity:**  ☐ Increased   ☐ Decreased   ☐ Gait Unsteady   ☐ Gait Rigid   ☐ Gait Slow
☐ Agitation   ☐ Tremors   ☐ Tics

**General Attitude/Behavior:**  ☒ Spontaneous   ☐ Preoccupied   ☐ Suspicious   ☐ Argumentative
☐ Self-Destructive   ☐ Withdrawn   ☐ Regressed   ☐ Seductive   ☐ Hostile

**Mood / Affect:**  ☐ Flat   ☐ Depressed   ☐ Euphoric   ☐ Apathetic   ☐ Fearful   ☐ Labile
☐ Blunt   ☐ Inappropriate   ☐ Constricted

**Speech / Communication:**  ☒ Normal   ☐ Aphasia   ☐ Slurred   ☐ Rapid   ☐ Mute
☐ Flight of Ideas   ☐ Confabulation   ☐ Muttering   ☐ Tangential   ☐ Loose Associations   ☐ Over Productive

**Thought Content:**  ☐ Suicidal Thoughts/Plans   ☐ Homicidal Thoughts/Plan   ☐ Antisocial Attitudes
☐ Phobias   ☐ Indecisiveness   ☐ Self-Derogatory   ☐ Excessive Religion   ☐ Bizarre   ☐ Self-Pity
☐ Assaultive Ideas   ☐ Hypochondriasis   ☐ Alienation   ☐ Obsessive   ☐ Blames Others   ☐ Suspiciousness
☐ Helplessness   ☐ Inadequacy   ☐ Poverty of Content   ☐ Ideas of Guilt   ☐ No Deficit Identified

**Abstract Thinking:**  ☒ Unimpaired   ☐ Concrete

**Delusions:**  ☐ None   ☐ Persecution   ☐ Systematized   ☐ Somatic   ☐ Other_____

**Hallucinations:**  ☐ None   ☒ Auditory   ☐ Visual   ☐ Olfactory   ☐ Tactile

**Memory:**  ☐ Grossly Intact   ☐ Inability to Concentrate   ☐ Poor Recent Memory   ☐ Poor Remote Memory

**Insight / Judgment:**  ☐ Unimpaired   ☒ Poor Judgment   ☒ Poor Insight
☐ Does not know reason for transfer to RTU/SU   ☐ Unmotivated for Treatment

Assessment Completed by:_____ Date:_____

☐   ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

Inmate Name  WRIGHT, RICHARD        AIS #  187140

# DAILY PATIENT ASSESSMENT
## DEPARTMENT OF CORRECTIONS

Nursing Observations (check only those which apply)

| | | 2/22/02 | | | 23 | | | 24 | | | 25 | | | 26 | | | 27 | | | 2/28 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shift | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N |
| **C O N D I T I O N** | ambulant | ✓ | | | | | | | | | | | | | | | ✓ | ✓ | | ✓ | | |
| | with assistance | | | | | | | | | | | | | | | | | | | | | |
| | up in chair | | | | | | | | | | | | | | | | | | | | | |
| | bed rest | | | | | | | | | | | | | | | | | | | | | |
| | good | ✓ | | | | | | | | | | | | | | | ✓ | ✓ | | ✓ | | |
| | fair | | | | | | | | | | | | | | | | | | | | | |
| | unchanged | | | | | | | | | | | | | | | | | | | | | |
| | depressed | | | | | | | | | | | | | | | | | | | | | |
| | irritable | | | | | | | | | | | | | | | | | | | | | |
| | confused | | | | | | | | | | | | | | | | | | | | | |
| | serious | | | | | | | | | | | | | | | | | | | | | |
| | uncooperative | | | | | | | | | | | | | | | | | | | | | |
| | side rails | | | | | | | | | | | | | | | | | | | | | |
| | up | | | | | | | | | | | | | | | | | | | | | |
| | down | ✓ | | | | | | | | | | | | | | | ✓ | ✓ | | ✓ | | |
| **SLEEP** | good | ✓ | | | | | | | | | | | | | | | ✓ | ✓ | | ✓ | | |
| | restless | | | | | | | | | | | | | | | | | | | | | |
| **APPE-TITE** | good (80-100%) | ✓ | | | | | | | | | | | | | | | ✓ | ✓ | | | | |
| | fair (30-80%) | | | | | | | | | | | | | | | | | | | | | |
| | poor (0-30%) | | | | | | | | | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | |
| **D I E T** | regular | ✓ | | | | | | | | | | | | | | | ✓ | ✓ | | | | |
| | diabetic | | | | | | | | | | | | | | | | | | | | | |
| | liquid | | | | | | | | | | | | | | | | | | | | | |
| | dialysis | | | | | | | | | | | | | | | | | | | | | |
| **M E D's** | taken as ordered | ✓ | | | | | | | | | | | | | | | | | | ✓ | | |
| | refused | | | | | | | | | | | | | | | | ✓ | | | | | |
| | absent from pill call | | | | | | | | | | | | | | | | | | | | | |
| **S K I N** | rash | | | | | | | | | | | | | | | | | | | | | |
| | edema | | | | | | | | | | | | | | | | | | | | | |
| | warm & dry | ✓ | | | | | | | | | | | | | | | ✓ | ✓ | | ✓ | | |
| **BATH** | self | ✓ | | | | | | | | | | | | | | | | | | ✓ | | |
| | assist | | | | | | | | | | | | | | | | | | | | | |
| **ELIMI-NATION** | foley | | | | | | | | | | | | | | | | | | | | | |
| | incontinence | B | | | | | | | | | | | | | | | B/P | B/P | | B/P | | |
| | urine | B | | | | | | | | | | | | | | | | | | | | |
| | feces | B | | | | | | | | | | | | | | | | | | | | |

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | AGE | R/S | AIS NUMBER | INST |
|---|---|---|---|---|---|
| WRIGHT, RICHARD | 8/15/67 | 34 | B/M | 187140 | KCF |

**Nursing observations**
(check only those
that apply)

| | Date | 9/22/02 | | 23 | | 24 | | 25 | | 26 | | 27 | | 28 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shift | D | E | N | D | E | N | D | E | N | D | E | N | D | E |
| **VS** | temperature | | | | | | | | | | | | | | |
| | pulse | | | | | | | | | | | | | | |
| | respiration | | | | | | | | | | | | | | |
| | blood pressure | | | | | | | | | | | | | | |
| | weight | | | | | | | | | | | | | | |
| **INTAKE** | days | | | | | | | | | | | | | | |
| | evening | | | | | | | | | | | 93 | | | |
| | nights | | | | | | | | | | | | | | |
| | 24hr total | | | | | | | | | | | | | | |
| **OUTPUT** | days | | | | | | | | | | | | | | |
| | evening | | | | | | | | | | | 96 | | | |
| | nights | | | | | | | | | | | | | | |
| | 24hr total | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| MD visited | | | | | | | | | | | | | | | |
| nurses initials | | | | | | | | | | | | | | | |
| Nurses signature | | | | | | | | | | | | | | | |

**WEEKLY SUMMARY**

Days _____

_____

_____

_____

_____

_____

Evening _____

_____

_____

_____

_____

_____

Nights _____

_____

_____

_____

_____

_____

F-20

# DAILY PATIENT ASSESSMENT
## DEPARTMENT OF CORRECTION

**Nursing Observations**
(check only those which apply)

| | | Date 2-14-02 | | 15 | | 16 | | 17 | | 18 | | 19 | | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shift | D | E N | D | E N | D | E N | D | E N | D | E N | D | E N | D | E N |
| C O N D I T I O N | ambulant | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | | |
| | with assistance | | | | | | | | | | | | | | |
| | up in chair | | | | | | | | | | | | | | |
| | bed rest | | | | | | | | | ✓ | ✓ ✓ | | | ✓ | |
| | good | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | |
| | fair | | | | | | | | | | | | | | |
| | unchanged | | | | | | | | | | | | | | |
| | depressed | | | | | | | | | | | | | | |
| | irritable | | | | | | | | | | | | | | |
| | confused | | | | | | | | | | | | | | |
| | serious | | | | | | | | | | | | | | |
| | uncooperative | | | | | | | | | | | | | | |
| | side rails | | | | | | | | | | | | | | |
| | up | | | | | | | | | | | | | | |
| | down | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | |
| SLEEP | good | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | |
| | restless | | | | | | | | | ✓ | ✓ ✓ | | | | |
| APPE-TITE | good (80-100%) | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | | |
| | fair (30-80%) | | | | | | | | | | | | | | |
| | poor (0-30%) | | | | | | | | | | | | | | |
| | refused | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | |
| D I E T | regular | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | |
| | diabetic | | | | | | | | | | | | | | |
| | liquid | | | | | | | | | | | | | | |
| | dialysis | | | | | | | | | | ✓ | | | | |
| M E D's | taken as ordered | | | | | ✓ | ✓ | | | ✓ | ✓ | | | ✓ | |
| | refused | | | | | | | | | | | | | | |
| | absent from pill call | | | | | | | | | | | | | | |
| S K I N | rash | | | | | | | | | | | | | | |
| | edema | | | | | | | | | | ✓ | ✓ | | | ✓ | |
| | warm & dry | | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | ✓ ✓ | | | ✓ | |
| BATH | self | | | | | | | | | | | | | | |
| | assist | | | | | | | | | | | | | | |
| ELIMI-NATION | foley | | B R P | | | B R P | B R P | B R P | | B S P | B R P | B R P | | | B R P |
| | incontinence | | | | | | | | | | | | | | |
| | urine | | | | | | | | | | | | | | |
| | feces | | | | | | | | | | | | | | |

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | AGE | R/S | AIS NUMBER | INST |
|---|---|---|---|---|---|
| Wright, Richard | 8-15-67 | | Bm | 187143 | KCF |

**Nursing Observations**
(check only those which apply)

| | | Date | 2-14-02 | | 2-15-02 | | 16 | | 17 | | 18 | | 19 | | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Shift | D | E | D | E | D | E | D | E | D | E | D | E | D | E |
| VS | temperature | | | | | | | | | | | | | | | |
| | pulse | | | | | | | | | | | | | | | |
| | respiration | | | | | | | | | | | | | | | |
| | blood pressure | | | | | | | | | | | | | | | |
| | weight | | | | | | | | | | | | | | | |
| I N T A K E | days | | | | | | | | | | | | | | | |
| | evening | | | | | | | | 98 | | 98 | | | | | |
| | nights | | | | | | 98 | | | | | | | | | |
| | 24hr total | | 98 | | | | | 98 | | | | | | | | |
| O U T P U T | days | | | | | | | | | | | | | | | |
| | evening | | | | | | | | 98 | | 98 | | | | | |
| | nights | | | | | | 98 | | | | | | | | | |
| | 24hr total | | 8- | | | | | 98 | | | | | | | | |
| O T H E R | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| MD visited | | | | | | | | | | | | | | | | |
| nurses initials | | | | | | | | JS | JS | JS | | JS | | | | |
| Nurses signature | | | | | | | | | | | | | | | | |

WEEKLY SUMMARY

Days
_____

_____

_____

_____

_____

_____

Evening
_____

_____

_____

_____

_____

_____

Nights
_____

_____

_____

_____

F-20

# DAILY PATIENT ASSESSMENT
## DEPARTMENT OF CORRECTIONS

2/02

| Nursing Observations (check only those which apply) | Date | 5 | | | 6 | | | 10 | | | 11 | | | 12 | | | 13 | | | 14 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shift | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N |
| **C O N D I T I O N** | ambulant | ✓ | | | ✓ | | | ✓ | | | | | | | | | ✓✓ | | | | | |
| | with assistance | | | | | | | | | | | | | | | | | | | | | |
| | up in chair | | | | | | | | | | | | | | | | | | | | | |
| | bed rest | | | | | | | | | | | | | | | | ✓ | | | | | |
| | good | ✓ | | | ✓ | | | ✓ | | | ✓ | | | | | | ✓ | | | | | |
| | fair | | | | | | | | | | | | | | | | | | | | | |
| | unchanged | | | | | | | | | | | | | | | | | | | | | |
| | depressed | | | | | | | | | | | | | | | | | | | | | |
| | irritable | | | | | | | | | | | | | | | | | | | | | |
| | confused | ✓ | | | | | | | | | | | | | | | | | | | | |
| | serious | | | | | | | | | | | | | | | | | | | | | |
| | uncooperative | | | | | | | | | | | | | | | | | | | | | |
| | side rails | | | | | | | | | | | | | | | | | | | | | |
| | up | | | | | ǀ | ǀ | | | | | ǀ | | | | | | | | | | |
| | down | | | | | | | | ✓ | | | ✓ | | | | | | ✓ | | | | |
| **SLEEP** | good | ✓ | | | | | | | | | | | | | | | | | | | | |
| | restless | | | | | ✓ | | | | | | | | | | | | | | | | |
| **APPE-TITE** | good (80-100%) | | | | | | | | | | | | | | | | | | | | | |
| | fair (30-80%) | | | | | | | | | | | | | | | | | | | | | |
| | poor (0-30%) | | | | | | | | | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | ✓ | | | | | |
| **D I E T** | regular | ✓ | | | ✓ | | | ✓ | | | | | | | | | | | | | | |
| | diabetic | | | | | | | | | | | | | | | | | | | | | |
| | liquid | | | | | | | | | | | | | | | | | | | | | |
| | dialysis | | | | | | | | | | | | | | | | | | | | | |
| **MED's** | taken as ordered | | | | | ✓ | | | ✓ | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | |
| | absent from pill call | | | | | | | | | | | | | | | | | | | | | |
| **SKIN** | rash | | | | | | | | | | | | | | | | | | | | | |
| | edema | | | | | ✓ | | | ✓ | | | ✓ | | | | | ✓ | ✓ | | | | |
| | warm & dry | ✓ | | | ✓ | | | | | | | | | | | | | | | | | |
| **BATH** | self | | | | | | | ✓ | | | ✓ | | | | | | ✓ | | | | | |
| | assist | | | | | | | | | | | | | | | | | | | | | |
| **ELIMI-NATION** | foley | | | | | | | | | | | | | | | | | | | | | |
| | incontinence | B B B | | | B B B | | | B B B | | | B B B | | | | | | B B B P | B B P P | | | | |
| | urine | | | | | | | | | | | | | | | | | | | | | |
| | feces | | | | | | | | | | | | | | | | | | | | | |

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | AGE | R/S | AIS NUMBER | INST |
|---|---|---|---|---|---|
| Wright, Richard | 8/15/67 | 34 | B/M | 187140 | KCF |

## Nursing Observations
(check only those which apply)

| | | Date | 5 | | | 6 | | | 10 | | | 11 | | | 12 | | | 13 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Shift | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E |
| VS | temperature | | 97⁹ | | | | | | | | | | | | | | | | | | | |
| | pulse | | 72 | | | | | | | | | | | | | | | | | | | |
| | respiration | | 20 | | | | | | | | | | | | | | | | | | | |
| | blood pressure | | 134/82 | | | | | | | | | | | | | | | | | | | |
| | weight | | 203 lbs | | | | | | | | | | | | | | | | | | | |
| INTAKE | days | | 95 | | | | | | 95 | | | 95 | | | | | | 95 | | | | |
| | evening | | | | | | 95 | | | | | | | | | | | | | | | |
| | nights | | | | | | | | | | | | | | | | | | | | | |
| | 24hr total | | | | | | | | | | | | | | 95 | | | | | | | |
| OUTPUT | days | | 95 | | | | | | 95 | | | 95 | | | | | | 95 | | | | |
| | evening | | | | | | 95 | | | | | | | | | | | | | | | |
| | nights | | | | | | | | | | | | | | | | | | | | | |
| | 24hr total | | | | | | | | | | | | | | 95 | | | | | | | |
| OTHER | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| MD visited | | | | | | | | | | | | | | | | | | | | | | |
| nurses initials | | | JJ | | | JJ | | | JJ | | | | | | JS | JJ | | | | | | |
| Nurses signature | | | J Joaquin | | | J Joaquin | | | J Joaquin | | | | | | W Solomon | | | J Joaquin | | | | |

## WEEKLY SUMMARY

Days

Evening

Nights

F-20

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION: Kilby

A #013
NAME: Wright, Richard

NUMBER: 187240

R/S: B/M

Lay-in for ____ days from ____ (date) ____ due to ____ (date)

Instructions: Please phone pt in MH at 006. Pt may have mattress, blanket, clothes, ol personal belongings and regular food trays.

Failure to follow the directions above may result in a disciplinary

Ms. Biven - Tutt

**INMATE REQUEST SLIP**

Name Richard Wayne Wright   Quarters 20-7   Date 4-15-04

AIS # 187140

( ) Telephone Call        ( ) Custody Change        (✗) Personal Problem
( ) Special Visit         ( ) Time Sheet             (✗) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

I talk with you monday about the
Mental Health status I am place in
after I wrote the request slip to
Captain Nettles. You told me it
I did not hear from you by
Wednesday 4-14-04 to send you
a request slip.

                Sincerely,
                Richard W. Wright

**Do Not Write Below This Line - For Reply Only**

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (Check One)

( ) Warden        ( ) Deputy Warden        ( ) Captain

## INMATE REQUEST SLIP

Name Richard Wright  Quarters 2D-7 Date 4-16-04

AIS # 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Captain Nettles I though this situation
with the Mental Health issue was
over lately my classification
specialist brought it up again
saying that whats permitting
me to transfer, I wonder is
there something you can do to
get this Matter resolve.

Do Not Write Below This Line - For Reply Only

RECEIVED APR 1 2 2004 MBI Nard Oberucci

by Capt. Nettles Released MB-1

COMPLETED APR 1 2 2004

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden    ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary  ( ) Record Office



NaphCare

## INMATE FOOD SERVICE WORKER CLEARANCE

**MEDICAL RECORD REVIEW:**

Past history of hepatitis:          ! Yes    ! (No)
TB test current:                    (Yes)    ! No
TB test negative:                   (Yes)    ! No

If history of positive TB test, verified completed treatment:        _____ (Date)

**PHYSICAL ASSESSMENT:**

Open sores or rashes on hands, arms, face and neck:    ! Yes    (No)
Has diarrhea:                                          ! Yes    (No)
Has a cough:                                           ! Yes    (No)
Lungs clear to auscultation:                           ! Yes    (No)
Signs and symptoms of other contagious diseases:       (Yes)    ! No
                                                       ! Yes    (No)

Specify: _Nose bleed when he gets hot_

This inmate's Medical Record has been reviewed and he/she has been examined:

! He/she IS medically cleared for duty as a food service worker.
(! He/she IS NOT medically cleared for duty as a food service worker.)

_Gloria Rogers_
Signature                                              10/17/03
                                                       Date

| NAME: Wright, Richard | ID#/DOB: 8/15/67 - 187140 | LOCATION: 19-5 |

HEALTH EDUCATION

FOOD SERVICE WORKER GUIDELINES

## HAIRNETS

1.    Put hairnet on before washing hands.

2.    Be sure to include all hair, especially bangs on the front of the head.

3.    Do not touch hair or hairnet when handling food.

## HANDWASHING

1.    Turn warm water on.

2.    Wet hands.

3.    Lather hands with soap.  Scrub at least 30 seconds.

4.    Rinse off bar of soap.  Replace in soap dish.

5.    Rinse hands.

6.    Dry hands with paper towels.

7.    Turn faucet off with paper towels.

## SICKNESS

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_____
                    Inmate Signature

10/17/03
_____
                    Date

_____
                    Nurse Signature

10/17/03
_____
                    Date

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Bullock_
INSTITUTION

_Wright Richard_
NAME

_187340_  _B/m_
R/S    NUMBER

Lay-in for _____ days from _____ (date)

due to _____ (date)

Instructions: _HC Cream x 20 days  KOP_

_6-10-03 ————— 6-30-03_

_Failure to follow the directions above may result in a disciplinary._

_6-15-03_   _M. Clark_

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _6 , 10 , 03_  ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bullock_

REASON FOR
PROFILE _Razor Rash_

TREATMENT: _Shaving profile X 60 days_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _8 , 10 , 03_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden _____/_____/_____
         DATE

☐ Inmate _____/_____/_____
         DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Wright, Richard | 8-15-67 | 35 | B/m | 187140 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

Bullock
INSTITUTION

Wright Richard        187146  Bm
NAME                  NUMBER    R/S

_____ days from _____ to _____
(date)

_____ due to _____
(date)

HC cream X30days.
04/02/03 → 04/22/03

ructions: Apply small amount
    of cream to affected area
    of the body twice a day
    X30days

Failure to follow the directions above may result in a disciplinary.

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: *04,02,03* ORIGINATING INSTITUTION/WORK RELEASE CENTER *Bullock*

REASON FOR
PROFILE *Razor Bumps*

TREATMENT: *Shaving Profile x 60 days.*

## SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on *06,02,03*.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
    DATE
☒ Inmate *04,02,03*
    DATE

*V. Smith LPN*
NURSE'S SIGNATURE
(Distributed By)

*Dr. Siddiq V. Smith LPN*
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| *Wright Richard* | *8/15/67* | *34* | *BM* | *187140* |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_____
INSTITUTION

Bullock

NAME

Wight Richard

NUMBER    R/S

187146  187146

Lay-in for _____ days from _____ to _____
                        (date)        (date)

due to _____
           (date)

H/C Cream X Body
K.O.P. Stop 2/20/03

Instructions: _____

_____

_____

_____

_____

_Failure to follow the directions above may result in a disciplinary._

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 01 /31 /03   ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bullock_

REASON FOR
PROFILE  _Rash_

TREATMENT: _Shaving Profile X 60 days._

### SHAVE PROFILE INSTRUCTIONS



1.  Specific area of face or neck involved is to be identified on the above profiles by the physician.
2.  Hair in the areas shown on the diagrams is not to exceed 1/8".
3.  The type shave to be used is clipper.
4.  This shaving profile expires on  03 /31 /03 .
5.  Any corrections automatically cancel this profile authorization.
6.  If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7.  Designated copies of this Shaving Profile Authorization have been distributed to:

    ☐  Warden  01 /31 /03
                    DATE
    ☐  Inmate  01 /31 /03
                    DATE

_CE Rasbury_                                    _Dr Sidley_
NURSE'S SIGNATURE                               PHYSICIAN'S SIGNATURE
(Distributed By)                                (Authorization)

| FULL NAME  (Last, First, Middle) | Date of Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Wright Richard_ | 8 15 67 | | 1 | 187140 |

ORIGINAL - Blue Medical Jacket                    PINK - Warden
YELLOW - Inmate

F-13

# Release of Responsibility

Wright Richard                                    11-19-02
_____                    _____
Name of Inmate                                 Date

187140
_____
Inmate ID Number/Date of Birth


I hereby refuse to accept the following treatment / recommendations:

_____

_____

_____


I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.


Wright Richard                                 Joseph Fitzpatrick
_____                    _____
Inmate Signature                               Witness


_____
Date / Time


The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.


_____                    _____
Witness                                        Date / Time

                                               Refused sick call
_____                    11/19/02
Witness                                         Fitzpatrick RN


Release of Responsibility

                                                              NC025

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 11/20/02 ORIGINATING INSTITUTION/WORK RELEASE CENTER Bullock

REASON FOR PROFILE Rash to face

TREATMENT: Clipper shave x 60 days

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 1/20/03.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden _____/_____/_____
             DATE
☑ Inmate 11/20/02
             DATE

_____
NURSE'S SIGNATURE
(Distributed By)

_____
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Wright, Richard | 8-15-67 | 35 | Bm | 187140 |

ORIGINAL – Blue Medical Jacket
YELLOW - Inmate                    PINK - Warden

F-13

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 9 /20/ 02  ORIGINATING INSTITUTION/WORK RELEASE CENTER Bullock

REASON FOR PROFILE  Rash to face

TREATMENT: Shaving profile x 60 days

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on 11/20/02
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
    DATE
☒ Inmate 9 20 02
    DATE

NURSE'S SIGNATURE C Chisson Rn
(Distributed By)

PHYSICIAN'S SIGNATURE Dr Sippial TJohnson
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Wright, Richard | 2/15/67 | 35 | BM | 137140 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _Non-schedule_ TREATMENT RECORD
(OTHER)

| DATE 8-15-02 | TIME 1630 AM **PM** | FACILITY _Bullock_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** N/A

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97⁸ ☐ ORAL ☐ RECTAL   RESP. 20   PULSE 80   B/P 140/92   RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S - Non-verbalized

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

No Skin Injuries Noted

**PHYSICAL EXAMINATION**

○ Bron ambulity to HCU, Alert, Oriented x? , Resp. rev And even. Skin W+D to touch. Complains of back pain, leg pain. No skin injuries noted. Absence of swelling, bruising or cuts. ?

**ORDERS, MEDICATION, etc.**

A - Routine Body Chart to DOC

P - ① Release to DOC
    ② X-ray (L) knee

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

RTN to HCU PRN

| RELEASE/TRANSFER DATE 8 / 15 / 02 | TIME 1630 AM **PM** | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 8/15/02 | PHYSICIAN'S SIGNATURE | DATE 8/16/ | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Wright, Richard | AGE 35 | DATE OF BIRTH 8 / 15 / 67 | R/S B/M | AIS # 187140 |
|---|---|---|---|---|

STATE DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
NOTICE OF INVOLUNTARY MEDICATION HEARING

To:    Inmate  Richard Wright          AIS#:  187140

Date:  8/20/02          Institution:  BCCF

From:  De Hammer
Involuntary Mediation Review Committee Chair

You are hereby notified that on  8/21/02  at  1 pm
an Involuntary Medication Hearing will be held to determine whether or not you may
be administered psychotropic medication against your will.

The hearing is being conducted because you have been diagnosed with a serious
mental illness and you are considered to be at risk for:

- ☐ Serious harm to yourself
- ☒ Serious harm to others
- ☐ Serious property damage
- ☒ Being unable to perform such life-sustaining functions as eating and drinking
- ☒ Serious deterioration in functioning

Medication has been offered to you but you have refused to accept it. The treatment
team is recommending that the following medication(s) be involuntarily administered:

Prolixin Dec
Artane
Li

In this process you have the following rights:

- To be present at the hearing
- To have assistance from a staff advisor to explain the purpose of the hearing and to assist you in presenting objections to involuntary medication. The staff advisor may not be someone involved in your current treatment
- To be unmedicated the day of the hearing
- To present alternatives to involuntary medication at the hearing
- To present information and call witnesses to the hearing
- To question staff who are supporting involuntary medication
- To have a copy of the Involuntary Medication Review Committee's written decision
- To appeal the Involuntary Medication Review Committee decision, if the decision authorizes involuntary medication
- To have a staff advisor assist in a appeal

You may not have an attorney present at the hearing.

I have been given a copy of the notice of the Notice of Involuntary Medication Hearing.

refused to reg.
Inmate Signature/Date

Harvey Rufflin OIS
Witness Signature/Date

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _06 / 19 / 02_  ORIGINATING INSTITUTION/WORK RELEASE CENTER _____

REASON FOR
PROFILE        _Razor Rash_
_____

TREATMENT:    _Shaving profile × 90 days_
              _06-19/2002        → 09/19/2002_

### SHAVE PROFILE INSTRUCTIONS



1.  Specific area of face or neck involved is to be identified on the above profiles by the physician.
2.  Hair in the areas shown on the diagrams is not to exceed 1/8".
3.  The type shave to be used is clipper.
4.  This shaving profile expires on _09/19/2002_
5.  Any corrections automatically cancel this profile authorization.
6.  If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7.  Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden _____/_____/_____
                    DATE
☑ Inmate _06 / 19 / 2002_
                    DATE

_____        _____
NURSE'S SIGNATURE                    PHYSICIAN'S SIGNATURE
(Distributed By)                     (Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| WRIGHT, RICHARD. W. | 08/15/1968 | 34 yr | B/M | 187140 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate                                    PINK - Warden

F-13

ntal Health Observation Form

Inmate Name _Wright, Richard_____ ID # _187140_____ Date/Time Initiated _____
Note: Time In 15 min. Increments

| Date | Time | Observer | Comments. |
|------|------|----------|-----------|
| 6/13/02 | 1400 | CM Stroman | S- "I am okay" |
| | | | A- Alive in safe cell. No S/C at cities noted this time. |
| | | | A- stable |
| | | | P- will continue to monit |
| 6/13/02 | 1605 | CM Stroman | S- |
| | | | barrier release from MHO to RTU i beginning for MS Curri. CR#9. |

Mental Health Observation Form

NC

# ntal Health Observation Form

Inmate Name Wright Richard          ID # 187140          Date/Time Initialed _____
Note: Time In 15 min. increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 06/13/02 | 12am | Jo. Laforest, Rn | S: None<br>O: Inmate sleeping. Respiration regular & unlabored<br>A: Stable<br>P: Continue to monitor |
| | 0200 | Jo. Laforest, Rn | S: None<br>O: Continues to sleep soundly<br>A: Stable<br>P: Continue to monitor |
| | 0400 | Jo. Laforest, Rn | S: None<br>O: Awake for breakfast. Quiet, relaxed. Sitting on side of bed N/c of any discomfort. No obvious distress. Appetite & fluid intake good |
| | 0500 | Jo. Laforest, Rn | S: I have a dull headache.<br>O: C/o dull headache in front of head. Tylenol 650 mg po given.<br>A: Stable<br>P: Continue to monitor |
| 6/13/02 | 0830 | Lm. Thomas, LPN | S- None<br>O- Standing at the door & head phone set on. No S/S of distress noted at this time.<br>A- Stable<br>P- Continue to monit |
| 6/13/02 | 1000 | Lm. Thomas N | S- "Iam Okay"<br>O- lying on bed covered & sheet & head phone set on. Plain ? breathing x3. No S/S at ct distre noted at this time.<br>A- Stable<br>P- Conti to mond |
| 6/13/02 | 1200 | Lm. Thomas N | S- None<br>O- Sitting up on bed & head set on Quiet. No S/S of distress noted at this time.<br>A- Stable<br>P- Will continue to monite |

Mental Health Observation Form

NC