

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard    187140    D.O.B.: 8 / 15 / 67 |
|---|---|
| 5/16/05 0900 | Blurry vision; headache; joints popping "cream for face |
| | BP 124/78  P-88  Pulse Ox 99  R-20  T 98.0  BP  Wt 171 1/4 lb |

O    has Still Some facial folliculitis.
in Spite of S/p.
blurred vision
Ext  Exam  PERRLA / EOMI
Finger NT.
m/s- Exam normal.

(A)   Chr. Allergic Rinents
? Malingering

P)  pseudofed —

(Q)   Reg. Hygiene



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Wright, Richard | D.O.B.: 8/15/67 |
|---|---|---|

0-23-05/1110    169.25# - 18 - 76 - 98.2 - 118/80 - c/o joints
popping, H/A, ↑ food, reg. BS ✓ ————— S Cottle/w

O) mostly Chronic realingerer —          Nasal Mucosa
all Joints normal Rom.                    congested

                        NT.              ↗

        HEENT NL —        Except

No Need for Extra food —

(#) Malingering — /  allergic Rhinitis.

(2,P)  Eye glasses in prison —

(3)  Reg. Exercise

| Date/Time | Inmate's Name: | Wright Richard | D.O.B: 8/18/40 |

8/18/05 - 9:40 am  Wt. 186#  T 97.8  B/P 110/40 R 20  P 60

c/o Ansole (both) feet

a)      feet hurts

      has normal feet

           c̄ very mild flat arch.

(1)     flat arches mild

          but functional

p)      Insoles

(3)     Reg. Exer —

                                                                                      ℞.

Mental Health Observation Form

Inmate Name WRIGHT, Richard          ID # 187140          Date/Time Initiated _____

Note: Time In 15 min. Increments

| Date | Time | Observer | Comments |
|---|---|---|---|
| 6/12/02 | 1400 | Ernestine Tyson LPN | S "I am alright" O-Inmate sitting on bed in cell. Alert and oriented X 3 No distress noted. A-Alteration in mental status P- Will continue Mental health obser. q2h as per protocol Ernestine Tyson LPN |
| 6/12/02 | 1600 | Ernestine Tyson LPN | S "Okay" O- No distress noted A- Altered mental status P- Will continue Mental Health obser. E. Tyson LPN |
| 6/12/02 | 1800 | Ernestine Tyson LPN | S "I ain't taking no medicine." That's what got me sick that medication." O-Inmate refused to take his medication A- Altered Mental status P- Will continue Mental health Obser. E. Tyson LPN |
| 6/12/02 | 2000 | Ernestine Tyson | S- NONE O- Lying in bed covered c a blanket. No distress noted. A- Altered Mental status P- Will continue Mental health obser. E Tyson LPN |
| 6/12/02 | 2200 | Ernestine Tyson LPN | S- NONE O- Lying in bed cover with a blanket. No distress noted. A- Altered Mental status P- Will continue Mental health obser. E. Tyson LPN |

Mental Health Observation Form

NC

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

Institution: **Bullock**

Inmate Name: **Wright Richard**     ☒ RTU    ☐ SU     Date/Time of Admission:

AIS#: **187140**     DOB: **08-15-1967**

### Vital Signs

| BP | P | R | HT | WT | Allergies: |
|---|---|---|---|---|---|
| 120/70 | 70 | 18 | | | NKA |

### Past Medical History

☐ Diabetes    ☐ Heart Disease    ☐ Kidney Disease    ☐ Hypertension    ☐ Cancer    ☐ TB
☐ Seizures    ☐ Peptic Ulcer    ☐ Back Problems    ☐ Liver Disease    ☐ Stroke
☐ COPD    ☐ Congenital D/O    ☐ Peripheral Vascular Disease    ☐ Other

### Assistive Devices

☐ Walker    ☐ Crutches    ☐ Cane
☐ Glasses    ☐ Hearing Aid    ☐ Wheelchair    ☐ Artificial Limb(s)
☐ Other:    ☐ Partial Dentures    ☐ Upper Dentures    ☐ Lower Dentures

Major Illnesses / Accidents / Surgeries / etc.

Current Medical Problems:

Current Medications / Dosages:

Medication Compliance:    ☐ 100%    ☐ 50% to 90%    ☐ 10% to 40%    ☐ 0%
Sleep Pattern:    ☐ Insomnia    ☐ Difficulty Falling Asleep    ☐ Difficulty Waking Up    ☐ Other:
Tobacco/Amount:    Caffeine/Amount:
Hygiene:    ☒ Good    ☐ Fair    ☐ Poor    Showers ____ times a week
Appetite:    ☒ Good    ☐ Fair    ☐ Poor    ☐ Appears Adequately Nourished    ☐ Deficit
History of Failure to Eat / Hunger Strikes:    ☐ No    ☐ Yes    Last Episode (explain)

### PSYCHIATRIC HISTORY

Symptoms of First Psychiatric Event / Age of Onset:

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:

Side-Effects Experienced / Causative Medications:

History of Aggression / Acting Out Behavior:    ☐ Yes    ☐ No
Last Episode (explain):

Page 1 of 2

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

### Educational Assessment

Highest Grade Completed: _____   □ Regular Classes   □ Special Education
□ Able to Read   □ Able to Write   □ Able to Communicate   □ Able to Understand Current Diagnosis
□ Unable to Read   □ Unable to Write   □ Unable to Communicate   □ Unable to Understand Current Diagnosis

### Mental Status

**Age:**   □ Appears Stated Age   ☑ Appears Younger   □ Appears Older

**Dress/Grooming:**   ☑ Appropriate   □ Marginal   □ Disheveled   □ Bizarre

**Posture:**   ☑ Unremarkable   □ Rigid   □ Stooped

**Facial:**   ☑ Unremarkable   □ Hostile   □ Worried   □ Tearful   □ Sad

**Eyes:**   ☑ Unremarkable   □ Glances Furtively   □ Stares   □ Poor Eye Contact

**Motor Activity:**   □ Increased   □ Decreased   □ Gait Unsteady   □ Gait Rigid   □ Gait Slow
□ Agitation   □ Tremors   □ Tics

**General Attitude/Behavior:**   ☑ Spontaneous   □ Preoccupied   □ Suspicious   □ Argumentative
□ Self-Destructive   □ Withdrawn   □ Regressed   □ Seductive   □ Hostile

**Mood / Affect:**   ☑ Flat   □ Depressed   □ Euphoric   □ Apathetic   □ Fearful   □ Labile
□ Blunt   □ Inappropriate   □ Constricted

**Speech / Communication:**   ☑ Normal   □ Aphasia   □ Slurred   □ Rapid   □ Mute
□ Flight of Ideas   □ Confabulation   □ Muttering   □ Tangential   □ Loose Associations   □ Over Productive

**Thought Content:**   □ Suicidal Thoughts/Plans   □ Homicidal Thoughts/Plan   □ Antisocial Attitudes
□ Phobias   □ Indecisiveness   □ Self-Derogatory   □ Excessive Religion   □ Bizarre   □ Self-Pity
□ Assaultive Ideas   □ Hypochondriasis   □ Alienation   □ Obsessive   □ Blames Others   □ Suspiciousness
□ Helplessness   □ Inadequacy   □ Poverty of Content   □ Ideas of Guilt   □ No Deficit Identified

**Abstract Thinking:**   ☑ Unimpaired   □ Concrete

**Delusions:**   □ None   □ Persecution   □ Systematized   □ Somatic   □ Other_____

**Hallucinations:**   □ None   □ Auditory   □ Visual   □ Olfactory   □ Tactile

**Memory:**   ☑ Grossly Intact   □ Inability to Concentrate   □ Poor Recent Memory   □ Poor Remote Memory

**Insight / Judgment:**   □ Unimpaired   □ Poor Judgment   □ Poor Insight
□ Does not know reason for transfer to RTU/SU   □ Unmotivated for Treatment

Assessment Completed by:_____   Date:_____

□   ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

| Inmate Name | AIS # |
|---|---|
| Wright Richard | 187140 |

# DEPARTMENT OF CORRECTION

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 6/03/02 | TIME 8:25 AM/PM | FACILITY Bullard ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98 ORAL RECTAL    RESP. 14    PULSE 100    B/P 130/74    RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

Routine body chart for doc

| ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

O2 Sat 94

∅ injuries

ORDERS, MEDICATION, etc.

DIAGNOSIS Routine Body Chart for DOC

INSTRUCTIONS TO PATIENT Clinic as needed

| RELEASE/TRANSFER DATE 06/03/02 | TIME 8:25 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Ramona Lehea | DATE 6/03/02 | PHYSICIAN'S SIGNATURE | DATE 6/5/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Wright Richard | AGE 34 | DATE OF BIRTH 8/15/67 | R/S Bm | AIS # 187140 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

*Copy*

DATE: _04 / 02 / 02_   ORIGINATING INSTITUTION/WORK RELEASE CENTER _BCCF_

REASON FOR PROFILE _razor rash_

TREATMENT: _Shaving profile X 60 days_

## SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _06 / 02 / 02_
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

[✓] Warden _04 / 02 / 02_
          DATE
[✓] Inmate _04 / 02 / 02_
          DATE

_Elizabeth LaForest, Rn_
NURSE'S SIGNATURE
Distributed By)

_Dr. Siddiq / el_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Wright  Richard_ | 8 / 15 / 67 | 34 | B/m | 187140 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

Mental Health  P&P# 71
Page 18 of 36

### ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### MENTAL HEALTH UNIT (RTU/SU): DISCHARGE SUMMARY

(Attach most recent treatment plan and reviews)

Admitted on: _July 17, 2001_    Date of Discharge Decision: _March 12, 2002_

Location: _BLCF Mental Health_    RTU ☑    SU ☐

Reason for RTU/SU Placement:

_SMI_

Treatment Progress on RTU/SU:

_Certificate for Anger Management_          _Referred To: Anger Management_
_Substance Abuse Program_                        _Substance Abuse Program_
_Domestic Violence_                                      _GED Program_
_Reality Therapy_

Current Mental Status:

_Client is able to function well to move to population._
_Mr. Wright is currently on Level 4 and has participated_
_in several groups and received certificates._

Discharge Diagnosis:

Axis I _Schizoaffective Disorder Disorder, Manic_

Axis II _Deferred_

Axis III _Deferred_

Axis IV _Prison_

Axis V _Current GAF = 70 / HPY = 80_

Current Medications: _N/A_

Inmate's Mental Health Code:    (SMI)    HARM    HIST    NONE

Follow-Up Treatment Recommendations:

_N/A_

Inmate compliant with medication?    Yes ☐    No ☑
Inmate placed in crisis cell last 30 days?    Yes ☐    No ☑

RTU/SU Psychiatrist: _____    Phone #: _____

RTU/SU Treatment Coordinator: _T. Willis, MHP_    Phone #: _(334) 738-5623 Ext. 16_

| Inmate Name | AIS # |
|---|---|
| _Richard Wright_ | _187146_ |

Page 11 of 14

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  *(REVIEW)*

Treatment Plan Reviewed on: *March 11, 2002*    Treatment Plan Initiated on: *August 16, 2001*
Institution: *Bullock County Corr. Facility*    Admitted to Unit on: *July 19, 2001*
Level Currently assigned: ___*4*___

## CURRENT STATUS

**Problem #1**  *Aggressive and Assaultive Behavior*
Target Date for Resolution: *May 4, 2002*
Status:        Resolved ☒    No Change ☐    Modified ☐
Outcome/Modification: *Referred to Anger Management group.*
*Objective is to verbalize feelings of anger in a controlled,*
*assertive way*

**Problem #2**  *Incompletion of requirements for high school diploma or*
*GED*
Target Date for Resolution: *May 4, 2002*
Status:        Resolved ☒    No Change ☐    Modified ☐
Outcome/Modification: *Referred to GED program. Objective is to identify*
*the negative consequences that have occurred due to lack*
*of high school diploma.*

**Problem #3**  *Alcohol and Drug History*
Target Date for Resolution: *May 4, 2002*
Status:        Resolved ☒    No Change ☐    Modified ☐
Outcome/Modification: *Referred to Substance Abuse Program.*
*Objective is to verbalize an understanding of personality,*
*social, and family factors that foster chemical dependence.*

Comments: *-Certificate for Anger Management*
*-Certificate for Substance Abuse Program*
*-Client has a high school diploma -*
Level Change?  Yes ☐  No ☒    New Level: _____

Second Page attached:    Yes ☐  No ☒

Psychiatrist: *Rudy Gorman, NP and*    Psychologist: *W. Chris*
Mental Health Nurse: *Mu Counts, R*    Activities Tech: *B. Hethcott*
Treatment Coordinator: *J. Wills*    Correctional Officer Present:  Yes ☐  No ☒

Inmate Agreement: *Richard Wright*                Date: *11 MAR 02*
Next Treatment Plan Review to be Conducted by: ___*April 4, 2002*___    (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | AIS # |
|---|---|
| *Richard Wright* | *187146* |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

ROUNDS CONTACT LOG: (circle all that applies)    INF    (SU)    RTU

_Bullock_

NAME: _Wright, Richard_          AIS: _187140_

| DATE | PROBLEM IDENTIFIED YES/NO | IF YES LIST PROBLEM | PLAN OF ACTION/NOTES | STAFF NAME |
|---|---|---|---|---|
| 2/25/02 | "None" | *Non-Compliant c̄ meds | Continue to monitor | _[signature]_ |
| 2/26 | "None" | "I don't need those medicines!" | Continue to monitor Offer Meds. | _[signature]_ |
| 2/27 | "None" | " " | " " | _[signature]_ |
| 2/28 | " | " " | D/c today " " " | _[signature]_ |
| 3/1/02 | D/c'd | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICE

### INTENSIVE PSYCHIATRIC STABILIZATION UNIT DISCHARGE TRANSFER FORM

*Intensive Psychiatric Stabilization Unit Institution Completes:*

Inmate Name: _Richard Wright_    AIS#: _187140_

SU Institution: _KCF_

Transfer to: _Bullock or Donaldson_    RTU    Yes ☒    No ☐

Date of Transfer Request: _2/28/02_

SU Director: _Dr. S. Jones, Ph.D._    Phone #: _(334) 215-6677_

Current Mental Status:

_Pt is A & O X 4. He has poor insight into his mental illness. Pt is sociable, friendly, and behaving appropriately. No overt distress._

Mental Health Concerns:

Housing Recommendation?    Yes ☒    No ☐

If yes, recommendation: _RTU_

Inmate compliant with medication?    Yes ☐    No ☒

Inmate placed in crisis cell last 30 days?    Yes ☐    No ☐

Other Mental Health Concerns:

_Pt should continue to be monitored regularly by psychiatrist and MH staff._

Inmate's Current Medication: _Prolixin - Dec 25 mg IM Q 2 wks (refused)_
_Artane 2 mg po BID (refused)_

*Mental Health Staff at Receiving Institution Completes:*

Transfer completed: _____

Mental health notified when inmate was received?    Yes ☐    No ☐

Inmate's medical record provided when returned?    Yes ☐    No ☐

Interim supply of medication provided by SU?    Yes ☐    No ☐

Discharge Summary/documentation in medical record?    Yes ☐    No ☐

Mental Health Staff at Receiving Institution: _____

| Inmate Name | Wright, Richard | AIS # | 187140 |
|---|---|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**MENTAL HEALTH UNIT (RTU/SU): DISCHARGE SUMMARY**

(Attach most recent treatment plan and reviews)

Admitted on: _2/5/02_    Date of Discharge Decision: _2/28/02_

Location: _KCF_    RTU ☐    SU ☒

Reason for RTU/SU Placement: _Pt assaulted another inmate while in KCF general population & it was discovered that he had been off his medications for several months._

Treatment Progress on RTU/SU:

_Pt accepted enough medication to stabilize him, then began to refuse meds (saying he didn't need them). As pt is behaving appropriately, there is no basis for forced medication at this time. Pt has obtained the maximum therapeutic benefit_

Current Mental Status: _as constrained by his unwillingness to take meds._

_Pt is A+0x4. He has poor insight into his mental illness. He is sociable, friendly, and behaving appropriately. No overt distress._

Discharge Diagnosis:

Axis I _Schizoaffective Disorder_

Axis II _PD NOS_

Axis III _None_

Axis IV _None Current_

Axis V _GAF = 75 (current)_

Current Medications: _Prolixin-Dec 25 mg IM Q 2 wks (refused)_
_Artane 2mg po BID (refused)_

Inmate's Mental Health Code:    (SMI)    HARM    HIST    NONE

Follow-Up Treatment Recommendations:

_Pt should continue to be monitored regularly by psychiatrist and MH staff._

Inmate compliant with medication?    Yes ☐    No ☒
Inmate placed in crisis cell last 30 days?    Yes ☐    No ☒

RTU/SU Psychiatrist: _____    Phone #: _____
RTU/SU Treatment Coordinator: _A. Mitchell, M.S._    Phone #: _(334) 215-6696_

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

ROUNDS CONTACT LOG: (circle all that applies) INF (SU) RTU

NAME: _Wright, Rubid_ AIS: _187140_

| DATE | PROBLEM IDENTIFIED YES/NO | IF YES LIST PROBLEM | PLAN OF ACTION/NOTES | STAFF NAME |
|------|---------------------------|---------------------|----------------------|------------|
| 2-18-02 | Yes | | Just a little sleepy, no problems, medications my sleepy | RD |
| 2-19-02 | NO | | NO Problems | RD |
| 2-20-02 | NO | | nurse advised he refused his medication this morning. "no I have no problems" | RD |
| 2-21-02 | Yes | | Did not take meds this morning why? I did not want it | RD |
| 2-22-02 | Yes | | PT is still not taking his medication did not ask him about it | RD |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Group Name:** _Jobs and Mental Health_                    **Date/Time:** _2-22-02 10:00 Am_

| Dress/Grooming: | ✓ Appropriate | Marginal | Disheveled | | |
|---|---|---|---|---|---|
| Motor Activity: | Decreased | Agitation | Tremors _Appropriate_ | | |
| General Attitude/Behavior: | ✓ Spontaneous | Preoccupied | Suspicious | Argumentative | Withdrawn |
| | ✓ Participated | Passively Attentive | Inattentive | Disruptive | Hostile |
| Mood/Affect: | Flat | Depressed | Euphoric | Anxious | Unremarkable |
| Speech: | ✓ Normal | Slurred | Rapid | Talkative | Mute |
| Flight of Ideas: _NONE_ | Confabulation | Tangential | Loose Associations | | |
| Thought Content: _NONE_ | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | ✓ No deficit identified | Helplessness | |
| Delusions: | ✓ None | Persecution | Systematized | Somatic | |
| Hallucinations: | ✓ None | Auditory | Visual | | |
| Insight/Judgment: | ✓ Unimpaired | Poor Judgment | Poor Insight | | |

**Group Leaders Name & Signature:** _B. Samuel_    _M.H.P._

**Name:** _Wright, Richard_                    **AIS:** _187140_

---

**Group Name:** _Anger Management_                    **Date/Time:** _2-22-02 1:00 pm_

| Dress/Grooming: | ✓ Appropriate | Marginal | Disheveled | | |
|---|---|---|---|---|---|
| Motor Activity: | Decreased | Agitation | Tremors | | |
| General Attitude/Behavior: | ✓ Spontaneous | Preoccupied | Suspicious | Argumentative | Withdrawn |
| | ✓ Participated | Passively Attentive | Inattentive | Disruptive | Hostile |
| Mood/Affect: | Flat | Depressed | Euphoric | Anxious | Unremarkable |
| Speech: | ✓ Normal | Slurred | Rapid | Talkative | Mute |
| Flight of Ideas: _NONE_ | Confabulation | Tangential | Loose Associations | | |
| Thought Content: _NONE_ | Suicidal Thought/Plans | Homicidal Thought/Plans | Bizarre | Obsessive | Suspicious |
| | Inadequacy | Poverty of Content | ✓ No deficit identified | Helplessness | |
| Delusions: | ✓ None | Persecution | Systematized | Somatic | |
| Hallucinations: | ✓ None | Auditory | Visual | | |
| Insight/Judgment: | ✓ Unimpaired | Poor Judgment | Poor Insight | | |

**Group Leaders Name & Signature:** _B. Samuel_    _MHP_

**Name:** _Wright, Richard_                    **AIS:** _187140_

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _KCF_ _____ TREATMENT RECORD
(OTHER)

| DATE 2-4-02 | TIME 2230 AM/PM | FACILITY _KCF_ □ SIR □ PDL □ ESCAPEE _____ | ☑ EMERGENCY □ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** □ GOOD □ FAIR □ POOR ☑ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 99 ORAL □ RECTAL RESP. 20 PULSE 88 B/P 150/96 RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S - Involved in Assault
O - Abrasion inner aspect ®
    Ankle - Ø Other injuries
    noted - I/m denies other injurys
    appears paranoid, guarded
    can't/won't say who or what
    told him to attack other
    inmates —

**PHYSICAL EXAMINATION**

A - Alt. in Comfort R/t alteration
P - Dsg. applied to sm. scrape on
    Ankle - D.O.C. will decide
    disposition

(H/O Ψ problems)

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2-4-02 | TIME 2245 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M E Christie, RN | DATE 2-4-02 | PHYSICIAN'S SIGNATURE | DATE 8/5/0? | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Wright, Richard | | AGE 34 | DATE OF BIRTH 1/15/67 | R/S | AIS # |
|---|---|---|---|---|---|

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Kilby_

INSTITUTION

_Wright, Richard_

NAME

_181442 B/M_

NUMBER    R/S

Lay-in for _____ days from _____ to _____

(date)                (date)

due to _____

1) Cell #4

May have Mattress at Wheelchair

- (Wither)

Instructions:

_____

_____

_____

_Failure to follow the directions above may result in a disciplinary._

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _Bullock_

NAME _Wright Richard_

NUMBER _187140_   R/S

Lay-in for _____ days from _____ to _____
(date)                    (date)

due to _____

Instructions: Hydrocortisone Cr 1% to Skin 2x UITS
Expires 9/14/03

*Keep On Person*

*Failure to follow the directions above may result in a disciplinary.*

MHM, Inc.
~~CORRECTIONAL MEDICAL SERVICES~~
RELEASE OF RESPONSIBILITY

_Wright, Richard_
Name of Inmate

_8/07/01  0650_
Date/Time

_187146   8/15/67_
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_Prolixin Dec. 12.5mg IM q2wks_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Systems, its employees and agents from all responsibility and ill effect which may result from this action.

_Richard W Wright_
Inmate Signature

_8/07/01  0652_
Date/Time

_[signature]_
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CMS 7120 REV. 10/04

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

## RECEIVING SCREENING FORM

Inmate's Name: Richard Wright    Date: 7/18/01    Time: _____

DOB: 8/15/67    Officer: T. Whetstone    Institution: BCCF

### Booking Officer's Visual Opinion

**Yes**

1. Is the inmate conscious? ___✗___

2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? _____

3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? _____

4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? _____

5. Is the skin in poor condition or show signs of vermin or rashes? _____

6. Does the inmate appear to be under the influence of alcohol or drugs? _____

7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) _____

8. Is the inmate making any verbal threats to staff or other inmates? _____

9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? ___✗___

10. Does the inmate have any obvious physical handicaps? _____

   *If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or (psychiatric disorder?) ___✗___

12. Are you on any special diet prescribed by a physician? (If YES, what type?) ___ ⊖

13. Do you have a history of venereal disease or abnormal discharge? ___✗

14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? ___✗___

15. Have you ever attempted suicide? ___ ✗

   (If YES, When? _____ How?_____

16. Do you want to do any harm to yourself now? ___ ✗

| | Yes | No | No Response |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor? | ___ | X | ___ |
| 18. Are you allergic to any medication? | ___ | X | ___ |
| 19. Have you recently fainted or had a head injury? | ___ | X | ___ |
| 20. Do you have epilepsy? | ___ | X | ___ |
| 21. Do you have a history of tuberculosis? | ___ | X | ___ |
| 22. Do you have diabetes? | ___ | X | ___ |
| 23. Do you have hepatitis? | ___ | X | ___ |
| 24. Do you have a painful dental problem? | ___ | X | ___ |
| 25. Do you have any medical problem we should know about? | ___ | X | ___ |
| 26. Do you have a past alcohol or drug history? | ___ | ___ | ___ |

What type? _____    How much use? _____

For how long? _____    Last time used? _____

*Comments:* (Unusual behavior, etc.)

_____

_____

For the Officer:

27. Was the new inmate briefed on sick/dental call procedures?    ___

28. This inmate was:    a. Released for normal processing    ___

b. Referred to appropriate health care unit    ___

c. Immediately sent to health care unit    ___

*[signature]*
**Officer's Signature**

*Note:* This form is completed on inter and intra system transfers at receiving and will be filed the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 1<

*[signature]*
**Inmate's Signature**

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

KCF
**INSTITUTION**

Wright, Richard 5W#2          187170   B/m
                    **NAME**              **NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to**
                                            (date)

_____ **due to** _____
(date)

_____

_____

_____

**Instructions:** Please assign to 5W#8
Per Mental Health.

_____     _____

_____

**Failure to follow the directions above may result in a disciplinary.**

7/5/01                    _____
**Date Issued**              **Signature**

OK
Capt Right   7/9/01 1235pm
Give to Sgt Reeves

F-53

# MENTAL HEALTH UNIT RULES

In order to provide a more therapeutic environment, the following rules will be observed by all inmates assigned, or on pass to, the Mental Health Unit.   You will acknowledge your acceptance of these rules by signing below.

1.  Inmates must be fully compliant with their medications and must participate in all prescribed psychotherapy, counseling, and group therapy.  Willful misuse of medication (e.g. throwing it away, "cheeking", hoarding, giving it away, etc.) will result in disciplinary action.

2.  Inmates must maintain their personal hygiene and grooming in such a manner as to comply with Department of Corrections regulations and health care standards.  Wake up time is 7:00am.   Cells should be cleaned and beds made at this time.  Inmates are expected to clean up their own areas daily.  Inmates who fail to do so will be reported to their therapist for counseling on this matter.  Showers begin at 8:00am.

3.  Cigarettes and/or tobacco products are not allowed on the Mental Health Unit. Disciplinary action will be taken for each violation.

4.  One bag of coffee twice a month is allowed.  Store order is limited to $15.00 per week every Tuesday.

5.  Inmates are to be properly attired (institutional pants and shirt or undershirt) during the hours of 7:00am to 4:00pm, unless engaged in hygiene or grooming activities or is in bed covered by bedding .  No bare chests, bare feet, or undershorts will be exposed during these hours.

6.  Inmates are not to steal or fight, nor to gamble, barter, or trade personal or store items.

7.  Inmates will not engage in any homosexual activities, or in masturbation/fondling of the genitals in the view of others.

## MENTAL HEALTH RULES                    PAGE 2

8.  The television is provided for the use of everyone.  Disputes over channel selection
    are to be taken to the officer on duty, who will, in turn, conduct a vote.

9.  Inmates will respect the rights and feelings of each other, as well as those of the staff
    (security, nursing, mental health).  Name-calling, teasing, verbal threats, cursing, and
    sexual innuendoes will not be tolerated.

10. The formation of cliques is discouraged.  Inmates are not to engage in group
    discriminatory or intimidating practices.

11. Inmates who violate these rules will be subject to confinement to their cells, removal
    from the unit, and/or disciplinary action.

_Rich W Wright_
**INMATE'S SIGNATURE**

_187140_
**AIS NUMBER**

_A. Mitchell, m.s._
**WITNESS**

_6/12/01_
**DATE**

Med 9
25 Yrs Con fer to
Maria in in pro
Energy van in pro
no Nka

# HEALTH CARE UNIT
# PATIENT INFORMATION SLIP

KCF
### INSTITUTION

WRIGHT, RICHARD    MH 14          187140      B/m
**NAME**                        **NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to** _____

Judge Ho

(date)

**due to** _____

(date)

**Instructions:** Please assign to SW # 54

per Mental Health.

*Failure to follow the directions above may result in a disciplinary.*

6/21/01
**Date Issued**

Karen Horn LPC
**Signature**

OK

F-53

med9
25 Kg
NKE O

# HEALTHCARE UNIT
## PATIENT INFORMATION SLIP

_KCF_

**INSTITUTION**



_Wright, Richard_ NKE14   _187140_   _B/M_
**NAME**                  **NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to**

_____                              (date)

        (date)                        due to

**Instructions:** _Please allow passes to_

_Sw daily, per Mental Health._

_____

_____

**Failure to follow the directions above may result in a disciplinary.**

_6/18/01_          _Anne Marie Mitchell, M.S._
**Date Issued**           **Signature**

OK apt sched
6/18/01
2g pt
Give to
sgt Reeves

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

KCF

**INSTITUTION**

MH #010

Wright, Richard
**NAME**

187140  B/m
**NUMBER**   **R/S**

Rec 11:10 pm Reeves MH

Mel 9
25 Ks
Nkc2 (nt)
OR
Reeves

Lay-in for _____ days from _____ (date) _____ to
due to
(date)

**Instructions:** Please move pt to
MH #014

*Failure to follow the directions above may result in a disciplinary.*

12 June 01
**Date Issued**                    **Signature**

Wendell Bell, MD
OR Cut SWat
6/12/01 11°° am @lure to Sgt Reeves

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_KCF_

**INSTITUTION**

Wright, Richard PI-4          187140     B/m
      **NAME**                **NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to** _____

_____ **due to** _____
        **(date)**

        **(date)**

**Instructions:** Please Assign to MH#10

for Mental Health.

_Failure to follow the directions above may result in a disciplinary._

6/11/01                          _(signature)_ LPN
**Date Issued**                  **Signature**

Rec 11:50
R Crenshaw MHT
F-53

Dr Carr Allen
6/11/01 2 pm
Give to 4th Roover

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*KLF*

INSTITUTION

P-1  #004

*Wright Richard*                    *187140*        *B/M*

NAME                                  NUMBER          R/S

Lay-in for _____ days from _____ to

(date)

due to

(date)

Instructions: *Please move pt to*

*MH # 14*

**Failure to follow the directions above may result in a disciplinary.**

*June 01*

Date Issued                    Signature

*Wendell Belk M.*

F-53

# HEALTH STATUS / INTRASYSTEM TRANSFER FORM

Training
ility: **BCC**

Name: **Wright Richard**

Number: **187140**    Race: B W H Other

Age: _____    Date of Birth: **8/15/67**    Sex: M F

Date: **6/6/01**
Time: **7** AM PM
Allergies: **NKA**
Food Handler Approved: (Y) N

Current Acute Conditions/Problems: **Facial Dermatitis**

Chronic Conditions/ Problems: **Mental**

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: **Benzoyl Peroxide 5%**
**Tetracycline 250 mg x 4d**

Chronic Long-term Medications: **Prolixin Dec. 25 mg**
**Cogentin 2 mg**

Chronic Psychotropic Medications: **Prolixin Dec. 25 mg**
**Cogentin 2 mg**

Current Treatments: **0**
Follow-up Care Needed: **0**

Last PPD: **7/14/00** Results **0** mms    Last Physical: **7/8/00**
Chronic Clinics: **M.H.**    Specialty Referrals: **0**

Significant Medical History: **0**

Physical Disabilities/Limitations: **0**
Assistive Devices/Prosthetics: **0**    Glasses: **yes**    Contacts: **0**
Mental Health History/Concerns:
Substance Abuse: (Y)/ N    Alcohol: (Y)/ N    Drugs: Y (N)
**yes** Hx Suicide Attempt: Date: ___/___/___
Hx Psychotropic Medication
Previous Psychiatric Hospitalizations

Signature and Title _____    Date **6/6/01**

## TRANSFER RECEPTION SCREENING
Date: ___/___/___    Time: _____ AM PM

Receiving Facility: _____

S: Current Complaint: _____

Current Medications/Treatment: _____

O: Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T _____ P _____ R _____ B/P _____/_____
A: _____

P: Disposition: (Instructions: Check or circle as appropriate
_____ Routine, Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Other: _____

Signature and Title _____

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Kilby_ | | □ EMERGENCY |
|------|------|---------|---|---|
| 06-06-01 | 2250 AM/PM | □ SIR □ PDL □ ESCAPEE □ | | ☑ OTHER |

CONDITION ON ADMISSION
☑ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

ALLERGIES _NKA_

VITAL SIGNS: TEMP _98.2_ ORAL/RECTAL   RESP. _18_   PULSE _62_  B/P _100/70_

RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "I'm fine"
O- Alert et oriented x3 -
Sm. superficial scrap et sm.
whelps noted to upper body
et hand - No bleeding noted
Inmate denies any pain -

PHYSICAL EXAMINATION

P- Alt. levels comfort
R/T Mental status ↓

P-will continue to monitor
and document any changes

ORDERS, MEDICATION, etc.

Adm to MHU
Pt. Cell #4

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE | CONDITION ON DISCHARGE |
|---|---|---|---|
| 06/06/01 | 2245 AM/PM | | ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE | DATE 06-06-01 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 33 | DATE OF BIRTH 8/15/67 | R/S BM | AIS # 187140 |
|---|---|---|---|---|
| Wright, Richard | | | | |

**NaphCare**

## Department of Corrections
### Emergency/ _SHCU_ Treatment Record
(Other)

| Date 6/6/01 | Time 8:30 AM/PM | Facility Draper/See ☐ SIR ☐ PDL ☐ Escapee ☐ | | ☐ Emergency ☐ Other |
|---|---|---|---|---|

**Allergies** NKA

**Condition on Admission**  ☑ Good  ☐ Fair  ☐ Poor  ☐ Shock  ☐ Hemorrhage  ☐ Coma

**Vital Signs:** Temp 98.9 Oral/Rectal  Resp. 22  Pulse 78  B/P 122/80   Recheck if Systolic < 100 > 50

**Nature of Injury or Illness**

S. Body Chart per D.O.C
Stinging from heat on hands.

Abrasions /// | Contusion # | Burn XX | Fracture Z/Z | Laceration/ ___ Sutures

**Physical Examination**

O. Brought out of Seg unit observed playing in hot water in Seg unit. Small superficial nicks noted to head and back area from shield and some whelps noted to upper body areas & fresh bleeding noted. A+O x3. MAEW. No NAD N.

**Orders, Medication, etc.**

A. Body Chart per D.O.C.

P. No ℞ needed @ this time. per protocol

**Diagnosis**

**Instructions to Patient**

| Release/Transfer Date 06/06/01 | Time 8:37 AM/PM | Release/Transfer Date ☑ Doc ☐ Ambulance  DRAPER | Condition on Discharge ☑ Satisfactory ☐ Poor ☐ Fair ☐ Critical |
|---|---|---|---|

| Nurse's Signature _L Muenta Ln_ | Date 6/6/01 | Physician's Signature | Date | Consultation |
|---|---|---|---|---|

| Patient's Name (Last, First, Middle) Wright, Richard, | Age | Date of Birth 8/15/67 | R/S BM | AIS # 187140 |
|---|---|---|---|---|

Original - Medical Record    Yellow - Transfer Agent

## Dept. of Corrections – Emergency/Other Treatment Record

NC041

# Department of Corrections
## Emergency/ _SHU_ (Other) Treatment Record

| | | |
|---|---|---|
| 6/04/01 | Time 936 (AM) PM | Facility _Draper_ ☐ SIR ☐ PDL ☐ Escapee ☐ _cap_ |

llergies
_N/A_

☐ Emergency
☐ Other

**Condition on Admission**
☐ Good  ☐ Fair  ☐ Poor  ☐ Shock  ☐ Hemorrhage  ☐ Coma

**Vital Signs:** Temp _99.°_ (Oral) Rectal  Resp. _20_  Pulse _76_  B/P _128/92_  Recheck if Systolic < 100 > 50

**Nature of Injury or Illness**

S- "I just worried about leaving people behind, packing people in prison. I am worried about my brother thats in jail, friends in jail."

| Abrasions /// | Contusion # | Burn X X | Fracture Z Z | Laceration/ | Sutures |
|---|---|---|---|---|---|

**Physical Examination**

O- Ambulated into ER S difficulty. Alert & Oriented x 3. Skin w/o to the touch. Resps even et unlabored. Inmate appears calm Oriented. State he's not going to hurt himself or anyone else. Says he's only hearing his voice when he speaks and when someone speaks to him. No voices inside or outside his head. Escorted via Officers Selman & Baker, who states inmate is being, preaching, packing some things. Inmate states he likes to preach the word Was packing some books. Says he will not preach or be loud, nor bother anyone when he goes back to Draper.

P-1) Return to Draper.
2). Will Contact Dr. Bell. Dr. Bell returned call.

**Diagnosis**
See nurses notes.

**Instructions to Patient**

| Release/Transfer Date 06/04/01 | Time 953 (AM) PM | Release/Transfer Date ☑ Doc ☐ Ambulance _Draper_ | Condition on Discharge ☑ Satisfactory ☐ Poor ☐ Fair ☐ Critical |
|---|---|---|---|
| Nurse's Signature _D. Austin LPN_ | Date 06/03/01 | Physician's Signature | Date | Consultation |

| Patient's Name (Last, First, Middle) Wright, Richard | Age 33 | Date of Birth 08/15/67 | R/S Bm | AIS # 18 7140 |
|---|---|---|---|---|

Original - Medical Record    Yellow - Transfer Agent

**Dept. of Corrections – Emergency/Other Treatment Record**

NC041

## CORRECTIONAL MEDICAL SERVICES

## RECEIPT FOR MEDICAL PRODUCT

Inmate Name: _WRight, Richard_          ID# _187140_

Institution: _DCC_

Medical Product: _Eye Glasses_          Date Received: _7/20/99_

I verify that I have received the medical product named above. I understand I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

X _Richard W Wright_

          Inmate Signature

_Edna Frank Lpn_

          Signature of Healthcare Staff Dispensing Product

CMS 7188

## MEDICAL RECORD REVIEW:

Past history of hepatitis:            ☐ Yes    ☑ No
TB test current:                      ☑ Yes    ☐ No
TB test negative:                     ☑ Yes    ☐ No

If history of positive TB test,  verified completed treatment:

_____ (Date)

## PHYSICAL ASSESSMENT:

Open sores or rashes on hands, arms, face and neck:    ☐ Yes    ☑ No
Has diarrhea:                                          ☐ Yes    ☑ No
Has a cough:                                           ☐ Yes    ☑ No
Lungs clear to auscultation:                           ☐ Yes    ☑ No
Signs and symptoms of other contagious diseases:       ☑ Yes    ☐ No
                                                       ☐ Yes    ☑ No

Specify: _____

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she **IS** medically cleared for duty as a food service worker.
☐ He/she **IS NOT** medically cleared for duty as a food service worker.

_____          7-6-99
Signature                                 Date

| NAME: | ID#/DOB: | LOCATION: |
|-------|----------|-----------|
|       |          |           |

1. Put on hairnet before washing hands.

2. Be sure to include all hair, especially bangs on the front of the head.

3. Do not touch hair or hairnet when handling food.

## HANDWASHING

1. Turn warm water on.

2. Wet hands.

3. Lather hands with soap.  Scrub at least 30 seconds.

4. Rinse off bar of soap.  Replace in soap dish.

5. Rinse hands.

6. Dry hands with paper towels.

7. Turn faucet off with paper towels.

## SICKNESS

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.


I have received education on handwashing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_Richard WWeigld 187140_
Inmate Signature

_7/6/99_
Date

_J R lpn_
Nurse Signature

_7/6/99_
Date

# CORRECTIONAL MEDICAL SERVICES

## NURSES' NOTES

| DATE | TIME | REMARKS AND SIGNATURE |
|------|------|----------------------|
| 7/2/98 | 1900 | 157/96 - T. Ledyard RN |
| 070598 | 1900 | 122/98 - C Lanier? |
| 7-27-98 | 0810 | 110/80 L arm          WVaughn RN |
| 7/28/98 | 1845 | 135/86 L arm T. Ledyard Jr |
| 7/28/98 | 8:14am | 130/80  Rt   WVaughn RN |
| 7/29/98 | 825 | 132/92  L   WVaughn RN has ↑ exercise Routine |
| 7/30/98 | 820 | 140/90  Rt   WVaughn RN |
| 7/31/98 | 808 | 130/86  R   V Reynolds LPN |

| NAME, (Last, First, Middle) | AIS # | DOB | RACE/SEX |
|-----------------------------|-------|-----|----------|
| Wright, Richard | 187140 | 8/15/67 | B/M |

F-34

# CORRECTIONAL MEDICAL SERVICES

## NURSES' NOTES

| DATE | TIME | REMARKS AND SIGNATURE |
|------|------|------------------------|
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |

| NAME (Last, First, Middle) | AIS # | DOB | RACE/SEX |
|----------------------------|-------|-----|----------|
|                            |       |     |          |

F-34

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _BCCF_

NAME _Wright, Richard_    NUMBER _187140_    R/S _B/M_

Lay-in for _____ days from _____ (date) to _____ (date)

due to _____

Instructions: _Blood Pressure Checks_
_Twice A Day For 5 Days_
_Starting 7/27/98 At 08:00 am and_
_700 pm. Please Record._

_7/26/98    C. Fairell pn_

Failure to follow the directions above may result in a disciplinary.

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION _BCCF_

NAME _Wright Richard_

NUMBER _187w Blk R/S_

Lay-in for _____ days from _____
(date)

to _____ due to _____
(date)

**Instructions:** _B/P checks x 3 days Twice_
_a day 7am - 7pm_

_7/3/98   7/4/98   7/5/98_

_7/2/98_          _T. [signature]_
Date signed

N610

## ALABAMA DEPARTMENT OF CORRECTIONS

### *RECEIVING SCREENING FORM*

Inmate's Name: _WRIGHT, RICHARD B/187140_  Date: _7-1-98_  Time: _1033_

DOB: _8/15/67_  Officer: _B. BROWN_  Institution: _BCCF_

### *Booking Officer's Visual Opinion*

| | | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | — | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | — | |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | — | |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | — | |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | — | |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | — | |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | — | |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | |
| 10. | Does the inmate have any obvious physical handicaps? | — | |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | | |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | — | |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | — | |
| 13. | Do you have a history of venereal disease or abnormal discharge? | — | |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | — | |
| 15. | Have you ever attempted suicide? | — | |
| | (If YES, When? _____ How? _____) | | |
| 16. | Do you want to do any harm to yourself now? | — | |

|  | Yes | No | No Respon |
|---|---|---|---|
| 7. Do you want to talk to a mental health counselor? | ___ | ___ | ___ |
| 8. Are you allergic to any medication? | ___ | ___ | ___ |
| 19. Have you recently fainted or had a head injury? | ___ | ___ | ___ |
| 20. Do you have epilepsy? | ___ | ___ | ___ |
| 21. Do you have a history ___ berculosis? | ___ | ___ | ___ |
| 22. Do you have diabetes? | ___ | ___ | ___ |
| 23. Do you have hepatitis? | ___ | ___ | ___ |
| 24. Do you have a painful dental problem | ___ | ___ | ___ |
| 25. Do you have any medical problem we should ___ w about? | ___ | ___ | ___ |
| 26. Do you have a past alcohol or drug history? | ___ | ___ | ___ |

What type? _____ How much use? _____

For how long? _____ Last time used? _____

*Comments:* (Unusual behavior, etc.)

_____

_____

*For the Officer:*

27. Was the new inmate briefed on sick/dental call procedures?    Yes

28. This inmate was:  a. Released for normal processing

b. Referred to appropriate health care unit

c. Immediately sent -- health care unit

Officer's Signature

*Note:* This form is completed on inter and intra system transfers at receiving and will be the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standa

Inmate's Signature

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: _BCC_

Name: _Wright, Richard_

Number: _187140_     Race: (B) W H Other

Date: _6/30/98_

Age: _____   Date of Birth: _8/15/67_   Sex: (M) F

Time: _____ AM PM

Allergies: _NKA_     Food Handler Approved: Y / N

Current Acute Conditions/Problems: _∅_

Chronic Conditions/ Problems: _HTP_

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _∅_

Chronic Long-term Medications: _∅_

Chronic Psychotropic Medications: _∅_

Current Treatments: _∅_

Follow-up Care Needed: _∅_

Last PPD: _5/20/96_   Results _∅_ mms   Last Physical: _5/20/96_

Chronic Clinics: _hTP_     Specialty Referrals: _∅_

Significant Medical History: _∅_

Physical Disabilities/Limitations: _∅_

Assistive Devices/Prosthetics: _∅_     Glasses: _∅_   Contacts: _∅_

Mental Health History/Concerns:

Substance Abuse: Y / (N)     Alcohol: (Y) N     Drugs: Y / (N)

∅ Hx Suicide Attempt: Date: ___/___/___
∅ Hx Psychotropic Medication
∅ Previous Psychiatric Hospitalizations

Signature and Title: _E. Taylor LPN_     Date: _6/30/98_

---

## TRANSFER RECEPTION SCREENING

Date: _7/2/98_  Time: _1845_ AM PM

Receiving Facility: _BCCF_

**S:** Current Complaint: _# Treed Glasses, Hx of HTN_

Current Medications/Treatment: _∅_

**O:** Physical Appearance/Behavior: _calm well_

Deformities: Acute/Chronic: _∅_

T _98.8_  P _76_  R _18_  B/P _157/96_

**A:**

**P:** Disposition: (Instructions: Check or circle as appropriate)
- ✓ Routine, Sick Call
- Instructions Given
- ✓ Emergency Referral
- HIV/TB Instruction Given
- Physician Referral:
  - Urgent / Routine
  - ___ Medication Evaluation
  - ___ Work/Program Limitation
  - ___ Special Housing
  - ___ Specialty Referrals
  - ✓ Chronic Clinics
  - ___ Mental Health
  - ___ OTHER
  - Infirmary Placement

Other: _____

Signature and Title: _J. Edgar LPN_

CMS 7190