ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: Richard Wright 187104    DATE: 6/4/96    TIME: 11:30 am

DOB: 8/15/67    OFFICER: E Gane    INSTITUTION: Draper

<u>BOOKING OFFICERS VISUAL OPINION</u>                                    <u>Yes</u>    <u>No</u>

1.  Is the Inmate Conscious ?                                          (Yes)    ___

2.  Does the inmate have any obvious pain or bleeding/other symptoms    ___    ✓
    suggesting the need for emergency services ?

3.  Are there any visible signs of trauma or illness requiring immediate    ___    ✓
    emergency or doctor's care ?

4.  Any    obvious fever. swollen lymphnodes, jaundice, or other evidence    ___    ✓
    of infection which might spread through the institution ?

5.  Is the skin in poor condition or show signs of vermin or rashes ?    ___    ✓

6.  Does the inmate appear to be under the influence of Alcohol, or    ___    ✓
    Drugs ?

7.  Are there any visible signs or Alcohl or Drug withdrawal ?    ___    ✓
    (Extreme perspiration, shakes, nausea, pinpoint pupils etc)

8.  Is the inmate making any verbal threats to staff or other inmates ?    ___    ✓

9.  Is the inmate carring any medication or report that he is on any    ___    ✓
    medication which must be continuously administered or available ?

10. Does the inmate have any obvious physical handicaps ?    ___    ✓

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart    ___    ✓
    disease, seizure, athritis, asthma, ulcers, high blood pressure
    or psychiatric disorder?

12. Are you on any special diet prescribed by a physician ?    ___    ✓
    (if yes - what type ? )

13. Do you have a history of veneral disease or abnormal discharge ?    ___    ✓

14. Have you recently been hospitalized or recently seen a medical or psychiatric    ___    ✓
    doctor for any illness ?

15. Have you ever attempted suicide ?    ___    ✓
    (If yes - When ?_____ How ?_____.

16. Do you want to do any harm to yourself now ?    ___    ✓

|  | Yes | No | No Responce |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor ? | ___ | ✓ | ___ |
| 18. Are you allergic to any medication ? | ___ | ✓ | ___ |
| 19. Have you recently fainted or had a head injury ? | ___ | ✓ | ___ |
| 20. Do you have epilepsy ? | ___ | ✓ | ___ |
| 21. Do you have a history of tuberculosis ? | ___ | ✓ | ___ |
| 22. Do you have diabetes ? | ___ | ✓ | ___ |
| 23. Do you have hepatitis ? | ___ | ✓ | ___ |
| 24. Do you have a painful dental problem ? | ___ | ✓ | ___ |
| 25. Do you have any medical problem we should know about ? | ___ | ✓ | ___ |
| 26. Do you have a past alcohol or drug history ? | ___ | ✓ | ___ |

26. Do you have a past alcohol or drug history ?
    What type:_____ How much use?_____
    For how long:_____
    Last time you used any:_____

COMMENTS: (Unusual behavior etc.)

_____
_____

FOR THE OFFICER:

27. Was the new inmate briefed on sick/dental call procedures? _____

28. This inmate was:  a.  Release for normal processing  ✓_____
                      b.  Referred to appropriate health care unit _____
                      c.  Immediately sent to health care unit _____

                                    _____
                                    Officer's Signature

NOTE:  This form is completed on inter & intra system transfers at receiving and will
be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and
AMA Standard 140.

                              _____ 187140
                              Inmate's Signature

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: Richard Wright 187169    DATE: 6/4/96    TIME: 1130pm

DOB: 8/15/67    OFFICER: C. Gant    INSTITUTION: Bram

<u>BOOKING OFFICERS VISUAL OPINION</u>                    <u>Yes</u>    <u>No</u>

1.  Is the Inmate Conscious ?                                        Yes    ___

2.  Does the inmate have any obvious pain or bleeding/other symptoms
    suggesting the need for emergency services ?                    ___    ✓

3.  Are there any visible signs of trauma or illness requiring immediate
    emergency or doctor's care ?                                    ___    ✓

4.  Any   obvious fever, swollen lymphnodes, jaundice, or other evidence
    of infection which might spread through the institution ?       ___    ✓

5.  Is the skin in poor condition or show signs of vermin or rashes ? ___    ✓

6.  Does the inmate appear to be under the influence of Alcohol, or
    Drugs ?                                                         ___    ✓

7.  Are there any visible signs or Alcohl or Drug withdrawal ?
    (Extreme perspiration, shakes, nausea, pinpoint pupils etc)     ___    ✓

8.  Is the inmate making any verbal threats to staff or other inmates ? ___    ✓

9.  Is the inmate carring any medication or report that he is on any
    medication which must be continuously administered or available ? ___    ✓

10. Does the inmate have any obvious physical handicaps ?           ___    ✓

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart
    disease, seizure, athritis, asthma, ulcers, high blood pressure
    or psychiatric disorder?                                       ___    ✓

12. Are you on any special diet prescribed by a physician ?
    (if yes - what type ? )                                        ___    ✓

13. Do you have a history of veneral disease or abnormal discharge ? ___    ✓

14. Have you recently been hospitalized or recently seen a medical or psychiatric
    doctor for any illness ?                                        ___    ✓

15. Have you ever attempted suicide ?
    (If yes - When ?_____ How ?_____.)         ___    ✓

16. Do you want to do any harm to yourself now ?                   ___    ___

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: _KILBY_

Name: _Wright, Richard_

Number: _187140_    Race: (B) W H Other

Date: _5/31/96_

Age: _____    Date of Birth: _7/15/60_    Sex: (M) F

Time: _____ AM PM    _NKDA_

Allergies: _____    Food Handler Approved: Y / N

Current Acute Conditions/Problems: _Ø_

Chronic Conditions/ Problems: _HTN & Dental caries._

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Bl medicine_

Chronic Long-term Medications: _Ø_

Chronic Psychotropic Medications: _Ø_

Current Treatments: _Ø_

Follow-up Care Needed: _yes on HTN_

Last PPD: _11-95_  Results _Ø_ mms    Last Physical: _11-/-95_

Chronic Clinics: _Ø_    Specialty Referrals: _Ø_

Significant Medical History: _HTN_

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____    Glasses: _✓_    Contacts: _____

Mental Health History/Concerns:

Substance Abuse: (Y) / N    Alcohol: (Y) N    Drugs: Y (N)

_____ Hx Suicide Attempt:  Date: __/__/__

_____ Hx Psychotropic Medication

_____ Previous Psychiatric Hospitalizations

_O. Johnson LPN_
Signature and Title    Date: _6/1/96_

## TRANSFER RECEPTION SCREENING

Date: _6/4/96_  Time: _130_ AM (PM)

Receiving Facility: _Draper_

**S:** Current Complaint: _Ø_

Current Medications/Treatment: _Ø_

**O:** Physical Appearance/Behavior: _Not seen by nurse_

Deformities: Acute/Chronic: _____

T ____ P ____ R ____ B/P ___/___

**A:** _____

**P:** Disposition: (Instructions: Check or circle as appropriate)

_____ Routine, Sick Call

_____ Instructions Given

_____ Emergency Referral

_____ HIV/TB Instruction Given

_____ Physician Referral:

Urgent / Routine

_____ Medication Evaluation

_____ Work/Program Limitation

_____ Special Housing

_____ Specialty Referrals

_____ Chronic Clinics

_____ Mental Health

_____ OTHER

Infirmary Placement

Other: _____

_J Howard LPN_
Signature and Title

CMS-7130

CORRECTIONAL MEDICAL SYSTEMS
CONSENT TO TREATMENT FORM

_Wright Richard_
Name of Inmate

_5/30/96_
Date

_180140  8/18/62_
Inmate ID Number / Date of Birth

I hereby give my consent to Correctional Medical Systems, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Systems.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Systems, its employees and agents from any and all liability which may arise from this action.

_X Richard W. Wright_
Inmate Signature

_5/30/96_
Date

_____
Witness

_Victoria Pugh_
Witness



# CMS
## CORRECTIONAL
### MEDICAL SERVICES

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body. Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms. People with tetanus usually have to stay in the hospital for a long time. In the United States , tetanus kills 3 out of every 10 people who get the disease. Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems. They may cause mild fever or soreness, swelling , and redness where the shot was given. These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above inforamtion regarding Tetanus injections and understand about possible side effects.

_Richard W. Weingof_ / 18)140
**Inmate Signature / AIS #**

5 / 28 / 96
**Date**

_____
**Witness**

Connaught
**Manufacturer Name**

_____
**Lot #**

_____
**Administered By**

# RECEIVING SCREENING FORM

**INMATE'S NAME:** _Wright, Richard_     **DATE:** _5/17/96_     **TIME:** _8:20 a.m._

**DOB:** _8/15/67_     **OFFICER:** _A. Gibson_     **INSTITUTION:** **Kilby**

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ___✓___ a.   Released for normal processing

_____ b.   Referred to health care unit

_____ c.   Immediately sent to the health care unit

_Anthony D. Gibson_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: _BCCF_

Name: _Wright Richard_

Number: _187140_     Race: (B) W H Other

Age: _____  Date of Birth: _6/29/99_  Sex: (M) F

Date: _6/29/99_
Time: _____ AM PM
Allergies: _NKA_                    Food Handler Approved: Y / N
Current Acute Conditions/Problems: _0_
Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:
    Acute Short-term Medications: _0_

Chronic Long-term Medications: _0_

    Chronic Psychotropic Medications: _0_

Current Treatments: _0_
Follow-up Care Needed: _0_

Last PPD: _7-26-98_ Results _0_ mms   Last Physical: _7/26/98_
Chronic Clinics: _____   Specialty Referrals: _____

Significant Medical History: _0_

Physical Disabilities/Limitations: _0_
Assistive Devices/Prosthetics: _____  Glasses: _✓_  Contacts: _0_
Mental Health History/Concerns:
Substance Abuse: Y /(N)      Alcohol: (Y)/ N    Drugs: Y (N)
____ Hx Suicide Attempt: Date: ___/___/___
____ Hx Psychotropic Medication
____ Previous Psychiatric Hospitalizations

Signature and Title _____  Date: _6/29/99_

========================================================================

## TRANSFER RECEPTION SCREENING
Date: _7/6/99_ Time: _2000_ AM (PM)
Receiving Facility: _Draper_

**S:** Current Complaint: _0_

Current Medications/Treatment: _0_

**O:** Physical Appearance/Behavior: _(183 lbs)_

Deformities: Acute/Chronic: _0_

T _976_ P _80_ R _16_ B/P _118/78_
**A:** _New Inmate Screen_

**P:** Disposition: (Instructions: Check or circle as appropriate)
    _✓_ Routine, Sick Call
        Instructions Given
    ____ Emergency Referral
    ____ HIV/TB Instruction Given
    ____ Physician Referral:
        Urgent / Routine
    ____ Medication Evaluation
    ____ Work/Program Limitation
    ____ Special Housing
    ____ Specialty Referrals
    ____ Chronic Clinics
    ____ Mental Health
    ____ OTHER
    Infirmary Placement

Other: _____

Signature and Title _____

CMS 7190

CONTINUED REPORT

**LABORATORY REPORT**

71...
BULLOCK CORRECTIONAL FACILITY
HWY 82 EAST
UNION SPRINGS, AL 36089-5107


Quest
Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| WRIGHT, RICHARD | | | 34 | M | BULLOCK CORRECTIONA |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 7531641 | AT935616E | | | 06112002 | 06112002 | 11:05AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

Date of Birth: 08/15/1967
URINALYSIS, MICROSCOPIC                                                                AT

```
*****************************************
* TEST NOT PERFORMED.                   *
* THE SPECIMEN SUBMITTED DID NOT        *
* MEET THE SPECIMEN REQUIREMENTS.       *
* PLEASE REFER TO THE "SPECIMEN         *
* COLLECTION GUIDE" OR CALL THE         *
* LABORATORY FOR PROPER                 *
* REQUIREMENTS.                         *
* TEST HAS BEEN CANCELLED.              *
*****************************************
```

| TEST | RESULT | UNITS | REFERENCE RANGE | SITE |
|---|---|---|---|---|
| TSH | 0.78 | MIU/L | 0.40-5.50 | AT |
| THYROID PANEL | | | | AT |
|   T-3 UPTAKE | 33 | % | 22-35 | |
|   T-4 (THYROXINE), TOTAL | 7.5 | MCG/DL | 4.5-12.5 | |
|   FREE T4 INDEX (T7) | 2.5 | | 1.4-3.8 | |

          *   Reference footnote #1

| TEST | RESULT | UNITS | REFERENCE RANGE | SITE |
|---|---|---|---|---|
| LITHIUM | <0.3 L | MEQ/L | 0.5-1.3 POTENTIALLY TOXIC: > 1.5 | AT |

Footnote 1

    AS OF 4/1/00, THE AMA HAS DELETED THE THYROID
PANEL AND THYROID PANEL W/TSH. THE RESPECTIVE
INDIVIDUAL COMPONENTS CAN BE ORDERED, T4,
TOTAL (867), T3 UPTAKE (861) AND TSH (899), OR
CONSIDER THE USE OF TSH W/REFLEX TO FREE T4
(36127) WHICH IS CONSIDERED TO BE THE STANDARD OF
PATIENT CARE FOR ASSESSING THYROID DISEASE BY THE
AMERICAN THYROID ASSOCIATION AND THE ENDOCRINE
SOCIETY.

    NOTE: CALCULATED T7 WILL BE REPORTED WHENEVER
TOTAL T4 AND T3 UPTAKE ARE ORDERED.

      >> END OF REPORT - WRIGHT, RICHARD AT935616E <<

INDICATES TESTING SITE SEE REVERSE

LABORATORY REPORT


Quest
Diagnostics

BULLOCK CORRECTIONAL FACILITY
HWY 82 EAST
UNION SPRINGS, AL 36089-5107

| PATIENT | | | | ROOM NO. | AGE 34 | SEX M | PHYSICIAN |
|---------|---|---|---|----------|--------|-------|-----------|
| WRIGHT, RICHARD | | | | | | | BULLOCK CORRECTIONA |

| | ACCESSION | LAB REF | COLLECTION DATE & TIME | LOG-IN-DATE 06112002 | REPORT DATE 06112002 | & TIME 11:05AM |
|---|-----------|---------|------------------------|----------------------|----------------------|----------------|
| 1 | 7531641  AT935616E | | | | | |

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---------------------|------|-----------------|---------------------|-------|-----------------|-----------|
| Date of Birth: 08/15/1967 | | | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | | | AT |
| | GLUCOSE | | 43 L | MG/DL | 65-109 | |
| | | | | | FASTING REFERENCE INTERVAL | |
| | UREA NITROGEN (BUN) | 13 | | MG/DL | 7-25 | |
| | CREATININE | 1.2 | | MG/DL | 0.5-1.4 | |
| | BUN/CREATININE RATIO | 11 | | (CALC) | 6-25 | |
| | SODIUM | 138 | | MMOL/L | 135-146 | |
| | POTASSIUM | 5.1 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 99 | | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 24 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.3 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 6.9 | | G/DL | 6.0-8.3 | |
| | ALBUMIN | 3.9 | | G/DL | 3.7-5.1 | |
| | GLOBULIN | 3.0 | | G/DL (CALC) | 2.2-4.2 | |
| | ALBUMIN/GLOBULIN RATIO | 1.3 | | (CALC) | 0.8-2.0 | |
| | BILIRUBIN, TOTAL | 0.5 | | MG/DL | 0.2-1.5 | |
| | ALKALINE PHOSPHATASE | 64 | | U/L | 20-125 | |
| | AST | 29 | | U/L | 2-50 | |
| | ALT | 31 | | U/L | 2-60 | |
| CBC (INCLUDES DIFF/PLT) | | | | | | AT |
| | WHITE BLOOD CELL COUNT | 5.3 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | 4.72 | | MILL/MCL | 4.20-5.80 | |
| | HEMOGLOBIN | 14.5 | | G/DL | 13.2-17.1 | |
| | HEMATOCRIT | 42.0 | | % | 38.5-50.0 | |
| | MCV | 88.8 | | FL | 80.0-100.0 | |
| | MCH | 30.8 | | PG | 27.0-33.0 | |
| | MCHC | 34.6 | | G/DL | 32.0-36.0 | |
| | RDW | 14.5 | | % | 11.0-15.0 | |
| | PLATELET COUNT | 230 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 3323 | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | 1511 | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | 408 | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | | 27 L | CELLS/MCL | 50-550 | |
| | ABSOLUTE BASOPHILS | 32 | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | 62.7 | | % | | |
| | LYMPHOCYTES | 28.5 | | % | | |
| | MONOCYTES | 7.7 | | % | | |
| | EOSINOPHILS | 0.5 | | % | | |
| | BASOPHILS | 0.6 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE  WRIGHT, RICHARD AT935616E <<

INDICATES TESTING SITE SEE REVERSE S

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

PATIENT NAME

*Wright, Richard*

PRISON ID

*187140*

DATE SUBMITTED

*7-21-99*

*DCC66 422*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
|  |  |  |  |
| HIV ANTIBODY |  | NEGATIVE (NEG) |  |
|  |  |  |  |
| RPR | *NR* | NON-REACTIVE (NR) |  |
|  |  |  |  |
| URINALYSIS |  |  |  |
| APPEARANCE |  |  |  |
| pH |  | pH 5- pH 6 |  |
| PROTEIN |  | NEGATIVE (NEG) |  |
| GLUCOSE |  | NEGATIVE (NEG) |  |
| KETONES |  | NEGATIVE (NEG) |  |
| BILIRUBIN |  | NEGATIVE (NEG) |  |
| BLOOD |  | < 5 RBC/MCL |  |
| NITRITE |  | NEGATIVE (NEG) |  |
| UROBILINOGEN |  | < 1.0 MG/DL |  |
| LEUK. ESTERASE |  | NEGATIVE (NEG) |  |
| SPECIFIC GRAVITY |  | 1.016-1.022 |  |

CLIA ID NO.   01D0706289

THANG AN, MD
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

# U/A DIPSTICK REPORT
## STATON HEALTH CARE UNIT

Name: _Wright, Richard_  AIS#: _187140_  R/S: _BB_

Facility: _DCC_  DOB: _8-15-67_  AGE: _31_

Collection Date: _7/17/99_  Time: _12:18 A_

Annual Physical _✓_  Random _____  Repeat _____  Daily _____

After Rx. Completion _____  Chronic Care Clinic Protocal _____

Urine Appearance:  Color _Yellow_  Clarity _Clear_  Odor _____

Specific Gravity: _1.025_

PH: _5_

LEAKOCYTES: _tr_

NITRATE: _tr_

PROTEIN: _tr_

GLUCOSE: _WNL_

KEYTONES: _tr_

UROBILINOGEN: _WNL_

BILIRUBIN: _tr_

BLOOD: _tr_  HEMOGLOBIN: _tr_

WNL: _✓_  ABNORMAL: _____

OBTAINING NURSE'S SIGNITURE: _K Merriweather cm_  _7/17/99_
                                                              Date

REVIEWING PHYSICIAN'S SIGNATURE: _____
                                                              Date

141-205-0575-0        SEND        PG 1 of 1   ROCHE BIOMEDICAL LABORATORIES, INC
(COMPLETE) (H)

WRIGHT, RICHARD

| | Age 28/09 | Sex M | Control # | Patient ID 187140 | Phys ID MAUNEY |

DOB 8/15/67

NPY 7

Fasting

Account Number 01302895
KILBY CORRECTIONAL FACILITY
CORRECTIONAL MEDICAL SERVICES
P.O. BOX 11
MT. MEIGS, AL 36057-0000
(334) 215-6685

Tot Vol 0000

Spec Date 5/20/96  7:00 | Received 5/20/96 | Reported 5/21/96  8:30 | Seq# 1212

| TEST | RESULT | OUT OF RANGE | UNITS | LIMITS | LAB |
|------|--------|--------------|-------|--------|-----|
| CBC WITH DIFFERENTIAL | | | | | |
| White Blood Count | 4.6 | | X 10-3/uL | 4.1- 10.3 | MB |
| Red Blood Count | 4.89 | | X 10-6/uL | 4.30- 5.60 | MB |
| Hemoglobin | 16.0 | | g/dL | 13.5- 17.0 | MB |
| Hematocrit | 45.5 | | % | 40.0- 51.0 | MB |
| MCV | 93 | | fL | 81- 95 | MB |
| MCH | 32.8 | | pg | 27.0- 33.0 | MB |
| MCHC | 35.2 | | g/dL | 32.5- 35.5 | MB |
| Platelets | 194 | | X 10-3/uL | 150- 415 | MB |
| Polys | 57 | | % | 45- 76 | MB |
| Lymphs | 34 | | % | 17- 44 | MB |
| Monocytes | 8 | | % | 3- 10 | MB |
| Eos | 0 | | % | 0- 4 | MB |
| Basos | 1 | | % | 0- 2 | MB |
| Polys (Absolute) | 2.6 | | X 10-3/uL | 1.8- 7.8 | MB |
| Lymphs (Absolute) | 1.6 | | X 10-3/uL | 0.7- 4.5 | MB |
| Monocytes(Absolute) | 0.4 | | X 10-3/uL | 0.1- 1.0 | MB |
| Eos (Absolute Value) | 0.0 | | X 10-3/uL | 0.0- 0.4 | MB |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0- 0.2 | MB |

LAB: MB  LABCORP HOLDINGS
1801 FIRST AVENUE SOUTH, BIRMINGHAM, AL  35233-0000        DIRECTOR:    JAMES A DAVIS III MD

LAST PAGE OF REPORT

GHT, RICHARD        PAT ID:187140

RRECTIONAL FACILITY
. 11
MEIGS, AL 36057

**PATIENT NAME**
Wright, Richard

**PRISON ID**
187140

**DATE SUBMITTED**
5-20-96

NPY 7

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
| HIV ANTIBODY | NR | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | A | Apparently Not Knowled | |
| APPEARANCE | | | |
| pH | | pH 5 - pH 6 | |
| PROTEIN | Neg | NEGATIVE (NEG) | |
| GLUCOSE | 37 | NEGATIVE (NEG) | |
| KETONES | Neg | NEGATIVE (NEG) | |
| BILIRUBIN | Neg | NEGATIVE (NEG) | |
| BLOOD | Neg | < 5 RBC/MCL | |
| NITRITE | Neg | NEGATIVE (NEG) | |
| UROBILINOGEN | Normal | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.  01D0706289

**GEORGE A. LYRENE, MD**
**MEDICAL DIRECTOR**

**WAYNE D. MERCER**
**LABORATORY DIRE**

## X-RAY REQUISITION AND REPORT

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| Bullock | 8-15-02 | Sidelis | |

EXAMINATION REQUESTED

X-ray (L) Knee

CLINICAL DIAGNOSIS

injury

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | 8-20-02 | | |

REPORT OF FINDINGS

WRIGHT, RICHARD ID# 187140

LEFT KNEE TWO VIEWS 08/20/02

**NORMAL INCLUDING NO FRACTURE OR JOINT EFFUSION.**

RP
S. LOVELESS, M.D.
RDTF 08/21/02

SIGNATURE

| Patients Last Name | First | Middle | Date of Birth | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Wright | Richard | | 8-15-67 | Blk | 187140 |

**NaphCare**

## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_    Date of Request: _June 9 2003_

ID#: _187140_    Date of Birth: _8-15-67_    Housing Location: _12-13_

Nature of problem or request: _RAZOR RASH_

_____

_____

_____

_Richard W Wright_
Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

*****************************************************************

## HEALTH CARE DOCUMENTATION

Subjective: _I want to renew my shaving Profile_

Objective: BP _130/80_ P _78_ R _20_ T _97.8_ wt _207_
_To renew shaving Profile — noted rash on face_

Assessment: _Alteration in Comfort_

Plan: _See Dr. Siddiq_

Refer to: _✓_ PA/Physician ___ Mental Health ___ Dental
_E- To return to HCU to see Dr. Siddiq at 7⁰⁰ A._

Signature: _C. Smith_    Title: _Jen_    Date: _6/9/03_    Time: _11⁰⁵ PM_

*StaphCare, Inc.*

## Health Services Request Form

Inmate Name __Richard W Wright__    Date of Request __6-4-2003__

AIS No. __187140__    Date of Birth __Aug 15, 67__    Housing Loc. __12 Bed 13__

Nature of problem or request __Razor Rash__

_____

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described above. __Richd W Wright__

### Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Health Care Documentation

Subjective: " I got a razer rash. "

Objective: BP 124/76    P 82    R 18    T 97⁴    WT 207

Assessment: Alteration in Skin Integrity

Plan: See MD in AM

Refer to: (PA/ Physician)    Mental Health    Dental

Education: instructed to follow up w/ MD in AM

_____

_____

Protocol used: (specify) _____

Signature __L Tyler__    Title __LPN__    Time __2315__    Date __6-3-03__

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_  Date of Request: _4/1/03_

ID #: _187111_  Date of Birth: _7/8/1?_  Housing Location: _2-11_

Nature of problem or request: _Razor Rash_

_____

_____

I consent to be treated by health staff for the condition described.

_Richard Wright_
### SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _"I need to renew my shaving profile."_

Objective: BP _110/78_ P _76_ R _16_ T _98.4_ Wt. _203 lbs_

Assessment: _alt, in comfort_

Plan: _See MD_

_E: Return to HCU in the A.M. to see MD_

Refer to: _✓_ PA/Physician _____ Mental Health _____ Dental

Signature: _Gloria Rogers_  Title: _LPN_  Date: _4-1-03_  Time: _12:10_

CMS 7166 REV. 10/94

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _____    AIS # _____

Date _____ Allergies _____    Facility _____

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _____    AIS # _____

Date _____ Allergies _____    Facility _____

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _____    AIS # _____

Date _____ Allergies _____    Facility _____

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _____Wright Richard_____    AIS # _187140_____

Date _____ Allergies _____NKA_____    Facility _BCCF_____

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

| Last | First | Middle Initial | AIS # _____ |
|---|---|---|---|
| | | | Facility _____ |
| Allergies _____ | | | Discontinue |
| | | | Continue |
| | | | Increase |
| | | | Decrease |

cian Signature:

NC002

---

Name _____ *Wright Richard* _____ First _____ Middle Initial _____ AIS # *187140*
Date *10-10-03* _____ Allergies *NKA* _____ Facility *Bullock*

SIG.

Discontinue
Continue
Increase
Decrease

Physician Signature:

NC002

---

Name _____ *Wright* Last _____ *Richard* First _____ Middle Initial _____ AIS # *187140*
Date *Allergies* _____ Allergies _____ Facility _____

SIG.

Discontinue
Continue
Increase
Decrease

Physician Signature:

NC002

---

Name _____ *Wright Richard* _____ First _____ Middle Initial _____ AIS # *187140*
Date *1-31-03* _____ Allergies _____ Facility _____

SIG.

Discontinue
Continue
Increase
Decrease

Physician Signature:

CORRECTIONAL MEDICAL SERVICES
HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_ Date of Request: _1-22-03_

ID #: _18740_ Date of Birth: _8-15-67_ Housing Location: _2-11_

Nature of problem or request: _Razor rash_

I consent to be treated by health staff for the condition described.

_Richard W Wright_
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HEALTH CARE DOCUMENTATION

Subjective: "I need to get my profile renewed."

Objective: BP _130/90_ P _76_ R _16_ T _98_ Wt. _200 lbs_

Assessment: _alt. in comfort_

Plan: _See MD_

E - Return to HCU in the A.m to See MD

Refer to: _✓_ PA/Physician ____ Mental Health ____ Dental

Signature: _Gloria Rogers_ Title: _RN_ Date: _1/28/03_ Time: _11:30_

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_ Date of Request: _11-18-02_

ID #: _187140_ Date of Birth: _15 Aug 67_ Housing Location: _2-11_

Nature of problem or request: _Razor Rash And tooth ache_

I consent to be treated by health staff for the condition described.

_Richard Wright_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _" I have razor bumps, I need a profile."_

Objective: BP _137/91_ P _70_ R _20_ T _____ Wt. _200 lbs_

Assessment: _alt. in comfort_

Plan: _see MD_

Refer to: _✓_ PA/Physician ____ Mental Health ____ Dental

Signature: _Gloria Rogers_ ____ Title: _LPN_ ____ Date: _11/19/02_ Time: _11:15 p m_

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_     Date of Request: _Sept 18, 2002_

ID #: _18714D_     Date of Birth: _15 Aug 67_     Housing Location: _8/4_

Nature of problem or request: _Shaving Rash_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_Richard Wright_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective: _I would like to renew my shaving Profile_

Objective: BP _130/80_ P _76_ R _20_ T _98_ - wt _195_
_Rash + bump on face — renew shaving profile_

Assessment: _Alteration in comfort. R/T Profile_

Plan: _See Dr. Siddiq_

Refer to: _✓_ PA/Physician ____ Mental Health ____ Dental

Signature: _J. Smith_     Title: _____     Date: _9/19/02_ Time: _1145_

CMS 7166 REV. 10/94

RECEIVED SEP 1 8

| | Last | First | Middle Initial | AIS # |
|---|---|---|---|---|
| Name | | | | |
| Date | | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Physician Signature:

Decrease

NC002

---

| | Last | First | Middle Initial | AIS # 127140 |
|---|---|---|---|---|
| Name | Dwight | Richard | | |
| Date | 1-31-03 | Allergies | NKA | Facility RCF |

SIG.

Metrid 200mg tid × 3 day

Physician Signature: M. Anderson RN/D

Discontinue Noted

Continue 2/1/03

Increase 6:35 pm

Decrease

NC002

---

| | Last | First | Middle Initial | AIS # 187140 |
|---|---|---|---|---|
| Name | Dwight | Richard | | |
| Date | 1-31-03 | Allergies | NKDA | Facility RCF |

SIG.

d/c Motrid
d/c Librium
d/c Robaxin Etc
d/c Antacid

Discontinue

Continue

Increase

Physician Signature: Norman RN/D

Decrease

NC002

---

| | Last | First | Middle Initial | AIS # 187140 |
|---|---|---|---|---|
| Name | Wright | Richard | | |
| Date | 12-5-02 | Allergies | NKA | Facility Bullock |

SIG. Motrin 800mg + PO T.i.d × 7 days
Pen VK 500mg + PO T.i.d × 7 days

Physician Signature: M. Carl Burkhart DDS.

Discontinue Noted 1/5/02
Continue A. Thomas RN
1960

Increase

Decrease

NC002

Name Last _Wright Richard_  First  Middle Initial  AIS # _187140_
Date _11/20/02_  Allergies _NKA_  Facility _Bullock_

SIG.

_Emil Propil x 60d_

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

Name Last _Wright, Richard_  First  Middle Initial  AIS # _187140_
Date _11/20/02_  Allergies _NKA_  Facility _Bullock_

SIG.

. Shaving profile x 60days

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

Name Last _Wright Richard_  First  Middle Initial  AIS # _187140_
Date _8/19/02_  Allergies _NKA_  Facility _Bullock_

SIG.

Discontinue

Continue  Noted

Increase  Johnson

Decrease

Physician Signature:

NC002

---

Name Last _Wright_  First _Richard_  Middle Initial  AIS # _187140_
Date _6/13/02_  Allergies _NKDA_  Facility _BCCF_

SIG.

Discontinue

Continue

Increase

Decrease

Last _Wright_  First _Richard_  Middle Initial   AIS # _187140_

e _6/11/02_  Allergies _NKDA_   Facility _BCCF_

_Haldol 5mg PO q hs x 90 days_

_Not-d_

Discontinue

Continue          L/N Emmeline Tyson

Increase  6/12/02

Physician Signature: _Ruby Dorman, CRNP_

Decrease

NC002

---

Name  Last _Wright_  First _Richard_  Middle Initial   AIS # _187140_

Date _6/11/02_  Allergies _NKDA_   Facility _BCCF_

SIG.
1. _Increase lithium to 900mg q hs x 90 days_
2. _Thyroid profile c TSH, CBC c diff, UA,_
   _- Haldol dose prn te, + lithium level._
3. _lithium level next week — other labs ASAP._

Physician Signature: _Ruby Dorman, CRNP_

Discontinue

Continue      Noted D/S/8/02 6/11/02 134K

Increase

Decrease

NC002

---

Name  Last _Wright_  First _Richardson_  Middle Initial   AIS # _187140_

Date _6/16/02_  Allergies _NKDA_   Facility _BCCF_

SIG.
1. _Prolixin Dec. 25mg IM q 2wks x 90 days_
2. _M Artane 2 mg BID_
3. _Artane 2 mg q Noon x 90 days_

Physician Signature: _Ruby Dorman, CRNP_

Discontinue

Continue    EM Crenshaw 6/16/02 1210

Increase

Decrease

NC002

---

Name  Last _Wright, Richard_  First  Middle Initial   AIS # _187140_

Date _6/3/02_  Allergies _NKDA_   Facility _Bullock_

SIG. _Haldol 5mg stat PO, Jamin 6/3/02_ _0950_
_Lithium 600mg stat PO_

Discontinue

Continue     EM Crenshaw 6/4/02

Increase

sician Signature:

Decrease

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _____     AIS # _____

Date _____ Allergies _____     Facility _____

SIG.

Physician Signature: _____

Discontinue

Continue

Increase

Decrease

NC002

---

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _____     AIS # _187140_

Date _____ Allergies _____     Facility _BPCF_

SIG.

Physician Signature: _____

Discontinue

Continue

Increase

Decrease

NC002

---

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _Wright_ _Richard_     AIS # _187140_

Date _02/18/__ Allergies _NKDA_     Facility _KCF_

SIG.

Physician Signature: _____

Discontinue

Continue

Increase

Decrease

NC002

---

|  | Last | First | Middle Initial |
|---|---|---|---|

Name _____     AIS # _187140_

Date _____ Allergies _NKA_     Facility _KCF_

SIG.

Signature: _____

Discontinue

Continue

Increase

Decrease

NC002

Name **Last** Whitley **First** Richard **Middle Initial**          AIS # 187140

Date _____ Allergies _____          Facility _____

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

---

Name **Last** _____ **First** _____ **Middle Initial** _____          AIS # _____

Date _____ Allergies _____          Facility _____

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

---

Name **Last** _____ **First** _____ **Middle Initial** _____          AIS # _____

Date _____ Allergies _____          Facility _____

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

---

Name **Last** _____ **First** _____ **Middle Initial** _____          AIS # 187140

Date 7/27/01 Allergies NKA          Facility _____

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

| Last | First | Middle Initial | |
|---|---|---|---|
| Name | | | AIS # |
| Date | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

| Last | First | Middle Initial | |
|---|---|---|---|
| Name | Wright, Richard | | AIS # 187140 |
| Date | Allergies NKA | | Facility BCCP |

SIG.

Discontinue    C. Davis Rn

Continue    7/30/01

Increase    1100

Decrease

Physician Signature:

NC002

---

| Last | First | Middle Initial | |
|---|---|---|---|
| Name | | | AIS # 187140 |
| Date | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

| Last | First | Middle Initial | |
|---|---|---|---|
| Name | Rodney | | AIS # 187140 |
| Date | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

|  | Last | First | Middle Initial |  |  |
|---|---|---|---|---|---|
| ne | Wright | Richard |  | AIS # | 187140 |
| te |  | Allergies | NKA | Facility | Draper |

G.

Discontinue

Continue

Increase

Physician Signature:     Decrease

NC002

|  | Last | First | Middle Initial |  |  |
|---|---|---|---|---|---|
| Name | Wright | Richard |  | AIS # | 187140 |
| Date |  | Allergies | NKA | Facility | Draper |

SIG.

Discontinue

Continue

Increase

Physician Signature:     Decrease

NC002

|  | Last | First | Middle Initial |  |  |
|---|---|---|---|---|---|
| Name | Wright, | Richard |  | AIS # | 187140 |
| Date |  | Allergies | NKA | Facility | Draper |

SIG.

Discontinue

Continue

Increase

Physician Signature:     Decrease

NC002

|  | Last | First | Middle Initial |  |  |
|---|---|---|---|---|---|
| Name | Wright | Richard |  | AIS # | 187140 |
| Date | 6 June 01 | Allergies | NKA | Facility | Draper |

SIG.

Ofloxacin Ven 25 mg IM (now) X1    Discontinue
Then QI week X 90 days    Continue   X 90 days
Cipro 2 mg Po BID    Increase

noted Justin's
06/06/01
126
/P

Physician Signature:     Decrease

NC00

**CORRECTIONAL MEDICAL SERVICES, Inc.**          **PHYSICIANS' ORDERS**

Name Wright, Richard                    D.O.B. 8/15/67

Location DCC          ID# 187140     Allergies NKA

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by (illegible) | schedule pt for MD clinic  ie. facial dermatitis 5/26/00 |
| noted | |
| Date: 5/25/00 | |
| Time: 1.25 | |
| | M.D. Signature (illegible) MD    Date/Time 5/25/00  8:30a |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by (illegible) | 5/11 - Shaving profile x 2 weeks |
| noted | - Benzoyl peroxide 5% - apply to affected area BID X 30d |
| Date: 6/5/00 | - Tetracycline 250mg p.o. BID x 14 days |
| Time: 5:30pm | |
| | M.D. Signature (illegible) MD    Date/Time 6/5/00  11:40a |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| | |
| Date: | |
| Time: | |
| | M.D. Signature                    Date/Time |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| | |
| Date: | |
| Time: | |
| | M.D. Signature                    Date/Time |

7193 2/96

| NAME _____ | AIS# _____ |
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME Wright, Richard | AIS# 187140 |
| DATE 12/15/99 | FACILITY Draper |
| SIG. Shave profile x 90d | DISCONTINUE |
| Benzoyl peroxide to face e g0x30d | CONTINUE _NWuredirto_ 12/17/99 12:45pm |
| | INCREASE |
| Physician Signature: _Murphy_ | DECREASE |

| NAME Wright, Richard | AIS# 187140 |
| DATE 9/3/99 | FACILITY DCC |
| SIG. Orders per Dr. Agarwal | DISCONTINUE |
| 1) shave profile x 90 days | CONTINUE |
| 2) AF cream BID x 14 days _noted 9/3/99 JSCy LPN_ | INCREASE |
| Physician Signature: | DECREASE |

NAME _____    AIS# _____

DATE _____    FACILITY _____

SIG.    DISCONTINUE

    CONTINUE

    INCREASE

    DECREASE

Physician Signature:

---

NAME _____    AIS# _____

DATE _____    FACILITY _____

SIG.    DISCONTINUE

    CONTINUE

    INCREASE

    DECREASE

Physician Signature:

---

NAME ___Wright, Richard_____    AIS# _18740_____

DATE ___5/27/99_____    FACILITY __Bullock_____

SIG.    DISCONTINUE

HC ℞ ⊗ 8kin × 20 D FU    CONTINUE

    INCREASE

    DECREASE

Physician Signature:

---

NAME __Wright, Richard_____    AIS# __18740_____

DATE ___2/26/99_____    FACILITY __BCCF_____

SIG.    DISCONTINUE

Amoxil [...] po tid × 10    CONTINUE    noted

Tylenol 650mg po tid × 7)    INCREASE    2-26-99

    DECREASE

Physician Signature:

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ 187140 |
|---|---|
| DATE_____ | FACILITY _____ 13CCF |
| SIG. | DISCONTINUE     Noted |
| | CONTINUE     C Lewis RN |
| | INCREASE     2/25/99 |
| Physician Signature: | DECREASE     11:60 |

| NAME _____ | AIS# 187140 |
|---|---|
| DATE_____ | FACILITY _____ BCCF |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

NAME _Wright Richard_    AIS# _187140_
DATE _5/7/03_    FACILITY _DCC_
SIG. _clipper shave x one day_
_Karen_
DISCONTINUE
CONTINUE
INCREASE
DECREASE
Physician Signature:

---

NAME _Wright Richard_    AIS# _187140_
DATE _10/22/96_    FACILITY _Draper_
SIG. _Clipper Shave x 180 day_
_Karraj_
DISCONTINUE
CONTINUE
INCREASE
DECREASE
Physician Signature:    _(K M MD)_

---

NAME _Wright Richard_    AIS# _187140_
DATE _5/11/96_    FACILITY _Draper_
SIG. _1) Place patient on sick list_
DISCONTINUE
CONTINUE
INCREASE
DECREASE
Physician Signature:    _Km MD_

---

NAME _Wright, Richard_    AIS# _187140_
DATE _4/11/96_    FACILITY _Draper_
SIG. _Cough tabs # BID x 7 day_
_#7 cc given to EOP_
DISCONTINUE
CONTINUE
INCREASE
DECREASE
Physician Signature:

A 01

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_     Date of Request: _8-15-02_

ID#: _187140_     Date of Birth: _8-15-67_     Housing Location: _Seg 5_

Nature of problem or request: _Having pain in my left Knee From ~~one~~ Sgt. Strickland twisting it and Pain in the back of my head From him Forcing it to the Floor "Request X-rays"_

_Richard W Wright     187140_

Sign here for consent to be treated by health staff for the condition described

---

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*****************************************************************

HEALTH CARE DOCUMENTATION

Subjective: _" I have a headache and back pain "_

Objective: BP _130/90_ P _78_ R _16_ T _98_

Assessment: _alt. in Comfort_

Plan: _See MD_

Refer to: _✓_PA/Physician ___Mental Health ___Dental

Signature: _Gloria Regen_ Title: _LPN_ Date: _8/18/02_ Time: _5:20 A.m_

NCO40            HEALTH SERVICES REQUEST FORM

# PARTMENT OF CORRECT NS

## EMERGENCY/ _____ (OTHER) _____ TREATMENT RECORD

| DATE 06/12/02 | TIME 1300 AM/PM | FACILITY BCCF  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ EMERGENCY  ☑ OTHER |
|---|---|---|---|

**ALLERGIES** MKDA

**CONDITION ON ADMISSION** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98° ORAL / RECTAL   RESP. 18   PULSE 70   B/P 120/70   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S — DOC requested "routine" body chart
O — Alert / oriented
A — WNL.
P — Released to DOC.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION/ SUTURES |
|---|---|---|---|---|



**PHYSICAL EXAMINATION**

WNL.

**ORDERS, MEDICATION, etc.**   Released to DOC

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**   Released to DOC

| RELEASE/TRANSFER DATE 06/12/2002 | TIME AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  [signature] | DATE 06/12/02 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) WRIGHT, RICHARD | AGE 34 4n | DATE OF BIRTH 08/15/1962 | R/S B/M | AIS # 187140 |
|---|---|---|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Wright, Richard_     AIS #: _187140_

INSTITUTION: _Bullock_     LOCATION: _Seg_

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Prolixin Dec. IM | 25 mg | q 2 wks | 9/6/02 |
| Lithium 600mg P.O | q HS | | 9/6/02 |
| Haldol | 2 mg P.O. | q HS | 9/6/02 |

PROBLEM REPORTED:
Side effects:_____     Medication-Related Problem:_____     Non-Compliance: _✓_
Explanation:

_Verbally Refused Prolixin dec. 25mg IM_

Reported by _Inmate Richard Wright_     Date: _6/6/02_

MENTAL HEALTH NURSE FOLLOW-UP:

_Follow-up in seg cell c̄ inmate. Verbally refused to take prolixin inj. Inmate states "I ain't taking no shot."_

Follow-Up by _R.M. Counts, RN_     Date: _6/6/02_

PSYCHIATRIC REVIEW/PLAN:



Follow-Up by:_____     Date:_____

| Inmate Name _Wright, Richard_ | AIS # _187140_ |
|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
BEHAVIORAL OBSERVATION AND REFERRAL

Inmate Name: _Richard Wright_____ AIS# _B/187140_ Location: _Segregation Cell #14_

BEHAVIORAL OBSERVATIONS:

Inmate is:  ☐ Not eating       ☐ Does not leave cell     ☐ Not sleeping

Appearance: ☐ Looks tired      ☐ Poor hygiene          ☐ Dressed inappropriately

Speech:     ☐ Loud             ☐ Screaming             ☐ Over-talkative
            ☐ Talks to self    ☐ Makes little sense    ☐ Not talking
            ☐ Talks about hurting or killing self

Behavior:   ☐ Crying           ☐ Tense                 ☐ Threatening staff
            ☐ Pacing           ☐ Rigid                 ☐ Threatening inmates
            ☐ Suicidal         ☐ Self-harm             ☐ Weird
            ☐ Not cooperative  ☐ Not responsive        ☐ Little activity
            ☐ Smearing feces or urinating on self/floor

Inappropriate Sexual Behavior:  ☐ Exposing self       ☐ Other

Attitude:   ☐ Aggressive       ☐ Assaultive            ☐ Belligerent
            ☐ Negative         ☐ Passive               ☐ Depressed

COMMENTS: Inmate Wright was locked up in seg for argueing with another Inmate, when Inmate Wright was awaken from his sleep he charged the Closed seg Cell door unusually fast, Sweating excessively, looking strange, Inmate wright also started to officer Bailey that he (Inmate wright) was suppose to go home today. Inmate Wright seems to be easily Agitated by other Inmates.

Referred by: _Ofcr. J. Bailey_____ Phone Contact #: _133_____ Date: _6-3-02_

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Pt. is Bipolar & Hypomanic - 14 is in Sgt trying on Haldol & Lithium M,

Follow-Up by: _[signature]_____ Date: _6/4/02_

| Inmate Name | AIS # |
|---|---|
| Wright, Richard | 187140 |

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_ Date of Request: _April 1, 2002_

ID #: _187140_ Date of Birth: _Aug 15, 1967_ Housing Location: _19-17_

Nature of problem or request: _Shaving bumps_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_Richard W Wright_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
**************************************************************

### HEALTH CARE DOCUMENTATION

Subjective: _e would like to get a shaving profile_

Objective: BP _130/80_ P _78_ R _20_ T _97.6_
_Noted bumps under chin and on face._

Assessment: _Alteration in Comfort R/T shaving profile_

Plan: _See Dr. Siddig_

to: _✓_ PA/Physician ____ Mental Health ____ Dental

_J Smith_ _____ Title: _LPN_ Date: _4/2/02_ Time: _1:38 PM_

/94

RECEIVED APR