## INTRASYSTEM TRANSFER FORM

### HEALTH STATUS

Transferring Facility: _KCF_

Name: _Wright, Richard_
Number: _187140_    Race: (B) W  H  Other
Age: _34_    Date of Birth: _8/15/67_    Sex: (M) F

Date: _2/28/02_
Time: _4⁰⁰_ AM (PM)
Allergies: _NKA_    Food Handler Approved: Y / (N)
Current Acute Conditions/Problems: —
Chronic Conditions/ Problems: _mental - schizodisorder_

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: _∅_

Chronic Long-term Medications: _∅_

Chronic Psychotropic Medications: _Haldane 2mg Bid_ , _Prolixin Dec 25g_
_IM q 2 wks_
Current Treatments: ∅
Follow-up Care Needed: _needs annual physical_

Last PPD: _4800_  Results _∅_ mms    Last Physical: _7/8/00_
Chronic Clinics: _∅_    Specialty Referrals: _MH_

Significant Medical History: _∅_

Physical Disabilities/Limitations: _∅_
Assistive Devices/Prosthetics: _____    Glasses: —    Contacts: —
Mental Health History/Concerns:
Substance Abuse: (Y)/ N    Alcohol: (Y) N    Drugs: Y /(N)
_YES_  Hx Suicide Attempt: Date: __/__/__
     Hx Psychotropic Medication    _R. Owens, RN_
     Previous Psychiatric Hospitalizations    Signature and Title    Date: _2/28/02_

=======================================================================

### TRANSFER RECEPTION SCREENING

Date: _2/28/02_  Time: _4⁰⁰_ AM/PM    Receiving Facility: _Bullock_
S: Current Complaint: _Mental illness_
Current Medications/Treatment: _____
_Prolixin Prolixin_

O: Physical Appearance/Behavior: _____
_Okay_

Deformities: Acute/Chronic: _none_

T _97.4_ P _78_ R _20_ B/P _130/80_
A:
_New men intake screening_

P: Disposition: (Instructions: Check or circle as appropriate)
✓ Routine, Sick Call
___ Instructions Given.
___ Emergency Referral
___ HIV/TB Instruction Given
___ Physician Referral:
     Urgent / Routine
___ Medication Evaluation
___ Work/Program Limitation
___ Special Housing
___ Specialty Referrals
___ Chronic Clinics
✓ Mental Health
___ OTHER
___ Infirmary Placement

_Written Verbal Instructions Recvd_

Other: _____

# HEALTH STATUS SYSTEM TRANSFER F

| | |
|---|---|
| Transferring Facility: Kilby | Name: Wright, Richard |
| | Number: 187740 |
| Date: 7/17/01 | Age: ___   Race: B W H Other |
| Time: 1645 AM PM | Date of Birth: 8/15/62   Sex: M F |
| Allergies: NKA | Food Handler Approved: Y N |

Current Acute Conditions/Problems: Ø

Chronic Conditions/ Problems: MH

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Sea MAR

Current Treatments: MH

Follow-up Care Needed: MH

Last PPD: 7/14/0  Results Ø  mms     Last Physical: 7/14/00

Chronic Clinics: ___     Specialty Referrals: Ø

Significant Medical History: MH

Physical Disabilities/Limitations: Ø

Assistive Devices/Prosthetics: Ø     Glasses: yes   Contacts: ___

Mental Health History/Concerns:

Substance Abuse: Y N     Alcohol: Y N     Drugs: Y N

___ Hx Suicide Attempt: Date: ___/___/___

yes Hx Psychotropic Medication

yes Previous Psychiatric Hospitalizations

| | |
|---|---|
| R. Haney RN | |
| Signature and Title | Date: 7/17/01 |

## TRANSFER RECEPTION SCREENING

Date: 7/24/01   Time: ___ AM PM

Receiving Facility: Bullock

S: Current Complaint: Ø

Current Medications/Treatment: See MAR

P: Disposition: (Instructions: Check or circle as appropriate)

___ Routine, Sick Call
___ Instructions Given
___ Emergency Referral
___ HIV/TB Instruction Given
___ Physician Referral:
Urgent / Routine

O: Physical Appearance/Behavior: Calm & Cooperative

___ Medication Evaluation
___ Work/Program Limitation
___ Special Housing
___ Specialty Referrals
___ Chronic Clinics
✓ Mental Health
___ OTHER

Deformities: Acute/Chronic: ___

___ Infirmary Placement

T 97 P 80 R 20 B/P 130/80

A: New Intake Screening

Other: ___

| | |
|---|---|
| L. Brown | |
| Signature and Title | |

CMS 7190

# NAPHCARE, INC.

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring
Facility:     **BULLOCK**

Date: ~~09/01/2001~~ 10-4-01
Time _____ A M _____
Allergies _____ N K A _____
Food Handler Approved  Y / N

Name _Wyatt Richard_
AIS _181 140_
Age _____ Date of Birth _8-15-67_
Race _B_ _____ Sex _MALE_

Current Acute Conditions/Problems: _Ø_
Chronic Conditions/ Problems: _M H_

Current Medications– Name, Dosage, Frequency, Duration:
        Acute short term medications _Ø_

Chronic Long Term Medications _Ø_

        Chronic Psychotropic Medications _____

Current Treatments: _M H_
Follow up care Needed _M H_

Last PPD _7-14-00_ Results _Ø_ mms Last Physical _7/14/00_
Chronic Clinics _Ø_
Specialty Referals _Ø_
Significant Medical History _M H — Need Physical_

Physical Disabilities/Limitations _Ø_
Assistive Devices/Prosthetics _Ø_ _____ Glasses _Yes_ _____ Contacts _Ø_
Mental Health History/Concerns _____

Substance abuse Y/**N**     Alcohol Y/**N**   Drugs Y/**N**
_____ Hx Suicide Attempt Date ___/___/___
_Ø_ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature/Title/Date  10-4-01
_Esmith_

---

Transfer Reception Screening
Date _10/4/01_ Time _1:20_ am **pm**
S: Current complaint _____

Current medications/Treatments
_none_

O Physical Appearance/Behavior _____
_____
Deformities: Acute/Chronic
_none_
T _98_ P _75_ R _20_ B/P _138/66_
A _____
_No apparent distress/present_

P Disposition (Instructions: Check or
circle as appropriate)
_✓_ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Receiving Facility:
_Kilby_

Signature/Title:
_____

NC 071

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/1/01 | 10/4/01 | Transfer to KCC          volume    I | Sm |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright Richard | 187140 | | Bm | BULLOCK |

F-6

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/18/01 | | Rec'd c̄ Bullock Vol I ——— | Sm |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright Richard | 187140 | | Bm | Bullock |

F-61

# Health Services Request Form

Print Name _Richard Wright_                    Date of Request _27 June 01_

ID No. _187140_  Date of Birth _15 Aug 67_  Housing Location _Southward_

Nature of problem or request _I been give cream to take care of a sexual transmitted disise disense. this cream just stop the scabs that be on my penis. I wonder when do we deal with the problem and not the ~~sup~~ simptoms?_

_Richard W Wright Sr_

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

-------------------------------------------------------------------------------

### Health Care Documentation

Subjective

Objective        BP_____  P_____  R_____  T_____

Assessment

Plan

**NO SHOW**

Refer to  ○ PA/Physician      ○ Mental Health      ○ Dental

Signature_____  Title_____  Date_____

**Health Services Request Form**

NC040

# Health Services Request Form

PI #4

~~MH #14~~

Print Name _Wright, Richard_          Date of Request _06-08-01_

ID No. _187140_    Date of Birth _____    Housing Location _MH #14_

Nature of problem or request _Abnormal Growth on penis_

_____

_____

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

-----------------------------------------------------------

### Health Care Documentation

Subjective _–"H BSCNB 11×0")_

Objective    BP _130/88_   P _80_   R _18_   T _98_

Assessment _Discolored area noted to penis c dry area noted to tip_

Plan _need_

Refer to  ☑ PA/Physician    ○ Mental Health    ○ Dental

Signature _____    Title _LPN_    Date _6/11/0_

**Health Services Request Form**

NC040

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_     Date of Request: _18 June 02_

ID#: _197140_     Date of Birth: _15 Aug 67_     Housing Location: _3 - 9_

Nature of problem or request: _Follow up to have shaving_

_Profile renewed_

_____

_____

_____

_Richard Wright_

Sign here for consent to be treated by health staff for the condition described

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
*********************************************************************

HEALTH CARE DOCUMENTATION

Subjective:                              already seen 6/19
                                         by MD

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

Refer to: ___PA/Physician ___Mental Health ___ Dental

Signature: _____ Title: _____ Date: _____ Time: _____

NCO40                    HEALTH SERVICES REQUEST FORM

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_    Date of Request: _15 June 02_

ID#: _187140_    Date of Birth: _15 Aug 67_    Housing Location: _Dorm 3 Bed 9_

Nature of problem or request: _razor bumps_

_____

_____

_____

_____

_Richard W Wright    187140_
Sign here for consent to be treated by health staff for the condition described

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
**********************************************************************

HEALTH CARE DOCUMENTATION

Subjective: _I want to renew my shaving profile_

Objective: BP _130/80_ P _76_ R _20_ T _98°_
_Inmate states he has sensitivity skin and unable to shave to razor._

Assessment: _Alteration in comfort R/T Renew Shaving Profile_

Plan: _See Dr. Siddy_

Refer to: _✓_ PA/Physician ___Mental Health ___Dental

Signature: _K. Smith_    Title: _LPN_    Date: _6/17/0_ Time: _12:30 AM_

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_    Date of Request: _MAY 18 2000_

ID #: _187140_    Date of Birth: _15 Aug 67_    Housing Location: _4/27_

Nature of problem or request: _Facial irrated Badly, I sign_
_up twice thus Far to see doctor_

_____

I consent to be treated by health staff for the condition described.

_Richard W Wright_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

#### HEALTH CARE DOCUMENTATION

Subjective: _c/o "Face being broke out."_

Objective: BP _120/80_ P _76_ R _18_ T _98_
_Noted lg. Amt. bumping on neck, no skin breakage or_
_drainage noted. Is clean shaven @ present._

Assessment:
_Alteration in Skin integrity_

Plan:

_[signature] mD_
_5/31/00_

Refer to: ____ P.A. Physician ___ Mental Health ____ Dental

Signature: _[signature]_    Title: _L_    Date: _5/19/00_    Time: _7/5A_

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: Richard Wright    Date of Request: 4/30/2000

ID =: 187101    Date of Birth: 8-15-67 Housing Location: 4-27

Nature of problem or request: Irritated Face

I consent to be treated by health staff for the condition described.

Richard W Wright
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: c/o irritated face

Objective: BP 130/90 P 64 R 20 T 97$^3$
noted bumping of facial area w/d scarring
Due to Shaving. States "Face Sore in Some Spots
no open Sore areas or drainage @ present
Assessment:
Alteration in Skin integrity

Plan:

Refer to:____ P.A. Physician___ Mental Health ____ Dental

Signature: MdLaw    Title: LPN    Date: 5/01/00 Time: 9:14 AM

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

RECEIVED
FEB 2 4 REC'D

Print Name: _Richard WRight_    Date of Request: _24 Feb 2000_

ID # _187140_    Date of Birth: _15 Aug 61_    Housing Location: _1 - 18A_

Nature of problem or request: _Irratated Faced,_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_Richard W Wright_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* - = - * - * - * - * - * - * - * - * - * - * - * - * - * - * - * - * - * - * - * - * - *

## HEALTH CARE DOCUMENTATION

Subjective: C/O irritated Skin due to Shaving. Also something
for Congestion in Chest.

Objective: BP _120/80_ P _80_ R _18_ T _97⁵_
Facial area has lg Amt. of Shaving bumps
Edrainage noted. Lungs clear.

Assessment:
Alteration in Skin integrity

Plan:
1. See MD for profile & Med

Referral: ___ P.A. Physician ___ Mental Health ___ Dental

Signed: _M A Allen_    Title: _Lp_    Date: _2/20/00_    Time: _8³⁵ A_

CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: Richard W Wright     Date of Request: Dec 14 1999

D = 187140     Date of Birth: 15 Aug 67     Housing Location: 5-74

Name of problem or request: Shaving profile

_____

_____

_____

I consent to be treated by health staff for the condition described.

Richard W Wright

SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HEALTH CARE DOCUMENTATION

Subjective: Req. for Shaving profile & Some cream for Face.

Objective: BP 150/88 P 84 R 20 T 97^5
Bumping & discoloration of face due to Shaving

Assessment: Alteration in Skin integrity

Plan:
1. Shave profile X 40 days
2. ~~Apply Key to Skin~~ Benzoyl peroxide to face @ HOP X30d

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: Mary Alan     Title: RN     Date: 12/15/99     Time: 7^30/p

CMS Form REV 1-93

CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_ ___ Date of Request: _2 Sept 99_

ID #: _127140_ ___ Date of Birth: _15 Aug 67_ ___ Housing Location: _Cell 2 Bed 101_

Nature of problem or request: _Shave profile and rash on feet_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_Richard Wright_
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

• - • - • - • - • - • - • - • - • - • - • - • - • - • - • - • - • - • - •

HEALTH CARE DOCUMENTATION

Subjective: "Shaving profile and rash on my feet."

Objective: BP _130/70_ P _72_ R _18_ T _97.5_
Lesions noted to face. c/o itching to face, neck, chin. c/o breaking
p̄ shaving c̄ razor. Rash noted to both feet

Assessment:
Alteration in skin integrity

Plan: Orders per Dr. Agarwal
① Shave profile x 90 days
② AF cream BID x 14 days

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _LPN_ Date: _9/3/99_ Time: _0819_

CMS 7166  REV. 1/93

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard W Wright_ Date of Request: _25 MAY 99_

ID #: _187140_ Date of Birth: _15 Aug 67_ Housing Location: _14-34_

Nature of problem or request: _Bumps and rash on Penis, need_
_to see Eye Doctor_

I consent to be treated by health staff for the condition described.

_Richard W Wright_         _187140_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HEALTH CARE DOCUMENTATION

Subjective: _I got a Rash @ my groin this is_
_the third time I had it + it comes back_

Objective: BP _124/24_ P _80_ R _18_ T _98²_
_C/o Rash to groin area_            _place_
_eyelist_
_5/26/99_

Assessment:
_Alteration in comfort R/T Rash_

Plan: _To see MD_

_RECEIVED MAY 2 6 1999_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _Q. Brooks_ Title: _LPN_ Date: _5-26-99_ Time: ____

CMS 7166 REV. 10/94

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: Richard W Wright    Date of Request: 26 Feb 98

ID #: 177140    Date of Birth: 15 Aug 67    Housing Location: 1-146

Nature of problem or request: Need a shaving profile, Have a rash in my groining area

I consent to be treated by health staff for the condition described.

Richard W Wright

### SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

## HEALTH CARE DOCUMENTATION

Subjective: c/o Needing Shaving profile

Objective: BP 104/80 P 78 R 16 T 98.4

small amount of bumps noted to under of neck area. no redness or swelling noted. no broken skin, no irritate noted to groin area @ this time

Assessment:

Plan: No profile necessary @ this time
Advise inmate to purchase T/A ointment from store

Uhw 2/04/08 0600

Refer to: _____ PA/Physician _____ Mental Health _____ Dental    W

Signature: DUhw    Title: LPN    Date: 2/24/98    Time: _____

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: Richard W Wright    Date of Request: 28 Jan 98

ID #: 187140    Date of Birth: 15 Aug 67    Housing Location: 1-146

Nature of problem or request: Shaving Profile, Rash

I consent to be treated by health staff for the condition described.

_Richard W Wright_
## SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: no SHP 1/29/98
0600 RMc

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _____ Date: _____ Time: ____

CMS 7166 REV 1/91

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_   Date of Request: _6 MAY 97_

ID #: _187 40_   Date of Birth: _15 Aug 97_   Housing Location: _Ice Bed 140_

Nature of problem or request: _Need another shaving Profile_

I consent to be treated by health staff for the condition described.

_Richard W Wright_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

### HEALTH CARE DOCUMENTATION

Subjective: _elmate requests clipper Shave_

Objective: BP _126/74_ P _72_ R _16_ T _98.2°_ _Pseudofoliculitis No broken Skin_

Assessment: _Pseudofoliculitis_

Plan: _See order_

_KMSM_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____   Title: _____   Date: _5/7/9_   Time: _____

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _____ Date of Request: 2/ / 96

ID #: 187140 Date of Birth: 12 Day 67 Housing Location: Cell B-7

Nature of problem or request: Irritation on my skin from shaving

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: My face is messed up from shaving

Objective: BP 120/70 P 76 R 9 T 98.5 Face is irritated and has open areas from shaving. No infection noted

Assessment: Shaving bumps

Plan: See order

NCMSMD

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: Nancy Long _____ Title: LPN _____ Date: 2/2/96 Time: _____

CMS 7166 REV. 3/93

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_    Date of Request: _Eye Exam, Glasses_    I Need Glasses

ID #: _____    Date of Birth: _8-15-67_    Housing Location: _6 cell Bed 67_

Nature of problem or request: _Need Glass Appointment set For Exam_

_____

_____

I consent to be treated by health staff for the condition described.

_Richard Wright_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

********************************************

### HEALTH CARE DOCUMENTATION

Subjective:    eye list

Objective: BP $\frac{130}{80}$ P _78_ R _18_ T $97^4$

Assessment:    w/s and, no S/s of distress.

Plan:    Place name on eye list
KM:MD

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____    Title: _LPN_    Date: _____    Time: _____

CMS 7166  REV. 3/93

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _____     Date of Request: 6/11/96

ID #: _____     Date of Birth: 15 Aug 57     Housing Location: 2C

Nature of problem or request: rash in groin area

_____

_____

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## HEALTH CARE DOCUMENTATION

Subjective: I got a congestion cough and a rash.

Objective: BP 130/74  P 76  R 19  T 98.1  Groin rash
noted. Lt congluny @ present  LCTA

Assessment: Cold + groin rash

Plan: See order

KM, MD

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Richard Wright_ Date of Request: _23 Feb 99_

ID #: _187143_ Date of Birth: _15 Aug 67_ Housing Location: _12/21_

Nature of problem or request: _Chest Congestion, Weakness in_
_Body, Flu Symptoms, Shaving Profile._

I consent to be treated by health staff for the condition described.

_Richard W Wright Sr._
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: "I Am requesting to see the Docter Concerning
My above listed problems."

Objective: BP $120/76$ P $76$ R $20$ T $99^8$
Requesting a Shaving profile.

Assessment: Alteration in Comfort, R/T cold symptoms.

Plan: See MD in Am 2/25/99 per Nursing Protocal
2/25/99  997

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _Patricia Robbins_ Title: _LPN_ Date: _2/24/99_ Time: _11 35/Pm_

CMS 7166 REV. 10/94

RRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Wright Richard_    I.D. #: _18740_    Institution: _BCCF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6-29-99 | | Transferred to Draper VO1 I ____ | _Sm_ |
| 6-7-99 | | STATON HEALTH CARE UNIT 5 meds ____ | _JB m_ |
| | | | |
| 8/10/0? | | _Spec tu Rx on_ | |
| | | _&) old upril to hurt_ | |
| | | _long sm to sup_ | |
| | | _need for Px_ | |
| | | _no suing_ | |
| | | | |
| | | _1 tue archer/ am; old head Gay_ | |
| | | _P/ will start a Advil R 7 D_ | |
| | | | |
| 11/3/04 | | _Rgr x 30_ | |

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Wright Richard_    I.D. # _187140_    Institution _BCCF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/26/99 | | S/P₂ C/O Cd | |
| | | ⊙ URTI | |
| | | Chest cler | |
| | | Heart nl | |
| | | A/P Amoxil Torup px1 days | |
| 5/27/99 | | S/P₂ c penis rash | |
| | | ⊙ fine Crush | |
| | | A/P Antifigil cram 8m | |

# MEDICATION
# ADMINISTRATION RECORD   ◄■■ *NaphCare* ►■■

124475 HALOPERIDOL 2 MG TAB
Start: 12/13/02   Stop: 06/04/03
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS RX844631

124476 LITHIUM CARBONATE 300 MG CAP
Start: 12/13/02   Stop: 06/04/03
TAKE TWO CAPSULE(S) AT BEDTIME
BY MOUTH  FOR 90 DAYS RX844633

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

05/01/03                                    06/01/03

NKA

187148-AL0

Complete Entries Checked

By.                                  Title:          Date:

WRIGHT, RICHARD                                    187148

# MEDICATION
# ADMINISTRATION RECORD    NaphCare

**24475 HALOPERIDOL 2 MG TAB**
Start: 12/13/02    Stop: 06/04/03
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS RX844631

**124476 LITHIUM CARBONATE 300 MG CAP**
Start: 12/13/02    Stop: 06/04/03
TAKE TWO CAPSULE(S) AT BEDTIME
BY MOUTH  FOR 90 DAYS RX844633

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

04/01/03                    04/01/03

NKA                                                    187148-AL0:

Complete Entries Checked
By:

Title:                    Date: 3/31/03

WRIGHT, RICHARD                            187148

# MEDICATION
# ADMINISTRATION RECORD     NaphCare

24475 HALOPERIDOL 2 MG TAB
Start: 12/13/02   Stop: 06/04/03
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS RX844631

2100 A     D/C

124476 LITHIUM CARBONATE 300 MG CAP
Start: 12/13/02   Stop: 06/04/03
TAKE TWO CAPSULE(S) AT BEDTIME
BY MOUTH  FOR 90 DAYS RX844633

2100 A     D/C

05/01/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
05/01/03

NKA

187148-AL0:

Complete Entries Checked
By:  Ilagus        Title:  PN    Date: 4/29/03

187148                                   BCCF

WRIGHT, RICHARD

# MEDICATION
## ADMINISTRATION RECORD  ■ *NaphCare* ■

'24475 HALOPERIDOL 2 MG TAB
Start: 12/13/02   Stop: 06/04/03
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS RX844631

124476 LITHIUM CARBONATE 300 MG CAP
Start: 12/13/02   Stop: 06/04/03
TAKE TWO CAPSULE(S) AT BEDTIME
BY MOUTH  FOR 90 DAYS RX844633

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

03/01/03                         03/01/03      3-31-03

NKA

187148-AL0

Complete Entries Checked
By: *Martha Jackson*       Title: *CPN*    Date: 3-1-03

WRIGHT, RICHARD                              187148

V Martha Gozba

NT  Ng Jolbert, RN

NT  VS V. Smith LPN

V Slaton LPN

# MEDICATION
# ADMINISTRATION RECORD    NaphCare

44091 HALOPERIDOL 1.0 5MG
06/04/02
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS
START 06/04/02                    D/C'ed  1/24/03
34083 LITHIUM CARB. 300MG CAP
06/04/02
TAKE 3 CAPSULES BY MOUTH AT
BEDTIME FOR 90 DAYS.                D/C'ed  1/24/03
START 06/04/03

Mother Gone x't x
3 days
2/11/03  to  2/5/03

0400 → WM M <
1100 → WM M <
1700 → D DD <

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

P/197143-2D

Complete Entries Checked
By:                    Title:    RN    Date: 1/24/03

# MEDICATION
## ADMINISTRATION RECORD  ◄ NaphCare ►

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/c Haldol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/24/03 Gorman | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D/c Lithium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/24/03 Gorman | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D/c Prolixin Dec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/24/03 Gorman | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D/c Artane | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/24/03 Gorman | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/1/03    THROUGH 1/31/03

| | | |
|---|---|---|
| Physician | Telephone Number | Inmate No. |
| Alt. Physician Sanders | Alt. Telephone | 187140 |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: _A.D. Grant_ | Title: LPN | Date: 1/24/03 |
|---|---|---|---|---|

PATIENT Wright Richard    PATIENT CODE 187140    ROOM NO.    BED    FACILITY CODE

# MEDICATION
## ADMINISTRATION RECORD   ◄ NaphCare ►

B44631 HALOPERIDOL TAB 5MG
06/04/02
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

B44633 LITHIUM CARB. 300MG CAP
06/04/02
TAKE 2 CAPSULES BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

NKA

Complete Entries Checked
By: _____  Title: PN  Date: 11/30/__

187149

M1 Martha Jackson LPN          NS V. Smith, IDN

TR PRobbins

# MEDICATION ADMINISTRATION RECORD

**NaphCare**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800 mg ÷ PO TID X-7 days | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pen-VK -500mg ÷ PO TID X-7 days | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12-5-02 → 12-13-02 | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | |
|---|---|---|
| Physician | Telephone Number | Inmate No. |
| Alt. Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: A. Thomas LPN Title: Date: 12/5/02 |
|---|---|---|
| PATIENT Wright Richard | PATIENT CODE 187140 | ROOM NO. | BED | FACILITY CODE BccF |

**INSTRUCTIONS:**
a. Circle initial when appropriate to show when medication is given.
b. Circle initial when medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be noted on Nurse's Medication Notes.

**CHARTING CODES:**
A-Recorded in error.
B-Patient refused.
C-Patient out of facility.
D-Drug not given. Indicate reason in Nurse's Medication Notes.

E-Nurse off. Medication held.
F-Patient did not retain medication
G-Effective.

H-Injection.
I-Hospital
J-Leave of absence

| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
|---|---|---|---|---|---|
| | Nurse's Signature | | Nurse's Signature | | Nurse's Signature |
| ● | Nurse's Signature | | Nurse's Signature | | Nurse's Signature |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

## NURSE'S MEDICATION NOTES

**PATCH SITE/INJECTION SITE CODES:**
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initial |
|---|---|---|---|---|
| | | | | |

# MEDICATION
## ADMINISTRATION RECORD    ◄■■■ NaphCare ►■■■

04A31  HALOPERIDOL TABLETS
                              06/04/02
TAKE 1 TABLET BY MOUTH- AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

1700  HD D D D D D D D D D D D D D D D D D D D /DC'd /4/24/03

544533  LITHIUM CARB. 300MG CAP
                              06/04/02
TAKE 2 CAPSULES BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

1700  HD D D D D D D D D D D D D D D D D D D D /DC'd /1/24/03

P/187148-BC

Complete Entries Checked
By  _Ilagen_      Title: _PN_      Date: _12/26/0_

BCCF