# MEDICATION
# ADMINISTRATION RECORD

**NaphCare**

0631 HALOPERIDOL TAB 5MG
06/04/02
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

J44633 LITHIUM CARB. 300MG CAP
06/04/02
TAKE 2 CAPSULES BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

11/01/02                                    11/30/02

NKA

P/187148-BC

Complete Entries Checked
By:                          Title:  PN        Date:

FIRST, RICHARD                              187148

MD _Martha Jackson LPN_

KS T Whitt LPN
R Walker, RN

Q C Johnson, RN
iLT Kigler, RN

11/27/02 Lithium 600 g
11/23/02 Haldol 2g

No show pill call

Kigler,
Kigler,

# MEDICATION
# ADMINISTRATION RECORD

**NaphCare**

344631 HALOPERIDOL TAB 2MG
06/04/02
TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

344633 LITHIUM CARB. 300MG CAP
06/04/02
TAKE 2 CAPSULES BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

NURSE'S ORDERS. MEDICATION NOTES. AND INSTRUCTIONS ON REVERSE SIDE

Complete Entries Checked
By: _____    Title: PN    Date: 9/29/02

MS Martha Jackson LPN          VS V. Smith LPN          OJ C. Johnson LPN

# MEDICATION
# ADMINISTRATION RECORD

*NaphCare*

*Lithium alert*

844631 HALOPERIDOL TAB 2MG

06/04/02

TAKE 1 TABLET BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/03

1700

844633 LITHIUM CARB. 300MG CAP

06/04/02

TAKE 2 CAPSULES BY MOUTH AT
BEDTIME FOR 90 DAYS
Stop: 06/04/02

1700

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

09/01/02          09/30/02

Physician

Jr Physician

Allergies          NKA

P/187148-

Diagnosis

Complete Entries Checked
By:          *G. Rogers*          Title: LPN    Date: 8/31/0?

187148          BED    BCCF

Patient
WRIGHT, RICHARD

# MEDICATION
## ADMINISTRATION RECORD

*NaphCare*

846197 FLUPHENAZINE DEC 25MG/ML
                        06/06/02
INJECT 1ML=25MG EVERY 2 WEEKS
FOR 90 DAYS
Stop: 09/04/02

846139 TRIHEXYPHENIDYL HCL TAB
2MG                     06/06/02
TAKE 1 TABLET BY MOUTH AT 11AM  1100  AAA AA...
FOR 90 DAYS
Stop: 09/04/02

846620 LITHIUM CARB. 300MG CAP
                        06/07/02
TAKE 3 CAPSULES AT BEDTIME FOR  1700  AAAA A...
90 DAYS
Stop: 09/05/02

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ORDERED FOR    06/01/02                              09/30/02
Physician
Alt. Physician
Allergies      NKA                                              1E7140-BC

Diagnosis

Complete Entries Checked
By: *J. Rogers*          Title: RN       Date: 8/31/02
                                                BCCF
PATIENT
WRIGHT, RICHARD                              1E7140

M) Martha Gorham LPN    VS  V. Smith LPN            of Johnson LPN

**EDICATION ADMINISTRATION RECORD** ◄ *NaphCare* ►

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Advil 200mg po TD
x7 days

8/19 → 9/26/02 Sidligby

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/19/02   THROUGH 8/26/02

| | Telephone Number | Inmate No. 187140 |
| Physician Sicola E | Alt. Telephone | |
| ician | Rehabilitative Potential | |

agnosis

| dicaid Number | Medicare Number | Complete Entries Checked By _Cehman_ | Title: | ROOM NO. | Date 8/19/ BED PAC |

# MEDICATION
# ADMINISTRATION RECORD   ◄ NaphCare ►

Lithium Alert

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 844631 HALOPERIDOL TAB 5MG<br>06/04/02<br>TAKE 1 TABLET BY MOUTH AT<br>BEDTIME FOR 90 DAYS<br>Stop: 06/04/03 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 844633 LITHIUM CARB. 300MG CAP<br>06/04/02<br>TAKE 2 CAPSULES BY MOUTH AT<br>BEDTIME FOR 90 DAYS<br>Stop: 06/04/03 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

06/01/02                06/31/02

| | | Inmate No. |
|---|---|---|
| | | P/187146-1 |

NKA

| Complete Entries Checked<br>By: *G Hagen* | Title: RN | Date: 7/31/02 |
|---|---|---|
| | PATIENT CODE<br>187146 | ROOM NO. | BED | FACILITY COD<br>*Bullock* |

KNIGHT, RICHARD

# MEDICATION
# ADMINISTRATION RECORD

*NaphCare*

Lithium
Alert

| | | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 846137 FLUPHENAZINE DEC 25MG/ML 06/06/02 INJECT 1ML=25MG EVERY 2 WEEKS FOR 90 DAYS Stop: 09/04/02 | 0700 | | | | | | | | | | | | | |
| 846139 TRIHEXYPHENIDYL HCL TAB 2MG 06/06/02 TAKE 1 TABLET BY MOUTH AT 11AM FOR 90 DAYS Stop: 09/04/02 | 1100 | | | | | | | | | | | | | |
| 846520 LITHIUM CARB. 300MG CAP 06/07/02 TAKE 3 CAPSULES AT BEDTIME FOR 90 DAYS Stop: 09/05/02 | 1700 | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

09/01/02                    06/31/02

N/A

Inmate No.
187140-BC

Complete Entries Checked

By:

Title:                          Date:

WRIGHT, RICHARD            INMATE NAME            ROOM NO.    BED    FACILITY CO
                           187140

VS V.Smith LPN

# MEDICATION
# ADMINISTRATION RECORD     NaphCare

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #44197 FLUPHENAZINE DEC 25MG/ML 06/06/02 INJECT 1ML/25MG EVERY 2 WEEKS FOR 90 DAYS Stop: 09/04/02 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| #44199 TRIHEXYPHENIDYL HCL TAB 2MG 06/06/02 TAKE 1 TABLET BY MOUTH AT 11AM FOR 90 DAYS Stop: 09/04/02 | 1100 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A |
| #44261 LITHIUM CARB. 300MG CAP 06/07/02 TAKE 2 CAPSULES AT BEDTIME FOR 90 DAYS Stop: 09/05/02 | 1700 | R | K | A | N | A | A | N | A | M | A | A | A | A | A | A | A | A | A | A | A | A | A | A |
| Abilify 5mg PO qHS x 90 days Stop 9-13-02 | 1700 | R | K | A | N | A | A | N | A | T | A | A | A | A | A | A | A | A | A | M | A | A | A |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Telephone Pro
All Telephone
Permittee
Pharma

Inmate No.
187140-BC

NKA

| Complete Entries Checked | By: | | Title: | | Date: 6/27/0 |
|---|---|---|---|---|---|

PATIENT CODE
187140

ROOM NO.

BED

FACILITY COD
Bullo

re TM Counts, RN
MS Martha Jackson LPN

V. Smith LPN
C. Johnson LPN

R. Roberts PT

7/4/02 8ᵃ Prolixin Dec 25 mg IM    No show

# MEDICATION
# ADMINISTRATION RECORD   NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Haldol 2 mg stat P.O.
Dr. Sanders

6/3/02

Lithium 600 mg stat P.O.
Dr. Sanders

6/3/02

Haldol 2 mg HS × 90 days
Dr. Sanders

6/3/02          9/3/02

Lithium 600 mg HS × 90 days
Dr. Sanders

6/3/02          9/3/02

Prolixin Dec. 25 mg Im q 2 wks
× 90 days

6/6/02          9/6/02

Artane 2 mg P.O. q 11 AM
× 90 days

6/6/02          9/6/02

Lithium 900 mg q HS
× 90 days
stop 9-7-02

Haldol 4 mg PO
q HS × 90 days
6/12/02  9/12/02 Sanders

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR                          THROUGH

Physician  Dr. Sanders

Alt. Physician

NCDA

Diagnosis

| | Telephone No. | | Inmate No. |
|---|---|---|---|
| | Alt. Telephone | | |
| | Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

PATIENT                          PATIENT CODE    ROOM NO.    BED    FACILITY CO

INSTRUCTIONS: a. Put initial in appropriate box when medication given.
b. Circle initial when medication refused.
c. State reason for refusal on nurse's notes.
d. _____ of Nurse's Medication Notes should be _____ in Nurse's Medication Notes.

CHARTING CODES:
A-Charted in error.
B-Patient refused.
C-Patient out of facility.
D-Effective
Drug not _____

E-See Nurse's Medication Notes.
F-Patient did not retain medication.

H-Ineffective
I-Hospital
J-Leave of absence.

| | E | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/ Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/ Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

# NURSE'S MEDICATION NOTES

PATCH SITE/ INJECTION SITE CODES:
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initials |
|---|---|---|---|---|
| 6/6 1330 | Artane ↓ PO | Re Lied | Growth      E | VS |
| 6/8/08 1100 | Artane 2mg | Refused meds | Not given | |
| 6/8/08 1100 | Artane 5mg ↓ PO | Refused med | | |
| 6/9/02 | Lithium 300g iii PO q HS | Refused | "I don't want it" | KKQ |

# PHYSICIAN'S
# ORDERS

NaphCare

CHART COPY

904034 FLUPHENAZINE DEC 25MG/ML
                              02/05/02
25MG=1ML INTRAMUSCULAR EVERY 2
WEEKS FOR 90 DAYS
Stop: 05/06/02
808650 TRIHEXYPHENIDYL TAB 2 MG
                              02/19/
TAKE 1 TABLET BY MOUTH TWICE A
DAY
Stop: 03/21/02

*Unable to locate
Chart*

PHYSICIAN'S SIGNATURE                          Date

03/01/02                     03/31/02

|  | Telephone No. | Inmate No. |
|---|---|---|
|  | Alt Telephone |  |
| NKA | Representative | 187140-KC |
|  | Potential |  |

Complete Entries Checked
By:

| Title: | Date: |
|---|---|
| PATIENT CODE | ROOM NO. | BED | FACIL |

WRIGHT, RICHARD                              187140

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fluphenazine Dec 25mg 12.5mg = 0.5mL Im Q 2wks for 90day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bentropine 2mg tab take 1 tablet by Mouth bid 7/23/01   10/21/01 | 0800 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | |
| | 1800 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | |
| Elavil 50mg qhs 190days 30/01   10/28/01 | 1800 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

12/01          THROUGH 12/01

| | |
|---|---|
| Telephone Number | Inmate No. 187140† |
| Alt. Telephone | |
| Rehabilitative Potential | |

| Medicare Number | Complete Entries Checked By: | Title: LPN | Date: 1/30/01 |
|---|---|---|---|
| ...rt, Richard | | PATIENT CODE 187140 | ROOM NO. | BED | FACILITY CODE Kilby |

# MEDICATION
# ADMINISTRATION RECORD    *NaphCare*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

Fluphenazine Dec 25mg/mL
12.5mg = 0.5mL Im
Q 2 wks for 90
days

Benztropine 2mg tab
take 1 tablet
by mouth bid
7/23/01      10/21/01

Elavil 50mg Qhs
x 90 days
7/30/01      10/28/01



Medication administration grid with handwritten check marks and initials across rows at hours 0900, 1200, and 1800.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 2 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  11/01          THROUGH   11/01                 ID.  1140
Physician                                    Telephone No.
Alt. Physician                               Alt. Telephone
Allergies        NKA                         Rehabilitative Potential

Medicaid Number | Medicare Number | Complete Entries Checked | Date:
                |                 | By:                      | BED  FACILITY CODE  Kilby
                |                 | Title:                   | PFS: NAPHCAR-M
PATIENT  Wright Richard           PATIENT CODE  18714

# MEDICATION
## ADMINISTRATION RECORD   ◀ NaphCare ▶

| 731526 FLUPHENAZINE DEC 25MG/ML | | |
| --- | --- | --- |
| 07/23/01 | | |
| 12.5MG=0.5ML INTRAMUSCULAR EVERY | ⟨R⟩ | ⟨7 |
| 2 WEEKS FOR 90 DAYS | | |
| Stop: 10/21/01 | | |

| 731527 BENZTROPINE 2MG TAB | | |
| --- | --- | --- |
| 07/23/01 | 1100 | A A D A P A A A D A D A D A A D A A D A D A A D A D A D A A |
| TAKE 1 TABLET BY MOUTH TWICE A | | |
| DAY FOR 90 DAYS | 1700 | A A A D A D A A D D D D P D A D A D A D D D D A D D A A D A D A |
| Stop: 10/21/01 | | |

| 734310 AMITRIPTYLINE HCL TAB | | |
| --- | --- | --- |
| 50MG        07/30/01 | | |
| TAKE 1 TABLET BY MOUTH AT | | |
| BEDTIME FOR 90 DAYS | 1700 | A A D A D P D A D A D A D P D A D A D A D D A A D A A D A D A A A |
| Stop: 10/28/01 | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

10/01/01                    10/31/01

187140-PC

NKA

Complete Entries Checked
By: _Gregers_        Title: _LPN_        Date: _9/29/0_

WRIGHT, RICHARD                                187140

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elavil 50mg prophs x 90 days  7/27 → 10/27/01 Sanders | 5pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cogentin 2mg PO BID x 90 days  7-20-01 — 10-26-01 Sanders | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prolixin Dec. 12.5mg q2wks x 90 days  7/20 → 10/20/01 Sanders | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **August 01, 2001** THROUGH **August 31, 2001**

| Physician | Telephone Number | Inmate No. |
|---|---|---|
| Alt. Physician | Alt. Telephone | 187140-BC |
| Allergies  **NKA** | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked  By **B Penn** | Title: **LPN** | Date: **7/30/01** |
|---|---|---|---|---|
| PATIENT **Wright, Richard** | | PATIENT CODE **187140** | ROOM NO. | BED  **Bull** | FACILITY CO |

b. Circle initial when medication refused.         CODES:   B-Patient refused.                F-Patient did not retain medication           I-Hospital
c. State reason for refusal on nurse's notes.                   C-Patient out of facility.       G-Effective.                          J-Leave of absence
d. PRN Med: Reason given and results should be       D-Drug not given. Indicate reason
     noted on Nurse's Medication Notes.                   in Nurse's Medication Notes.

| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
|---|---|---|---|---|---|
| | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |
| Initials | Nurse's Signature | Initials | Nurse's Signature | Initials | Nurse's Signature |

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature/ Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature/ Pulse |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

# NURSE'S MEDICATION NOTES

| PATCH SITE/ INJECTION SITE CODES: | 1 - RIGHT DORSAL GLUTEUS | 4 - LEFT VENTRAL GLUTEUS | 7 - RIGHT DELTOID | 10 - LEFT UPPER ARM | 13 - UPPER BACK LEFT | 15 - UPPER CHEST |
|---|---|---|---|---|---|---|
| | 2 - LEFT DORSAL GLUTEUS | 5 - RIGHT LATERAL THIGH | 8 - LEFT DELTOID | 11 - RIGHT ANTERIOR THIGH | 14 - UPPER BACK RIGHT | 16 - UPPER CHEST |
| | 3 - RIGHT VENTRAL GLUTEUS | 6 - LEFT LATERAL THIGH | 9 - RIGHT UPPER ARM | 12 - LEFT ANTERIOR THIGH | | |

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initial |
|---|---|---|---|---|
| 10/07/01 0700 | Prolixin Dec. 12.5mg IM. | Refused. Voiced "It makes me too slow." | BRUEHLAU | |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION CONSENT: ANTIPSYCHOTICS

I agree to treatment with the following medication(s) in the dosage range(s) noted and as recommended to me by the psychiatrist:

_Prolixin Dec 12.5 - 75 q q25_
_Fman 100 q b_
_Cogts 2 bid_

I have been made aware that the benefits of taking the medication(s) may be:

- Improved thinking, emotion and general functioning
- Hearing voices may stop or be reduced

I have been made aware that possible side effects of taking the medication(s) may be:

Difficult urination
Eye problems
Excitement
Trembling and shaking of hands and fingers
Yellowing of eyes and skin
Fine, worm-like movements of the tongue
Sensitivity to the sun

Muscle spasms
Restlessness
Shuffling walk
Skin rash
Sore throat and fevers
Fainting

There is also the risk of tardive dyskinesia which may cause involuntary tic-like movements in the face, tongue, neck, arms, and/or legs. In some cases tardive dyskinesia may be irreversible or permanent.

I voluntarily agree to take the medication(s) listed above as prescribed by the psychiatrist. I understand that this permission may be revoked at my discretion. I have had an opportunity to ask any questions that I wished to ask. I have been made aware of alternative treatments.

INMATE SIGNATURE:_____ DATE:_____

PSYCHIATRIST SIGNATURE:_____ DATE:_____

I have been advised to take the medication(s) listed above but I am unwilling to take the medication(s) as recommended. The possible consequences of not taking the medication have been explained to me.

INMATE SIGNATURE: _Richard W. Wright_ DATE: _9/19/01_

PSYCHIATRIST SIGNATURE: _____ DATE _9/19/01_

| Inmate Name | AIS # |
|---|---|
| _WRIGHT, Richard_ | _187140_ |

# Release of Responsibility

Wright, Richard
_____
Name of Inmate

Date: 9/07/01

187140 / 8-15-67
_____
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

Prolixin Dec 125mg IM q 2wks
_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

X Richard W Wright
_____
Inmate Signature

_____
Witness

X 9/07/01    11:15 am
_____
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____
Witness

_____
Date / Time

_____
Witness

Release of Responsibility

NC025

# MEDICATION ADMINISTRATION RECORD

*NaphCare*

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| ...xin Dec q 2wks ...days 25mg IM  6-7-01   9-7-01 | 0900 | |
| Cogentin 2mg P.O. Bid x 90 days  6-7-01   9-7-01 | 0800 / 1600 | |
| Prolixin Decanote 12.5 mg. Im q 2 weeks x 90 days  7/20/01 - 10/20/01   Sanders | 7A | |
| Cogentin 2 mg. Bid x 90 days  7/20/01 - 10/20/01   Sanders | 11A / 5P | |
| Elavil 50mg po qhs x 90 days  7/27 → 10/27/01 Sanders | 5PM | |
| | | |
| | | |
| Vital Signs | B/P T P R | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR  7-1-01  THROUGH  7-31-01

| | | | |
|---|---|---|---|
| | Telephone No. | | Inmate No. |
| | Alt. Telephone | | |
| | Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: | |
|---|---|---|---|

| | | Title: | Date: |
|---|---|---|---|
| PATIENT  Wriant Richard | | PATIENT CODE  18 7140 | ROOM NO. | BED | FACILITY CODE |

INSTRUCTIONS a. Physician approval for PRN medication given.
b. Circle initial when medication refused.
c. State reason for refusal on nurse's notes.
d. PRN Med: Reason given and results should be
noted on Nurse's Medication Notes.

CHARTING A- charted in error.
CODES:     B- Patient refused.
C- Patient out of facility.
D- Drug not given. Indicate reason
in Nurse's Medication Notes.

See Nurse's Medication Notes.     H- Ineffective
F- Patient did not retain medication.     I- Hospital
G- Effective     J- Leave of absence.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Temperature |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Pulse |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Blood Pressure |

NURSE'S MEDICATION NOTES

PATCH SITE / INJECTION SITE CODES:
1 - RIGHT DORSAL GLUTEUS
2 - LEFT DORSAL GLUTEUS
3 - RIGHT VENTRAL GLUTEUS
4 - LEFT VENTRAL GLUTEUS
5 - RIGHT LATERAL THIGH
6 - LEFT LATERAL THIGH
7 - RIGHT DELTOID
8 - LEFT DELTOID
9 - RIGHT UPPER ARM
10 - LEFT UPPER ARM
11 - RIGHT ANTERIOR THIGH
12 - LEFT ANTERIOR THIGH
13 - UPPER BACK LEFT
14 - UPPER BACK RIGHT
15 - UPPER CHEST LEFT
16 - UPPER CHEST RIGHT

| Date / Hour | Medication / Dosage | Reason | Results / Response | Hour / Initial |
|---|---|---|---|---|
| | | | | |

# MEDICATION ADMINISTRATION RECORD

12-15-99

BenZoyl peroxide KOP
X 30 D

01-15-99

X given 12/17/99
mhair

---

NURSE'S ORDERS. MEDICATION NOTES. AND INSTRUCTIONS ON REVERSE SIDE

12-01- 99
Dr. Agarwal

NKA

12-31-99

Complete Entries Checked

By: Mary A'lair          Title: LPN          Date: 12-15-99

Wright Richard                    187147)                    Draper

# MEDICATION ADMINISTRATION RECORD

AF cream BID x 14 days        KOP        given 99
                                         9-7-9
9/3/99 - 9/16/99

NURSE'S ORDERS. MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

9/1/99                    9/30/99
Agarwal

NKDA

Complete Entries Checked:
By: _____        Title: LPN      Date: 9/3

                                        ID NO. 137140

Will + Richard

**MEDICATION ADMINISTRATION RECORD**

HC cr 1% to skin
x 20 days
5/27 → 6/16/99 Siddiq RN  KOP

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

May 01, 1999        May 31, 1999

187140-BC

Complete Entries Checked:

By: Joseph

Title: LPN
187140

Date: 5/27/99
Buller

Wright, Richard

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Amoxi 500mg Cap ī po TIS x 10 d | 0400 1100 1700 | | | | | | | | | |
| 2/26 - 3/8/99    Dr. Siddig/ld | | | | | | | | | | |
| Tylenol 650 mg po TIS x 10 d | 0400 1100 1700 | | | | | | | | | |
| 2/26 - 3/8/99    Dr. Siddig/ld | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

3/1/99                    THROUGH    3/31/99

NKA

Complete Entries Checked:

By: _E. LaForest_                              Title _RN_        Date: _3/6/99_

Wright, Richard                              187 140                BCCF

B. Collyson

MJ Martha Arbour

# MEDICATION ADMINISTRATION RECORD

Amox. L 500 mg po TID 0400
X 10 days                    1100
2/26/99 thru 3/8/99 Dr Siddig    1200

Tylenol 650mg po TID 0400
X 10 days                    1100
2/26/99 thru 3/8/99 Dr Siddig    1200

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Dr Siddig 2/1/99          2/28/99

Complete Entries Checked:
By: _Ruth Rawley_     Title _RNC_     Date: _3/26/9_

# MEDICATION ADMINISTRATION RECORD

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Handwritten medication entries:*

- Sudafed tabs ī TID PO x mthp — 0600, 1100, 1700
- Tylenol tabs ī TID x mthp — 0600, 1100, 1700
- (?) 11 tabs ī TID x mthp jr — 0600, 1100, 1700
- Motrin 800 mg ī TID x mthp jr — 0600, 1100, 1700

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Complete Entries Checked
By _____   Title _____   Date _____

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cough Tabs # BID x 7 days 6/12 - 6/19/96 | 6A 6P | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

MC Cormick   6/1/96        6/5/96

NKDA

197140-01

Wright, Richard

Complete Entries Checked:
By: Nancy Gray          Title: LPN     Date: 6/12/96

197140