IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 10  A 10: 32

RICHARD WAYNE WRIGHT, SR.,     *
    Plaintiff, Pro-Se.     *
    *
VS.     *   CIVIL ACTION NO: 2;05-CV-439-A-WO
    *
SYLVESTER NETTLES, ET.AL.     *
    Defendants.     *
    *

PLAINTIFF MOTION FOR ADMISSION
UPON DEFENDANT SHARON HOLLAND

I Richard wayne Wright, Sr., plaintiff. Pro-se, request for Defendant Sharon Holland for admission under Federal Rules of Civil procedure, Rule 36. Plaintiff Wright request that (said) defendant S. Holland admit or deny the truth of any matter that relate to statements or opinions or fact's or of the application of law to fact, including the genuineness of any documents of any documents described in the request.

1). Please admit on March 10, 2005 you confronted me about having to shave after confront by one of the officer''s you supervisor.

2). Please admit you did see the profile re-written by the Nurse at this facility--Ventress Correctional Facility (V.C.F.)

3). Please admit you did call the nurse which signed the shaving profile concerning her to put the proper intitutional name.

4). Please admit you did inform the nurse you call on the phone to take off the shaving profile and put no side burns or hair on my top lip.

5). Please admit you did tell me I would get some action the next time I be ask to leave the kitchen and don''t leave.

6). Please admit another officer did direct me to you because the shaving profile permitted hair on my top lip.

7). Please admit you did send me to Sergeant Cargle to guestion me about the profile before you took me in the kitchen office and call the infirmary nurse.

DONE THE THE 1ST DAY OF MARCH, 2006.

                                                          RESPECTFULLY SUBMITTED,

                                        */s/ Richard W. Wright, Sr.*
                                      RICHARD WAYNE WRIGHT, SR. # 187140
                                      Ventress Correctional Facility
                                      Dorm 8/A BED 55/B
                                      POST OFFICE BOX 767
                                      Clayton, Ala. 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. am the petitioner, Pro-se, in the above encaptioned motion and R.W.W certify I have sent this motion to the clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or R.W.W. Clerk Forwarded a copy of this (said) motion "Plaintiff Wright motion In objection To The Magistrate Judge Recommendation Denying Mental Examination" to defendant's Counsel(s) Which are as Following:

Gregory F. Yayhmai
ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 R.W.W. Valley dale Road
Birmingham, Alabama 35244

Troy King (Attorney General
State Bar # ASB-5949-S61S
Steven Mallette Sirmon
Assistant Attorney General
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

Page 3 of 4

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
        Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this Motion in the United States Mail box at Ventress Correctional Facility by legal Mail box for postage to be paid by the prison officials here at V.C.F. and properly address this on the 1st day of March 2006.

Respectfully Submitted,
Richard W. Wright Sr.
Richard Wayne Wright Sr. #187140
Ventress Correctional Facility
Infirmary Room R.W.W
Dorm 8A/55B
Post Office Box 767
Clayton, Alabama 36016