Dear Smart Ass

Let that be the last time you play around with these officer's wives especially officer L. Richardson wives or your get your ass beat again.

Sincerely,
Kick Ass

Exhibit 1

STATE OF ALABAMA)

COUNTY OF BARBOUR)

### NOTARY STATEMENT

SUBSCRIBED AND CONFIRMS TO BEFORE ME THIS __16th__ DAY OF __March__, 2006.

_____        _____
Affiant                           Notary Public

My Commission Expires August 18, 2007
_____
Comm. Exp. Date

PAGE 8 of 8