IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., )<br>AIS #187140, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SYLVESTER NETTLES, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-A |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration field by the plaintiff on March 20, 2006 (Court Doc. No. 143), in which the plaintiff seeks reconsideration of the order denying an order of protection, and as this court's review of the file in this case does not indicate that such an order is warranted, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 21st day of March, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE