IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

RECEIVED
2006 MAR 23 A 10:10

Richard Wayne Wright, Sr.,    *
   Plaintiff, Pro-Se.,        * Civil Action No:
      -Vs-                    * 2:05-CV-439-A-W0
SYLVESTER NETTLES, et., al., *
      Defendants.              *

## Plaintiff Wright Motion Requesting An Extention of Time.

COMES NOW, RICHARD WAYNE WRIGHT, SR., Plaintiff, Pro-Se., in the above style requesting an extention of time to properly respond to defendants' William Sanders and Mental Health Management, INC.

Plaintiff Wright now must reword the response [he] was and is preparing for this Honorable Court, so that, [it] will be more presentable when and in plaintiff attempts showing the facts as stated in plaintiff complaint and amended portion. Based on the Large Number of inmate(s) incarcerated at [this] Facility, Ventress Correctional Facility (here after refered to as V.C.F.). Plaintiff Wright needs more

Page 1 of 5 R.W.W

time ~~need~~ R.W.W. too, not only reword [my] Complaints but time needed to type this motion of objection to the Magistrate Judge order dening "Motion upon defendant Sharon Holland For Admission", and the Response to defendant W. Sander and Mental Health Management, Inc. IF this motion is granted it will allow and provide plaintiff time to receive a response from several people for assistance in addressing [these] issues in [his] Complaint and/or in hopes of receiving an attorney to help aid plaintiff in these legal matters.

Lastly, plaintiff Wright request for an Extention of time is granted it would help [him] in the difficulty of finding some one in prison to help [him] interpet these writting-written by defendants, defendant's agents and mental Health Management, Inc. whom hired these Mental health personel. By granting such motion/request will not duly delay the adjudication of this case

Done this the 21st day of March, 2006.

Page 2 of 25 R.W.W.

Respectfully Submitted,

*Richard W Wright, Sr.*
Richard Wayne Wright, Sr. # 187140
Plaintiff, Pro. Se.

## Certificate of Service

This is to certify that [I] Richard Wayne Wright, Sr., Plaintiff, Pro-Se., in the above encaptioned motion and certify [I] have sent this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court Forward a copy of this (said) motion "Plaintiff Wright Motion Requesting An Extention Of Time". to defendant's Counsel(s) which are as Following:

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon
Assistant Attorney General
Hugh Davis (Attorney
Alabama Board Pardon And Paroles
Post Office Box 302405
Montgomery, Alabama 36130

Gregory F. Yaghmai
ASB-2411-H67G
Scott, Sulluvan, Streetman & Fox, P.C.

Page 3 of 4 5 R.W.W

2450 Valley Dale Road
Birmingham, Alabama 35244

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-G928-581H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this (said) motion in the United States mail box at Ventress Correctional Facility through the inmate legal mail service mail box, so that, First Class postage prepaid and properly address this on the R.W.W. 21st day of March 2006.

Respectfully Submitted,
*Richard W. Wright, Sr.*
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Dorm 6A Bed 29T
Post Office Box 767
Clayton, Alabama 36016

Page 4 of 5 R.W.W.