STATE OF ALABAMA)

COUNTY OF BARBOUR)

NOTARY STATEMENT

SUBSCRIBED *P.U.W.* AND CONFIRMS TO

BEFORE ME THIS 21st DAY OF March

2006.

Richard W. Wright Sr.

AFFIANT

28 USSC 1746

N.A.

Notary Public

N.A.

MY COMMISSION Expire date

Page 5 OF 5