IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Plaintiff's Objection (Doc. #122) to the Order of the Magistrate Judge (Doc. #107) denying the Plaintiff's Motion for Filing Assault Charges, Restraining Orders and Protection Orders (Doc. #94), the court finds that the order of the Magistrate Judge is neither clearly erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Therefore, it is hereby

ORDERED that the objection is overruled.

DONE this 30th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE