```
              STATE OF ALABAMA
          BOARD OF PARDONS AND PAROLES
              301 S. RIPLEY STREET
               P.O. BOX 302405
         MONTGOMERY, ALABAMA  36130 - 2405
          CENTRAL OFFICE (334) 242 - 8700
               TTD  (334) 242-0110
                   06-21-2004
```

***** PLEASE NOTE OUR NEW ADDRESS *****

RICHARD WAYNE WRIGHT
187140
BULLOCK CORRECTIONAL FACI
P O BOX 5107
UNION SPRINGS   AL   36089


DEAR MR WRIGHT

THE BOARD OF PARDONS AND PAROLES WILL CONSIDER YOU FOR PAROLE IN AN OPEN PUBLIC MEETING AT 301 S. RIPLEY ST, MONTGOMERY, ALABAMA ON 08-16-2004. NUMBERED SIGN-IN SHEETS ARE AVAILABLE WHEN THE DOOR OPENS AT 7:30 A.M.  SIGN-IN SHEETS WILL BE COLLECTED IN THE WAITING ROOM BEGINNING AT 7:30 A.M.  BEGINNING AT 9:00 A.M CASES WILL BE HEARD IN ORDER OF REGISTRATION UNLESS SPECIAL CIRCUMSTANCES EXIST. BOARD DECISIONS WILL BE RELEASED UPON COMPLETION OF THE HEARING TO THOSE PRESENT, AND WILL BE AVAILABLE BY TELEPHONE THE FOLLOWING FRIDAY AFTERNOON.
FRIDAY AFTERNOON.


NOTE:  IF A SPECIAL ACCOMMODATION FOR A DISABILITY IS NEEDED FOR YOUR REPRESENTATIVE TO PARTICIPATE IN THIS HEARING, PLEASE CALL OUR AMERICANS WITH DISABILITIES ACT COORDINATOR AT 334-353-3480.

Exhibit 6

```
              STATE OF ALABAMA
         BOARD OF PARDONS AND PAROLES
              301 S. RIPLEY STREET
                 P.O. BOX 302405
         MONTGOMERY, ALABAMA  36130 - 2405
            CENTRAL OFFICE (334) 242 - 8700
                   08-19-2004
```

RICHARD WAYNE WRIGHT SR
187140
BULLOCK CORRECTIONAL FACI
P O BOX 5107
UNION SPRINGS   AL   36089


YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT AN OPEN PUBLIC MEETING. YOU WERE DENIED PAROLE AND RESET FOR FURTHER CONSIDERATION DURING THE MONTH OF 08/2009.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE ACCORDED.

                                        YOURS VERY TRULY,

                                        *[signature]*

                                        WILLIAM C. SEGREST
                                        EXECUTIVE DIRECTOR

WCS/CAM

CC:   WARDEN
      CLASSIFICATION

Exhibit 7