IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 APR -7 A 10: 03

RICHARD WAYNE WRIGHT, SR., *
PLAINTIFF, Pro-Se.           *
                             * CIVIL ACTION NO:
     -VS-                    * 2:05-CV-439-A-WO
                             *
SYLVESTER NETTLES, et. al.,  *
   Defendants.               *

Plaintiff Wright Motion To Object To The Honorable Charles S. Coody Order In Denying Plaintiff Motion For Admission Upon Defendant Sharon Holland

I Richard Wayne Wright, Sr., Petitioner, Pro-Se., Files this (said) motion in objection to [the] order passed down on March 15th 2006, by the Honorable Charles S. Coody. Plaintiff Wright issued 'this' Motion For Admission upon defendant Sharon Holland to further substatuate [his] claims of threats. This is vital to plaintiff Wright's claims and will aid in revealing to this Honorable Court defendant Sharon Holland willingness to make untrue statements to this Honorable

Page 1 of 4

Court. Plaintiff Wright believes after being informed by fellow inmate's [he] should not wait until an evidentiary hearing is "ordered" by this Honorable Court before [he] seeks admission or denial of certain relevant statements made to him. He further believes these statements would and should be presented as evidentiary material on behalf of plaintiff Wright claims [if] and [when] this Honorable Court should decide to order and/or set a date for an evidentiary hearing.

Defendant S. Holland would have this Honorable Court to believe "she" did not threaten plaintiff in the kitchen office on March 10, 2005. Defendant S. Holland would also have this Honorable Court to believe [she] did not called to the Health Care and request that the Nurse 'whom' [she] communicated with on the telephone leave a note to make the changes on [my] shaving proffle to fit [her] specification. From defendant S. Holland such statement made to this Court shows plaintiff [that] defendant S. Holland willingness to deter from the truth in both instances. For

Such reason [as to] plaintiff Wright submitting to this Honorable Court this (said) motion (Court Doc No 141) and Filing [his] objection [he] hopes this Honorable Court will withdraw [its] order passed down on the 15th day of March 2006, and grant said motion. IF this motion is not in its proper Form plaintiff ask that this motion be Contrued into its proper Form.

   Done this the 2Nd day of April 2006.

                    Respectfully submitted,

                    _Richard W. Wright, Sr._
                    Richard Wayne Wright, Sr., #187140
                         Plaintiff, Pro-Se.
                         28 USC 1746


   Certificate of Service

   Same as that of the Countinual Motion in response to Dr. Sanders and MHM, Inc. defendants which is accompanied with this Motion.


         Page 3 of 4 R.W.W.

Respectfully Submitted,

*Richard W. Wright, Sr.*
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Infirmary Room #103
P.O. Box 767
Clayton, Ala. 36016