Exhibit "2"
11/15/05 (131)

# INMATE COMPATABILITY STATEMENT

Date: 4/11/05

## STATEMENT

INMATE: Marshall Jones B/229797

I do certify by my signature below that any differences or problems between myself and Inmate Richard Wright have been resolved. I further state that should any further problems arise between the above named inmate, and myself I will contact the nearest Correctional Officer and request assistance. I certify that I will not attempt to take any actions on my own. I have been informed that any further confrontation pertaining to this matter will result in disciplinary action being taken or me being placed in segregation. do make the above statements of my own free will without any coercion, promises, or any threats being made to me by anyone.

_Marshall Jones_ (229797)
Inmate's Name & AIS Number

## STATEMENT

INMATE: Richard Wright B/187140

I do certify by my signature below that any differences or problems between myself and Inmate Marshall Jones Have been resolved. I further state that should any further problems arise between myself and the above named inmate, I will contact the nearest Correctional Officer and request assistance. I certify that I will not attempt to take any actions on my own. I have been informed that any further confrontation pertaining to this matter will result in disciplinary action being taken or me being placed in segregation. do make the above statements of my own free will without any coercion, promises or any threats being made to me by anyone

Refused to Sign.
Inmate's Name & AIS Number

**OFFICER'S SUMMARY OF INCIDENT:**

Inmate Wright states that Jones & he shared a seg cell at Bullock. Inmate Jones never threatened him but made indirect threats by stating what Jones did to another inmate. They were both moved to VCC sat & talked togeather for several days w/ no problem. Then Wright got nervous

(Note: If additional space is needed, use reverse side)

_Mark S_____
Counseling Officer

_M. Terry Mark_ COSII   4-11-05
Witnessing Officer

Exhibit (1A)

11/15/05 (130)

STATE OF ALABAMA

DEPARTMENT OF CORRECTIONS

VENTRESS CORRECTIONAL FACILITY

**TO:** Chairman
Institutional Enemies Validation Committee
Ventress Correctional Facility

**FROM:** Classification

**RE:** RICHARD WRIGHT B/187140

In accordance with Special Order #435, the following names are submitted for your review as being the named enemies of the above captioned individual. Please review as appropriate and advise the classification coordinator as to the validity of this claim.

MARSHALL JONES B/229797

***************************************************************

DATE: 4/11/05

After a judicious review of this matter including a file review and an interview with the inmate in question, the following is the decision of this board: ON 4/11/05 INMATE WRIGHT MADE THIS STATEMENT TO SGT. SEALS AND MARK BRUTON, CLASS. SUPV. INMATE WRIGHT STATED THAT INMATE JONES AND HE SHARED A SEG CELL OVER AT BULLOCK TOGEATHER (CONFIRMED). INMATE WRIGHT ALSO STATED THAT INMATE JONES NEVER THREATENED HIM NOR DID THEY EVER HAVE A PHYSICAL CONFRONTATION WITH EACH OTHER. THEY WERE BOTH TRANSFERRED TOGEATHER OVER TO VENTRESS ON 3/4/05 AND REMAINED IN POPULATION TOGETHER UNTIL 3/17/05 WHEN INMATE WRIGHT STATED THAT INMATE JONES WAS HIS ENEMY. DURING THE 13 DAYS THAT THEY WERE BOTH HERE AT VENTRESS TOGEATHER, INMATE WRIGHT STATED THAT THEY SAT AT THE SAME DINING ROOM TABLE ATE TOGEATHER AND TALKED. HOWEVER, ON 3/17/05 INMATE JONES AGAIN TALKED ABOUT WHAT HE HAD DONE TO ANOTHER INMATE AT BULLOCK AND INMATE WRIGHT TOOK IT AS AN INDIRECT THREAT TO HIM. INMATE JONES HAS SIGNED A COMPATABILITY STATEMENT. INMATE WRIGHT REFUSES TO SIGN IT BUT DID STATE HE DIDN'T WANT ANY TROUBLES AND WOULD NOT GET INTO A PHYSICAL CONFRONTATION WITH INMATE JONES. NO ENEMY SITUATION EXISTS

_____   Mark S. Bruton   Darrell Parker
Chairman          Member Class. Supv.   Member
                  4/11/05

Exhibit (2A)

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

**INMATE NAME:** Wright, Richard  
**AIS NO:** _____  
**CELL #:** 8  
**VIOLATION OR REASON:** 31 assault on another Inmate  
**ADMITTANCE AUTHORIZED BY:** Lt. M. Bolden  
**DATE & TIME RECEIVED:** 11-3-04 @ 10:40 pm  
**DATE & TIME RELEASED:** _____  
**PERTINENT INFORMATION:** _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| **MON** | | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| **TUE** | | | | | | | | | | |
| 11/3/04 | MORN | | | | | | | | | Y |
| | DAY | | | | | | | | | |
| | EVE | n | | | n | n | n | n | n | m. fitzpatrick col |
| **WED** | | | | | | | | | | |
| 11/4/04 | MORN | y | | | n | n | Playm | m | Ø | M. Fitzpatrick CO/ |
| | DAY | | Y | | N | N | V/late | N | Ø meds | S. Smart COI |
| | EVE | | | Y | Y | N | Clothing | N | Ø meds | Chopra COI |
| **THUR** | | | | | | | | | | |
| 11/5 | MORN | Y | | | No | No | Opardey | N | Ø meds | Julia Ellis |
| | DAY | | Y | | N | 7:53-8:00 | KTG | N | Ø meds | S. Smart COI |
| | EVE | | | Y | N | N | KTG | N | Ø meds | Chopra COI |
| **FRI** | | | | | | | | | | |
| 11/6 | MORN | N | | | N | N | L. Anderson | N | Ø meds | H. Johnson COI |
| | DAY | | Y | Y | R | Y | Yes | Ø | N | B. Clark CO/ |
| | EVE | | | | Y | N | Dubose | N | Ø meds | Lynn COI |
| **SAT** | | | | | | | | | | |
| 11/7 | MORN | N | | | N | N | L. Anderson | N | Ø meds | C. Young COI |
| | DAY | Y | - | - | N | Refused | W/loop | N | Ø meds | Marsdon CO/ |
| | EVE | | | Y | Q | Yes/N | MSGO | N | Ø meds | Brown CO/ |
| **SUN** | | | | | | | | | | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.  
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)  
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)  
**Medical:** Physician will sign each time the inmates is seen.  
**Psych:** Psychological Counselor will sign each time the inmate is seen.  
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.  
**OIC Signature:** OIC must sign all record sheets each shift.

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED*

DOC FORM N912

Exhibit (3A)



PRISON HEALTH SERVICES
SEGREGATION LOG

Name: Wright, Richard    AIS 187140    DOB _____    UNIT ____    YEAR 2004

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | NM | NM | NM | NM | NM | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | |
| DECEMBER | NC | NC | NC | NC | NC | NC | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSES SIGN AND INITIAL

KEY:   M – MEDICAL
       D – DENTAL
       P – PSYCHIATRIC
       N/C – NO COMPLAINTS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NC 072

3/8/06

**Bullock Co. Corrections**
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright    AIS NO: B/187140    CELL: # 4
VIOLATION # 31 Assault on Another Inmate    ADMITTANCE AUTHORIZED BY: L. Gwendolyn Babers
OR REASON:
DATE & TIME RECEIVED: 11/3/04  10:40 pm    DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29 MON | MORN | Y | | | No | No | L. Lindberg | No | Ø meds | Julia Ellis |
| | DAY | | N | | NO | 9:45-8:30 | | NO | Ø meals | L. Rockley |
| | EVE | | | Y | N | N | VSTAT | N | Ø meds | Lynn COI |
| 11/30 TUE | MORN | Y | | | N | N | M. Eures | N | Ø meals | L. Fitzpatrick COI |
| | DAY | | N | | N | 1200-1245/0 | VSTAT | N | Ø meals | Walden COI |
| | EVE | | | Y | Y | NO | Tylen | NO | Ø meds | J. Lay COI |
| 12/1 WED | MORN | X | | | No | No | M. Eures | No | Ø meds | Julia Ellis |
| | DAY | | N | | N | N | VSTAT | N | Ø meals | S. Smart COI |
| | EVE | | | Y | N | N | TSGp | N | No meds | Brogin COI |
| 12/2 THUR | MORN | Y | | | No | No | M. Eures | No | Ø meds | Julia Ellis |
| | DAY | | N | - | N | Refused | VSTAT | N | 1 a meals | Walden COI |
| | EVE | | | Y | Y | N | TSGp | N | Ø meds | G. Otts COI |
| 12/3 FRI | MORN | Y | | | No | No | M. Eures | No | Ø meds | Julia Ellis |
| | DAY | | N | | N | Refused | VSTAT | N | Ø meals | Lynn COI |
| | EVE | | | Y | N | N | Tylen | N | Ø meds | G. Otts COI |
| 12/4 SAT | MORN | N | | | N | N | L. Lindberg | N | Ø meds | H. Johnson COI |
| | DAY | | Y | | N | N | | N | Ø meds | G. Otts COI |
| | EVE | | | Y | Y | N | Tylen | N | Ø meds | Brogin COI |
| 12/5 SUN | MORN | N | | | N | N | M. Eures | No | Ø meds | C. House COI |
| | DAY | | Y | | NO | Refused | | NO | Ø meds | L. Rockley |
| | EVE | | | Y | Y | R | N | DelRu | N | Ø meds | Lynn COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
    9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
    and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

Exhibit (4A)

DOC FORM N912

# Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  
AIS NO: B/187140   CELL: # 4/15  
VIOLATION OR REASON: #31- Assault on Another Inmate  
ADMITTANCE AUTHORIZED BY: Lt. Babers  
DATE & TIME RECEIVED: 11/3/04  10:40 p.m.  
DATE & TIME RELEASED:  
PERTINENT INFORMATION:

| DATE | SHIFT | B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/3 MON | MORN | Y | | | No | No | Brown | No | Ø meds | Julia Ellis |
| | DAY | | N | | no | no | Sanders | N | Ø med | Hall, COI |
| | EVE | | | Y | NO | NO | Smith | NO | Ø med | B. Doe, COI |
| 1/4 TUE | MORN | Y | | | no | no | Brown | No | Ø meds | Julia Ellis |
| | DAY | | N | | | | Dunn | N | Ø med | Hall, COI |
| | EVE | | | Y | N | N | Taylor | N | Ø med | Boggan, COI |
| 1/5 WED | MORN | Y | | | NO | NO | Brown | No | Ø meds | B. Holmes, COI |
| | DAY | | N | | NO | Refused | Dunn | No | Ø meds | Parker, COI |
| | EVE | | | Y | N | N | Taylor | N | Ø meds | C. Otis, COI |
| 1/6 THUR | MORN | Y | | | N | N | Brown | N | Ø meds | M Fitzpatrick, CO |
| | DAY | | N | | N | Refused | Dunn | N | Refused meds | L. Rudolph, COI |
| | EVE | | | Y | | | Taylor | N | Ø meds | Brooms, COI |
| 1/7 FRI | MORN | Y | | | N | N | Brown | N | Ø meds | C. Young, COI |
| | DAY | | N | | N | N | K meds | | Ø med | Hall, COI |
| | EVE | | | Y | N | N | Taylor | | Ø med | Hayes, COI |
| 1/8 SAT | MORN | N | | | N | N | Crumley | N | Ø med | C. Young, COI |
| | DAY | Y | N | | N | N | Shealy | N | Ø med | Hall, COI |
| | EVE | | | N | N | N | Shealy | N | Ø med | Boggan, COI |
| 1/9 SUN | MORN | N | | | N | N | Brown | N | Ø meds | E. Williams, COI |
| | DAY | Y | N | | N | N | Dunn | N | Refused meds | Hall, CO |
| | EVE | | | Y | N | N | Taylor | N | Ø med | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.  
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)  
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)  
**Medical:** Physician will sign each time the inmates is seen.  
**Psych:** Psychological Counselor will sign each time the inmate is seen.  
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.  
**OIC Signature:** OIC must sign all record sheets each shift.

Exhibit (5A)

DOC FORM N912

3/8/06 (23)

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright            AIS NO: B187148    CELL: # 19T / 15T
VIOLATION OR REASON: 31 Assault on Another Inmate    ADMITTANCE AUTHORIZED BY: Lt. Roberts
DATE & TIME RECEIVED: 1-3-05 @ 10:00 pm    DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/05 MON | MORN | Y | N | N | N | N | Werner | N | Refused Meds | K. Ellis, COI |
| | DAY | | Y | | Y | N | Kelly | N | Rec'd in trust | Hall, COI |
| | EVE | | | Y | Y | N | Cooper | N | Ref. tylenol | Bogan, COI |
| 2/1/05 TUE | MORN | Y | | N | N | N | Werner | N | Meds given | M. Fitzpatrick COI |
| | DAY | Y | Y | N | Y | R | Slaton | N | Rehused | C. Hall COI |
| | EVE | | Y | Y | Y | N | Cooper | N | O meds | C. Foster COI |
| 2/2/05 WED | MORN | Y | | | Y | N | Werner | N | Meds given | M. Fitzpatrick COI |
| | DAY | | Y | | N | N | Dixon | Seaborn | Meds | Doctor COI |
| | EVE | | | Y | Y | N | Eigl | N | Rec'd med | Adams COI |
| 2/3/05 THUR | MORN | Y | | | N | N | Werner | N | Meds given | H. Johnson, COI |
| | DAY | | Y | | Y | N | Slaton | N | Rehused | Hall, COI |
| | EVE | | | Y | Y | N | Butler | N | Took med | Piper, COI |
| 2/4/05 FRI | MORN | Y | | | N | N | Werner | N | Meds given | H. Johnson, COI |
| | DAY | | Y | | Y | N | Kelly | N | O meds | Hall, COI |
| | EVE | | | Y | Y | N | Eigl | Y | Rec'd med | Thomas COI |
| 2/5/05 SAT | MORN | N | | | N | N | Werner | N | meds given | E. Williams, COI |
| | DAY | | Y | | Y | N | Dixon | N | O med | Hall, COI |
| | EVE | | | Y | Y | N | | N | N/A | Bogan COI |
| 2/6/05 SUN | MORN | N | | | N | N | Lindsey | N | O med | G. Young COI |
| | DAY | | Y | | N | N | | N | Ok | Hall, COI |
| | EVE | | | Y | Y | N | Butler | N | Rec'd meds | Piper, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

Exhibit 6A

DOC FORM