**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 7, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Richard W. Wright, Sr.   vs.  Sylvester Nettles et al.**

**Case Number:2:05cv439-WHA**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 4/7/2006 in accordance with amended Federal Rules of Civil Procedure 5(e).  Reference is made to document # 150 attachments  filed on  April 7, 2006.  The attachments to Document #150 were filed in this case in error and have been removed from the entry.**