**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 7, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Richard W. Wright vs. Sylvester Nettles et al.**

**Case Number: 2:05cv439-WHA**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 4/7/06 in accordance with amended Federal Rules of Civil Procedure 5(e). Reference is made to document # 150 filed on April 7, 2006 to add additional Exhibits deleted in error.**