Exhibit "2"

11/15/05 (131)

# INMATE COMPATABILITY STATEMENT

Date: 4/11/05

## STATEMENT

INMATE: Marshall Jones B/229797

I do certify by my signature below that any differences or problems between myself and Inmate Richard Wright have been resolved. I further state that should any further problems arise between the above named inmate, and myself I will contact the nearest Correctional Officer and request assistance. I certify that I will not attempt to take any actions on my own. I have been informed that any further confrontation pertaining to this matter will result in disciplinary action being taken or me being placed in segregation. do make the above statements of my own free will without any coercion, promises, or any threats being made to me by anyone.

_Mashrey B/J_ (229797)
Inmate's Name & AIS Number

## STATEMENT

INMATE: Richard Wright B/187140

I do certify by my signature below that any differences or problems between myself and Inmate Marshall Jones Have been resolved. I further state that should any further problems arise between myself and the above named inmate, I will contact the nearest Correctional Officer and request assistance. I certify that I will not attempt to take any actions on my own. I have been informed that any further confrontation pertaining to this matter will result in disciplinary action being taken or me being placed in segregation. do make the above statements of my own free will without any coercion, promises or any threats being made to me by anyone

Refused to sign.
Inmate's Name & AIS Number

**OFFICER'S SUMMARY OF INCIDENT:**

Inmate Wright states that Jones & He shared a seg cell at Bullock. Inmate Jones never threatened him but made indirect threats by stating what Jones did to another inmate. They were both moved to VCC sat & Talked together for several days w/ no problem. Then Wright got nervous

(Note: If additional space is needed, use reverse side)

_Mark S_____
Counseling Officer

_M. Terry Monk_   4-11-05
Witnessing Officer

Exhibit (1A)

11/15/05 (130)

## STATE OF ALABAMA

## DEPARTMENT OF CORRECTIONS

## VENTRESS CORRECTIONAL FACILITY

**TO:** Chairman
Institutional Enemies Validation Committee
Ventress Correctional Facility

**FROM:** Classification

**RE:** RICHARD WRIGHT B/187140

In accordance with Special Order #435, the following names are submitted for your review as being the named enemies of the above captioned individual. Please review as appropriate and advise the classification coordinator as to the validity of this claim.

MARSHALL JONES B/229797

*****************************************************************

**DATE:** 4/11/05

After a judicious review of this matter including a file review and an interview with the inmate in question, the following is the decision of this board: ON 4/11/05 INMATE WRIGHT MADE THIS STATEMENT TO SGT. SEALS AND MARK BRUTON, CLASS. SUPV. INMATE WRIGHT STATED THAT INMATE JONES AND HE SHARED A SEG CELL OVER AT BULLOCK TOGEATHER (CONFIRMED). INMATE WRIGHT ALSO STATED THAT INMATE JONES NEVER THREATENED HIM NOR DID THEY EVER HAVE A PHYSICAL CONFRONTATION WITH EACH OTHER. THEY WERE BOTH TRANSFERRED TOGEATHER OVER TO VENTRESS ON 3/4/05 AND REMAINED IN POPULATION TOGETHER UNTIL 3/17/05 WHEN INMATE WRIGHT STATED THAT INMATE JONES WAS HIS ENEMY. DURING THE 13 DAYS THAT THEY WERE BOTH HERE AT VENTRESS TOGEATHER, INMATE WRIGHT STATED THAT THEY SAT AT THE SAME DINING ROOM TABLE ATE TOGEATHER AND TALKED. HOWEVER, ON 3/17/05 INMATE JONES AGAIN TALKED ABOUT WHAT HE HAD DONE TO ANOTHER INMATE AT BULLOCK AND INMATE WRIGHT TOOK IT AS AN INDIRECT THREAT TO HIM. INMATE JONES HAS SIGNED A COMPATABILITY STATEMENT. INMATE WRIGHT REFUSES TO SIGN IT BUT DID STATE HE DIDN'T WANT ANY TROUBLES AND WOULD NOT GET INTO A PHYSICAL CONFRONTATION WITH INMATE JONES. NO ENEMY SITUATION EXISTS

_____    _____    _____
Chairman                        Member  Class. Supv.        Member
                                        4/11/05

Exhibit (2A)

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Wright, Richard
AIS NO: _____   CELL # 8
VIOLATION OR REASON: 31 assault on another Inmate
ADMITTANCE AUTHORIZED BY: Lt. M. Baines
DATE & TIME RECEIVED: 11-3-04 @ 10:40 pm
DATE & TIME RELEASED: _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| MON | MORN | | | | | | | | | |
|  | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
| TUE | MORN | | | | | | | | | |
|  | DAY | | | | | | | | | y |
| 11/3/04 | EVE | n | | | n | n | n | n | n | m. ??? col |
| WED 11/4/04 | MORN | y | | | n | y | Klayou | m. | Ø | M. Fitzpatrick CO1 |
|  | DAY | | Y | | N | N | V3/4tr | N | Ø meds | S. Smart CO1 |
|  | EVE | | | Y | Y | N | ???? | N | Ø meds | ???? CO1 |
| THUR 11/5 | MORN | Y | | | No | No | Chandy | N | Ø meds | Julia Ellis |
|  | DAY | | y | | N | 7:53-8:00 | ???? | N | Ø meds | S. Smart CO1 |
|  | EVE | | | y | N | N | ???? | N | Ø meds | Papa, CO1 |
| FRI 11/6 | MORN | N | | | N | N | Lindsey | N | Ø meds | H. Johnson CO1 |
|  | DAY | Y | Y | | N | ???? | ???? | | | ???? |
|  | EVE | Y | | R | Y | N | DuBose | N | Ø meds | ???? CO1 |
| SAT 11/7 | MORN | N | | | N | N | Lindsey | N | Ø meds | C. Young CO1 |
|  | DAY | Y | - | - | N | Refused | ???? | N | Ø meds | ???? CO1 |
|  | EVE | | | y | R | ???? | M.S.O | N | Ø meds | ???? CO1 |
| SUN | | | | | | | | | | |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

DOC FORM N912

Exhibit (3A)



# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Wright, Richard   AIS 182140   DOB _____   UNIT ____   YEAR 2004

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | NM | NM | NM | NM | NM | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | NC | |
| DECEMBER | M | NC | NC | NC | NC | NC | | | | | | | | | | | | | | | | | | | | | | | | | |

Notes: "Need to see MD"

NURSES SIGN AND INITIAL

KEY:  M – MEDICAL
      D – DENTAL
      P – PSYCHIATRIC
      N/C – NO COMPLAINTS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NC 072

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright
AIS NO: B/187140  CELL: # 4
VIOLATION # 31 Assault on Another Inmate
ADMITTANCE AUTHORIZED BY: Lt. Gwendolyn Babers
DATE & TIME RECEIVED: 11/3/04 10:40 pm
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29 MON | MORN | Y | | | No | No | L.Lindberg | No | Ø meds | Julia Ellis |
| | DAY | | N | | No | 9:45-8:30 | | No | Ø meals | Rockly |
| | EVE | | | Y | N | N | VStat | N | Ø meds | Lynn, COI |
| 11/30 TUE | MORN | Y | | | N | N | M.Rives | N | Ø meds | Fitzpatrick COI |
| | DAY | | N | | N | 1200-1245 p | VStat | N | Ø meds | Maldon COI |
| | EVE | | | Y | Y | NO/p | | NO | Ø meds | COI |
| 12/1 WED | MORN | X | | | No | No | M.Rives | No | Ø meds | Julia Ellis |
| | DAY | | N | | N | N | VStat | N | Ø meds | S.Smart COI |
| | EVE | | | Y | N | N | | N | No meds | Brogin COI |
| 12/2 THUR | MORN | Y | | | No | No | M.Rives | No | Ø meds | Julia Ellis |
| | DAY | | N | - | N | Refused | VStat | N | 1 meal | Maldon COI |
| | EVE | | | Y | Y | N | | N | Ø meds | COI |
| 12/3 FRI | MORN | Y | | | No | No | M.Rives | No | Ø meds | Julia Ellis |
| | DAY | | N | | N | Refused | | N | Ø meds | Lynn COI |
| | EVE | | | Y | N | N | | N | Ø meds | COI |
| 12/4 SAT | MORN | N | | | N | N | L.Lindberg | N | Ø meds | H.Johnson COI |
| | DAY | Y | | | N | N | | N | Ø meds | COI |
| | EVE | | | Y | Y | N | | N | Ø meds | Brogin COI |
| 12/5 SUN | MORN | N | | | N | N | | N | Ø meds | C. COI |
| | DAY | Y | | | No | Refused | | No | Ø meds | Rockly |
| | EVE | | | Y | Y | R | N | | N | Ø meds | Lynn COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

Exhibit (4A)

DOC FORM N912

## Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

**INMATE NAME:** Richard Wright  
**AIS NO:** B/187140   **CELL #:** 15  
**VIOLATION OR REASON:** #31 - Assault on Another Inmate  
**ADMITTANCE AUTHORIZED BY:** Lt. Babers  
**DATE & TIME RECEIVED:** 11/3/04 10:40 p.m.  
**DATE & TIME RELEASED:** ___  
**PERTINENT INFORMATION:** ___

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/3 MON | MORN | Y | | | No | No | Brown | No | Ø meds | Julia Ellis |
| | DAY | | N | | No | No | Dunn | N | Ø med | Hall, COI |
| | EVE | | | Y | No | No | Engler | No | Ø med | B.O., COI |
| 1/4 TUE | MORN | Y | | | No | No | McLeven | No | Ø meals | Julia Ellis |
| | DAY | | N | | N | | Dunn | N | Ø med | Hall, COI |
| | EVE | | | Y | N | N | Engler | N | Ø med | Boggan, COI |
| 1/5 WED | MORN | Y | | | No | No | Brown | No | Ø meds | B. Adams, COI |
| | DAY | | N | | No | Refused | Dunn | No | Ø meds | Parker, CO |
| | EVE | | | Y | N | N | Engler | N | Ø meds | C. Otis, COI |
| 1/6 THUR | MORN | Y | | | N | N | McLeven | N | Ø meals | M. Fitzpatrick, CO |
| | DAY | | N | | Refused | N | Dunn | N | Refused meds | L. Rudolph, COI |
| | EVE | | | Y | Y | N | Engler | N | Ø meds | Broom, COI |
| 1/7 FRI | MORN | Y | | | N | N | McLeven | N | Ø meals | C. Young, COI |
| | DAY | | N | | N | N | K. McLeod | N | Ø med | Hall, COI |
| | EVE | | | Y | N | N | Engler | N | Ø med | Hayes, COI |
| 1/8 SAT | MORN | N | | | N | N | Carolyn | N | Ø med | C. Young, COI |
| | DAY | Y | N | | N | N | Brown | N | Ø med | Hall, COI |
| | EVE | | | N | N | N | Adolph | N | Ø med | Boggan, COI |
| 1/9 SUN | MORN | N | | | N | N | Brown | N | Ø meds | E. Williams, COI |
| | DAY | Y | N | | N | N | Dunn | N | Refused med | Hall, CO |
| | EVE | | | Y | N | N | Engler | N | Ø med | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.  
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)  
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)  
**Medical:** Physician will sign each time the inmates is seen.  
**Psych:** Psychological Counselor will sign each time the inmate is seen.  
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.  
**OIC Signature:** OIC must sign all record sheets each shift.

Exhibit (5A)

DOC FORM N912

3/8/06 (23)

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright
VIOLATION OR REASON: 31 Assault on Another Inmate
DATE & TIME RECEIVED: 2-3-05 @ 10:10 pm
PERTINENT INFORMATION:

AIS NO: B187148   CELL: # 19T / 15T
ADMITTANCE AUTHORIZED BY: Lt. Roberts
DATE & TIME RELEASED:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|---------------|-------------|-----------|---------------|
| 1/31/05 MON | MORN | Y | N | N | N | N | Alexander | N | Refused Meds | K. Ellis, COI |
|  | DAY |  | N |  | N | N | Kirby | N | Refused Tuna | Hall, COI |
|  | EVE |  |  | N | N | N | Clopton | N | Ref. tylenol | Bogan, COI |
| 2/1/05 TUE | MORN | Y |  | N | N | N | Alexander | N | Meds Given | M. Fitzpatrick COI |
|  | DAY | Y | Y | N | Y | R | Slater | N | Refused | G.A. COI |
|  | EVE |  | Y | Y | Y | N | Cooper | N | O meds | C. Oastol COI |
| 2/2/05 WED | MORN | Y |  |  | N | N | Alexander | N | Meds Given | M. Fitzpatrick COI |
|  | DAY | Y | Y |  | N | N | Duran | Seaboard | Meds | Jackson COI |
|  | EVE |  |  | Y | N | N | Eagle | N | Ref'd med | Adams COI |
| 2/3/05 THUR | MORN | Y |  |  | N | N | Alexander | N | Meds Given | H. Johnson, COI |
|  | DAY |  | Y |  | N | N | Isham | N | Refused | Hall, COI |
|  | EVE |  |  | Y | N | N | Battle | N | Took med | Piper, COI |
| 2/4/05 FRI | MORN | Y |  |  | N | N | Alexander | N | Meds Given | H. Johnson, COI |
|  | DAY |  | Y |  | N | N | K | N | O meds | Hall, COI |
|  | EVE |  |  | Y | N | N | Eagle | Y | Ref'd med | Timmons COI |
| 2/5/05 SAT | MORN | N |  |  | N | N | Alexander | N | Meds given | E. Williams, COI |
|  | DAY | Y |  |  | N | N | Ogburn | N | O med | Hall, COI |
|  | EVE |  |  | Y | N | N |  | N | N/R | Bogan COI |
| 2/6/05 SUN | MORN | N |  |  | N | N | Lindsey | N | O med | S. Long COI |
|  | DAY | Y |  |  | N | N |  | N | Ref'd | Hall, COI |
|  | EVE |  |  | Y | N | N | Battle | N | Refd meds | Piper, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

Exhibit 6A