# ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1. INMATE: **Richard Wright**   CUSTODY **Medium**   AIS NO.: **B/187140**

2. FACILITY: **VENTRESS CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Officer Veronica Stringer** with a violation of rule **#62** specifically: **Intentionally creating a security, safety or health hazard** from regulation # **403**, which occurred on or about **April 26, 2005**, at (time) **7:20 AM**, Location: **Health Care Unit**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, Inmate Richard Wright B/187140, did refuse to take your annual TB skin test when Nurse Hunter was doing your examination.**

5. **April 26, 2005**            **Veronica Stringer, COI** / _[signature]_
   Date                           Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _22_ day of _April_, 2005, at (time) _1:21_ (am/pm).

7. _[signature] COI_                              _Refuse to sign W.P_
   Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

8. Witnesses desired?   NO _____   YES _Refuse to sign W.P_
                          Inmate's Signature                    Inmate's Signature

9. If yes, list: _LT U. Dowling_

10. Hearing Date _____ Time _____ Place _____

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

    _____
    Signature / Hearing Officer

13. Plea: _____ Not Guilty    _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): _____

_____

Annex C to AR 403 ( Page 1 of 3 pages )

Exhibit (7A)

## PPD (TB) SKIN TEST
## CARE INSTRUCTIONS

NAME _Wright, Richard #_____

DATE RECEIVED _6-24-05 (Fri.) by HCawthin_

DATE TO BE READ _6-26-05 (Sun.) T. Stailes, LPN_
_(Negative)_

When receiving a TB skin test you are not to rub, scratch, pull, squeeze, put powder on, apply deodorant or cologne to the injection site. The only thing that may be put on the site is warm water and soap when you take a shower.

You are required to return to the Health Care Unit in 2 days, at 8:00 AM. If you do not return at that time it will be necessary to re-administer the test.

Exhibit (8A)

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1. INMATE: **Richard Wright**   CUSTODY: **ME**   AIS NO.: **B/187140**
2. FACILITY: **VENTRESS CORRECTIONAL FACILITY**
3. The above named inmate is being charged by **Officer Terry Person** with a violation of rule **#62** specifically: **Intentionally Creating a Security, Safety or Health Hazard.** from regulation # **403**, which occurred on or about **March 24, 2006,** at (time) **9:00 AM**, Location: **Health Care Unit**. A hearing on this charge will be held after 24 hours from service.
4. Circumstances of the violation(s) are as follows: **You, Inmate Richard Wright, B/187140 refused to take your annual TB skin test.**
5. Date: **March 24, 2006**   Arresting Officer / Signature / Rank: **Terry Person, COI** /s/ Jenny A Person COI
6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **25** day of **MARCH**, 2006, at (time) **7:50** (am/pm).
7. Serving Officer / Signature / Rank: Kenneth D. Cen Q, COI   Inmate's Signature / AIS Number: Richd W. Wright #187140
8. Witnesses desired?   NO _____ Inmate's Signature   YES Richd W. Wright 187140 Inmate's Signature
9. If yes, list: **NURSE Burks, NURS Marsh**
10. Hearing Date _____ Time _____ Place _____
11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.
12. A finding is made that inmate (is / is not) capable of representing himself.

_____
Signature / Hearing Officer

13. Plea: _____ Not Guilty   _____ Guilty
14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

_____
Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): _____

Annex C to AR 403 ( Page 1 of 3 pages )

Exhibit (4A)