IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD WAYNE WRIGHT, #187140,     )
                                   )
                Plaintiff,          )
                                   )
vs.                                 )     CIVIL ACTION NO. 2:05cv439-WHA
                                   )
SYLVESTER NETTLES, et al.,          )
                                   )
                Defendants.         )

**ORDER**

Upon consideration of the Plaintiff's Objection (Doc. #150) to the order of the Magistrate Judge (Doc. #142) in which the Magistrate Judge denied the Plaintiff's Motion for Admission Upon Defendant Sharon Holland (Doc. #141), the court finds that the order is neither clearly erroneous nor contrary to law. See 28 U.S.C. § 636(b)(1)(A). Therefore, it is hereby

ORDERED that the Objection is overruled.

DONE this 10th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE