IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-WHA ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for order to show cause filed by the plaintiff on April 13, 2006(Court Doc. No. 155), in which the plaintiff seeks an order requiring that the parole board defendants justify their decision to deny parole, it is

ORDERED that this motion be and is hereby DENIED.

Done this 14th day of April, 2006.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE