05cv439







Exhibit 1

# MEDICATION ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | 1-30 entries |
|---|---|---|
| ...xin Dec q 2wks x 90 days 25mg IM  6-7-01  9-7-01 | 0900 | MK (14) ... Reorder 7/30/01 CD |
| Cogentin 2mg p.o. Bid x 90 days  6-7-01  9-7-01 | 0800 / 1600 | entries daily... Reorder 7/30/01 CD |
| Prolixin Deconate 12.5 mg IM q 2 weeks x 90 day  7/20/01 – 10/20/01  Sanders | 7A | → |
| Cogentin 2mg Bid x 90 day  7/20/01 – 10/20/01  Sanders | 11A / 5P | entries |
| Elavil 50mg po qhs x 90 days  7/27 → 10/27/01  Sanders | 5pm | → |

Vital Signs:
BP 104/70, 120/80
T 98, 96
P 84, 84
R 16, 16

CHARTING FOR 7-1-01 THROUGH 7-31-01

PATIENT: Wright, Richard
PATIENT CODE: 187140

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| Haldol 2mg stat P.O. Dr. Sanders 6/3/02 | 1030a | →re |
| Lithium 600 mg stat P.O. Dr. Sanders 6/3/02 | 1030a | →re |
| Haldol 2mg HS x 90 days Dr. Sanders 6/3/02  9/3/02 | 1700 | ...Dose Increase |
| Lithium 600 mg HS x 90 days Dr. Sanders 6/3/02  9/3/02 | 1700 | Order Change 6/7/02 |
| Prolixin Dec. 25mg IM q 2wks x 90 days 6/6/02  9/6/02 | 0700 | |
| Artane 2mg P.O. q 11AM x 90 days 6/6/02  9/6/02 | 1100 | |
| Lithium 900mg q HS x 90 days stop 9-7-02 | 1700 | |
| Haldol 4mg PO q HS x 90 days 6/12/02  9/12/02 Sanders | 1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: THROUGH:
Physician: Dr. Sanders
Alt. Physician:
Diagnosis: NCDA

Rehabilitative Potential: