IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2006 APR 20 A 10:06

Richard Wayne Wright, Sr.         *
   Plaintiff, Pro-Se.,             *   Civil Action No:
      -vs-                         *   2:05-CV-439-A-WO
Sylvester Nettles, et.al.          *
   Defendants.                     *

Motion To Amend Plaintiff Wright Complaint

    Plaintiff Wright is still being denied adequate medical treatment at this present date by Defendant Samual Rayapati, M.D. and defendant Nettie Burks (HSA) (See Exhibits one (1) and Two (2) and three (3)). Defendant Rayapati and defendant Burks are making great efforts to stop plaintiff Wright from seeking and receiving adequate medical treatment for the back injury plaintiff received and suffers at the hands of the Alabama Department of Correction officials 'whom' implemented an assault upon plaintiff on November 23, 2005. Defendant Burks have decided to charge plaintiff a three (3) dollar co-payment fee repeatedly while Dr. Rayapati gives plaintiff nothing for head aches caused by the injuries (plaintiff head hit

Page 1 of 4

the table) during the course of trying to defend himself against inmate Walton Solomon on November 3, 2004. (See Exhibit Four (4)).

Defendant's Burks, Dr. Rayapati and the other Prison Health Service/Staff knows these Co-payment charges should not be charge to inmate's yet [they] apply them to plaintiff repeated and don't afford plaintiff adequate medical treatment. (See Exhibit Five (5)).

IF this Motion is not in its proper form plaintiff ask that this Honorable Court Construed it into its proper Form.

Done this the 18th day of April, 2006.

Respectfully Submitted,

_Richard W. Wright, Sr._
Richard Wayne Wright Sr. #187140

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr., am the petitioner, Pro-se., in the above encaptioned motion and [R.W.W.] Certify I have sent this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this

Honorable Court Forwarded a copy of this (said) motion to defendants Counsel(s) which are as Following:

Gregory F. Yayhmai
ASB 2411 - H 67 G
Scott Sullivan, Streetman & Fox, P.C.
2450 Valley dale Road
Birmingham Alabama 35244

Troy King (Attorney General)
State Bar # ASB - 5949 - S61S
Steven Mallette Sirmon
Assistant Attorney General
Hugh Davis Attorney
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB - 5098- K62D)
William R. Lunsford (ASB 4265 - L72L)
Douglas B. Hargett (ASB 9928-S81H)
Balch & Bignam LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
    Legal Division

Page 3 oF 4

301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty infirmary officer by 'hand delivery' to the legal mail box for postage to be provided by the proper prison official here at Ventress Correctional Facility to be forwarded to the United States mail box at V.C.F. and properly address this on the 18th day of April, 2006.

Respectfully submitted,

_Richard W. Wright, Sr._
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Infirmary Room #103
Post Office Box 767
Clayton, Alabama 36016