2:05CV439-A

# STATE

The Birmingham News / SATURDAY / Birmingham Post-Herald

**Saturday**
*August 28 2004*

**11A**

# Audit probes prison program

## Missed payments, fees questioned

**By KIM CHANDLER**
*News staff writer*

MONTGOMERY — State auditors have found problems with Alabama work-release programs, including that prison employees sometimes hired inmates to work in their homes and businesses and didn't pay them.

Audits released Friday also questioned the legality of other practices, including charging inmates $5 for rides to and from their work-release jobs, a fee that raised $2.6 million last year for the state prison budget.

The Examiners of Public Accounts released separately an audit of the Department of Corrections and a special audit of the department's Decatur work-release facility. The audits flagged problems with work-re-

lease operations in Decatur, Birmingham and Loxley.

The audit of the Decatur facility specifically criticized an old policy that allowed Department of Corrections employees and their relatives to hire work-release inmates. The audit found that the majority of inmates were not paid promptly, some were not paid at all and inmates were sometimes checked out for days at a time without a job to do.

The department ended the policy

last year because of the potential for abuse and security problems, spokesman Brian Corbett said.

Corbett said two employees still owe inmates money for work, and the department is trying to correct that. One owes $1,500, and the other owes $700, he said. One employee is paying on an installment plan. The other is serving overseas in the military.

► See **Audit,** Page 1:

---

## AUDIT:
## Work-release program examined

► From Page **11A**

One of the audits noted that work-release inmates were charged $3 co-pays for inmate-initiated use of medical services, $5 for round trips to work and $25 for drug tests if they failed.

"It appears that the Department of Corrections does not have specific legal authority to charge these fees," auditors wrote. The report recommends that in the future, the department charge inmates only fees authorized by law.

Corbett said he did not know what auditors meant by "appears." He said the department would look into the finding.

At the Birmingham work-release center, the audit noted multiple problems with the handling of money that inmates earned from their work-release jobs. The audit's findings also included that some inmates were being forced to pay for their own medical care.

The warden of the Birmingham facility forced inmates with $300 in their prison accounts to pay for medical care with private providers. According to the audit, regulations say inmates with $500 in their accounts get "an option of using free-world medi-

cal and dental facilities at their own expense," referring to health care not provided through the prison system.

Corbett said the department has addressed many of the problems flagged in the audits.

Prison Commissioner Donal Campbell in April transferred the warden of the Birmingham work release to another facility. Campbell declined to elaborate on his reasons for the change other than he had complaints about money.

---

STATE OF ALABAMA
Department of Corrections
*Inmate Stationery*

N266

Exhibit (S)





PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE | TIME | ORIGINATING FACILITY  _BCC_ | |
|---|---|---|---|
| 11 / 3 / 04 | 2220  AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☒ EMERGENCY  ☐ OUTPATIENT |

**ALLERGIES**  NKA

**CONDITION ON ADMISSION**  ☒ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

**VITAL SIGNS: TEMP** 100.9  ORAL/RECTAL  **RESP.** 20  **PULSE** 120  **B/P** 144/94  **RECHECK IF** 148/98  SYSTOLIC <100> 50

## NATURE OF INJURY OR ILLNESS

S: "I was fighting I got a few bumps and bruised, nothing great"

O: Hemostoma frontal of cranial
① 3cm ② 2.5cm skin intact @ frontal of crania
③ Scratch 5 inches ④ 35 ⑤ 2 inches
⑥ 2½ Broken skin 4 inches on
below it on back. Rt foot injured
2cm healed (old area)

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

Not broken small hematoma

PROFILE RIGHT OR LEFT

Scratches

Scratch

RIGHT OR LEFT

## PHYSICAL EXAMINATION

A: Body Chart per DOC

P: Release to DOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## DIAGNOSIS

## INSTRUCTIONS TO PATIENT
Consider following through c mental health referral

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 11 / 3 / 04 | 2230  AM (PM) | ☒ DOC ☐ AMBULENCE ☐ | ☒ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| T. Wenleman, RN | 11/3/04 | [signature] 11/4/04 | | |

**INMATE NAME (LAST, FIRST, MIDDLE)**  Wright, Richard

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 187140 | 8/15/67 | B/m | BCC |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

Exhibit Four (4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright Sr._  Date of Request: _____

ID # _____  Date of Birth: _____ Location: _____

Nature of problem or request:_____

_____

_____

_____

_____ _Richard W Wright Sr._ _____
                                          *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _____

Time: _____ AM PM

Allergies: _____

┌─────────────────────────────┐
│           RECEIVED          │
│ Date: _____          │
│ Time: _____          │
│ Receiving Nurse Intials _____│
└─────────────────────────────┘

**(S)ubjective:** _____

**(O)bjective   (V/S): T:** _____ **P:** ____ **R:** ____ **BP:** _____ **WT:** _____

**(A)ssessment:** _____

**(P)lan:** _____

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT     *Exhibit 3*

GLF-1002   (1/4)



**PRISON HEALTH**
**SERVICES**
**INCORPORATED**

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard Wayne Wright Sr._  Date of Request: _1 April 06_
ID # _187140_    Date of Birth: _____ Location: _____
Nature of problem or request: _Back pain and need some thing_
_for real aches would like to be refered to_
_another Doctor beside Dr. Rayapati_

_Richard Wright Sr._
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/10/06_
Time: _____ AM PM
Allergies: _No Tylenol_

| RECEIVED |
|---|
| Date: _4/10/06_ |
| Time: _____ |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____**

**(A)ssessment:** _Seen not Text_

**(P)lan:** _Appt to medical Clinic Wensday 4/12/06_
_Doctor seen Appt @ ___._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT   _Exhibit 2_

GLF-1002   (1/4)



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Richard W Wright Sr_

ID # _197146_      Date of Request: _5 April 06_

Nature of problem or request: _Back pains and head aches_

Date of Birth: _15 Aug 61_ Location: _Inf RM 1103_

_Richard W Wright Sr_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/6/06_

Time: _11:25_ AM / PM

Allergies: _____

┌─────────────────────────────┐
│ RECEIVED                     │
│ Date: _____               │
│ Time: _____               │
│ Receiving Nurse Intials ____ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:** _____

**(P)lan:** _____

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

_Exhibit 1_