2:05cv439-A

## For your KNEES:

**To Stretch some muscle groups and to Strengthen others:**

 

**1** Sit in a chair and cross your legs above the ankles. Your legs can be either straight or bent.

**2** Push forward with the back leg and backward with the front leg, pressing evenly so that your legs do not move.

*Hold for 10 seconds and release.*

## For your HIPS:

**To Stretch:**

 

**1** Stand straight and hold onto a sturdy table or counter.

**2** Move the outside leg as far out to the side as it will go. Keep your foot in place, roll your knee in then out, leading with your heel.

**To Strengthen:**

 

**1** Stand straight, face and hold onto a sturdy table or counter.

**2** Move one leg backward and up behind you, keeping the knee straight. Do not arch your back or lean forward.

*Hold for a count of 10, then slowly release.*

### How to avoid joint injury

- Stand tall and erect with relaxed joints starting...

- Sit with one or both knees higher than your hips whenever possible; keep your upper back straight and your shoulders relaxed.

- When standing for a long time, raise one foot slightly to take the stress off your lower back.

- Wear comfortable shoes with flat heels and lots of cushion.

- When you lift, always bend with your knees, keep objects close to your body, and don't use sudden movements.

- Don't lift heavy objects above your waist.

- Sleep on a firm mattress, on your side; not your stomach.

- When driving, sit close enough to the wheel so that your legs are not fully stretched out.

Brought to you by the makers of



TYLENOL ACETAMINOPHEN

www.tylenol.com

EST-337

# Exercise and Osteoarthritis

In order to better protect your joints, the muscles surrounding a joint should be strengthened — and exercise is a good way to do this.

Two basic types of exercises:

Stretching exercises help you to stay flexible, and prevent stiffness and deformities.

Strengthening exercises make the muscles, ligaments, and tendons that support your joints stronger and make movement less painful.

## Tips for beginners

- Do these exercises slowly, without bouncing or jerking.
- Start with no more than 5 repetitions of each exercise, and take at least 2 weeks to increase to 10 repetitions.
- Do the exercises in an order that keeps you from getting up and down a lot.
- Always do the same number of exercises for both sides.

Brought to you by the makers of

**TYLENOL**
ACETAMINOPHEN

www.tylenol.com

## For your BACK:

**To Stretch:**



❶ Lie on the floor with your knees bent, and your feet flat on the floor.



❷ Bring one knee toward your chest, lifting your foot up off the floor.

If you need to, tuck your hands under your thigh to help lift the leg.

*Hold for 10 seconds, then lower the leg slowly.*

**To Strengthen:**



❶ Lie on your back with your knees bent and your feet flat on the floor.



❷ Tighten your stomach muscles and your buttocks to push the small of your back against the floor.

This is known as the pelvic tilt.

*Hold for 10 seconds and relax.*

## For your KNEES:

**To Stretch some muscle groups and to Strengthen others:**



❶ Lie on your back with your legs straight.



❷ Straighten your knee completely to tighten the muscle just above your knee.

If you are doing this correctly, your heel should come up off the floor.

*Hold for the count of 5 and relax.*

(Exhibit Ten (10))

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1. INMATE: **Richard Wright**   CUSTODY: **Med.**   AIS NO.: **B/187140**

2. FACILITY: **VENTRESS CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Officer Roosevelt Brown** with a violation of rule **#56** specifically: **Failure to obey a direct order of a DOC official** from regulation # **403**, which occurred on or about **November 22, 2005**, at (time) **7:25 AM** (am/~~pm~~), Location: **10 Dorm Lobby** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, Inmate Richard Wright B/187140 did not leave the lobby when order to do so.**

5. **November 23, 2005**          **Roosevelt Brown, COI**   *Roosevelt Brown COI*
   Date                            Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _28th_ day of _November_, 2005, at (time) _8:27 AM_ (am/~~pm~~).

7. _____ C.O.I          _Refused to sign_ RW_____
   Serving Officer / Signature / Rank      Inmate's Signature / AIS Number

8. Witnesses desired?   NO _Refused to sign RW_   YES _____
                          Inmate's Signature            Inmate's Signature

9. If yes, list: _____

10. Hearing Date _____ Time _____ Place _____

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

   _____
   Signature / Hearing Officer

13. Plea: _____ Not Guilty   _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

   _____
   Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): _____
   _____
   _____
   _____
   _____
   _____

Annex C to AR 403 ( Page 1 of 3 pages )

( Exhibit Six (6) )

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1. INMATE: __Richard Wright__     CUSTODY __ME__     AIS NO.: __B/187140__

2. FACILITY: __VENTRESS CORRECTIONAL FACILITY__

3. The above named inmate is being charged by __Officer Roosevelt Brown__ with a violation of rule __#53__ specifically: __Inciting a Riot or Rioting__ from regulation # __403,__ which occurred on or about __November 23, 2005,__ at (time) __7:25 AM__, Location: __Dorm 10 Lobby.__ A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: __You, Inmate Richard Wright, B/187140 could have caused a riot by stating, "We inmates need to stick together, I am not going out side, it's too cold."__

5. __November 23, 2005__                                     __Roosevelt Brown, COI__ _Roosevelt Brown COI_
   Date                                                     Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _28th_ day of _November_, 2005, at (time) _8:35 AM_ (am/pm).

7. _[signature] C.O.I_                                     _Refused to sign_ RW
   Serving Officer / Signature / Rank                     Inmate's Signature / AIS Number

8. Witnesses desired?     NO _Refused to sign_ RW        YES _____
                            Inmate's Signature              Inmate's Signature

9. If yes, list: _____

10. Hearing Date _____ Time _____ Place _____

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

                                            _____
                                            Signature / Hearing Officer

13. Plea: _____ Not Guilty   _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

                                            _____
                                            Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): _____

_____
_____
_____
_____
_____

Annex C to AR 403 ( Page 1 of 3 pages )

(Exhibit Seven(7))

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1. INMATE: **Richard Wright**    CUSTODY: **Med.**    AIS NO.: **B/187140**

2. FACILITY: **VENTRESS CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Officer Levy Richardson** with a violation of rule **#29** specifically; **Assault on a DOC Official** from regulation # **403**, which occurred on or about **November 23, 2005,** at (time) **7:40 AM** (am/~~pm~~), Location: **10 Dorm Lobby** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, Inmate Richard Wright B/187140 did kick Officer Levy Richardson in the stomach area when restraints were being placed on you and after restraints were placed on you.**

5. **November 23, 2005**    **Levy Richardson, COI** _Levy Richardson COI_
   Date                     Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **28th** day of **November**, 2005, at (time) **8:25 AM** (am/~~pm~~).

7. _[signature]_ C.O.I            _Refused to sign_ RW
   Serving Officer / Signature / Rank    Inmate's Signature / AIS Number

8. Witnesses desired?    NO _Refused to sign_ RW    YES _____
                         Inmate's Signature              Inmate's Signature

9. If yes, list: _____

10. Hearing Date _____ Time _____ Place _____

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

    _____
    Signature / Hearing Officer

13. Plea: _____ Not Guilty    _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): _____
    _____
    _____
    _____
    _____
    _____

                                    Annex C to AR 403 ( Page 1 of 3 pages )

( Exhibit Eight (8) )

Prison Health Services
Alabama Department of Corrections

# EDUCATIONAL FACT SHEET

## BACKPAIN

| | INDIVIDUALIZED NURSING INSTRUCTIONS |
|---|---|
| 1. Avoid strenuous activity, especially weight lifting and contact sports. | |
| 2. Take medication as prescribed. | |
| 3. Inform medical if pain worsens. | |
| 4. Avoid bending over to pick up anything, Instead, stoop and lift with your legs. | |
| 5. Sit up straight. Avoid slouching. | |

(Exhibit Nine (9))