IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| AIS #187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on April 20, 2006 (Court Doc. No. 159), in which the plaintiff seeks to add claims relative to adverse actions currently being taken against him by correctional officials, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

The plaintiff is advised that if he seeks to challenge the actions referenced in this motion to amend me may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 21st day of April, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE