IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr.,          *
    Plaintiff, Pro-Se,              *   Civil Action No:
    -vs-                            *   2:05-cv-439-A-Wo
Sylvester Nettles, et.al.,          *
    Defendants.                     *

## Plaintiff Wright Motion of Inquiry

Comes Now, Richard Wayne Wright, Sr., Plaintiff, Pro-Se., in the above style in request for this Honorable Court interpretation/instruction. Plaintiff Wright has many limitations that (he) is presented with by these prison officials due to (his) present 'state' of incarceration. For such reason plaintiff ask this Honorable Court for their professional guidance, instruction and/or answers to the following inquiries:

1). Do this Honorable Court has any Bona Fide 'Law Firms' addresses in Alabama or affiliated with Alabama which will assist inmates with civil rights and civil liberty violations?

2). What do this Honorable Court

Page 1 of

suggest an inmate situated as plaintiff is, do, to get necessary exhibits to the said Court when he is given only two (2) stamps per week and he lacks the adequate postage to mail such documents/exhibits?

3. At what 'time' of these type Court proceeding are/is recommended petitioner filed motion for interrogatories and/or requests for admission?

4. How is it possible for an inmate to filed criminal charges against prison officials when the interest of the state agencies is jeopardize due to illegal practices excuted upon inmate's by prison officials 'whom' are part responsible for ensuring such charge are implemented with the proper state officials?

5). When state officials forbid plaintiff access to certain relevant documents which are a part of (his) prison file and which will prove plaintiff allagation are true and such officials will not make available such documents what does this Honorable Court suggest recommend plaintiff do in such case/situation?

Plaintiff Wright Motion of Inquiry

6. When retaliation is exercised by prison officials and it is elevated to its highest height and prison officials use their power, will and authority to harm plaintiff and/by subjecting (him) to testing medication which showed pass reaction on the individual/plaintiff and the uses of these means are to conceal other physical illments caused by said prison officials what does this Honorable Court suggest/recommend plaintiff do and/or 'who' do this Honorable Court suggest/recommend plaintiff contact in order to stop such illegal acts?

7. How does an inmate get the attention of the Court to stop and or prevent an inmate's death "whom" were not sentence to a death sentence to or for a (said) crime when (he) is in the custody and controll of the Alabama Department of Correction?

8. When an inmate has no attorney and (he) is pro-se. litigant in a civil suit and psychotropic medication was used to stop (his) litigation process through illegal means how long does a pro-se litigant have to address such dis-

missal proceeding after he] comes from under the psychotropic medication effects?

Done this the 27th day of April, 2006

Respectfully Submitted,

*Richard W. Wright, Sr.*
~~Richard Wright~~
Richard Wayne Wright, Sr.,
Ventress Correctional Facility
Segregation Unit/Cell #801
Post Office Box 767
Clayton, Alabama 36016