IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -4 P 10: 07
DEBRA P. HACKETT, CLK

Richard Wayne Wright, Sr., *
  Plaintiff, Pro-Se., *  Civil Action NO!
    -VS-  *  2:05-CV-439-A-WO
Sylvester Nettles, et.al., *
  Defendants.  *

## Plaintiff Wright Motion In Objection To The Honorable Charles S. Coody Order

I Richard Wayne Wright, Sr., am the Plaintiff, Pro-Se., in the above enclosed matter. Plaintiff Filed this objection to the Honorable Charles S. Coody order on motion' in denying plaintiff motion for an order to show cause (Court Doc No. #155) upon the parole board defendants/members which was passed down on April 14, 2006. Plaintiff does not wish for the parole board members/defendants to justify their decision's [in] denying plaintiff for parole. Plaintiff Wright does ask that 'they' show what was their determining principles in granting or denying plaintiff parole. Secondly, plaintiff was and is entitled by 'their' parole guidelines as was establish when plaintiff was initially

Page 1 of 4

incarcerated stating plaintiff and/ or other same situated inmate's whom were sentence under the same guidelines would be set off in intervals no more than three (3) years. It must be questioned 'why' or 'what' cause plaintiff to be treated differently than the same situated inmate's 'who' fall under the three (3) year interval (which is most favorable to plaintiff than the five (5) year interval which has increase (his) punishment and lenghten (his) incarceration in degrees, unfavorably. IF this motion is not in its proper form plaintiff ask that this Honorable Court construed it into its' proper form.

    Done this the 27th day of April 2006.

Respectfully Submitted,

_Richard W Wright, Sr._

Richard Wayne Wright Sr. #187140
Ventress Correctional Facility
Segregation Unit/Cell #801
P.O. Box #767
Clayton, Alabama 36016

Page 2 of 4

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr., Pro-Se., am the petitioner in the above encaptioned motion Certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or clerk forward a copy of this motion along with the other two motion acompanied to the defendants Counsel(s) which addresses are as following:

Gregory F Yayhmai
ASB 2411 – H 6 7 G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley dale Road
Birmingham, Alabama 35244

Troy King R.W.W. (Attorney General)
State Bar # ASB - 5949- 5615
STeven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)

William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-SSIH)
Balsh & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T Thomas
Gregory Marion Biggs
Alabama Department of Corrections
        Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion and others accompany in the hands of the on duty officer to be placed in the legal mail box located in the kitchen, for postage to be prepaid by the prison officials here to place in the United States mail box at Ventress Correctional Facility after postage is provided and properly address this on the 27th day of April 2006.

Respectfully Submitted,
Richard W Wright, Sr.
Richard Wayne Wright, Sr.
Ventress Correctional Facility
Segregation Unit/Cell # 801
Post Office Box 767
Clayton, Alabama 36016

Page 4 of 4