IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr.,        *
    Plaintiff, Pro-Se,             *   Civil Action No.:
    -vs-                           *   2:05-CV-439-A-WO
Sylvester Nettles, et.al.,         *
    Defendants.                    *

## Plaintiff Wright Motion Of Objection To The Honorable W. Harold Albritton Order

I am the plaintiff, Pro-Se, Richard Wayne Wright, Sr., in the above mention motion. Plaintiff has tried to address defendant Sharon Holland with questions which would be used at [the] time of an evidentiary hearing, if afforded, by the Honorable Charles S. Coody (Chief United States Magistrate Judge). Plaintiff Wright motion for Admission upon defendant Sharon Holland (Doc #141) being denied by the Honorable Charles S. Coody (Doc #142) has hindered one of plaintiff forms of revealing facts and has thus far, effected plaintiff ability to manifest other facts with supportive documentation for such reason plaintiff Hopes

Page 1 of 2

the Honorable W. Harold Albritton (Senior United States district Judge) will over-rule the magistrate judge order (DOC# 142) and grant plaintiff motion (DOC# 141) upon defendant Sharon Holland. Plaintiff is allready placed in a great disadvantage because he possess a lot of documents he can't mail to this Honorable Court due to his indegent status, and the knowledge to effectively file (said) motion according and with supports of law. IF this motion is not in it proper form plaintiff ask that this motion be construed into its proper form for processing.

Done this the 26th day of April, 2006.

Respectfully Submitted,

Richard W. Wright, Sr.
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Segregation Unit/cell # 801
P.O. Box 767
Clayton, Alabama 36016

Page 2 of 2