IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr.,      *
    Plaintiff, Pro-Se,          *   Civil Action No:
        -vs-                    *   2:05-CV-439-A-WO
Sylvester Nettles, et.al.       *
    Defendants.                 *

<u>Plaintiff Wright Motion IN Objection To
The Honorable Charles S. Coody Order
ON Motion</u>

I Richard Wayne Wright, Sr., Plaintiff, Pro-Se., comes now before this Honorable Court in objection to the Chief United States Magistrate Judge, the Honorable Charles S. Coody order on Motion pass down on April 21, 2006 which denied Plaintiff Motion to Amend (Court Doc No. 159),

Plaintiff Wright present suffering from injuries he encounter because defendants are exercising [their] power in many abusive forms. Plaintiff Wright is under injustice which stems from defendant acts of retaliation from defendants and defendant's agents, it appears that this series of revengeful acts shall be as long as

Page 1 of 3

plaintiff is under [their] power and until a higher power shall address this abusive activity exhibit upon plaintiff and implement [its] power to curve defendants wrongful acts. This Honorable Court has labeled these acts demonstrate to cause and causing plaintiff present harm as "adverse action" that is an understatement. These acts of inflicting punishment upon plaintiff through segregation and by [them] writing disciplinary after disciplinary are being done maliciously and vindictively to send plaintiff to a higher level camp/prison. At such prison where the majority of the inmates are subjected to hopeless conditions, these inmates are easier persuaded and coerce to hurt plaintiff for [them] for a price. As defendant Seals had attempted to do in August 2004 until plaintiff wrote the Warden at Bullock Correctional Facility and then defendant Seals detered from that recoommendation. This was what defendant Seals first threaten plaintiff with at the progress review hearing in August 20, 2004. (See Exhibit one (1)). Now since plaintiff appealed defendant Seals recoomendation

Page 2 of 3

Plaintiff Motion In objection To Magistrate Judge

plaintiff with at the progress re-view hearing in August 20, 2004. (See Exhibit one(1)). Now since plaintiff appealed defendant Seals recommendation these defendant's here at Ventress Correctional Facility are creating problems for plaintiff in [their] mission to increase plaintiff security level to get plaintiff to the [right] Facility to finish the plans initiated by defendant Seals but was not carried out, not to exclude the Five(5) disciplinaries (they) placed upon plaintiff to justify 'their' acts of cruelty through their use of excessive force, assault, Fraud, ect.

   Done this the <u>2nd</u> day of May 2006.

                  Respectfully Submitted,
                  _Richard W. Wright, Sr._
                  Richard Wayne Wright, Sr. #187140
                  Ventress Correctional Facility
                  Segregation Unit/ Cell # 801
                  Post Office Box 767
                  Clayton, Alabama 36016

Certificate of Service

This is to Certify that I am the plaintiff in the above encaptioned motion and Certify [I] have sent this motion to the clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court Forward a copy of this motions to the Following:

Gregory F Yayhmai (ASB-2411-H67G)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72U)
Douglas B. Hargett (ASB-9928-S8iH)
Balch & Bingham LLP
Post Office Box 18668
Huntsville Alabama 35804-8668

Plaintiff Motion In Objection To Magistrate Judge

Kim T. Thomas
Gregory Marion Briggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hand of the on duty officer to place in the "Legal mail" box located in the kitchen for postage to be paid by the proper prison officials here at Ventress Correctional Facility and properly address this on the 2nd day of May 2006.

Respectfully Submitted,

Richard Wayne Wright, Sr. #187140
Plaintiff, Pro. Se.