ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - AUGUST 20, 2004
(COU122)
AIS #: 00187140    SSN: 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    RACE/SEX: B/M    DATE OF BIRTH: 08/15/1967
NAME: WRIGHT, RICHARD WAYNE SR         CUSTODY: MIN9   SECURITY LEVEL: 4
INST: BULLOCK CORRECTIONAL FACILIT     TIME SRVD: 08Y09M26 LAST DISC: 09 22 2003
CRME: BURGLARY I                       MIN REL DT: 10/23/2020 ACTIVE DET: 0
DISC: INDECENT EXPOSURE - EXHIBITION   PRL CONS: 08/01/2009 EDUCAT LEV: 12
WL/PGM: _____                PRIM OCCUP: LABORER - GENERAL

RECOMMENDED INSTITUTION: Bullock              RECOMMENDED CUSTODY: ___
JUSTIFICATION: _____

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED _____    APP. S/L: No Change

CLASSIFICATION SPECIALIST    DATE         WARDEN OR DESIGNEE    DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE   CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: ____    REASONS: ____
                                               CRB MEMBER           DATE

___ APPROVED ___ DENIED; DIVERTED TO: ____    REASONS: ____
                                               CRB MEMBER           DATE

___ APPROVED ___ DENIED; DIVERTED TO: ____    REASONS: ____
                                               CRB MEMBER           DATE

FINAL DECISION: INST Stay  CUSTODY Medium   DATE 8-24-04
DATE INMATE INFORMED: 8/20/04   INMATE'S SIGNATURE: _____

Last PR - 3/5/04 BCF/Min-IV