IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION                    RECEIVED

                                          2006 MAY -4  P 10:08

Richard Wayne Wright, Sr.,     *
     Plaintiff, Pro-Se,        *    Civil Action No.
        -vs-                   *    2:05-cv-439-A-WO
Sylvester Nettles, et.al.,     *
     Defendants.               *


Plaintiff Motion In Objection To Motion On Order

   I Richard Wayne Wright, Sr., plaintiff, Pro-se., Comes Now before this Honorable Court in objection to the chief United States Magistrate Judge, the Honorable Charles S. Coody order on motion pass down on April 21, 2006 which denied plaintiff motion to Amend (R.W.W Court Doc No. 158).

   Plaintiff is fully aware that [these] defendants are willing to go to any lenght to inflict injury upon plaintiff as well as working with and supervising over the medical staff here at Ventress Correctional Facility are directing these health care providers to treat plaintiff partially or at other times not at all. Plaintiff is presently in the Segregation Unit For defendants J.

Page 1 of

Dowling and agents acts to subject plaintiff to more testing medication which plaintiff has complained about and reported to the medical staff administrator `Ms Burk´ and the Warden because of the reaction to such testing medication (Tuberculin diluted, PPD). This Honorable Court has not acknowledge that these are acts of retaliation and such acts are implemented upon plaintiff because these defendants seek to get revenge for plaintiff filing `suit´ and exposing (their) illegal acts in the time past. If plaintiff shall file a separate 42 USC § 1983 action each time defendants does something to interfer with (his) litigation process plaintiff surely will not be able to send the documents to support his allegation with facts/supporting documentation. For such reason plaintiff prayers this Honorable Court will reconsider its order pass down on April 21, 2006 in reference to (Court Doc No 158) in which plaintiff is receiving improper medical treatment and at other times none at all.

Done this the <u>2nd</u> day of May, 2006

Respectfully Submitted
_Richard W Wright Sr_
Richard Wayne Wright, Sr. #187140

Page 2 of