IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr. *
Plaintiff, Pro-Se., * Civil Actions No
-VS- * 2:05-CV-439-A-WO
Sylvester Nettles, et.al., *
Defendants. *

## Plaintiff Wright Motion To Amend

I Richard Wayne Wright, Sr., am the plaintiff, Pro-Se. in the above encaptioned matter/motion and declares as Following:

1). Plaintiff Wright is having great difficulty tring to get relevant papers back from the United States District Court in Washington. Such paper work/exhibits shows defendants S. Nettles, A. Holt, L. Boyd and C. Blackledge, all of 'whom' are considered members of the enemy validation committee 'who' exhibited deliberate indifferent. (See Exhibit one (1), return receipt of plaintiff Wright complaint sent to said court).

2). Many ailments (physical) are ~~casing~~ R.W.W causing plaintiff Wright difficulty in daily task. One of plaintiff Wright main concern is his deterating sight, cause by unknown reasons made known to plaintiff by the health care providers (PHS employees even until this present day/date may 9, 2006,

Page 1 of 5

not to exclude other physical ailments poping in joints, short term memory lost, ect. Prison Health Service (PHS) employee(s) refuse to properly assess and/or diagnose the causes of plaintiff vision problems. (See Exhibit two (2) Department of Corrections Eye Chart two (2) sided document).

Plaintiff Wright R.W.W. is under potential threat and eminent danger due to (his) complaints filed (both) past and present by DOC officials. Defendants and defendant's agents refuse to harken unto plaintiff complaint of the allergic reaction cause by taking to much Tuberculin Solution (Aplisol- tuberculin PPD, diluted) (here after refered to as PPD)). The first initial PPD test which started such allergic reaction began on April 15, 2004. (See exhibit three (3)). This test with PPD was followed by four (4) consecutive testing during quarantine procedures done by D.O.C. officials at Bullock Correctional Facility, (B.C.F.). Prison officials here at Ventress Correctional Facility has not made this documentation available to plaintiff concerning the above mention quarantine. Neither are the prison official and/or health care providers/(PHS) employees making the proper notation in plaintiff prison/medical file to the reaction

Page 2 of 5

of such testing (PPD). As defendants form of punishment they are writing disciplinary after disciplinary Institutional Rule Violation No. Sixty-two (#62) (Intentionally creating a security, safety and health hazard). Defendants misuse of power and illtreatment is done to raise plaintiff security level (SL) to Five (5) and subject plaintiff to the potential harm at a level Five (5) prison to follow through with defendant S. Seals recommendation for plaintiff on August 20, 2004, a level Five security level (SL). See Exibit Four (4) Sick Call request dated 17 Nov 04 Wednesday, 1:45 p.m.

    Defendants J. Dowling (Lt.) and S. Carter (Sgt.) tried to subject plaintiff to other testing medication Hepatitis B Vaccine on November 21, 2005. Plaintiff refuse such vaccine because he had not been properly tested and his fear of other reactions. This angered them and was a motivating factor plaintiff suffered an assault two (2) days later at the hands of Sgt. S. Carter and assailant on November 23, 2005.

    Done this on the 9th day of May, 2006.

Respectfully Submitted,

_Richard W. Wright Jr._

Richard Wayne Wright Sr. #187140
Ventress Correctional Facility
Segregation Unit / Cell # 801
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. am the plaintiff, Pro-Se in the above encaptioned motion and certify I have sent this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forwarded a Copy of this (said) motion to the defendants Counsel(s) which are as Following:

Gregory F. Yaghmai
ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon

Page 4 of 5

Assistant Attorney General
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery Alabama 36130

by placing this motion in the United States mail box at Ventress Correctional Facility by (hand delivery) to the officer on duty, to be placed in the legal mail box located in the kitchen and postage be properly provided by prison officials and properly address this on the 4th day of May, 2006.

Respectfully submitted,
_Richard W. Wright Jr._
Richard Wayne Wright Sr. #187140