Exhibit 2

**PHS**
PRISON
HEALTH
SERVICES

# DEPARTMENT OF CORRECTIONS
## EYE CHART

| | OLD RX Worn from | | | | to | |
|---|---|---|---|---|---|---|
| | Sph. | Cyl. | Axis | Prism | Base | Add |
| | | | | | | |
| | | | | | | |

**Date** 2 ~ 05 **Time**

**Visual Requiremnts**

**Other Visual Requirements**

**Previous Eye History** — Eye glasses

**Chief Visual Complaints** — Blurred vision at times

**Detailed History**

**General Health** — Rx

**External Examination**
— 275
250 / F~
72

**Internal Examination** — 52 /18 /145

OD            OS

OD / WNL    CD / WNL OS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|---|
| **Visual Field Screening** OD 20/70  OS 20/50 | | | | |
| **Tonometry** | | | | |
| **Instrument /** OD  OS | | | | |
| **V.A. (Habitual) Dist.** OD  OS  OU | | | | |
| **Near** OD  OS  OU | | | | |
| **Dominance / Test** / | | | | |

**Pupillary Reflexes**

| Size | Light |
|---|---|
| Consensual | Near |
| Inspection | |
| Cover | |
| Corneal Reflex | |

**Tests for Squint**

**PD / PP Conv**

**PP Acc**

**Versions**

**Routions / Fixations**

2/18/05                    38

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Wright Richard | 137140 | 8/567 | Blm | Bul F |

PHS-MD-70029

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| TIENT | | DATE | |
|-------|---|------|---|
| WRIGHT, RICHARD | | 7/25/2005 | |

| NUMBER | | INSTITUTION | |
|--------|---|-------------|---|
| 187140 | VENT | VENTRESS CORRECTIONAL | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|-----|--------|----------|------|-------|------|
| OD | -2.75 | 0.00 | 0 | 0 | |
| OS | -2.50 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 72 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | | Clear | |
|---------------------|---|-------|---|

| FRAME | STYLE | FRAME COLOR | |
|-------|-------|-------------|---|
| NICK | | GREY | |
| EYE SIZ | DROP BALL | FINAL INSPECTION | |
| 52 | | | |

| | |
|---|---|
| LENSES: | $4.95 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $9.79 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.