# BULLOCK CORRECTIONS

DATE: 4/15/04

Exhibit (3)

NAME Wright, Richard   AIS# 187140   R/S BM

Return to Health care Unit For skin Test Reading on the date marked below:
YOU MUST RETURN!!!!

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **DATE** | | | | 4/15/04 | | ✓ LA. |
| **TIME** | | | | 10:00 | | |

2 Mar 05
Certified Mail Receipt
7001-1140-0000-1863-1021

RESULT_____   SIGNATURE_____