IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on May 11, 2006 (Court Doc. No. 168), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

The plaintiff is advised that if he seeks to challenge actions referenced in this motion to amend which are not claims presently pending before this court he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 16th day of May, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE