IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv439-WHA ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

**ORDER**

This case is before the court on three Objections filed by the Plaintiff to orders of the Magistrate Judge. They are as follows:

1. Doc. #163. Plaintiff's Objection to the Magistrate Judge's Order (Doc. #156) denying the Plaintiff's Motion for Order (Doc. #155).

2. Doc. #165. Plaintiff's Objection to Magistrate Judge's Order (Doc. #161) in which the Magistrate Judge denied the Plaintiff's Motion to Amend (Doc. #159).

3. Doc. #166. Plaintiff's Objection to Magistrate Judge's Order (Doc. #160) denying Plaintiff's Motion to Amend (Doc. #158).

The court finds that none of these orders are clearly erroneous or contrary to law (*See* Rule 72, *Fed.R.Civ.P.*). Therefore, it is hereby

ORDERED that the objections are OVERRULED.

DONE this 16th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE