IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr.,     *
   Plaintiff, Pro-Se,          *   Civil Action No.:
      -vs-                     *   2:05-CV-439-A-WO
Sylvester Nettles, et.al.,     *
   Defendants.                 *

<u>Plaintiff Wright Motion of Objection
To The Honorable W. Harold Albritton
Order</u>

I am the plaintiff, Pro-se, Richard Wayne Wright, Sr., in the above mention motion. Plaintiff has tried to address defendant Sharon Holland with questions which would be used at [the] time of an evidentiary hearing, if afforded, by the Honorable Charles S. Coody (Chief United States Magistrate Judge). Plaintiff Wright motion For Admission upon defendant Sharon Holland (Doc #141) being denied by the Honorable Charles S. Coody (Doc #142) has hindered one of plaintiff forms of revealing facts and has thus far, effected plaintiff ability to manifest other facts with supportive documentation for such reason plaintiff Hopes

Page 1 of 2

**MOTION DENIED**
THIS 16th DAY OF May, 2006
_____
UNITED STATES DISTRICT JUDGE