IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 18 A 9:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr.,        *
   Plaintiff, Pro-se.              *  Civil Action No.
         -vs-                      *  2:05-CV-439-A-WO
Sylvester Nettles, et. al.,        *
   Defendants.                     *

Plaintiff Wright Motion of Objection
To The Honorable Charles S. Coody Order

I Richard Wayne Wright, Sr. am the plaintiff, Pro-se., files his objection to the (Chief United States Magistrate Judge) the Honorable Charles S. Coody "order on Motion" passed down on May, 8th, 2006, in the denial of plaintiff Wright motion of Inquiry. Plaintiff Wright filed a motion which this Honorable Court labeled "Motion of Inquiry", (Court Doc No. 162) in which plaintiff Wright seeks professional knowledge from this Honorable Court concerning pertinent information plaintiff needs to know as requested in said motion "Motion of Inquiry" (Court Doc. No. 162) For such reason mention not to exclude plaintiff does not have an attorney to assist him with the many complication he now

Face tring to litigate this Case. Plaintiff earnestly ask that this Honorable Court to reconsider plaintiff Wright Said motion "Motion of Inquiry" and grant plaintiff Wright professional advice concerning the said inquiry.

IF this Motion is not in its proper Form plaintiff ask that this Honorable Court Construed it into its proper Form.

Done this the 16th day of May, 2006.

Respectfully Submitted,

Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Segregation Unit / Cell # 301
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr., am the petitioner, Pro-Se., in the above encaptioned motion and Certify I have sent this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forwarded a Copy

Page 2 of 4

of this (said) motion "Plaintiff Wright Motion of Objection To The Honorable Charles S. Coody order" to the defendant's Counsel(s) which are as Following:

Gregory F. Yaghmai
ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Simon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Briggs

Page 3 of 4

Alabama Department of Correction
Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the United States mail box at Ventress Correctional Facility by placing this said motion in the hand of the on duty officer to be place in the inmate's legal mail box service located in the kitchen at V.C.F. For postage to be provided by the proper prison officials with First Class postage prepaid and this has been properly address on this the 16th day of May, 2006.

Respectfully Submitted,

Richard W. Wright, Sr.
Richard Wayne Wright, Sr., #187140
Plaintiff, Pro-Se.