IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 18 A 9:34

Richard Wayne Wright, Jr.,           *
    Plaintiff, Pro-Se.,              *   Civil Action No.
        -VS-                         *   2:05-CV-439-AST-WOA
Sylvester Nettles, et.al.,           *
    Defendants.                      *

## Plaintiff Wright Submission of Additional Exhibits For Evidence

The only medical care Dr. Rayapati M.D. and Mrs. Burks (HSA) shows plaintiff Wright from time to time are the exercise sheets as exhibits'. This also was clarified in plaintiff Wright initial complaint. These defendants deliberate neglect of medical care is continuing until this present time. The Head injury plaintiff Wright suffered at Bullock Correctional Facility during the assault he faced at the hands of inmate Walton Solomon. This head injury is believed to be the cause of the frequent head aches plaintiff now have's. Dr. Rayapati suggested plaintiff Wright have his eyes examine, after the eye examination the eye doctor determine that this problem with head-

Page 1 of 4

aches and blurred vision at times is not related to a eye problem. This problem of blurred vision is being avoided by Nurse Burks and Dr. Rayapati and they are refusing to give me medication on many occation to relieve the headaches. Nurse Burks has told me (after sending her numerous complaints) that it would be cheaper to by myself something for the headaches other than being charge a three ($3.) dollars co-payment. This problem with back pain supposed to be relieved by doing these suggested exercise which often times cause my back to hurt. Due to this injury being 'cause' by Sgt. Sherwin Carter (CO.II)(BIM) and Roosevelt Brown (CO.I)(BIM) on November 23, 2006. Defendant Burks (Nurse Burks) and Dr. Rayapati has decided to minimize plaintiff Wright back injury as well as disregard plaintiff present complaints following these named prison official assault. (See Exhibit one (1) and two (2))

    Plaintiff is unable at this time to present to this Honorable Court Bullock County Hosiptal Form, Emergency Room Records dated 11/23/05

and x-rays Therapy dated, 11/23/05. Due to the expense of copies/charges by DOC officials and/or Prison Health Service/employee's. Plaintiff hand copied Bullock Hospital report (see exhibit three (3)).

Defendant Dr. Sanders can not show where in plaintiff Wright was ever in protective custody or mental health status as stated by him in an observation cell durning the time November 3, 2004 thur March 3, 2005 at Bullock Correctional Facility (see Exhibit Four (4); Five (5); Six (6); Seven (7); and Eight (8)). Defendant Sanders also alleges plaintiff picks fights. (See Exhibit nine (9)).

If this motion is not in its proper form plaintiff ask that this Honorable Court construed it into its proper form.

Done this the 16th day of May, 2006.

Respectfully Submitted,
Richard W. Wright, Jr.
Richard Wayne Wright, Jr., #187140
Ventress Correctional Facility
Segregation Unit/Cell # 801
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

Same as that of Plaintiff motion "Plaintiff Wright motion of objection To the Honorable Charles S. Coody order" which is accompanied with these motion to be sent together to defendant's Counsel(s).

Done this the 16th day of May 2006.

Respectfully Submitted,
Richard W. Wright, Sr.
Richard Wayne Wright, Sr. #187140
Plaintiff, Pro-Se.