(Exhibit Two(2))

# Exercise and Osteoarthritis

In order to better protect your joints, the muscles surrounding it (or them) should be strengthened — and exercise is a good way to do this.

Two basic types of exercises:

Stretching exercises help you to stay limber and prevent stiffness and deformities.

Strengthening exercises make the muscles, ligaments and tendons that support your joints stronger and make movement less painful.

## Tips for beginners

- Do these exercises slowly, without bouncing or jerking.
- Start with no more than 5 repetitions of each exercise, and take at least 2 weeks to increase to 10 repetitions.
- Do the exercises in an order that keeps you from getting up and down a lot.
- Always do the same number of exercises for both sides.

Brought to you by the makers of

**TYLENOL**
ACETAMINOPHEN

www.tylenol.com

## For your BACK:

**To Stretch:**



❶ Lie on the floor with your knees bent, and your feet flat on the floor.



❷ Bring one knee toward your chest, lifting your foot up off the floor.

If you need to, tuck your hands under your thigh to help lift the leg.

*Hold for 10 seconds, then lower the leg slowly.*

**To Strengthen:**



❶ Lie on your back with your knees bent and your feet flat on the floor.



❷ Tighten your stomach muscles and your buttocks to push the small of your back against the floor.

This is known as the pelvic tilt.

*Hold for 10 seconds and relax.*

## For your KNEES:

**To Stretch some muscle groups and to Strengthen others:**



❶ Lie on your back with your legs straight.



❷ Straighten your knee completely to tighten the muscle just above your knee.

If you are doing this correctly, your heel should come up off the floor.

*Hold for the count of 5 and relax.*

Nurse 2/25/06 Treatment team
Officer Skelton (escorting officer)
Officer C. Smith (infirmary officer)

## For your KNEES:
To Stretch some muscle groups and to Strengthen others:


❶ Sit in a chair and cross your legs above the ankles. Your legs can be either straight or bent.


❷ Push forward with the back leg and backward with the front leg, pressing evenly so that your legs do not move.

*Hold for 10 seconds and release.*

## For your HIPS:
To Stretch:


❶ Stand straight and hold onto a sturdy table or counter.


❷ Move the outside leg as far out to the side as it will go. Keep your foot in place, roll your knee in then out, leading with your heel.

To Strengthen:


❶ Stand straight, face and hold onto a sturdy table or counter.


❷ Move one leg backward and up behind you, keeping the knee straight. Do not arch your back or lean forward.

*Hold for a count of 10, then slowly release.*

### How to avoid joint injury

- Don't lift heavy objects above your waist.
- Sleep on a firm mattress, on your side; not your stomach.
- When driving, sit close enough to the wheel so that your legs are not fully stretched out.

Brought to you by the makers of

TYLENOL
www.tylenol.com

FST - 337