# Bullock County Hospital Report

MMPI-2 Adult Interpretive System
Rogers L. Greene developed Ph.D Robert
C Brown Jr. Ph.D. and par staff

## Client Information

Client  Wright, Richard         Age: 28
Sex: Male
Education
File Number  187140

The interpretive information contained in this report should be viewed as only on sourse of hypotheses about the individual being evaluated No decisions should be based solely on the information contained in this report. This material should be integrated with all other sourse of information in reaching professional decisions about the individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individuals being evaluated.

Copy of Body Chart hospital Emergency Body Chart.
  They said on the ambulance body chart that's no statements.
  Mark bleedy noted Red discoloration, Mouth bleeding noted    Left cheak
    → Problem List cc
            (Exhibited three(3))