Bullock Co. Correction (Exhibit Four (4))
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright          AIS NO: B/187140   CELL: # H
VIOLATION OR REASON: Assault On Another Inmate    ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 PM    DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/15 | MORN | Y | | | N | N | (illeg) | N | Ø Meds | D. Johnson, CO |
| | DAY | | Y | | N | 1235-1258 | 10:00 | Webb | Ø meds | (illeg), CO |
| | EVE | | Y | | Y | N | (illeg) | N | Ø med | Bagen CO |
| MON 11/16 | MORN | Y | | | no | no | L. Lindsey | no | Ø meds | Julia Elbey |
| | DAY | | Y | | N | R | VSlow | N | Ø meds | (illeg), CO |
| | EVE | | Y | Y | Y | N | (illeg) | N | Ø med | R. (illeg), CO |
| TUE 11/17 | MORN | Y | | | no | no | M. Rue | no | Ø meds | Julia Elbey |
| | DAY | | yes | | no | no | VSlow | (illeg) | Ø med | (illeg), CO |
| | EVE | Y | | | Y | N | M. Slap | N | No meds | Bagen CO |
| WED 11/18 | MORN | Y | | | n | n | M. Rue | n | Ø meds | W. Fitzpatrick COI |
| | DAY | Y | Y | | N | 953-1041 | VSlow | N | Ø meds | S. (illeg), CO |
| | EVE | | | Y | Y | N | (illeg) | N | (illeg) | A. (illeg) CO |
| THUR 11/19 | MORN | Y | | | m | m | M. Rue - n | n | Ø meds | M. Fitzpatrick COI |
| | DAY | | N | | N | Cancelled | VSlow | N | Rec'd meds | R. McJunkin, COI |
| | EVE | | | Y | N | N | S. Robb | N | Ø Meds | D. Johnson, CO |
| FRI 11/20 | MORN | N | | | N | N | M. Jop | N | No meds | C. Young, COI |
| | DAY | Y | No | | N/O | 850-935 | (illeg) | NO | Rec'd meds | (illeg) |
| | EVE | | | | Y | N | M. Jop | N | Rec'd meds | Bagers CO |
| SAT 11/21 | MORN | N | | | N | N | (illeg) | N | Ø med | C. Young CO |
| | DAY | Y | - | - | N | 930-1015 | VSlow | N | Rec'd meds | R. McJunkin, COI |
| | EVE | | | | Y | R | N | M. Slap | N | No meds | (illeg), CO |
| SUN | | | | | | | | | | |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive, etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
        9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
        and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTO COPIED

DOC FORM N912

Bullock Co. Corrections — (Exhibits Four(4))
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright            AIS NO: B/187140   CELL: #3B 84
VIOLATION 3!
OR REASON: Assault on Another Inmate   ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04  10:40 PM   DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/8 MON | MORN | Y | | | N | N | M.Evans | N | Ø meds | H. Johnson, COI |
| | DAY | — | | | — | — | V/S/A | N | Ø meds | T. Baggen COI |
| | EVE | | | Y | N | N | m/sleep | N | Ø meds | |
| 11/9 TUE | MORN | Y | | | no | no | M.Evans | N | Ø meds | Julie Elliot |
| | DAY | Y | Y | | NO | 10:35-11:47 | V/S/A | NO | Ø meds | L. Haynes, COI |
| | EVE | | | Y | Y | N | m/sleep | N | Ø meds | |
| 11/10 WED | MORN | Y | | | no | no | M.Evans | N | Ø meds | Julie Elliot |
| | DAY | Y | Y | | NO | Cancel | V/S/A | NO | Ø meds | T. Baggen COI |
| | EVE | | | Y | | N | m/sleep | N | Ø meds | |
| 11/11 THUR | MORN | N | | | no | no | M.Evans | N | Ø meds | Julie Elliot |
| | DAY | Y | N | | N | N | V/S/A | N | Ø meds | S. Smart COI |
| | EVE | | | Y | Y | N | m/sleep | N | Ø meds | L. Church COI |
| 11/12 FRI | MORN | Y | | | N | N | M.Evans | N | Ø meds | H. Johnson, COI |
| | DAY | — | N | — | N | 12:00-12:40 | Kim | N | 16 meals | K. Maddox COI |
| | EVE | | | Y | N | N | Kitchen | N | Ø meds | Lyman COI |
| 11/13 SAT | MORN | N | | | N | N | Mays | N | Ø meds | W. Fitzpatrick COI |
| | DAY | Y | Y | | N | Athena | V/S/A | N | Ø meds | Crowther COI |
| | EVE | | | | | N | | | ↓ | T. Baggen COI |
| 11/14 SUN | MORN | N | | | N | N | R. Guyton | N | Ø meds | C. Young COI |
| | DAY | Y | | | N | 10:10-10:50 | W.S | N | Ø meds | S. Smart COI |
| | EVE | | | Y | Y | N | m/sleep | N | Ø meds | T. Baggen COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTO COPIED

DOC FORM N912