(Exhibit Five (5))

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright         AIS NO: B/187140    CELL: # 4
VIOLATION OR REASON: 31 - Assault on Another Inmate    ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04  10:40 p.m.    DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/22 MON | MORN | Y | | | No | No | N/Rec | No | O meal | Julia Ellis |
| | DAY | Y | N | | N | 8-8½ | Clinic | N | Rcd Med | T. Walker, COI |
| | EVE | | | Y | N | N | N/Slp | N | Mea/Quiet | B. Price, COI |
| 11/23 TUE | MORN | Y | | | No | No | N/Rec | No | O meals | Julia Ellis |
| | DAY | Y | N | | N | 8-8½ | Clinic | N | Rcd Med | T. Walker, COI |
| | EVE | | | Y | N | N | w/o Dr | N | Quiet | L. Beyond, COI |
| 11/24 WED | MORN | Y | | | No | No | N/Rec | No | O meals | Julia Ellis |
| | DAY | Y | N | | N | No Bars | N/m | N | Read | H. Jasmin, COI |
| | EVE | | | Y | N | N | N/Slp | N/A | Rcd med/Quiet | R. Griffin, COI |
| 11/25 THUR | MORN | N | | | N | cancelled | Nurse | N | O med | H. Johnson, COI |
| | DAY | Y | - | | N | lockdown sanct | N/a | N | Quiet | G. Williams, COI |
| | EVE | | | Y | N | N | N/Slpr | N | Rcd meds | Z. Holmes, COI |
| 11/26 FRI | MORN | N | | | No | No | N/Rec | No | Quiet | Julia Ellis |
| | DAY | Y | | | N | 8:45-9:35 | Clinic | N | N | S. Smart, COI |
| | EVE | | | Y | N | N | N/Slp | N | Rcd Meds/Mea quiet | R. Stewart, COI |
| 11/27 SAT | MORN | N | | | N | N | N/Slp | N | Quiet | Sgt. Fitzpatrick, COI |
| | DAY | Y | N | | N | 11:45-12:05 | N/rec | N | O meal | L. Engle, COI |
| | EVE | | | Y | Y | N | N/slp | N | Rcd Meds (Bgm) | T. Johnson, COI |
| 11/28 SUN | MORN | N | | | N | N | N/Slp | N | O Meal | Eg. Williams, COI |
| | DAY | Y | - | | N | 10:15-11:00 | N/slp | N | Quiet | R. Maldon, COI |
| | EVE | | | Y | N | N | N/slp | N | Rcd Med | R. Griffin, COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (I.e., 9:30/10:00 IN; 2:00/2:30 OUT).
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTO COPIED

DOC FORM N912

(Exhibit Five(5))

**Bullock Co. Corrections**
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Winfield, Carey
AIS NO: B/180239  CELL: #12
VIOLATION # 09 - Destroying State Property
ADMITTANCE AUTHORIZED BY: Sgt. Strickland
DATE & TIME RECEIVED: 11-26-04 / 9:04 pm
DATE & TIME RELEASED: _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| /   MON | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| /   TUE | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| /   WED | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| /   THUR | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 11/26/04  FRI | MORN | | | | | | | | | |
| | DAY | N | | | N | N | Asleep | N | Meds | S. [illegible], CO1 |
| | EVE | | | Y | N | N | | N | Meds given | S. Johnson, CO1 |
| 11/27/04  SAT | MORN | N | N | | N | N | Water | N | +BP Meds | Sgt. Fitzpatrick, CO1 |
| | DAY | Y | N | | N | N | | N | Meds | S. Jackson, CO1 |
| | EVE | | | Y | Y | N | | N | Fed Meds | S. Johnson, CO1 |
| 11/28/04  SUN | MORN | N | | | N | N | | N | +Meds | E. Williams, CO1 |
| | DAY | Y | - | | N | 10:15-11:00 out | | N | Meds | L. Maldon, CO1 |
| | EVE | | | Y | Y | N | | N | Fed Meds | [illegible], CO1 |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTOCOPIED