(Exhibit Six 6)

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright   AIS NO: 318714   CELL: 15T
VIOLATION OR REASON: #31 Assault on Another Inmate   ADMITTANCE AUTHORIZED BY: Lt. Peters
DATE & TIME RECEIVED: 11/3/04 @ 10:40p   DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/17 MON | MORN | N | | | N | N | Hagin | N | O meds | H. Johnson, CO |
| | DAY | Y | | | N | N | Kin | N | O meds | Hall, COI |
| | EVE | | | Y | N | N | Gla | N | O meds | Bopu, COI |
| 11/18 TUE | MORN | Y | | | n | n | m Jaka | n | O meds | M. Fitzpatrick, COI |
| | DAY | | N | | N | R | Sla | N | O meds | Akny, COI |
| | EVE | | | Y | Y | N | Cool | N | O meds | Sommel |
| 11/19 WED | MORN | Y | | | n | n | Nken | n | O meds | M. Fitzpatrick, COI |
| | DAY | | N | | N | R | Sla | N | ans | S. Robert, COI |
| | EVE | | | Y | N | N | Kisler | N | O meds | Bopu, COI |
| 11/20 THUR | MORN | Y | | | m | n | m Jaka | n | O meds | M. Fitzpatrick, COI |
| | DAY | | N | X | N | Ryan | Sla | N | Ret | D. Adam |
| | EVE | | | Y | Y | N | Roberts | n | O meds | Dina, COI |
| 11/21 FRI | MORN | Y | | | n | n | m Jaka | n | O meds | M. Fitzpatrick, COI |
| | DAY | | N | | N | N | Kin | | O med | Hild, COI |
| | EVE | | | Y | N | N | Prela | | O meds | C. Burks, COI |
| 11/22 SAT | MORN | N | | | N | N | L. Anderson | N | O meds | O. Young, COI |
| | DAY | Y | | | N | N | Delm | N | O med | Hall, COI |
| | EVE | | | Y | | | Eubanks | N | Rec med | Bopu, COI |
| 11/23 SUN | MORN | N | | | N | N | Uchielupe | N | O meds | H. Johnson, CO |
| | DAY | Y | | | N | N | Glo | N | O du | Hall, COI |
| | EVE | | | Y | R | N | J. Roberts | N | O meds | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

