11/16/05 (97)

(Exhibit Seven (7))

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: 9/187140  CELL # 4
VIOLATION #3 - Assault on Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Babers
OR REASON:
DATE & TIME RECEIVED: 11/3/04 10:40 p.m.  DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/20 MON | MORN | Y | | | No | No | Abrod | No | Refused Med | Julia Ellis |
|  | DAY |  | N | | N | R | K | Webb | Refused | [sig] |
|  | EVE |  |  | R | N | N | [sig] | N | Ref'd meds | Ripa COI |
| 12/21 TUE | MORN | R | | | N | N | M Rivers | N | Refused meds | B Hahn, COI |
|  | DAY |  | N | | N | Refused | [sig] | N | Ref'd meds | [sig] COI |
|  | EVE |  |  | N | Y | N | [sig] | N | Refused meds | [sig] COI |
| 12/22 WED | MORN | R | | | No | No | L Anderson | No | Refused | Julia Ellis |
|  | DAY |  | N | | N | Refused | [sig] | SonBowen | Refused | [sig] COI |
|  | EVE |  |  | Y | N | N | [sig] | N | Refused | [sig] COI |
| 12/23 THUR | MORN | Y | | | N | No | L Anderson | N | Refused | C. Young COI |
|  | DAY |  | N | | N | N | [sig] | N | Refused | G. Morris COI |
|  | EVE |  |  | Y | N | N | [sig] | N | Refused | [sig] COI |
| 12/24 FRI | MORN | N | | | No | No | [sig] | No | O med | Julia Ellis |
|  | DAY | Y | | | N | Cancelled | [sig] | N | [sig] | S. Smart COI |
|  | EVE |  |  | Y | N | N | [sig] | N | Refused meds | [sig] COI |
| 12/25 SAT | MORN | N | | | N | N | L Anderson | N | O med | C. Young COI |
|  | DAY | Y | N | | N | N | Webb | N | [sig] | Morris COI |
|  | EVE |  |  | Y | Y | N | [sig] | N | Refused meds | [sig] COI |
| 12/26 SUN | MORN | N | | | N | N | [sig] | N | Refused meds | C. Young COI |
|  | DAY | Y | N | | N | R | [sig] | N | Refused | [sig] COI |
|  | EVE |  |  | Y | N | N | [sig] | At | Refused meds | [sig] COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
          9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
          and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

DOC FORM N912

(Exhibit Seven (7))

**Bullock Co. Corrections**
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: 8/187140  CELL: 4
VIOLATION # 31 - Assault on Another Inmate
OR REASON:
ADMITTANCE AUTHORIZED BY: H. Bakers
DATE & TIME RECEIVED: 11/3/04  10:40 p.m.
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B/D/S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 12/13 MON | MORN | Y | no | no | no | no | O Meds | Julia Ellery |
| | DAY | Y N | no | no | no | no | O meds | |
| | EVE | Y | Y | NO | NO | no | ND | O meds |
| 12/14 TUE | MORN | Y | no | no | M Green | no | O meds | Julia Ellery |
| | DAY | Y N | no | no | no | Webb | Ref meds | |
| | EVE | Y | Y | N | N | N | O meds | |
| 12/15 WED | MORN | Y | no | no | M Green | no | O meds | Julia Ellery |
| | DAY | Y N | no | no | no | no | Ref meds | |
| | EVE | Y | Y | N | Webb | N | O meds | |
| 12/16 THUR | MORN | Y | N | N | NO | M Green | N | Refused meds |
| | DAY | Y N | N | N | no | N | Ref meds | |
| | EVE | Y | Y | N | N | N | O meds | |
| 12/17 FRI | MORN | Y | no | no | M Green | no | Ref meds | Julia Ellery |
| | DAY | Y N | no | no | no | no | Ref meds | |
| | EVE | Y | Y | N | N | N | O meds | |
| 12/18 SAT | MORN | N | N | N | S. Lindsey | N | Refused meds | E. Williams, COT |
| | DAY | Y N | N | Refused | McCoy | N | Refused meds | |
| | EVE | R | Y | NO | Dixon | ND | Refused meds | |
| 12/19 SUN | MORN | N | N | N | Windley | N | Refused meds | H. Green, COI |
| | DAY | Y | N | N | N | N | Refused meds | S. Smart, COI |
| | EVE | | N | N | Dixon | N | Refused meds | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive, etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.
9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

FORM N912