(Exhibit (8))

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Richard Wright_    AIS NO. _B187170_  CELL: _157_

VIOLATION
OR REASON: _3) Assault on another inmate_

ADMITTANCE
AUTHORIZED BY: _H. S. Peters_

DATE & TIME
RECEIVED: _11-3-04 @ 10:30_

DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/24/05 MON | MORN | | | | N | | B. Lindsey | N | B. meds | H. Johnson, CI |
| | DAY | | Y | | N | Refused | | | Correl | H. Maldin, CO1 |
| | EVE | | Y | N | N | | B. Kelly | N | Bedtime meds | Biggin, COI |
| 1/25 TUE | MORN | Y | N | N | N | N | M. Owen | N | | COI & Ellis |
| | DAY | | Y | Y | N | Refused | Ash | N | Aml | Mutton, CO |
| | EVE | | | | N | NC | RN | N | Bedtime meds | Simmons |
| 1/26 WED | MORN | Y | Y | | N | N | M. Owen | N | Med yes | B. Holmes, COI |
| | DAY | | | | N | N | | N | meds | S. Smart, COI |
| | EVE | | | Y | N | | Glazer RN | N | Refused meds | Biggin, COI |
| 1/27 THUR | MORN | Y | | | N | N | M. Owen | | Meds (no) | H. Johnson, COI |
| | DAY | | | | | N | Blazer | N | meds gave | Ash, COI |
| | EVE | | | Y | Y | N | Brothy | N | Refused | J. Johnson, COI |
| 1/28 FRI | MORN | N | | | N | N | M. Owen | N | meds (no) | |
| | DAY | | Y | N | N | Cancelled | | N | med gave | M. Owen |
| | EVE | | | N | N | | M. Frey | | Refused | Biggin, COI |
| 1/29 SAT | MORN | N | | | N | N | Glazer | N | Meds given | C. Young, COI |
| | DAY | N | N | N | N | N | RN | N | Refused | H. Johnson, COI |
| | EVE | | | | N | N | M. Frey | N | Refused | Biggin, COI |
| 1/30 SUN | MORN | N | | | N | N | M. Owen | N | Refused | B. Holmes, COI |
| | DAY | | | | N | Refused | RN | | Refused | Ellis, COI |
| | EVE | | | Y | N | N | S. Staff | N | Refused | Biggin, COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

Meals/ SH: Shower- Yes (Y); No (N); Refused (R)

Exercise: Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

Medical: Physician will sign each time the inmates is seen.

Psych: Psychological Counselor will sign each time the inmate is seen.

Comments: i.e., Conduct; Attitude; etc. *Use reverse side for additional comments and include date, signature, and title.

OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

(Exhibit Eight (8))

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright    AIS NO: B187148    CELL: 191/151

VIOLATION OR REASON: 3/ Assault on Another Inmate    ADMITTANCE AUTHORIZED BY: T. Bobbes

DATE & TIME RECEIVED: 21-3-04 @ 10:08n    DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----|------|------|---------|------|
| 1/31/05 | MORN | Y | N | N | N | N | N Chen | N | Refused Meds | R. Ellis, COL |
| | DAY | | N | | N | N | Kury | | Refused | Hall, Co |
| | EVE | | | N | N | N | Curtis | N | Ref. tried | Bogan, CO1 |
| MON 2/1/05 | MORN | Y | | | N | N | N Chen | N | Meds given | M. Fitzpatrick CO1 |
| | DAY | Y | Y | | N | N | Watson | N | Rehab | Hall, CO1 |
| | EVE | | | Y | N | N | Cerjan | N | O meds | B. Castel CO1 |
| TUE 2/2/05 | MORN | Y | | | N | N | N Chen | N | Meds given | M. Fitzpatrick CO1 |
| | DAY | Y | Y | | N | N | Duke | Seaboard | Meds | M. Nash CO1 |
| | EVE | | | Y | N | N | Kagal | N | Ref. med | Seamans CO1 |
| WED 2/3/05 | MORN | Y | | | N | N | N Chen | N | Red med | H. Atkinson, CO1 |
| | DAY | | Y | | N | N | Watson | N | Rehab | Hall, CO1 |
| | EVE | | | Y | N | N | Bailey | N | Took med | Tyus, CO1 |
| THUR 2/4/05 | MORN | Y | | | N | N | N Chen | N | Meds given | H. Atkinson, CO1 |
| | DAY | | Y | | N | N | Kagal | N | Rehab | Hall, CO1 |
| | EVE | | | Y | N | N | Kagal | Holley | Ref'd med | Seamans CO1 |
| FRI 2/5/05 | MORN | N | | | N | N | Watson | N | Meds given | E. Williams, CO1 |
| | DAY | Y | | | N | N | Watson | N | O med | Hall, CO1 |
| | EVE | | | Y | N | N | Watson | N | NPO | Bogan CO1 |
| SAT 2/6/05 | MORN | N | | | N | N | Lindsey | N | O meds | S. Fox CO1 |
| | DAY | N | | | N | N | Duke | N | O med | Hall, Cov |
| | EVE | | | Y | N | N | Bailey | N | Took med | Tyus, CO1 |
| SUN | | | | | | | | | | |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

Meals/SH: Shower- Yes (Y); No (N); Refused (R)

Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

Medical: Physician will sign each time the inmates is seen.

Psych: Psychological Counselor will sign each time the inmate is seen.

Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912