## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### REFERRAL TO MENTAL HEALTH

Inmate Name: Wright, Richard   AIS#: 187140   Date of Referral: 11-3-04

**REASON FOR REFERRAL:**

☐ CRISIS INTERVENTION     (11-3-04)
  ☐ Family problem: Picking fights / Non compliance - of meds
  ☒ Problems with other inmates:
  ☐ Recent stress:
  ☐ Other:

☐ EVALUATION OF MENTAL STATUS
  ☐ Suicidal          ☐ Anxious           ☐ Physical complaints
  ☐ Homicidal         ☐ Depressed         ☐ Sleep disturbance
  ☐ Mutilative        ☐ Withdrawn         ☐ Hallucinations/delusions
  ☒ Hostile, angry    ☐ Poor hygiene      ☐ Suspicious
  ☐ Other inappropriate behavior:

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION    (SMI) hx

☒ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☐ OTHER:                                         Non Compliant

**COMMENTS:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Referred by: E. Meulema, RN    Phone Contact #: #119
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

### MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

See in seg 11/08/04 - see blue note MW

Follow-Up by:                           Date:
Inmate Name: Wright, Richard            AIS #

58