IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 18 A 9:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr.,         *
    Plaintiff, Pro-se.              *   Civil Action No.
        -vs-                        *   2:05-CV-439-A-WO
Sylvester Nettles, et. al.,        *
    Defendants.                    *

Plaintiff Wright Motion of Objection
To The Honorable Charles S. Coody Order

I Richard Wayne Wright, Sr. am the plaintiff, Pro-se., files his objection to the (Chief United States Magistrate Judge) the Honorable Charles S. Coody "order on Motion" passed down on May, 8th, 2006, in the denial of plaintiff Wright motion of Inquiry. Plaintiff Wright Filed a motion which this Honorable Court labeled "Motion of Inquiry" (Court Doc No. 162) in which plaintiff Wright seeks professional knowledge from this Honorable Court concerning pertinent information plaintiff needs to know as requested in said motion "Motion of Inquiry" (Court Doc. No. 162) For such reason mention not to exclude plaintiff does not have an attorney to assist him with the many complication he now

Page 1 of 4

MOTION DENIED
THIS 19th DAY OF May, 2006
[signature]
UNITED STATES DISTRICT JUDGE