IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

As no additional pleadings or documents are necessary for disposition of the issues presented in this case, and in the interest of preserving limited judicial resources, it is

ORDERED that the plaintiff shall file no further documents, pleadings or motions, with the exception of a motion for leave to file, without permission of the court. If any document, pleading or motion, excluding a motion for leave to file, is sent to the court, the Clerk shall not file or docket the document and shall return it to the plaintiff.

Done this 19th day of May, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE