IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr., *
   Plaintiff, Pro-Se.,    *  Civil Action No.
      -vs-                *  2:05-CV-439-WO-A
Sylvester Nettles, et. al., *
   Defendants.            *

Motion For Permission To Precede In Litigating"

   I Richard Wayne Wright, Sr., am the plaintiff, Pro-Se., in the above style motion "motion for permission to precede in litigating" earnestly ask that this Honorable Court allow plaintiff Wright approximately, sixteen (16) days from said mailing date, Wednesday, May 24, 2006 until June 9, 2006 to send additional exhibits and an explaination 'motion' (in the said exhibits to this Honorable Court through and with the use of the inmate's legal mail service (in which these prison officials supply postage) here at Ventress Correctional Facility. Not to exclude plaintiff Wright an oppertunity to to send (his) objection(s) to the last order(s) "Orders on Motion"; "Order" of plaintiff Wright Objection's overruled, by the Honorable W. Harold Albritton (senior

Page 1 of 6

United States District Judge); and plaintiff Wright motion denied "Plaintiff Wright motion of objections to the Honorable W. Harold Albritton order" passed down R.W.W. by this Honorable Court on May 16, 2006, and plaintiff objections to the order(s) passed down on May 19, 2006, by the Honorable Charles S. Coody (Chief United States Magistrate Judge), "order" instructing plaintiff Wright to seek permission of the Court before filing any further documents, pleading or motions, with the exception of a motion for leave to file; and an order passed down on May 19, 2006 by the Honorable W. Harold Albritton (Senior United States District Judge) denying plaintiff Wright's motion Plaintiff Wright Motion of objection to The Honorable Charles S. Coody Order". Plaintiff Wright has not R.W.W been afforded adquate time to present a reasonable amount of documents/exhibits to this Honorable Court with the prison resourse's the inmate's legal mail service -- in which these prison official supply postage (only two (2) stamps, once every Wednesday) here at Ventress Correctional Facility. Also due to plaintiff Wright's indigent status (he)

has to rely on Family Finance's which are limited as well, this does not make's or help plaintiff Wright litigation process any simpler. Because these prison officials provide For plaintiff Wright only two (2) postage stamps once every Wednesday (he) has (had to) send partial documents/exhibits with motion(s) Concerning his litigation process, periodically (once every Wednesday) and For R.W.W (said) reason's, request permission From this Honorable Court to grant said motion "Motion For Permission To Precede In litigating" So that, plaintiff Wright can present "motion For extention of Time" which is accompained with ~~said~~ R.W.W this (said) motion, and present additional documents/exhibits, pleadings or motions in the time plaintiff requested through (said) motion. IF this (said) motion is granted plaintiff prays that the accompanied motion "Motion For extention of time" may also be granted as indicated in such motion, this will be a help to plaintiff Wright litigation process and be an aid in presenting supporting documentation Concerning plaintiff Wright initial Clams. Plaintiff Wright does not believe by this Honorable Court granting this (said) motion and/

or motion for an extention of time as suggested will not ardently prejudice the defendants and/or defendant's counselor(s) in any manner, nor does plaintiff Wright believes the granting of these' motion(s) will cause untimely, unnecessary and/or needless delay. If this motion is not in its proper form, plaintiff ask that this Honorable Court construed it into its proper form for filing.

Done this the 23th day of May, 2006.

Respectfully Submitted,

_Richard W. Wright Sr._
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. am the plaintiff, Pro, Se., in the above encaptioned motion and certify I have sent this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk

Forwarded a copy of this (said) motion "Motion For Permission To Precede In Litigating", to defendant's Counselor(s) which are as Following.

Gregory F. Yaghmai
ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon
Assistant Attorney General
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB 5098-K62D)
William R. Lunsford (ASB-4265-L72-L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Briggs
Alabama Department of Correction

Page 5 of 6

Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the United States mail box at Ventress Correctional Facility by (hand delivery) to the on duty officer to place this (said) motion(s) in the inmate's legal mail box located in the kitchen, for postage to be provided by the proper prison officials and then properly mailed as 'it' is properly address this on the 23rd day of May, 2006.

Respectfully Submitted,

*Richard W. Wright Sr.*

Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016