Mail Room Exhibit A

## INMATE REQUEST SLIP

Name **Richard Wright Sr.** Quarters **19 Cell (Seg)** Date **25 Feb 05**

AIS # **187140**

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet         ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Would you send me the name and address of the post Master General for this area. Your response is requested!

Do Not Write Below This Line - **For Reply Only**

I do not have that information

Calhoun

2-25-05

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden                ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public ( ) Record Office

N176    Ms Calhoun