## INMATE REQUEST SLIP

Name: Richard Wright   Quarters: (seg) 15 cell   Date: 26 JAN 05
AIS #: 187140

( ) Telephone Call
( ) Special Visit
( ) Custody Change
( ) Time Sheet
( ) Personal Problem
(X) Other: law library

**Briefly Outline Your Request - Then Drop In Mail Box**

According to administration (seg)/ orientation rule # (3)(a) and (e) officer Ruffin stated, in order for that rule to apply, your approval is required first. Your response is requested.

**Do Not Write Below This Line - For Reply Only**

We follow our rules. 01/27/05

Approved      Denied      Pay Phone      Collect Call

Request Directed To: (Check One)
( ) Warden
( ) Classification Supervisor
( ) Deputy Warden
( ) Legal Officer - Notary Public
(X) Captain
( ) Record Office

N176   Captain Perkins