# INMATE REQUEST SLIP

Name: Richard Wright (Seg)  Quarters: 19 Cell  Date: 28 Feb 05
AIS #: 187140

( ) Telephone Call
( ) Special Visit
( ) Custody Change
( ) Time Sheet
( ) Personal Problem
(X) Other: Canteen

**Briefly Outline Your Request - Then Drop In Mail Box**

(1) lotion
(1) Double (AA) Bateries
(1) Headphone
(1) Ruler
(10) stamps

If any Iteas I can't receive scratch for the list please!

**Do Not Write Below This Line - For Reply Only**

Capt. Nettles is over Seg. I fill-in in his absence. he's back, Therefore send your Request to him. 2/28/05

Approved ___  Denied ___  Pay Phone ___  Collect Call ___

Request Directed To: (Check One)
( ) Warden
( ) Classification Supervisor
( ) Deputy Warden
( ) Legal Officer - Notary Public
( ) Captain
( ) Record Office

N176