Exhibit D

**INMATE REQUEST SLIP**

To:

Name **Richard Wright** Quarters **19 Cell (Seg)** Date **21 Feb 05**

AIS # **187140**

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet          ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

I would like the few cosmetics I order, radio headphones, and (15) stamps.

Do Not Write Below This Line - For Reply Only

Caught T/S Store on 2/18/05.

Approved      (Denied)      Pay Phone      Collect Call

Request Directed To: (Check One)

( ) Warden                         ( ) Deputy Warden          (X) Captain
( ) Classification Supervisor      ( ) Legal Officer - Notary ( ) Record Office
                                       Public

Captain Perkins

N176