Ms. Seals Exhibit "E"

## INMATE REQUEST SLIP 

Name **Richard W. Wright, Sr.** Quarters **20-59** Date **8-26-04**

AIS # **187140**

( ) Telephone Call   ( ) Custody Change   (X) Personal Problem
( ) Special Visit    ( ) Time Sheet       (X) Other **Classification Specialist**

**Briefly Outline Your Request - Then Drop In Mail Box**

Would you print the recommendation you wrote on the progress review form, on this request slip, so that I may fully understand your written recommendation concerning me. Would you explain why you circle "New AR done" with the line drawn from it stating: "Not done or Not due." What is meant by this indication. Your response is requested. Thanks for your time concerning this important matter.

**Do Not Write Below This Line - For Reply Only**

My recommendation was for your custody to be increased to Medium, due to your parole set back. You no-longer meet the criteria for remaining in Min. Custody. However, I did not circle anything. Mr. Blackledge did that.

Approved / Denied   Pay Phone   Collect Call

**Request Directed To:** (Check One)
( ) Warden            ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor  (✓) Legal Officer - Notary Public   ( ) Record Office

Ms. Seals       1

N176