**INMATE REQUEST SLIP**

Name: Richard W Wright   Quarters: 12-13   Date: 13 July 03
AIS #: 187140

( ) Telephone Call   (X) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

I would like to have a copy of my time sheet and a copy of my 2002 Semi-Annual Review. I guess as soon as I finish crime bill you will have my Semi Annual Review. Your response is requested?

Do Not Write Below This Line - For Reply Only

Wright, here is a copy of your 2002 Annual Review. I did not prepare your 2002 Semi-Annual. You should have already received a copy of your semi-Annual for this month. I do just have to wait until you finish a program I ordered you to. Time sheet today!

Approved / Denied / Pay Phone Calls / Collect Call

It will take a couple of weeks before you receive the new time sheet!

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor   (X) Legal Officer - Notary Public   ( ) Record Office

Classification
Mrs. Seals

N176