**INMATE REQUEST SLIP**

Name: Richard Wright     Quarters: 19-5     Date: Oct 10, 2003
AIS #: 187140

( ) Telephone Call      ( ) Custody Change     ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet         (X) Other Squard

**Briefly Outline Your Request - Then Drop In Mail Box**

I wrote Sergeant Perry two request slips tring to get back on a squard to exercise my custody. Would you be willing to recommend me to Sergeant Perry to be put on a squard to exercise my Custody?

**Do Not Write Below This Line - For Reply Only**

Wright,
I feel like when Sgt. Perry gets ready to put you on a squad, she will do that. I will not intervene in what she has going on.
Seals

Approved      Denied      (X) Pay Phone      Collect Call

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

N176     Mrs. Seals          4