**INMATE REQUEST SLIP**

Name: Richard Wright    Quarters: 12/13    Date: 9/26/03
AIS #: 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other _____

---

Briefly Outline Your Request - **Then Drop In Mail Box**

You told me when I came to see you on your open house day last week to remind you, I needed a copy of the semi-annual review form for this month. I look thur all my papers and I still don't see a copy of the Annual review form for 2002. Would you send me a copy of it please.

---

Do Not Write Below This Line - **For Reply Only**

Wright,
here is a copy of this month Semi-Annual + 2002 Annual Progress Review that you asked for.

S. Seals

Approved    Denied    Pay Phone    Collect Call

---

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176    Mrs. Seals    3