*Captains Nettles Exhibit "I"*

## INMATE REQUEST SLIP

Name: Richard W Wright   Quarters: Cell Eight (8)   Date: Friday 12 Nov 04

AIS #: 187140

( ) Telephone Call
( ) Special Visit
( ) Custody Change
( ) Time Sheet
(X) Personal Problem
( ) Other _____

**Briefly Outline Your Request** - Then Drop In Mail Box

I request several documents pertaining to my cases I'm presently working on! After hurring through several of my folders to prevent from occuping to much of the officers times I discovered and thought back on several of my full size enverlopes which had some of my legal pages in it were not in my property (finished on the back).

**Do Not Write Below This Line** - For Reply Only

[signature] 16 Nov 04

Approved   (Denied)   Pay Phone   Collect Call

Request Directed To: (Check One)

( ) Warden
( ) Classification Supervisor
( ) Deputy Warden
( ) Legal Officer - Notary Public
(X) Captain
( ) Record Office

N176   Captain Nettles 35