*Captain Perkins Exhibit*

## INMATE REQUEST SLIP (J)

To:
Name **Richard Wright** Quarters **19 Cell Seg** Date **25 Feb 05**

AIS # **187140**

( ) Telephone Call ( ) Custody Change ( ) Personal Problem
( ) Special Visit ( ) Time Sheet ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Would you approve this request slip to have $3.00 move off ~~too~~ my account for 6 copies at .50¢ per copy

**Do Not Write Below This Line - For Reply Only**

What is it you're trying to get copies of?

Approved    Denied    Pay Phone    Collect Call

**Request Directed To: (Check One)**
( ) Warden           ( ) Deputy Warden         (X) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary Public   ( ) Record Office

N176    Captain Perkins