Exhibit (K)

## INMATE REQUEST SLIP

Name: Richard Wright   Quarters: A cell   Date: 16 Dec 04

AIS #: 187440

Seg

( ) Telephone Call    ( ) Custody Change    (X) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

I've inform all the officer who work the floor on 2nd 1st and 3rd shift of my need to be put in protective custody. My complaints have been ignored.

Do Not Write Below This Line - For Reply Only

Mr. Blackledge — I have asked you whether you intend to harm or fear harm from anyone here at BCF, and you would not answer me. Why do you need protection?

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
(X) Warden          ( ) Deputy Warden              ( ) Captain
(X) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

S. Blackledge 12-27-04
Warden Boyd

N176
c: file