**INMATE REQUEST SLIP**

Name: Richard W. Wright   Quarters: 20-59   Date: 4 Sept 04
AIS #: 187140

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       (X) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Ms. Seals does the RA abbreviation you wrote and Mr. Blackledge circle, stands for Risk assessment and SL V stands for Security level five (5). If I did identified these abbreviation correctly would you explain why my security level went to a higher level than it has been the entirer time I have been incarcerated.

**Do Not Write Below This Line - For Reply Only**

Wright, RA does stand for Risk Assessment and your security level is still at level four (IV).

[signature]

Approved      Denied      Pay Phone      Collect Call

Request Directed To: (Check One)
( ) Warden                    ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public  ( ) Record Office

N176    Ms. Seals