**INMATE REQUEST SLIP**

Name: Richard Wright   Quarters: 20-59   Date: 4 sept 04

AIS #: 187140

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       (X) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Mr. Blackledge, Ms. Seals stated, you circle the said wording she wrote on my reclass progress review form "New R.A. done" you circled it and wrote "not due?" (1) What did you mean "not due" and I would like to know (2) why did my security level go to level V.

Do Not Write Below This Line - For Reply Only

(1) "Not due" = not required, not necessary.
(2) Your SL is 4.

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden                ( ) Deputy Warden          ( ) Captain
(X) Classification Supervisor  ( ) Legal Officer - Notary Public  ( ) Record Office

Blackledge 9-7-04
Mr. Blackledge

N176