IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUN -9 A 9: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr.,    *
    Plaintiff, Pro-Se.,    *  Civil Action No.
        -Vs-    *  2:05-CV-439-A-WO
Sylvester Nettles. et. al.,    *
    DeFendants.    *

## Plaintiff Wright Motion To Submit Other Evidence And/Or Exhibits On 7 June 2006.

I am Richard Wayne Wright, Sr., Plaintiff Pro-Se., Submitted these Facts to this Honorable Court in the Form of this motion With Supporting documents. Plantiff Wright was never placed in protective Custody at Bullock Correctional Facility (B.C.F.), nor was plaintiff placed. in a single Cell For that purpose. Many request Slips were written and given to on duty Seg, OFFicers (OFFicer M. Foster, OFFicer H. Ruffin, etc.) by plaintiff and went unanswered Whether [the] request slip was sent to (Warden Holt and/or Warden Boyd). (See, Exhibit 'labeled at bottom' as Exhibits One (1), two (2) and three (3), Segregation Unit Record sheet - - two (2) sided Forms).

Dr. Jenkins States I have not been given any puschotropic medication (as noted on the said document)

Page 1 OF 7

but if Mr. Jenkins had taken any consi derable amount of time to properly review plaintiff File (he) would have discovered that plaintiff was given pyschotropic medication in 2002 and 2003 also. (see Exhibit 'labeled at top' Exhibit Four (4) psychiatric progress notes; and Exhibit Five (5) Interdiscipli-nary progress notes).

Defendants and/or defendants agent(s) have made written insertion in plaintiff prison File, which states the reason For my negative behavior is due to the lack of me not obtaining a high school diploma. This is untrue, plaintiff graduated From high school and attended one year of College at a tecnical college - data processing. plaintiff successfully completed an Eight (8) year Contract with the Alabama National Guard Unit, skill's in light wheel mechanic and infantry. What's really odd about this Form is the writer makes [these] written assertion in the blocks' labeled' problems one (1), problem two (2) and problem three (3), then in the block' labeled' Comments the writer states the direct opposite to those written statements. (See, Exhibit 'labeled at top' Exhibit Six (6) Alabama Department oF

Corrections R.W.W (A.D.O.C) mental Health Services (M.H.S.) Treatment plan).

On document labeled, Exhibit Seven (7) "as labeled at the top of the page" the Writer write's " Overreaction of hostility ... And .... exchange of words and accused of hitting an inmate", but [they] Failed to Completely state the injuries plaintiff received as a result of the inmate's aggressive approach and attack upon plaintiff which resulted in a physical Confrontation, in which, plaintiff was force to defend himself until other inmates seperated us and the officers came. (See Exhibits Seven (7) (A.D.O.C.) (M.H.S.) treatment plan Form and Exhibit (8)(A.D.O.C)(M.H.S.) treatment plan / Form (review)).

Plaintiff over and over again are plague R.W.W. with negative report's which leads any reader(s) to believe these written incidents / issues are stated as Facts. These are (too) the reports (believe to be) Sent to the parole Board members, in plaintiff Wright institutional File. (See, Exhibit nine (9) (A.D.O.C.) (M.H.S.) treatment plan / Form (review))

Upon Such meetings / interview, labeled / dated 5/31/05, on Exhibit ten (10), Plaintiff Wright Sought help from

mental Health personnel Concerning Lt. Dowling using the T.B. testing procedures to place a disciplinary infraction on plaintiff. Plaintiff Wright is unable to interpret mental health Codes (see Exhibit Ten (10). Interdisciplinary progress notes).

Plaintiff Can not distinguish and/or interpret the Codes used by mental health personnel and needs the assistant of a train mental health professional that are willing to give plaintiff understanding. (See) Section dated 3/26/04 and 11/08/04, which state's plaintiff admits to some thing [px c̄ anger ØSI ØHI and the next two (2) following lines]. Plaintiff does understand section dated 6/21/04, which the writer states mental health Code is history. But when some malicious motives is intended by defendants and/or defendant's agent(s) such Codes are reenforced especially when a favorable condition and oppertunity exist and is affordable to plaintiff Wright is in a lateral transfer, transfer to a lesser restricted prison, minimum out squad, etc.) where in, plaintiff can exercises Some liberty in the terms of prison, (See Exhibit Eleven (11)

Interdisciplinary Progress notes)
        Done this the 7th day of
June, 2006.

                    Respectfully Submitted,
                    Richard W. Wright, Sr.
                    _____
                    Richard Wayne Wright, Sr. #187140
                    Ventress Correctional Facility
                    Segregation Unit/Cell #801
                    Post Office Box 767
                    Clayton, Alabama 36016


            Certificate of Service

        This is to Certify that I Richard
Wayne Wright, Sr. Pro-Se., am the peti-
tioner in the above encaptioned motion
and Certify I have Sent a Copy of
this motion to the Clerk of this
Court and earnestly ask due to
plaintiff idigent status that this
Honorable Court and/or Clerk Forward
a Copy of this said motion to de-
fendant's Counsel(s) which addresses
are as Following

        Gregory F. Yayhmai
        ASB 2411-H67G
        Scott, Sullivan, Streetman & Fox, P.C.
        2450 Valley dale Road

                Page 5 of 7

Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S 61S
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama, 36130

David B. Block (ASB-5098-K 62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-581H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim. T. Thomas
Gregory Marion Briggs
Alabama Department Of Corrections
Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands
of the on duty ~~infermary~~ B.W.W. officer
to placed this in the Unites states
mail Box located here at Ventress
Correctional Facility (V.C.F.)

Page 6 of 7

With postage prepaid and properly address this on the 7th day OF June, 2006.

Respectfully Submitted,

Richard W. Wright, Sr

Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Segregation Unit/Cell #801
Post Office Box 767
Clayton, Alabama 36016

Page 7 OF 7