Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright
VIOLATION # OR REASON: 31-Assault on Another Inmate
DATE & TIME RECEIVED: 11/3/04  10:40 pm

AIS NO: B/187140   CELL: 4
ADMITTANCE AUTHORIZED BY: H. Gwendolyn Babers
DATE & TIME RELEASED:

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29 MON | MORN | Y | | | No | No | Lindsey | No | Ø meds | Julia Elliott |
| | DAY | | N | | No | 9:45-8:30 | | No | Ø meals | R. Rockey |
| | EVE | | | Y | N | N | VSOS | N | Ø mts | Lynn, COI |
| 11/30 TUE | MORN | Y | | | N | N | McGrew | N | Ø meds | Julia Elliott |
| | DAY | | N | | N | 12:00-12:45p | VSOS | N | Ø meals | A. Maldon COI |
| | EVE | | | Y | Y | NOIP | Right | NO | Ø mts | R. Wal, COI |
| 12/1 WED | MORN | X | | | No | No | McGrew | No | Ø meds | Julia Elliott |
| | DAY | | N | | N | N | VSOS | N | Ørders | Sismart, COI |
| | EVE | | | Y | N | N | 7:56p | N | No meds | Durgin COI |
| 12/2 THUR | MORN | Y | | | No | No | McGrew | No | Ø meds | Julia Elliott |
| | DAY | | N | — | N | Refused | VSOS | N | Ørders | A. Maldon COI |
| | EVE | | | Y | Y | N | SOSp | N | Ø meds | C. Oforho, COI |
| 12/3 FRI | MORN | Y | | | No | No | McGrew | No | Ø meds | Julia Elliott |
| | DAY | | N | | N | Refused | | N | Ø meals | Lynn, COI |
| | EVE | | | Y | Y | N | 12:57p | N | Ø meds | C. Oforho, COI |
| 12/4 SAT | MORN | N | | | N | N | Lindsey | N | Ø meds | H. Johnson, COI |
| | DAY | | N | | N | N | VSOS | N | Ø meds | C. Oforho, COI |
| | EVE | | | Y | Y | N | Right | N | Ø mts | Durgin COI |
| 12/5 SUN | MORN | N | | | N | N | Megan | N | Ø meds | C. Hung, COI |
| | DAY | Y | | | No | Refused | | No | Ø meds | R. Rockey |
| | EVE | | | Y | R | N | DrRm | N | Ø meds | Lynn, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive;
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Exhibit One (1)

12/16/05  (98)

## Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  
VIOLATION #3  
OR REASON: Assault On Another Inmate  
DATE & TIME RECEIVED: 11/3/04 10:40 PM  
PERTINENT INFORMATION:  

AIS NO: B187140  CELL #: 4  
ADMITTANCE AUTHORIZED BY: Lt. Babers  
DATE & TIME RELEASED:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/6 MON | MORN | Y | | | N | N | Yes | N | Ø meds | H. Johnson, CO |
| | DAY | | N | | N | NO | VS/as | N | Ø meds | M. Harris, CO |
| | EVE | | | Y | ND | ND | Refused | ND | Ø meds | Otis, COI |
| 12/7 TUE | MORN | Y | | | N | N | Nurse | N | Ø meds | M. Kendrick, CO |
| | DAY | Y | N | | N | N | vision | N | Ø meds | |
| | EVE | | | Y | | N | Refused | N | Ø meds | |
| 12/8 WED | MORN | Y | | | NO | NO | Nurse | NO | Ø meds | Julia Ellis |
| | DAY | Y | N | | N | Refused | | NO | Ø meds | |
| | EVE | | | Y | N | | Refused | N | Ø meds | |
| 12/9 THUR | MORN | Y | | | NO | NO | Nurse | NO | Ø meds | Julia Ellis |
| | DAY | | N | | N | Refused | VS/as | N | Ø meds | |
| | EVE | | | Y | N | N | Refused | N | Ø meds | |
| 12/10 FRI | MORN | Y | | | NO | NO | Nurse | NO | Ø meds | Julia Ellis |
| | DAY | | N | | N | N | | N | Ø meds | |
| | EVE | | | Y | N | N | Refused | N | Ø meds | |
| 12/11 SAT | MORN | N | | | N | N | Nurse | N | Ø meds | C. Young CO |
| | DAY | Y | N | | N | R | VS/as | N | Ø meds | E. Horry CO |
| | EVE | | | Y | N | N | VS/as | N | Ø meds | |
| 12/12 SUN | MORN | N | | | N | N | Nurse | N | Ø meds | C. Young CO |
| | DAY | Y | | | N | N | | N | Ø meds | S. Smart CO |
| | EVE | | | | N | N | Refused | N | Ø meds | |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.  
Meals/SH: Shower- Yes (Y); No (N); Refused (R)  
Exercise: Enter Actual Time Period and Inside or Outside (i.e.  
  9:30/10:00 IN; 2:00/2:30 OUT)  
Medical: Physician will sign each time the inmates is seen.  
Psych: Psychological Counselor will sign each time the inmate is seen.  
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.  
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY  
CONFIDENTIAL RECORD  
NOT TO BE PHOTO COPIED

FORM N912

Exhibit One (1)