## Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL: #157
VIOLATION #3 — Assault on Another Inmate
OR REASON:  ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04  10:40 p.m.
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/3 MON | MORN | Y | | | No | No | Glover | No | O meds | Julia Ellen |
| | DAY | | N | | No | No | Glynn | N | O med | Hall, CO |
| | EVE | | | Y | No | No | Taylor | No | O med | B. Ill, COI |
| 1/4 TUE | MORN | Y | | | No | No | Ulmer | No | O meds | Julia Ellen |
| | DAY | | N | | | | Dillon | N | O med | Hall, CO |
| | EVE | | | Y | | | Taylor | N | O med | Biggs CO |
| 1/5 WED | MORN | Y | | | No | No | Glover | No | O med | B. Holmes, COI |
| | DAY | | N | | No | Reynolds | Ulmer | No | O med | Parker, CO |
| | EVE | | | Y | N | | Taylor | N | O med | K. Otis LOI |
| 1/6 THUR | MORN | Y | | | N | N | Ulmer | N | O meds | M. Fitzpatrick COI |
| | DAY | | N | | N | Refused | Dillon | N | Refused med | L. Redd COI |
| | EVE | | | Y | Y | N | Skidder | N | O med | Scott CO |
| 1/7 FRI | MORN | Y | | | N | N | Ulmer | N | O med | Gilliam COI |
| | DAY | | Y | | N | N | Meeks | Y | O med | Hall COI |
| | EVE | | | Y | N | N | Taylor | N | O med | Hayes COI |
| 1/8 SAT | MORN | N | | | N | N | Carolyn | N | O med | Gilliam COI |
| | DAY | Y | N | | N | Y | Meeks | N | O med | Hall COI |
| | EVE | | | N | N | N | Staff | N | O med | Biggs COI |
| 1/9 SUN | MORN | N | | | N | N | Glover | N | O med | E. Williams COI |
| | DAY | Y | N | | N | N | Dillon | N | Refused med | Hall, CO |
| | EVE | | | Y | Y | N | Kigen | N | O med | Hayes COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e. 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Exhibit Two (2)

Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright     AIS NO: B187140   CELL #: 4
VIOLATION 31
OR REASON: Assault on Another Inmate   ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 P.M.   DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/27 MON | MORN | Y | | | N | N | | N | | D. Johnson COI |
| | DAY | | N | | N | N | | | | L. Rudolph COI |
| | EVE | | | N | Y | N | | N | Needs meds | |
| 12/28 TUE | MORN | Y | | | No | No | | No | | Julie Ellis |
| | DAY | Y | N | | N | N | | | | Hall COI |
| | EVE | | | Y | Y | N | | | Refused meal | Thomas COI |
| 12/29 WED | MORN | Y | | | N | N | | N | Ø meds | C. Young COI |
| | DAY | | N | | N | Refused | | Lancaster | | A. McPercy |
| | EVE | | | Y | N | N | | N | Refused | Thomas |
| 12/30 THUR | MORN | Y | | | N | N | M Knox | N | Ø meds | ec. Fitzpatrick COI |
| | DAY | | No | | N | Refused | | N | | |
| | EVE | | | Y | Y | N | L Roberts | N | Refused | Thomas COI |
| 12/31 FRI | MORN | N | | | N | N | M Knox | N | Ø meds | ec. Fitzpatrick COI |
| | DAY | Y | N | | N | N | | N | Ø meal | Hall COI |
| | EVE | | | Y | Y | N | | N | Ø Meds | Thomas COI |
| 1/1 SAT | MORN | | N | | N | N | | N | Ø meds | Brown COI |
| | DAY | Y | | | N | Refused | | N | Ø meal | Walker COI |
| | EVE | | | Y | Y | N | Allen | N | Ø meds | Thomas COI |
| 1/2 SUN | MORN | N | | | N | N | | N | Ø Meds | C. Young COI |
| | DAY | | Y | | N | N | | N | Ø meal | Hall COI |
| | EVE | | | Y | Y | N | | N | Ø meds | Thomas COI |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912