Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

MATE NAME: Richard Wright  AIS NO: B187128  CELL: #197
VIOLATION OR REASON: 31 Assault on Another Inmate
ADMITTANCE AUTHORIZED BY: Lt. Bakers
DATE & TIME RECEIVED: 11-3-07 @ 12:20 pm
DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B/D/S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 7/05 MON | MORN | Y | N | N | X. Lindsey | N | O meds | B. Johnson, COI |
| | DAY | Y | N | Y | Kong | N | O meal | C. Hall, COI |
| | EVE | Y | N | N | Kafer | N | Dinner | J. Biggs, COI |
| 8/05 TUE | MORN | Y | N | N | K. Lindsey | N | O meds | M. Fitzpatrick, COI |
| | DAY | Y | N | Y | V. Smith | N | ate | Hall, COI |
| | EVE | Y | Y | N | Kafer | N | Rec'd meds | C. Davis, COI |
| 9/05 WED | MORN | Y | N | N | K. Lindsey | N | O meds | M. Fitzpatrick, COI |
| | DAY | Y | Y | Y | Kong | N | meal gave | S. Smart, COI |
| | EVE | Y | Y | N | Kafer | N | Rec'd meds | Brooms, COI |
| 10/05 TH | MORN | Y | N | N | M. Cree | N | O meds | B. Johnson, COI |
| | DAY | Y | Y | Y | Dexter | N | Rec'd hour | Hill, COI |
| | EVE | Y | Y | N | Baby | N | stocked | Ryan, COI |
| 05 FRI | MORN | Y | Y | N | M. Cree | N | O meds | M. Fitzpatrick, COI |
| | DAY | Y | Y | N | Cancelled | Kong | N | meal gave | S. Smart, COI |
| | EVE | Y | Y | N | Kafer | N | Rec'd meds | Ryan, COI |
| 05 SA | MORN | N | N | N | M. Cree | N | O meals | C. Young, COI |
| | DAY | Y | Y | N | Heather | N | Refused meds | Bell, COI |
| | EVE | Y | Y | N | M. Jackson | N | Kafer Rec'd meds | Ryan, COI |
| 05 SU | MORN | N | N | N | Allegra | N | O meds | E. Williams, CSC |
| | DAY | Y | N | 11:00-12:00 | Kong | N | meds gave | S. Smart, COI |
| | EVE | Y | Y | N | Baby | N | Rec'd meds | Ryan, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

N912

11/16/05 (93)

## Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Richard Wright  AIS NO: B/187140  CELL #: 19 T
VIOLATION OR REASON: 31 Assault On Another Inmate  ADMITTANCE AUTHORIZED BY: Lt. Babers
DATE & TIME RECEIVED: 11/3/04 10:40 P.M.  DATE & TIME RELEASED:
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-14-05 MON | MORN DAY EVE | Y Y | Y | Y | N N Y | N N N | | N N N | | |
| 2-15-05 TUE | MORN DAY EVE | Y Y | Y | Y | N N Y | N N N | | N N N | | |
| 2-16-05 WED | MORN DAY EVE | Y Y | Y | Y | N N Y | N NO NO | | N NO | | |
| -05 THUR | MORN DAY EVE | Y Y | Y | Y | N N Y | N N N | | N N N | | |
| 2-18-05 FRI | MORN DAY EVE | Y Y | Y | Y | N N Y | N N N | | N N N | | |
| 2-19-05 SAT | MORN DAY EVE | N Y Y | Y | Y | N N Y | N N N | | N N N | | |
| 2-21-05 SUN | MORN DAY EVE | N Y Y | Y | Y | N N Y | N N NO | | N N N | | |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
Meals/ SH: Shower- Yes (Y); No (N); Refused (R)
Exercise: Enter Actual Time Period and Inside or Outside (I.e., 9:30/10:00 IN; 2:00/2:30 OUT)
Medical: Physician will sign each time the inmates is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DOC FORM N912

Exhibit Three (3)