ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

Exhibit Four (4)

DATE: 6/20/05   TIME:

**Target Symptoms** | Behavioral Rating Scale 0=No problem 5=worst | Today vs Before

No target sx's at this time | N/A

**Medications:** He is not on any medicines (psychotropics)

**Compliance:** Inmate report ___% vs MAR ___%   **Informed Consent:** ✓

In addition to the information in the tables above and below, then inmate-patient:

**S** "I have no mental illness. The last time I even took any mental health medicine was some four years ago. I feel fine. I have no problems. I don't know why I am even seeing mental health for." Reports ∅ sx's of mood, anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Denies of any suicidal attempts in past.

**Side effects:**

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ sx's of psychosis. ∅ SI, ∅ HI |
| Serious Depression | ✓ | | ∅ sx's of anxiety ∅ HA ∅ paranoia noted. |
| Self-Injurious Thoughts | ✓ | | Denies or depression |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted at present time |
| Situational Upset | | ✓ | Re: being referred to mental health |

**Lab info:** None   **Labs Ordered:** from mental health   **Labs Reviewed:**   **AIMS?:**

**ASSESSMENT/Diagnosis (DSM-IV):** None / No psychiatric Dx at this time.

**PLAN:** I'm clinically stable. Exhibits ∅ sx's or signs of mental illness at this time. Has not been on any psychotropic meds. since 2001. Doing well clinically. Will see him on PRN basis at this time. Will keep mental health code as HIST at present time.

**Return to clinic:** RTC PRN

**Print Last Name:** DR. BANERJEE   **Sign:** Banerjee, M.D.

**Patient's Name:** (Last, First, Middle) Wright, Richard   **AIS #** 187140   **Age** ___   **R/S** D/M   **Code** HIST   **Institution** Ventress

**Disposition:** Medical File

Discussed Tx plan c̄ I/m. He understands and agrees c̄ Tx plan. Continue care, RTC PRN at this time.

ADOC AR 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005