## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 5/31/05 | | S- Im denies any MH concerns/complaints. Im reports he has refused TB shots b/c he believed they "had sores all over my body and now my bones crack all the time... none of this happened until I started having too many TB shots." Im denies SI/HI. | |
| | | O- Oriented x3 w/ speech & thought WNL. No current overt sx of psychosis. Appropriate affect. Im tends to try and focus on complaints about officers and "due process." He is very concerned w/ his rights | |
| | | A- Im has agreed to take TB shot. ~~Continues to chart current code~~ No change to current code recommendation | |
| | | P- Refer to Mr Jenkins for monitoring | |
| | | | Momet Carl PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| WRIGHT, RICHARD | 187160 | | B/M | VCF |

F-61