Exhibit Six (6)

Page 11 of 14

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on: March 11, 2002
Treatment Plan Initiated on: August 16, 2001
Institution: Bullock County Corr. Facility
Admitted to Unit on: July 19, 2001
Level Currently assigned: 4

## CURRENT STATUS

**Problem #1** Aggressive and Assaultive Behavior
Target Date for Resolution: May 4, 2002
Status: Resolved ☒   No Change ☐   Modified ☐
Outcome/Modification: Referred to Anger Management group. Objective is to verbalize feelings of anger in a controlled, assertive way.

**Problem #2** Incompletion of Requirements for high school diploma or GED
Target Date for Resolution: May 4, 2002
Status: Resolved ☒   No Change ☐   Modified ☐
Outcome/Modification: Referred to GED program. Objective is to identify the negative consequences that have occurred due to lack of high school diploma.

**Problem #3** Alcohol and Drug History
Target Date for Resolution: May 4, 2002
Status: Resolved ☒   No Change ☐   Modified ☐
Outcome/Modification: Referred to Substance Abuse Program. Objective is to verbalize an understanding of personality, social, and family factors that foster chemical dependence.

Comments: Certificate for Anger Management
Certificate for Substance Abuse Program
Client has a High School diploma

Level Change? Yes ☐   No ☒   New Level: _____

Second Page attached: Yes ☐   No ☒

Psychiatrist: Rudy Dorman, NP grad
Psychologist: [signature]
Mental Health Nurse: [signature]
Activities Tech: [signature]
Treatment Coordinator: [signature]
Correctional Officer Present: Yes ☐   No ☒
Inmate Agreement: Richard Wright
Date: 11 MAR 02
Next Treatment Plan Review to be Conducted by: April 4, 2002
(Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name: Richard Wright
AIS #: 187140