3/8/06

Exhibit Seven (7)

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT

Treatment Plan Initiated on: June 14, 2002
Institution: Bullock County Corr. Facility    Treatment Coordinator: T. Willis
Level Currently Assigned: X    Admitted to RTU on: June 13, 2002

DSM IV Diagnosis:
Axis I: Schizoaffective Disorder, Manic
Axis II: Explosive Personality Disorder
Axis III: Deferred
Axis IV: Incarceration
Axis V: 70

**Problem #1** Overreaction of hostility toward an inmate due to a conflict (exchange of words and accusation of hitting an inmate)
Goal: Become capable of handling angry feelings in constructive ways.
Target Date for Resolution: July 14, 2002
Intervention(s): Mr. Wright has completed Anger Management group. The client reported that he is doing trash detail on 1st shift. In addition, client does not want to complete any groups, therefore, client will be monitored on an individual basis.
Staff Member(s) Responsible: Ms. Willis
Frequency: biweekly review

**Problem #2**
Goal:
Target Date for Resolution:
Intervention(s):
Staff Member(s) Responsible:
Frequency:

**Problem #3**
Goal:
Target Date for Resolution:
Intervention(s):
Staff Member(s) Responsible:
Frequency:

Psychiatrist: Audrey Norman, CRNP    Second Page attached: Yes ☐ No ☒
Mental Health Nurse: _____    Treatment Coordinator: T. Willis
Correctional Officer Present: Yes ☐ No ☒    Activities Tech: _____

Inmate Agreement: Richard W Wright
Treatment Plan Review to be Conducted by: July 2, 2002 (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)    Date: 14 June 02

Inmate Name: Richard Wright    AIS #: 187146