Exhibit Eight (8)

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on: June 24, 2002
Institution: Bullock County-Mental Health Facility    Treatment Plan Initiated on: June 14, 2002
Level Currently assigned: 3    Admitted to Unit on: June 13, 2002

**CURRENT STATUS**

**Problem #1** Overreaction of hostility toward an inmate due to a conflict. Exchange of words and accused of hitting an inmate.
Target Date for Resolution: August 1, 2002
Status: Resolved ☐   No Change ☐   Modified ☒
Outcome/Modification: Mr. Wright has completed Anger Management group. The client reported that he is doing trash detail on 1st shift. In addition, client does not want to enroll in any groups, there, client will be referred to individual counseling only.

**Problem #2**
Target Date for Resolution:
Status: Resolved ☐   No Change ☐   Modified ☐
Outcome/Modification:

**Problem #3**
Target Date for Resolution:
Status: Resolved ☐   No Change ☐   Modified ☐
Outcome/Modification:

Comments:

Level Change?  Yes ☒  No ☐    New Level: 4
Second Page attached: Yes ☐  No ☒

Psychiatrist: Audrey Dorman, CRNP
Mental Health Nurse: C. McCarty
Treatment Coordinator: To. Willis
Psychologist: McClure
Activities Tech: D. Pritchett
Correctional Officer Present: Yes ☐  No ☒

Inmate Agreement: Richard W Wright
Next Treatment Plan Review to be Conducted by: July 2, 2002    Date: 24 June 02
(Level 1: Weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name: Richard Wright
AIS #: 187140