Exhibit nine (9)

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (REVIEW)**

Treatment Plan Reviewed on: August 7, 2003    Treatment Plan Initiated on: June 14, 2003
Institution: BCCF                                Admitted to Unit on: June 13, 2003
Level Currently assigned: 3

### CURRENT STATUS

**Problem #1**
Target Date for Resolution:
Status:   Resolved ☐   No Change ☐   Modified ☐
Outcome/Modification:

**Problem #2** Overreaction of hostility toward an inmate due to a conflict (exchange of words and accused of hitting an inmate).
Target Date for Resolution: September 1, 2003
Status:   Resolved ☐   No Change ☐   Modified ☒
Outcome/Modification:
- Referred to Anger Management
- Will have zero episodes of angry outburst

**Problem #3** Noncompliance with prescribed medication
Target Date for Resolution: September 1, 2003
Status:   Resolved ☐   No Change ☐   Modified ☒
Outcome/Modification:
- Referred to Medication Education

**Comments:** Mr. Wright refused to attend his counseling session and review treatment plan (date and sign)

Level Change?   Yes ☐   No ☒    New Level: _____

Second Page attached:   Yes ☐   No ☒

Psychiatrist: Audry Bowden, CRNP        Psychologist: [signature]
Mental Health Nurse: [signature]        Activities Tech: [signature]
Treatment Coordinator: C. Willis         Correctional Officer Present:   Yes ☐   No ☒

Inmate Agreement: Refused to Sign        Date: _____
Next Treatment Plan Review to be Conducted by: September 7, 2003    (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name: Richard Wright              AIS #: 187140