# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3/26/04 | | TX team. Seen for initial code — Hx Code — Given down hall — | A EEL |
| 6/21/04 | | Note: Outpatient Review, S reported that he is making a good adjustment to BCF. At the time of the interview, he was not psychotic, anxious or depressed. His mental health code is history. He will continue to be monitored every ninety days. | Zee Perry / Mike Haynes |
| 11/08/04 | | Seen a/t MH referral from medical nurse — Pt in seg unit. (S) Pt denies any MH concerns at this time. Off meds @ 20 months. Admits to px c anger. ⌀SI ⌀HI  (O) Polite, calm  (A) hx code  (P) Continue to monitor in seg — offered MH services if needed | M Webb cm |
| 11/23/04 | | Mental Health Disciplinary File | Zee Perry / Mike Haynes |
| 11/30/04 | 1040 | (S) Denies any MH concerns. Requests seen in seg, phone call hm. (O) Polite, cooperative (A) stbl (P) cont tx | M Webb cm |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Wright, Richard | 187640 | | BM | BCCF |