IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On June 9, 2006, the Clerk erroneously accepted and filed a motion to submit other evidence or exhibits from the plaintiff (Court Doc. No. 179). This motion is not properly before the court as the plaintiff submitted the motion without permission of the court. *See Order of May 19, 2006 - Court Doc. No. 175*. ("[T]he plaintiff shall file no further documents, pleadings or motions, with the exception of a motion for leave to file, without permission of the court. If any document, pleading or motion, excluding a motion for leave to file, is sent to the court, the Clerk shall not file or docket the document and shall return it to the plaintiff."). Accordingly, it is

ORDERED that the motion to submit evidence received from the plaintiff on June 9, 2006 (Court Doc. No. 179) be stricken from the file and returned to the plaintiff for non-compliance with the order entered on May 19, 2006.

Done this 13th day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE