IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright, Sr.,    *
    Plaintiff, Pro-Se.,        *   Civil Action No.
        -vs-                   *   2:05-CV-439-WO-A
Sylvester Nettles, et.al.,    *
    Defendants.                *

<u>Plaintiff Wright Motion Requesting Permission
To Filed An Objection To Order To Strike From
The Honorable Charles S. Coody Order ON
June 13, 2006</u>

    I Richard Wayne Wright, Sr. Plaintiff, Pro-Se., Comes in the above style For Cause noted above. Plaintiff Wright, Comes Now, before this Honorable Court and ask that [it] grant plaintiff permission to proceed in litigation by excepting and Filing the additional motion "Plaintiff Wright motion To The Honorable Charles S. Coody Order Passed Down June 13, 2006, accompanied with this motion. Within the accompanied (said) motion plaintiff has noted his reasons For Objecting to the (Chief Magistrate Judge) the Honorable Charles S. Coody order passed down

Page 1 of 4

On June 13, 2006 (Court Doc No. 180 and 181), as reason noted in (said) accompanied motion. IF this motion is not in its proper form plaintiff Wright humbly ask that this Honorable Court Contrued it in to its proper form.

Done this the 18th day of June, 2006.

Respectfully Submitted,

Richard W. Wright, Jr.

Richard Wayne Wright, Sr. #187140
Plaitiff, Pro-Se.

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr., am the plaintiff, pro.se., in the above encamptioned motion and Certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff Wright indigent status that this Honorable Court and/or Clerk Forward a copy of this said motion, along with the accom-R.W.W accompanied motion to the defendant's Counsel(s) are as Following:

Gregory F. Yayhmai

Page 2 of 4

Plaintiff motion For Permission To Order June 13, 2006

ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
 Assistant attorney General
 Hugh Davis (Attorney)
 Alabama Board Pardon and Paroles
 Post Office Box 302405
 Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB 9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
        Legal Division
 301 Ripley Street
 Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to

be placed in the legal mail box located in the Kitchen at Ventress Correctional Facility (V.C.F.) For postage to be paid by the prison OFFicials here at (V.C.F.) and after postage in provided to place in the United States mail box at Ventress (V.C.F.) and this motion is properly address this on the 18th, day of June, 2006.

Respectfully Submitted,

Richard W. Wright, Sr.

Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Segregation Unit/Cell #801
Post OFFice Box 767
Clayton, Alabama 36016