IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 22 A 10:02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Jr. *
   Plaintiff, Pro.Se,  *  Civil Action No.
   -vs-  * 2:05-CV-439-WO-A
Sylvester Nettles, et.al.,  *
   Defendants.  *

Plaintiff Wright Motion To Object To The Honorable Charles S. Coody Order Passed Down June 13, 2006

   I Richard Wayne Wright, Jr., Plaintiff Pro.Se., Files this objection to the (Chief United States Magistrate Judge) the Honorable Charles S. Coody "order on Motion" which Judge Coody states the Clerk erroneously accepted and Filed a motion to submit other evidence or erroneously accepted and Filed a motion to submit other evidence or exhibits from the plaintiff (Court Doc No. 179). Plaintiff Wright mailed and this Honorable Court received plaintiff motion "Motion For Permission to proceed in litigating" original date May 23, 2006, which this Honorable Court filed said document on

Page 1 of 4

May 25, 2006 (Court Doc. No. 176). This honorable Court granted plaintiff motion and ordered an extention to and including June 12, 2006 to file any additional response or evidentiary material in opposition to the defendants special reports, passed down on May 31, 2006 (Court Doc. No 177). The Honorable Court ordered Plaintiff submitted evidence, be stricken from the file and returned to plaintiff for non-compliance with order enter on May 19, 2006. (See Court Doc. No. 180 and 181). Plaintiff does not know why (?) [he] was grant permission (Court Doc. No 177) and then it was made void in the manner as described herein. Plaintiff had so honestly explained to the Honorable Charles S. Coody [his] inability to submit the needed document/exhibits due to (he) not having the necessary postage stamps to mail a reasonable amount at the exhibits. Plaintiff family manage to send him stamps unfortunately they did not help plaintiff, as intended, due to the Honorable Charles S. Coody "Order On Motion" passed down on June 13, 2006 (Court Doc No. 180 and 181), and the these exhibits being

Plaintiff's Appeal To Charles S. Coody order...June 13, 2006.

stricken from the file and sent back to plaintiff Wright. Plaintiff submitted objection unto this Honorable Court these document were also return. Plaintiff Wright had included documents among these papers a plea for this Honorable Court to send a representative to see plaintiff condition and hear his statement (verbalized) as to the present danger plaintiff Wright is faced with, but as stated earlier these documents were return as well and plaintiff life remains at jeopardy, while faced with many of these defendants acts to intimdate [him] and coercion. Plaintiff had only one oppertunity to used (the) prison resource on June 6, 2006 of inmate's legal mail service which postage is to be supply by [S]aid prison official, but this usage obvious was made void as well.

Lastly, plaintiff Wright makes another plea to this Honorable Court to send a representative due to plaintiff absent of an attorney and restrictions of this Honorable Court concerning plaintiff forbidded other documents without permission and

See plaintiff state of danger and cruel treatment demonstrated by defendant's here at Ventress (V.C.F.) namely Sgt. S. Carter, Sgt. C. Longmire, Lt. S. Holland, Officer L. Richardson, Officer R. Brown, Mr. M. Bruton (Classification Supervisor), Mr. Bruton (H.S.A.), Dr. Rayapati, M.D. and Captain L. Monk. If this motion is not in its proper form plaintiff ask that it be construed into its proper form.

Done this the 16th day of June, 2006.

Respectfully Submitted,
Richard W. Wright, Sr.
Richard Wayne Wright, Sr. #187140
Plaintiff, Pro-Se.

## Certificate of Service

Written with court copy which included an additional motion "motion for permission" to proceed in litigation

Done this the 16th day of June, 2006.

Respectfully Submitted,
Richard W. Wright, Sr.
Richard Wayne Wright, Sr. #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016

Page 4 of 4