IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| AIS #187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that:

1. The orders entered on June 13, 2006 (Court Docs. No. 180 and 181) be and are hereby VACATED as they appear to contradict with the order entered on May 31, 2006 (Court Doc. No 177) allowing the plaintiff an opportunity to file an additional response or evidentiary materials in opposition to the defendants' special reports.

2. The plaintiff is granted an extension to and including July 5, 2006 to file any additional response or evidentiary materials in opposition to the defendants' special reports. **The plaintiff is advised that in filing his response he is *not* required to file a motion to submit such response or evidentiary materials as he has previously received permission from the court to file these documents. *See Court Doc. No. 177.* Thus, the plaintiff shall style his response as a "Supplemental Response to the Defendants Special Reports" and attach the evidentiary materials as exhibits to this supplemental response**.

    3.  The motion for leave to file objection filed by the plaintiff on June 22, 2006 (Court Doc. No. 182) be and is hereby DENIED as moot because the orders plaintiff seeks to have stricken from the record have herein been vacated.

Done this 26th day of June, 2006.

                      /s/Charles S. Coody
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE