IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey, *
A.I.S. #187140,            *
Plaintiff, Pro-Se.,        * Civil Action No.
-VS-                       * 2:05-CV-439-A-WO
Sylvester Nettles, et.al., *
Defendants.                *
                           *

Plaintiff Wright, Sr. Bey Motion Requesting Permission To Proceed In Litigation Process Due To Two (2) Plain Error's By This Honorable Court And Request Permission To Except Motion For An Appointment of Counsel

I am Richard Wayne Wright, Sr. Bey, Plaintiff, Pro-Se., A.I.S. #187140, which submits this (said) motion. I don't know how the Court Clerk of this Honorable Court over looked the Certificates of Service's with each motion I sent. I sent the same documents [the] Court Clerk filed on June 9, 2006, which the Honorable Judge Charles S. Coody rejected as stated, the Clerk erroneously accepted and filed a motion to submit other evidence for exhibits

Page 1 of 7

From the plaintiff (Court Doc. No. 178) and (Court Doc. No. 179)". Plaintiff Wright, Sr. Bey sent additional motions -- "[ Motion Requesting Permission To Grant And Filed Petitions For 'General Power of Attorney' And Motion To Hold In Abeyance (said) Case"; " Plaintiff's Wright Motion For General Power of Attorney" ( with three (3) General Power of Attorney Petition(s) to nominated (said) individuals as lawful Attorney-in-Fact); and "Plaintiff Motion To Hold In abeyance Each actual motion listed above had a Certificate of service attach, with the exception of the petition (s) [themselves] For General Power of Attorney. What's even more puzzling is that (the) petition(s) and previous mention motions were not in the same envirlope, nor arrived at this Honorable Court (the) same day, and/or Filed/Clock stamp in the clerk office at the same time, yet they were all returned to plaintiff Wright, Sr. Bey From this Honorable Court within (the) one single envirlope. Plaintiff had express (his) difficulties (prior to these two (2) errors) in having no postage 'other than' [that] provided by the Ventress Correctional Facility

(V.C.F.) officials and when plaintiff finally received postage stamps to mail some of the exhibits (he) possess to support (his) claim's they are sent back on two (2) seperate occation which cause these stamps "uselessness" now. Also, the extention of time plaintiff Wright, Sr. Bey requested and this Honorable Court granted has expired placing plaintiff back at square one (1), without postage and without the few exhibits (among the many plaintiff has in 'his' possession) submitted and filed in this (said) Court.

## Conclusion

Plaintiff Wright, Sr. Bey ask this Honorable Court to grant him additional time to try and get some more, postage stamps in, to mail 'at least' the return documents/exhibits. Also, due to the difficulties of getting these exhibit to [the] Court plaintiff ask for an addition Extention of time. To include and grant plaintiff 'motion' enjoined with [this] motion -- "Motion For An Attorney". For the reasons following: Plaintiff is unable to get statements from

many witnesses'; Plaintiff inability to properly Filed (according to and with supporting law) Filed For a physical and mental examination'; to Filed For and/or hire Experts Witnessess/testimony concerning plaintiff health conditions and mental state-of-being; to Filed properly For an emerger of the Case <u>Richard Wayne Wright, Sr.-VS-James Deloach, et. al.</u>, Case No. CV-99-D-1405-N. Which was/were dismissed `with prejudice' due to defendant's inducing plaintiff Wright, Sr. Bey with psychotropic drugs and sedating him until or about June 2003, and wisely designed by defendants to ensure plaintiff statute of limitation time runs out, ect. Plaintiff ask that this Honorable Court grant (him) an attorney For representation. See additional motion " Plaintiff Requesting of An Attorney".

 IF this motion is not in its' proper Form plaintiff ask that this Honorable Court construed this motion into its proper Form.

 Done this the <u>18th</u> day of July, 2006.

     Respectfully Submitted,
     Richard W. Wright, Sr. Bey

Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama, 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. Bey, A.I.S # 187140 Pro-Se, am the Petitioner in the above en-captioned motion and certify I have sent a copy of this to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk forward a clock stamp copy of the front page of this (said) motion to plaintiff and forward a copy of this (said) motion to defendant's Counsel(s) which addresses are as following:

Gregory F. Yayhmai
ASB 2411-H67G
Scott Sullivan, Streetman & Fox, P.C.
2450 Valley dale Road
Birmingham Alabama 35244

Troy King (Attorney General)

Page 5 OF 7

State Bar # ASB-5949-S615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
ALABAMA Department of Corrections
     Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty ~~infirmary~~ R.W.W. officer to placed [this] in the legal mail box for postage to be payed by the prison officials here at (V.C.F.) and to place in the United States mail Box at (V.C.F.) after postage is supplied and this has been

properly address this on the 18th day of July 2006.

Respectfully Submitted,

_Richard W. Wright, Sr. Bey_
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit/Cell #801
Post Office Box 767
Clayton, Alabama 36016

Page 7 of 7