IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-WHA ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 20, 2006 (Court Doc. No. 184), which the court construes to contain a motion to provide service of documents on counsel for the defendants, and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED.

2. In accordance with the *Federal Rules of Civil Procedure*, the plaintiff shall mail to counsel for the defendants a true copy of **anything** which he sends to the court. Failure to do so may result in dismissal of this case or other penalties. Any document filed should contain a certificate of service which specifically states that the pleading has been sent to the lawyer for the defendants and any correspondence should likewise contain a notation which indicates that a copy of the correspondence has been furnished to counsel for the defendants. If the document does not contain a certificate of service which demonstrates

that counsel has been provided a copy of the document, it will not be accepted by the court.

    Done this 24th day of July, 2006.


                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE