IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION.

RECEIVED
2006 JUL 20 A 9:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr. Bey  *
Plaintiff, Pro-Se., AIS # 187140  *
-VS-  * Case Action No
Sylvester Nettles, et.al.,  * 2:05-CV-439-A-WO
Defendants.  *

## Plaintiff Motion For An Appointment of Counsel

I Richard Wayne Wright, Sr. Bey AIS # 187140, Pro-Se., am the plaintiff and filed this (said) motion pursuant to 28 U.S.C. § 1915 (e)(1), Plaintiff Wright Sr. Bey moves for an order appointing Counsel to represent (him) in this case. In support of this motion, plaintiff states:

1). Plaintiff Wright, Sr. Bey cannot afford to hire a lawyer. He has request to preceed in Forma Pauperis in this case, in which (said) Court granted such request.

Page 1 of 6

2). Plaintiff Wright, Sr. Bey imprisonment limits his ability to talk with inmates whom witness portion of plaintiff claims whom has (transfered, been release from prison, ect.) which testimonies are valuable in plaintiff presenting this case.

3). This case involves substantial investigation and discovery (Interrogatories, Inspection of Things and places, Requests for Admission).

4). A lawyer would help plaintiff to apply the law properly in briefs and before this Honorable Court

5). Plaintiff Wright Sr. Bey has never been a party to a civil legal proceding of this magnitude that also involves criminal activity by defendant(s) which has been exhibited.

6). A lawyer would help plaintiff properly emerge and emend the relevancy of this case and case Richard Wayne Wright, Sr.-vs-James Deloach, et. al. Case No. CV-99-D-1405-N.

7). A lawyer would help plaintiff

persuade prison officials to turn over security-related documents (Administrative Regulations (A.R.); System operation procedures (S.O.P.); and relevant state and Federal codes/laws which prohibits certain acts of prison officials) that they do not want to have circulating in the prison.

8). A trail in this case will likely involve conflicting testimony and require testimony's of physician(s), psychologist(s), psychiatrist and sociologist.

9). The issues in this case are complex. A lawyer would help plaintiff get all the relevant document he requested in the order he submited for production of documents which this Honorable Court granted in part.

10). Plaintiff has made repeated efforts to obtain a lawyer.

WHEREFORE, plaintiff Wright Sr. Bey requests that this Honorable Court appoint Counsel to respresent him in this case,

Done this the 18th day of

July, 2006

Respectfully Submitted,
Richard W. Wright, Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box
Clayton, Alabama 36016

## Certification of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey, A.I.S # 187140, Pro-Se., am the petitioner in the above encaptioned motion and certify I have sent a copy of this to the clerk of this court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forward a Clock stamp copy of the Front page of this (said) motion to plaintiff and Forward a copy of this (said) motion to defendant's counsel(s) which addresses are as Following:

Gregory F. Yayhmai
ASB - 2411- H67 G-
Scott, Sullivan, Streetman & Fox, P.C.

Page 4 of 6

2450 Valleydale Road
Birmingham, Alabama 35244 *R.W.W.*

Troy King (attorney General) *R.W.W.*
State Bar # ASB-5949-5615
~~ASS~~ *R.W.W.* Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville Alabama 35804-8668

Kim T Thomas
Gregory Marion Biggs
Alabama Department of Corrections
Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to placed [this] in the legal mail box for postage to be payed by the prison officials here

at (V.C.F.) and to be place in the United States mail Box at (V.C.F.) after postage is supplied and this has been properly address this on the 18th day of July 2006.

Respectfully Submitted,

_Richard W. Wright, Sr. Bey_

Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit I Cell #801
Post Office Box 767
Clayton, Alabama 36016