IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey, *
Plaintiff, Pro-Se, *
AIS # 187140, *
— vs — *   Civil Action No. R.W.W.
                    *   2:05-CV-439-A0-W0
Sylvester Nettles, et. al. *
Defendants. *

RECEIVED
2006 JUL 27 A 9:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Plaintiff Motion To Request Permission To Submit And Filed "Plaintiff Motion For A Temporary Restraining Order And Protection Order"

I Richard Wayne Wright, Sr. Bey Pro-Se, Plaintiff, COMES NOW in the above style and ask that this honorable Court except the accompained motion "Plaintiff Motion For A Temporary Restraining Order And Protection Order" and Filed (said) motion and grant (said) request in the motion.

Done this the 19th Day of July, 2006

Respectfully Submitted,
Richard W. Wright Sr. Bey

Page 1 OF 4

Richard Wayne Wright Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit/Cell #801
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. Bey, Pro-Se, am the petitioner in the above encaptioned motion and certify I have sent a copy of this to the Clerk of this Court and earnestly ask due to plaintiff Wright Sr. Bey indigent status that this Honorable Court Forward a Clock Stamp copy of the Front page of this (said) motion upon Filing to plaintiff and that this honorable Court and/or Clerk Forward a copy of this said motion to defendant's Counsel(s) which addresses are as Following:

Gregory F. Yayhmai
ASB 2411-H67G
Scott, Sullivan, Streetman & Fox P.C.
2450 Vally Dale Road
Birmingham, Alabama 35244

Page 2 of 4

Troy King (Attorney General)
State Bar #ASB-5949-S61S
Steven Mallete Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
  Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to place [this] in the legal mail box for postage to be paid by the prison officials here and to place in the United States mail box at Ventress Correctional Facility

Page 3 of 4

after postage is supplied and properly address this on the 19th day of July 2006

Respectfully Submitted,
Richard W. Wright Sr. Bey
Richard Wayne Wright, Sr. Bey #182140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama, 36016