IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright, Sr. Bey,
Plaintiff, Pro-Se.,
A.I.S # 187140,
     — VS —
Sylvester Nettles, et. al.,
Defendants.

\* Civil Action No.
\* 2:05-CV-439-A-WO

## Plaintiff Motion For A Temporary Restraining Order And Protection Order

I Richard Wayne Wright, Sr. Bey, Pro-Se, Plaintiff, COMES NOW, in the above style due to the heighten grave danger plaintiff is expose to under the care and control of the defendants and [their] agent(s) here at Ventress Correctional Facility (V.C.F.). I have also sent this Honorable Court document's/letters but they have been returned on both occation without being filed in (said) court 'Middle District'. The letters I sent to the following individuals was an earnest attempt (again) to be protected and [they] be restrained to come around me for my protection and safety. The letter I sent to Warden J.C. Giles, Mr. Mark Bruton (Classification

Supervisor), Mr. Richard Allen (Prison Commissioner) And Mr. Troy King (Attorney General) is included with this (said) motion. (See attach Exhibit "A".) I also requested that the same individuals whom assault me and help restrained me (before) they exercuted the assault on November 23, 2006 in retaliation of this case. No measures has been taken by these official (prison) here at V.C.F. of affiliating officials previous mention to ensure my safety. So now I ask this Honorable Court to take the needed measure to ensure my safety in the absence of [these] defendant's willful neglect. I also seek a respresentive from this Honorable Court be sent here at Ventress (V.C.F.) to see the conditions of dangers I am subjected to. I've even requested three (3) times to speak with members of the segregation board committee members after I sent the letter(s) out to the above stated individuals named above. Twice have I met with the seg. board of the three (3) request I made to see them and still I'm subjected to being harm by these individuals, whom assault me on November 23, 2005,

Plaintiff Wright, Sr. Bey makes this request in hopes the [this] honorable Court will give the needed order upon these officials which [they] refuse to abhere to any plea I make to them whether written or verbally spoken directly or indirectly to them. Such order of protection and restraining order From this Court will minimized and possible stop any other assault which may be executed upon me and which may cause a more critical injury in which 'cause' death may occur than those injuries I've faced in the past and suffer for in the present.

IF this motion is no in its proper form plaintiff ask that this honorable Court Construed it into its proper form for filing.

Done this the 19th day of July, 2006.

Respectfully Submitted,

Richard W. Wright, Sr. Bey

Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit/cell #801
Post Office Box 767
Clayton, Alabama 36801

Page 3 of 6

<u>Certificate of Service</u>

This is to certify that I Richard Wayne Wright, Sr., Pro-Se. am the petitioner in the above encaptioned motion and certify I have sent a copy of this to the Clerk of this Court and earnestly ask due to plaintiff Wright Sr. Bey. indigent status that this Honorable Court forward a clock stamp copy of the front page of this (said) motion upon filing to plaintiff and that this Honorable Court and/or Clerk forward a copy of this said motion to defendant's Counsel(s) which addresses are as fallowing:

Gregory F Yayhmai
ASB 2411- H67G
Scott Sullivan, Streetman & Fox P.C.
2450 Vally Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles

Page 4 of 6

Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-49-28-581H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
        Legal Divisions
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to place [this] in the legal mail box for postage to be paid by the prison officials here to place in the United States mail box at Ventress Correctional Facility after postage is supplied and properly address this on the 19th day of July 2006.

Respectfully Submitted,
_____
Richard Wayne Wright, Jr. Bey #187140

Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016

Page 6 of 6