Exhibit A

## Certified Mail Receipt (Return Receipt - PS Form 3811)

**A. Signature:** [signed]  ☐ Agent  ☐ Addressee

**B. Received by (Printed Name):** Ollie Mason    **C. Date of Delivery:** 06/20/06

**D. Is delivery address different from item 1?** ☐ Yes ☐ No
If YES, enter delivery address below:

**1. Article Addressed to:**
Ventress Correctional Facility
c/o J.C. Giles, Warden
P.O. Box 767
Clayton, Alabama 36016

**3. Service Type:**
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number:** 7006 0100 0001 9277 9311

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

### Certified Mail Receipt #1

**Postage:** $0.39
**Certified Fee:** $2.40
**Return Receipt Fee:** $1.85
**Restricted Delivery Fee:** $0.00
**Total Postage & Fees:** $4.64

Postmark: Clayton, AL — 06/19/2006

**Sent To:** Mr. J.C. Giles (Warden)
**Street, Apt No., or PO Box No.:** Ventress Correctional Facility, P.O. Box 767
**City, State, ZIP+4:** Clayton, Alabama 36016

PS Form 3800, June 2002

---

### Certified Mail Receipt #2

**Postage:** $0.39
**Certified Fee:** $2.40
**Return Receipt Fee:** $1.85
**Restricted Delivery Fee:** $0.00
**Total Postage & Fees:** $4.64

Postmark: Opelika — 06/19/2006

**Sent To:** Mr. Richard Allen (Prison Commissioner)
**Street, Apt No., or PO Box No.:** Alabama Dept. of Corrections, 301 South Ripley Street
**City, State, ZIP+4:** Montgomery, Alabama 36130

PS Form 3800, June 2002