IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) | |
| AIS #187140, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-439-A |
| | ) | |
| SYLVESTER NETTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by the plaintiff on July 27, 2006 (Court Doc. No. 188), in which he seeks permission to file a motion for temporary restraining order and protection order, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 28th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE