Exhibit A

## Domestic Return Receipt (PS Form 3811)

**A. Signature:** [signed]  ☐ Agent  ☐ Addressee
**B. Received by (Printed Name):** Ollie Mason
**C. Date of Delivery:** 06/20/06
**D. Is delivery address different from item 1?** ☐ Yes  ☐ No

**1. Article Addressed to:**
Ventress Correctional Facility
c/o J.C. Giles, Warden
P.O. Box 767
Clayton, Alabama 36016

**3. Service Type:** ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
**4. Restricted Delivery? (Extra Fee):** ☐ Yes

**2. Article Number:** 7006 0100 0001 9277 9311

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Certified Mail Receipt #1

**Postage:** $0.39
**Certified Fee:** $2.40
**Return Receipt Fee:** $1.85
**Restricted Delivery Fee:** $0.00
**Total Postage & Fees:** $4.64

Postmark: Clayton, AL 06/19/2006

**Sent To:** Mr. J.C. Giles (Warden)
**Street, Apt No. or PO Box No:** Ventress Correctional Facility, P.O. Box 767
**City, State, ZIP+4:** Clayton, Alabama 36014

PS Form 3800, June 2002

---

## Certified Mail Receipt #2

**Postage:** $0.39
**Certified Fee:** $2.40
**Return Receipt Fee:** $1.85
**Restricted Delivery Fee:** $0.00
**Total Postage & Fees:** $4.64

Postmark: Opelika, 06/19/2006

**Sent To:** Mr. Richard Allen (Prison Commissioner)
**Street, Apt No. or PO Box No:** Alabama Dept of Corrections, 301 South Ripley Street
**City, State, ZIP+4:** Montgomery, Alabama 36130

PS Form 3800, June 2002