IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT FOR ALABAMA
NORTHERN DIVISION

2006 JUL 28 A 9:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr. Bey       *
   Plaintiff, Pro-Se,                *   Civil Action No.
        -VS-                         *   2:05-CV-439-A-WO
Sylvester Nettles, et.al.,           *
        Defendants.                  *

**Plaintiff Wright, Sr. Bey Motion Requesting Permission To Submit "Plaintiff Motion Of Enquiry" And "Plaintiff Motion Of Objection To Order On Motion Passed Down On July 24, 2006"**

I Richard Wayne Wright, Sr. Bey, A.I.S. # 187140, Plaintiff, Pro-Se, submits this (said) motion. Plaintiff Motion of Objection To order on motion passed down on July 24, 2006 and Plaintiff motion of Enquiry. Plaintiff ask that this motion for permission be granted to receive (said) motions mention above.

Done this the 26th day of July, 2006.

Page 1 of 4

Respectfully Submitted,
_Richard W. Wright, Sr. Bey_
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey A.I.S #187140 Plaintiff, Pro-Se, am the plaintiff in the above encaptioned motion and certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent ~~Statute~~ R.W.W. Status that this Honorable Court/ and/or Clerk Forward a clock stamp 'Front page' copy to plaintiff and a copy of this (said) motion to defendant(s) Counsel's which addresses are as following:

Gregory F. Yayhmai
ASB 2411 - H 67 G
Scott, Sullivan, Streetman, & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Page 2 of 4

Troy King (Attorney General)
State Bar # ASB-5944-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5048-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
     Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer with postage prepaid and for this (said) motions to be placed in the United States mail Box at Ventress Correctional Facility and properly addressed this on the 26th day

OF July, 2006.

        Respectfully Submitted,
        Richard W. Wright, Sr. Bey
        Richard Wayne Wright, Sr. Bey #187140
        Ventress Correctional Facility
        Segregation Unit / Cell #801
        Post Office Box 767
        Clayton, Alabama 36016