IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUL 28 A 9:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr. Bey, *
Plaintiff, Pro-Se., * Civil Action No.
-vs- * 2:05-CV-439-A-WO
Sulvester Nettles, et.al., *
Defendants. *

## Plaintiff Motion of Enquiry

I Richard Wayne Wright, Sr. Bey, A.I.S # 187140, am the plaintiff, Pro-Se., Comes in this above (said) motion and seeks the following:

1). Is there any way this Honorable Court will/could send a respresentative to preserve plaintiff life?

2). I've made other attempts here at Ventress Correctional Facility (V.C.F.), First by sending certify mailed to prison officials (Warden(s) at Ventress (V.C.F.); Richard Allen prison Commissioner); Segregation Board of Committee was exception to mail being sent

Certified, ect.) Concerning preserving my life and the danger I'm in but [they] refuse to properly respond or harken to my plea's. I also sent this Honorable Court the same letters, but they have been return to me on two (2) occeation without being Filed and Considered. Would this Honorable Court temporarily apply statute 18 USC § 5003, if [it] will not, Would this Honorable Court at the least inform the District Attorney of Barbour County and/or the Attorney General For the state of Alabama to apply Section 30-5-1, et. Seq. (Ala. Code 1975) and/or come to Ventress Correctional Facility (V.C.F) to ensure defendants 'stop' violations of plaintiff rights [the] Fourteenth (14th) and Eighth (8th) Amendments of the United States Constitutions

3). Plaintiff Wright, Sr. Bey Sent mail through inmate's legal mail service's here at Ventress

(V.C.F.) which postage was to be supplied by prison officials on July 19, 2006, which had two (2) motion enclosed (1). "Plaintiff Motion To Request Permission To Submit And Filed Plaintiff Motion For A Temporary Restraining Order And Protection Order"; and (2). "Plaintiff Motion For A Temporary Restraining Order And Protection Order"; and ask in (said) motion's `Certificate of Service´ would this Honorable Court Clerk Forward a Copy to plaintiff after these (said) motions are Clock Stamp For Filing, but I have not receive any response from this Honorable Court and or Court's Clerk. Did this (said) motion's reach the Honorable Court, and if so, could or would this Honorable Court send plaintiff the `Front page´ (of each) of the two (2) (said) motions after [they] were Clock Stamp For Filing as previously requested

4). Would this Honorable Court and/or Clerk informed plain-

Page 3 of 6

tiff (or) what date (?) this Honorable Court extended the "extention of time" to, and how did this Honorable Court interpet's [motion for leave] (Court Doc. No. 186)

Done this the 26th day of July 2006.

Respectfully Submitted,
Richard W Wright, Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Official Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr., Pro-Se., am the petitioner in the above encamption motion, and certify I have sent a copy of this motion to the Clerk of the Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk forward a clock stamp

Page 4 of 6

'Front page' copy to plaintiff and a copy of this (said) motion to defendant's counsel(s) which addresses are as following:

Gregory F Vauhmai
ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Briggs
Alabama Department of Corrections

Page 5 of 6

Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hand of the on duty officer with postage prepaid and for this (said) motion to be placed in the United States mail Box at Ventress Correctional Facility and properly addressed this on the 26th day of July, 2006.

Respectfully Submitted,
Richard W Wright, Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell # 801
Post Office Box 767
Clayton, Alabama 36016

Page 6 of 6