IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG -1 A 9:48

Richard Wayne Wright, Sr.,
    Plaintiff, Pro-Se.,          *  Civil Action No.
         -vs-                    *  2:05-CV-439-A-WO
Sylvester Nettles, et. al.,      *
    Defendants.                  *

<u>Motion Requesting Permission To Grant And
Filed Petitions For "General Power of Attorney"
And Motion To Hold In Abeyance Said Case.</u>

   I Richard Wayne Wright, Sr., Plaintiff, R.W.W.
Pro-Se request in the above this Honorable Court to except said documents for filing and earnestly ask that this Honorable Court too except and grant this motion "Motion Requesting Permission To Grant And Filed Petitions For "General Power of Attorney" And Motion "To Hold In Abeyance Said Case" For the said following reasons:
   Plaintiff Wright needs some help with this case (retrieving, copying documents in his prison file, ect.) and conditions defendants have subject plaintiff to (forbidding plaintiff full access to his entire prison file last

Page 1 of 5

this Honorable Court Order, placed and held plaintiff in segregation to better monitor and control plaintiff Actives [litigation process] effect plaintiff accessibleness to legal Books, ect.), too properly litigate this case with Supporting law(s) Such petitions For "General Power of Attorney" Appointing Constituting, and nominating (said) people/person's Stated in the petition's For "General Power of Attorney" Which could and may help plaintiff in the absent of a Counselor and to assist plaintiff in (these) legal matters.

Secondly, Plaintiff asks that this Honorable Court except the motion labeled "Plaintiff Motion To Hold In Abeyance" of said case (<u>Richard Wayne Wright, Sr. -vs- Sylvester Nettles, et al.</u>; Civil Action No. 2:05-CV-439-A-WO) For Such reasons as stated in that (said) motions, (see accompained motion "Plaintiff Motion To Hold In Abeyance".)

IF this Motion is not in its proper Form plaintiff ask that this Honorable Court Construted it into its proper Form.

Page 2 of 5

Done this the 2nd Day of July, 2006.

Respectfully Submitted,
*Richd W Wright, Sr, Bey*
Richard Wayne Wright, Sr. Bey #187140
Plaintiff, Pro-Se.

## Certificate of Service

This is to ~~eta~~ R.W.W Certify that I Richard Wayne Wright, Sr., Pro-Se., am the petitioner in the above encaptioned motion and certify I have sent a copy of this to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk for word a copy of this said motion to defendants Counsel(s) which address are as following:

Gregory F. Yayhmai
ASB 2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
       Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to place in the United States mail box located here at Ventress Correctional Facility with postage prepaid and properly address this on the 2nd day of July, 2006.

Respectfully Submitted,

_____
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016

## Statement of Notary

STATE OF ALABAMA )
COUNTY OF BARBOUR )

Subscribed And Confirms To Before Me This __2nd__ day of __July__, 2006.

_____            _____
AFFIant                                                        Notary Public
28 USC 1746

_____
MY COMMISSION EXPIRE DATE