IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright, Sr.,
 Plaintiff, Pro-Se.,
  -Vs-
Sylvester Nettles, et. al.,
 Defendants.

2006 AUG -1 A 9:48

Civil Action No.
2:05-CV-439-A-WO

## Plaintiff's Wright Motion For General Power Of Attorney

Comes Now, the plaintiff, Pro-Se., Richard Wayne Wright, Jr. Bey, A.I's # 187140 in the above style Cause by and through inmate's law library Service at Ventress Correctional Facility Post Office Box 767, Clayton, Alabama 36016, and filed this motion For "General Power of Attorney" to aid and assist plaintiff concerning any bussiness (the) incarceration prevents or forbids (him)(from) dealing in or with, not to exclude these/this legal matter and to conduct bussiness (es) in behalf of plaintiff and For plaintiff in the State of Alabama as the term's of the functioning Power in which the 'named' people/person is indicated on the (said) document(s)

Page 1 of 4

"General Power of Attorney Shall and might Function "in place" with and/or For plaintiff.

IF this 'Motion' is not in its proper Form plaintiff ask that this Honorable Court Construed it into its proper Form, (see accompanied document(s) labeled "General Power of Attorney")

Done this the 30th day of June, 2006.

Respectfully Submitted,

Richard Wayne Wright, Jr. Bey #187140
Plaintiff, Pro-Se.


Certificate of Service


This is to Certify that I Richard Wayne Wright, Sr. Bey, plaintiff, Pro-Se., am the petitioner in the above encaptioned motion and Certify I have sent a Copy of this motion to the Clerk of the Court and earnestly ask due to plaintiff indigent Status that this Honorable Court and/or Clerk of this Court Forward a Copy of this (Said) motion to

Page 2 of 4

defendant's Counsel (s) which
address are as following:

Gregory F. Vayhmai
(ASB 2411- H 67 G)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB - 5949. 5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098- K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB -9928-S 81 H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
        Legal Division
301 Ripley Street

Page 3 of 4

Montgomery, Alabama 36130

by placing this Motion in the
hands of the on duty officer
to place in the United States
mail Box located at Ventress
Correctional Facility with postage
prepaid (stamps) and properly
address this on the 30th day
of June, 2006.

Respectfully Submitted,

Richard Wayne Wright, Sr. Bey # 187140
Ventress Correctional Facility
Segregation Unit / Cell # 801
Post Office Box 767
Claytory Alabama 36016

Page 4 of 4

STATE OF ALABAMA )
COUNTY OF BARBOUR RECEIVED

2006 AUG -1 A 9:48

RICHARD WAYNE WRIGHT, JR.

TO

JEFFERY HUTCHERSON

GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS THAT I, RICHARD WAYNE WRIGHT, JR., an adult, over the age of twenty-one (21) years of age, resident of BARBOUR County in the State Alabama have nominated, constituted, and appointed, and do by these presents nominate, constitute and appoint JEFFERY HUTCHERSON, as my true and lawful Attorney-in-Fact for me, and in my name, place and stead, to manage, supervise, conduct and control any and all of my business affairs, specifically including but not limited to the rental, leasing, mortgaging, or

Page 1 of 5 R.W.W.

Selling, or any real property which I may own or in what I may have any interest what so ever, under such terms and conditions and at such prices whether For cash, or part cash and credit, or credit, or other wise, as he may deem best and proper and I do Further empower and authorize my said Attorney-in-Fact to collect and receipt For any and all rentals of any oF my property, to borrow money and give mortgages, deeds oF trust or other wise hypothecate any and all oF my property and and all oF my property both personal and real under such terms and conditions, and in such manner as he, my said Attorney-in-Fact alone, shall deem best and advisable, to collect any and all monies, that may now be, or may in the Future become owing to me, and to deposit the same in any bank, and to issue checks there on, to pay any or all ob-ligation which I may owe in the Future, whether For living ex-penses, medical expenses, hospital care, goods purchased, or other wise, to invest, collect and receipt For and other wise dispose of any

Page 2 oF 5 R.W.W.

receipt For and other wise dispose of any interest in such investment.

It is my intent and I do by these presents give and grant unto JEFFERY HUTCHERSON, as my true and lawful Attorney-in-Fact For me, general and absolute power of Attorney in his discretion to do and perform For me, and in my name, place and stead, any act, deed or transaction which I myself could perform in my own proper person were I present and present and able so to do, until such time as I shall personally revoke this power.

This power of Attorney shall not be affected by the subsequent disability or incompetence of the principal. This being a true and original copy.

Done ON THIS THE <u>1st</u> Day of June 2006



Right Thumb print

RespectFully Submitted,
<u>Richard W. Wright Sr.</u>
Richard Wayne Wright, Sr.
28 USC 1746

Page 3 OF 5 R.W.W.

# <u>Certificate Of Service</u>

This is certify that I Richard Wayne Wright, Sr. Bey, Pro-Se, am the petitioner in the above encaptioned motion and certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forward a clock stamp 'Front page' to plaintiff and a copy of this (said) motion/General Power-of-Attorney to defendants Counsel(s) Which addresses are as Following:

Gregory F. Yayhmai
ASB 2411 - H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB - 5949 - S615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)

Page 4 OF 5

Douglas B. Hargett (ASB-9928-S81H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alambama Department of Corrections
        Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this Motion/General Power-of-Attorney in the hands of the on duty officer to placed [this] in the United States mail here at Ventress Correctional Facility with postage prepaid and properly address this on the ___30th___ day of ___July___, 2006.

                    Respectfully Submitted,
                    Richd W. Wright, Sr. By
                    Richard Wayne Wright, Sr. Bey #187140
                    Ventress Correctional Facility
                    Infirmary R R.W.W.
                    Segregation Unit/Cell #801
                    Post Office Box 767
                    Clayton, Alabama 36016


                    Page 5 of 5

STATE OF ALABAMA)
COUNTY OF BARBOUR)

RECEIVED
2006 AUG -1 A 9:48

RICHARD WAYNE WRIGHT, SR.,

TO

DOROTHY (FREDERICK) LOCKHART

GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS
THAT I, RICHARD WAYNE WRIGHT, SR.,
an adult, over the age of twenty-
one (21) years of age, resident of
Barbour County in the State
Alabama have nominated, consti-
tuted, and appointed, and do by
these presents nominated, R.W.W. con-
stitute and appoint DOROTHY
(FREDERICK) LOCKHART, as my
true and lawful Attorney-in-Fact
for me, and in my name, place and
stead, to manage, supervise, con-
duct and control any and all of
my business affairs, specifically
including but not limited to the
rental, leasing mortgaging, or
selling, or any real property which

Page 1 of 5 R.W.W.

I may own or in what I may have any interest what so ever under such terms and conditions and at such prices whether for cash, or part cash and credit, or credit, or other wise, as she may deem best and proper and I do Further empower and authorize my said Attorney-in-Fact to collect and receipt for any and all rentals of any of my property to borrow money and give mortgages, deeds of trust or other wise hypothecate any and all of my property both personal and real under such terms and conditions, and in such manner as she my said Attorney-in-Fact alone, shall deem best and advisable, to collect any and all monies, that may now be or may in the future become owing to me, and to deposit the same in any bank, and to issue checks there on, to pay any and all obligation which I may owe in the future whether for living expenses, medical expenses, hospital care, goods purchased, or other wise to invest, collect and receipt for and other wise dispose

OF any interest in such investment.

It is my intent and I do by these presents give and grant unto DOROTHY (FREDERICK) LOCKHART, as my true and lawful Attorney-in-Fact For me, general and absolute R.W.W. power of Attorney in her discretion to do and perform For me, and in my name, place and stead, any act, deed or transaction which I myself could perform in my own proper person were I present and present and able so to do, until such time as I shall personally revoke this power.

This power OF Attorney shall not be affected by the subsequent disability or incompetence of the principle. This being a true and original Copy

Done On This The 1st Day OF July, 2006.

Respectfully Submitted,
Richard W. Wright, Sr.
Richard Wayne Wright, Sr.
28 USC 1746



Right Thumb Print

Page 3 OF 85 R.W.W.

## Certificate of Service

This is Certify that I Richard Wayne Wright Sr. Bey, Pro-se, am the petitioner in the above encaptioned motion/General Power-of-Attorney and Certify I have sent a copy of this motion to the clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk Forward a Clock Stamp 'Front page' to plaintiff and a copy of this (said) motion/General-Power-of-Attorney to defendant's Coun- Counsel(s) which addressess are as Following:

Gregory F. Vayhmai
ASB 2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

Page 4 of 5

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-4928-581H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
            Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this Motion/ General-Power-of-
Attorney in the hands of the on duly
Officer to placed [this] in the United States
mail here at Ventress Correctional
Facility with postage prepaid and
properly address this on the __30th__
day of ___July___, 2006.

            Respectfully Submitted,
    _Richard W. Wright, Sr. Bey_
    Richard Wayne Wright, Sr. Bey #187140
    Ventress Correctional Facility
    Segregation Unit/Cell #801
    Post Office Box 767
    Clayton, Alabama 36016


            Page 5 of 5

STATE OF ALABAMA)
COUNTY OF BARBOUR)

RICHARD WAYNE WRIGHT SR.

RECEIVED

2006 AUG -1 A 9:48

U.S. DISTRICT COURT

TO

LATISHER (WRIGHT) HUTCHERSON

## GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRE-
SENTS THAT I, RICHARD WAYNE
WRIGHT, SR., an adult, over the
age of twenty-one (21) years of
age resident of BARBOUR COUNTY
in the State Alabama have no-
minated, Constituted, and appointed,
and do by these presents nominate,
Constitute and appoint ~~EAt~~ R.W.W
LATISHER (WRIGHT) HUTCHERSON,
as my true and lawful Attorney-
in-Fact for me, and in my name,
Place and stead, to manage, Super
Vise, Conduct and Control any
and all of my business affairs,
Specifically including but not
limited to the rental, leasing
mortgaging, or selling, or any

Page 1 of 85 R.W.W

real property which I may own
or in what I may have any in-
terest what so ever, under such
terms and conditions and at such
prices whether for cash, or part
cash and credit, or credit, or
other wise, as she may deem
best and proper and I do further
empower and authorize my said
Attorney-in-Fact to collect and
receipt for any and all rentals
of any of my property to borrow
money and give mortgages, deeds
of trust or other wise hypothe-
cate any and all of my property
and all of my property both per-
sonal and real under such terms
and conditions, and in such manner
as my said Attorney-in-Fact alone,
shall deem best and advisable to
collect any and all monies, that
may now be, or may in the future
become owing to me, and to deposit
the same in any bank, and to issue
checks there on, to pay any or all
obligation which I may owe in
the future whether for living
expenses, medical expenses, hospi-
tal care, goods purchased, or other
wise, to invest, collect and receipt

Page 2 of 5
R.W.W.

For and other Wise dispose of any receipt For and other Wise dispose of any interest in such investment.

It is my intent and I do by these presents give and grant unto LATISHER (WRIGHT) HUTCHERSON, as my true and lawFul Attorney-in-Fact For me, general and obsolute power of Attorney in her discretion to do and perform For me, and in my name, place and stead, any act, deed or transaction which I myself could perForm in my own proper person Were I present and present and able so to do, until such time as I shall personally revoke this Power.

This power of Attorney shall not be affected by the subsequent disability or incompetence of the Principle. This being a true and original Copy.

Done On This The 1st Day OF July, 2006.

RespectFully Submitted,

Richard W. Wright, Sr.

Richard Wayne Wright, Sr.

28 USC 1746

Right Thumb Print

Page 3 of 85 *R.W.W.*

# Certificate Of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey, Pro-Se., am the petitioner in the above encaption motion and certify I have sent a copy of this Motion to the Clerk of this Court and earnestly ask due to plaintiff indigent Status that this Honorable Court and/or clerk forward a Clock Stamp 'Front page' to plaintiff and a copy of this (said) motion/ General Power-Of-Attorney to defendants Counsel(s) Which addresses are as following:

Gregory F Vayhmai
ASB 2411- H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S615
Steven Mallette Sirmon
(Assistance (Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)

Page 4 OF 5

William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668


Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
              Legal Division
301 Ripley Street
Montgomery, Alabama 36130


by placing this Motion/General Power-of-
Attorney in the hands of the on duty
officer to placed [this] in the United
States mail here at Ventress Correctional
Facility with postage prepaid and pro-
perly addressed this on the 30th day
of July, 2006.


                    Respectfully Submitted
                    Rich W. Wright Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit/Cell #801
Post Office Box 767
Clayton, Alabama 36016




Page 5 of 5