**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 06/20/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ventress Correctional Facility
c/o J.C. Giles, Warden
P.O. Box 767
Clayton, Alabama 36016

2. Article Number (Transfer from service label): 7006 0100 0001 9277 9311

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(Exhibit One (1))

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here 06/19/2006

Sent To: Mr. J.C. Giles (Warden)
Street, Apt. No.; or PO Box No.: Ventress Correctional Facility P.O. Box 767
City, State, ZIP+4: Clayton, Alabama 36016

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here 06/19/2006

Sent To: Mr. Richard Allen (Prison Commissioner)
Street, Apt. No.; or PO Box No.: Alabama Dept. of Corrections 201 South Ripley Street
City, State, ZIP+4: Montgomery, Alabama 36130

PS Form 3800, June 2002    See Reverse for Instructions