(Exhibit Two (2))

July 31, 2006

To: United States District Court Clerk
From: Richard Wayne Wright, Sr
       A.I.S # 187140

RE: <u>Documents/exhibits Sent to this Honorable Court with a Complaint on March 2, 2005 in which this Court received on or about March 10, 2005</u>

Dear: Court Clerk,

I am Richard Wayne Wright Sr. the concerned party in this important matter. I ~~file~~ [R.W.W] Filed a Complaint in March 2, 2005 and mailed it Certified mailed return receipt. I received the return receipt showing that it reach this Honorable Court on or about March 10, 2005 (Certified Mail, return receipt # 7001-1140-0000-1863-1021) There are very important Exhibits [I] inclosed with said Complaint that are essential to plaintiff Wright Complaint he Filed with the middle District Court of Alabama, Northern Division (Case Action Richard Wayne Wright Sr. -vs- Sylvester Nettles, et. al, No. 2:05-CV-439-A-WO For some unknown

Page 1 of 5

reason (plaintiff Wright assumes) the said complaint he mailed to your office was not fit for filing and for such reason I resubmitted one to the District Court in these area, as stated above. I mail the following documents/exhibits that I earnestly asks for your time) in returning these original Documents/Exhibits which are as following:

1). Notice of Involuntary Medication Hearing
2). Detention Notification (pending investigation) Sgt. Strickland
3). Detention Notification pending an extention for investigation Lt. Miller
4) Detention Notification (mental health observation) Sgt. Strickland
5). Classification Appeal Form - Mrs. Seals
6). ~~Classification Appeal Form~~ R.W.W.
6). 24 Hour advance Notification of pending reclassification Mrs. Seals
7). Progress Review Form August 20, 2004 - Mrs Seals
8). Progress Review Form March 3, 2004.

Page 2 of 5

9). Semi-annual review September 9, 2002 (Keith Armogosh)

10). Disciplinary Report Rule Violation #31 (Timothy Holmes)

11). Mental Health Consulation to Disciplinary Process (November 3, 2004)

12). Notice of Rescheduling of disciplinary hearing.

13). Questions For Lt. Babers (Converted) into inmate Wright wish this to be his opening testimony -- Done by officer Washington

14). Question For officer Timothy Holmes.

15). Returning of motion requesting status of complaint

16). Motion Requesting Status of Complaint (middle District)

17). Affidavit by Robert Young

18). Inmate Request Slip Walton Solomon w/m; Julio Marquez w/m; Robert ? w/m; and Jimmy ? w/m (with Mr. Blackledge)

19). 24 Hour advance Notification of Pending reclassification by Mr. Blackledge

20). My sworn Affidavit given to Mr. Blackledge with response.

Page 3 of 5

21). Questions for officer Holmes with Mr. Blackledge response.
22). Question for sergeant Ligon with Mr. Blackledge response on front and back of documents.
23). Progress review Form (March 7, 2002) by Keith Armogost
24). Semi-Annual Review July 27, 2001 by Keith Armogost
25). Progress Review Form December 28, 2000 Ms Johnson and Paul Whaley Response
26). Brief In support of Motion For dismissal.

　　　If plaintiff Wright is to Submitted Stamps to your office For postage needed to return these important documents to him. I earnestly ask that your response at the most earlest time possible informing me how many stamps I must send you. As always, know, your time used to address and respond to my lenghty letter will be greatly appreciated.

　　　Done this the July 31, 2006.

(Exhibit Two (2))

Done this the 31st day of July, 2006.

               Respectfully Submitted,
               Richard W. Wright Jr. Bey
               Richard Wayne Wright Jr. Bey #187140
               Ventress Correctional Facility
               Post Office Box 767
               Clayton, Alabama 36016