IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-439-WHA ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by the plaintiff on August 1, 2006 (Court Doc. No. 192), in which the plaintiff seeks leave to file petitions for general power of attorney and a motion to hold in abeyance, and as such actions are neither relevant nor necessary to the disposition of this case, it is

ORDERED that the motion for leave to file be and is hereby DENIED.

Done this 4th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE