IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by the plaintiff on July 28, 2006 (Court Doc. No. 191), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks to file an objection to the order entered on July 24, 2006 denying his motion for the court to provide free copies of service materials to counsel for the defendants (Court Doc. No. 185).

2. This motion be and is hereby DENIED to the extent that the plaintiff seeks to file a motion of inquiry as the filing of such a motion is not warranted.

Done this 4th day of August, 2006.

                      /s/Charles S. Coody
                      CHARLES S. COODY
                      CHIEF UNITED STATES MAGISTRATE JUDGE