IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 AUG 11 A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr., *
  Plaintiff, Pro-Se.,       * Civil Action No.
      -vs-                  * 2:05-CV-439-A-WO
Sylvester Nettles, et. al., *
  Defendants.               *

Plaintiff Wright Seeks Permission From This Honorable Court To Filed An Objection To Each of The Five (5) 'Orders On Motions' Passed Down On August, 4th, 2006 By The Honorable Charles S. Coody

   I Richard Wayne Wright, Sr. Bey; A.I.S- No. 187140, Plaintiff, Pro-Se., Comes Now Seeking permission From this Honorable Court to File Objections to 'Motion On Orders' passed down on August 4th, 2006, by the Honorable Charles S. Coody (Court Doc. No.'s: 194, 195, 196, 197, and 198.
   Done this the 8th day of August 2006.

                    Respectfully Submitted,
                    Richard W Wright, Sr Bey
                    Richard Wayne Wright, Sr. Bey; #187140
                    Ventress Correctional Facility
                    Segregation Unit/Cell #801

Page 1 of 3

Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright Sr. Bey, Pro-Se, am the petitioner in the above encaption motion and certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk forward a clock stamp copy 'Front page' to plaintiff and a copy of this motion to defendant's Counsel(s) which addresses are as following:

Gregory F. Yayhma (ASB-2411-H67G)
William A Scott Jr. (ASB-1539-073W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon
Assistant Attorney General
Hugh Davis (Attorney)
Alabama Board Pardon and Parole
Post Office Box 302405
Montgomery Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
   Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to placed [this] in the (legal mail box for postage to be paid by the prison officials) there after to be placed in the United States mail box at Ventress Correctional Facility after postage is supplied and properly address this on the 8th day of August, 2006

     Respectfully Submitted,
     _____
     Richard Wayne Wright, Sr. Bey #182140
     Ventress Correctional Facility
     Segregation Unit / Cell # 801
     Post Office Box 767
     Clayton, Alabama 36016