"Admin Reg."

| DATE | ISSUED TO |
|------|-----------|
| 403  | Disc maj Rules |
| 404  | Due Process |
| 427  | CIT |
| 434  | Disc Seg |
| 435  | PC. |
| 436  | Seg Review |

Exhibit "A"

DEMCO 32-207