Exhibit "B"

LIBRARY REQUESTS FROM SEGREGATED INMATES

Name: Richard W. Wright Sr.

AIS #: 187140    Infirmary #103

Date: December 18, 2005

The following are books that I am requesting to check out of the Library while I am in a segregated unit/status:

Title #1: 170 F.3d. — (one (1) paper clip) (if approve)

Title #2: Federal Criminal Code and Rule

Title #3: Two (2) carbon paper (if approve)

Title #4: (A.R.) Table of Contents or

Title #5: index's For 400's and 500's Series

I understand that I will receive only ~~one~~ two (R.W.W.) of the above listed books at a time as it becomes available.
I understand that I am held responsible for any book checked out to me in Segregation.

Signature:

*Richard W. Wright, Sr.*
Richard Wayne Wright Sr. #187140