Exhibit "C"

## INMATE REQUEST SLIP

Name: Richard W. Wright Sr. Bey  Quarters: 801 (Seg)  Date: 6 July 2006

AIS #: 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet        (X) Other ~~_____~~
                                              Adman. Regs.

**Briefly Outline Your Request- Then Drop in Mail Box**

This Administrative Regulation #408 "Notification To Next of KIN DEATH OR CRITICAL ILLNESS OF INMATE" sent to me was issued in Jan. 9, 1992 when Morris L Thigpen was Commissioner. I would think this copy is obsolete and I ask you how could I view a more current one? Your response is requested!

**Do Not Write Below This Line – For Reply Only**

10-4-04 current dated reg —

Ofc. Abercrombie will be updating Reg Book shortly — current Regs will be available shortly —

M. Guy Monk COSII

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary Public  ( ) Record Office

N176