Exhibit "D"

## INMATE REQUEST SLIP

Name __Richard Wright__   DORM# __10B-55__   Date __11-17-05__

AIS # __187140__

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem

( ) Special Visit     ( ) Time Sheet     (✓) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

1. Time to eat?
2. Admin Regs in Law Library?

**Do Not Write Below This Line - For Reply Only**

1. You enter chow hall and you will be given enough time to eat. You will not be allowed to "visit" in the chow hall. 1650 inmates at Ventress have to be fed in a dining hall designed for 600.

2. 400 series Regulations (Inmate, Institutional, Treatment Programs) only Regulations Allowed in Law Library and that is what is in the Ventress Law Library.

Approved ____ Denied ____ Pay Phone ____ Collect Call ____

Request Directed To: (Check One)

( ) Warden     ( ) Deputy Warden     (✓) Captain

( ) Classification Supervisor     (✓) Legal Officer - Notary Public     ( ) Record Officer

_Jerry Monk COS-II_

N176