IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 AUG 11 A 9:50

Richard Wayne Wright, Sr., &ast;
   Plaintiff, Pro-Se, &ast;  Civil Action No.
       -VS- &ast;  2:05-CV-439-A-WO
Sylvester Nettles, et.al., &ast;
   Defendants. &ast;

## Plaintiff Wright Motion To Object To 'Orders On Motion' Passed Downed By The Honorable Charles S. Coody On August 4th 2006.

I Richard Wayne Wright, Sr. Bey, AIS No. 187140, Plaintiff, Pro-Se, Comes Now, in objection to the 'Order on Motion' Passed down by the Honorable Charles S. Coody on August 4th, 2006, (Court Doc. No. 195). The Honorable Charles S. Coody states I Failed to Set Forth any grounds, justifying the Filing of such motion. Plaintiff has gave this Honorable Court a clear discription of the reasons For the (said) motion "Plaintiff's Motion For A Temporary Restraining order and Protection order Within that motion and now it appears the Honorable Charles S. Coody is rejecting the motion due to grounds justifying the Filing of (Such) motion.

Page 1 of 8

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
2006 AUG 11 A 9:50

Richard Wayne Wright, Sr.,  *
  Plaintiff, Pro-Se,  * Civil Action No.
     -VS-  * 2:05-CV-439-A-WO
Sylvester Nettles, et. al.,  *
  Defendants.  *

Plaintiff Wright Motion To Object To 'Orders On Motion' Passed Downed By The Honorable Charles S. Coody On August 4th 2006.

I Richard Wayne Wright, Sr. Bey, AIS No. 187140, Plaintiff, Pro-Se, Comes Now, in objection to the 'Order On Motion' Passed down by the Honorable Charles S. Coody On August 4th, 2006, (Court Doc. No. 195). The Honorable Charles S. Coody states I failed to Set Forth any grounds, justifying the filing of such motion. Plaintiff has gave this Honorable Court a clear discription of the reasons for the (said) motion "Plaintiff's Motion For A Temporary Restraining Order and Protection Order Within that motion and now it appears the Honorable Charles S. Coody is rejecting the motion due to grounds justifying the filing of (such) motion.

Page 1 of 8

It is a wonder upon plaintiff whether [he] was suppose to send an additional motion setting forth grounds in addition to said motion he submitted "Plaintiff motion for a Temporary Restraining order And Protection order" It appears the Honorable Charles S. Coody, along with the Court Clerk has begun to get very technical and ignoring/disregarding plaintiff, functioning as a Pro-se, litigant with the limited general knowledge of the Courts strict process/proceeding and when plaintiff attempt twice in the past to make inquiry these' motion for inquiry ~~was et~~ R.W.D. are denied leaving plaintiff guessing [he] know exactly what this Honorable Court ~~recent~~ R.W.N meant, which in reality 'if' plaintiff were certain [he] understood this Honorable Court meaning [he] would not have sought (such) inquiries of the past for clarity in the Courts meaning(s). It also appears the Honorable Charles S. Coody and (the) Court Clerk Ms. Debra P. Hackett are taken steps towards prejudicing plaintiff outcome concerning this (said) case. This motion also extends to "Order on motion" (Court Doc No. 194) which was another attemp plaintiff made

Page 2 of 8

to preserve his life and health. I guess the information I submitted for this Honorable Court in a less professional form was not formal enough to be considered because for "good cause" whatever the Honorable Charles S. Coody considered the cause was for [him] to deny said motion "For protection order" was a "cause" [he] adjudge good, but I have 'not' the slightest idea what [that] cause was or is. Therefore I can not properly attempt to address or object this unknow 'cause' for denial of plaintiff motion. Maybe the position in which you 'sit in' [you the Honorable W. R.W.W Harold Albritton Senior United States District Judge) may can give me clarity as to what "good cause" is meant for as stated on (Court Doc. No. 194) as well as what the Honorable Charles S. Coody referred to as "Circumstances which warrant issuance" of such an order I listed circumstances in (said) motion (Court Doc. No. 190). I now wonder how these circumstances are to be worded to warrant issuance! And how are these words "warrant issuance" defined / interpeted by this (said) Court?

   Plaintiff also ask so simply as he ~~kn~~ R.W.W knew how the Court Clerk within

Page 3 of 8

[his] attach 'Certificate of service' would [she] send plaintiff copy of the front page of these motions after they are clock stamp for filing. Plaintiff legal mail is being mailed at will of the designated prison official (?) plaintiff can predict [this] based on the dates [his] honorable Court informed plaintiff Wright of [their] said filing and receiving plaintiff documents. This action of delay in mailing plaintiff legal mail is believed to be done to interfer/interrupt plaintiff access to Court. After plaintiff Wright sought from defendants and/or defendant's agent refuse to allow me to see these ~~agent~~ R.W.W. ~~refuse to~~ R.W.W. written policy/Administrative Regulations governing procedure's of the Alabama Department of Correction. (A.D.O.C.) law library adequacy here at Ventress Correctional Facility (V.C.F.). Plaintiff Wright has had problems with officer Abercrombie Supervisor Sgt. S. Carter (CO.II) on several occation at which times I were refered to Lt. Dowling (COS.I) concerning issue related to the law library until Capt. Monk (COS.II) step in as Supervisor. (See Exhibits "A", "B", "C", "D"] and Exhibits "A" is the index card of c. Abercrombie gave me

Page 4 of 8

Concerning available Administrative Regulations. Exhibit "B" is request slip, requesting carbon paper Table of contents of index's for Administrative Regulation (A.R.), Request slip to Captain Monk. This problem plaintiff has been addressing since last year and they are not yet available as Captain Monk confirms on Exhibit "C". Here on exhibit "D" Capt. Monk did not like the way I worded my request so they worded it his way and responded. (1) I reported Lt. Holland refuse to allow me to eat properly. (2) The (Adm. Reg.) Regs. See Exhibit one (1) and Two (2) Exhibit one (1) being inmate David D Whitson #152350 Complaint and Exhibit Two (2) Inmate Akran Faced #241664 two page complaint. Inmates as myself are being denied these administrative Regulations governing policies these defendants only portary verbally as discretionary. I've had this problem since I arrived here at Ventress (V.C.F.) and it still persist as of this day August 8, 2006.

    Done this the 8th day of August, 2006.

Page 5 of 8

Respectfully Submitted,

_Richard W Wright Jr, Bey_
Richard Wayne Wright Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box #767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. Bey, Pro-Se, am the petitioner in the above encaptioned motion and certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk forward a clock stamp copy "Front page" to plaintiff and a copy of this motion to defendant's Counsel(s) which addresses are as following:

Gregory F. Yayhma (ASB-2411-H62G)
William A. Scott, Jr. (ASB-1539-073W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5048-K62D)

William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville Alabama 35804-8668
&
Kim T. Thomas
Gregory Marion Biggs
 Alabama Department of Corrections
         Legal Division
 301 Ripley Street
  Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to placed [this] in the legal mail box for postage to be paid by the prison officials) here to be place in the United States mail box at Ventress Correction Facility after / with proper postage is supplied and properly address this on the        day of        , 2006.

          Respectfully Submitted,
          Richard Wayne Wright, Sr. By
          ─────────────────────────────
          Richard Wayne Wright, Sr, Bey #187140
          Ventress Correctional Facility
          Segregation Unit/Cell #801
          Post Office Box 767
          Clayton, Alabama 36016


          Page 8 of 8