Exhibit One (1)

David D. Whitson #152350
Dormitory  10-A-40

September 1st, 2005

Second Request Slip about this matter unanswered:

Captain Larry Monk.

I wrote you a inmate Complaint dated August 16 2005, Concerning Classification Supervisor Mark Bruton. You did not reply back to the matter which is about Security employees verbal use of Profane and Racial discrimination. I request your respond to that dated complaint because it is not a Lt. or Sgt. problem and your wardens do not address anything in writing from an inmate Concerning their employees D.R. violations misconduct actions.

Sworn to and Subscribed before me
this the 1st day of September 2005:

Carolyn R. Abercrombie
Notary Public:

My Commission Expires August 18, 2007
Commission ex:

David D. Whitson #152350
David D. Whitson #152350
Ventress Corr. Facility
P.O. Box 767
Clayton, Ala. 36016