**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

RECEIVED July 25, 2006

2006 JUL 27 A 9: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

From: Akram Fareed #214664 96/9t
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

To: Ms. Debra Hackett, Clerk
Office of the Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

Re: Standard of Conduct / Officer-Administrator
[Violation of Administrative Regulation 207 section IV B.
(failure to post copy of Admin. Reg. 207-208 on institutional bulletin boards)]

## Complaint

On or about the first week of July, 2006 I, inmate Fareed sent a request to the Warden of VCF requesting to view the Admin. Reg. 207-208. At which time upon a visit to the law library the Officer Abercrombie, the Law library clerk notified me that I would not be permitted to view the regulations, and that they were dress codes governing officers, and that they had no use in relevance to me. She also told me to stop pursuing it because it would do me no good, and that things weren't going to change when she realized I was aware of the true relevance of the Regulations.

In violation of Title 14-3-13 Code of Alabama specifically, observing all the rules and regulations

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

prescribed for the government of convicts.

The Warden is also in further violation of Admin. reg. 207-208 specifically section II Responsibilities **A.**: Institution and departmental staff heads must periodically remind employees to re-read this directive and ensure that all employees under their control adhere to the standards of conduct expected of them.

### Relief Sought

1. Implementation of Administrative Reg. 208
2. Formal reprimand not limiting or excluding a seven(7) day susprention without pay
3. Removal from correctional facility as an officer
4. Psychological counseling be given
5. For the Commissioner to implement the Regulations 207-208 formally.

### Certificate of Service

I hereby certify that I have served a true and correct copy of the foregoing upon the below parties, this 25th day of July 2006 by placing the same in institutional mailbox postage prepaid and properly addressed as follows:

| | |
|---|---|
| Ms. Debra Hackett, Clerk | Warden Jiles |
| Office of the Clerk | Ventress Correctional Fac. |
| United States District Court | P.O. Box 767 |
| Middle District of Alabama | Clayton AL 36016 |
| P.O. Box 711 | |
| Montgomery AL 36101-0711 | |