"Admin Reg."

| DATE | ISSUED TO |
|------|-----------|
| 403 | Disc maj Rules |
| 404 | Due Process |
| 427 | CIT |
| 434 | Disc Seg |
| 435 | P.C. |
| 436 | Seg Review |

Exhibit "A"

DEMCO 32-207