Exhibit "B"

LIBRARY REQUESTS FROM SEGREGATED INMATES

Name **Richard W. Wright Sr.**

AIS # **187140    Infirmary #103**

Date **December 18, 2005**

The following are books that I am requesting to check out of the Library while I am in a segregated unit/status:

(if approve)

Title #1 **170 F.3d. — (one (1) paper clip)**

Title #2 **Federal Criminal Code and Rule**

Title #3 **Two (2) carbon paper (if approve)**

Title #4 **(A.R.) Table of Contents or**

Title #5 **Index's for 400's and 500's series**

I understand that I will receive only ~~one~~ two (R.W.W) of the above listed books at a time as it becomes available.
I understand that I am held responsible for any book checked out to me in Segregation.

Signature:
_Richard W. Wright, Sr._
Richard Wayne Wright Sr. #187140