Exhibit "C"

INMATE REQUEST SLIP

Name Richard W. Wright·Bey  Quarters 801 (Seg)  Date 6 July 2006

AIS # 187140

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet        (x) Other ~~Policies (Regs)~~
                                                       Adman. Regs.

Briefly Outline Your Request- Then Drop in Mail Box

This Administrative Regulation #408 "Notification To Next of KIN DEATH OR CRITICAL ILLNESS OF INMATE" sent to me was issued in Jan. 9, 1992 when Morris L Thigpen was Commissioner. I would think this copy is obsolete and I ask you how could I view a more current one? Your response is requested!

Do Not Write Below This Line – For Reply Only

10-4-04 current dated reg —

Ofc. Abercrombie will be updating Reg Book shortly — current Regs will be available shortly —

M. Jay Monk COSII

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden         ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary Public  ( ) Record Office

N176