IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on "Plaintiff Wright Motion to Object to 'Orders on Motion' Passed Down by the Honorable Charles S. Coody on August 4, 2006."  (Doc. #201).

Upon consideration of the motion, the court finds that the orders of the Magistrate Judge to which the Plaintiff objects are neither clearly erroneous nor contrary to law.  *See Rule 72(a), Fed.R.Civ.P.*  According, it is hereby

ORDERED that the objections are overruled.

DONE this 17th day of August, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE