IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION                2006 AUG 29 A 10:53

Richard Wayne Wright, Sr. Bey  *
    Plaintiff, Pro-se.,          *  Civil Action No
       -vs-                      *  2:05-CV-439-A-WO
Sylvester Nettles, et.al.,       *
    Defendants.                  *

### Plaintiff Wright Motion To Request Permission To Filed The Motions Mention Herein, And Previously Return On Three (3) Past Occation

Comes Now, the Plaintiff, Pro-se., Richard Wayne Wright, Sr. Bey, A.I.S # 187140, in The above styled Cause by and through The Inmate Law Library service at Ventress Correctional Facility, Post Office Box 267 Clayton, Alabama.

Plaintiff Wright Bey ask that this Honorable Court permit these named motions and exhibits in the support of each (said) motion/petition, to be Filed by the Clerk and become a part of the record.

1). Plaintiff Supplement Response

Page 1 of 6

Exhibits Evidence To the defendants Special Report (which was Clock stamp being recieve 2006 Aug-1 A 9:48 prior to 'this' time by the Court Clerk)./

2). Plaintiff Wright Bey Motion to request to hold In Abeyance (which was Clock stamp being recieved 2006 Aug.-1 A 9:48 prior to 'this' by the Court Clerk with Certificate of service).

3). Plaintiff Wright Bey motion in objection To the Honorable W. Harold Albritton order dated May 16, 2006 (which was clock stamp being received 2006 Aug-1 10:49 prior to 'this' time by the Court Clerk. with Certificate of service)

4). Plaintiff Wright Bey motion to submitt other evidence And/or exhibits on 7 (R.W.W.) June 2006. (Which was clock stamp being received 2006 Aug-1 A (10:59 (?)) by the Court Clerk with a Certificate of service)

5). Plaintiff Wright Bey submit Certificate of Service for all the exhibit(s) in support of each motion exhibits are supportive of.

6). Plaintiff Wright Bey to submit other evidence And/or exhibit on 8 June 2006 (Which was clock stamp being received 2006 Aug-1 A 9:49 With Certificate of Service).

7). Plaintiff Wright Bey has submitted Certificate of Service With and For Affidavit/Statement/Formal letters (Which is Label as an exhibit one -I C(I)(C)) at the bottom of the page).

8). Plaintiff Wright Bey motion to submit other evidence And/or exhibits on 6 June 2006 (Which was Clock stamp being Aug-1 A 9:49 by the Court Clerk - with Certificate of Service.

9). Plaintiff Wright Bey objection to the Honorable Charles S. Coody order dated May 14, 2006 Which was Clock stamp being Aug-1-A 9:49 by

Page 3 of 6

the Court Clerk with Certificate of Service.

10). Plaintiff Wright Bey motion to submit other/ evidence and exhibit on June 10, 2006 ( which was Clock stamp being 2006 Aug-1 A 9:49 by the Court Clerk with Certificate of Service with it.).

Done this the 17th day of August, 2006.

Respectfully Submitted,

_Richard W. Wright Sr. Bey_
Richard Wayne Wright Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit/ Cell #801
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. Pro-Se, am the petitioner in the above encaptioned motion and certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff

indigent status that this Honorable Court and/or Clerk forward a copy of this (said) motion to defendant's Counsel(s) which address are R.W. as Following

Gregory F. Yaghmai
ASB 2411 - H 67 G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB - 5949 - S 61 S
Steven Mallette Simon
Assistant Attorney General
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-581H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marlon Biggs
Alabama Department of Correction

Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty infirmary office to placed [this] in the United States mail box at Ventress Correctional Facility after plaintiff supplied and properly address this on the 12th day of August, 2006

Respectfully Submitted,

_Richard W. Wright Sr. Bey_
Richard Wayne Wright, Sr. Bey #18710
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016