IN THE DISTRICT COURT FOR THE UNITED STATES
· FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 AUG -1 A 9:48

RECEIVED
2006 AUG 29 A 10:53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright, Sr.,
    Plaintiff, Pro-Se,
        - VS -
Sylvester Nettles, et.al.,
    Defendants.

Civil Action No.
* 2:05-CV-439-A-WO
*
*
*

Plaintiff Supplement Response/ Exhibits
Evidence To The Defendants Special
Report

COMES NOW, the plaintiff, Pro-Se
Richard Wayne Wright, Sr. Bey, A.I.S # 187140
in the above styled Cause by and through
Inmate Law library Service at Ventress
Correctional Facility, Post office Box 767
Clayton Alabama 36016 and File this
Reply to defendant's Special report.
    Plaintiff is Faced with enormous
problems tring to litigate this case
partly due to some of defendant's
policy (they) designed Concerning pro-
viding inmate access to Courts.
Plaintiff has had difficulty of
getting many needed documents
Fom defendant's at Ventress (V.C.F.)
to Support (his) Claim(s) even after

Page 1 OF 8

this Court order defendants to make available the documents for plaintiff viewing and Copy (hand written) This Honorable Court has added to plaintiff difficulties when [it] made a error by sending all those exhibits / document(s) back to (him) when (he) was struggling ~~BWW~~ getting those Stamps he used to mail [those] documents. Plaintiff Wright had sent a Complaint to the District Court of the (United States) in Washington D.C. prior to filing this Civil Suit 3 1983 within the district (Middle) because [they] have exclusive jurisdiction. In the submitted Complaint plaintiff sent them he has been unsuccessful in retreiving the exhibits plaintiff sent the District Court Certified mail with return receipt On the first return letter plaintiff was not sure what happen to the letter. So (he) threw (I) it in the Crash and written another one and this second (2nd) Submitted letter return to him in a little better Condition, than the first (1st) One. See Exhibit (I) (A). This (Said) Court never gave plaintiff a response to the Complaint (he) sent them, neither

did this (said) Court never return
the Exhibits, Plaintiff Can't say
Certainly if these document were
return and they intercepted that
mail as/ well.

Plaintiff Would like this Honor
able Court to notice these difficul-
ties (he) 'Faces' as descibed in 'Plain
tiff Wright motion To submit other
evidence and/ or exhibits in sup-
port of (said) motion which now
plaintiff Wright submitted as (Ex-
hibits one-B'((I)(B))) Which the
Court Clerk 'Ms Debra Hackett'
Clock stamp initially June 9, 2006
at 9:-4. These documents are label
now at the bottom of (said) documents)

Plaintiff Wright has attempted
to show this Honorable Court a greater
depth of defendant's retaliation
against plaintiff (even up to this present
time) which difficulties are added
While plaintiff litigate this Case
(best he can). See 'plaintiff Wright
motion To submit other evidence
and/ or exhibits on 8 June 2006"
Which this Court Clerk 'Ms. Debra
Hackett' Clock stamp on 12th June,
2006 at 9:52, now listed as (Exhibit
one-c((I) (c))) With supporting Affi-

Page 3 oF 8

davit / Statement/ Formal letter
attach / accompained in support
of (said) motion. (See Exhibit one
C (I) (C)) labeled at the bottom
of (said) documents). This Honorable
Court made void (by mistake) (Court
Doc. No 177) by motion's on order
Court Docs. No 180 and 181) which
plaintiff objection were returned
to (him) through and by the Clerk. Due
to the newly arrange order on motion
by this Honorable Court (Court Doc.
No. 183) vacating (said) orders stated
above, plaintiff attempts to resub-
mit (his) objections " Plaintiff Wright
motion in objection to the Honorable
W. Harold Albritton order dated
may 16, 2006". Which the Court Clerk
'Ms. Debra Hackett' clock stamp
13 June 2006 at 9:(?)8, along with
second (2nd) submitted objection
"plaintiff Wright objection to the
Honorable Charles S. Coody Order
Dated 16 May, 2006", Which was also
clock stamp June 13, 2006 at (9:-8).
Now this/ these documents are
Exhibits One-D (I)(D))). Plaintiff
hopes this Honorable Court will
receive these documents as timely
Filed due to the oversight / mistake

Page 4 of 8

designed from order for permission. See Exhibit One-D ((I)(D))).

Plaintiff Now resubmits motion Plaintiff Motion To Submit other Evidence and/or Exhibits On 6 June 2006", With Supporting Exhibits as indicated in (said) motion which the Court Clerk 'Ms. Debra Hackett' Clock Stamp June 8, 2006 at 9:52. Here in, listed as Exhibit One-E ((I) (E)) With attach Exhibits labeled at bottom of pages).

Lastly, plaintiff resubmits motion "Plaintiff Wright motion To Submit other Evidence and Exhibits on June 10, 2006", which this Honor able Court Clerk 'Ms Debra Hackett' Clock Stamp June 13, 2006 at 9:37. Here after (said) Documents list as Exhibit (One-(F)), With occompanied exhibits as indicated with in (said) motion (see Exhibit (One-(F)).

## Conclusion

Here in, plaintiff prays if this Honorable Court Knows of any or-ganizations, 'pro Bono publico' law Firms or legal organizations that assist inmates in these type cases

or provide legal assistance (legal guides or other helpful materials, ect.) on a Contingency Fee basis would you send me the name and/or address/ of the lawyer(s) and law Firm or legal organization(s) address, ect. IF this motion is not in it proper Form plaintiFF ask that this Honorable Court Construed it into its proper Form.

.      Done this the <u>27th</u> day of June, 2006.

             RespectFully Submitted,

             Richd W. Wright Sr.
         Richard Wayne Wright, Sr. #187140
            Plaintiff, Pro-Se.,

## Certificate OF Service

    This is to Certify that I Richard Wayne Wright, Sr., Pro-Se, am the petitioner in the above encaptioned Motion and Certify I have Sent a Copy oF this motion to the Clerk oF this Court and earnestly ask due to plaintiFF indigent Status that this Honorable Court and/ or Clerk Forward a Copy oF this (Said) motion to deFendant's Counsel(s) which addresses are as

               R.W.W.

Gregory F. Vauhmai
·ASB 2411 - H67G
Scott Sullivan, Streetman & Fox, P.C.
2450 Valley dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-561S
Steven Mallette Sirmon
Assistant Attorney General
· Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-581H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T Thomas
Gregory Marion Biggs
Alabama Department of Corrections
        Legal Division
301 Ripley Street
Montgomery Alabama 36130

Page 7 of 8

by placing this Motion in the hands of the on duty infirmary officer to placed [this] in the ~~illegal mail box for postage to be paid by the prison officials~~ & here to place in the United Stated mail box at Ventress Correctional Facility after Plaintiff ~~R.W.W. postage is~~ supplied and properly address this on the 29th day of June, 2006.

Respectfully Submitted,
Richard W. Wright Jr.
Richard Wayne Wright, Jr. #187140
Ventress Correctional Facility
Segregation Unit/ Cell # 801
Post Office Box 767
Clayton, Alabama 36016

Page 8 of 8