IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright-Bey,    *
Plaintiff, Pro-Se,    *
AIS # 187140,    *   Civil Action No.
-VS-    *   2:05-CV-439-A-WO
Sylvester Nettles, et. al.,    *
Defendants.    *

## Plaintiff Motion To Hold In Abeyance

I, Richard Wayne Wright, Sr., am the petitioner in the encaptioned matter. Defendants has allege plaintiff has not exhuasted state remedies, which to included administrative remedies. Which there are no greivance procedures astablish to address greivances "outside" of a simple request slips, which plaintiff has filled out numerous request slip and the majority of the time plaintiff received no response whether verbally or in writing. This Honorable Court statute of limitation of a two (2) year statutory Rule has effected plaintiff case/claim's in significate ways which does 'set' plaintiff at a disadvantage which does [take away] the material value

Page 1 of 5

(Which is of great importance) which any Judgement should be able to consider and adjudicate in its' totality so plaintiff now has filed a Habeas Corpus petition with the United States Circuit Court For Barbour County, (Richard Wayne Wright Jr, Bey -vs- Warden J.C. Giles, et.al., Case No. CV-2006-060) not to have excluded the present retaliation plaintiff Wright faces in the hands of the defendants or the assault certain prison officials commensed upon plaintiff in November 23, 2005. Which this Honorable Court had advised/suggested plaintiff to filed a ~~separate~~ R.W.W Separate § 1983 Civil Suit. Such Habeas Corpus petition plaintiff filed included 'state' statutory laws (section 6-6-228; 6-6-592; 6-2-38; 6-2-34; ect. of the Alabama Code (1975)), which will allow and/or permit the determination of these issues of facts which occured in plaintiff case issues of facts which occured in plaintiff case Federal Rule Civil procedure 15(c) 28 USC 1367 (c)(1).

    IF this motion is not in its proper form plaintiff ask that this Honorable Court construted it into

Page 2 of 5

its proper form.

Done this the 3rd day of July, 2006.

Respectfully Submitted,
Richard W Wright Sr. Bey
Richard Wayne Wright, Sr., Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr., Pro-Se, am the petitioner in the above encaptioned motion and certify I have sent a copy of this to the clerk of this court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or clerk forward a copy of this said motion to defendants counsel(s) which address are as following:

Gregory F. Yayhmai
ASB 2411-H 67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road

Page 3 of 5

Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to place in the United States mail box located here at Ventress Correctional Facility with postage prepaid and properly address

this on the 2nd day of July 2006.

Respectfully Submitted,
/s/ Richard W. Wright, Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton Alabama 36016

## Statement of Notary

STATE OF ALABAMA)
COUNTY OF BARBOUR)

Subscribed And Confirms To Before Me This ___2nd___ day of ___July___, 2006.

___Richard W. Wright, Sr. Bey___                    _____
AFFIant                                              Notary Public
28 USC 1746

___MY COMMISSION EXPIRE DATE___

Page 5 of 5