IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-A |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by the plaintiff on August 29, 2006 (Court Doc. No. 204), in which he seeks permission to file several motions, and as the plaintiff fails to set forth any grounds justifying the filing of such motions, it is

ORDERED that the motion for leave to file be and is hereby DENIED.

Done this 30th day of August, 2006.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE