IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 AUG 31 A 9:33

Richard Wayne Wright, Sr. Bey, *
   Plaintiff, Pro-Se., *
   A.I.S. # 187140, * Civil Action No.
   - vs - * 2:05-CV-439-A-WO
Sylvester Nettles, et al., *
   Defendants. *

Plaintiff Wright Sr. Bey Request Permission To Filed An Objection To The 'Order On Motion' Passed Down On August 17, 2006 By The Honorable Charles S. Coody

   I Richard Wayne Wright, Sr. Bey, A.I.S # 187140, Plaintiff, Pro-Se., Comes Now, in the above style requesting permission to filed an objection to the Honorable Charles S. Coody 'Order On Motion' (Court Doc No. 202) passed down on August 17, 2006.

   Done This The 24th day of August 2006.

                    Respectfully Submitted,
                    Richard W. Wright, Sr. Bey
                    Richard Wayne Wright Sr. Bey #187140
                    Ventress Correctional Facility

Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. Bey, Pro-Se, am the petitioner in the above encaptioned motion and certify I have sent a copy of this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or Clerk forward a clock stamp copy 'Front page' to plaintiff and a copy of this motion to defendant's Counsel(s) which addresses are as following:

Gregory F. Yayhma (ASB-2411-H67G)
William A. Scott, Jr. (ASB-1539-073W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 k.w. Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)

Page 2 of 4

Alabama Board Pardon and Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
      Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this Motion in the hands of the on duty officer to placed [this] in the legal mail box for postage to be paid by the prison officials) here to be placed in the United States mail box at Ventress Correctional Facility after postage is supplied and this is properly address on the <u>24th</u> day of of August 2006.

Respectfully Submitted,
Richard W. Wright bu Buy

## Plaintiff Address

Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama, 36016