IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 AUG 31 A 9:33

Richard Wayne Wright, Sr. Bey, *
   Plaintiff, Pro-Se, *
   AIS #187140, * Civil Action No.
      -vs- * 2:05-cv-439-A-WO
Sylvester Nettles, et. al., *
   Defendants. *

Plaintiff Wright, Sr. Bey Motion To Objection To The Honorable Charles S. Coody "Order On Motion" Passed Down On August 17, 2006

I Richard Wayne Wright, Sr. Bey AIS #187140, Plaintiff Pro-Se, Comes Now, in the above style in objection to the Honorable Charles S. Coody "Order On Motion" (Court Doc. No. 202).

Plaintiff Wright has reach a never ending cycle of retaliation under the Authority of the Alabama Department of Correction officials (namely) Mr. Mark Bruton (here after refered to as defendant Bruton). Defendant Bruton stated on August 16, 2006 He was going to be sure I don't get out of prison before he retires.

Page 1 of 7

I wonder do this plan of defendants Bruton involves the ideas of Mr. Charles Blackledge and Ms. Sherry Seals 'whom' defendant Bruton worked with and under such supervision as a classification Specialist at Bullock Correctional Facility (here after refered to as (B.C.F.)) and now here at Ventress Correctional Facility here after refered to as (V.C.F.) defendant Bruton function as a supervisor of the classification staff at Ventress (V.C.F.) Defendant Bruton official capacity extend to the segregation comittee (member) in which defendant Bruton function as also. On August 16, 2006 I met with the segregation comittee (here after refered to as seg. board) defendant Bruton told me while directing Warden D. Parker, Lt. M Taylor, chaplian Rieben and ofc. Alexandra out of the seg cell. Defendant Bruton has made many statement (as to) him' contacting the parole board to make sure I don't make parole. Defendant Bruton has made me to know that I have him to contend with Defendant Bruton has a hard time excepting I am intitled to be treated fairly and as a human being as well as a citizen of the United States inspite of the

Page 2 of 2

racial 'Class' I have been placed in among these prison officials. Due to the absent of an attorney or/and outside legal respresentation these prison /officials has demonstrated [no] regard to the support of the Constitution of the United States. Constitution of the State of Alabama or the Adminstrative Regulations of the Alabama Department of Correction Defendant Bruton has went so far as to instruct Ms ~~Pittman~~ R.W.W Pittman (Classification Specalist assign to plaintiff case load) to inform plaintiff Wright that [I] now have a pending disciplinary but I'm still uncertain when or how it will be ~~execute~~ R.W.W exercuted as she indicate on a semi-Annual review Form 'she' recently prepared. See Exhibit two (2) Semi Annual Review). These officials here at Ventress (V.C.F) have went Far Far beyond the retaliation I Faced at Bullock (B.C.F.), I've been put in segregation and in the absent of legal representation the officials /defendants vary from:" Forbidding me access to religous material, Tampering with my food, Failing

Page 3 of 7

to respond properly to requests made for protection away from Sgt S. Carter, OFC. R. Brown and OFC L. Richardson, prosecuting plaintiff for practicing customary religous practices of a Moslem which includes proclaiming my nationality (Moorish American (M.A.)) to be fully recognized by the government [not] as a `Black' or `African American' but a Moorish American in which I was born and raised in and under.

These defendants actions indicate since I did not take heed to Lt. J Dowling threat on November 21st 2005 and Lt. J. Dowling and defendant Bruton superficial orders which Sgt. S. Carter, Sgt. C. Longmire, OFC R. Brown, OFC. L. Richardson which carried out an assault upon me and and acts to conceal the assault on November 23, 2005 and an attack on November 23, 2005 executed upon participants of ~~Ramadan~~ our religous gathering of Ramadan. (See Exhibit Three (3) (Memorandum) This is a list approved inmates participating in Ramadan). An Attorney

Page 4 of 7

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

in my behalf is needed for this as well to stop this level of retaliation. Plaintiff Wright faced (after the assault) deliberate indifferences which involved Ofc. D. Pullom, Captain L. Monk, Warden D. Parker and Warden J.C. Giles, resulting in several disciplinary infractions placed upon me (see Exhibit one (1) Time sheet). Outside of the assistance of an attorney plaintiff shall face further damage to his complaint by defendant shifting the blame among officer and health care providers.

Done this the 24th day of August 2006.

Respectfully Submitted,
Richard W. Wright Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

Certificate of Service

This is to certify that I Richard Wayne Wright Sr. Bey, Pro-Se, am the

Page 5 of 7

the petitioner in the above encaptioned motion and certify I have sent a copy of this motion to the clerk of this court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or clerk Forward a clock stamp copy 'Front page' to plaintiff after in clock stamp and a copy of this motion to defendant's counsel(s) which addresses are as following:

Gregory F. Yayhma (ASB-2411-H67G)
William A Scott, Jr (ASB-1539-073W)
Scott, Sullivan Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar (# ASB-5949-S61S)
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Parole
Post Office Box 302405
Montgomery Alabama 36130

David B. Block (ASB-5098-K62D)

Page 6 of 7

N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

William R Lunsford (ASB-4265-L22C)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
 Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to placed [this] in the legal mail box for postage to be place in the United States mail box at Ventress Correctional Facility after postage is supplied and properly address this on the 24th day of August 2006.

Respectfully Submitted
Richd W. Wright Sr. By
Richard Wayne Wright Sr. Bey
Ventress Correctional Facility
Segregation Unit / Cell #801
Post Office Box 767
Clayton, Alabama 36016

Page 7 of 7

# HEPATITIS B VACCINE
## WHAT YOU NEED TO KNOW

### 1 Why get vaccinated?

**Hepatitis B is a serious disease.**
The hepatitis B virus (HBV) can cause short-term (acute) illness that leads to:
- loss of appetite
- diarrhea and vomiting
- tiredness
- jaundice (yellow skin or eyes)
- pain in muscles, joints, and stomach

It can also cause long-term (chronic) illness that leads to:
- liver damage (cirrhosis)
- liver cancer
- death

About 1.25 million people in the U.S. have chronic HBV infection.

Each year it is estimated that:
- 80,000 people, mostly young adults, get infected with HBV
- More than 11,000 people have to stay in the hospital because of hepatitis B
- 4,000 to 5,000 people die from chronic hepatitis B

**Hepatitis B vaccine can prevent hepatitis B.** It is the first anti-cancer vaccine because it can prevent a form of liver cancer.

### 2 How is hepatitis B virus spread?

Hepatitis B virus is spread through contact with the blood and body fluids of an infected person. A person can get infected in several ways, such as:
- by having unprotected sex with an infected person
- by sharing needles when injecting illegal drugs
- by being stuck with a used needle on the job
- during birth when the virus passes from an infected mother to her baby

About 1/3 of people who are infected with hepatitis B in the United States don't know how they got it.

Hepatitis B     7/11/2001

### 3 Who should get hepatitis B vaccine and when?

1) Everyone 18 years of age and younger
2) Adults over 18 who are at risk

Adults at risk for HBV infection include:
- people who have more than one sex partner in 6 months
- men who have sex with other men
- sex contacts of infected people
- people who inject illegal drugs
- health care and public safety workers who might be exposed to infected blood or body fluids
- household contacts of persons with chronic HBV infection
- hemodialysis patients

If you are not sure whether you are at risk, ask your doctor or nurse.

✓ **People should get 3 doses of hepatitis B vaccine according to the following schedule.** *If you miss a dose or get behind schedule, get the next dose as soon as you can. There is no need to start over.*

| Hepatitis B Vaccination Schedule | WHO? | | |
|---|---|---|---|
| | Infant whose mother is infected with HBV | Infant whose mother is *not* infected with HBV | Older child, adolescent, or adult |
| **W H E N ?** First Dose | Within 12 hours of birth | Birth - 2 months of age | Any time |
| Second Dose | 1-2 months of age | 1 - 4 months of age (at least 1 month after first dose) | 1 - 2 months after first dose |
| Third Dose | 6 months of age | 6 - 18 months of age | 4 - 6 months after first dose |

- The second dose must be given at least 1 month after the first dose.
- The third dose must be given at least 2 months after the second dose and at least 4 months after the first.
- The third dose should *not* be given to infants under 6 months of age, because this could reduce long-term protection.

Adolescents 11 to 15 years of age may need only two doses of hepatitis B vaccine, separated by 4-6 months. Ask your health care provider for details.

Hepatitis B vaccine may be given at the same time as other vaccines.

# HEPATITIS B VACCINE
## WHAT YOU NEED TO KNOW

### 1  Why get vaccinated?

**Hepatitis B is a serious disease.**
The hepatitis B virus (HBV) can cause short-term (acute) illness that leads to:
- loss of appetite
- diarrhea and vomiting
- tiredness
- jaundice (yellow skin or eyes)
- pain in muscles, joints, and stomach

It can also cause long-term (chronic) illness that leads to:
- liver damage (cirrhosis)
- liver cancer
- death

About 1.25 million people in the U.S. have chronic HBV infection.

Each year it is estimated that:
- 80,000 people, mostly young adults, get infected with HBV
- More than 11,000 people have to stay in the hospital because of hepatitis B
- 4,000 to 5,000 people die from chronic hepatitis B

**Hepatitis B vaccine can prevent hepatitis B.** It is the first anti-cancer vaccine because it can prevent a form of liver cancer.

### 2  How is hepatitis B virus spread?

Hepatitis B virus is spread through contact with the blood and body fluids of an infected person. A person can get infected in several ways, such as:
- by having unprotected sex with an infected person
- by sharing needles when injecting illegal drugs
- by being stuck with a used needle on the job
- during birth when the virus passes from an infected mother to her baby

About 1/3 of people who are infected with hepatitis B in the United States don't know how they got it.

Hepatitis B                                      7/11/2001

### 3  Who should get hepatitis B vaccine and when?

1) Everyone 18 years of age and younger
2) Adults over 18 who are at risk

Adults at risk for HBV infection include:
- people who have more than one sex partner in 6 months
- men who have sex with other men
- sex contacts of infected people
- people who inject illegal drugs
- health care and public safety workers who might be exposed to infected blood or body fluids
- household contacts of persons with chronic HBV infection
- hemodialysis patients

If you are not sure whether you are at risk, ask your doctor or nurse.

✓ **People should get 3 doses of hepatitis B vaccine according to the following schedule.** If you miss a dose or get behind schedule, get the next dose as soon as you can. There is no need to start over.

| Hepatitis B Vaccination Schedule | WHO? | | |
|---|---|---|---|
| | Infant whose mother is infected with HBV | Infant whose mother is not infected with HBV | Older child, adolescent, or adult |
| **WHEN?** First Dose | Within 12 hours of birth | Birth - 2 months of age | Any time |
| Second Dose | 1-2 months of age | 1 - 4 months of age (at least 1 month after first dose) | 1 - 2 months after first dose |
| Third Dose | 6 months of age | 6 - 18 months of age | 4 - 6 months after first dose |

- The second dose must be given at least 1 month after the first dose.
- The third dose must be given at least 2 months after the second dose and at least 4 months after the first.
- The third dose should *not* be given to infants under 6 months of age, because this could reduce long-term protection.

Adolescents 11 to 15 years of age may need only two doses of hepatitis B vaccine, separated by 4-6 months. Ask your health care provider for details.

Hepatitis B vaccine may be given at the same time as other vaccines.

# MEMORANDUM

*Daniel E Rieben* (signature)

From: Chaplain Rieben

To: Shift Office

Date: October 1, 2005

Ref: Ramadan will begin October 3rd or 4th

This is a list of approved inmates participating in Ramadan.

- Gary Davis  3-38 T   190268
- Roderick Nodd  8A-9T   225014
- Marquez Ray  8A-42 T   185158
- Kenneth McDonald  8A-22T   186507
- LeAnthony Bettis  9B-33 T   234120
- Carlos Evans  10B-56 T   162581
- Roderick Bell  6A-30 B   239126
- Clamas Pearson  3-10 T   237779
- Shannon Ryan  8B-29 B   235282
- Juan Lipscomb  3-55 T   214217
- Terrance Coleman  7B-62 B   232125
- Ivory Miller  9B-12 B   141739
- Jerome Campbell  8A-11 B   186807
- Derrick Wilson  3-92 T   236611
- Andre Willis  6A-5 B   237250
- Komell Scott  12-9 T   212857
- Michael Anderson  12-58 B   147822
- Jeffery Jones  12-28 T   240190
- Leon Glass  3-90 T   234032
- Ira Smith  3-39 T   150774
- Rodney Terrell  3-37 T   156907
- KiAndre Barnes  9A-43 B   218217
- Demond Singleton  9B-31 B   201287

Cames Frazier   128759   9A-31 T
Danny Cunningham   238134   9A-35 T
Bruce Adams   149918   3-36 T
Randal Patrick   205313   8A-21 T
Farid Attiba Diallo   170015   3-27 B
Varick Davis   186430   10A-10 T
Michael Little   236083   7B-52 T
Jackson Elliott   133485   8B-26 T
Jermaine Johnson   193254   8A-17 B
Richard W. Wright   187140   10B-55 B
Darcell Brown   221976   8A-37 T
William Fennell   237000   12-16 B
Charles Cunningham   193686   3-50 B
Sidney Clayton   224797   10B-12 B
Earnest Walker   187071   6A-32 B
David L. James   130786   3-8 B

(Exhibit Three (3))
(~~Exhibit Five~~ (5))

```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:    043
                            INMATE SUMMARY AS OF 12/02/2005                CODE:    CDRVK

******************************************************************************

AIS: 00187140    INMATE: WRIGHT, RICHARD WAYNE SR              RACE: B  SEX: M

INST: 043 - VENTRESS CORRECTIONAL CENTER      DORM: HO   JAIL CR: 000Y 06M 06D

DOB: 08/15/1967   SSN: 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                       PREVIOUS AIS: P0063014

ALIAS: WRIGHT, RICHARD                    ALIAS: WRIGHT, RICHARD W

ADM DT: 04/30/1996  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF     STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9   CURRENT CUST DT: 08/24/2004  PAROLE REVIEW DATE: AUG 2009

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   04/30/1996
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY        SENT DT   CASE NO   CRIME                     JL-CR      TERM
LEE          04/30/96  N95000005  BURGLARY I                0186D 025Y 00M 00D CS
             ATTORNEY FEES : $000250      HABITUAL OFFENDER : N
             COURT COSTS   : $000323    FINES : $000000    RESTITUTION : $000050
LEE          04/30/96  N95000007  ASSAULT II              # 0186D 010Y 00M 00D CC
             COURT COSTS   : $000315    FINES : $000000    RESTITUTION : $000050

 TOTAL TERM       MIN REL DT     GOOD TIME BAL    GOOD TIME REV      LONG DATE
 025Y 00M 00D    10/23/2020     000Y 00M 00D     000Y 00M 00D       10/23/2020

INMATE LITERAL:
******************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
******************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
******************************************************************************

DISCIPLINARY/CITATION SUMMARY

 >> DISCIPLINE: 12/01/2005   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                    AT INST: 043     RULE NUMBER: 29
    RETAINED DAYS: 0000    SEQ #: 05    RULE LIT: ASSAULT ON PERSONS ASSC. WITH DOC

 >> DISCIPLINE: 05/10/2005   TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
    DISCIPLINE TYPE: MAJOR                    AT INST: 043     RULE NUMBER: 52
    RETAINED DAYS: 0000    SEQ #: 04    RULE LIT: INT. CREATE SECURITY/SAFETY/HEALT
                            CONTINUED ON NEXT PAGE
```

Exhibit 1

| | | |
|---|---|---|
| **BOB RILEY**<br>**Governor** | **DEPARTMENT OF CORRECTIONS**<br>**Ventress Correctional Facility**<br>**P. O. Box 767**<br>**Clayton, Alabama 36016** | **RICHARD F. ALLEN**<br>**Commissioner** |

August 1, 2006

FROM: Mrs. Pittman, Classification Specialist

TO: Wright, Richard W. Sr.                AIS #:  B/187140

Re: Semi-Annual Review

A Semi-Annual review of your institutional file was conducted on ___08/01/06___, for possible changes in your classification. You are not being recommended for any changes at this time for the following reasons:

Not eligible for less restrictive custody and/or placement based on pending disciplinary action for RV #56-Failure to Obey

Your next review will be: February 2007

Exhibit Two (2)