IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by the plaintiff on August 3, 2006 (Court Doc. No. 206) in which the plaintiff seeks leave to file an objection to the order entered on August 17, 2006 denying his motion for appointment of counsel (Court Doc. No. 202), and for good cause, it is

ORDERED that the motion for leave to file be and is hereby GRANTED.

Done this 5th day of September, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE