IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 AUG 31 A 9:33

Richard Wayne Wright, Sr. Bey, *
 Plaintiff, Pro-Se., *
 A.I.S #187140, * Civil Action No.
  -vs- * 2:05-CV-439-A-WO
Sylvester Nettles, et. al., *
 Defendants. *

Plaintiff Wright, Sr. Bey Motion To Objection To The Honorable Charles S. Coody 'Order On Motion' Passed Down On August 17, 2006

I Richard Wayne Wright, Sr. Bey A.I.S #187140, Plaintiff, Pro-Se., Comes Now, in the above style in objection to the Honorable Charles S. Coody 'Order On Motion' (Court Doc. No. 202).

Plaintiff Wright has reach a never ending cycle of retaliation under the Authority of the Alabama Department of Correction officials (namely) Mr. Mark Bruton (here after refered to as defendant Bruton). Defendant Bruton stated on August 16, 2006 He was going to be sure I don't get out of prison before he retires.

Page 1 of 7

I wonder do this plan of defendants Bruton involves the ideas of Mr. Charles Blackledge and Ms. Sherry Seals 'whom' defendant Bruton worked with and under such supervision as a classification specialist at Bullock Correctional Facility (here after refered to as (B.C.F.)) and now here at Ventress Correctional Facility here after refered to as (V.C.F.) defendant Bruton function as a supervisor of the classification staff at Ventress (V.C.F.) Defendant Bruton official capacity extend to the segregation comittee (member) in which defendant Bruton function as also. On August 16, 2006 I met with the segregation comittee (here after refered to as Seg. board) defendant Bruton told me while directing Warden D. Parker, Lt. M Taylor, chaplian Rieben and ofc. Alexandra out of the seg cell. Defendant Bruton has made many statement (as to) him' contacting the parole board to make sure I don't make parole. Defendant Bruton has made me to know that I have him to contend with Defendant Bruton has a hard time excepting I am intitled to be treated fairly and as a human being as well as a Citizen of the United states inspite of the

Page 2 of 7

racial 'Class' I have been placed in among these prison officials. Due to the absent of an attorney or/and outside legal respresentation these prison officials has demonstrated [no] regard to the support of the Constitution of the United States, Constitution of the State of Alabama or the Adminstrative Regulations of the Alabama Department of Correction Defendant Bruton has went so far as to instruct Ms ~~Pittman~~ R.W.W. Pittman (Classification Specialist assign to plaintiff case load) to inform plaintiff Wright that [I] now have a pending disciplinary but I'm still uncertain when or how it will be ~~execute~~ R.W.W. exercuted as she indicate on a semi-Annual review form 'she' recently prepared. See Exhibit two (2) Semi Annual Review). These officials here at Ventress (V.C.F) have went far far beyond the retaliation I faced at Bullock (B.C.F.), I've been put in segregation and in the absent of legal representation the officials /defendants vary from:" Forbidding me access to religous material, Tampering with my food, Failing

to respond properly to requests made for protection away from Sgt S. Carter, Ofc. R. Brown and Ofc L. Richardson, prosecuting plaintiff for practicing customary religous practices of a Moslem which includes proclaiming my nationality (Moorish American (M.A.)) to be fully recognized by the government [not] as a 'Black' or 'African American' but a Moorish American in which I was born and raised in and under.

These defendants actions indicate since I did not take heed to Lt. J Dowling threat on November 21st 2005 and Lt. J. Dowling and defendant Bruton superficial orders which Sgt. S. Carter, Sgt. C. Longmire, Ofc R. Brown, Ofc. L. Richardson which carried out an assault upon me and and acts to conceal the assault on November 23, 2005 and an attack on November 23, 2005 executed upon participants of R~~amadan~~ our religous gathering of Ramadan. (See Exhibit Three (3) (Memorandum) This is a list approved inmates participating in Ramadan). An Attorney

in my behalf is needed for this as well to stop this level of retaliation. Plaintiff Wright faced (after the assault) deliberate indifferences which involved Ofc. D. Pullom Captain L. Monk, Warden D. Parker and Warden J.C. Giles, resulting in several disciplinary infractions placed upon me (see Exhibit one (1) Time sheet) Outside of the assistance of an attorney plaintiff shall face further damage to his complaint by defendant shifting the blame among officer and health care providers

Done this the 24th day of August 2006.

Respectfully Submitted,
Richard W. Wright Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

## Certificate of Service

This is to certify that I Richard Wayne Wright Sr. Bey, Pro-se, am the

the petitioner in the above encaptioned motion and certify I have sent a copy of this motion to the clerk of this Court and earnestly ask due to plaintiff indigent status that this Honorable Court and/or clerk forward a clock stamp copy 'Front page' to plaintiff after in clock stamp and a copy of this motion to defendant's counsel(s) which addresses are as following:

Gregory F. Yayhma (ASB-2411-H67G)
William A Scott, Jr (ASB-1539-073W)
Scott, Sullivan Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar (# ASB-5949-S61S)
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Parole
Post office Box 302405
Montgomery Alabama 36130

David B. Block (ASB-5098-K62D)

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this motion in the hands of the on duty officer to placed [this] in the legal mail box for postage to be place in the United States mail box at Ventress Correctional Facility after postage is supplied and properly address this on the 24th day of August 2006.

Respectfully Submitted
*Richard W. Wright Sr. Bey*
Richard Wayne Wright Sr. Bey
Ventress Correctional Facility
Segregation Unit / Cell # 801
Post Office Box 767
Clayton, Alabama 36016

Page 7 of 7