```
                    ALABAMA DEPARTMENT OF CORRECTIONS          INST:   043
CBR716-3              INMATE SUMMARY AS OF 12/02/2005          CODE:  CORVK

*****************************************************************************

AIS: 00187140    INMATE: WRIGHT, RICHARD WAYNE SR        RACE: B   SEX: M

INST: 043 - VENTRESS CORRECTIONAL CENTER    DORM: HO   JAIL CR: 000Y 06M 06D

DOB: 08/15/1967  SSN: 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                    PREVIOUS AIS: P0063014

ALIAS: WRIGHT, RICHARD                ALIAS: WRIGHT, RICHARD W

ADM DT: 04/30/1996 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9   CURRENT CUST DT: 08/24/2004  PAROLE REVIEW DATE: AUG 2009

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:  04/30/1996
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY      SENT DT  CASE NO  CRIME                  JL-CR       TERM
LEE         04/30/96 N95000005 BURGLARY I            0186D 025Y 00M 00D CS
            ATTORNEY FEES : $000250     HABITUAL OFFENDER : N
            COURT COSTS   : $0000323    FINES : $0000000    RESTITUTION : $0000050
LEE         04/30/96 N95000007 ASSAULT II            * 0186D 010Y 00M 00D CC
            COURT COSTS   : $0000315    FINES : $0000000    RESTITUTION : $0000050

  TOTAL TERM      MIN REL DT     GOOD TIME BAL    GOOD TIME REV    LONG DATE
  025Y 00M 00D    10/23/2020     000Y 00M 00D     000Y 00M 00D     10/23/2020

INMATE LITERAL:
*****************************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*****************************************************************************

ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
*****************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 12/01/2005   TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                  AT INST: 043     RULE NUMBER: 29
     RETAINED DAYS: 0000    SEQ #: 05   RULE LIT: ASSAULT ON PERSONS ASSC. WITH DOC

  >> DISCIPLINE: 05/10/2005   TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                  AT INST: 043     RULE NUMBER: 62
     RETAINED DAYS: 0000    SEQ #: 04   RULE LIT: INT. CREATE SECURITY/SAFETY/HEALT
                          CONTINUED ON NEXT PAGE
```

Exhibit I

```
CR716-3                 ALABAMA DEPARTMENT OF CORRECTIONS           INST:  043
                        INMATE SUMMARY AS OF 12/02/2005             CODE: CORVK

***************************        CONTINUATION        ***************************

AIS: 00187140    INMATE: WRIGHT, RICHARD WAYNE SR              RACE: B  SEX: M

***********************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 12/01/2004    TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                   AT INST: 045     RULE NUMBER: 31
   RETAINED DAYS: 0000    SEQ #: 03    RULE LIT: ASSAULT ON ANOTHER INMATE

>> DISCIPLINE: 09/22/2003    TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
   DISCIPLINE TYPE: MAJOR                   AT INST: 045     RULE NUMBER: 38
   RETAINED DAYS: 0000    SEQ #: 02    RULE LIT: INDECENT EXPOSURE - EXHIBITION

>> CITATION: 10/01/1997                               CUST FROM MED9 TO MED9
   CITATION TYPE: BEHAVIOR CITATION         AT INST: 004     RULE NUMBER: 85
   RETAINED DAYS: 0000    SEQ #: 01    RULE LIT: VIOLATION OF INSTIT. RULES OR REG
```

noted:
These two disciplinary as Follows I received on November 23, 2005 when the officers assault me along with the Institutional Rule Violation (I.R.V.), Rule #29 first one on the list.

1). I.R.V., Rule # 56 (Fail To obey a Direct order or (D.O.C.) -- Dec 7, 2005

2). (I.R.V.), Rule # 53 (Inciting To Riot or Rioting -- Dec. 7, 2005

3). Create Intentionally create security / Safety / Health on March 24, 2006

Exhibit I