| | DEPARTMENT OF CORRECTIONS | |
|---|---|---|
| **BOB RILEY**<br>Governor | **Ventress Correctional Facility**<br>P. O. Box 767<br>Clayton, Alabama 36016 | **RICHARD F. ALLEN**<br>Commissioner |

August 1, 2006

FROM:   Mrs. Pittman, Classification Specialist

TO:   Wright, Richard W. Sr.                    AIS #:   B/187140

Re:   Semi-Annual Review


A Semi-Annual review of your institutional file was conducted on ___08/01/06___, for possible changes in your classification. You are not being recommended for any changes at this time for the following reasons:

Not eligible for less restrictive custody and/or placement based on pending disciplinary action for RV #56-Failure to Obey


Your next review will be: February 2007


Exhibit Two (2)