# MEMORANDUM

*Daniel E Rieben* (signature)

From: Chaplain Rieben

To: Shift Office

Date: October 1, 2005

Ref: Ramadan will begin October 3rd or 4th

This is a list of approved inmates participating in Ramadan.

- Gary Davis  3-38 T  190268
- Roderick Nodd  8A-9T  225014
- Marquez Ray  8A-42 T  185158
- Kenneth McDonald  8A-22T  186507
- LeAnthony Bettis  9B-33 T  234120
- Carlos Evans  10B-56 T  162581
- Roderick Bell  6A-30 B  239126
- Clamas Pearson  3-10 T  237779
- Shannon Ryan  9B-29 B  235282
- Juan Lipscomb  3-55 T  214217
- Terrance Coleman  7B-62B  232125
- Ivory Miller  9B-12B  141739
- Jerome Campbell  8A-11B  186807
- Derrick Wilson  3-92 T  236611
- Andre Willis  6A-5B  237250
- Komell Scott  12-9 T  212857
- Michael Anderson  12-58B  147822
- Jeffery Jones  12-28 T  240190
- Leon Glass  3-90 T  234032
- Ira Smith  3-39 T  150774
- Rodney Terrell  3-37 T  156907
- KiAndre Barnes  9A-43B  218217
- Demond Singleton  9B-31B  201287

Cames Frazier  128759  9A-31 T
Danny Cunningham  238134  9A-35 T
Bruce Adams  149918  3-36 T
Randal Patrick  205313  8A-21 T
Farid Attiba Diallo  170015  3-27 B
Varick Davis  186430  10A-10 T
Michael Little  236083  9B-52 T
Jackson Elliott  133485  8B-26 T
Jermaine Johnson  193254  8A-17 B
Richard W. Wright  187140  10B-55 B
Darcell Brown  221976  8A-37 T
William Fennell  237000  12-16 B
Charles Cunningham  193686  3-50 B
Sidney Clayton  224797  10B-12B
Earnest Walker  187071  6A-32B
David L. James  130786  7-8 B

(Exhibit Three (3))
(~~Exhibit Five~~ (5))