IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the "Motion to Objection to the Honorable Charles S. Coody Order on Motion Passed Down on August 17, 2006" (Doc. #208), filed by the Plaintiff on September 5, 2006. The order referred to in the Objection is Doc. #202, in which the Magistrate Judge denied the Plaintiff's Motion for Appointment of Counsel (Doc. #187).

Upon consideration, the court finds that the order of the Magistrate Judge is neither clearly erroneous nor contrary to law. *See* Rule 72(a), *Fed.R.Civ.P.* Accordingly, it is hereby

ORDERED that the Objection is OVERRULED.

DONE this 11th day of September, 2006.

 /s/ W. Harold Albritton
 W. HAROLD ALBRITTON
 SENIOR UNITED STATES DISTRICT JUDGE