**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| vs. ) | **2:05-CV-439-WHA-CSC** |
| ) | |
| **SYLVESTER NETTLES,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW

Comes now Gregory F. Yaghmai and moves the Court for an order allowing him to withdraw as counsel of record for Defendants, Dr. William Sanders and Mental Health Management, on the grounds that he is no longer with the firm of Scott, Sullivan, Streetman & Fox, P.C. and that Defendants will continue to be represented by William A. Scott, Jr.

>                                    /s/Gregory F. Yaghmai
>                                    GREGORY F. YAGHMAI
>                                    ASB-2411-h67g

OF COUNSEL:

RUTLEDGE & YAGHMAI
3800 Colonnade Parkway
Suite 490
Birmingham, AL 35243
T: (205) 969-2868
F: (205) 969-2862
yaghmai@rylaw.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this 29th day of November, 2006, served a copy of the above and foregoing on the following counsel of record via the CM/ECF e-filing system:

William A. Scott, Jr., Esq.
Scott, Sullivan, Streetman & Fox, P.C.
P. O. Box 380548
Birmingham, AL 35238-0548

Gregory Marion Biggs, Esq.
Department of Corrections
P.O. Box 301501
301 Ripley Street
Montgomery, Alabama 36130

Steven Mallette Sirmon, Esq.
Hugh Davis, Esq.
Alabama Board of Pardons & Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130

David Berman Block, Esq.
Douglas Barkley Hargett, Esq.
William Richard Lunsford, Esq.
Balch & Bingham
P. O. Box 18668
Huntsville, AL 35801

Plaintiff Richard Wayne Wright, Sr. (by U.S. Mail)
AIS #187140
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

                                                                                */s/Gregory F. Yaghmai*
                                                                                Of Counsel