IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-439-WHA ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for defendants Sanders and Mental Health Management filed by Gregory F. Yaghmai on November 29, 2006 (Court Doc. No. 210), and for good cause shown, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 29th day of November, 2006.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE