IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright,
   Plaintiff, Pro-Se.,
   A.I.S. # 187140,
   -vs-
Sylvester Nettles, et. al.,
   Defendants.

Civil Action No:
2:05-CV-439-A-WO

## Plaintiff Wright Sr. Bey Motion For Change of Address

Comes Now Plaintiff Richard Wayne Wright Sr. Bey A.I.S. # 187140 Pro-Se., in the above Style Cause. Plaintiff Wright, Sr. Bey is presently incarcerated at Easterling Correctional Facility (here in after refered to as Easterling (E.C.F.))) and seeks to inform this Honorable Court of the change in his address which is as Following:

### New Address

Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm 6B Bed #135

Page 1 of 4

200 Wallace Drive
Clio, Alabama 36017

Done this the 23rd day of January, 2007.

Respectfully Submitted,

Richard W. Wright Sr. Bey
Richard Wayne Wright, Sr. Bey #187140
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey Plaintiff, Pro-Se., Comes in the above encamptioned motion "Plaintiff Wright Sr. Bey Motion For Change of Address" and Certify I have sent a Copy of the Court. Plaintiff Wright Sr. Bey does not have the postage needed to serve the Respected Counsels for defendants, and thus earnestly ask this Honorable Court to Forward a Copy of this said motion to the Following:

Page 2 of 4

Troy King (Attorney General)
State Bar # ASB-5949-S61S
Steven Mallette Sirmon, Esq.
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Parole
Post Office Box 302405
Montgomery, Alabama 36130

William A. Scott, Jr. Esq. (ASB-1539-073W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

David Berman Block, Esq (ASB-5098-K62D)
Douglas Barkley Hargett, Esq. (ASB-9928-S81H)
William Richard Lunsford, Esq. (ASB-4265-L72L)
Balch & Birgham LPP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim, T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

by placing this Motion in the legal mail box for postage to be paid

Page 3 of 4

by the proper prison officials here at Easterling (E.C.F.) and there after placed in the United States Mail box at Easterling (E.C.F.) after postage is supplied and properly address this the 24th day of January, 2007.

Respectfully Submitted,

Richard W. Wright Sr. Bey
Richard Wayne Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm 6B Bed 135
~~Post Office Box 7~~
200 Wallace Drive
Clio, Alabama 36017

Page 4 of 4

Richard Wayne Wright Sr. Bey #187140
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE Dorm 68/135 bed
CLIO, ALABAMA 36017

Legal Mail

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."