IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 SEP 24 A II: 15

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Richard Wayne Wright, Jr., Bey
    Plaintiff, Pro-Se,

Civil Action No.

        -Vs-                    2:05-CV-439-WHA

Sylvester Nettles, et. al.,
    Defendants.

### Plaintiff Wright Second (2nd) Motion For An Extention of Time To Properly File An Objection

COMES NOW, Richard Wayne Wright Jr. Bey, Plaintiff, Pro-Se., before this Honorable Court Submitting this Second (2nd) motion requesting sixty (60) days for an extention of Time to respectfully Submit an objection to the order of this Honorable Court (Court Doc. No. 213) which was passed down on the 29th day of August 2007. The Fifteen (15) additional days granted by this Honorable Court (Court Doc. No. 215) is needed, but such granted time is not sufficient to properly File plaintiff Wright

Page 1 of

Objection to the magistrate Judge recommendation (Court Doc. No 213) Such requested time is needed as grounds for this motion. Plaintiff States as follows:

1). Plaintiff must review Several documents of this proceeding to justly Show this Honorable Court "why (?)" Certain issues in plaintiff Complaint must be taken individually along with Certain defendants which the Court has placed in groups.

2). Due to plaintiff Wright assigned institutional Job (back dock Worker 7:00 a.m. to 3:30 p.m. approximately) plaintiff Wright has Small portion of time to write, review the records, and do Further research.

3). Paper and envelopes are only issued once per week (2 Sheet and 2 envelopes) Coupled with the limited amount of time plaintiff has access to the law library requires additional time as requested.

4). If this motion is granted, the new deadline would be October 28, 2007. From August 29, 2007, the

date, in which, the magistrate Judge recommandation was entered (Court Doc. No. 213)

5). Should this Honorable Court be inclined to not grant plaintiff Wright an additional Sixty (60) days as requested, Plaintiff request that he be granted Fifty (50) days so the plaintiff's objection(s) would be due on October 18, 2007, which would coincide with the date's this Honorable Court recommendation was passed down August 29, 2007. (Court Doc. No. 213) and Court 'order' passed down on September 11, 2007 (Court Doc. No. 215).

6). Plaintiff Wright is working diligently to comply with the Court's recommendation requiring him to submit his objection(s). To properly do so, Plaintiff hereby requests Sixty (60) days extension, if denied, Fifty (50) days extension to ensure plaintiff can accurately filed the objection with all possible required evidentiary materials. Such additional time granted would not unduly prejudice the defendant(s) or defendant's

Counselor(s).

WHereFore, Plaintiff Wright respectfully request that this Honorable Court grant an extention of time (to any extent other wise not mention) to ensure/allowing Plaintiff time to properly File his objection(s) with required evidentiary material's.

Done this the 20th day of September, 2007.

Respectfully Submitted,

Richard W. Wright Sr. Bey
Richard W. Wright Jr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 53-A
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Jr. Bey am the plaintiff, Pro-se, in the above encaptioned motion and Certify I have sent a Copy of this motion

Page 4 of

LEGAL USE ONLY

to the Following defendant's
Counselor(s):

Gregory Yaghmai
ASB-2911-H67G
Scott Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar #ASB 5949 5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Paroles
Post office Box 302405
Montgomery, Alabama 36130

Plaintiff Wright Further Certify
I have sent this motion to the
Clerk of this Court and earnestly
ask due to plaintiff indigent status
that this Honorable Court and/or
Clerk Forward a Copy of this
said motion "Plaintiff Wright
Second (2nd) motion For an exten-
tion of time to properly File an
objection" to the defendant's

Page 5 of 6

Counselors as Follows:

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Birgham LLP
Post office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
          Legal Division
301 Ripley Street
Montgomery, Alabama 36130

    Plaintiff Placed this motion in the
United States mail box at Easterling
Correctional Facility With First
Class postage (Stamp) prepaid
and properly address this on
the 20th, day of September, 2007.

          Respectfully Submitted,

          Richard W. Wright Sr. Bey
          Richard W. Wright sr. Bey #187140

          Page 6 of 6

LEGAL USE ONLY

Richard W. Wright Sr. Bey #181146
EASTERLING CORRECTIONAL FACILITY C-2153-A
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361

21 SEP 2007 PM 3 T

Legal
Mail

Office of The Clerk
United States District Court
P. O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Departme
of Corrections is not responsible for the substance 0711
or content of the enclosed communication."