IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| AIS #187140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion for extension of time filed by the plaintiff on September 24, 2007 (Court Doc. No. 216), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff is GRANTED an extension from September 26, 2007 to and including October 26, 2007 to file objections to the Recommendation entered on August 29, 2007. The plaintiff is advised that no further extensions of time will be allowed unless he makes a showing of extraordinary circumstances which warrant such action.

Done this 24th day of September, 2007.

                                                  /s/ Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE