```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000603
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: EASTERLING CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: RICHARD WAYNE WRIGHT SR
 Case/Party: D-ALM-2-05-CV-000439-001
 Amount:         $6.00
----------------------------------------
CHECK
 Check/Money Order Num: 2927
 Amt Tendered:  $6.00
----------------------------------------
Total Due:      $6.00
Total Tendered: $6.00
Change Amt:     $0.00

APPEAL FILING FEE
```