Court's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright,
   Plaintiff,
    -vs-
Sylvester Nettles, et.al.,
   Defendants.

Civil Action No.
2:05-CV-439-WHA

## Motion For Permission To Proceed IN Litigation

Comes Now, Plaintiff Richard Wayne Wright Sr. Bey,, Pro-Se, before permission to submit a motion to this court to invoke an order upon defendant's agents/co-workers here at Easterling Correctional Facility (E.C.F.) Such details are intended (with specifics) to the need of such order within the motion plaintiff is requesting permission to file. This motion is most needed to counteract the recommendation of the Magistrate Judge (Court Doc. No. 213)

Page 1 of 4

pass down on August 29th, 2007.

If this motion is not in its proper form plaintiff ask that this Court Construed it into its proper form

Done this the 1st day of October, 2007.

Respectfully Submitted

_Richd W. Wright Jr. Bey_
Richard W. Wright Jr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 53-A
200 Wallace Drive
Clio, Alabama 36017

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey, am the Plaintiff Pro-Se., in the above encaptioned motion and Certify I have sent a copy of this motion to the following defendants Counselors
Gregory F. Yaghmai
ASB-2411-H67G

Page 2 of 4

Court's Copy

Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon and Parole
Post Office Box 302405
Montgomery Alabama 36130

Plaintiff Wright Further Certify I have sent this motion to the Clerk of this Court and earnestly ask due to plaintiff indigent statues (and the Alabama Department of Correctional (R.W.W) only provides two stamps, per week, (for legal mail) per inmate if requested, and that this Honorable Court and/or Clerk Forward a copy of this said motion "motion For Permission To Proceed In Litigation To the defendant's Counselors as Follows:
David Block (ASB-5098-K62D)

Page 3 of 4

William R Lunsford (ASB 4265-L72L)
Douglas B. ~~(R.W.W.)~~ Hargett (ASB-6928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville Alabama 35804-8668

— — — — — — — — — —

Tim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
        Legal Division
301 Ripley Street
Montgomery, Alabama 36130

    Plaintiff placed this motion in the United States mail box at Easterling Correctional Facility with First Class postage stamp prepaid and properly address this on the 1st, day of October 2007.

              Respectfully Submitted,

          _Richd W. Wright Sr. Bey_
          Richard W. Wright Sr. Bey #187140

Page 4 of 4

Richard W Wright Sr. B-24 #187140
Easterling Correctional Facility
Dorm C-2 Bed 53-A
200 Wallace Drive
Clio, Alabama 36017

"This correspondence is forwarded from [...] State Prison. The contents [...] evaluated, and the Alabama [...] of Corrections is not responsible [...] substance or content of the enclosed communication."

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711

36101+0711-11 B007


