IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., <br> AIS #187140, <br><br> Plaintiff, <br><br> v. <br><br> SYLVESTER NETTLES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-439-WHA <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the motion for permission to proceed in litigation filed by the plaintiff on October 4, 2007 (Court Doc. No. 219), in which the plaintiff makes the general request for "an order upon defendants' agents/co-workers ... at Easterling Correctional Facility ...", and as the plaintiff sets forth no basis for issuance of such an order, it is

ORDERED that this motion be and is hereby DENIED

Done this 4th day of October, 2007.

                                                     /s/ Charles S. Coody
                                                   CHARLES S. COODY
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE