Richard Wayne Wright Sr, Bey
A.I.S. # 187140
Easterling Correctional Facility
Dorm C-2 Bed 53-A
200 Wallace Drive
Clio, Alabama 36017

October 11, 2007

United States District Court
Middle District of Alabama
Office of The Clerk
Post Office Box 711
Montgomery Alabama 36101-0711

RE: Wright V. Nettles, et.al.,
     Case No. 2:05-CV-439-WHA

Dear Mrs. Hackett, D.

   This letter is to properly inform you, I have sent a copy of the "Motion For Permission To Proceed In Litigation" through and by the Easterling Correctional Facility E.C.F. inmate legal mail service on October 11, 2007, to

Page 1 of 2

the defendant's Counselors as Follows:

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-4928-581H)
Balch & Bingham LLP
Post Office Box 18668
Hunstville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery Alabama 36130

Done this the 11th day of October, 2007.

Respectfully Submitted,

_Richard W. Wright, Jr. Bey_
Richard W Wright, Jr. Bey # 187140

Page 2 of 2

Richard W. Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 53-A
200 Wallace Drive
Clio, Alabama 36017



MONTGOMERY AL 361
12 OCT 2007 PM 3 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711