Ms. Seals  Exhibit One (1)

DOC N934
09/87

CLASSIFICATION APPEAL FORM

INSTITUTION: Bullock Correctional Facility   DATE: 8-26-04

NAME: Richard Wayne Wright Sr.   AIS#: 187140

I. CLEARLY STATE THE DECISION THAT IS BEING APPEALED: Security level IV. Remain at Bullock Prison.

II. BRIEFLY AND CLEARLY STATE YOUR REASONS FOR APPEALING: I don't understand why Ms. Seals change my level of security from how it was intially given which was III. I have been tring to get a transfer for two years to staton prison.

Richard W. Wright Sr.
INMATE SIGNATURE

III. COMMENTS OF WARDEN/CLASSIFICATION PERSONNEL: I's security level has never been changed. It was SL IV and it still is Level IV. I's Custody was increased to Med. due to a parole set back.

_____   8-27-04
WARDEN SIGNATURE           DATE

_____   8/27/04
CLASSIFICATION SIGNATURE   DATE

DO NOT WRITE BELOW THIS LINE

APPEAL GRANTED: _____   DENIED: ✓

DATE: 31 aug 04

COMMENTS: - none -

CC: INMATE
    INMATE CENTRAL FILE
    INMATE INSTITUTIONAL FILE
                  ADDITION-EFFECTIVE 3/1/85

3