## BULLOCK COUNTY HOSPITAL REPORT

MMPI-2 Adult Interpretive system Rogers L. Greene developed Ph.d Robert C. Brown Jr. Ph.d and par staff

### CLIENT INFORMATION

Client Wright, Richard   AGE : 28
SEX : Male
Education
File Number 187140

    The interpretive information contained in this report should be viewed as only on source of hypotheses about the individual being evaluated no decisions should be based solely on the information contained in this report. this material should be integrated with all other source of information in reaching professional decisions about the individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individuals being evaluated.

    Copy of Body Chart Hospital Emergency Boby Chart.

    They said on the ambulance body chart that's no statements.

    Mark bleedy noted Red discolortation. Mouth bleading noted Left Cheak

    Problem List CC

Exhibited  2