FEBRUARY 21 2005

TO: Warden Arnold Holt and/or Designee,
    Warden Louis Boyd

From: Richard Wayne Wright, Sr.
      A.I.S. #187140

## SWORN AFFIDAVIT

DEAR Mr. Holt,

I have ask to be placed in protective custody in a single cell. I've been placed in a double cell and been threaten by two (2) different inmates on two (2) different occations.

Now on February 20, 2005 I am in cell (19) segregation. Officer Pitts call sergeant Specks (I assume because I did not hear officer Pitts calls him on the radio). First officer Pitts and sergeant Speck went into inmate Frank Parks B/M # 109225, Cell 18 (Seg.) about him kicking on the door.

After officer Pitts and sergeant Speck came out of inmate Parks cell inmate Demetrius Whitfield B/M # 202574 hollowed at sergeant Speck in a playing manner. Inmate Whitfield told sergeant Speck "nigger" I'll kick the door (in which he did three (3) times). Sergeant Speck pull off his coat, drop it in the floor in the (Seg.) hallway and enter inmate Whitfeild cell (20). Whitfeild was smiling before the cell door open we walk backwards to the rock he sleep on. Sergeant Speck went to him bent down under the rack above where inmate Whitfeild sleeps and swung his arm in a fighting motion. I still thought they were playing until I saw him snatch inmate Whitfeild up by the shirt and take him to the wall (east side of the cell) in a fighting motion. Upon exiting the cell with inmate Whitfeild in front of him, he slap Whitfeild in the face and stated "I'm not nothing to fuck with, now let another one of you'll kick the door".

I ask that I be taken to the infirmary to be protected from officer Ruffin, officer Foster, Sergeant Speck and any other officer under the supervision of captain Nettles. I am presently being house in 19 cell (double man

PAGE 1 OF 2

cell) with other inmates which on two seperate occation has threaten me which I reported. I earnestly ask that I be place in the infirmary to avoid direct contact with said prison official and be afford an oppertunity to talk with Warden Holt and/or his designee Warden Boyd.

DONE THIS THE __21st__ DAY OF FEBRUARY, 2005.

                                                          Respectfully Submitted,

                                                          Richard Wayne Wright, Sr.
                                                          28 USC 1746

CC: Inmate Wright Copy
     Inmate Demetrius Whitfield
     Plaintiff Attorney
     Plaintiff Family
     Sergeant McCraney
     Warden Arnold Holt/Designee
     Waerden Louis Boyd