ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Richard Wright   AIS#: BM/187140
Institution: BCCF   Date of Disciplinary Report: Nov. 3, 2004

#31 Assault on Another Inmate

Is the inmate currently on the mental health caseload?   Yes   (No)
If Yes, referred for mental health evaluation/consultation on: November 8, 2004
Mental Health Outpatient

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*   *Does the inmate know what date it is?*   *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*   *Is inmate able to speak coherently?*   *Does the inmate avoid eye contact?*
*Does the inmate make sense?*   *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?   Yes   No
— — If Yes, referred for mental health evaluation/consultation on: _____

**MENTAL HEALTH STAFF:**
Date request for consult received: 11-9-04   Date consult returned: 11-9-04

Is the inmate competent to participate in the hearing?   (Yes)   No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?   Yes   (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?   Yes   (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?   Yes   (No)
Mental Health Staff Member: Mike Haynes   Phone Contact: 132

**DISCIPLINARY HEARING:**
Does the inmate appear to be competent to participate in the hearing?   (Yes)   No
Have the mental health recommendations been considered?   (Yes)   No
Hearing Officer: [signature]   Date: 12-1-04

| Inmate Name | AIS # |
|---|---|
| Richard Wright | 187140 |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was reviewed in the MH staff meeting and interviewed by me in the seg. unit. His thinking was clear. He was oriented in all spheres. He was able to explain his side of the incident. He can go to disciplinary court.

Mike Haynes

file: Mrs. Perry   hqs: MH