Exhibit 5

## 24 HOUR ADVANCE NOTIFICATION
## OF PENDING RECLASSIFICATION

TO: _[illegible name]_  #187140   L/M   2/19/04
     NAME              AIS #      R/S    DATE

Notice of Reclassification: This is to inform you that on the _____ day of _____August_____, 19 _2004_ you will meet a reclassification team to be considered for change in custody and/or institutional assignment because: _[handwritten text, largely illegible]_

This is not a disciplinary hearing. A reclassification team will review this matter and recommend changes, if needed, in your current placement and/or custody. At the reclassification meeting you will be given an opportunity to be heard, to present witnesses and to present documentary evidence.

_Megan K. Fulchum_   8-19-04   _[signature]_
NAME OF SERVING OFFICER   DATE   WITNESS

I understand that this is my notice of a reclassification meeting to determine changes in placement and/or custody. I have been given the opportunity to call witnesses in my behalf and have received a copy of this notice on __8-19-04__
                                                                                                DATE
at __11:00 am__.
     TIME

_[signature]_   AIS #
SIGNATURE OF INMATE

WITNESSES REQUESTED BY INMATE:
_[signature]_   NONE

DISTRIBUTION: INMATE / INSTITUTIONAL FILE / CENTRAL FILE

9