IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV- 439 - A |
| | ) |
| SYLVESTER NETTLES, et. al., | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Strickland, Franklin, Ligon, Phillips, Foster, Rudolph, Nettles, M. Austin, B. Austin, A. Williams, Babers, Washington, Laseter, Jackson, Davis, Ruffin, Blackledge, E. Williams, Hampton, Hicks, Ellis, Bailey, Burton, Holland, Cagle, Jenkins, Cargle, Stringer, Dowling, Monk, Longmire, Taylor, Pullom , a [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                Relationship to Party

_____    _____

1/2/2008                         /s/Greg Biggs
Date                             Counsel Signature

Strickland, Franklin, Ligon, Phillips, Foster, Rudolph, Newttles, M. Austin, B. Austin, A. Williams, Babers, Washington, Laseter, Jackson, Davis, Ruffin, Blackledge, E. Williams, Hampton, Hicks, Ellis, Bailey, Burton, Holland, Cagle, Jenkins, Cargle, Stringer,Dowling, Monk, Longmire, Tayleor, Pullom
Counsel for (print names of all parties)

301 S. Ripley St.
P.O. Box 301501,Montgomery, AL 36130
Address, City, State Zip Code

334-353-3879
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN**  DIVISION

**CERTIFICATE OF SERVICE**

I, Greg Biggs , do hereby Certify that a true and correct copy of the foregoing has been furnished by  U.S. MAIL, CM/ECF  (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd  day of January, 2008, to:

Richard Wayne Wright AIS #187140
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

| 1/2/2008 | /s/Greg Biggs |
|----------|---------------|
| Date     | Signature     |