```
Court Name: 
Division: 2
Receipt Number: 4602002784
Cashier ID: cstrecke
Transaction Date: 01/03/2008
Payer Name: EASTERLING CORR FACILITY
--------------------------------
PLRA CIVIL FILING FEE
 For: DEREK JOHN DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:         $14.00
PLRA CIVIL FILING FEE
 For: CHARLES EDWIN WIDNER
 Case/Party: D-ALM-2-07-CV-000489-001
 Amount:         $6.00
PLRA CIVIL FILING FEE
 For: CHARLES DIXON
 Case/Party: D-ALM-2-06-6V-000266-001
 Amount:         $28.00
PLRA CIVIL FILING FEE
 For: RICHARD WAYNE WRIGHT SR
 Case/Party: D-ALM-2-05-CV-000439-001
 Amount:         $13.00
PLRA CIVIL FILING FEE
 For: GENE BEASLEY
 Case/Party: D-ALM-2-04-CV-000097-001
 Amount:         $8.00
PLRA CIVIL FILING FEE
 For: JAMES ROBERT WEST JR
 Case/Party: D-ALM-2-02-CV-001386-001
 Amount:         $18.00
PLRA CIVIL FILING FEE
 For: HENRY MARSHALL
 Case/Party: D-ALM-2-02-CV-000967-001
 Amount:         $5.00
PLRA CIVIL FILING FEE
 For: NEIL WALKER
 Case/Party: D-ALM-2-99-CV-000118-001
 Amount:         $8.00
--------------------------------
CHECK
 Remitter: EASTERLING CORRECTIONAL FAC
 Check/Money Order Num: 3139
 Amt Tendered:  $100.00
--------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00
```