IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RICHARD WAYNE WRIGHT, SR.
_____,
            )
            )
    Plaintiff,  )
            )
v.          )   CASE NO. 2:05-CV-00439
            )
SYLVESTER NETTLES, et al.  )
_____,
            )
    Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW JANET HICKS, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____       _____
_____       _____
_____       _____

2/6/2008                             /s/ William R. Lunsford
Date                                 (Signature)

                                     William R. Lunsford
                                     (Counsel's Name)

                                     Medical Defendants
                                     Counsel for (print names of all parties)

                                     655 Gallatin Street, Huntsville, AL 35801
                                     Address, City, State Zip Code

                                     (256) 551-0171
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RICHARD WAYNE WRIGHT, SR.
_____,  )
                                     )
      Plaintiff,                     )
                                     )
v.                                   )    CASE NO. 2:05-CV-00439
                                     )    _____
SYLVESTER NETTLES, et al.            )
_____,  )
                                     )
      Defendants,                    )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  NURSE TAYLOR , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____       _____
_____       _____
_____       _____

_____       _____
2/6/2008                             /s/ William R. Lunsford
Date                                 (Signature)

                                     William R. Lunsford
                                     (Counsel's Name)

                                     Medical Defendants
                                     Counsel for (print names of all parties)
                                     655 Gallatin Street, Huntsville, AL 35801
                                     Address, City, State Zip Code
                                     (256) 551-0171
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RICHARD WAYNE WRIGHT, SR.
_____,  )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )   CASE NO. 2:05-CV-00439
                                       )   _____
SYLVESTER NETTLES, et al.              )
_____,  )
                                       )
    Defendants,                        )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  NURSE HUNTER , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party
_____        _____
_____        _____
_____        _____

2/6/2008                              /s/ William R. Lunsford
Date                                  (Signature)

                                      William R. Lunsford
                                      (Counsel's Name)

                                      Medical Defendants
                                      Counsel for (print names of all parties)

                                      655 Gallatin Street, Huntsville, AL 35801
                                      Address, City, State Zip Code

                                      (256) 551-0171
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RICHARD WAYNE WRIGHT, SR.
_____,
             )
             )
    Plaintiff,
             )
             )
v.           )    CASE NO. 2:05-CV-00439
             )
SYLVESTER NETTLES, et al.
_____,
             )
             )
    Defendants,
             )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  NETTIE BURKS , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party
_____            _____
_____            _____
_____            _____

2/6/2008                                    /s/ William R. Lunsford
Date                                        (Signature)

                                            William R. Lunsford
                                            (Counsel's Name)

                                            Medical Defendants
                                            Counsel for (print names of all parties)
                                            655 Gallatin Street, Huntsville, AL 35801
                                            Address, City, State Zip Code
                                            (256) 551-0171
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RICHARD WAYNE WRIGHT, SR.,

Plaintiff,

v.

SYLVESTER NETTLES, et al.,

Defendants,

CASE NO. 2:05-CV-00439

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW SAMUEL RAYAPATI, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

2/6/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Medical Defendants
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RICHARD WAYNE WRIGHT, SR.,

    Plaintiff,

v.   CASE NO. 2:05-CV-00439

SYLVESTER NETTLES, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Prison Health Services, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| America Service Group, Inc. | Parent Company |
| Correctional Health Services, Inc. | Subsidiary of Same Parent Company |

2/6/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Medical Defendants
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RICHARD WAYNE WRIGHT, SR.
_____,  )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CASE NO. 2:05-CV-00439
                                    )
SYLVESTER NETTLES, et al.           )
_____,   )
                                    )
        Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>TAHIR SIDDIQ, M.D.</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

2/6/2008
Date

/s/ William R. Lunsford
(Signature)

William R. Lunsford
(Counsel's Name)

Medical Defendants
Counsel for (print names of all parties)

655 Gallatin Street, Huntsville, AL 35801
Address, City, State Zip Code

(256) 551-0171
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, William R. Lunsford, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF and U.S. mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of February 20 08, to:

Richard Wayne Wright, Sr., AIS # 187140, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017

Gregory Marion Biggs, Dept of Corrections, PO Box 301501, Montgomery, AL 36130

William Alexander Scott, Jr., Scott, Sullivan, Streetman & Fox, P.C., 2450 Valleydale Road, Birmingham, AL 35244

Hugh Davis and Steven M. Sirmon, AL Board of Pardons & Paroles, PO Box 302405, Montgomery, AL 36130


2/6/2008                                                    /s/ William R. Lunsford
Date                                                        Signature