IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv439-WHA |
| | ) |
| SYLVESTER NETTLES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #213), and the Plaintiff's objection thereto (Doc. #222). By previous orders of the court (Doc. #23, and Doc. #103 adopting Recommendation of Magistrate Judge Doc. #82), numerous claims and Defendants have previously been dismissed. The matter now under submission is the Magistrate Judge's recommendation that the Motion for Summary Judgment by all remaining Defendants be granted.

Upon an independent evaluation and *de novo* review of this matter, the court finds the Plaintiff's objection to be without merit, and it is hereby overruled. The court adopts the very thorough Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Defendants' Motion for Summary Judgment is GRANTED. Pursuant to this and previous orders, final judgment will be entered in favor of all Defendants.

DONE this 13th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE