```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004133
Cashier ID: brobinso
Transaction Date: 03/03/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: RICHARD WAYNE WRIGHT SR
 Case/Party: D-ALM-2-05-CV-000439-001
 Amount:         $2.00
------------------------------------
CHECK
 Check/Money Order Num: 3279
 Amt Tendered:  $2.00
------------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```