IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR 11  A 9: 3
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

Richard Wayne Wright Sr. Bey, *
   Plaintiff, Pro-Se.  * Civil Action No.
   -vs-  * 2:05-CV-439-W0
Sylvester Nettles, et.al. * Feburary 13, 2008
   Defendants.  * Date of Denial

## Notice of Appeal

Notice is hereby given that Richard Wayne Wright Sr. Bey Plaintiff, Pro-Se. appeals to the Eleventh Circuit From the Judgement of denial of (Previous Orders of the Court (e.g., Doc #23, Doc #103 and Doc #213) adoping Recommendation of the Magistrate Judge (i.e. Doc #85) along with the denial of numerous relief and Claims Filed against pertinent defendants previously dismissed).

Here to plaintiff Wright Bey appeal to the United States Cou

Page 1 of 5

SCANNED
LEGAL USE ONLY

of appeals for the Eleventh Circuit because said United States District of Alabama, Northern Division granted remaining defendants Motions for Summary Judgement (DOC #241). Therefore, Plaintiff Wright Bey enters in this action on this the 6th Day of March, 2008.

Respectfully Submitted,

_Richard W. Wright Sr. Bey_
Richard W Wright Sr. Bey #187140
Easterling Correctional Facility
200 Wallace Drive
Dorm C-2 Bed 53-A
Clio, Alabama 36017

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey, Pro-Se, am the petitioner in the above encaptioned motion to the Clerk of this Court

and/or Clerk Forward a Clock Stamp Copy of this Notice of Appeal Front page after being stamp by this Court and/or Clerk to Petitioner. A Copy of the Notice of Appeal were Sent to the Following per inmate Free legal Mail Service and property address as follows:

William A. Scott Jr. Esq. (ASB-1539-073W)
Scott, Sullivan, Streetmen & Foc., P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)

Hugh Davis (Attorney)
Alabama Board Pardon And Parole
Post Office Box 302405
Montgomery, Alabama 36130

Page 3 of 5 R.U.W

the remaining defendant's Counsels listed below have been served a copy of this notice of Appeal with prepaid postage and properly addressed as Follows:

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-581H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
Legal Division
301 Ripley Street
Montgomery, Alabama 36130

Done this the 6th Day of March, 2008.

Page 4 of 5

LEGAL USE ONLY

Respectfully Submitted,

_Richard W Wright Sr Bey_
Richard W Wright Sr. Bey #187140
Plaintiff, Pro-Se.

Notary Statement

State of Alabama)
County of Barbour)

Subscribe and Confirms To before Me This 9th Day of March 2008.

_Richard W Wright Sr Bey_                _[signature]_
Affiant                                   Notary Public


01-29-12
My Commission Expire Date

Page 5 of 5

Richard Wright S-Bryd (8/)RCD
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE  Dorm C-2 Bed 53A
CLIO, ALABAMA 36017

MONTGOMERY AL 361
10 MAR 2008 PM 3 T

"LET US DARE TO
THINK, SPEAK A
John Adams, 176
powerofthele

Legal
Mail

United States District Court
    Middle District of Alabama
  15 Lee Street
  Post Office Box 711
  Montgomery, Alabama

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36101+0711  8007