Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 17, 2008

**Appeal Number: 08-11163-D**
Case Style: Richard Wayne Wright, Sr. v. Sylvester Nettles
District Court Number: 05-00439 CV-WSH

TO:   Richard Wayne Wright, Sr. (AIS 187140)

CC:   Debra P. Hackett

CC:   Gregory M. Biggs

CC:   Gregory F. Yaghmai

CC:   William A. Scott, Jr.

CC:   David Berman Block

CC:   Douglas Barkley Hargett

CC:   William R. Lunsford

CC:   Steven Mallette Sirmon

CC:   Hugh Davis

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 17, 2008

Richard Wayne Wright, Sr. (AIS 187140)
Ventress CF
PO BOX 767
CLAYTON AL 36016-0767

**Appeal Number: 08-11163-D**
Case Style: Richard Wayne Wright, Sr. v. Sylvester Nettles
District Court Number: 05-00439 CV-WSH

The referenced case was docketed in this court on March 14, 2008.
Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or move in the district court for relief from the obligation to pay in advance the total $455 fee [See 28 U.S.C. § 1915]. If the district court denies such relief, appellant may file in this court a motion for such relief.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

DKT-2 (11-2007)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

March 11, 2008

| | |
|---|---|
| **DEBRA P. HACKETT**<br>CLERK | **MAILING ADDRESS:**<br>P. O. Box 711<br>MONTGOMERY, AL 36101<br>(334)954-3610 |

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit                        Re:     District Court No. 2:05-cv-00439-WHA
56 Forsyth Street, N.W.                          RICHARD WAYNE WRIGHT, SR. v. NETTLES, ET AL.
Atlanta, Georgia 30303

Court of Appeals No.

# 08-11163D

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒     Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒     First Notice of Appeal:   Yes ☐   No ☒   Other notices (dates): 9/15/2005

☐     Other:

☒     The Judge or Magistrate Judge appealed from is: __JUDGE W. HAROLD ALBRITTON, III__

☐     The Court Reporter (s) is/are: _____

☐     A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing

☒     The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:

☐     Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐     Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
       **Enclosed:** certified copy of Order & an updated docket sheet

☐     Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
       **Enclosed:** certified copy of Order & an updated docket sheet

☐     Copy of CJA form / order appointing counsel.

☐     Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐     ORIGINAL PAPERS:__Volume(s) of pleadings;   ____ Volume(s) of transcript;   ____ folder of exhibits

☐     This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐     This is a DEATH PENALTY appeal.

                                        Very truly yours,

                                        Donna Norfleet
                                        Deputy Clerk

cc: Court file