IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN, DIVISION

Richard Wayne Wright Sr. Bey.,     *
    Plaintiff, Pro-se.,             *    Civil Action N[o.]
        -vs-                        *    2:05-cv-439-W0
Sylvester Nettles, et.al.,          *
    Defendants.                     *

RECEIVED
2008 MAR 26 A 10: 0[ ]
DEBRA P. HACKETT, CL[ ]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion To Request Case Summary Action Sheet

I am Richard Wayne Wright Sr. Bey, Pro-se., Petitioner in the above style Action. Plaintiff Wright Bey has filed a notice of Appeal (Doc #244), which the Honorable Court construed as motion to proceed on appeal in Forma Pauperis thereby. denied on March 12, 2008. Plaintiff Wright Bey humbly ask this Court to render a Case Summary Action Sheet(s) to him for the above listed Case.

May this Honorable Court take

LEGAL USE ONLY

1 of 4

per inmate free legal mail service and properly address as follows:

William A. Scoot Jr. Esq (ASB-1539-on3w)
Scott, Sullivan, Streetmen & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardons And Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham, LLP
Post Office Box 18668
Hunstville, Alabama 35804-8668

Page 3 of 5

State of Alabama)
County of Barbour)

    Subscribe And Confirms To before Me this 20th day of March, 2008

_____       _____
Affiant                                Notary Public

01-89-12
My Commission Expire Date

Page 5 of 5

Richard W. Wright Sr. Bey #187140
Easterling Correctional Facility
Dorm C-2 Bed 53-A
200 Wallace Drive
Clio, Alabama 36017

Legal

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711

