IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> SYLVESTER NETTLES, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |

## ORDER

Upon consideration of the motion for case action summary sheet filed by the plaintiff on March 26, 2008 (Court Doc. No. 249), in which the plaintiff requests that the court provide him with a copy of the case action summary sheet, and as the plaintiff failed to make prepayment of the cost associated with such copy, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that photocopies may be obtained from the court at a cost of 50 cents per page.

Done this 1st day of April, 2008.

                                            /s/ Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE