IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR 16 A 9:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RICHARD WAYNE WRIGHT, SR. BEY, *
A.I.S. # 187140, *
Plaintiff, Pro-Se., * Civil Action No.
-vs- * 2:05-CV-439-WO
SYLVESTER NETTLES. Et. Al., *
Defendants. *

## Plaintiff Wright Bey File Motion For An Objection To Order Passed Down April 1, 2008

Comes Now, Richard Wayne Wright, Sr. Bey, Pro-Se., Plaintiff, A.I.S. # 187140 by and through the Easterling Correctional Facility (E.C.F.) Law Library to File this objection to (Court Doc. No. 250) order passed Down on April 1, 2008.

Plaintiff Wright Bey requested (Court Doc. No 249) that this Honor-

Page 1 of 5

able Court provide him with a copy of the Case action Summary Sheet. It is Known by this Honorable Court Plaintiff Wright Bey indigent status from the initial Filing and plaintiff does declare such status has not change.

Plaintiff Wright Bey ask that this Honorable Court reconsider its order (Court Doc. No. 250) and at least include expenses of cost associated with such copy to the unpayed balance for cost of Filing this Complaint which is being paid through and by plaintiff prison account.

By granting such Motion will not prejudice defendants or defendants Counselor(s) in any way.

If this motion is not in its proper form plaintiff ask that this Honorable Court Construed it in to it's proper form.

If this motion is not in its proper form plaintiff ask that this Honorable Court Construed it in to its

proper form.

Done this the 12th Day of April, 2008.

Respectfully Submitted,

_Richard Wayne Wright Sr. Bey_

Richard Wayne Wright Sr. Bey 187140

Pro-Se, Plaintiff.

## Certificate of Service

This is to Certify that I Richard Wayne Wright Sr Bey, Pro-Se, am the Petitioner in the above encaptioned motion to the Clerk of this Court. Plaintiff ask that the Clerk ~~for~~ to Forward Plaintiff Wright Bey a clock stamp copy of this said motion Front page after it has been stamp by this Court. A Copy of this said motion has been sent to defendant's Counsel(s) per inmate Free legal mail Service and properly address as Follows:

William A. Scott Jr. Esq (ASB 1539-023W)
Scott, Sullivan, Streetman & Fox, P.C.

Page 3 of 5

2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Alabama Board Pardon And Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-581H)
Balch & Birgham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Corrections
        Legal Division
301 Ripley Street
Montgomery, Alabama 36130

Page 4 of 5

Plaintiff Wright Bey Futher states he has sent the Honorable Court a Copy of this motion with prepaid postage and propeply Addressed.

Done this the 14th Day of April, 2008.

Respectfully Submitted,

*Richard W. Wright Sr. Bey*

Richard W. Wright Sr. Bey #181140
Easterling Correctional Facility
Dorm C-2 Bed 53B
200 Wallace Drive
Clio, Alabama 36017

LEGAL USE ONLY

Richard W. Wright Sr. Bck # 187140
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE  C-2 Bed 53B
CLIO, ALABAMA 36017

MONTGOMERY AL 361

15 APR 2008 PM 2 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0211

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."