IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs.  ) | CIVIL ACTION NO. 2:05cv439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Plaintiff's Objection (Doc. #52) to the order of the Magistrate Judge (Doc. #250), entered on April 1, 2008, denying the Plaintiff's request for a free copy of the case action summary sheet.

The court finds that the order of the Magistrate Judge is neither clearly erroneous nor contrary to law and, therefore, it is hereby

ORDERED that the objection is OVERRULED.

DONE this 18th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE