A

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004919
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: EASTERLING CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
  For: RICHARD WAYNE WRIGHT SR
  Case/Party: D-ALM-2-05-CV-000439-001
  Amount:         $2.00
----------------------------------------
CHECK
  Check/Money Order Num: 3416
  Amt Tendered:   $2.00
----------------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```