IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Richard Wayne Wright Sr. Bey,  *
   Plaintiff, Pro-se,  * Civil Action No.
      -vs-  * 2:05-CV-439-WO
Sylvester Nettles, et.al.,  *
   Defendants.  *

## Notice of Change of Address

Comes Now plaintiff, Pro-se. Richard Wayne Wright Sr. Bey in the above style cause through and by Elmore Correctional Facility Law Library and properly in forms the R.W.W Court of change of address as Following:

| New Address | Old Address |
|---|---|
| Richard W. Wright Sr. Bey | Richard W. Wright Sr. Bey |
| A.I.S. # 187140 | A.I.S. # 187140 |
| Elmore Correctional Facility | Easterling Correctional Facility |

LEGAL USE ONLY

Page 1 of 4

| New Address | Old Address |
|---|---|
| Dorm C-1 Bed 55B | Dorm C-2 Bed 53-B |
| Post Office Box #8 | 200 Wallace Drive |
| ~~Elmore, Correctional Facility~~ R.W.W. | Clio, Alabama 36017 |
| Elmore, Alabama 36025 | |

May this Notice be properly filed by this Honorable Court and/or Clerk.

Done this the 4th day of May, 2008.

Respectfully Submitted,
_Richard W. Wright Sr. Bey_
Richard W. Wright Sr. Bey #187140
Plaintiff, Pro-Se.,

## Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey, Pro-se., am the Petitioner in the above en-Captioned "Notice of Change of address"

Page 2 of 4

Sent to the Clerk of of this Honorable Court. Petitioner Wright Bey Further ask that the Court and/or Clerk Forward the Front page of this 'Notice' labeled "Plaintiff Copy" to petitioner after it has been clock stamp by this Honorable Court and/or Clerk. Petitioner has sent a copy of this "Notice of Change of Address" to the Defendant's Counselors per inmate free legal mail serive and properly address as Follows:

William A Scott, Jr. Esq (ASB-1534-073W)
Scott, Sullivan, Streetmen & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5449-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon And Parole
Post Office Box 302405

Montgomery Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

   Done this the 4th day of May 2008.

                    Respectfully Submitted,
                    ___Richard W. Wright Sr. Bey___
                    Richard W Wright. Sr. Bey #187140
                    Elmore Correctional Facility
                    Dorm C-1 Bed 55-B
                    Post Office Box #8
                    Elmore, Alabama 36025
                       Page 4 of 4

LEGAL USE ONLY