IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAY -9 A 9: 35
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Richard Wayne Wright Sr. Bey    *
   Plaintiff, Pro.Se.,           *  Civil Action No.
      -Vs-                       *  2:05-CV-439-WO
Sylvester Nettles, et.al         *
   Defendants                    *

## Motion For Status of Motion

Comes Now, the Plaintiff, Richard Wayne Wright, Sr. Bey by and through Elmore Correctional Facility in the above style and moves that this Honorable Court notify plaintiff as to the plea for motion "Motion For Permission To File A Certificate of Apealibility". Plaintiff humbly ask this Honorable Court what is it's status of said motion "motion For permission To File a Certificate of Appealibility".

Plaintiff Wright Bey Filed such motion to be in Complaince with Court

Page 1 of 5

order (Court Doc No. 175) See order of May 19, 2006. It states: "...The Plaintiff shall file no further documents, pleadings or motions, with the exception of a motion to leave to file, without permission of the Court. If any documents, pleadings or motion, excluding a motion for leave to file, is sent to the Court, the Clerk shall not file or docket the document and shall return it to the plaintiff.").

Accordingly, Plaintiff ask ~~that~~ R.W. this Honorable Court for permission to file a Certificate of Appealibility and/or notice of status of motion "Motion For Permission To File A Certificate of Appealibility"

If this motion is not in its proper form plaintiff ask that this Honorable Court Construed it into its proper form.

Done this the 4th day of May, 2008.

Respectfully Submitted,

*Richd W. Wright Sr. Bey*

Richard W. Wright Sr. Bey #187140
Plaintiff, Pro-Se.

Certificate of Service

This is to certify that I Richard Wayne Wright, Sr. Bey, Pro-Se., am the Petitioner in the above encaptioned motion, ~~to~~ Forward this motion to the Clerk of this said Court. Plaintiff ask that this Honorable Court and/or Clerk Know plaintiff Wright Bey has sent a copy of this motion to the Following:

William A Scott Jr. Esq.
Scott, Sullivan, Streetman, Fox, P.C.
2450 Valley Dale Road
Birmingham Alabama 35244

Troy King
Steven Mallette Sirmon
Hugh Davis

LEGAL USE ONLY

Page 3 of 5

Alabama Board Pardon And Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block
William R Lunsford
Douglas B. Hargett
Balch & Birgham, LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department Of Corrections
Legal Division
301 Ripley Street
Montgomery, Alabama 36180

Plaintiff Wright, Sr. Bey states he has sent this Honorable Court a copy of this Motion prepaid postage and properly addressed.

Done this the 4th day of

May, 2008.                     **LEGAL USE ONLY**

                Respectfully Submitted,
                _Richd W. Wright Sr. Bey_
                Richard W. Wright, Sr. Bey #187140
                Plaintiff, Pro-Se.
                Elmore, Correctional Facility
                Dorm C-1 Bed 55-B
                Post Office Box #8
                Elmore, Alabama 36025

## Notary Statement

STATE OF ALABAMA )
COUNTY OF Elmore )

    Subscribe And Confirms To Before Me This ~~R.W.W.~~ _____ day of _____, 2008.

_____      _____
     Affiant                               Notary Public

            _____
             My Commission Expire Date

Richard W. Wright, Sr. Bey #187140
Elmore Correctional Facility
Dorm C-1 Bed 53-B
Post Office Box #8
Elmore, Alabama 36025



MONTGOMERY AL 361
08 MAY 2008 PM 3 L

Legal Mail

Officer of The Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711