IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> SYLVESTER NETTLES, et al., ) <br>  ) <br> Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |

**ORDER ON MOTION**

Upon consideration of the motion for status of motion filed by the plaintiff on May 9, 2008 (Court Doc. No. 257), and in light of the order issued by the United States Court of Appeals for the Eleventh Circuit on May 14, 2008, it is

ORDERED that the motion for status be and is hereby DENIED as moot.

Done this 21st day of May, 2008.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE