IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., § <br> (AIS # 187140) § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SYLVESTER NETTLES; et al. § <br> § <br> Defendants. § | CIVIL ACTION NO. <br> 2:05-cv-00439-WHA-CSC |

**NOTICE OF APPEARANCE**

COMES NOW Paul M. James, Jr., and does hereby give his notice of appearance as counsel of record for Defendants, Prison Health Services, Inc., Dr. Samuel Rayapati, Dr. Tahir Siddiq, Nettie Burks, HSA, C. Hunter, R.N., and Nurse Taylor, in the above-referenced case.

Please direct copies of all future correspondence, orders, and pleadings to the undersigned.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants,
Prison Health Services, Inc., Dr. Samuel
Rayapati, Dr. Tahir Siddiq, Nettie Burks,
HSA, C. Hunter, R.N., and Nurse Taylor

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of May, 2008, to:

> Mr. Richard Wayne Wright, Sr. (AIS # 187140)
> Easterling Correctional Facility
> 200 Wallace Drive
> Clio, AL  36017

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Gregory M. Biggs, Esq.
ALABAMA DEPARTMENT OF CORRECTIONS
P. O. Box 301501
Montgomery, AL  36130-1501

Gregory Farzan Yaghmai, Esq.
RUTLEDGE & YAGHMAI
3800 Colonnade Parkway, Suite 4900
Birmingham, AL  35243

William Alexander Scott, Jr., Esq.
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL  35244

Steven M. Sirmon, Esq.
Hugh Davis, Esq.
ALABAMA BOARD OF PARDONS & PAROLES
P. O. Box 302405
Montgomery, AL  36130-2405

William R. Lunsford, Esq.
David Berman Block, Esq.
Douglas B. Hargett, Esq.
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, AL  35801

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL