IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

Richard Wayne Wright,
Plaintiff, Pro. Se.,          * Civil Action No
    -vs-                      * 2:05-CV-439-WO
Sylvester Nettles, et.al,    *
    Defendants.               *

## Notice of Change of Address

Comes Now, Plaintiff, Pro-Se., Richard Wayne Wright Sr. Bey in the above style Cause through and by Elmore Correctional Facility Law Library and properly informs the Court of Change of Address as Following:

| New Address | Old Address |
|---|---|
| Richard W. Wright, Sr. Bey | Richard W. Wright Sr. Bey |
| A.I.S. #187140 | A.I.S. #187140 |
| Elmore Correctional Facility | Easterling Correctional Facility |

Page 1 of 4

<u>New Address</u>
Dorm C-1 Bed 55-B
Post Office Box #8
Elmore, Alabama 36025

<u>Old Address</u>
Dorm C-2 Bed 53-B
200 Wallace Drive
Clio, Alabama 36017

May this Notice be properly Filed by this Honorable Court and/or Clerk.

Done this the 4th day of May, 2008.

Respectfully Submitted,
Rchd W Wright Sr. Bey
Richard W. Wright Sr. Bey #187140
Plaintiff, Pro-Se.

<u>Certificate of Service</u>

This is to Certify that I Richard Wayne Wright, Sr. Bey, Pro-Se, am the Petitioner in the above encaptioned "Notice of Change of Address" sent to the Clerk of this Honorable Court. Petitioner Wright Bey further ask that the Court and/or Clerk Forward the Front page of this "Notice" labeled "Plaintiff Copy" to peti-

tioner after it has been clock stamp by this Honorable Court and/or Clerk. Petitioner has sent a copy of this "Notice of Change of address" to the Defendant's Counselors per inmate Free legal mail service and properly address as follows:

William A. Scott Jr. Esq. (ASB-1539-023W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
(Assistant Attorney General)
Hugh Davis (Attorney)
Alabama Board Pardon And Parole
Post Office Box 302405
Montgomery, Alabama 36130

David B. Block (ASB-5098-K62D)
William R. Lunsford (ASB-4265-072L)

Page 3 of 4

Douglas B. Hargett (ASB-9928-S81H)
Balch & Bingham LLP
Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
     Legal Division
301 Ripley Street
Montgomery, Alabama 36130

Done this the 4th day of May, 2008.

Respectfully Submitted,
Richard W. Wright Sr. Bey
Richard W. Wright Sr. Bey #181140
Elmore Correctional Facility
Dorm C-1 Bed 55-A
Post Office Box #8
Elmore, Alabama 36025

Page 4 of 4

Richard W. Wright Sr. Bey #187140
Elmore Correctional Facility
Dorm C-1 Bed 26-B
Post Office Box #8
Elmore Alabama 36025



Legal Mail

Office of The Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711