**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RICHARD WAYNE WRIGHT, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:05-CV-1236-MHT** |
| ) | |
| **SYLVESTER NETTLES,** *et al.* ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

David B. Block, William R. Lunsford and Douglas B. Hargett of Maynard, Cooper & Gale, P.C. respectfully request this Court to hereby permit them to withdraw as counsel of record for Defendants Prison Health Services, Inc., Janet Hicks, Nurse Hunter, Nettie Burks, Dr. Rayapati, Tahir Siddiq and Nurse Taylor ("Defendants"). Defendants and undersigned counsel have agreed that Defendants will retain new counsel and new counsel has submitted his Notice of Appearance as of this date.

For the foregoing reason, undersigned counsel respectfully request this Court to allow David B. Block, William R. Lunsford and Douglas B. Hargett of the law firm of Maynard, Cooper & Gale, P.C. to withdraw from further representation of Defendants in the above-styled civil action.

Respectfully submitted on this the 28th day of May, 2008.

/s/ William R. Lunsford
*One of the Attorneys for Prison Health Services,*
*Inc., Janet Hicks, Nurse Hunter, Nettie Burks, Dr.*
*Rayapati, Tahir Siddiq and Nurse Taylor*

David B. Block
William R. Lunsford
Douglas B. Hargett
MAYNARD, COOPER & GALE, P.C.
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 28th day of May, 2008:

Richard Wayne Wright, Sr.
AIS 187140
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

Gregory Marion Biggs
Dept of Corrections
PO Box 301501
301 Ripley Street
Montgomery, AL 36130

Paul McGee James, Jr.
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

Gregory Farzan Yaghmai
Rutledge & Yaghmai
3800 Colonnade Parkway
Suite 490
Birmingham, AL 35243

William Alexander Scott, Jr.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244

Hugh Davis
Alabama Board of Pardons & Paroles
PO Box 302405
Montgomery, AL 36130-2405

Steven Mallette Sirmon
Alabama Board of Pardons & Paroles
301 South Ripley St
PO Box 302405
Montgomery, AL 36130

/s/ William R. Lunsford
Of Counsel