IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., ) <br> AIS #187140, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYLVESTER NETTLES, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:05-CV-439-WHA |

**ORDER ON MOTION**

On May 28, 2008, one counsel of record for the medical defendants, William R. Lunsford, filed a motion to withdraw (Court Doc. No. 261) in which he seeks to withdraw from representation of the aforementioned defendants. Upon consideration of the motion to withdraw as counsel, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 29th day of May, 2008.

                                          /s/ Charles S. Coody
                                       CHARLES S. COODY
                                       UNITED STATES MAGISTRATE JUDGE