United States Court of Appeals
Eleventh Circuit
Atlanta Georgia 30303

RECEIVED
2008 AUG 14 A 10:09

Appeals Number 08-11163-D

Richard Wayne Wright Sr. Bey,
    Plaintiff, Appellant,
            Verse,
Sylvester Nettles Captain,
Dr. Hammer, et al,
    Defendants Appellee's,

05-439-CV-WSH
District Court
Number

Motion For Temporary/Emergency Injunction For A Restraining Order Implimented By This Court Upon Alabama Department of Corrections Named Officials Due To Immenant Dangers

Comes Now Plaintiff Richard Wayne Wright Sr. Bey A.I.S.# 187140 Pro.se, in the above styles Cause Plaintiff Wright Sr. Bey is presently incarcerated at Elmore Correctional Facility Center, Post Office Box # 8 Elmore, Alabama 36025.

Page 1 of 4

Plaintiff (RWW) Wright Sr. Bey is being told and shown through Certain Named individuals Officials of the Alabama Department of Corrections, deed's that I got Something harmful coming Plaintiff Wright Bey § 1983 Complaint is <u>Richard Wayne Wright Sr. Bey-Vs-James Deloach et.al.</u> is only personal between him and I because he was the Warden at the time my Constitutional and Human Rights were violated at Draper Correctional Facility (hereafter refered to as Draper (D.C.F.)), and is abled to Curve the abuse I now face and was abled back than when said violations in (said) Complaint Case No. 99-D-1405-N Occured to stop said violations.

Plaintiff is now being Made known by deeds and words that Mr. James Deloach Alabama Department of Corrections (Assistant Prison Commissioner) and Gwendolyn Mosley (2nd highest Easterling star in Alabama) and (Alabama Department of Corrections - District/Regional Manager/Coordinator (for this area) Now Captain Willie Moore (COSII) (Warden I) totally ignores the rights afforded to plaintiff and some same

situated inmates. Due to Captain Moore (COS.II) (Warden I); Patrica Hood (Warden II) and Willie Thomas (Warden III) at Elmore Correctional Facility (here after refered to as (Elmore (E.C.F.)) Positition and affliation with Mr. J. Deloach and Mrs. Gwendolyn Mosley [organization] of the masonic's and Shriner's Lodges and Easterling Stars) Fellowships allows Cpt. W. Moore to do as he pleases. Captain W. Moore did verbally threaten my life by stating a or two Mystical Words -- Following "You're going to get your one (1) hundred". (See Exhibit (AA)).

    Plaintiff Wright Bey also ask this Court stop Defendants at Elmore Named here in (also officer West (CO.I) (B/F)); Mr. Sean Thomas, (Associate Psychologist) Mr. Wayne Smith (Assistant Psychatrist) from playing Psychological/mind games. (See Exhibit (BB)); Exhibit (CC); Plaintiff Wright Bey will Send the Court middle District of Alabama and Defendants Attorneys a copy but due to immediate Danger he cannot write it out. Done this the 11th day of August 2008.

Page 3 of 4

Respectfully Submitted,

*Richard W. Wright Sr. Bey*

Richard Wayne Wright Sr. Bey
A.I.S.# 187140
28 USC § 1746

Page 4 of 4

Elmore Correctional Facility
Dorm C-1 Bed 26-A
P.O. Box #8
Elmore, Alabama 36025

Legal Mail

United States MIDDLE DISTRICT
OFFICE OF THE CLERK
P.O. Box 711
Montgomery, Alabama 36101-0711



Legal Mail