STATE OF ALABAMA)

COUNTY OF ELMORE)

AFFIDAVIT OF RICHARD WAYNE WRIGHT, SR. BEY  7/14 /2008

BEFORE ME, _____, a Notary public in and for

said County and State of Alabama at Large, personally appeared RICHARD WAYNE

WRIGHT, SR. BEY, A.I.S. # 187140 who  being known to  me and being by me first duly

confirms, desposes and says under oath as follows:

My name is RICHARD WAYNE WRIGHT, SR. BEY A.I.S.# 187140. I am presenly

incarcerated at Elmore Correctional Facility, Dorm C-1 Bed 26-B; Post Office

Box # 8; Elmore, Alabama 36025. I am over the age of twenty-one (21) years. I

am personally familiarwith all the facts set forth in this Affidavit.

On July 13, 2008 third (3rd) shift Sunday Night at Count time inmate Clinton

Myhand A.I.S.# 164380, was laying in the assigned bed talking to inmate Anthony

Colemon A.I.S.#  237703 on Bed 14-B and 14-A. Officer Studermyer (Co.I) (B/F)

with the cadet(s) counted once prior to this incident and approximately thirty

(30) minutes later officer S.Hess (Co.I) (W/M) started counting again with the

cadet(s). I observed Officer Studermyer looking down this alley I sleep on. I

looked around at my surrounding while Ofc. Studermyer left the  area where she

was  standing and started  walking down the alley as  she  pull out her stick

so I  observed her more closer. Ofc. Studermyer along with three (3) Cadets

followed her to Inmate Clinton Myhand assigned Bunk. Ofc. Studermyer put her

stick in inmate Myhand face and insinuatingly accuse inmate Myhand of mastur-

bating. When Ofc. Studermyer put the stick to his face (tring  to provoke

inmate Myhand to respond in a way she could show out in front of the other

famale and Male cadet. Ofc. Studermyer stated:" if I ever see you masturbating

on me again I'm going to write your  ass up." Inmate Myhand started telling her

he has his shorts on, my hand not even in my shorts, I'm talking to that man right

there (pointing at inmate A. Coleman  whom at this time had stood up to get out

of the way). Ofc. Studermyer became even more aggressive at this point and put

PAGE  1  OF  ___

the stick to his face tring to further provoke a response out of inmate Myhand to used physical force that really was not need. Inmate Myhand manage to get his shoes on while ofc. Studermyer address me with verbal aggression and a order me to get off my rack and go out side. On our way out side ofc. Studermyer steps on the heel of my shoe tring to get a response while she calls in a code on the radio. Once we reach out side other officer are running in route to the dorm C-1. Sgt. Patrick talk with inmate Myhand, at this time ofc. Studermyer push me with her stick in my neck as the other officers approach, I remain calm because it was obvious to me ofc. Studermyer was tring to use me and inmate Myhand as an example to execute physical force. Gladly, I was that Sgt. Waiver stop her before I was force to defend myself . I told Sgt. Waiver she knows she is wrong for that, so he decided to escort me to the shift office himself. Shortly, after arriving at the shift office ofc. Studermyer comes up to me with her stick again but before she could touch me with it Sgt. waiver instructed her to go on in the shift office (to talk to the Lt. Person and Captain Moore). Officer S Hess also watch the incident as it unfolded in the hands of ofc. Studermyer. Sgt. S.Clemons tell ofc. Studermyer gone handle your bussiness girl. Sgt. Waiver returned about five (5) minutes later. Told me to stand out the shift office door. in the lobby area. Lt. Person called me in the officer ask me my A.I S. # I gave it to him and he instructed me to go back out side the shift office in the lobby area, which I did. Captain Moore came to the door of the shift office and stated you going to get your one hundred (100) and he stated some- thing with that. I ask Captain Moore what did you say? He said you ever heard of getting your one-hundred (100)? I answered No, and ask him what did he mean, he said you going to find out. I'm certain you going to get what you are looking for, you're going to get what you are looking for. Captain Moore add I don't know what you call your self doing and I don't know what ofc. Studermyer going to write you up for but it sound like you was tring to incite a riot. That What you're doing! I gave Captain Moore no verbal response just look at him. He stated

PAGE ⌢2⌢ OF ___