JULY 4th, 2008

AFFIDAVIT COVER SHEET

Inmate Richard Wayne Wright, Sr. Bey Affidavit
A.I.S.# 187140 Dorm C_! Bed 26-B
Elmore Correctional Facility
Post Office Box #8
Elmore, Alabama 36801

CC: Warden Willie Thomas (Warden III) (B/M)

Warden Patricia Hood (Warden II) (B/F)

Captain Willie Moore (Warden I) (COS.II) (B/M)

Captain _?_ Naille (COS.II) (Administrative) (W/M)

Dr. _?_ Banerjee (Psychiatrist)

Captain _?_ Copeland (COS.II) (Warden I) [Staton]

Sgt. _?_ Butler (Co.II) (M.A./F)

Mr. Sean Thomas (Psychological Associate's)

Honorable Charles S. Coody (United States District Court Judge
                              Middle District)

Honorable W. Keith Watkins (United State District Court Judge
                             Middle District)

Honorable Nancy Holbrook (United States Appeals Court Judge
                           Eleventh Circuit)

Mr. Thomas K. Kahn (Clerk U.S. District Court 11th Cir.)

Ms. Debra P. Hackett (Clerk U.S. District Court Middle District)

Mr. Richard Allen (Prison Commissioner)

Mr. James DeLoach (deputy Commissioner)

Mr. Troy King (Attorney General)

*Exhibit BB*

COVER SHEET

STATE OF ALABAMA)
COUNTY OF ELMORE)

### AFFIDAVIT OF RICHARD WAYNE WRIGHT, SR, BEY

BEFORE ME, _____, a Notary Public in and for said County and State of Alabama at Large, personally appeared RICHARD WAYNE WRIGHT, Sr. Bey, A.I.S.# 187140 who being known to me and being by me first duly confirms, desposes and says under oath as follows:

My name is RICHARD WAYNE WRIGHT, SR. BEY A.I.S.# 187140, I am presently incarcerated at Elmore Correctional Facility, Dorm C-1 Bed 26-B; Post Office Box # 8; Elmore, Alabama 36025. I am over the age of twenty-one (21) years. I am personally familar with all the facts set forth in this affidavit.

On June 27, 2008 Friday approximatley 10:15 p.m. (3rd) shift their was a disturbence in the dorm C-1. Prison Officials order every inmate to report to their assigned Bed. Neither Sgt. Burks (Co.II) (B/M) nor Lt. Person (COS.I) (B/M) were able to discover what the gathering (disturbence) was about. Sgt. Burks made an announcement 'to some effect' he does not know what type of games we are playing, so just stay on your 'rack' (assigned bunk) Ofc. Owen (Co.I) (B/M) came dirrectly one (1) bunk over from where in I were soughting through my legal materal while they Sgt. Burks and Lt. Person had access to my legal papers all night long (3rd) shift (while being held in the shift office lobby) for observation June 18, 2008 Wednesday through June 19, 2008--Thursday (to or about) 7:00 a.m. After such time I was escorted to the back gate and sent to the back of the laundry (in side the cage) for approximately five (5) hours. Finally Sgt. T Patrick (Co.II) (W/M) and came in the area I was sitting in and I express to him my distressful state of being and shortly thereafter Sgt. Patrick had ofc. King (Co.I) (N.A./M) and Ofc. Williams (Co.I) (N.A./M) escort me to Staton Health Care Unit. It was so sudden Ofc. Williams and Ofc. King was instructed to take me immediately, so that no inventory of my personally

PAGE 1 of 4        Exhibit (BB)

property nor was I properly processed out. Little did I know what I was in store for.

Upon arriving at Staton (S.C.F.) Health Care Unit  ofc. King  and ofc. Williams (transfering Officers) released me to Staton. I was placed in a single cell under observation. This was known because the Mental Health Staff told me I must stop masturbating.

I properly informed him while I'm in privacy (so I thought) I'm intitled to relieve my self  of sexual passions as long as long as I don't affect or take away the rights of others. I'm not going to allow you'll to make a homo-sexual out of  me. You can see you'll are already taking away any and every thing (we as man) use to keep our sexual passion in the bounds of moderation. Its not our fought that you'll have placed a large number of our women (woman of our race) in these setting to be dishonor due to the long time we have been without a woman sexually. Neither is it our fought these male officer are married to the women and expose the inmates to look at these females any differently when 'our' condition (sexually) remains wanting.

I'm still uncertain what all the staff at Kilby did to me while I was sedated and while I was in P-1 Unit- thelists. Could of had sex with me, per-formed any kind of test or examination on me I did not consent too, nor could resist.

The area at Staton (H.C.U) I was expose to had an inmate named Jason Boyd housed there. In asking the other(s) (inmates eyewit) subjected to treat-ment Hepatitis 'B' which the card beside the cell he was housed in showed he was being treated for such disease (Hepatitis 'B') . Later Thursday night June 19, 2008 or early Friday Morning June 20, 2008 officers came through the Unit (H.C.U.) and test 'what appeared' to be with some type guns' for radia-tion 'level' in each cell which they started with the cell I was housed in, then went to test the 'level' in the other two (2) cells. I repeat on two

page 2 of 4          Exhib9H(BB)

(2) occasion to see the shift commander (2nd) shift--thursday June 19, 2008 and again on third (3rd) shift--friday morning June 20, 2008.

I did see Sgt. Butler (Co.II) (M.A./F) on June 19, 2008 but she would not except the affidavits I had written on the tissue which were for Captain and the Warden and/or designee she specifically stated it was not for her and she could not take it to them. I ask her if she would return in about thirty (30) minutes I would write her one. I also informed her about 'this' contaminated area and refered to the mask she was wearing. She cut the conversation short on this note and stated I'll tell thecaptain. On her way out the second door she told the cubicalty officer "don't call me back down here".

On June 20, 2008 Friday was when I saw Sgt. Butler again (this time) with the Captain. She was a lady of her Word. I talk with Captain ?_ ,then her shortly afterwards I was transfered back to Elmore (E.C.F.).

Conclusively, I was placed in area which subjected me to disease Hopatitis "B". Placed in an area which expose me to radiation, I did not consent to. Neglected by Prison Officials staff to respond to such danger ( I was expose to) in a timeliest manner of that, placed me in such danger. Convert the presumed observation to the described, discription note herein.

DONE THIS THE 4TH DAY OF July, 2008

Affiant Further Saith Not.

Respectfully submitted,

Richard W. Wright, Sr. Bey
Richard Wayne Wright,Sr. Bey #187140
Elmore Correctional Facility
Dorm C-1   Bed 26-B
Post Office  Box # 8
Elmore,   Alabama 36025

CC: Warden Thomas (Warden III)
    Warde Hood (Warden II)
    Ms.  Estes (Clasification SpC.)
    Captain Baille (Warden I)(CO5.II)
    Captain Moore (Warden I)(CO5.II)
    Dr. Banerjee(Psychiatrist)

NOTARY STATEMENT

STATE OF ALABAMA)
COUNTY OF ELMORE)

Exhibit (B2)

Page 3 of 4

SUBSCRIBED AND CONFIRMS TO BEFORE ME THIS 10th DAY OF

July, 2008.

_Richard W. Wright Sr. Bey_
Affiant
28 USC §1746

Note Sgt. Horton Stop MS. Reeves From Notarizing my documents
Notary Public

My Commission Expire Date

This is to certify that I and the other undersigned individual(s) are confirming

Inmate Richard Wayne Wright,Sr Bey A.I.S.# 187140 did signed this document

in our presence on the said date(s) as indicated.

_Richard W. Wright Sr. Bey_      7-12-08
Richard Wayne Wright Sr.Bey       Date
A.I.S.# 187140
28 USC §1746

_Patrick Bradford_ 7/12/08        _Debrowski Johnson_ 7-12-08
Witness; 28 USC §1746  Date       Witness;28 USC §1746  Date
PATRICK BRADFORD 152283           Debrowski Johnson 195902

Exhibit (BB)