STATE OF ALABAMA)
COUNTY OF ELMORE)

Exhibit (CC)

### Inmate Richard Wayne Wright, Sr. Bey Statement

Before Me, the Undersigned Person did personally appears and presents the following affidavit/statement.

My name is Richard Wayne Wright,Sr. Bey # 187140, who Duly confirms, desponses, and presents the following affidavit/statement.

On or about July the 2nd, 3rd, or 5th of 2008 officer Lisa Stoudemire (Co.I) (B/F) came into C-1 dorm and spoke to me in her flirtatious ways while headed to the cubicle to talk with officer Patrick Lucas (Co.I) (B/M). An inmate I observed left the dorm shortly after officer stoudemire arrived in C-1 and it is said and believed told Sgt. Burks she was in this dorm C-1. I tried to tell officer Stoudemire afterwards I had nothing to do with that. Sgt. Burks can verify if he recalls the informative incident it was not "I" that told him Ofc. Stoudemire was in the cubicle with ofc. P. Lucas.

I Know ofc. Stoudemire been acting fully and looking at me all crazy (like she don't have no talk for me). I never tried to cause ofc. Stoudemire any problems and the two or three times we talked I seen how smooth she is with her words. Her letting ofc. P. Lucas know how pretty and smooth his black skin is, these are things she say's to him while I sat at the table in the kitchen. She call's her self acting like she ain't never seen such smooth skin on a man's face before. All I ask that ofc. Stoudemire be told 'that' from that day July 13, 2008 Sunday and that day forward she say nothing to me about her personal life or while I'm around her in the kitchen or dorm C-1 she don't talk around me, where in I can be included in prison games between inmate and officer or/ and inmate and inmate.

I would like ofc P. Lucas to be told by the supervisor Lt. Jerome Person (COS.I) (B/M) and/or Sgt. Willie M. Burks III (Co.II) (B/M) and/or Sgt. Jenifer Janes (Co.II) (W/F) that inmate Richard W. Wright,Sr. Bey # 187140 does not

PAGE 1 OF 3

want any problems from him , from officer Stoudemire of Ofc. Stodemire 'homeboys' (from Montgomery).

Lastly, I ask that the/this hearing ofc. _____ (Write name in please) advice ofc. Stoudemire not to threaten, attempt to intimidate me or coerce any and/or all of her homeboys (she is cool with) with her stick or any object she brings in which could cause me physical injuries.

## CONCLUSION

My hopes and prayers are that the proper prison officials, Warden Willie Thomas (B/M) (Warden III), Warden Gwendolyn Hood (Warden II) (B/F); Captain Willie Moore (COS.II) (B?M) and/or Captain _?_ Naile (COS II.) (Admin) (W/M) Will take the initiative to ensure my safety amongst (or within this Facility/Center Sgt. Jenifer James be properly notified that however, the rumor started and progressed as in a manner insinuating a personal relationship between her and I know that it is "not' true and Sgt. Jenifer James has never made, acted or pretended to express a personal  man and woman relationship other than on a prefessional level with me. Rumor's has it Sgt. J. James and ofc. Owens (Co.I) (B/M) has a personal relationship. Please inform ofc Owen that I have no personal involvement/relationship with Sgt. J.  James, nor does Sgt. James be around me in any areas which are secluded, neither does Sgt. J. James ever permit me or any other inmate (to my knowledge) permission to masturbate. I'm uncertain as to how these lies are being spreaded whether by inmate(s) influence or prison officials influance.

Please instruct ofc. L. Stoudemire not to attempt and/or perform intimidation, threats of violence, coerce other inmates to harm inmate Wright and/or physically injury inmate Wright in any manner. Sgt. Waiver, Sgt. Patrick both can verify ofc. Stoudemire design incident and rakio code sent was caused by ofc. L. Stoudemire sending the ofc(s) responding to a distress call when in fact neither I nor inmate clinton myhand A.I.S.# 164380 made any gestures, statements or acts which could been hostile. Surely one could believe had I made any statements in a hostile tone

Case 2:05-cv-00439-WHA-CSC    Document 263-4    Filed 08/14/2008    Page 3 of 3

Ofc. Stoudemire would have turn it into a physical altercation ofc. Stoudemire must be counsel concerning acceptable handling of inmates and know she can not lie on inmates provoke inmate to violence with the use of her stick Sgt. Waiver had to tell ofc. Stoudemire two (2) times to stop push my neck with her stick and once (1) out side the adminstrative build/shift office (to go on in the shift office and talk with Lt. Person and leave me alone. Please once again advise ofc. L. Stoudemire not to harm me physically in any manner.

May officer P. Lucas know that the and those conversation with and/or between ofc. L. Stoudemire and I has been stop completely. And I had nothing to do with sgt. Burks catching ofc. L. Stoudemire off her post and in the cubicle with ofc. P. Lucus. If Sgt. W. Burks would talk to him ofc. Lucus (Co.I) (B/M) about that incident at ;east (without Sgt. Burks revealing his information name) know that I had nothing to do with that situation. Done this the 19th Day of July, 2008. I AM FEARFUL FOR THE WELL BEING OF MY LIFE.

Affiant Further Saith Not.

Respectfully Submitted,

*Richard W. Wright Sr. Bey*
Richard Wayne Wright,Sr.Bey# 187440
Dorm C-1 Bed 26-B
28 USC§ 1746

Inmate Wright Bey

Exhibit (CC)

Right Thumb Print

PAGE 3 OF 3