IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., AIS #187140, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv439-WHA ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

## ORDER

This case is before the court on a document that has been filed in this case entitled Motion for Temporary/Emergency Injunction for a Restraining Order Implimented by this Court upon Alabama Department of Corrections Named Officials Due to Immenant Dangers (Doc. #263).

This case is closed, in light of the order of the Eleventh Circuit Court of Appeals (Doc. #256), entered on May 14, 2008, dismissing the Plaintiff's appeal. Therefore, any complaints that Mr. Wright might have concerning any matter must be filed in a new suit. Consequently, it is hereby

ORDERED that the motion is DENIED without prejudice.

DONE this 15th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE