United States Court of Appeals
Eleventh Circuit
Atlanta, Georgia 30303

Appeals Number 08-11163-D

Richard Wayne Wright Sr. Bey,    *
   Plaintiff, Appellant,    * 05-439-CV-WSW
      Verse,    * District Court
Sylvester Nettles, Captain,   *    Number
Dr. Hammer et.al.,    *
Defendants-Appelles.,    *

Motion For Notice For Change
of Address

   Comes Now, Plaintiff Richard Wayne Wright Sr. Bey, A.I.S. # 187140 Pro.se., in the above style cause. Plaintiff Wright Sr. Bey is presently incarcerated at ~~(Easmore Correctional~~ RWW) ~~(Facility, there af~~t RWW) at Kilby Correctional Facility (here after refered to as ~~Eto~~ (Kilby (K.C.F.))) and seeks to inform this Honorable Court and/or Clerk of the Changes in Plaintiff Wright Bey address which is as Follows:

Page 1 of 4

| New Address | Old Address |
|---|---|
| Richard Wayne Wright Sr. Bey | Richard Wayne Wright Sr. Bey |
| Kilby Correctional Facility | Elmore Correctional Facility |
| Dorm 'B' Bed 10-A | Dorm C-1 Bed 26-B |
| Post Office Box #150 | Post Office Box #8 |
| Mt. Meigs, Alabama 36057 | Elmore, Alabama 36025 |

May this Notice be properly Filed by this Honorable Court and/or Clerk.

Done this the 31st Day of August, 2008.

Respectfully Submitted
*Richd W. Wright Sr Bey*
Richard Wayne Wright Sr. Bey #187140
Plaintiff Pro Se.

Certificate of Service

This is to Certify that I Richard Wayne Wright, Sr. Bey, Pro-se, am petitioner in the above encamptioned "Notice of Change of Address" and sent to this Honorable Court a copy of this said motion, to the defendant's Counselors addresses with prepaid postage to the Following:

Gregory F. Yaghmai
ASB-2411-H67G
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham, Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-S615
Steven Mallette Sirmon
Hugh Davis (Attorney)
Alabama Board Pardon And Paroles
Post Office Box 302405
Montgomery Alabama 36130

Office of The Clerk
United States District Court
Post Office Box 711
Montgomery, Alabama 36101-0711

The Following Defendant's Counselors Were Sent a Copy of this Motion through and by inmate's legal mail for postage to be supplied by prison officials as Follows:
   David B. Block (ASB-5098-K627)
   William R. Lunsford (ASB-4265-L72L)
   Douglas B. Hargett (ASB-9928-S81H)
   Balch & Bingham LLP

Page 3 OF 4.

Post Office Box 18668
Huntsville, Alabama 35804-8668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
   Legal Division
301 Ripley Street
Montgomery, Alabama 36130

 Plaintiff Further Certify that he has sent a Copy of this Motion to the Clerk of the Court by placing this Motion in the United States Mail Box at Kilby Correctional Facility with First Class postage prepaid and properly address this on the 31st Day of August, 2008.

    Respectfully Submitted,
    /s/ Richard W. Wright Sr. Bey
    Richard Wayne Wright Sr. Bey #189140
    Appellant, Pro-Se,
    28 USC § 1746