United States Court of Appeals
Eleventh Circuit
Atlanta Georgia 30303

Appeals Number 08-11163-D

Richard Wayne Wright Sr. Bey *
   Plaintiff, Appellant    * 05-439-CV-WSH
     Verse,      * District Court
Sylvester Nettles, Captain *   Number
  Dr. Hammer et. al.    *
  Defendants - Appelles *

Motion For Status Of And For
  Certificate Of Appealibility.

Comes Now, Plaintiff Richard Wayne Wright Sr. Bey A.I.S. # 187140 Pro-se through and by Kilby Correctional Facility law library and Files this motion "Motion For Status Of And For Certificate Of Appealibility".

Plaintiff Wright Bey is Concerned about the Certificate of Appealability because Miss Jacqueline Cooper (ASA II)(B/F)(mail Clerk) at Elmore Correctional Facility wrote Plaintiff a disciplinary on 8/7/08 which was served on August 8, 2008 by Officer Samuel West (Co.I)(W/M) at said time 7:40 a.m. Mrs J. Cooper allege

Page 1 of 7

"On 08/04/2008 Ms. Cooper ordered inmate Richard Wright B/187140 not to put more then one legal letter in the mail box because he is only aloud two stamps per week. Inmate Wright had already mailed a legal letter this week on 08/07/08. Ms. Cooper Found Four legal letters in the mail box to be mailed out." Signed by her Jacqueline Cooper (ASA II) on 8/7/08.

Plaintiff Wright Bey was placed in the situation in which a desired out come is impossible to attain because of a set of inherently Contradictory rules or conditions. Plaintiff Followed Court's orders (Doc. No. 185-1) Filed 7/24/2006 1 of 2 ordered that: "2... the Plaintiff Shall mail to Counsel For the defendants a true Copy of anything which he send's to the Court. Failure to do so may result in dismissed of this ~~Court~~ Case or other penalties..."

Plaintiff also were in Formed in Case 2:06-CV-00867-WKW-CSC ((Doc. No. 24-1) Dated Filed 11/28/2006 Page 3 of 6) [2. Notice To Plaintiff (a) The Federal Rules of Civil Procedure require that the plaintiff mail to Counsel For the defendants, or if no

Page 2 oF 7

attorney has appeared on behalf of the defendants, the defendants, a true copy of ~~anything~~ which he sends to the Court. Failure to do so may result in dismissal of this case or other penalties. Anything filed should contain a Certificate of Service which specifically states that the pleading has been sent to Counsel for the defendants. If the pleading does not contain a Certificate of Service, it will not be accepted for filing.

Plaintiff has not heard from this Court or the Middle District Court in Montgomery concern said "Certificate of Appealability; Dated: August 16, 2008, by Plaintiff. If this Court "Court of Appeals" has received plaintiff motion "Certificate of Appealability" please direct any response to the address noted on the accompanied motion "Notice of Change of Address". Plaintiff hopes the change in address will be for the better (access to Court) and not be punish further for telling the Court's violations of his Constitutional rights. Plaintiff Wright Bey has search diligently for a way out and to reach some

point to bring these suit's to an end without being killed by 'these' angry prison officials. Some functioning through and by Health Care Personel, Some through and by Pardons and Parole Board members and assiociate's; and Mental Health Management, with the largest group 'Functional' through and by Alabama Department of Corrections officials. Plaintiff has sought the Courts "Middle district court" to give plaintiff Wright Bey an attorney whom may have better 'luck' with dealing with the leader (head Counselors for defendants) who obtain power to appealed to the emotions and prejudices and judgement of the populace.

Plaintiff was again meet with defendant Sheery Seals motives to guide defendants and/or defendants agents and family members to overwhelms plaintiff with a temporary state of mental Confussion resulting from retalition. Its understood Mrs Sheery Seals came to ~~Elmore as~~ Easterling Correctional facility as Classification Supervisor and choose not to include her name of the recommendation Ms. Hayes (assign classification Specialist) at Easterling

Page 4 of 7 RWW

used to discontinue plaintiff at trade school and sent him to Elmore Correctional Facility where in ~~EZ~~ RWW) plaintiff was reclassed, punish, and subject to more retaliation. Mrs Seals mentioning of 'dementia' at Bullock Correctional Facility(~~Now~~ RWW) Finds him at Kilby Correctional Facility (K.C.F.).

  If this motion is not in its proper form plaintiff ask that this Court Construed this motion in to its proper form.

  Done this the 31st day of August 2008.

                    Respectfully Submitted,
                    Richard W. Wright Sr. Bey
                    Richard W. Wright, Sr. Bey #187140
                    Kilby Correctional Facility
                    Post Office Box #150
                    Dorm 'B' Bed 10-A
                    Mt. Meigs, Ala. 36057

<u>Certificate of Service</u>

  This is to Certify that I Richard Wayne Wright Sr. Bey Pro-Se, am petitioner in the above encamptioned Motion "Motion For Status of And For Certificate of Appealibility" And Sent to this Honorable Court a

Page 5 of 7

a Copy of this said motion, to the defendants Counselors address with prepaid postage to the following:

Gregory F. Yaghmai
ASB-2411-H67G
Scott, Sullivan Streetman & Fox, P.C.
2450 Valley Dale Road
Birmingham Alabama 35244

Troy King (Attorney General)
State Bar # ASB-5949-5615
Steven Mallette Sirmon
Hugh Davis (Attorney)
Alabama Board Pardon And Paroles
Post Office Box 302405
Montgomery, Alabama 36130

Office of the Clerk
United States District Court
Post Office Box 711
Montgomery Alabama 36101-0711

The Following Defendants Counselors were sent a Copy of this Motion through and by inmate's legal mail for postage to be supplied by prison officials as follows:

Page 6 of 7

David B. Block ASB-5098-K62D
William R. Lunsford (ASB-4265-L72L)
Douglas B. Hargett (ASB-9928-S81H)
Balch & Bigham LLP
Post Office Box 18668
Huntsville Alabama 35804-5668

Kim T. Thomas
Gregory Marion Biggs
Alabama Department of Correction
    Legal Division
301 Ripley Street
Montgomery, Alabama 36130

   Plaintiff further Certify that he has sent a copy of this motion to the Clerk of the Court by placing this motion in the United States mail box at Kilby Correctional Facility with first class postage prepaid and properly address this on the 31st Day of August, 2008.

Respectfully Submitted,
Richard W Wright sr Bey
Richard Wayne Wright sr Bey #187140
Appellant, Pro-Se.
28 USC § 1746

Page 7 of 7

Richard W. Wright Sr. Bey #181240
Kilby Correctional Facility
Dorm 'B' Bed 10-A
Post Office Box #150
Mt. Meigs, Ala 36057

United States Middle District
Office of the Clerk
Post Office Box #711
Montgomery Alabama 36101-0711

Legal Mail