IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #187140, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv439-WHA ) |
| SYLVESTER NETTLES, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on a document entitled "Motion for Status of and for Certificate of Appealability", filed by Richard Wayne Wright, Sr.

As this court pointed out in an order entered on August 15, 2008 (Doc. #264), this case is closed, in light of the order of the Eleventh Circuit Court of Appeals (Doc. #256), entered on May 14, 2008, dismissing the Plaintiff's appeal. Any complaints that Mr. Wright might have concerning any matter must be filed in a new suit. Consequently, it is hereby

ORDERED that the motions are DENIED as moot.

DONE this 8th day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE