IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WAYNE WRIGHT, SR., #187140, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv439-WHA |
| ) | |
| SYLVESTER NETTLES, et al., ) ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on Doc. #268, entitled "Plaintiff Wright Motion to Object to the Honorable W. Harold Albritton Order Passed Down September 8, 2008."

This case has been closed since the time the Eleventh Circuit Court of Appeals dismissed Mr. Wright's appeal. This court has notified Mr. Wright on more than one occasion since that time that this case is closed, and that any new matters which he wishes to raise must be done in a new action. Therefore, it is hereby ORDERED as follows:

1. The motion is DENIED as moot.

2. Richard Wayne Wright, Sr. is DIRECTED to refrain from filing any further documents in this case. The court will not take further time to examine any papers which might be sent to the clerk's office in violation of this order.

3. The clerk is DIRECTED to place any further documents bearing this case number which may be received from Richard Wayne Wright, Sr. on the left side of the file, without response and without referral.

DONE this 1st day of October, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE